UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, and the SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers Defendant Springfield Public School District No. 186's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6).

The Defendant's motion relies on the affidavit of Agnes Nunn and several contracts. Theses materials are outside the pleadings, as the Plaintiff did not file them with its Complaint. The Court cannot consider matters outside the pleadings when deciding a motion to

1

dismiss.  Rather, the inclusion of such items converts a motion to dismiss into a motion for summary judgment.  See Fed.R.Civ.P. 12(b).

Ergo, Defendant Springfield Public School District No. 186's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) (d/e 57) will be treated as a motion for summary judgment.  The Defendant is given until October 8, 2004, to submit memoranda in support of its motion for summary judgment.  The Plaintiff will have 21 days from the date it is served with the Defendant's memoranda to file a response.  The Defendant will have 10 days from the day it is served with the Plaintiff's response to file a reply.

IT IS SO ORDERED.

ENTER: September 17, 2004

FOR THE COURT:

s/Richard Mills
United States District Judge