E-FILED
Friday, 17 September, 2004 03:40:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., | ) | |
| JOHN G. MILLER, and the | ) | |
| SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO AMEND SUPPLEMENTAL SCHEDULING ORDER

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and Defendants THE MILLER GROUP, INC. and JOHN G. MILLER, by their attorney, Lance T. Jones, and as and for their Joint Motion to Amend the Supplemental Scheduling Order states as follows:

1. On May 13, 2004, this Honorable Court entered a Supplemental Scheduling Order which provides, in pertinent part, that Plaintiff was to disclose its expert witnesses by September 1, 2004, and thereafter Defendants are to disclose their experts by October 1, 2004. Rebuttal experts shall be disclosed by November 1, 2004.

2. On September 1, 2004, Plaintiff disclosed its expert witness. As a result of scheduling issues and conflicts of counsel and their witnesses, Defendants will be unable to disclose their expert witnesses on or before October 1, 2004, as required by the Supplemental Scheduling Order.

3. As a consequence of the foregoing, Defendants request that this Honorable Court enter an Order amending the Supplemental Scheduling Order by extending certain deadlines 15 days as follows:

a. Defendants to disclose their experts by October 15, 2004;

b. Rebuttal experts to be disclosed by November 15, 2004;

c. All discovery, including expert discovery, to be completed by December 15, 2004;

4. All other deadlines set forth in the Supplemental Scheduling Order including, but not limited to, the final pre-trial conference and trial shall remain as set forth in such Order.

5. Plaintiff, Century Consultants, Ltd., has no objection to this Joint Motion to Amend Supplemental Scheduling Order.

**WHEREFORE,** Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 and THE MILLER GROUP, INC. and JOHN G. MILLER pray this Honorable Court enter an Order amending the Supplemental Scheduling Order in accordance with the foregoing and for such other and further relief as may be just and equitable.

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By: /s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

**THE MILLER GROUP, INC., Defendant**

By: /s/ Lance T. Jones
Attorney for Defendant
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
Telephone: (217) 523-2000
Facsimile: (217) 523-0132

2

JOHN G. MILLER, Defendant

By: /s/ Lance T. Jones
Attorney for Defendant
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
Telephone: (217) 523-2000
Facsimile: (217) 523-0132

## PROOF OF SERVICE

I hereby certify that on September 17, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com