UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2003-CV-3105 |
| THE MILLER GROUP, INC., | ) | |
| JOHN G. MILLER, and the | ) | |
| SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2004, Springfield Public School District No. 186's Third Set of Interrogatories to Plaintiff, Century Consultants, Ltd., and Defendant Springfield Public School District No. 186's Third Request for Production of Documents to Plaintiff, Century Consultants, Ltd., were deposited in the U.S. Mail at Springfield, Illinois, with postage fully prepaid, and placed in envelopes plainly addressed to each of the following:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL  62701

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ  08543-5315

Lance Jones
1100 South Fifth
Springfield, IL  62703

SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant

By: _____ /s/  Almon A. Manson _____
One of Its Attorneys

ALMON A. MANSON, JR.
Registration No. 1756761
ROBERT M. SHUPENUS
Registration No. 6238096
BROWN, HAY & STEPHENS, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone (217) 544-8491
Facsimile (217) 544-9609