E-FILED
Friday, 08 October, 2004 04:14:08 PM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT OF AGNES NUNN

STATE OF ILLINOIS    )
                     ) ss.
COUNTY OF SANGAMON )

AGNES NUNN, after being duly sworn, hereby deposes and states as follows:

1. I am over age 18, under no legal disability, and if called to do so, could truthfully testify to the facts and matters contained herein.

2. At all times relevant to the facts alleged in the First Amended Complaint, I have been an employee of Springfield Public School District 186 ("District 186"), either as Director of Business Services or in another capacity that allowed me to receive the documents referenced herein at the time they were generated.

3. In the course of my employment with District 186, I am familiar with various contracts entered into between District 186 and other entities, including those referenced herein.

4. I have reviewed the First Amended Complaint regarding the various documents referred to by Century Consultants Ltd. It is my understanding that the following documents are true and correct copies of those referenced by Century Consultants Ltd.:

   a. The September 1, 1998 Agreement between District 186 and Miller Group Consulting Services to provide consultation services for website development and web server software implementation, referred to in paragraph 19 of the First Amended Complaint and thereafter, and attached hereto as Exhibit B;

   b. The December 21, 1998 Agreement between District 186 and Miller Group, Inc. whereby Miller Group Inc. agreed to develop an internet-based information system for District 186, referred to in paragraph 19 of the First Amended Complaint and thereafter, and attached hereto as Exhibit C; and

EXHIBIT A

c.  The License Agreement entered into between District 186 and Century Consultants Ltd. referred to in paragraph 15 of the First Amended Complaint and thereafter, and attached hereto as Exhibit D.

FURTHER AFFIANT SAYETH NAUGHT.

4/3/2004
Date

*Agnes Nunn*
AGNES NUNN

Subscribed and sworn before me this 3rd day of June, 2004

*Tana Totsch-Kimsey*
Notary Public

OFFICIAL SEAL
TANA TOTSCH-KIMSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-2-2007



## CONSULTING AGREEMENT

Agreement entered into __August 17, 1998__ [date], by and between **SPRINGFIELD SCHOOL DISTRICT NO. 186** ("District"), and __Miller Group Consulting Services__ ("Consultant") whereby the parties hereto agree as follows:

1. **Term of Agreement.** This Agreement shall commence effective __September 1, 1998__ [date] and shall end on __September 1, 1999__ [date] unless earlier terminated as hereinafter provided. The initial term may be extended by written addendum of the parties. All consultants shall be approved in advance by the Superintendent or his designee. Fees that exceed $500 per day or a maximum of $2,000 must have prior approval of the Board of Education.

2. **Consultant Services.** During the initial or any extended term hereof, Consultant shall provide the following services on behalf of District at time and locations approved by District:

   __Consultation on web site development and web server software implementation.__

3. **Compensation.** District shall compensate Consultant for services hereunder at the rate of $__50.00__ per __hour__ time. Consultant must complete the Contractual Service Statement in order for payment to be made. District shall pay within 30 days of receipt of all completed paperwork unless otherwise agreed to by the parties. If travel and miscellaneous expenses are to be included, please indicate what expenses are agreed to by both parties:

4. **Non-assignability.** This Agreement is for personal services to be performed by Consultant, and shall not be assignable by Consultant without the prior written consent of District.

5. **Entire Agreement.** This Agreement constitutes the entire agreement between the parties and supersedes all prior oral or written proposals, agreements or understandings in connection with services rendered or to be rendered by Consultant to District.

[O V E R]

EXHIBIT B

6. <u>Governing Law</u>. This Agreement shall be construed and enforced in accordance with the laws of the State of Illinois.

7. <u>Compliance with Policies and Administrative Rules</u>. In the performance of consulting services hereunder, Consultant shall conform to the policies and administrative rules of District. Failure to do so shall constitute grounds for immediate termination of this Agreement.

8. <u>Early Termination</u>. This Agreement may be terminated by either party, with or without cause, by giving the other party at least 60 days advance written notice thereof.

9. <u>Status of Consultant</u>. In rendering services hereunder, Consultant shall be acting as an independent contractor and not as an employee of District. As an independent contractor, Consultant shall have no authority, express or implied, to commit or obligate District in any manner whatsoever, and nothing contained in this Agreement shall be construed or implied to create a partnership, agency or joint venture relationship between Consultant and District. Consultant shall be liable for the payment of all taxes applicable to any compensation paid to Consultant by District hereunder, and it is expressly understood that District shall not be required to withhold or pay any federal, state or local income, FICA, unemployment or workers' compensation taxes relative to such compensation.

IN WITNESS WHEREOF, the parties have executed this Agreement in duplicate on the date and year first above written.

SPRINGFIELD SCHOOL DISTRICT NO. 186

By: _Robert C. Hill_
Superintendent (Or His Designee)

Attest: _Mr Holy_

CONSULTANT

Name _[signature]_

Soc. Sec. No. _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_
Or
FEIN Number _____

District No. 186 Contact Person:

Mike Holinga
Name

1900 West Monroe
Office Address

525-3015          525-7910
Phone Number      Fax Number

holinga@springfield.k12.il.us
E-Mail Address

6/98

# The Miller Group
## Contract for Consulting Services

This Agreement is made this 1st day of September, 1998, between Springfield School District (#186) ("Client"), having its principal place of business at Springfield, Illinois and The Miller Group ("Group"), having its principal place of business at 1028 South Second St., Springfield, Illinois 62704

In consideration of Client retaining The Miller Group for consultation on web site development and web server software implementation for Client, it is agreed as follows:

1. Compensation and Term

Client hereby retains The Miller Group and The Miller Group hereby agrees to perform the following services: Consulting services of The Miller Group as required by Client, through August 31, 1999. The Miller Group will, at various times, perform services at Client's headquarters, at other Client facilities, or at The Miller Group facilities, as directed by Client. The Miller Group will perform the services at various times and for various durations as directed by Client.

The following fees shall apply:

$50.00 per hour for 120 hours of consulting annually, payable 1/12 per month.

Reasonable and necessary business and travel expenses actually incurred by The Miller Group shall be reimbursed by Client upon submission of expense reports with back-up documentation, except that no travel expenses shall apply for assignments within a 25 mile radius of downtown Springfield, Illinois. All such expenses in excess of $25 and all travel plans must be approved in advance by Client.

The Miller Group shall provide detailed invoices and shall maintain, and provide, upon request, backup documentation for a period of one year from the date of the respective invoices. Client shall make full payment for services within thirty days of invoice. If The Miller Group brings a legal action to collect any sums due under this Agreement, it shall be entitled to collect, in addition to all damages, its costs of collection, including reasonable attorney's fees.

This Agreement shall commence on the date stated above, and shall remain in effect until all obligations under this Agreement have been properly completed. Either party to this Agreement may terminate this Agreement with or without cause by providing at least seven days written notice to the other party.

2. Warranties by The Miller Group

The Miller Group represents and warrants to Client that it has the experience and

ability to perform the services required by this Agreement; that it will perform said services in a professional, competent and timely manner; that it has the power to enter into and perform this Agreement; and that its performance of this Agreement shall not infringe upon or violate the rights of any third party or violate any federal, state and municipal laws. However, Client will not determine or exercise control as to general procedures or formats necessary to have these services meet Client's satisfaction.

3. Insurance

The Miller Group shall obtain and maintain during the term of this Agreement insurance, including worker's compensation, motor vehicle, and comprehensive general liability.

4. Independent Contractor

The Miller Group acknowledges that the services rendered under this Agreement shall be solely as an independent contractor. The Miller Group shall not enter into any contract or commitment on behalf of Client. The Miller Group further acknowledges that it is not considered an affiliate or subsidiary of Client, and is not entitled to any Client employment rights or benefits. It is expressly understood that this undertaking is not a joint venture.

5. Confidentiality

The Miller Group recognizes and acknowledges that this Agreement creates a confidential relationship between The Miller Group and Client and that information concerning Client's business affairs, customers, vendors, finances, properties, methods of operation, computer programs, and documentation, and other such information, whether written, oral, or otherwise, is confidential in nature. All such information concerning Client is hereinafter collectively referred to as "Confidential Information."

6. Non-Disclosure

The Miller Group agrees that, except as directed by Client, it will not at any time during or after the term of this Agreement disclose any Confidential Information to any person whatsoever and that upon the termination of this Agreement it will turn over to Client all documents, papers, and other matter in its possession or control that relate to Client. The Miller Group further agrees to bind its employees and subcontractors to the terms and conditions of this Agreement.

7. Grant

The Miller Group agrees that its work product produced in the performance of this Agreement shall remain the exclusive property of Client, and that it will not sell,

transfer, publish, disclose or otherwise make the work product available to third parties without Client's prior written consent. Any rights granted to The Miller Group under this Agreement shall not affect Client's exclusive ownership of the work product.

8. Office Rules

The Miller Group shall comply with all office rules and regulations, including security requirements, when on Client premises.

9. Conflict of Interest

The Miller Group shall not offer or give a gratuity of any type to any Client employee or agent.

10. Governing Law

This Agreement shall be construed and enforced in accordance with the laws of the State of Anystate.

11. Entire Agreement and Notice

This Agreement contains the entire understanding of the parties and may not be amended without the specific written consent of both parties. Any notice given under this Agreement shall be sufficient if it is in writing and if sent by certified or registered mail.

IN WITNESS WHEREOF,

Client and The Miller Group have duly executed this Agreement as of the day and year first above written.

| THE MILLER GROUP | CLIENT COMPANY, INC. |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Name: JOHN G. MILLER | Name: ROBERT C. HILL |
| Title: Owner | Title: SUPT. OF SCHOOLS |
| Date: 8/15/98 | Date: 8/24/98 |

# AGREEMENT

Agreement entered into effective the 21st day of December, 1998, by and between **SPRINGFIELD SCHOOL DISTRICT NO. 186**, a body corporate and politic with principal offices at 1900 West Monroe, Springfield, Illinois ("District") and **THE MILLER GROUP**, with offices at 1028 S. Second St., Springfield, Illinois ("Miller"), WITNESSETH:

WHEREAS, District desires to develop a flexible and expandable internet-based information system that can be maintained on an economical basis; and

WHEREAS, Miller has the experience and expertise to design and guide the development of such system on a District-wide basis; and

WHEREAS, District desires to retain the consulting services of Miller to design and develop such system, and Miller is willing to perform such services in accordance with the terms and conditions hereinafter set forth.

NOW THEREFORE, in consideration of the mutual promises and covenants herein provided, the parties hereto agree as follows:

1. **Term of Agreement.** This Agreement shall commence effective December 21, 1998, and shall remain in effect until such time as design, development and implementation of the aforesaid flexible and expandable internet-based information system (the "System") has been completed, unless this Agreement shall be earlier terminated pursuant to the provisions of Section 7 hereof.

2. **Scope of Services.** Miller shall design and guide the development and implementation of the System to support District's faculty and staff for internal uses and to facilitate external access to specified data and information. Features of the System shall include: use of

EXHIBIT C

(one for data base application development and serving and the other for web connectivity serving), up to four Apple Macintosh G3 computers for desktop development and up to two Apple Macintosh G3 Power Computers. Upon issuance of a Certificate of Completion of the System by District, each such Apple Macintosh computer shall become the sole property of Miller. In the event this Agreement shall terminate prior to System completion, then Miller shall return each such Apple Macintosh computer to District.

District shall further acquire all necessary software to facilitate Miller's development of System applications hereunder, which software shall remain the sole property of District.

6. **Termination of Consulting Services.** District shall review development progress hereunder on a monthly basis, and shall have the right to terminate this Agreement at any time if it is not satisfied with development progress or the pace of System development. In the event District shall elect to terminate this Agreement, it shall give written notice to the Miller Group of its intention to do so at the address set forth above, and shall identify in such notice the reason or reasons for the proposed termination of services. Miller shall then have 30 days from the date of such notice to resolve to District's satisfaction any such identified reasons or problems with performance. If Miller is unable to resolve any such reasons or problems to District's satisfaction, then the Agreement shall terminate 30 days from the notice date and Miller shall be paid for all services rendered through the date of termination.

7. **Non-Disclosure Agreement.** Miller acknowledges that all personal information in respect to District students and their families and in respect to District employees and agents shall be considered confidential, and agrees that The Miller Group, its agents, employees and affiliates shall not disclose any such confidential, information to third parties without the prior written consent of District.

3

8. **Ownership of Applications and Software Solutions.** Any and all applications and software solutions developed hereunder shall be the property of Miller, provided, however, that Miller shall pay to District Ten Percent (10%) (or such other percentage fee as the parties shall negotiate to their mutual satisfaction on a case-by-case basis) of the service revenues generated by Miller for developing similar applications and software solutions and rendering the same or similar services to any third party. For purposes of this section, "Miller" shall include any affiliated or successor enterprise or business.

9. **Assignment.** This Agreement shall not be assigned by either party without the prior written consent of the other party.

10. **Governing Law.** Any disputes or claims arising under this Agreement shall be governed by the laws of the State of Illinois.

11. **Entire Agreement.** This Agreement represents the entire agreement of the parties and it expressly supersedes all previous written and oral communications between the parties. No amendment, alteration or modification of this Agreement shall be valid unless executed in writing by authorized signatories of both parties.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate counterpart original by their duly authorized representatives to be effective as of the date and year first above written.

THE MILLER GROUP,
By: *[signature: John Miller]*

SPRINGFIELD SCHOOL DISTRICT NO. 186,
By: *[signature: Robert C. Hill]*

Attest: _____

December 16, 1998sma\F:\WPWIN60\DIST186\GEN\MILLEROK.AGR

4