**E-FILED**
Friday, 08 October, 2004 04:14:47 PM
Clerk, U.S. District Court, ILCD

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

# *STAR  BASE COMPUTER PACKAGE LICENSE*

*REVISED 9/25/95*

**DATE:**     September 13, 1995 RMH          **SITE  LICENSE NO: CCL-202**

**LICENSEE:** Springfield Public School District #T68  186

**LOCATION OF USE:**     Same

**ADDRESS:**   530 West Reynolds Street

**CITY:** Springfield          **STATE:** Illinois          **ZIP CODE: 62702**

CENTURY CONSULTANTS LTD. ("CENTURY"), by its acceptance hereof, grants to the Licensee named above ("LICENSEE"), for its payments of the license fee and upon the terms and conditions hereinafter stated, a non-exclusive and non-transferable license to use the following listed software package (the "PACKAGE").  This license is governed by the terms and definitions contained in the Software Package Pricing and Support Policies marked EXHIBIT 'A', attached hereto, and made a part hereof.

**PACKAGE WILL BE INSTALLED ON THE FOLLOWING EQUIPMENT:** NCR 3455
**OPERATING SYSTEM:** AT&T Unix          **ORACLE LEVEL:** 140 User
**STUDENT POPULATION:** 15,500
**SOFTWARE DISTRIBUTION MEDIA:** Tape
**SOFTWARE PACKAGE AND LICENSE FEE\*:** See Attached Exhibit 'B'

**CONTRACT ACCEPTED BY LICENSEE:**

_____          **DATE:** 10/18/95
(LICENSEE'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_____          **DATE:** 10/28/95
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

**EXHIBIT**
**D**

\*SOFTWARE LICENSE FEES ARE EXCLUSIVE OF TRAVEL EXPENSES OF CENTURY CONSULTANTS' EMPLOY[...]
(TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.

PAGE 1 OF 6

Confidential
Attorneys' Eyes Only                                   Century 0196

## STAR_BASE COMPUTER PACKAGE LICENSE

### TERMS AND CONDITIONS

1. **PACKAGE DELIVERY AND MAINTENANCE** - **CENTURY** shall furnish the package to the licensee on the media designated herein and shall maintain the version of the package furnished free of charge for the term of ninety (90) days (excluding upgraded existing software - see paragraph 5. PACKAGE SUPPORT) which shall commence on the later of the date the module is delivered to the Licensee, or the date the Licensee commences training, if training is contracted by Licensee.

2. **PAYMENT** - Twenty percent (20%) of the license fee shall be paid on the execution of this license by the Licensee. Eighty percent (80%) of the license fee will be billed on delivery of package. All invoices must be paid within thirty (30) days after receipt of invoice. At the option of **CENTURY**, unpaid balances more than thirty (30) days overdue may accrue interest at the rate of 1.5% per month or, if less, the maximum rate allowed by law.

3. **TAXES** - The license fee does not include any taxes, however designated and whether levied or based on the package, its use, the license fee, or this agreement. Any taxes, or amounts in lieu thereof or interest thereon paid or payable by **CENTURY**, except for personal property taxes and taxes based on net income, shall be borne by Licensee, and paid by Licensee upon presentation of invoice.

4. **LICENSE TERM** - This license agreement shall remain in effect until such time as it is terminated pursuant to paragraph 9 herein.

5. **PACKAGE SUPPORT** - **CENTURY** will offer an optional Annual Maintenance Service to take effect ninety (90) days from the package delivery date. Existing software upgraded due to enhancements, change in computer processor or level usage will be considered a continuation of use and excluded from the 90-day warranty policy. All other support will be contracted on a time and material basis at **CENTURY'S** then current system service rate plus expenses.

6. **WARRANTY** - **CENTURY** warrants that the package will be free from any known errors when delivered. Except as provided above, **THE PACKAGE IS PROVIDED ON AN 'AS IS' BASIS, AND THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.** Licensee shall be solely responsible for the selection, use, efficiency and suitability of the package and **CENTURY** shall have no liability therefor. **CENTURY** shall have no liability to Licensee for the infringement of proprietary rights by the package or any portions thereof.

7. **ALTERATION OF PROGRAM** - In the event the Licensee changes or in any manner alters the package without the express written authority of **CENTURY**, all warranties by and obligations of **CENTURY** hereunder shall terminate and **CENTURY** may terminate this license pursuant to paragraph 9 hereof. Licensee is responsible for and shall indemnify and hold **CENTURY** harmless from and against any damages incurred by **CENTURY** arising out of such unauthorized alteration.

8. **CONFIDENTIALITY** - (A) The package and any permitted copies contain valuable trade secrets of **CENTURY** and shall at all times remain the property of **CENTURY**; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package

PAGE 2 OF 6

Confidential
Attorneys' Eyes Only

## *STAR_BASE COMPUTER PACKAGE LICENSE*

### TERMS AND CONDITIONS

8.   **CONFIDENTIALITY** (CONTINUED)

or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing. Licensee shall permit **CENTURY** representatives to inspect any location in which the package is being used at all times for the purpose of determining that Licensee is not in default of this agreement. (B) Licensee may prepare backup or archival copies of the Package for Licensee's use only. Except for such copies, Licensee may not reproduce the package except in accordance with the written permission of **CENTURY**, and upon terms and conditions specified by **CENTURY**. Any such copies shall remain the property of **CENTURY** as provided in paragraph 8. (A) above.

9.   **TERMINATION** - In the event that Licensee should default in the performance of any obligation on its part to be performed or make an assignment for the benefit of creditors, or should any proceeding be instituted by or against Licensee under any provisions of the Federal Bankruptcy Code, or any State Law for liquidation, dissolution or the appointment of a custodian or receiver, **CENTURY** may terminate this license without prejudice to its right to collect any amount then due, its damages and any further relief to which it may be entitled. In the event of termination, Licensee shall thereafter cease to use the Package and any related materials or any copies thereof and shall promptly delete the Package from its library and return to **CENTURY** the Package, any material associated therewith and all copies. In the event of termination, **CENTURY** shall have no obligation to refund any amount paid by Licensee.

10.   **ASSIGNMENT** - This license or any rights thereunder may not be assigned or sublicensed by Licensee without the prior written consent of **CENTURY**. **CENTURY** retains the sole and absolute right to refuse to consent to such assignment or sublicensing for any reason or for no reason.

11.   **LIMITATION OF LIABILITY** - (A) In no event shall **CENTURY** be liable to Licensee for any indirect, special or consequential damages or lost profits arising out of or related to this Computer Package License or the performance or breach hereof, even if **CENTURY** has been advised of the possibility thereof. **CENTURY'S** liability to Licensee hereunder, if any , shall in no event exceed the total of the license fees paid to **CENTURY** hereunder by Licensee. (B) In no event shall Licensor be liable to Licensee for any damages resulting from or related to any failure of the software products, including, but not limited to, loss of data or delay of **CENTURY** in the delivery of the package or in the performance of service under this License Agreement or related agreements.

12.   **NOTICES** - Any notice of communication given or required to be given under this agreement shall be in writing and shall be deemed to have been given when mailed by certified mail, return receipt requested, postage prepaid, to the other party at the address contained herein.

13.   **APPLICABLE LAW** - In the event that any one or more of the provisions contained in this agreement shall for any reason be held to be unenforceable in any respect under the laws of any state, or of the United States of America, such unenforceable provisions shall not affect any other provisions of this agreement, but this agreement shall be construed as if such unenforceable provisions had never been contained herein. All questions of enforceability and interpretations which may arise under this agreement shall be determined by the laws of the State of ILLINOIS.

Confidential
Attorneys' Eyes Only

Century 0198

# STAR_BASE COMPUTER PACKAGE LICENSE

## TERMS AND CONDITIONS

14.  **APPLICABLE LAW** – This agreement and the attachments, if any, hereto constitute the entire agreement of the parties and supersedes all prior agreements, understandings, negotiations and proposals. No other licenses or rights are herein granted other than those specifically granted herein and no other representations, commitments, guarantees or statements shall be binding on either party.  This agreement and the attachments hereto shall not be deemed or construed to be modified, amended, rescinded, canceled or waived in whole or in part, except by written agreement duly executed by both parties.

### END OF COMPUTER PACKAGE LICENSE

PAGE 4 OF 6

Confidential
Attorneys' Eyes Only

Century 0199

# *SOFTWARE PACKAGE PRICING AND SUPPORT POLICIES*

## EXHIBIT 'A'

THE FOLLOWING PRICING AND SUPPORT POLICIES ARE EFFECTIVE JANUARY 1, 1991 AND SUPERSEDE ALL PREVIOUS PRICING AND SUPPORT POLICIES.

## LICENSE FEES:

These one-time fees license the Licensee to use the **CENTURY** proprietary software for the term and at the location specified on the **CENTURY** License Agreement. The Licensee does not "own" this software and cannot propagate the programs to any other system. The license fee also entitles the LICENSEE to the first ninety (90) days of software maintenance support at no additional cost.

## INSTALLATION:

All package installations will be on a contract basis at **CENTURY'S** current system services rate, plus incurred travel expenses, unless otherwise specified by an officer of **CENTURY**. The installation process will not be required if **CENTURY** in its discretion agrees that the Licensee has the adequate staff expertise to provide their own installation.

## MODIFICATIONS AND ENHANCEMENTS:

**CENTURY** will discuss any special needs the Licensee has for customized reports and/or program enhancements. **CENTURY** reserves the right to refuse to do any or all system changes. Any modifications and/or enhancements **CENTURY** agrees to perform will be on a contract basis at **CENTURY'S** then current system services rate and must be contracted separately prior to initiation of the work.

## SOFTWARE MAINTENANCE (CUSTOMER SUPPORT):

**CENTURY'S** software maintenance may be extended beyond the warranty period by annual service which entitles the Licensee to the following services:

1. Software and documentation updates, available on a scheduled basis;
2. Unlimited telephone consultations during normal business hours for any procedural or software problem related to **CENTURY** packages.

The annual maintenance service may require the License to have installed the most current release of the **CENTURY** package to be supported. If the Licensee is not on the current package release, **CENTURY** can convert the customer to the current release. This conversion will be performed on a contract basis on a time and material basis at **CENTURY'S** then current system service rate plus expenses.

This annual maintenance service is optional for the License at the current published **CENTURY** software support maintenance rate. All on-site support with or without Annual Maintenance Service is on a contracted basis at **CENTURY'S** then current system services rate plus expenses.

The Licensee may initiate Annual Maintenance Service at any time with the understanding a full year support will be billed to the customer and due to **CENTURY**. Software support calls cannot be handled without Annual Maintenance Service.

## SOFTWARE DISTRIBUTION:

**CENTURY** will distribute the software on magnetic media currently compatible with **CENTURY'S** in-house computer system. The Licensee is responsible for providing **CENTURY** with compatible magnetic media or assuming all costs incurred in converting the software to the user's magnetic media.

Confidential
Attorneys' Eyes Only

# PAYMENT SCHEDULE

## EXHIBIT 'B'

### LICENSEE:  SPRINGFIELD PUBLIC SCHOOL DISTRICT #168

**STAR_BASE APPLICATION SOFTWARE:**

| STUDENT APPLICATIONS | GRAPHICAL CLIENT/SERVER SERIES |
|---|---|
| DEMOGRAPHICS | TEACHER PROCESSES |
| MEDICAL | PICTURE VERIFICATION |
| DAILY ATTENDANCE | COUNSELOR PROCESSES |
| CLASS/PERIOD ATTENDANCE | CLERICAL PROCESSES |
| DISCIPLINE | |
| MASTER CLASS SCHEDULE OPTIMIZER | |
| SCHEDULING | STANDARD INTERFACES |
| **GRADE BOOK** | |
| INTERIM REPORTING | SCANNER: |
| GRADE REPORTING | COURSE REQUESTS |
| ACADEMIC HISTORY | GRADE REPORTING |
| TESTING: | HOMEROOM ATTENDANCE |
| HISTORY | CLASS/PERIOD ATTENDANCE |
| OBJECTIVES | INTERIM REPORTING |
| EVALUATION | |
| QUESTION BANK | BUSING |
| IEP/SPECIAL EDUCATION | DIALERS |
| CENSUS | |
| STUDENT FEES | |

| | |
|---|---|
| **STAR_BASE APPLICATION SOFTWARE:** | $77,550.00 |
| **LESS DISCRETIONARY DISCOUNT** | $ 3,000.00 |
| **TOTAL APPLICATION SOFTWARE:** | $74,550.00 |

| | |
|---|---|
| **DATABASE TOOLS** | |
| **ORACLE 140 USER RUNTIME** | $49,000.00 |
| **ORACLE RDBMS 20 USER FULL DEVELOPMENT** | 10,000.00 |
| **ORACLE TOOLS 20 USER DEPLOYMENT** | 5,600.00 |
| **ORACLE TOOLS 2 USER FULL DEVELOPMENT** | 5,640.00 |
| **ORACLE DATA QUERY 16 USER RUNTIME** | 8,000.00 |
| **SQL*NET 64 USER RUNTIME** | 4,800.00 |
| **TOTAL DATABASE TOOLS** | $83,040.00 |

### TOTAL LICENSE AGREEMENT          $157,590.00

**PAYMENT TERMS:**

| | |
|---|---|
| 20% UPON SIGNING OF CONTRACT | $ 31,508.00 |
| 80% UPON DELIVERY OF SOFTWARE | $126,032.00 |

PRICES EXCLUDE TRAVEL EXPENSES OF CENTURY EMPLOYEES
(TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.

PAGE 6 OF 6

Confidential
Attorneys' Eyes Only

Century 0201

# *STAR_BASE COMPUTER PACKAGE LICENSE*

## ORACLE RIDER
## FULL USE VERSION

**LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #168** / 86
**DATE OF COMPUTER PACKAGE LICENSE: SEPTEMBER 13, 1995**
**COMPUTER PROGRAM LICENSE NUMBER: CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern.

For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.
Licensee and CENTURY agree as follows:

1. Licensee agrees to use the Full Use Programs, which are unaltered program versions with all functions intact so as to give the Licensee the ability to create application programs for its own use only on a single designated central processing unit ("CPU") for the Licensee's own internal data processing only;

2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of CPU malfunction and single backup for archival copies;

3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;

4. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;

5. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;

6. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;

7. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;

8. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this _28_ Day of _October_, 199_5_.

LICENSEE:

_Robert C. Hill_      DATE: _10/10/95_
(AUTHORIZED SIGNATURE AND TITLE)
CENTURY CONSULTANTS LTD.

_Joseph M. Nican  President_      DATE: _10/28/95_
(AUTHORIZED SIGNATURE AND TITLE)

**Confidential**
**Attorneys' Eyes Only**

## STAR_BASE COMPUTER PACKAGE LICENSE
### ORACLE RIDER
### RUNTIME VERSION

**LICENSEE:** SPRINGFIELD PUBLIC SCHOOL DISTRICT #186 /8 6
**DATE OF COMPUTER PACKAGE LICENSE:** SEPTEMBER 13, 1995
**COMPUTER PROGRAM LICENSE NUMBER:** CCL-202

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern.

For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to restrict its use of the Program to object code form on a single designated central processing unit ("CPU") for the Licensee's own internal data processing only;
2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of CPU malfunction and single backup for archival copies;
3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;
4. Licensee agrees that it shall not use the Program for any purpose outside the scope of the Computer Package License;
5. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;
6. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;
7. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;
8. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this 28 Day of October , 1995.

LICENSEE:

_Robert C. Hill_
(AUTHORIZED SIGNATURE AND TITLE)          DATE: 10/18/95
CENTURY CONSULTANTS LTD.

_Joseph M. Adair President_
(AUTHORIZED SIGNATURE AND TITLE)          DATE: 10/28/95

**Confidential**
**Attorneys' Eyes Only**

Century 0203

# STAR_BASE COMPUTER PACKAGE LICENSE
## ORACLE RIDER
## RUNTIME VERSION

**LICENSEE:    SPRINGFIELD PUBLIC SCHOOL DISTRICT #186 / 86**
**DATE OF COMPUTER PACKAGE LICENSE: SEPTEMBER 13, 1995**
**COMPUTER PROGRAM LICENSE NUMBER: CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern.

For purposes of this Rider, the Term "Program" ·    · to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and

1.  Li                                                            bject code form on a single designated
    cen                                                           ernal data processing only;
2.  Lic                                                           Program except for temporary transfer
    in th                                                         ival copies;
3.  Licer                                                         sharing or rental of the Program;
4.  Licen                                                         y purpose outside the scope of the
    Comp
5.  License                                                       verse engineering, disassembly or
    decomp
6.  Licensee                                                      to the terms and conditions of
    CENTUI                                                        's a third party beneficiary of the
    Computer                                                      ghts and privileges running to
    CENTUR\                                                       and this Rider, shall run in favor of
    ORACLE;
7.  Licensee ag            publish the results of any bench mark tests run on the Programs
    without the    consent of CENTURY;
8.  Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9.  Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this  28  Day of  October , 1995.

LICENSEE:

_____        DATE:_____
(AUTHORIZED SIGNATURE AND TITLE)
CENTURY CONSULTANTS LTD.

_____        DATE: 10/28/95
(AUTHORIZED SIGNATURE AND TITLE)

Confidential
Attorneys' Eyes Only

Century 0204

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**  September 18, 1995
**CONTRACT #:**  95-173

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 /86
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' - SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S** obligation is limited to correcting any error in any developed or modified program or routine as appears within sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of **CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to maintain the confidentiality of the said program or product, but not less than that employed to protect its own proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY** representatives to inspect any location in which the program is being used at all reasonable times for the purpose of determining that CUSTOMER is not in default of this agreement.

### CONTRACT ACCEPTED BY CUSTOMER:

_Robert C. Hill_                               DATE: _10/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

### CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_Joseph M. Algozzini (President)_              DATE: _10/20/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0205

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**          September 18, 1995

**CONTRACT #:** 95-173

**CUSTOMER:**   Springfield Public SD #168          **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

**Convert student information from the previously used system. Data to be converted includes:**

| | | |
|---|---|---|
| (1) | Student Demographic Information | $5,000.00 |
| (2) | Teacher Master Information | $1,500.00 |
| (3) | Course Master Information | $1,500.00 |
| (4) | High School Schedule or Request Information (depending on time of conversion) | $3,000.00 |

### CONTRACT NOTES

Data to be converted must be provided on a media format compatible with existing equipment at Century's offices. File layouts and descriptions should also be provided to allow for more accurate data conversion.

The data supplied by the client will be converted "AS IS". Century cannot be responsible for the accuracy of the data format and content.

Subsequent modifications to the original source data made after delivery of the source data to Century will not be reflected in the conversion data delivered. Additional conversions of modified data may be considered part of additional contracts.

The goal of this service is to limit the amount of operator level data maintenance at the client site upon delivery of the data. For certain reasons, outside of Century's control, it is unlikely that operator level maintenance will be completely eliminated.

### TOTAL SERVICE COST:          $11,000.00

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-173

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF EACH CONVERSION**
(To be billed incrementally)

**TOTAL CONTRACT:**     **$11,000.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**    95-174

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186  *186*
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)      DATE: _10/18/95_

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. Wisser, President_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)      DATE: _10/23/95_

PAGE 1 OF 3

**Confidential**
**Attorneys' Eyes Only**

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**         September 18, 1995

**CONTRACT #: 95-174**

**CUSTOMER:**   Springfield Public SD #168                    **CONTACT: Mr. Henry Stuckey**


**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:


**Seventy-six (76) days onsite assistance and training.**


**TOTAL SERVICE COST:**          **$38,000.00**


**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED
CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED
CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-174

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF EACH ONSITE DAY**
(To be billed incrementally)

**TOTAL CONTRACT:**      **$38,000.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

# SYSTEM SERVICE AGREEMENT

**DATE:**            September 18, 1995
**CONTRACT #:**      95-175

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 / 86
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

## CONTRACT ACCEPTED BY CUSTOMER:

_Robert C. Hill_                                    DATE: _10/0/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

## CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_Joseph M. Ahearn, President_                       DATE: _10/28/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0211

# *SYSTEM SERVICE AGREEMENT*

## <u>EXHIBIT 'A' - SERVICES</u>

**DATE:**        September 18, 1995

**CONTRACT #:** 95-175

**CUSTOMER:**  Springfield Public SD #168              **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) CUSTOMIZE THE STANDARD STAR_BASE REPORT CARD PRINT PROGRAM TO
    PRINT IN THE FORMAT USED BY THE CLIENT.                   $750.00
(2) PRODUCE AN END-OF-YEAR GRADE LABEL IN THE FORMAT USED BY THE CLIENT
    TO EMULATE THE LABELS CURRENTLY BEING AFFIXED TO TRANSCRIPT
    RECORDS BY THE CLIENT.                                    $750.00
(3) ALLOW FOR THE MAINTENANCE OF COURSE WEIGHTING ON AN INDIVIDUAL
    STUDENT LEVEL BY MARKING PERIOD.                          $1500.00
(4) MODIFY THE STANDARD GRADE POINT AVERAGE CALCULATION
    PROGRAM TO USE THE FORMULA AND WEIGHTING FACTORS DEFINED BY THE
    DISTRICT.                                                 $750.00

### <u>CONTRACT NOTES</u>

A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the
modifications.

The programs will be developed in and supported under Oracle Version 7 toolset which consists of
ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        <u>$3,750.00</u>

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED
CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED
CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only                                            Century 0212

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-175

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF EACH MODIFICATION**
            (To be billed incrementally)

**TOTAL CONTRACT:**      **$3,750.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

# SYSTEM SERVICE AGREEMENT

**DATE:**          September 18, 1995
**CONTRACT #:**    95-176

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #168  /86
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                                      DATE: _10/19/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. Sloan President_                           DATE: _10/25/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**           September 18, 1995

**CONTRACT #: 95-176**

**CUSTOMER:**   Springfield Public SD #168          **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

**(1) Modify the standard grade scan page build, print input and update routines to process the form used by the district.**

### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs. Any modification or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:          $1,500.00

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only                    Century 0215

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-176

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF MODIFICATION**

**TOTAL CONTRACT:**      **$1,500.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**        September 18, 1995
**CONTRACT #:**  95-177

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #~~186~~ *186*
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                                    DATE: _10/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD.:**

_Joseph M. Alean President_                         DATE: _10/30/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #:** 95-177

**CUSTOMER:**  Springfield Public SD #168        **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

(1)  **Modify the Address Maintenance screen to include routines to maintain a beginning and ending effective date.  The beginning date will default to the system date.**                                  **$1500.00**

(2)  **Develop a new program to print mailing and return mailing address information on continuous form envelope.  Develop a mailing address label print program.**
                                                                        **$1500.00**

### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs.  Any modification or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        $3,000.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-177

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50% UPON COMPLETION OF EACH MODIFICATION
(To be billed incrementally)

### TOTAL CONTRACT:          $3,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only