E-FILED
Friday, 08 October, 2004  04:15:32 PM
Clerk, U.S. District Court, ILCD

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## SYSTEM SERVICE AGREEMENT

**DATE:**          September 18, 1995
**CONTRACT #:**    95-178

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #365 /86
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_____Robert C. Hill_____          DATE: _10/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_____Joseph M. Alban   President_____          DATE: _10/28/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**          September 18, 1995

**CONTRACT #:** 95-178

**CUSTOMER:**   Springfield Public SD #168               **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) **Customize the standard Star_Base schedule print program to print in the format used by the client.**                                  **$1500.00**

(2) **Modify the class maintenance routines to disallow the multiple assignment class rooms during concurrent periods.  Allow for the override of this restriction based on operator level security.**                   **$1500.00**

### CONTRACT NOTES

A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the modifications.

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

**TOTAL SERVICE COST:**      **$3,000.00**

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-178

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF EACH MODIFICATION**
          (To be billed incrementally)

## TOTAL CONTRACT:     $3,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Confidential
Attorneys' Eyes Only

Century 0222

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

# SYSTEM SERVICE AGREEMENT

**DATE:**               September 18, 1995
**CONTRACT #:**      95-179

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 *186*
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

## CONTRACT ACCEPTED BY CUSTOMER:

_Robert C. Hill_                                                          DATE: _10/8/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

## CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_Joseph M. Dsean President_                            DATE: _9/25/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0223

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'A' - SERVICES

**DATE:**          September 18, 1995

**CONTRACT #:** 95-179

**CUSTOMER:**   Springfield Public SD #168            **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

**Modify the standard Interim/Deficiency scan page build, print, input and update
routines to process the form used by the district.**

### CONTRACT NOTES

**A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the
modifications.**

**The original functions of the standard program will be included in the customized programs.   Any
modification or addition to the functions of the programs may be considered part of a separate contract(s).**

**The programs will be developed in and supported under Oracle Version 7 tools which consists of
ORACLE\*FORMS V3.0 and ORACLE\*REPORTS V1.1.**

### TOTAL SERVICE COST:          $1,500.00

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED
CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED
CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-179

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF MODIFICATION**

**TOTAL CONTRACT:**      **$1,500.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

# CENTURY CONSULTANTS LTD.
## 300 MAIN STREET
## LAKEWOOD, NEW JERSEY 08701
## (908) 363-9300

# *SYSTEM SERVICE AGREEMENT*

**DATE:**        **September 18, 1995**
**CONTRACT #:**    **95-180**

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
**Springfield Public School District #168** *186*
**530 West Reynolds Street**
**Springfield, Illinois 62702**
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                                    **DATE:** _10/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. Swiatek President_                        **DATE:** _11/26/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0226

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #:** 95-180

**CUSTOMER:**  Springfield Public SD #168            **CONTACT: Mr. Henry Stuckey**


**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:


**Customize the standard Star_Base Deficiency (Progress Report) print program to print in the format used by the client.**


### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE\*FORMS V3.0 and ORACLE\*REPORTS V1.1.


### TOTAL SERVICE COST:            $1,500.00


** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

Century 0227

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-180

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF MODIFICATION**

**TOTAL CONTRACT:**        **$1,500.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

# SYSTEM SERVICE AGREEMENT

**DATE:**          September 18, 1995
**CONTRACT #:**    95-181

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 /86
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_____          DATE: 10/18/95
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_____          DATE: 10/28/95
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

Confidential
Attorneys' Eyes Only

Century 0229

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #:** 95-181

**CUSTOMER:** Springfield Public SD #168          **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

(1)  **Develop routines to input and update Elementary School Test information (50 Questions).**                              **$1000.00**
(2)  **Develop routines to input and update Middle and High School Test information (200 Questions).**                        **$1,000.00**
(3)  **Develop routines to input and update Performance Test information.**
                                                         **$1,000.00**

### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs.  Any modifiction or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:          $3,000.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**        September 18, 1995

**CONTRACT #:**   95-181

**CUSTOMER:**    Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50%  UPON COMPLETION OF EACH MODIFICATION**
(To be billed incrementally)

**TOTAL CONTRACT:**    **$3,000.00**

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE.  AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Confidential
Attorneys' Eyes Only

Century 0231

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**    95-182

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 /86
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                                  DATE: 10/8/95
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD.:**

_Joseph M. Strain President_                      DATE: 10/28/95
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #: 95-182**

**CUSTOMER:**  Springfield Public SD #168                    **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

(1)  **Provide routines for the printing, input and update of class/period attendance data using an optical scanner.**                                          $1500.00

(2)  **Modify the routines listed above to allow for the inclusion of multiple courses that meet during the same period for a single teacher.**                    $1500.00

(3)  **Develop a new program that displays the roster of a class period scan sheet allowing for access by teacher identification number, course code and section or scan sheet page/control number.**
                                                                                      $1500.00

(4)  **Modify the teacher schedule display program to display class/period scan page information.**
                                                                                      $ 750.00

(5)  **Modify the class/period scan page display screen to display teacher schedule information.**
                                                                                      $ 750.00

(6)  **Modify the class/period attendance input/update routine to cease processing if an operator defined percentage of absences is exceeded.**           $ 375.00

(7)  **Develop a class/period mass posting routine that will allow for the posting of specific attendance code based on teacher, course or scan page/control number.**        $1000.00

### CONTRACT NOTES

**A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.**

**The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE\*FORMS V3.0 and ORACLE\*REPORTS V1.1.**

### TOTAL SERVICE COST:          $7,375.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0233

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #: 95-182**

**CUSTOMER:**  Springfield Public SD #168            **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) Provide routines for the printing, input and update of class/period attendance data using an optical scanner.                                       $1500.00

(2) Modify the routines listed above to allow for the inclusion of multiple courses that meet during the same period for a single teacher.                             $1500.00

(3) Develop a new program that displays the roster of a class period scan sheet allowing for access by teacher identification number, course code and section or scan sheet page/control number.                                                    $1500.00

(4) Modify the teacher schedule display program to display class/period scan page information.                                                      $ 750.00

(5) Modify the class/period scan page display screen to display teacher schedule information.                                                      $ 750.00

(6) Modify the class/period attendance input/update routine to cease processing if an operator defined percentage of absences is exceeded.                    $ 375.00

(7) Develop a class/period mass posting routine that will allow for the posting of specific attendance code based on teacher, course or scan page/control number.        $1000.00

### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        $7,375.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0233

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**   95-182

**CUSTOMER:**     Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50%  UPON COMPLETION OF EACH MODIFICATION
### (To be billed incrementally)

### TOTAL CONTRACT:     $7,375.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

Century 0234

# STAR_BASE COMPUTER PACKAGE LICENSE
## ORACLE RIDER
## APPLICATION SPECIFIC LICENSE

**LICENSEE:**   SPRINGFIELD PUBLIC SCHOOL DISTRICT #186
**DATE OF COMPUTER PACKAGE LICENSE:   JANUARY 30, 2001**
**COMPUTER PROGRAM LICENSE NUMBER:   CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License.  In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern. For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to restrict its use of the Program to object code form on a single designated system for the Licensee's own internal data processing only;
2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of computer malfunction and single backup for archival copies;
3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;
4. Licensee agrees that it shall not use the Program for any purpose outside the scope of the Computer Package License;
5. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;
6. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;
7. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;
8. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this 23 Day of _February_, 2001.

**LICENSEE:**

_Thomas Stuckey, Information Systems Director_   DATE: 2/19/2001
(AUTHORIZED SIGNATURE AND TITLE)

**CENTURY CONSULTANTS LTD.:**

_Joseph Widham, President_   DATE: 2/23/01
(AUTHORIZED SIGNATURE AND TITLE)

12/22/98

Confidential
Attorneys' Eyes Only

# CENTURY CONSULTANTS LTD.
### 150 AIRPORT ROAD, SUITE 1500
### LAKEWOOD, NEW JERSEY 08701
### (732) 363-9300

## STAR BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

**DATE:**    *January 30, 2001*                          **LICENSE NO: 202**

**LICENSEE:**  *SPRINGFIELD PUBLIC SCHOOL DISTRICT 186*

**LOCATION OF USE:** *SAME*

**ADDRESS:**   *530 WEST REYNOLDS STREET*

**CITY:** *SPRINGFIELD*          **STATE:** *IL*      **ZIPCODE:** *62701*

*CENTURY CONSULTANTS LTD. ("CENTURY"), by its acceptance hereof, grants to the Licensee named above ("LICENSEE"), for its payments of the license fee and upon the terms and conditions hereinafter stated, a non-exclusive and non-transferable license to use the following listed software package (the "PACKAGE"). This license is governed by the terms and definitions contained in the Software Package Pricing and Support Policies marked EXHIBIT 'A', attached hereto, and made a part hereof.*

### PACKAGE WILL BE INSTALLED ON THE FOLLOWING EQUIPMENT
**DATABASE SERVER:**  *SUN E 450 480 QUAD*          **OPERATING SYSTEM:** *UNIX/SOLARIS*
**ORACLE 8i Power Units:** *n/a*                    **ORACLE 8I: 140 Concurrent Users - GF**

**WEB SERVER:**  *AMD Duron*                        **OPERATING SYSTEM:** *Windows NT*
**ORACLE WEB Power Units:**    *600*                **ORACLE WEB Named Users:** *n/a*

**STUDENT POPULATION:** *14,000*
**SOFTWARE DISTRIBUTION MEDIA:** *CD ROM*
**SOFTWARE PACKAGE AND LICENSE FEE*:** *See Attached Exhibit 'B'*
**NOTE: CITRIX TERMINAL SERVER TECHNOLOGY NOT SUPPORTED BY CENTURY**

## CONTRACT ACCEPTED BY LICENSEE:

~~Thomas Stuckey~~, INFORMATION Systems DirectoR    DATE: 2/19/2001
(LICENSEE'S AUTHORIZED SIGNATURE AND TITLE)

## CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

~~Joseph M. Ahearn, President~~                     DATE: 2/23/01
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

*\*SOFTWARE LICENSE FEES ARE EXCLUSIVE OF TRAVEL EXPENSES OF CENTURY CONSULTANTS' EMPLOYEES (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.*

PAGE 1 OF 6

# STAR BASE COMPUTER PACKAGE LICENSE
# STUDENT MANAGEMENT

## TERMS AND CONDITIONS

1. **PACKAGE DELIVERY AND MAINTENANCE** - CENTURY shall furnish the package to the licensee on the media designated herein and shall maintain the version of the package furnished free of charge for the term of ninety (90) days (excluding upgraded existing software - see paragraph 5. PACKAGE SUPPORT) which shall commence on the date the PACKAGE is delivered to the Licensee.

2. **PAYMENT- PAYMENT-** Twenty percent (20%) of the license fee shall be paid on the execution of this license by the Licensee. Eighty percent (80%) of the license fee will be billed on delivery of package. All invoices must be paid within thirty (30) days after receipt of invoice. At the option of CENTURY, unpaid balances more than thirty (30) days overdue may accrue interest at the rate of 1.5% per month or, if less, the maximum rate allowed by law.

3. **TAXES** - The license fee does not include any taxes, however designated and whether levied or based on the package, its use, the license fee, or this agreement. Any taxes, or amounts in lieu thereof or interest thereon paid or payable by CENTURY, except for personal property taxes and taxes based on net income, shall be borne by Licensee, and paid by Licensee upon presentation of invoice.

4. **LICENSE TERM** - This license agreement shall remain in effect until such time as it is terminated pursuant to paragraph 9 herein.

5. **PACKAGE SUPPORT** - CENTURY will offer Annual Maintenance Service to take effect ninety (90) days from the package delivery date. Existing software upgraded due to enhancements, change in computer processor or level usage will be considered a continuation of use and excluded from the 90-day warranty policy. All other support will be contracted on a time and material basis at CENTURY'S then current system service rate plus expenses.

6. **WARRANTY** - CENTURY warrants that the package will be free from any known errors when delivered. Except as provided above, THE PACKAGE IS PROVIDED ON AN 'AS IS' BASIS, AND THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Licensee shall be solely responsible for the selection, use, efficiency and suitability of the package and CENTURY shall have no liability therefor. CENTURY shall have no liability to Licensee for the infringement of proprietary rights by the package or any portions thereof.

7. **ALTERATION OF PROGRAM** - In the event the Licensee changes or in any manner alters the package without the express written authority of CENTURY, all warranties by and obligations of CENTURY hereunder shall terminate and CENTURY may terminate this license pursuant to paragraph 9 hereof. Licensee is responsible for and shall indemnify and hold CENTURY harmless from and against any damages incurred by CENTURY arising out of such unauthorized alteration.

8. **CONFIDENTIALITY** - (A) The package and any permitted copies contain valuable trade secrets of CENTURY and shall at all times remain the property of CENTURY; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package

PAGE 2 OF 6

Confidential
Attorneys' Eyes Only

Century 0190

# STAR BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

### TERMS AND CONDITIONS

8. **CONFIDENTIALITY** (CONTINUED) or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by CENTURY in writing. Licensee shall permit CENTURY representatives to inspect any location in which the package is being used at all times for the purpose of determining that Licensee is not in default of this agreement. (B) Licensee may prepare backup or archival copies of the Package for Licensee's use only. Except for such copies, Licensee may not reproduce the package except in accordance with the written permission of CENTURY, and upon terms and conditions specified by CENTURY. Any such copies shall remain the property of CENTURY as provided in paragraph 8. (A) above.

9. **TERMINATION** - In the event that Licensee should default in the performance of any obligation on its part to be performed or make an assignment for the benefit of creditors, or should any proceeding be instituted by or against Licensee under any provisions of the Federal Bankruptcy Code, or any State Law for liquidation, dissolution or the appointment of a custodian or receiver, CENTURY may terminate this license without prejudice to its right to collect any amount then due, its damages and any further relief to which it may be entitled. In the event of termination, Licensee shall thereafter cease to use the Package and any related materials or any copies thereof and shall promptly delete the Package from its library and return to CENTURY the Package, any material associated therewith and all copies. In the event of termination, CENTURY shall have no obligation to refund any amount paid by Licensee.

10. **ASSIGNMENT** - This license or any rights thereunder may not be assigned or sublicensed by Licensee without the prior written consent of CENTURY. CENTURY retains the sole and absolute right to refuse to consent to such assignment or sublicensing for any reason or for no reason.

11. **LIMITATION OF LIABILITY** - (A) In no event shall CENTURY be liable to Licensee for any indirect, special or consequential damages or lost profits arising out of or related to this Computer Package License or the performance or breach hereof, even if CENTURY has been advised of the possibility thereof. CENTURY'S liability to Licensee hereunder, if any, shall in no event exceed the total of the license fees paid to CENTURY hereunder by Licensee. (B) In no event shall Licensor be liable to Licensee for any damages resulting from or related to any failure of the software products, including, but not limited to, loss of data or delay of CENTURY in the delivery of the package or in the performance of service under this License Agreement or related agreements. The intent of the web-based version of Star_Base is solely a browser version of Star_Base that is intranet only and solely under the school district's control. Century assumes no responsibility for the confidentiality of the district's data, nor is Century responsible for the confidentiality of the district's data should the district decide to provide access to their system through the world-wide web.

12. **NOTICES** - Any notice of communication given or required to be given under this agreement shall be in writing and shall be deemed to have been given when mailed by certified mail, return receipt requested, postage prepaid, to the other party at the address contained herein.

13. **APPLICABLE LAW** - In the event that any one or more of the provisions contained in this agreement shall for any reason be held to be unenforceable in any respect under the laws of any state, or of the United States of America, such unenforceable provisions shall not affect any other provisions of this agreement, but this agreement shall be construed as if such unenforceable provisions had never been contained herein. All questions of enforceability and interpretations which may arise under this agreement shall be determined by the laws of the State of New Jersey.

PAGE 3 OF 6

# STAR BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

### TERMS AND CONDITIONS

14.  **ENTIRE AGREEMENT** - This agreement and the attachments, if any, hereto constitute the entire agreement of the parties and supersedes all prior agreements, understandings, negotiations and proposals. No other licenses or rights are herein granted other than those specifically granted herein and no other representations, commitments, guarantees or statements shall be binding on either party. This agreement and the attachments hereto shall not be deemed or construed to be modified, amended, rescinded, canceled or waived in whole or in part, except by written agreement duly executed by both parties.

### END OF COMPUTER PACKAGE LICENSE

PAGE 4 OF 6

Confidential
Attorneys' Eyes Only

Century 0192

# SOFTWARE PACKAGE PRICING AND SUPPORT POLICIES
## EXHIBIT 'A'

*THE FOLLOWING PRICING AND SUPPORT POLICIES ARE EFFECTIVE JANUARY 1, 1999 AND SUPERSEDE ALL PREVIOUS PRICING AND SUPPORT POLICIES.*

## LICENSE FEES:
*These one-time fees license the Licensee to use the CENTURY proprietary software for the term and at the location specified on the CENTURY License Agreement. The Licensee does not "own" this software and cannot propagate the programs to any other system. The license fee also entitles the LICENSEE to the first ninety (90) days of software maintenance support at no additional cost.*

## INSTALLATION:
*All package installations will be on a contract basis at CENTURY'S current system services rate, plus incurred travel expenses, unless otherwise specified by an officer of CENTURY. The installation process will not be required if CENTURY in its discretion agrees that the Licensee has the adequate staff expertise to provide their own installation. Prior to Star_Base installation, a private telephone line and a modem, connected directly to the host computer, must be operational at the customer's site.*

## MODIFICATIONS AND ENHANCEMENTS:
*CENTURY will discuss any special needs the Licensee has for customized reports and/or program enhancements. CENTURY reserves the right to refuse to do any or all system changes. Any modifications and/or enhancements CENTURY agrees to perform will be on a contract basis at CENTURY'S then current system services rate and must be contracted separately prior to initiation of the work.*

## SOFTWARE MAINTENANCE (CUSTOMER SUPPORT):
*CENTURY'S software maintenance may be extended beyond the warranty period by annual service which entitles the Licensee to the following services:*

1. *Unlimited telephone consultations during normal business hours for any procedural or software problem related to CENTURY Star_Base software (one primary and one secondary district staff member).*
2. *Software updates, available on a scheduled basis;*
3. *Remote dial-in capabilities of your computer system which permits CENTURY to diagnose software issues.*

*Century will provide assistance for any procedural questions regarding Star_Base and the use of Oracle as it relates to Star_Base. Century will provide Oracle updates for the Oracle application specific products purchased through Century, but not restricted Development Tool products (e.g. Discoverer, Developer, etc)*

*CITRIX TERMINAL SERVER TECHNOLOGY IS NOT SUPPORTED BY CENTURY.*

*The annual maintenance service may require the Licensee to have installed the most current release of the CENTURY package to be supported. If the Licensee is not on the current package release, CENTURY can convert the customer to the current release. This conversion will be performed on a contract basis on a time and material basis at CENTURY'S then current system service rate plus expenses.*
*In order to insure successful Star_Base maintenance service, CENTURY requires designated client personnel to participate in Century's prepared and approved Star_Base training. CENTURY may suspend maintenance service in the event trained district personnel are not available to insure the daily operation of Star_Base software.*

## SOFTWARE DISTRIBUTION:
*CENTURY will distribute the software on magnetic media currently compatible with CENTURY'S in-house computer system. The Licensee is responsible for providing CENTURY with compatible magnetic media or assuming all costs incurred in converting the software to the user's magnetic media.*

PAGE 5 OF 6

Confidential
Attorneys' Eyes Only

# PAYMENT SCHEDULE

## EXHIBIT 'B'

### LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #186

## STAR BASE APPLICATION SOFTWARE

### STUDENT MANAGEMENT

| | |
|---|---|
| Student Information | Grade Book |
| Daily Attendance | Interim Reporting |
| Scheduling | Discipline |
| Grade Reporting | Medical |
| Academic History | Census |
| Class/Period Attendance | Special Education |
| Testing | Master Class Schedule Optimizer |

### STANDARD INTERFACES

| | |
|---|---|
| Scanner: | Busing |
| Course Requests | |
| Grade Reporting | |
| Homeroom Attendance | Dialers |
| Class/Period Attendance | |
| Interim Reporting | Bar Coding |

*TOTAL STUDENT MANAGEMENT SOFTWARE LICENSE: N/A*

### ORACLE APPLICATION SPECIFIC LICENSE

*Oracle8i Database Server 140 Concurrent Users – GF   N/A*

*Oracle 8i Application Server (WEB)  600   Power Units:    $18,000.00*
*(Reasonable, Unspecified # of Users) PU only*

*TOTAL ORACLE DATABASE LICENSE:*

### TOTAL LICENSE AGREEMENT    $18,000.00

PAYMENT TERMS:
50% UPON SIGNING OF CONTRACT
50% UPON DELIVERY OF SOFTWARE

*Cost Proposal Dated  December 12, 2000  made part of this agreement.*

*PRICES EXCLUDE TRAVEL EXPENSES OF CENTURY EMPLOYEES*
*    (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.*
*1/1/2000*

PAGE 6 OF 6

Confidential
Attorneys' Eyes Only

Century 0194

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #:** 95-177

**CUSTOMER:**  Springfield Public SD #168                **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

(1)  **Modify the Address Maintenance screen to include routines to maintain a beginning and ending effective date.  The beginning date will default to the system date.                                $1500.00**

(2)  **Develop a new program to print mailing and return mailing address information on continuous form envelope.  Develop a mailing address label print program.
                                             $1500.00**

### CONTRACT NOTES

A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs.  Any modification or addition to the functions of the programs may be considered  part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        $3,000.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0218