**E-FILED**
Tuesday, 26 October, 2004  10:37:29 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and THE SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT 186, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Plaintiff, Century Consultants, Ltd., pursuant to CDIL-LR 6.1 and FRCP 6(b), and respectfully move this Court for an enlargement of time in which to respond to Defendant's, Springfield School District 186's, Motion for Summary Judgment.  In support of this Motion, Plaintiff, Century Consultants, Ltd., respectfully submits as follows:

1.      On October 8, 2004, Defendant, Springfield School District 186, filed a Motion for Summary Judgment.

2.      Plaintiff's, Century Consultants, Ltd.'s, response to said Motion for Summary Judgment is due October 29, 2004.

3.      The depositions of numerous individuals involved in this case were taken last week and counsel requires additional time to receive and review the transcripts of these depositions to properly prepare its response to the Motion for Summary Judgment.

4.      Century Consultants, Ltd.'s attorney, Craig Hilliard, has discussed this Motion for Enlargement of Time with Springfield School District 186's attorney, Almon Manson.  Attorney Manson has no objection to the granting of this enlargement of time.

5.     Granting this Motion will not prejudice any of the parties, nor will it affect or change any other dates currently set in this case.

6.     Plaintiff, Century Consultants, Ltd., requests an enlargement of time of ten (10) days, to and including November 8, 2004, to respond to Defendant's, Springfield School District 186's, Motion for Summary Judgment.

WHEREFORE, Plaintiff, Century Consultants, Ltd., prays for an Order extending its response time to and including November 8, 2004 to respond to Defendant's, Springfield School District 186's, Motion for Summary Judgment.

Respectfully submitted,

**CENTURY CONSULTANTS, LTD.**,
Plaintiff


By:    **s/ David A. Herman**
One of its Attorneys

Lead Counsel
Craig S. Hilliard
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
(603) 896-9060

Local Counsel
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

## PROOF OF SERVICE

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

Almon A. Manson, Jr.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL  62703

this 26th day of October, 2004.


**s/ David A. Herman**