E-FILED
Tuesday, 26 October, 2004  10:37:59 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and THE SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT 186, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING PLAINITFF'S MOTION
### FOR ENLARGEMENT OF TIME

This cause comes on for disposition on the motion of Plaintiff, Century Consultants, Ltd.., for an order granting an enlargement of time, the Court being advised on the premises finds as follows:

IT IS HEREBY ORDERED:

Plaintiff, Century Consultants, Ltd., is granted an enlargement of time until and including November 8, 2004, to respond to Defendant's, Springfield School District 186's, Motion for Summary Judgment.

# # #