UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

|  |  |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-CV-3105 |
| THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF CONVENTIONAL FILING AND NOTICE OF SERVICE OF A VOLUMINOUS DECLARATION OF LEAD COUNSEL, CRAIG HILLARD, INCLUDING DOCUMENTS FILED UNDER SEAL PURSUANT TO THIS COURT'S MAY 15, 2003 STIPULATED PROTECTIVE ORDER**

NOW COMES Plaintiff, Century Consultants Ltd. ("Century"), by and through its attorneys, Stark & Stark and Giffin, Winning, Cohen, & Bodewes, P.C., and gives notice of its conventional filing and service of voluminous Declaration of Lead Counsel, Craig S. Hilliard, including documents filed under seal pursuant to this Court's May 15, 2003 Stipulated Protective Order and states as follows:

1. On November 8, 2004, Plaintiff electronically filed its Response to Defendant's, The Springfield Public School District 186's, Motion for Summary Judgment.

2. Plaintiff conventionally filed a voluminous Declaration of Lead Counsel, Craig S. Hilliard, that contained the exhibits relied upon by Plaintiff in its Response to Defendant's, The Springfield Public School District 186's, Motion for Summary Judgment.

3.  The Declaration of Lead Counsel, Craig Hilliard, included exhibits that are governed by this Court's May 15, 2003 Protective Order.

4.  This Honorable Court entered a Protective Order on May 15, 2003 governing the filing of Confidential Material. Paragraph 10 of that order states:

    > All papers, documents and transcripts containing or revealing the substance of Proprietary Information shall be filed in sealed envelopes marked "Confidential/Attorneys-Eyes-Only Materials Under Protective Order entered _____ (date)." The Clerk of the Court shall not permit access to the contents of the envelope to anyone other than counsel for any of the parties without prior written order of this Court.

5.  The Protective Order also dictates how deposition transcripts are to be treated. Paragraph 4 of the Protective Order states, in part:

    > Deposition or other oral testimony given in this case may be designated as CONFIDENTIAL or ATTORNEYS' EYES ONLY by any party or third party either (a) during the deposition or proceeding during which the testimony is given, or (b) by written notice to the court reporter and to all counsel of record, within fifteen (15) days after receiving a transcript of the deposition or proceeding during which the testimony is given. Unless otherwise ordered by the Court, pending the expiration of fifteen (15) days after receiving a transcript of such testimony, all parties and persons shall treat the testimony as if it is have been designated ATTORNEYS' EYES ONLY.

6.  Exhibit number seven (7), to the Declaration of Lead Counsel, Craig Hilliard, was previously designated and marked as Proprietary Information pursuant to Paragraph 2 of this Court's May 15, 2003 Protective Order, and therefore, was filed under seal.

7.  Exhibits number ten (10), eleven (11) and twelve (12) to the Declaration of Lead Counsel, Craig Hilliard, are deposition transcripts that were received within the

15 day time period designated in Paragraph 4 of this Court's May 15, 2003 Protective Order, and therefore, were filed under seal.

8. Copies of the Declaration of Lead Counsel, Craig Hilliard, were hand delivered to all counsel of record. The hand delivered Declarations included unsealed copies of exhibits numbered seven (7), ten (10), eleven (11) and twelve (12).

Respectfully submitted,

**CENTURY CONSULTANTS, LTD.**, Plaintiff

By:   **/s/ David A. Herman**
       One of its Attorneys

Lead Counsel
Craig Hilliard – Lead Counsel
STARK & STARK
A Professional Corporation
PO Box 5315
Princeton, NJ 08543-5315
(603)-896-9060

Local Counsel
David Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
1 West Old State Capitol Plaza
Myers Building, Suite 600
PO Box 2117
Springfield, Illinois 62705
(217)-525-1571

## PROOF OF SERVICE

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

>Almon A. Manson, Jr.
>Brown, Hay & Stephens
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, Illinois 62705
>
>Lance T. Jones
>Law Offices of Lance T. Jones
>1100 S. Fifth Street
>Springfield, IL  62703

this 8th day of November, 2004.

>                            /s/ David A. Herman