UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2004, a copy of **Springfield School District 186's Supplemental Response to Plaintiff's Request to Produce Documents** was placed in an envelope plainly addressed to the following and deposited in the U.S. Mail at Springfield, Illinois, with postage fully prepaid:

Mr. Craig S. Hilliard
Stark & Stark, P.C.
993 Lenox Drive, Building 2
P.O. Box 5315
Lawrenceville, NJ 08648-5315

Mr. David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 West Old State Capitol Plaza, Suite 600
P.O. Box 2117
Springfield, IL 62705-2117

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By: ___/s Almon A. Manson, Jr.___
      One of Its Attorneys

**ALMON A. MANSON, JR.**
Registration No. 1756761
**ROBERT M. SHUPENUS**
Registration No. 6238096
BROWN, HAY & STEPHENS, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone (217) 544-8491
Facsimile (217) 544-9609

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315

by enclosing the same in envelopes addressed to such persons at their addresses as disclosed by the pleadings of record herein, and by depositing said envelopes in a U.S. Post Office mailbox in Springfield, Illinois, at 5:00 p.m. on this 16th day of November, 2004.

/s Almon A. Manson, Jr.

November 16, 2004/mls/i:\mbrown\word\district 186\century\century cos 3.doc