

E-FILED
Thursday, 18 November, 2004  10:11:56 AM
Clerk, U.S. District Court, ILCD

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/10/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. **NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

**Debtor(s) (name(s) and address):**
John G. Miller III
dba The Miller Group
1601 Wiggins Ave
Springfield, IL 62704

FILED
NOV 16 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 04-74985 | 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 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| John S Narmont | John L Swartz |
| 209 Bruns Ln | 1 W Old State Capitol Plz #600 |
| Springfield, IL 62702 | POB 2117 |
| Telephone number: (217) 787-4130 | Springfield, IL 62705 |
| | Telephone number: 217-525-1571 |

### Meeting of Creditors:

**Date:** December 27, 2004        **Time:** 09:00 AM
**Location:** US Courthouse, Room 332, Courtroom V, 600 E Monroe St, Springfield, IL 62701

*DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.* All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 2/25/05

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 226 US Courthouse | Clerk of the Bankruptcy Court: |
| 600 E Monroe Street | Hardin W. Hawes |
| Springfield, IL 62701 | |
| Date: 11/11/04 | |