03-3105
03-3147
E-FILED
Wednesday, 24 November 2004 09:47:85 AM
Clerk, U.S. District Court, ILCD

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)

# UNITED STATES BANKRUPTCY COURT
## Central District of Illinois

### Amended Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/10/04.

**Attn: This notice amends one or more of the following: Trustee, 341 time/location, Debtor Information.**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. *NOTE:* The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| | |
|---|---|
| **Debtor(s) (name(s) and address):**<br>John G. Miller III<br>dba The Miller Group<br>1601 Wiggins Ave<br>Springfield, IL 62704 | |
| **Case Number:**<br>04-74985 | **Social Security/Taxpayer ID Nos.:**<br>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 |
| **Attorney for Debtor(s) (name and address):**<br>John S Narmont<br>209 Bruns Ln<br>Springfield, IL 62702<br>Telephone number: (217) 787-4130 | **Bankruptcy Trustee (name and address):**<br>Mark T Dunn<br>POB 3488<br>Bloomington, IL 61702<br>Telephone number: 309-828-6241 |

FILED NOV 22 2004 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

### Meeting of Creditors:

**Date:** December 6, 2004   **Time:** 02:00 PM
**Location:** US Courthouse, Room 332, Courtroom V, 600 E Monroe St, Springfield, IL 62701

*DEBTOR IDENTIFICATION REQUIRED AT §341 MEETING.* All debtors must bring two forms of identification: (1) a government issued photo I.D. (e.g. driver's license, passport); and (2) proof of debtor's social security number. A driver's license does NOT qualify as proof of social security number. Cellular telephones are strictly prohibited and cannot be brought inside the building.

### Deadlines:

Filings must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 2/25/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Amended Notice Terminating Automatic Stay Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Central District of Illinois<br>226 US Courthouse<br>600 E Monroe Street<br>Springfield, IL 62701 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Hardin W. Hawes |
|---|---|
| Date: 11/18/04 | |

035961