E-FILED
Wednesday, 24 November, 2004 02:54:51 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

|  |  |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 03-CV-3105 |
| THE MILLER GROUP, INC., JOHN G. ) MILLER, and THE SPRINGFIELD PUBLIC ) SCHOOL DISTRICT 186, ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DEADLINES**

NOW COMES Plaintiff, Century Consultants Ltd. ("Century"), by and through its attorneys, Stark & Stark and Giffin, Winning, Cohen, & Bodewes, P.C., and Defendant, The Springfield Public School District 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, and for their Joint Motion to Extend Deadlines, state as follows:

1. The deadline for discovery to be completed in this case is currently set for December 15, 2004.

2. In the interest of justice and judicial economy, Century and District 186 request an extension until and including January 31, 2005 to complete discovery.

3. The deadline for any dispositive motions to be filed is currently January 1, 2005.

4. In the interest of justice and judicial economy, Century and District 186 request an extension until and including February 15, 2005 to file dispositive motions.

5. Defendants, The Miller Group, Inc. and John G. Miller are not part of this joint motion because these parties just filed bankruptcy petitions on November 10, 2004.

Accordingly, all further proceedings against these parties are stayed for the moment under the Bankruptcy Code.

6. In fact, the filing of these bankruptcy petitions is one reason for this joint motion to extend the discovery and dispositive motion deadlines. Both Century and District 186 are seeking further discovery from the bankrupt defendants.

7. In addition, although Century and District 186 have been diligently engaged in discovery, and several depositions have been completed, both parties still seek to take several more depositions, including depositions of non-party fact witnesses. Some difficulties have been encountered in scheduling those depositions which necessitated this application.

8. This motion is timely filed and the granting of this Motion will not prejudice any of the parties.

9. The granting of this motion will not affect the pretrial conference or trial dates currently set before this Court.

10. Al Manson, counsel for the Defendant The Springfield School District 186, joins in this motion.

WHEREFORE, Plaintiff and Defendant pray that this Court grant their Joint Motion to extend the discovery deadline to and including January 31, 2005 and to extend the deadline for filing dispositive motions to and including February 15, 2005, and for such other and further relief as it deems proper.

Respectfully submitted,

**CENTURY CONSULTANTS, LTD.**, Plaintiff

By:    **/s/ David A. Herman**
      One of its Attorneys

<u>Lead Counsel</u>
Craig Hilliard – Lead Counsel
STARK & STARK
A Professional Corporation
PO Box 5315
Princeton, NJ 08543-5315
(603)-896-9060

<u>Local Counsel</u>
David Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
1 West Old State Capitol Plaza
Myers Building, Suite 600
PO Box 2117
Springfield, Illinois 62705
(217)-525-1571

**PROOF OF SERVICE**

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

>Almon A. Manson, Jr.
>Brown, Hay & Stephens
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, Illinois 62705
>
>Lance T. Jones
>Law Offices of Lance T. Jones
>1100 S. Fifth Street
>Springfield, IL  62703

this 24th day of November, 2004.

/s/ **David A. Herman**