E-FILED
Wednesday, 15 December, 2004 02:19:32 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and THE SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT 186, ) | |
| ) | |
| Defendants. ) | |

### AGREED MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Plaintiff, Century Consultants, Ltd., pursuant to CDIL-LR 6.1 and FRCP 6(b), and respectfully move this Court for an enlargement of time in which to respond to Defendant's, Springfield School District 186's, Motion to Stay.  In support of this Motion, Plaintiff, Century Consultants, Ltd., respectfully submits as follows:

1.  On December 1, 2004, Defendant, Springfield School District 186, filed a Motion to Stay.

2.  Plaintiff's, Century Consultants, Ltd.'s, response to said Motion to Stay is due December 15, 2004.

3.  This Agreed Motion for Enlargement of Time is timely filed.

4.  Century Consultants, Ltd.'s attorney, Craig Hilliard, has discussed this Motion for Enlargement of Time with Springfield School District 186's attorney, Almon Manson.  Attorney Manson has no objection to the granting of this enlargement of time.

5.  Granting this Motion will not prejudice any of the parties, nor will it affect or change any other dates currently set in this case.

6. Plaintiff, Century Consultants, Ltd., requests an enlargement of time of two (2) days, to and including December 17, 2004, to respond to Defendant's, Springfield School District 186's, Motion to Stay.

WHEREFORE, Plaintiff, Century Consultants, Ltd., prays for an Order extending its response time to and including December 17, 2004 to respond to Defendant's, Springfield School District 186's, Motion to Stay.

                Respectfully submitted,

                **CENTURY CONSULTANTS, LTD.**,
                Plaintiff

                By: **s/ David A. Herman**
                      One of its Attorneys

<u>Lead Counsel</u>
Craig S. Hilliard
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
(603) 896-9060

<u>Local Counsel</u>
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

**PROOF OF SERVICE**

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

>Almon A. Manson, Jr.
>Brown, Hay & Stephens
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, Illinois 62705
>
>Lance T. Jones
>Law Offices of Lance T. Jones
>1100 S. Fifth Street
>Springfield, IL  62703

this 15th day of December, 2004.

**s/ David A. Herman**