Form schobj

**E-FILED**
Monday, 27 December, 2004  08:16:30 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* John G. Miller
*Debtor*

Case No.: 04–74985

Chapter: 7

## *OBJECTION DATE NOTICE*

**Notice is hereby provided:**

On 12/2/04, Union Planters Bank filed a Motion for Relief from Automatic Stay as to real estate commonly as 1027 South Second Street, Springfield IL 62704.

The pleading referred to above may be viewed in the Clerk's office during regular business hours or on Pacer.

If no written objections are filed in this Court by 12/17/04, an Order will be entered allowing the aforesaid Motion/Pleading.

Dated: 12/2/04

Hardin W. Hawes
Clerk, U.S. Bankruptcy Court

028934