Form schobj

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* John G. Miller      Case No.: 04-74985
*Debtor*
                             Chapter: 7

### OBJECTION DATE NOTICE

*Notice is hereby provided:*

On 12/15/04, U.S. Bank filed a Motion for Relief from Automatic Stay as to real estate commonly known as 1601 Wiggins Avenue, Springfield Illinois.

The pleading referred to above may be viewed in the Clerk's office during regular business hours or on Pacer.

If no written objections are filed in this Court by 12/31/04, an Order will be entered allowing the aforesaid Motion/Pleading.

Dated: 12/16/04

                                    Hardin W. Hawes
                                    Clerk, U.S. Bankruptcy Court

035888