UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:  Paul G. Lewis                              Guy Renzi Court Reporting
     P.G. Lewis & Associates, LLC               824 West State Street
     c/o Craig Hilliard                         Trenton, NJ  08618
     Stark & Stark
     P.O. Box 5315
     Princeton, NJ  08543-5315

PLEASE TAKE NOTICE THAT the undersigned will take the deposition of Paul G. Lewis, on **Wednesday, January 12, 2005, at 9:00 a.m.** at Stark & Stark, 993 Lenox Drive, Building Two, Lawrenceville, New Jersey, before a licensed court reporter, at which time his testimony shall be recorded through stenographic means.

FURTHER, the Defendant hereby requests that Paul G. Lewis produce for inspection and copying the following documents:

A.  The Deponent's current *Curriculum Vitae* and/or Bibliography;

B.  All documents or other things reviewed by the deponent in conjunction with this case;

C.  All notes, handwritten or typed, preliminary impressions, records, test results, opinions, reports, bills, letters, or other documents generated by the deponent in conjunction with this case;

D.  Copies and citations of any articles, texts, literature, rules, regulations, or other materials upon which the deponent relies to support his opinions in this case;

E.  Any correspondence to or from the deponent and plaintiff's attorney;

F. Any and all documents or retrievable information in computer storage in printed form that is requested above.

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By: s/ Almon A. Manson, Jr.

**ALMON A. MANSON, JR.**
Registration No. 1756761
**ROBERT M. SHUPENUS**
Registration No. 6238096
BROWN, HAY & STEPHENS, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone (217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on December 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman (dherman1@gifwinlaw.com)
Giffin, Winning, Cohen & Bodewes, P.C.
P.O. Box 2117
Springfield, IL  62705

Craig S. Hilliard (chilliard@stark-stark.com)
Stark & Stark,
P.O. Box 5315
Princeton, NJ  08543-5315

Lance T. Jones (ltj@warpnet.net)
Law Offices of Lance T. Jones
100 South Fifth Street
Springfield, IL  62703

s/Almon A. Manson, Jr.

December 29, 2004/ean/I:\CRAPP\WORD\LIT\RMS\CENTURY\NOD PG Lewis.doc