E-FILED
Wednesday, 29 December, 2004 04:55:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:  Robert Magan                                  Guy Renzi Court Reporting
     c/o Craig Hilliard                            824 West State Street
     Stark & Stark                                 Trenton, NJ 08618
     P.O. Box 5315
     Princeton, NJ 08543-5315


   PLEASE TAKE NOTICE THAT the undersigned will take the deposition of Robert Magan, on **Friday, January 14, 2005, at 9:00 a.m**. at the offices of Stark & Stark, 993 Lenox Drive, Building Two, Lawrenceville, New Jersey, before a licensed court reporter, at which time his testimony will be recorded through stenographic means.

                                        SPRINGFIELD PUBLIC SCHOOL DISTRICT
                                        NO. 186, Defendant


                                        By:   s/ Almon A. Manson, Jr.

**ALMON A. MANSON, JR.**
Registration No. 1756761
**ROBERT M. SHUPENUS**
Registration No. 6238096
BROWN, HAY & STEPHENS, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone (217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on December 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman (dherman1@gifwinlaw.com)
Giffin, Winning, Cohen & Bodewes, P.C.
P.O. Box 2117
Springfield, IL  62705

Craig S. Hilliard (chilliard@stark-stark.com)
Stark & Stark
P.O. Box 5315
Princeton, NJ  08543-5315

Lance T. Jones (ltj@warpnet.net)
Law Office of Lance T. Jones
100 South Fifth Street
Springfield, IL  62703

s/Almon A. Manson, Jr.

December 29, 2004/ean/I:\CRAPP\WORD\LIT\RMS\CENTURY\NOD J. LaMantia.doc