E-FILED
Wednesday, 12 January, 2005 12:09:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2003-CV-3105 |
| | ) |
| THE MILLER GROUP, INC., et al. | ) |
| | ) |
| Defendants. | ) |

### SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186'S
### EMERGENCY MOTION TO EXTEND DEPOSITION EXAMINATION

**NOW COMES** the Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 (hereinafter "District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Motion to Extend Deposition Examination, states as follows:

1. District 186's attorney, Robert M. Shupenus, is presently conducting the deposition of Plaintiff's expert, Paul G. Lewis, at the offices of Plaintiff's counsel in Princeton, New Jersey. The deposition commenced at 9 a.m. EST today, January 12, 2005, and is ongoing.

2. Attorney Shupenus has requested that Plaintiff's counsel, Craig Hilliard, agree to allow the deposition of Plaintiff's expert to continue for a period in excess of the seven hours allowed by Rule 30(d)(2) of the Federal Rules of Civil Procedure. Plaintiff's counsel has denied Defendant's counsel's request to extend the deposition beyond the limitation set forth in Rule 30(d)(2).

3. This Honorable Court should allow additional time in excess of the applicable time limitation for the following reasons:

   A. The initial report of Plaintiff's expert, Paul G. Lewis, consists of 74 pages, and the rebuttal report consists of 20 pages. The time allowed by Rule 30(d)(2) is insufficient to allow a thorough and complete examination of the deponent.

B.  The deposition of the deponent has commenced, but Plaintiff has yet to produce certain documents previously requested.

C.  The deponent provided an outdated curriculum vitae and additional time will be required to examine the deponent.

D.  Deponent did not disclose all publications and additional time will, therefore, be required to examine the deponent.

E.  The deponent has agreed to allow additional time to conduct the deposition.

4.  District 186 cannot presently estimate the additional time required to conclude the deposition but will provide an estimate at the hearing on this Motion scheduled for 2:15 p.m. CST (3:15 p.m. EST) as approximately six hours of the deposition will have been concluded.

4.  As a consequence of the foregoing, this Honorable Court should allow additional time so as to allow District 186's counsel time for a fair and thorough examination of the deponent.

**WHEREFORE**, Springfield Public School District No. 186 prays that this Honorable Court extend the time limitation set forth in Rule 30(d)(2) so as to allow District 186 sufficient time to conduct a fair and complete examination of Plaintiff's expert witness.

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By:  /s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

## PROOF OF SERVICE

I hereby certify that on January 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David A. Herman
    Giffin, Winning, Cohen & Bodewes, P.C.
    1 W. Old State Capitol Plaza, Suite 600
    Springfield, IL 62701

I hereby certify that on January 12, 2005, I have e-mailed and faxed the foregoing document to the following non CM/ECF participant:

    Craig S. Hilliard
    Stark & Stark, P.C.
    P.O. Box 5315
    Princeton, NJ 08543-5315

    /s/ Almon A. Manson, Jr.
    Registration No. 1756761
    Attorney for Defendant
    Brown, Hay & Stephens, LLP
    205 S. Fifth Street, Suite 700
    P.O. Box 2459
    Springfield, IL 62705-2459
    Telephone: (217) 544-8491
    Facsimile: (217) 544-9609
    amanson@bhslaw.com