**E-FILED**
Wednesday, 02 February, 2005  09:21:08 AM
Clerk, U.S. District Court, ILCD

## IN THE UNTIED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT 186'S
## MOTION FOR RELIEF PURSUANT TO RULE 37

Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), through

its counsel, Brown, Hay & Stephens, LLP, hereby moves this Court for an Order for relief in its

favor and against plaintiff Century Consultants, Ltd. ("Century") and/or its attorneys pursuant to

Fed.R.Civ.P. 37, and in support thereof states:

1.      On January 13, 2005, District 186 deposed Joseph E. LaMantia pursuant to

Fed.R.Civ.P. 30(b)(6), following Century's designation of LaMantia to testify on its behalf

regarding a number of topics set forth in the deposition notice.

2.      Century failed to adequately prepare LaMantia to testify on its behalf, and

LaMantia claimed lack of knowledge regarding a substantial number of topics for which he was

designated to testify, as well as matters that he should have reasonably known as Century's

designee.

3.      Century's failure to produce a knowledgeable and prepared deponent to testify on

its behalf results in substantial prejudice to District 186, as set forth in District 186's

memorandum in support of this motion, filed contemporaneously herewith.

3:03-cv-03105-RM-BGC   # 84    Page 2 of 3

**WHEREFORE**, defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186

respectfully requests the Court grant it relief pursuant to Fed.R.Civ.P. 37, and enter an Order:

a)    dismissing Century's cause of action against District 186 with prejudice; or in the alternative, barring Century from presenting any evidence regarding matters about which its designees were not prepared to testify, including damages;

b)    requiring Century and/or its counsel to pay attorneys' fees incurred by District 186 as a result of its investigating Century's claims, preparing for depositions, traveling to New Jersey and conducting depositions, and researching, drafting and submitting this motion; and

c)    awarding District 186 all other relief the Court deems proper.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186, Defendant,


By:  s/ Robert M. Shupenus
           One of Its Attorneys

ALMON A. MANSON, JR.
Registration No. 1756761
ROBERT M. SHUPENUS
Registration No. 6238096
Brown, Hay & Stephens LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone (217) 544-8491

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705

via electronic mail on this 2nd  day of February, 2005.


_____s/Robert M. Shupenus_____


f:car\word\lit\rms\century\motion for relief – Rule 37