E-FILED
Wednesday, 02 February, 2005  09:37:07 AM
Clerk, U.S. District Court, ILCD

**STARK & STARK**
A PROFESSIONAL CORPORATION

CRAIG S. HILLIARD
DIRECT DIAL NUMBER
609-895-7346
DIRECT FAX NUMBER
609-895-7395
E-MAIL
chilliard@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING: PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

January 6, 2005

**VIA TELEFAX AND REGULAR MAIL**

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 2459
Springfield, IL 62705-2459

Re:   <u>Century Consultants, Ltd. v. The Miller Group, et al</u>
      Civil Action No. 2003-CV-3105

Dear Mr. Manson:

Enclosed is a listing of Century's designations under Rule 30(b)(6) in response to your Rule 30(b) deposition notice. I would appreciate it if you would provide me, at your earliest convenience, with Springfield's designations in response to my Rule 30(b) notice.

Very truly yours,

STARK & STARK
A Professional Corporation

By: _____
     CRAIG S. HILLIARD
CSH/blj
enclosures
cc:   David A. Herman, Esq.(w/enc.)
      Joseph Shearn (w/enc.)

PRINCETON • PHILADELPHIA • CHERRY HILL

**DEFENDANT'S EXHIBIT**
C

Century - Rule 30(b)(6) designees:

A. Joseph LaMantia/Robert Magan
B. Joseph LaMantia
C. Joseph LaMantia
D. Joseph LaMantia
E. Joseph LaMantia/Robert Magan
F. Joseph LaMantia/Robert Magan
G. Joseph LaMantia
H. Joseph LaMantia
I. Joseph LaMantia
J. Robert Magan
K. Joseph LaMantia/Robert Magan
L. Joseph LaMantia/Robert Magan
M. Joseph LaMantia/Robert Magan
N. Robert Magan
O. Robert Magan
P. Robert Magan
Q. Joseph LaMantia/Robert Magan
R. Joseph LaMantia/Robert Magan