E-FILED
Wednesday, 02 February, 2005  09:37:35 AM
Clerk, U.S. District Court, ILCD

```
 1        Q     Is it your understanding that
 2   copyrighted material has a higher degree of protection
 3   than raw intellectual property, then?
 4        A     My personal opinion is the work product
 5   of an individual belongs to that individual
 6   regardless.
 7        Q     So you copyrighted your report.  Why?
 8        A     I just affixed a copyright symbol to the
 9   report, which is part of a standard form.
10        Q     What I am trying to get at is what you
11   believe is gained through copyright protection, if
12   anything?  Do you think that copyright protection
13   affords a higher degree of protection than simply the
14   fact that the material is work product?
15        A     That's not my area of expertise.
16        Q     Are you aware that the first three
17   counts of the Complaint Exhibit 8 are allegations of
18   copyright infringement?
19        A     I am.
20              MR. SCHRAMA:  I'm just going to place an
21   objection on the record insofar as these questions
22   call for a legal conclusion.  I will object to the
23   form of the question.  If you understand the question,
24   you can answer it.
25        A     I do not have an expertise in copyright
```



DEFENDANT'S EXHIBIT

```
 1   law.  I was hired in this matter to make a reasonable
 2   intelligent conclusion between similarities of
 3   software applications from a technical perspective.
 4       Q       So just to clarify your expertise in
 5   this matter is not for the purpose of determining
 6   whether copyright infringement occurred, correct?
 7       A       I wouldn't say that's correct.  I think
 8   it's to provide information to assist in a decision
 9   but from a technical perspective, not the subtleties
10   of copyright law.
11       Q       Well, would you agree that if an expert
12   is hired to analyze terms for the purpose of
13   determining whether copyright infringement occurred,
14   that the expert would first have to determine what is
15   copyrighted, correct?
16       A       In this matter, I was hired to compare
17   software, not to determine if there was copyright
18   infringement based on the copyright laws.
19       Q       Do you know what was copyrighted by
20   Century?
21       A       It's my understanding that their entire
22   application is copyrighted.
23       Q       Are any of your opinions or conclusions
24   based on your assumption that the entire application
25   Star_Base is copyrighted?
```

```
 1      A      My conclusions are based on my
 2 perspective of copyright and intellectual property
 3 being the same thing.
 4      Q      Do you believe that copyright and
 5 intellectual property are the same thing?
 6           MR. SCHRAMA:  Same objection to form.
 7 If you understand the question, you can answer it.
 8      Q      I'm asking about your belief.  I'm not
 9 asking for the law here.
10      A      Okay.  I understand there is a
11 difference between something that is formally
12 copyrighted, something that has an implied copyright,
13 and something that is the proprietary work product of
14 an individual.
15      Q      And I'm not willing to hide anything
16 here, Mr. Lewis.  My concern is the first three counts
17 of their Complaint, of Century's Complaint, are all
18 allegations of copyright violations and the remainder
19 of the counts in the Complaint incorporate the
20 copyright infringement, which is why I'm trying to
21 find out from you the extent to which your analysis
22 seeks to discover what was copyrighted and then what
23 is present in the competing product that is
24 copyrighted.  Do you understand my dilemma here?
25      A      I'm not so sure it's a dilemma.  I was
```

   1    hired to form an expert conclusion of similarities
   2    between applications.  I was not hired to make a legal
   3    determination as to whether or not one or all of those
   4    applications bear a copyright or are protected by a
   5    copyright.
   6        Q      And on a different level, is it fair to
   7    say that you don't know what is copyrighted or is it
   8    fair to say that you believe that the entire
   9    application was copyrighted?  I don't know which way
  10    you are going, so if you could clarify that for me.
  11        A      In order to conduct my analysis and
  12    provide an expert report, it's not critical or even
  13    necessary for me to know if anything is copyrighted.
  14        Q      Do you believe that the entire Star_Base
  15    application is Century's intellectual property?
  16        A      I worked on the assumption that the
  17    Star_Base application that was forwarded to me is
  18    Century's intellectual property.
  19        Q      Upon what do you base that assumption?
  20        MR. SCHRAMA:  I'll just interject the
  21    same objection to form with regard to the term
  22    intellectual property but as far as you understand the
  23    question, you can answer it.
  24        Q      What is your definition of intellectual
  25    property?  Let me back up.  You believe that all of