```
 1   and belief.  Do you see that?
 2         A     Okay.
 3         Q     Upon information and belief, this "new"
 4   system became a product known as Info System 3 and
 5   that as alleged below, this product infringes on
 6   Century's rights in and to the Star_Base programs.
 7               Do you have any knowledge to indicate
 8   that the system referred to in the December 21, 1998
 9   contract is Info System 3?
10         A     I do not have any knowledge of that.
11         Q     Okay.  Paragraph 20.  Do you have any
12   knowledge that MGI and Miller used a demonstration
13   program as a general advertising and marketing tool to
14   sell Info System 3?
15         A     I do not have any knowledge of that.
16         Q     Okay.  Do you have any knowledge
17   regarding whether MGI and Miller intend the widespread
18   distribution of the demonstration program to the
19   general public?
20         A     No, I wouldn't have any knowledge of
21   that.
22         Q     Then further, on the next page, second
23   line down, it states:  This "demonstration program"
24   embodies and reflects elements of the Star_Base
25   software which as alleged throughout this Complaint
```