UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, and the SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers Defendant Springfield Public School District No. 186's Motion to Stay.

### FACTS & ANALYSIS

Plaintiff Century Consultants has sued Defendants The Miller Group, Inc. and John G. Miller for copyright infringement, misappropriation of trade secrets, and unfair competition. In the same Complaint, Plaintiff has sued Springfield Public School District No. 186

1

("District 186") for contributory infringement, unfair competition, and breach of license agreement. Each claim against District 186 is based on conduct that District 186 allegedly engaged in with The Miller Group, Inc. or John G. Miller.

John G. Miller (d/b/a/ The Miller Group, Inc.) has filed for bankruptcy protection under Chapter 7 of the Bankruptcy Code. See In re John G. Miller, III, No. 04-74985 (Bankr. C.D.Ill. Nov. 10 2004) Pursuant to 11 U.S.C. § 362(a) of the Bankruptcy Code, actions against him are automatically stayed.

The claims against John G. Miller cannot be resolved until the automatic stay is lifted. If the instant case were to go forward, Plaintiff's claims against District 186 would have to be resolved separately from the related (if not interdependent) claims against John G. Miller and The Miller Group, Inc. This type of piecemeal litigation is undesirable. Judicial economy dictates that Plaintiff's claims against District 186, John G. Miller, and The Miller Group, Inc. be resolved together.

Ergo, Defendant Springfield Public School District No. 186's

Motion to Stay (d/e 74) is ALLOWED.  This case is STAYED until the automatic stay imposed in <u>In re John G. Miller, III</u>, No. 04-74985 (Bankr. C.D.Ill. Nov. 10 2004) is lifted.

IT IS SO ORDERED.

ENTER: February 2, 2005

FOR THE COURT:

                                          s/Richard Mills
                             United States District Judge