03- E-FILED
Tuesday, 08 February, 2005  12:15:48 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:*  John G. Miller
**Debtor**

*Case No.:* 04–74985                    *Chapter:*  7

### ORDER – NOTICE FIXING TIME FOR FILING CLAIMS

It now appearing that there may be assets in this case, that a time should be fixed for filing claims to share in such assets, and that creditors must file a claim to share in any distribution from the estate.

The last date to file claims is 4/4/05.

The last date to file claims for a governmental unit is 5/9/05.

Claims must be filed with the office of the undersigned Bankruptcy Judge on or before this date.

***IT IS FURTHER ORDERED*** that notice of the date fixed for filing be mailed to all creditors and parties in interest herein.

*Note: If you have already filed a claim in this case, you may disregard this notice.*

*Entered:* 1/4/05

/S/
Larry Lessen
U.S. Bankruptcy Judge

*Please use the proof of claim provided with this notice.*

022420