03-3105
E-FILED
Tuesday, 15 March, 2005  09:29:35 AM
Clerk, U.S. District Court, ILCD

Form B18 (Official Form 18)(12/03)

## United States Bankruptcy Court

Central District of Illinois

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

Case No. <u>04-74985</u>
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
John G. Miller III
dba The Miller Group
1601 Wiggins Ave
Springfield, IL 62704

### DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>3/2/05</u>

<u>Larry Lessen</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

023613