03- 3105
E-FILED

Tuesday, 24 May, 2005 03:46:41 PM
Clerk, U.S. District Court, ILCD

Form schobj

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*FILED*

*MAY 2 4 2005*

*JOHN M. WATERS, Clerk*
*U.S. DISTRICT COURT*
*CENTRAL DISTRICT OF ILLINOIS*

---

*In Re:* John G. Miller           *Case No.:* 04–74985
*Debtor*
                                  *Chapter:* 7

---

### *OBJECTION DATE NOTICE*

**Notice is hereby provided:**

On 5/13/05 , Century Consultants Ltd filed a Motion for Relief from Automatic Stay as to allowing them to pursue its pre–petition action for copyright infringement and for related claims commenced in the U.S. District Court .

The pleading referred to above may be viewed in the Clerk's office during regular business hours or on Pacer.

If no written objections are filed in this Court by 5/31/05, an Order will be entered allowing the aforesaid Motion/Pleading.

Dated: 5/16/05

                    Hardin W. Hawes
                    Clerk, U.S. Bankruptcy Court

027678