**E-FILED**
Thursday, 16 June, 2005 02:05:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2003-CV-3105 |
| THE MILLER GROUP, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO CONTINUE

Plaintiff Century Consultants, Ltd. ("Century"), Defendant Springfield Public School District No. 186 ("District 186"), and Defendants The Miller Group and John G. Miller, III ("Miller Defendants"), through their counsel, and hereby request that the court continue the pre-trial hearing scheduled for June 20, 2005 and in support thereof state:

1. On February 2, 2005, the Court entered an Order granting District 186's Motion to Stay, which was based on the fact that bankruptcy proceedings were underway with respect to the remaining defendants.

2. On April 14, 2005, the Court entered an Order rescheduling the Final Pre-trial Conference for June 20, 2005 at 1:30 p.m.

3. The bankruptcy court granted Century's Motion for Relief from Automatic Stay on June 2, 2005 which permits the parties to move forward with discovery at this time.

4. It is necessary for the parties to resume discovery and present discovery issues to the court prior to taking part in a Final Pre-trial Conference.

5. No party will incur prejudice if the court grants this motion.

WHEREFORE, Plaintiff Century Consultants and Defendant District 186 respectfully requests the Court continue the Final Pre-trial Conference so that the parties may continue the discovery process.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186, Defendant

By: s/Robert M. Shupenus
Robert M. Shupenus, Reg. No. 1756761
Almon A. Manson, Jr. Reg No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
(217) 544-8491
(217) 544-9609
rshupenus@bhslaw.com
amanson@bhslaw.com

CENTURY CONSULTANTS, LTD,
Plaintiff

By: s/David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

THE MILLER GROUP, INC., JOHN G.
MILLER, III, Defendants

By:  s/Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the party and I hereby certify that I have mailed by United States Postal Service the document to the following that are non CM/ECF participants:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

s/Robert M. Shupenus

June 16, 2005/ean/F:\wpwin60\RMS\Lit\CENTURY\Motion To Continue FPTC.doc