IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2003-CV-3105 |
| THE MILLER GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT 186'S MOTION TO SUPPRESS

Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), through its counsel, Brown, Hay & Stephens, LLP, hereby moves this Court for an Order suppressing and barring plaintiff Century Consultants, Ltd. ("Century") from utilizing certain evidence, and in support thereof states:

1. In its Amended Complaint, Century submits and relies upon evidence gleaned through secret tape recordings of a former District 186 employee, contrary to and in violation of the Illinois Eavesdropping Act, 720 ILCS 5/14-1, *et seq.* ("the Act"), as well as the Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C. §2510 *et seq.* ("Title III").

2. Evidence wrongfully procured through eavesdropping cannot be considered in support of the eavesdropper's claim. Instead, such evidence is properly suppressed.

3. District 186 incorporates by reference its Memorandum in Support of its Motion to Suppress, which is filed contemporaneously herewith.

**WHEREFORE**, defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 respectfully requests the Court enter an Order:

A. Mandating suppression of all facts obtained through the secretly recorded conversations between Robert Magan and David Williams;

B. Striking Robert Magan's declaration, together with all inferences, facts and references to such facts contained in Century's Complaint and Century's Memorandum in Opposition to District 186's Motion to Dismiss;

C. Requiring Century to reimburse District 186 for its costs and attorneys' fees incurred as a result of Century's false representations contained in Robert Magan's declaration; and

D. Awarding all other relief the Court deems proper.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186, Defendant,

By: s/Robert M. Shupenus
One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr. amanson@bhslaw.com
Registration No. 1756761
Robert M. Shupenus rshupenus@bhslaw.com
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on June 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

s/ Robert M. Shupenus
Almon A. Manson, Jr. Reg No. 1756761
Robert M. Shupenus, Reg. No. 6238096
Brown, Hay & Stephens, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
(217) 544-8491
(217) 544-9609
amanson@bhslaw.com
rshupenus@bhslaw.com

June 21, 2005/ean/F:\wpwin60\RMS\Lit\CENTURY\Mtn Suppress.doc