E-FILED
Tuesday, 21 June, 2005 02:53:01 PM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT OF DAVID WILLIAMS

STATE OF ILLINOIS      )
                       ) ss.
COUNTY OF SANGAMON     )

DAVID WILLIAMS, being duly sworn, hereby deposes and states as follows:

1. I am over age 18, under no legal disability, and am able to truthfully testify regarding the facts and matters set forth herein.

2. I was employed by Springfield Public School District 186 ("District 186") from 1970 until I voluntarily retired in 2004.

3. When my employment with District 186 began, I was a computer programmer. When I retired, I was District 186's lead systems analyst.

4. In the course of my employment with District 186, I became familiar with a computer software product known as Star_Base, which is a student information system. It is my understanding that District 186 obtained Star_Base from Century Consultants, Ltd. ("Century").

5. At some point in the mid 1990's, District 186 submitted a Request for Proposal ("RFP") to several vendors for the purpose of obtaining computer software that would enable District 186 to switch from a mainframe information system to a database system.

6. In the course of my employment with District 186, I attended meetings wherein vendors demonstrated their software products in response to District 186's RFP. I did not, however, participate in District 186's decision to enter into any agreement with Century, and was unaware of the terms of any contracts between District 186 and Century.

7. Star_Base software was installed at District 186 in or around 1996. In the course of my employment, I routinely worked with Star_Base and interacted with employees of Century for the purpose of District 186's implementation and use of Star_Base.

8. The Star_Base software installed at District 186 operated in conjunction with an Oracle database.

9. The Star_Base software installed at District 186 could be modified in a manner so that District 186 could develop or purchase other programs that could interact with the Oracle database. This enabled District 186 to add functions to its system that could not be performed by Star_Base, without the necessity of recreating a separate database to perform such functions.

EXHIBIT A

Initials: DW

10. When requested, Century employees assisted me in making substantial modifications and additions to the Star_Base software, and Century was well aware that District 186 made such modifications and additions. In fact, Century supplied District 186 with the source code for Star_Base so that District 186 could make modifications and additions to Star_Base to suit its needs.

11. A few years after Star_Base was installed at District 186, I learned that District 186 wanted to convert its existing student information system, which consisted of Star_Base and several other components, to a web based system that would be compatible with the Apple Macintosh computers utilized by District 186. It is my understanding that no such product was commercially available when District 186 decided to convert to a web based system.

12. I was not involved in District 186's decision to convert to a web based system, and did not know that such a conversion was contemplated until after a decision had already been reached. At the same time, I learned that The Miller Group was hired by District 186 to assist in the development of District 186's new student information system.

13. Upon learning of the decision to convert to a web based system, I assumed that the new system would replace the Star_Base software that was installed at District 186, but I did not know that to be true.

14. When work first began on development of District 186's new web based student information system, I had no role in its development. Eventually, however, I wrote a substantial amount of source code for District 186's new system.

15. In the course of my employment with District 186, learned the new programming language being utilized in the source code for District 186's new student information system, which is very different from the programming language used in District 186's version of Star_Base.

16. While I am aware that The Miller Group participated in the development of District 186's new student information system, I did not have substantive interaction with anyone from The Miller Group regarding the nature of its involvement.

17. Both during and after development of District 186's new student information system, I assumed that The Miller Group intended to market and sell the same student information system to other school districts, although no one told me that would be the case.

18. My assumption that The Miller Group intended to market and sell copies of District 186's student information system was strengthened when I discovered that The Miller Group was marketing a student information system named InfoSystems 3 through a web page on the internet. I assumed that InfoSystems 3 was the same student information system that was being developed at District 186.

2                                              Initials: _DW_

19. I have never had any basis, other than my own assumption, for believing that InfoSystems 3 is the same student information system that The Miller Group helped to develop for District 186. Still, I assumed that to be the case.

20. At the time I discovered that The Miller Group was marketing a student information system to other school districts, District 186 was still utilizing elements of Star_Base. As a result, I assumed that InfoSystems 3 also utilized elements of Star_Base, which I thought was improper.

21. In February 2003, I had conversations with Robert Magan ("Magan"), who was a Century employee with whom I had frequent contact prior to that time. During the conversations, Magan and I discussed concerns I had regarding District 186's continued use of Star_Base, as well as The Miller Group's marketing and sale of InfoSystems 3, among other things. While I did not know it at the time, I later learned that Magan was recording some of our conversations.

22. On October 21, 2004, I appeared for deposition in the matter of "Century Consultants, Ltd. v. The Miller Group, Inc., John G. Miller and Springfield Public School District 186," United States District Court, Central District of Illinois case number 2003-CV-3105 ("the lawsuit"). I heard the recording of that conversation for the first time at the deposition. I believe that the transcript attached hereto as Exhibit A truly and accurately reflects the contents of this recording.

23. The statements made by me to Magan were not made under oath. In fact, I did not and do not have sufficient knowledge to swear to the accuracy of the statements made therein. Instead, I merely conveyed certain assumptions to Magan. My remarks to Magan were made in confidence, and I had no idea that Magan or Century would use these remarks as the basis for a lawsuit.

24. I have reviewed a document in the lawsuit titled "DECLARATION OF ROBERT MAGAN" ("Magan's Declaration"), together with attachments, and I recognize the attachments attached as Exhibit C as being documents I sent to Magan.

25. I represented to Magan that the documents I sent to him were obtained and printed from District 186's student information system. I have neither seen nor had access to any student information system other than the student information system at District 186, other than during demonstrations of competing products in the course of my employment with District 186.

26. I have never had actual knowledge of any elements, components, structures, source code, object code, data structures, field names, logic, or anything else from Star_Base that was used by The Miller Group to develop InfoSystems 3.

3                                                    Initials: _D W_

27. I sent Magan table definitions attached to his Declaration. I obtained these table definitions from District 186's student information system. I did not obtain these table definitions from InfoSystems 3.

28. I sent Magan the program listing referenced in Magan's Declaration and attached thereto as Exhibit D. I obtained the program listing from District 186's student information system. I did not obtain the program listing from InfoSystems 3.

29. In light of the fact that I obtained the materials I sent to Magan from District 186's student information system, the similarities discovered by Magan exist because Magan compared the Star_Base program listing and table definitions to District 186's program listing and table definitions, taken from a portion of District 186's student information system that continued to use elements of Star_Base.

30. If Magan's belief that InfoSystems 3 contains elements of Star_Base is based on my representations to him, Magan's belief is incorrect. I merely conveyed assumptions to him that I had no basis to believe were true.

31. While I regret the fact that this lawsuit is based upon the fact that I conveyed erroneous assumptions to Magan, I assumed that Magan and Century would undertake an investigation for the purpose of ensuring my assumptions were correct prior to filing a lawsuit. No one from Century told me that Century would file a lawsuit based on my unverified assumption that The Miller Group was marketing the same student information system that was developed for District 186.

32. While I assumed it to be true at the time I spoke with Magan, I did not have any first-hand knowledge or basis for any belief that The Miller Group's InfoSystems 3 product incorporates any element of Star_Base whatsoever. To this day, I still do not have such knowledge.

*/s/ David Williams*
DAVID WILLIAMS

Signed and sworn before me this 28th day of January, 2005.

*/s/ Cindy Stocker*

OFFICIAL SEAL
CINDY STOCKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-3-2005

January 28, 2005\crs\I:\CRAPP\WORD\LIT\RMS\CENTURY\WILLIAMS AFFIDAVIT

4

Initials: DW

## CENTURY V. DISTRICT 186

RECORDED CONVERSATION BETWEEN DAVE
WILLIAMS ("Williams') AND ROBERT MAGAN ("Magan")

| | |
|---|---|
| Magan: | Dave. |
| Williams: | Yeah. |
| Magan: | Hey, what are you doin? |
| Williams: | Inaudible |
| Magan: | Yeah . . . . |
| Williams: | Inaudible |
| Magan: | (laughing) |
| Williams: | Inaudible |
| Magan: | Well, yeah, that's why I didn't put too much detail in the email. Well, we got your stuff, um, I was wondering if you could um . . .you said they wrote everything in – what – php? |
| Williams: | Php, yeah. |
| Magan: | Do you have any access to, to their code so we can, like, see. . . |
| Williams: | Well, I mean, there are, uh…(inaudible) |
| Magan: | Well, we want to actually see them, I guess some of their codes that accesses our tables, and you said the scheduler was definitely something that they, they stole. |
| Williams: | (inaudible) |
| Magan: | Right. |
| Williams: | (inaudible) |

**EXHIBIT A**

Initials: D W

| | |
|---|---|
| Magan: | Yeah, now they had to take --- our---because that is written in C, they had to take our C code, but they did change…didn't they change some of the scheduling tables --- or did they leave them all the same? |
| Williams: | (inaudible) |
| Magan: | Okay. Um – you guys still do – do you know how to do an export? Of the database there? Or is that something that Brent does? |
| Williams: | But, I didn't want you to think, you know, that I'd, uh, that I was trying to look, and, uh, they, they do with a script. I want them to track the table down there– there's a table they're building. |
| Magan: | Now, now Brent have an office at. . . |
| Williams: | Yeah, over there, yeah, he was working over at Miller Group for two years. |
| Magan: | Where are they – well I think they are in Springfield, right? |
| Williams: | Yeah, they're right here in Springfield, but they had, uh, they got an office in – but here we're paying his salary – he's over there writing codes for them. |
| Magan: | Now, I know ------wh...what is his feeling, that, uh, about changing this stuff --- he didn't care that it was  . . . |
| Williams: | Well, he didn't know (inaudible)… , no he didn't care. |
| Magan: | He didn't care? |
| Williams: | Well, you know, I uh-- Henry and I talked before, you know, this is, if we got enough (inaudible) and he said, "you know, this is totally wrong. This is theft – you know". |
| Magan: | Well, well, whose idea was it to, to cancel the support – was it Henry's or was it . . . |
| Williams: | No, no, no, no it was |
| Magan: | The superintendent? |
| Williams: | That, that they wouldn't need it anymore because they're not going to use StarBase. That's what cancelled the support. |
| Magan: | Hmmm. |

2

Initials: b w

| | |
|---|---|
| Williams: | You know, because Henry, you know, he could write, you know, because hey, you know, he wanted to go to this, he wanted to update the release, and, uh... |
| Magan: | Right. |
| Williams: | And, uh... |
| Magan: | Who's supporting Oracle – like, uh, when you run out of . . . |
| Williams: | Well, we've got a, they went out and got an Oracle contract. |
| Magan: | They did? |
| Williams: | Yeah –they went out to Oracle and got that. They didn't, they don't have the same version, they got a stripped down version. But they did do that. |
| Magan: | Hmm---yeah, because I told Henry, you know, Henry, its fine if you want to go off Star_Base support, but who's going to be, you know, in charge of Oracle, and we have table expense problems, and... |
| Williams: | Yeah. |
| Magan: | ...and things like that, and you have to get updates. |
| Williams: | But, uh, I know, I know this, I think they sold, they sold the product a couple of times, after too much, you know, |
| Magan: | Well, I am sure that, you know, if they do subpoena anybody, it would be the whole department for, uh, programming, and uh... |
| Williams: | Yeah. |
| Magan: | The superintendent and everybody else, so, I'm sure they won't single anybody out. Uh, I don't think they could, |
| Williams: | Yeah. |
| Magan: | But, uh, that's funny that he was working at the Miller Group while he was still working at the school. |
| Williams: | Yeah. He could go there, 'cause, see, they wanted me over there, but Agnes said no because I gotta take care of payroll there and everything, when we start using it, but, you know, he done all the, all the work between District 186 and the Miller Group. |

3

Initials: ͟B͟ ͟W͟

Magan: Hm.

Williams: So he's the kingpin, that's why he's the boss, now.

Magan: I guess people claw their way up different ways, huh?

Williams: Oh, yeah. I mean, you know...

Magan: Well, yeah, if you can, you know, find a little bit more stuff,

Williams: Yeah.

Magan: And don't worry about them, uh...

Williams: I'm going to dig into this and I'm gonna find out today. Now, do you want to actually look at this php code?

Magan: Yeah, you know, if you could just send one of 'em I would just like to see...

Williams: Yeah, Like I say, though, this is, this is between you and I.

Magan: Right, right, right, okay, don't worry about it.

Williams: And don't (inaudible).

Magan: Yep.

Williams: Like I say, I'll do what, whatever I can, 'cause this has, this has bothered me all along, to think that, you know...

Magan: You're such an honest guy.

Williams: They're screwing another company.

Magan: Yeah, and even if they went off support with us, and stayed within Springfield with all of this, it would have been okay.

Williams: Yeah, that's what I said. Well, Henry and I said, you know, pay the support, at least you can use the product. You have the right to use the product.

Magan: Yep, yep.

4

Initials: _____

| | |
|---|---|
| Williams: | But, you know, we tried to say. All the documentation, everything, says this is copyrighted material. And even, basically, there, I know that, well, this is second hand, this is sketchy, they were about to, they were going to use the scheduler. I never heard that face to face. |
| Magan: | Right |
| Williams: | But it came out, (inaudible) and Henry told me they found the scheduler, and it was yours. |
| Magan: | Hmm. |
| Williams: | But you know, I got it second hand, so I mean, that's… |
| Magan: | Well, I know there is probably going to be, like I said, something, it's really a question of whether they're going to go through the school, or the school and the Miller Group… |
| Williams: | Yeah |
| Magan: | I guess that's between the powers that be, but, yeah, don't worry about being singled out, because, |
| Williams: | Yeah, like I say, I . . . |
| Magan: | They'll, certainly, do everybody probably who was involved, and I would assume everybody… |
| Williams: | Yeah, I mean, I did a lot of coding, and I done the GPA and report cards and everything, we use, like I say, we use your data structures, and they made some modifications, so it looked a little bit different. But you look at a lot of the tables (inaudible), and they have different fields to them. |
| Magan: | Yeah, yep. Well, we seen that when we first went down to load the web stuff, when you guys were initially doing that class attendance books thing. |
| Williams: | Yeah. |
| Magan: | They made changes to some of our tables. |
| Williams: | Well, I will tell you what I'll do, we're uh, in between I will try to get some stuff together. |
| Magan: | Okay |

5                                        Initials: ᛁ W

| | |
|---|---|
| Williams: | We're off Monday so I will probably send this off Tuesday. |
| Magan: | Okay. |
| Williams: | That way, you know, and anything I can find, I will dig around and like I say, |
| Magan: | Okay. |
| Williams: | I'll try to touch base with you every Friday morning |
| Magan: | Okay. |
| Williams: | Because I, you know, |
| Magan: | We certainly appreciate it. |
| Williams: | I am kind a glad you that you know, maybe something's gonna get done, because I mean, this is not right. |
| Magan: | Well, I'm glad—something is gonna get done, it's just a question of what and when. |
| Williams: | It's a slow process, you want all your ducks in a row. |
| Magan: | Well, yeah, exactly. |
| Williams: | Yeah. |
| Magan: | Exactly. |
| Williams: | Yeah. I'll do whatever I can do to help you. |
| Magan: | Alright, thanks a lot. |
| Williams: | Thanks a lot. |
| Magan: | Alright. Bye. |

_Dave Williams_ (signature)
DAVE WILLIAMS

January 28, 2005

January 28, 2005\crs\F:\DWILLIAMSCONVERSATION.DOC

Initials: DW

## CENTURY V. DISTRICT 186

RECORDED CONVERSATION BETWEEN DAVE
WILLIAMS ("Williams') AND ROBERT MAGAN ("Magan")

Magan: Dave.

Williams: Yeah.

Magan: Hey, what are you doin?

Williams: Inaudible

Magan: Yeah . . . .

Williams: Inaudible

Magan: (laughing)

Williams: Inaudible

Magan: Well, yeah, that's why I didn't put too much detail in the email. Well, we got your stuff, um, I was wondering if you could um.. .you said they wrote everything in — what — php?

Williams: Php, yeah.

Magan: Do you have any access to, to their code so we can, like, see. . .

Williams: Well, I mean, there are, uh...(inaudible)

Magan: Well, we want to actually see them, I guess some of their codes that accesses our tables, and you said the scheduler was definitely something that they, they stole.

Williams: (inaudible)

Magan: Right.

Williams: (inaudible)

Magan: Yeah, now they had to take --- our---because that is written in C, they had to take our C code, but they did change...didn't they change some of the scheduling tables --- or did they leave them all the same?

Williams: (inaudible)



Magan: Okay. Um – you guys still do – do you know how to do an export? Of the database there? Or is that something that Brent does?

Williams: But, I didn't want you to think, you know, that I'd, uh, that I was trying to look, and, uh, , they, they do with a script. I want them to track the table down there– there's a table they're building.

Magan: Now, now Brent have an office at. . .

Williams: Yeah, over there, yeah, he was working over at Miller Group for two years.

Magan: Where are they – well I think they are in Springfield, right?

Williams: Yeah, they're right here in Springfield, but they had, uh, they got an office in – but here we're paying his salary – he's over there writing codes for them.

Magan: Now, I know ------wh...what is his feeling, that, uh, about changing this stuff --- he didn't care that it was . . .

Williams: Well, he didn't know (inaudible)... , no he didn't care.

Magan: He didn't care?

Williams: Well, you know, I uh-- Henry and I talked before, you know, this is, if we got enough (inaudible) and he said, "you know, this is totally wrong. This is theft – you know". *Meetings*

Magan: Well, well, whose idea was it to, to cancel the support – was it Henry's or was it .

Williams: No, no, no, no it was

Magan: The superintendent?

Williams: That, that they wouldn't need it anymore because they're not going to use StarBase. That's what cancelled the support.

Magan: Hmmm.

Williams: You know, because Henry, you know, he could write, you know, because hey, you know, he wanted to go to this, he wanted to update the relaÑ-ease, and, uh... *release*

Magan: Right.

Williams: And, uh...

Magan: Who's supporting Oracle – like, uh, when you run out of...

Williams: Well, we've got a, they went out and got an Oracle contract.

Magan: They did?

Williams: Yeah –they went out to Oracle and got that. They didn't, they don't have the same version, they got a stripped down version. But they did do that.

Magan: Hmm---yeah, because I told Henry, you know, Henry, its fine if you want to go off Star_Base support, but who's going to be, you know, in charge of Oracle, and we have table ~~expense~~ extents problems, and...

Williams: Yeah.

Magan: ...and things like that, and you have to get updates.

Williams: But, uh, I know, I know this, I think they ~~stole~~ sold, they ~~stole~~ sold the product a couple of times, after too much, you know,

Magan: Well, I am sure that, you know, if they do subpoena anybody, it would be the whole department for, uh, programming, and uh...

Williams: Yeah.

Magan: The superintendant and everybody else, so, I'm sure they won't single anybody out. Uh, I don't think they could,

Williams: Yeah.

Magan: But, uh, that's funny that he was working at the Miller Group while he was still working at the school.

Williams: Yeah. He could go there, 'cause, see, they wanted me over there, but Agnes said no because I gotta take care of payroll there and everything, when we start using it, but, you know, he done all the, all the work between District 186 and the Miller Group.

Magan: Hm.

Williams: So he's the kingpin, that's why he's the boss, now.

Magan: I guess people claw their way up different ways, huh?

Williams: Oh, yeah. I mean, you know...

Magan: Well, yeah, if you can, you know, find a little bit more stuff.

Williams: Yeah.

Magan: And don't worry about them, uh…

Williams: I'm going to dig into this and I'm gonna find out today. Now, do you want to actually look at this php code?

Magan: Yeah, you know, if you could just send one of 'em I would just like to see…

Williams: Yeah, Like I say, though, this is, this is between you and I.

Magan: Right, right, right, okay, don't worry about it.

Williams: And don't (inaudible).

Magan: Yep.

Williams: Like I say, I'll do what, whatever I can, 'cause this has, this has bothered me all along, to think that, you know…

Magan: You're such an honest guy.

Williams: They're screwing another company.

Magan: Yeah, and even if they went off support with us, and stayed within Springfield with all of this, it would have been okay.

Williams: Yeah, that's what I said. Well, Henry and I said, you know, pay the support, at least you can use the product. You have the right to use the product.

Magan: Yep, yep.

Williams: But, you know, we tried to say. All the documentation, everything, says this is copyrighted material. And even, basically, there, I know that, well, this is second hand, this is sketchy, they were about to, they were going to use the scheduler. I never heard that face to face.

Magan: Right

Williams: But it came out, (inaudible) [meeting] and Henry told me they found the scheduler, and it was yours.

Magan: Hmm.

Williams: But you know, I got it second hand, so I mean, that's…

Magan: Well, I know there is probably going to be, like I said, something, it's really a question of whether they're going to go through the school, or the school and the Miller Group...

Williams: Yeah

Magan: I guess that's between the powers that be, but, yeah, don't worry about being singled out, because,

Williams: Yeah, like I say, I . . .

Magan: They'll, certainly, do everybody probably who was involved, and I would assume everybody...

Williams: Yeah, I mean, I did a lot of coding, and I done the GPA and report cards and everything, we use, like I say, we use your data structures, and they made some modifications, so it looked a little bit different. But you look at a lot of the tables (inaudible), and they have different fields to them.

Magan: Yeah, yep. Well, we seen that when we first went down to load the web stuff, when you guys were initially doing that class attendance books thing. [handwritten: they are the same ones]

Williams: Yeah.

Magan: They made changes to some of our tables.

Williams: Well, I will tell you what I'll do, we're uh, in between I will try to get some stuff together.

Magan: Okay

Williams: We're off Monday so I will probably send this off Tuesday.

Magan: Okay.

Williams: That way, you know, and anything I can find, I will dig around and like I say,

Magan: Okay.

Williams: I'll try to touch base with you every Friday morning

Magan: Okay.

Williams: Because I, you know,

Magan: We certainly appreciate it.

Williams: I am kind a glad you that you know, maybe something's gonna get done, because I mean, this is not right.

Magan: Well, I'm glad—something is gonna get done, it's just a question of what and when.

Williams: It's a slow process, you want all your ducks in a row.

Magan: Well, yeah, exactly.

Williams: Yeah.

Magan: Exactly.

Williams: Yeah. I'll do whatever I can do to help you.

Magan: Alright, thanks a lot.

Williams: Thanks a lot.

Magan: Alright. Bye.