E-FILED
Tuesday, 21 June, 2005 02:55:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2003-CV-3105 |
| THE MILLER GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT 186'S
RENEWED MOTION FOR RELIEF PURSUANT TO RULE 37**

Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), through its counsel, Brown, Hay & Stephens, LLP, hereby moves the Court for an Order for relief in its favor and against plaintiff Century Consultants, Ltd. ("Century") and/or its attorneys pursuant to Fed.R.Civ.P. 37, and in support thereof states:

1. District 186 filed its original Motion for Relief Pursuant to Rule 37 on February 2, 2005. Later that day, the Court entered an Order staying the proceedings herein due to pending bankruptcy proceedings of certain co-defendants.

2. On March 1, 2005 the Court denied District 186's Rule 37 motion in light of the stay, but indicated that the motion could be re-filed after the stay was lifted in In re John G. Miller, III, No. 04-74985 (BK CD Ill).

3. On June 2, 2005, the stay was lifted. Pursuant to the Court's March 1, 2005 Order, District 186 hereby renews its Motion for Relief pursuant to Rule 37.

4. On January 13, 2005, District 186 deposed Joseph E. LaMantia pursuant to Fed.R.Civ.P. 30(b)(6), following Century's designation of LaMantia to testify on its behalf regarding a number of topics set forth in the deposition notice.

5. Century failed to adequately prepare LaMantia to testify on its behalf, and LaMantia claimed lack of knowledge regarding a substantial number of topics for which he was designated to testify, as well as matters that he should have reasonably known as Century's designee.

6. Century's failure to produce a knowledgeable and prepared deponent to testify on its behalf results in substantial prejudice to District 186, as set forth in District 186's memorandum in support of this motion, filed contemporaneously herewith.

**WHEREFORE**, defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 respectfully requests the Court grant it relief pursuant to Fed.R.Civ.P. 37, and enter an Order:

a) dismissing Century's cause of action against District 186 with prejudice; or in the alternative, barring Century from presenting any evidence regarding matters about which its designees were not prepared to testify, including damages;

b) requiring Century and/or its counsel to pay attorneys' fees incurred by District 186 as a result of its investigating Century's claims, preparing for depositions, traveling to New Jersey and conducting depositions, and researching, drafting and submitting this motion; and

c) awarding District 186 all other relief the Court deems proper.

SPRINGFIELD PUBLIC SCHOOL<br>
DISTRICT 186, Defendant,<br>
<br>
By: s/ Robert M. Shupenus<br>
One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on June 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

> Lance T. Jones
> Law Offices of Lance T. Jones
> 1100 South Fifth Street
> Springfield, IL 62703
> ltj@warpnet.net
>
> Craig Hilliard
> Stark & Stark, P.C.
> 993 Lenox Drive
> Lawrenceville, NJ 08648
> chilliard@stark-stark.com
>
> David A. Herman
> Giffin, Winning, Cohen & Bodewes, P.C.
> One West Old State Capitol Plaza
> Myers Building – Suite 600
> P.O. Box 2117
> Springfield, IL 62705
> dherman1@gifwinlaw.com

>                 s/ Robert M. Shupenus
>                 Almon A. Manson, Jr. Reg No. 1756761
>                 Robert M. Shupenus, Reg. No. 6238096
>                 Attorney for Defendant
>                 Brown, Hay & Stephens, LLP
>                 205 South Fifth Street, Suite 700
>                 P.O. Box 2459
>                 Springfield, Illinois 62705-2459
>                 (217) 544-8491
>                 (217) 544-9609
>                 rshupenus@bhslaw.com
>                 amanson@bhslaw.com