**E-FILED**
Thursday, 30 June, 2005 02:45:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., | ) | |
| JOHN G. MILLER, and | ) | |
| THE SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT 186 | ) | |
| | ) | |
| Defendants. | ) | |
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-3147 |
| | ) | |
| THE MILLER GROUP, INC., | ) | |
| JOHN G. MILLER, and | ) | |
| THE SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT 186 | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONSOLIDATE ACTIONS

NOW COMES Century Consultants, Ltd., and The Miller Group, Inc., John G. Miller, and the Springfield Public School District 186, being Plaintiff and Defendants, respectively, in each of the above-entitled actions, by and through their respective attorneys and pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, state the following in support for their Joint Motion to Consolidate:

1.      The two above-entitled causes of action involve common questions of law and fact, and the consolidation of the actions for trial will avoid unnecessary costs and delays and prevent duplication of evidence.

2.      On June 29, 2005, in a telephone scheduling conference before Judge Byron G. Cudmore, the above-named parties, through their respective attorneys, agreed to consolidate the above-entitled actions

3.      As stipulated in the Docket Entry for that telephone conference, Attorney David A. Herman was asked to file the joint motion to consolidate the two cases on or before July 8, 2005.

WHEREFORE, the parties jointly move for an order consolidating Civil Action No. 05-CV-3147 with and into Civil Action No. 03-CV-3105 for all purposes, so that both cases will commence under Case No. 03-CV-3105.

>                                         Respectfully submitted,
>
>                                         **CENTURY CONSULTANTS, LTD.**,
>                                         Plaintiff
>
>
>                                         By:    **s/ David A. Herman**
>                                                One of its Attorneys

Lead Counsel
Craig S. Hilliard
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
(603) 896-9060

Local Counsel
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

**PROOF OF SERVICE**

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

>Almon A. Manson, Jr.
>Robert M. Shupenus
>Eric L. Grenzebach
>BROWN, HAY & STEPHENS
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, Illinois 62705
>
>Lance T. Jones
>LAW OFFICES OF LANCE T. JONES
>1100 S. Fifth Street
>Springfield, IL  62703

this 30th day of June, 2005.

                                                **s/ David A. Herman**