**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | |
| | ) | |
| -v- | ) | Nos. 05-CV-3147 |
| | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

## DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER'S MOTION TO SUPPRESS

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and moves this Court for an Order suppressing and barring Century Consultants, Ltd. from utilizing certain evidence. In support of this motion, Defendants adopt in total the Motion to Suppress and supporting memorandum filed by the Springfield Public School District 186. (Document Nos. 91 & 92).

    WHEREFORE, Defendant, The Miller Group and John G. Miller respectfully requests the Court enter an Order:

    A.    Mandating suppression of all facts obtained through the secretly recorded conversations between Robert Magan and David Williams;

    B.    Striking Robert Magan's declaration, together with all inferences, facts, and references to such facts contained in Century's Amended Complaint;

      C.      Require Century to reimburse Defendants, The Miller Group and John G. Miller, their costs and attorneys' fees incurred as a result of Century's false representations contained in Robert Magan's declaration; and

      D.      Awarding all other relief the Court deems proper.

> Respectfully Submitted,
> S/LANCE T. JONES
> Attorney for The Miller Group, Inc. and
> John G. Miller, Defendants
> Law Office of Lance T. Jones
> 1100 So. Fifth Street
> Springfield, IL  62703
> Ph. No.: (217) 523-2000
> Fax: (217) 523-0132
> Email: ltj@warpnet.net

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER'S MOTION TO SUPPRESS was served by placing same in a sealed envelope addressed to:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705

and by placing the envelope in the United States mail in Springfield, Illinois on the _____ day of July, 2005, with postage fully prepaid.

                _____