STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | Civil Action No. 2003-CV-3105 |

### DECLARATION OF CRAIG S. HILLIARD IN OPPOSITION
### TO MOTION TO SUPPRESS

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1. I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action. I make this declaration in opposition to the motion to suppress of defendant, Springfield Public School District 186 (the "School District").

2. The School District's motion contains very selected excerpts of a voluminous record developed in discovery in this action.

3. Included in the materials used by the School District to support its motion is the "Affidavit of David Williams" dated January 28, 2005. This affidavit was secured by the School District several months _after_ Mr. Williams' deposition was taken in this action. This affidavit was never provided to me by the School District in discovery in this action. The first time I saw it was when it was attached to the School District's motion to dismiss an adversary proceeding in the Bankruptcy Court against defendant, John Miller, filed in April 2005.

4. Attached hereto as Exhibit "1" is a copy of the Declaration of Joseph E. LaMantia filed in the District Court Action in May 2003 in connection with Century's application for a Temporary Restraining Order.

5. Attached hereto as Exhibit "2" is a copy of the Declaration of Robert Magan filed in the District Court Action in May 2003 in connection with Century's application for a Temporary Restraining Order.

6. Attached hereto as Exhibit "3" is a copy of the "Statement of Losses" and accompanying Affidavit of John G. Miller filed in the District Court Action in May 2003 in connection with the opposition of defendants, The Miller Group, Inc. and John G. Miller (collectively "Miller") to Century's application for injunctive relief.

7. Attached hereto as Exhibit "4" is a copy of an agreement dated December 21, 1998 between the School District and Miller which was marked at a deposition in the District Court Action as "Miller-5".

8. Attached hereto as Exhibit "5" is a copy of a document marked at a deposition in the District Court Action as "Miller-6".

9. Attached hereto as Exhibit "6" is a copy of a document marked at a deposition in the District Court Action as "Miller-11".

10. Attached hereto as Exhibit "7" is a copy of the report of Century's expert, P.G. Lewis & Associates LLC, which was marked at a deposition in the District Court Action as "Miller-16".

11. Attached hereto as Exhibit "8" is a copy of a document marked at a deposition in the District Court Action as "Miller-19".

12. Attached hereto as Exhibit "9" is a copy of a document marked at a deposition in the District Court Action as "Stuckey-10".

13. Attached hereto as Exhibit "10" are excerpts from the transcript of the deposition of Henry Stuckey from the District Court Action.

14. Attached hereto as Exhibit "11" are excerpts from the transcript of the deposition of John Miller from the District Court Action.

15. Attached hereto as Exhibit "12" are excerpts from the transcript of the deposition of David Williams from the District Court Action.

16. Attached hereto as Exhibit "13" is a copy of Miller's answers to interrogatories in the District Court Action.

17. Attached hereto as Exhibit "14" is a copy of the minutes of the October 7, 2002 meeting of the Board of Education of the School District produced in discovery in the District Court Action.

18. Attached hereto as Exhibit "15" is a copy of the rebuttal expert report of Century's expert served in the District Court Action.

19. Attached hereto as Exhibit "16" are excerpts from the transcript of the deposition of Agnes Nunn from the District Court Action.

20. Attached hereto as Exhibit "17" are excerpts from the transcript of the deposition of Joseph LaMantia from the District Court Action.

21. Attached hereto as Exhibit "18" are excerpts from the transcript of the deposition of Brent Qualls from the District Court Action.

22. I declare under penalty of perjury that the foregoing is true and correct.

_____   7/15/05
CRAIG S. HILLIARD