**E-FILED**
Friday, 15 July, 2005  02:27:43 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

1

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. <br><br> **DECLARATION OF JOSEPH E. LA MANTIA** |

JOSEPH E. LA MANTIA, having been duly sworn, according to law, upon his oath deposes and says:

1.       I am the Vice-President of plaintiff Century Consultants Ltd. ("Century") and as such I have personal knowledge of the facts stated herein.  I make this Affidavit in support of Century's application for temporary and preliminary injunctive relief.  As I describe in more detail below, the focus of this application is on defendants' infringement of Century's computer programs copyrighted and licensed under the trademark "Star-Base", and on the imminent threat of disclosure of Century's trade secrets embodied in those programs.

2.       Century began as a sole proprietorship in 1976.  In December 1977, Century was incorporated in New Jersey.  Since that time, Century has been engaged in the business of

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

developing and marketing computer programs and associated software, including educational software packages.

3.    Star_Base is the trade name for Century's flagship computer software product that is marketed to elementary and secondary schools (both public and private). Star_Base functions as an administrative tool to assist in all record keeping and reporting of student information in various areas including, but not limited to, student demographics, attendance, class schedules, grades, discipline and test scores.

4.    Each of these areas of information is referred to as a "module". Each module may be used by one or all schools within a school district. For example, the attendance module is normally used to track enrollment throughout an entire district, since that information is key to a district's funding from the State. The scheduling module, on the other hand, might only be used in a high school or middle school where a complex set of course offerings makes the use of a computer scheduler desirable and often necessary.

5.    A single module is selected by a user (an employee of the licensed school district) from a menu displayed on a screen. The menu is provided by an associated main computer program. Each module is comprised of many individual computer sub-programs. The attendance module, as an example, contains between 20 and 25 unique sub-programs accessed by a main menu program. One sub-program would provide the capability to perform a specific function on the computer. In other words, there are functions, i.e. sub-programs, to enable input of and updates to the school calendar, student entries and withdrawals, and student absences. Other sub-programs report on the information that has been entered. These reports are designed to print detailed and/or summary information in the format and sequence that is required by school districts.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-2-

6.     The sub-programs that comprise Star_Base and are embodied in the copyright registration described below are written in a human-readable language. Many computer languages exist, so it is necessary for programmers to be trained and experienced in the language being used. The human-readable form of a program is referred to as the "source" program, or sometimes as the source code. In order for a computer to execute or run the programs, they must be translated into computer-readable form, usually called object code. This translation is accomplished through the use of another program known as an assembler or compiler.

7.     Although each program has a unique function, common elements must exist throughout all programs in the system in order for them all to work together accurately and efficiently. The common elements that all programs contain are the data files. Data files contain the records of information that are managed and processed by the programs. The structure of these records is vital to the functioning of the entire system. Much of the effort in designing a complex system goes into the layout, organization, composition and interrelationship of the records in the data files. Every record is composed of individual data elements, or fields. These fields must be organized and grouped both logically and functionally. Each field must be given a unique name. The size and type of each data element must be established. The resulting "record layout" or "file definition" becomes the basic component of every program in the system.

8.     It is certainly possible for any other software developer to create or design independent programs that would achieve the same result as the Star_Base programs. By directly copying Century's tables and database programs for the purpose of making derivative works, however, another software developer would save enormous time and expense. Century spent years, thousands of man-hours and hundreds of thousands of dollars developing and

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-

refining the Star_Base programs.   As of today, a majority of Century's revenues is based on the Star_Base programs.

9.      The Star_Base code and screen outputs are registered as copyrights with the U.S. Copyright Office.  Attached hereto as **Exhibit "A"** is a copy of the registration certificate effective as of November 22, 1995.  The screen outputs for all of the Star_Base modules also bear a notice of copyright.  When a Star_Base user at the school level accesses the main menu program for any of the modules, a copyright symbol appears on the screen.  Attached hereto as **Exhibit "B"** are examples of the main menu screen outputs for some of the modules bearing a notice of copyright.

10.     Century licenses individual Star_Base modules (often as a package of many modules) to school districts under a written license agreement.  The Springfield School District 186 is one such licensee (A copy of the license agreement for this district is attached to the Declaration of Robert Magan as Exhibit "A").  Although the form of license agreement has been modified slightly over the years, all of the form agreements (including Springfield's) contain confidentiality terms that severely restrict the licensee's right and ability to disclose the modules to unlicensed third parties, to ensure to the greatest extent possible that the trade secret protection for the modules is maintained.

11.     The license agreement with Springfield, for example, provides as follows:

> Confidentiality - The [computer] package and any permitted copies contain valuable trade secrets of **CENTURY** and shall at all times remain the property of **CENTURY**; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein.  Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package, or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

See Magan Declaration, Exhibit "A", at para. 8. As the underscored language above reflects, Century considers the source and object code for the Star_Base programs to be protected trade secrets, and was therefore careful in its licensing of the Star_Base software to bind its licensees to an obligation of confidentiality.

12.    When a school or school district licenses one or more of the Star_Base modules, all of the object code and most of the source code for the licensed modules are transferred to the school's computer system. The source code for certain security programs is not delivered. These programs contain key routines that are designed to protect the system as a whole, but not individual programs, from being copied to another computer and used by an unlicensed customer. Nevertheless, the source code and object code transferred to the licensees are protected from disclosure by the provisions of the license agreement.

13.    I declare under penalty of perjury that the foregoing is true and correct.

JOSEPH E. LA MANTIA

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

E

X

H

I

B

I

T


A



CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**TXu 760-019**

*TXu000760019*

EFFECTIVE DATE OF REGISTRATION

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| NOVEMBER | 22 | 1995 |
|----------|-----|------|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

*079 291 79.*

**TITLE OF THIS WORK ▼**

STAR BASE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

NONE

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**

CENTURY CONSULTANTS LTD (a NJ Corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program   *including screens

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ...   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
1991 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Century Consultants Ltd.
300 Main Street
Lakewood, NJ  08701

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 25 1996   11/22/95
ONE DEPOSIT RECEIVED
NOV 22 1995
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _2_ pages

*Amended by C.O. via authority of phone call
with Kenneth Watov on 1/22/97.

| EXAMINED BY | VG | FORM TX |
| CHECKED BY | | |

| X | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Century Consultants Ltd.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kenneth Watov                                    date ▶ 6/20/96

Handwritten signature (X) ▼   _Kenneth Watov_

**10**

**MAIL CERTIFI- CATE TO**

Name ▼
Kenneth Watov, Esq.
Watov & Kipnes, P.C.

Number/Street/Apartment Number ▼
P. O. Box 247

City/State/ZIP ▼
Princeton Jct., NJ 08550

Certificate will be mailed in window

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights

**11**

E

X

H

I

B

I

T

B

25-MAY-94   08:24                    S T A R _ B A S E                                    941:

```
  Operator
  Password                                                        -

    School


                    ┌───────────────────────────────┐
                    │   ┌───────────────────────┐    │
                    │   │      Login Screen      │    │
                    │   └───────────────────────┘    │
                    └───────────────────────────────┘


  This information, including the associated software and system, are the
  proprietary and confidential information of Century Consultants Ltd.
  Use of this system and associated computer program is granted by Century
  Consultants Ltd. under the terms of the Star_Base Computer Package License
  No: CCL-123 dated 09/10/90.  Any other use is strictly prohibited unless
  prior written permission is granted by Century Consultants Ltd.
  Copyright Century Consultants, Ltd. 1990
```

Count: *0
TNVT220 - Novell, Inc.     hpg30              (1)    Rep    08:31         <Replace>
                                                                            N C

```
25-MAY-94   08:24              S T A R _ B A S E                          94139
```

```
          A D M I N I S T R A T I O N   O P T I O N   M E N U
```

CENTURY CONSULTANTS

```
                    01 - Star_Base Menu
                    02 - DBA Menu

                     E - Exit Menu

          Select Option:
```

Copyright Century Consultants, Ltd. 1990

```
Count: *0                                                          <Replace>
INVT220 - Novell, Inc.    hpg30           (1)    Rep    08:32         N C
```

25-MAY-94  08:25              S T A R _ B A S E                              9413

                   D B A   S E L E C T I O N   S C R E E N

CENTURY CONSULTANTS

        01 - User Id Table                    11 - Free Space Compression
        02 - User Module Table
        03 - Exception Table                   E - Exit Menu
        04 - Module Table
        05 - Form Table
        06 - Default Code Table
        07 - Printer Description Table
        08 - Printer Group/Name Table
        09 - Star_Base (Memory) Diagnostic
        10 - Star_Base (Extent) Diagnostic

                        Select Option:


  Copyright Century Consultants, Ltd. 1990

Count: *0                                                           ' <Replace
TNVT220 - Novell, Inc.    hpg30              (1)      Rep    08:32          N C

```
25-MAY-94  08:24            S T A R _ B A S E      1990 - 1991          94139
```

```
                        M O D U L E   S C R E E N
```

| CCL   Century Consultants Ltd.                    CENTURY CONSULTANTS |
|---|

```
        01 - Registration              13 - Testing
        02 - Student Information        14 - Tuition Billing
        03 - Medical                   15 - Census
        04 - Attendance
        05 - Class/Period Attendance    19 - School Information
        06 - Discipline                20 - District Wide Tables
        07 - Optimizer
        08 - Scheduling
        09 - Grade Book                41 - User Programs
        10 - Interim Reporting         42 - Star_Base Interfaces
        11 - Grade Reporting           43 - Star_Base Utilities
        12 - Academic History          44 - Oracle Utilities

        E - Exit Menu
                            Select Module:
     Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available..
Count: *0                                             <List><Replace>
TNVT220 - Novell, Inc.      hpg30          (1)    Rep   08:32          N C
```

**25-MAY-94  08:39**            S T A R _ B A S E          1990 - 1991              94139

| R E G I S T R A T I O N |
|---|

| CCL    Century Consultants Ltd.              CENTURY CONSULTANTS |
|---|

```
                    01 - Enroll a New Student

                    02 - Delete an Existing Student

                    03 - Change an Existing Student

                    E - Exit Menu

          Select Option:
```

```
 Copyright Century Consultants, Ltd. 1990
Enter selection...                          Extended HELP Available...
Count: *0                                        <List><Replace>
TNVT220 - Novell, Inc.     hpg30         (1)     Rep    08:32          N C
```

| 25-MAY-94  08:39 | S T A R _ B A S E | 1990 - 1991 | 94139 |

S T U D E N T   I N F O R M A T I O N   S C R E E N

CCL    Century Consultants Ltd.                    CENTURY CONSULTANTS

                    01 - Student Maintenance

                    02 - Student Reports

                    03 - Student User Reports

                    E - Exit Menu

          Select Option:


 Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available..
Count: *0                                               <List><Replace>
TNVT220 - Novell, Inc.    hpg30            (1)    Rep    08:32         N C

25-MAY-94  08:40          S T A R _ B A S E          1990 - 1991                    94139

|                  S T U D E N T     M A I N T E N A N C E                  |

CCL    Century Consultants Ltd.                    CENTURY CONSULTANTS

SCHL CCL   ID              NAME                    ,                    GD:    -

```
01 - Main          12 - Class/Pd    23 - Census      34 - New STC Sc
02 - Address       13 - Discipline                   35 - Niles new    ENROLLED IN
03 - Medical       14 - Requests                     36 -
04 - Auxiliary     15 - Schedule                     37 -              SCHL F DIST
05 - User (Dist)   16 - Study Hall                   38 -
06 - Cluster       17 - Interim                      39 -
07 - School        18 - Grades                       40 -
08 - User (Schl)   19 - G.P.A.                       41 -
09 - P.C.C.        20 - History                      42 -
10 - Attendance    21 - Testing                      43 -
11 - Tardy         22 - Enumeration                  44 -
```

          Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP available...
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.    hpg30            (1)    Rep   08:33          N C

```
25-MAY-94  08:40              S T A R _ B A S E      1990 - 1991           94139

                         S T U D E N T   R E P O R T S

CCL   Century Consultants Ltd.              CENTURY CONSULTANTS

          Daily Reports                     Periodic Reports

01 - Student Enrollment     21 - Student Id           31 - District Wide
02 - Inactive Students      22 - Student Id By Choice 32 - Food Services Lunch
03 - Student Birthday       23 - Mailing Labels       33 - Food Services Master
                            24 - Generic Letter       34 - Food Services W.S.
                            25 - Address (Short)       35 - Student Cluster
                            26 - Address (Long)        36 - User Def. Fields(Dist)
                            27 - Address By Choice     37 - User Def. Fields(Schl)
                            28 - Student Summary
                            29 - Student Ethnic Sum.
                            30 - Auxiliary


          Select Option:
   Copyright Century Consultants, Ltd. 1990
 Enter selection...                          Extended HELP Available...
 Count: *0                                           <List><Replace>
 INVT220 - Novell, Inc.    hpg30            (1)   Rep   08:34           N C
```

25-MAY-94  08:41          S T A R _ B A S E      1990 – 1991          94139

S T U D E N T    U S E R    R E P O R T S

CCL   Century Consultants Ltd.                CENTURY CONSULTANTS

```
      01 -                        11 -
      02 -                        12 -
      03 -                        13 -
      04 -                        14 -
      05 -                        15 -
      06 -                        16 -
      07 -                        17 -
      08 -                        18 -
      09 -                        19 -
      10 -                        20 -
```

        Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                          Extended HELP Available...
Count: *0                                             <List><Replace>
TNVT220 - Novell, Inc.     hpg30            (1)    Rep   08:34         N C

25-MAY-94   08:41          S T A R _ B A S E        1990 - 1991              94139

M E D I C A L

CCL    Century Consultants Ltd.                    CENTURY CONSULTANTS

01 - Medical Maintenance

02 - Medical Reports

03 - Medical User Maintenance

04 - Medical User Reports

E - Exit Menu

Select Option:

Copyright Century Consultants, Ltd. 1990
Enter selection...                          Extended HELP Available..
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.     hpg30            (1)    Rep   08:34          N C

## M E D I C A L   M A I N T E N A N C E

CCL    Century Consultants Ltd.              CENTURY CONSULTANTS

| Posting/Updating Routines | Assign./Audit Routines | Validation Tables |
|---|---|---|
| 01 - Post By Student Id<br>02 - Post By Record | | 41 - Sport/Location<br>42 - Examiner Visit<br>43 - Injury Code<br>44 - Visit Reason Code<br>45 - Visit Result Code |

```
          Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                                Extended HELP Available...
Count: *0                                                <List><Replace>
TNVT220 - Novell, Inc.     hpg30          (1)     Rep    08:35          N C
```

25-MAY-94  08:41              S T A R _ B A S E         1990 - 1991              94139

                        M E D I C A L   R E P O R T S

CCL    Century Consultants Ltd.              CENTURY CONSULTANTS

        Daily Reports                    Periodic Reports

01 - Birthdate              21 - Blood Pressure      32 - Requires Glasses
02 - Medical Visit          22 - Disease             33 - Requires Medication
03 - Medical Collection     23 - Hearing             34 - Requires Immunization
                            24 - Injury              35 - Immunization Exempt.
Validation Table Reports    25 - Insurance
                            26 - Medical Comments
41 - Sport/Location         27 - Physical Exam
42 - Examiner Visit         28 - Scoliosis
43 - Injury Code            29 - Tuberculosis
44 - Visit Reason           30 - Vision
45 - Visit Result           31 - Student Summary

            Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                               Extended HELP Available..
Count: *0                                                <List><Replace>
TNVT220 - Novell, Inc.      hpg30            (1)    Rep   08:35        N C

## M E D I C A L   U S E R   M A I N T E N A N C E

| CCL | Century Consultants Ltd. | CENTURY CONSULTANTS |
|-----|--------------------------|---------------------|

```
01 -                          11 -
02 -                          12 -
03 -                          13 -
04 -                          14 -
05 -                          15 -
06 -                          16 -
07 -                          17 -
08 -                          18 -
09 -                          19 -
10 -                          20 -
```

        Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available..
Count: *0                                               <List><Replace>
TNVT220 - Novell, Inc.     hpg30          (1)    Rep   08:35          N C

M E D I C A L    U S E R    R E P O R T S

CCL    Century Consultants Ltd.                    CENTURY CONSULTANTS

```
01 -                              11 -
02 -                              12 -
03 -                              13 -
04 -                              14 -
05 -                              15 -
06 -                              16 -
07 -                              17 -
08 -                              18 -
09 -                              19 -
10 -                              20 -
```

        Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available...
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.     hpg30          (1)    Rep    08:35           N C

## A T T E N D A N C E

CCL   Century Consultants Ltd.                    CENTURY CONSULTANTS

01 - Attendance Maintenance        04 - Attendance Scanner Features

02 - Attendance Reports            05 - Attendance User Maintenance

03 - State Attendance Reports      06 - Attendance User Reports

                                   E - Exit Menu

                    Select Option:


  Copyright Century Consultants, Ltd. 1990
Enter selection...                           Extended HELP Available..
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.      hpg30        (1)     Rep   08:36           N C

25-MAY-94  08:42          S T A R _ B A S E          1990 - 1991          94139

### A T T E N D A N C E   M A I N T E N A N C E

CCL    Century Consultants Ltd.                    CENTURY CONSULTANTS

| Posting/Updating Routines | Assign./Audit Routines | Validation Tables | |
|---|---|---|---|
| 01 - Post Daily By Id | 21 - Daily Attend. Audit | 41 - Attendance Code | * |
| 02 - Post Daily By Hmrm. | 22 - Create Attend. Recs. | 42 - Track Code | * |
| 03 - Post Weekly By Hmrm. | 23 - Create P.C.C. Recs. | 43 - School Calendar | * |
| 04 - Post Tardy Records | | 44 - Reason Code | |
| 05 - Post Track Codes | | | |
| 06 - Modify Stu. Status | | | |
| 07 - Late Reporting Stu. | | | |

          Select Option:
    Copyright Century Consultants, Ltd. 1990
Enter selection...                          Extended HELP Available..
Count: *0                                        <List><Replace>
TNVT220 - Novell, Inc.      hpg30              (1)    Rep   08:36        N C