**E-FILED**
Friday, 15 July, 2005 02:40:57 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

C

S1

YOUR PROFILE

```
SQL> desc stu_enroll
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 START_YY                                  NOT NULL VARCHAR2(2)
 SCHOOL                                    NOT NULL VARCHAR2(4)
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 PCC_DATE                                  NOT NULL DATE
 PCC_CODE                                  NOT NULL VARCHAR2(3)
 GRADE                                     NOT NULL VARCHAR2(2)
 PREVIOUS_SCHOOL                                    VARCHAR2(4)
 VOTECH                                             VARCHAR2(2)
 SPECIAL_ED                                         VARCHAR2(3)
 HOMEROOM                                           VARCHAR2(5)
 TUITION                                            VARCHAR2(1)
 HOME_INSTR                                         VARCHAR2(1)
 DISTRICT                                  NOT NULL VARCHAR2(4)
 TRACK_CODE                                         VARCHAR2(4)
 PROGCODE                                           VARCHAR2(2)
 ROLLOVER                                           VARCHAR2(1)

SQL>
```

BOB

GLAD TO HEAR FROM YOU

HOPE THIS INFO WILL HELP

LET ME KNOW IF YOU NEED ANY MORE INFO

THANKS

DAVE

S 2

YOUR STU-BASE

```
SQL> desc students
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 LAST_NAME                                 NOT NULL VARCHAR2(50)
 FIRST_NAME                                NOT NULL VARCHAR2(32)
 MIDDLE_INIT                                        VARCHAR2(1)
 NICKNAME                                           VARCHAR2(20)
 SOC_SEC_NO                                         VARCHAR2(9)
 SEX                                       NOT NULL VARCHAR2(1)
 ETHNIC                                    NOT NULL VARCHAR2(2)
 BIRTH_DATE                                NOT NULL DATE
 CURRENT_SCHOOL                                     VARCHAR2(4)
 PREVIOUS_SCHOOL                                    VARCHAR2(4)
 NEXT_SCHOOL                                        VARCHAR2(4)
 MIDDLE_NAME                                        VARCHAR2(32)
 ADD_COMPLETED                                      VARCHAR2(3)
 GENERIC_ALERT                                      VARCHAR2(1000)
 NOTES                                              VARCHAR2(1000)
 ORIGINAL_ENTRY_DATE                                DATE
 BIRTH_PLACE                                        VARCHAR2(25)
 MARITAL_STATUS                                     VARCHAR2(1)
 STU_RETENTION_FLAG                                 VARCHAR2(1)
 FOOD_SERVICE_CODE                                  VARCHAR2(1)
 GRAD_DATE                                          DATE
 CELL_NO                                            VARCHAR2(10)
 READING_RECOVERY                                   VARCHAR2(1)
 TRUANCY_PROGRAM                                    VARCHAR2(1)
 BRIDGE_PROGRAM                                     VARCHAR2(1)
 EARLY_START                                        VARCHAR2(1)
 EARLY_START_AUDIT                                  VARCHAR2(1)
 PASSED_CONSTITUTION                                VARCHAR2(1)
 PASSED_CONSUMER_ED                                 VARCHAR2(1)
 REA                                                VARCHAR2(1)
 REAI_I                                             VARCHAR2(1)
 REA_ASSIST                                         VARCHAR2(1)
 FOOD_SERVICE_CODE_LSTYR                            VARCHAR2(1)
 ACT                                                VARCHAR2(1)
 PSAT                                               VARCHAR2(1)
 GPA_SCHOOL                                         VARCHAR2(4)
 GPA_YY                                             VARCHAR2(2)

SQL>
```

S 3

```
SQL> desc stu_sch
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 START_YY                                  NOT NULL VARCHAR2(2)
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 SCHOOL                                    NOT NULL VARCHAR2(4)
 BUILDING                                           VARCHAR2(4)
 GRADE                                     NOT NULL VARCHAR2(2)
 HOMEROOM                                           VARCHAR2(5)
 ACTIVE                                    NOT NULL VARCHAR2(1)
 CURRICULUM                                         VARCHAR2(3)
 YR_OF_GRAD                                         VARCHAR2(4)
 SHIFT                                     NOT NULL VARCHAR2(1)
 COUNSELOR                                          VARCHAR2(20)
 BUS_ROUTE_AM                                       VARCHAR2(4)
 BUS_ROUTE_PM                                       VARCHAR2(4)
 BUS_STOP_AM                                        VARCHAR2(4)
 BUS_STOP_PM                                        VARCHAR2(4)
 BUS_TIME_AM                                        VARCHAR2(5)
 BUS_TIME_PM                                        VARCHAR2(5)
 BUS_DISTANCE                                       NUMBER(4,2)
 TRANSFER                                           VARCHAR2(1)
 TRANS_AID                                          VARCHAR2(1)
 TUITION                                            VARCHAR2(1)
 SPECIAL_ED                                         VARCHAR2(3)
 TRACK                                              VARCHAR2(4)
 RANK                                               VARCHAR2(1)
 SPORTS_ELIG                                        VARCHAR2(1)
 LOCKER_NUMBER                                      VARCHAR2(5)
 LOCKER_COMBO                                       VARCHAR2(10)
 PROGCODE                                           VARCHAR2(2)
 USER_FLD1                                          VARCHAR2(10)
 USER_FLD2                                          VARCHAR2(10)
 USER_FLD3                                          VARCHAR2(10)
 USER_FLD4                                          VARCHAR2(10)
 USER_FLD5                                          VARCHAR2(10)
 CLUSTER_CODE                                       VARCHAR2(2)
 CONSEC_ABS                                         NUMBER(3)
 CONSEC_TDY                                         NUMBER(3)
 WALKER                                             VARCHAR2(1)
 SCOPE                                              VARCHAR2(1)
 CAR                                                VARCHAR2(1)
 DAY_CARE                                           VARCHAR2(1)
 DAY_CARE_NAME                                      VARCHAR2(25)
 DAY_CARE_ADDR                                      VARCHAR2(40)
 DAY_CARE_ZIP                                       VARCHAR2(10)
 SORT_FIELD                                         VARCHAR2(255)
 HOMEROOM2                                          VARCHAR2(5)
 ROLLOVER                                           VARCHAR2(1)
 CAN_PHOTO                                          VARCHAR2(1)
 GIFTED                                             VARCHAR2(1)
 CENTURY_21                                         VARCHAR2(4)
 IMAGE_TEST                                         VARCHAR2(4)

SQL>
```



SPRINGFIELD IL 627
PM
FEB
2003

RECEIVED FEB 1 9 2003

CENTURY CONSULTANTS
150 AIRPORT ROAD SUITE 1500
LAKEWOOD NEW JERSEY 08701
ATTN: BOB MAGAN

C 1

```
CONNECT STARS3/S3

REM  CREATE THE STUDENT PCC_FILE TABLE

CREATE TABLE PCC_FILE
        ( START_YY              VARCHAR2(2)         NOT NULL,
          SCHOOL                VARCHAR2(4)         NOT NULL,
          STUDENT_ID            VARCHAR2(10)        NOT NULL,
          PCC_DATE              DATE            NOT NULL,
          PCC_CODE              VARCHAR2(3)         NOT NULL,
          GRADE                 VARCHAR2(2)         NOT NULL,
          PREVIOUS_SCHOOL       VARCHAR2(4),
          VOTECH                VARCHAR2(2),
          SPECIAL_ED            VARCHAR2(3),
          HOMEROOM              VARCHAR2(5),
          TUITION               VARCHAR2(1),
          HOME_INSTR            VARCHAR2(1),
          DISTRICT              VARCHAR2(4)         NOT NULL,
          TRACK_CODE            VARCHAR2(4),
          PROGCODE              VARCHAR2(2),
          PCC_INFO              VARCHAR2(255)                )
TABLESPACE starbase
STORAGE (INITIAL 15360
          NEXT    15360
          PCTINCREASE 0);

CREATE UNIQUE INDEX PCC_FIL ON
              PCC_FILE(START_YY,SCHOOL,STUDENT_ID,PCC_DATE)
TABLESPACE starindx
STORAGE    (INITIAL 1M
            NEXT    1M
            PCTINCREASE 0);

CREATE INDEX PCC_FIL2 ON
              PCC_FILE(START_YY,STUDENT_ID)
TABLESPACE starindx
STORAGE    (INITIAL 1M
            NEXT    1M
            PCTINCREASE 0);

CREATE INDEX PCC_FIL3 ON PCC_FILE(STUDENT_ID)
TABLESPACE starindx
STORAGE    (INITIAL 1M
            NEXT    1M
            PCTINCREASE 0);

CREATE SYNONYM STARS3.PCCFILE FOR STARS3.PCC_FILE;
CREATE SYNONYM OMNIBUS.PCCFILE FOR STARS3.PCC_FILE;

GRANT SELECT ON STARS3.PCC_FILE TO OMNIBUS;

COMMENT ON TABLE STARS3.PCC_FILE IS 'Daily Attendance PCC Record
(Student)';
```

C2

```
CONNECT STARS3/S3

REM   CREATE THE STUDENT BASE TABLE

CREATE TABLE STU_BASE
        (  STUDENT_ID              VARCHAR2(10)     NOT NULL,
           LAST_NAME               VARCHAR2(50)     NOT NULL,
           FIRST_NAME              VARCHAR2(32)     NOT NULL,
           MIDDLE_NAME             VARCHAR2(32),
           MIDDLE_INIT             VARCHAR2(1),
           NICKNAME                VARCHAR2(20),
           SUFFIX                  VARCHAR2(4),
           SOC_SEC_NO              VARCHAR2(9),
           SEX                     VARCHAR2(1)      NOT NULL,
           ETHNIC                  VARCHAR2(2)      NOT NULL,
           STUDENT_PIN             VARCHAR2(9),
           RELATION_RESIDES        VARCHAR2(10)     NOT NULL,
           RELATION_LEGAL          VARCHAR2(10)     NOT NULL,
           BIRTH_DATE              DATE             NOT NULL,
           CURRENT_SCHOOL          VARCHAR2(4),
           PREVIOUS_SCHOOL         VARCHAR2(4),
           FAMILY_CODE             VARCHAR2(10)     NOT NULL,
           NEXT_SCHOOL             VARCHAR2(4),
           ORIGINAL_ENTRY_DATE     DATE,
           NOTES                   VARCHAR2(1000),
           GENERIC_ALERT           VARCHAR2(1000),
           RESIDENT_SCHOOL         VARCHAR2(4),
           STATE_STU_ID            VARCHAR2(15)                  )
TABLESPACE starbase
STORAGE (INITIAL 1M
         NEXT    1M
         PCTINCREASE 0);

CREATE UNIQUE INDEX STU_ID ON STU_BASE(STUDENT_ID)
TABLESPACE starindx
STORAGE     (INITIAL 524288
             NEXT    524288
             PCTINCREASE 0);

CREATE INDEX STU_ID2 ON STU_BASE(FAMILY_CODE)
TABLESPACE starindx
STORAGE     (INITIAL 524288
             NEXT    524288
             PCTINCREASE 0);

CREATE INDEX STU_ID3 ON STU_BASE(LAST_NAME, FIRST_NAME, STUDENT_ID)
TABLESPACE starindx
STORAGE     (INITIAL 524288
             NEXT    524288
             PCTINCREASE 0);

CREATE SYNONYM STARS3.SBASE FOR STARS3.STU_BASE;
CREATE SYNONYM OMNIBUS.SBASE FOR STARS3.STU_BASE;

GRANT SELECT ON STARS3.STU_BASE TO OMNIBUS;

COMMENT ON TABLE STARS3.STU_BASE IS 'Main Record (Student)';
```

63

```
CONNECT STARS3/S3

REM  CREATE THE STUDENT_SCHOOL TABLE

CREATE TABLE STU_SCH
        ( START_YY            VARCHAR2(2)        NOT NULL,
          STUDENT_ID          VARCHAR2(10)       NOT NULL,
          SCHOOL              VARCHAR2(4)        NOT NULL,
          BUILDING            VARCHAR2(4),
          GRADE               VARCHAR2(2)        NOT NULL,
          HOMEROOM            VARCHAR2(5),
          ACTIVE              VARCHAR2(1)        NOT NULL,
          CURRICULUM          VARCHAR2(3),
          YR_OF_GRAD          VARCHAR2(4),
          SHIFT               VARCHAR2(1)        NOT NULL,
          COUNSELOR           VARCHAR2(20),
          BUS_ROUTE_AM        VARCHAR2(4),
          BUS_ROUTE_PM        VARCHAR2(4),
          BUS_STOP_AM         VARCHAR2(4),
          BUS_STOP_PM         VARCHAR2(4),
          BUS_TIME_AM         VARCHAR2(5),
          BUS_TIME_PM         VARCHAR2(5),
          BUS_DISTANCE        NUMBER(4,2),
          TRANSFER            VARCHAR2(1),
          TRANS_AID           VARCHAR2(1),
          TUITION             VARCHAR2(1),
          SPECIAL_ED          VARCHAR2(3),
          TRACK               VARCHAR2(4),
          RANK                VARCHAR2(1),
          SPORTS_ELIG         VARCHAR2(1),
          LOCKER_NUMBER       VARCHAR2(5),
          LOCKER_COMBO        VARCHAR2(1),
          PROGCODE            VARCHAR2(2),
          USER_FLD1           VARCHAR2(10),
          USER_FLD2           VARCHAR2(10),
          USER_FLD3           VARCHAR2(10),
          USER_FLD4           VARCHAR2(10),
          USER_FLD5           VARCHAR2(10),
          CLUSTER_CODE        VARCHAR2(2),
          CONSEC_ABS          NUMBER(3),
          CONSEC_TDY          NUMBER(3),
          SORT_FIELD          VARCHAR2(255),
          GRADE_PROGRESSION_FLAG VARCHAR2(1),
          GRADE_PROGRESSION_DATE DATE,
          PROM_RET_REASON     VARCHAR2(2),
          GRADPROG            VARCHAR2(2),
          MIGRANT             VARCHAR2(1),
          ESOL_I              NUMBER(1),
          ESOL_N              NUMBER(1)          )
TABLESPACE starbase
STORAGE (INITIAL 15360
         NEXT    15360
         PCTINCREASE 0);

CREATE UNIQUE INDEX ST_SCH ON STU_SCH(START_YY,STUDENT_ID,SCHOOL)
TABLESPACE starindx
STORAGE     (INITIAL 10240
             NEXT    10240
             PCTINCREASE 0);
```

E

X

H

I

B

I

T

D

```
                        $ckdb=DBQuery($ckins);
                        $ckdata=DBReturn($ckdb,$ckcnt);
                        if($ckdata[1]['CNT'] == '0')
                        {
                        $inssql="insert into stu_stc_xact (seq_number,transaction_date, transaction_type,
                                effective_date, class_cd, section, sub_section, period,semester,days)
                            values
 ('$nextid','$tdate','A','$tdate','$cls','$sect','$subsect','$prd','$sem','$days')";
                        $insdb=DBQuery($inssql);
                        }
                    }
 //echo "<BR>sql=".$inssql;
            }
            echo "<center><br /><br />Click <a
href='Modules.php?modname=Guidance/Scheduling/Reports/SkdUnschedList.php&func=detail&last=".u
rlencode($namedata[1]['LAST_NAME']).

"&first=".urlencode($namedata[1]['FIRST_NAME']).'&stuid='.$a_stu.'&year='.$year.'&sch='.$sch.
                "'>HERE</a> to see student schedule.";
        echo "<BR><BR>Click on a semester to print the schedule. <A
HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                "&sch=".$sch.   "&sem_cde=01&grd=00&sort_seq=01&stu_no=".$a_stu.
                "&prog_step=3'> (Semester 1) </A>";
        echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                "&sch=".$sch."&sem_cde=02&grd=00&sort_seq=01&stu_no=".$a_stu.
                "&prog_step=3'> (Semester 2) </A>";
        echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                "&sch=".$sch."&sem_cde=03&grd=00&sort_seq=01&stu_no=".$a_stu.
                "&prog_step=3'> (All Year) </A><BR></center>";
            }
        echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUEST['modname']}&func=F'>HERE</a> to schedule again.</center><b
/><br />";
}
echo "</body></html>\n";

}

echo '<BR><BR>';

echo "</CENTER>";
?>
```

```
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=='')
{
     echo '<TABLE>';
     echo '<FORM METHOD="POST" ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=C">';
     echo "<TD>School Year:</TD>";
     $curyr=GetSysYear();
     $cknext="select distinct a.start_yy from course a, config b
                   where (a.start_yy > b.year and a.start_yy < '50')";
     $ckdb=DBQuery($cknext);
     $ckyrdata=DBReturn($ckdb, $ckcnt);
     if($ckyrdata[1]['START_YY'] != '')
     {
          $curyr=$curyr + 1;
          $curyr=str_pad($curyr, 2, "0", str_pad_left);
     }
     echo "<TD>";
     GetSchoolYear('year',$curyr,'');
     echo "</TD>";
     echo "<TR>";
     PrepareSchool(SessionSchool(),'midhigh');
     echo "</TR>";
     echo "<TR>";
     PrepareGrade(SessionSchool(),'midhigh');
     echo "</TR>";
     echo "<TR>";
     echo "<TD>Schedules:</TD>";
     echo "<TD>Complete<INPUT TYPE=RADIO NAME=comp_part VALUE=C SIZE=1 CHECKED>";
     echo "Partial<INPUT TYPE=RADIO NAME=comp_part VALUE=P SIZE=1>";
     echo "</TD></TR>";
     echo "<TR>";
     echo "<TD>Include Cluster:</TD>";
     echo "<TD><INPUT TYPE=RADIO NAME=cluster VALUE=Y SIZE=1 >";
     echo "</TD></TR>";
     echo '<TR><TD>Student ID:</TD><TD><INPUT TYPE="text" NAME="a_stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
     //echo "<input type=hidden name=a_stu value =ALL>";
     echo '</TABLE><BR><BR>';
     Buttons('Find','Reset Values');
     echo '</FORM>';
}
if($func=='C')
{
     if($sch == '')
     {
          echo "<H4> You must enter a school to schedule.</H4>";
          echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
again.<BR><BR>";

          exit();
     }
     echo "<H4> ";
     $dispyear=DispYear($year);
     $dispsch=GetSchool($sch);
     echo "<BR>".$dispyear."<BR>".$dispsch;
     if($grade == '') { echo "<BR> All Grades"; }
     else { echo "<BR>Grade - ".$grade; }
     if($a_stu == 'ALL')
     {
          $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";
          $ckdb=DBQuery($cklock);
          $lockdata=DBReturnNoWord($ckdb,$lkcnt);
//echo "<BR>sql=".$cklock;
```

```
            if($lockdata[1]['LOCK_DATE'] != '')
            {
            echo "<H4> The schedule has been locked as of ".$lockdata[1]['LOCK_DATE']."- You can not run the scheduler for all students.</H4>";
            echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";

            exit();
            }
        }
        if($comp_part == 'P')   {  echo "<BR><BR>This will schedule all partial schedules.</H4>";   }
        else {echo "<BR><BR>This will delete the schedule for the student. <BR>If 'ALL' is selected, all schedules will be delete.</H4>";   }
        echo '<FORM METHOD="POST" ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=S&year='.$year.'&cluster='.$cluster.
                '&sch='.$sch.'&grade='.$grade.'&a_stu='.$a_stu.'&comp_part='.$comp_part.'">';
        Buttons('CONTINUE','');
        echo '</FORM>';
        echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
    }
    if($func=='S')
    {
        if($a_stu == 'ALL')
        {
            $getid="select id from sched_run where school = '$sch'";
            $iddb=DBQuery($getid);
            $iddata=DBReturn($iddb,$idcnt);
            $id=$iddata[1]['ID'];
                $getresult="select status from sched_results where id = '$id'";
                $resultdb=DBQuery($getresult);
                $resultdata=DBReturn($resultdb,$resultcnt);
            if($resultcnt > 0  and $resultdata[1]['STATUS'] != 'D')
            {
                echo "<H4> The previous scheduling run is still scheduling. <BR>You must wait before running again.</H4>";
                echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
                if($s_ulevel == '999')
                {
                  echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=O&sch=".$sch."&id=".$id."'>HERE</A> to override.<BR><BR>";
                }

                exit();
            }
        }
        $delpri="delete sched_stu where school = '$sch'
                and (student_id = '$a_stu' or '$a_stu' = 'ALL')";
        $db=DBQuery($delpri);
        $delresult="delete sched_results where id = '$id'";
        $db=DBQuery($delresult);
        $delrun="delete sched_run where school = '$sch'";
        $db=DBQuery($delrun);
        if(($comp_part=='C') or ($comp_part=='P' and $a_stu != 'ALL'))
        {
            $delcount="select a.class_cd, a.section, count(*) seatcnt
                    from stu_sche a, stu_sch b
                    where a.start_yy = '$year'
                    and a.start_yy=b.start_yy
                    and a.school = '$sch'
```

```
                    and b.school=a.school
                    and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                    and b.student_id(+)=a.student_id
                    and (b.grade='$grade' or '$grade' is null)
                   group by class_cd, section";
        $cntdb=DBQuery($delcount);
        $crsdata=DBReturnNoWord($cntdb,$cnt);
//echo "<BR>sql=".$delcount;
        $ckforatt="select a.seq_number, b.class_cd, b.section,b.period,
               b.semester,b.days,b.sub_section
             from stu_stc_head a, stu_stc_xact b, stu_sche c
              where a.start_yy = '$year'
                 and a.school = '$sch'
                 and a.student_id = '$a_stu'
                 and a.seq_number = b.seq_number
                 and a.start_yy = c.start_yy
                 and a.school = c.school
                 and a.student_id = c.student_id
                 and b.class_cd = c.class_cd
                 and b.section = c.section
                 and c.active_cd = 'A'";
        $attdb=DBQuery($ckforatt);
        $attdata=DBReturnNoWord($attdb,$attcnt);
        $dt=date('d-M-y');
        for($a=1;$a<=$attcnt;$a++)
        {
            $sq=$attdata[$a]['SEQ_NUMBER'];
            $cl=strtoupper($attdata[$a]['CLASS_CD']);
            $sc=$attdata[$a]['SECTION'];
            $sb=$attdata[$a]['SUB_SECTION'];
            $pd=$attdata[$a]['PERIOD'];
            $sm=strtoupper($attdata[$a]['SEMESTER']);
            $dy=$attdata[$a]['DAYS'];
            $ckstc="select count(*) cnt from stu_stc_xact
                where seq_number = '$sq'
                   and effective_date= '$dt'
                   and class_cd = '$cl'
                   and section = '$sc'
                   and sub_section = '$sb'
                   and period = '$pd'";
            $ckstcdb=DBQuery($ckstc);
            $ckstcdata=DBReturn($ckstcdb,$ckstccnt);
            if($ckstcdata[1]['CNT'] == 0)
            {
            $insstc="insert into stu_stc_xact ( SEQ_NUMBER,TRANSACTION_DATE,
                TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD, SECTION,
                SUB_SECTION,PERIOD,SEMESTER,DAYS)
            values ('$sq','$dt','D','$dt','$cl','$sc','$sb','$pd','$sm','$dy')";
            $insdb=DBQuery($insstc);
//echo "<BR>ins=".$insstc;
            }
        }
//      if($a_stu == 'ALL')
//      {
            for($z=1;$z<=$cnt;$z++)
            {
                $cls=strtoupper($crsdata[$z]['CLASS_CD']);
                $sect=$crsdata[$z]['SECTION'];
                $seats=$crsdata[$z]['SEATCNT'];
                $updseat="update sect
                          set AVAI_SEATS = avai_seats + '$seats',
                                ASSI_SEATS = assi_seats - '$seats'
                          where start_yy = '$year'
                            and school = '$sch'
                            and class_cd = '$cls'
                            and section = '$sect'";
                $upddb=DBQuery($updseat);
```

```
            //echo "<BR>updseats=".$updseat;
                }
                $delsched="delete sched a where a.start_yy = '$year'
                            and a.school = '$sch'
                            and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                            and a.student_id = (select b.student_id
                                                from stu_sch b
                                                where b.start_yy = a.start_yy
                                                    and b.school = a.school
                                                    and b.student_id = a.student_id
                                                    and (b.grade = '$grade' or '$grade' is null))";
                $db=DBQuery($delsched);
        //echo "<BR>sql= ".$delsched;
                $delmeet="delete s_meet a where a.start_yy = '$year'
                            and a.school = '$sch'
                            and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                            and a.student_id = (select b.student_id
                                                from stu_sch b
                                                where b.start_yy = a.start_yy
                                                    and b.school = a.school
                                                    and b.student_id = a.student_id
                                                    and (b.grade = '$grade' or '$grade' is null))";
                $db=DBQuery($delmeet);
//          }
//          elseif($cnt != '0')
//          {
//                  echo "<H4> The selected student is already scheduled.</H4>";
//                  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
again.<BR><BR>";
//                  Warehouse("footer");
//                  exit();
//          }
        }
        $sql="SELECT ".db_seq_nextval('sps_sched_run_seq')." AS NV ".FROM_DUAL;
        $result=DBQuery($sql);
        $row=db_fetch_row($result);
        $nextv=$row['NV'];
        $getcnt="select count(*) cnt
                from stu_sch a
                where a.start_yy = '$year'
                and a.school = '$sch'
                and (a.grade = '$grade' or '$grade' is null)
                and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                and a.active in ('A','R')";
        $cntdb=DBQuery($getcnt);
        $cntdata=DBReturn($cntdb, $cnt);
        $no_of_stu=$cntdata[1]['CNT'];
        if($cluster!='Y') { $cluster='N'; }
        $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, START_YY,
PARTIALS_OR_COMPLETES,
                    TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS,
PERCENT_OVERRIDE,
                    SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES,
BALANCE_BY_SEMESTER,
                    LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID)
                values
('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N','1','MTWRF','$clust
er','N','N','N','N','ALL',
                    '37581','$a_stu')";
        $insdb=DBQuery($insertrun);
        if($a_stu != 'ALL')
        {
        $gettemp="select a.start_yy, a.school, a.student_id, a.grade, b.last_name, b.first_name
                from stu_sch a, students b
                where a.start_yy = '$year'
                and a.school = '$sch'
```

```
                    and (a.grade = '$grade' or '$grade' is null)
                    and a.student_id = '$a_stu'
                    and a.active in ('A','R')
                    and a.student_id = b.student_id
                    order by 2";
        $tempdb=DBQuery($gettemp);
        $stxdata=DBReturn($tempdb, $stzcnt);
        if($stzcnt == '0')
        {
            echo "<H4> You entered a invalid student.</H4>";
            echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.";

            exit();
        }

        for($x=1;$x<=$stzcnt;$x++)
          {
            $sc=$stxdata[$x]['SCHOOL'];
            $stu=$stxdata[$x]['STUDENT_ID'];
            if($grade == '') {  $grade = 'A';   }
            $yr=$stxdata[$x]['START_YY'];
            $schedstu="begin
schedrun_setup('$sc','$yr','$grade','A','*','*','01','08','','','','','','','ALL','$stu');end
;";
            $doexec=DBQuery($schedstu);
          }
        }
        else
          {
            if($grade == '') {  $grade = 'A';   }
            $schedstu="begin
schedrun_setup('$sch','$year','$grade','A','*','*','01','08','','','','','','','ALL','ALL');e
nd;";
            $doexec=DBQuery($schedstu);
          }
    //echo "<BR>".$schedstu;
    //echo "<BR>".$gettemp.',   cnt-'.$stzcnt;
        if($a_stu == 'ALL')  {echo "<a
href=\"Modules.php?modname=Guidance/Scheduling/SkdMassDetail.php&func=R&run_id=$nextv&viewpro
g=2\">Assign Schedules</a>\n";  }
        else {  echo "<a
href=\"Modules.php?modname=Guidance/Scheduling/SkdMassDetail.php&func=R&run_id=$nextv&a_stu=$
a_stu&year=$year&sch=$sch&viewprog=2\">Assign Schedule for ".
                $stxdata[1]['FIRST_NAME']." ".$stxdata[1]['LAST_NAME']."</a>\n";  }
    }
    if($func=='O')
    {
        $upd="update sched_results
                set status = 'D'
                where id = '$id'";
        $db=DBQuery($upd);
        echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
again.<BR><BR>";
    }

    //SkdMassRun

    if ($func=='R') {

    include "./VarExtract.inc";
    ignore_user_abort(true);
    echo "<html>
    <head>";
    $sql="SELECT * FROM SCHED_RESULTS WHERE ID='$run_id'";
    $result=DBQuery($sql);
```

```
$list=DBReturn($result,$count);
if($list[1]['STATUS'] != 'D')
{
      if (($count==1 && $list[1]['STATUS']!='D') || $viewprog!=1)
       echo "<meta HTTP-EQUIV=Refresh CONTENT=\"2;
URL={$Protocol}://{$_SERVER['HTTP_HOST']}{$_SERVER['PHP_SELF']}?modname={$_REQUEST['modname']
}&viewprog=1&a_stu=$a_stu&year=$year&sch=$sch&run_id=$run_id&func=R\">\n";
}
echo "<title>Schedule Progress</title>
<body>\n";
if ($viewprog!=1) {
      session_write_close();
      //System Call
      putenv("ORACLE_HOME=/home/oracle/OraHome1");
      $command="/usr/local/sched/schedscript $run_id 1>/dev/null 2> /dev/null &";
      exec("$command");

      //  echo $command."\n";
      echo "<br><br><br><center><b>Schedule run has started....... Please wait.
</b></center><br><br><br>";
} else {
      echo "<center>";
      echo "<table width='80%' border='1'>";
      echo "<th>Run ID</th>";
      echo "<th>Percent</th>";
      echo "<th>Complete</th>";
      echo "<th>Partial</th>";
      echo "<th>No Requests</th>";
      echo "<th>Irresolvable</th>";
      if($list[1]['STATUS'] == 'D') {
       echo "<th> </th>";
      } else {
       echo "<th>Student</th>";
      }
      echo "</tr><tr><td>";
      echo $list[1]['ID'];
      echo "</td>";
      $totstu=$list[1]['COMPLETE'] + $list[1]['PARTIAL'] + $list[1]['NO_REQUESTS'] +
$list[1]['IRRESOLVABLE'];
      if($totstu != '0')
       {
            $pct = 100 * ($list[1]['COMPLETE'] / $totstu);
            $disppct=number_format($pct,'2','.',',');
       }
      echo "<td>";
      echo $disppct;
      echo "</td>";
      echo "<td>";
      echo $list[1]['COMPLETE'];
      echo "</td>";
      echo "<td>";
      echo $list[1]['PARTIAL'];
      echo "</td>";
      echo "<td>";
      echo $list[1]['NO_REQUESTS'];
      echo "</td>";
      echo "<td>";
      echo $list[1]['IRRESOLVABLE'];
      echo "</td>";
      echo "<td>";
      if($list[1]['STATUS'] == 'D') {
       echo "Schedule run completed";
      } else {
       echo $list[1]['STUDENT_ID'];
      }
      echo "</td></tr>";
      echo "</table>";
```

```
    }
    if($list[1]['STATUS'] == 'D') {
        if($a_stu != '')   {
         $getname="SELECT LAST_NAME, FIRST_NAME
                FROM STUDENTS
                WHERE STUDENT_ID = '$a_stu'";
         $nmdb=DBQuery($getname);
         $namedata=DBReturn($nmdb, $cnt);
         $ckforatt="select count(*) cnt from stu_stc_head
                where start_yy = '$year'
                    and school = '$sch'";
         $ckdb=DBQuery($ckforatt);
         $ckdata=DBReturn($ckdb,$cnt);
         if($ckdata[1]['CNT'] > 0)
         {
           $getseq="select seq_number from stu_stc_head
                   where start_yy = '$year'
                      and school = '$sch'
                      and student_id = '$a_stu'";
           $getdb=DBQuery($getseq);
           $seqdata=DBReturn($getdb,$cnt);
           $seq=$seqdata[1]['SEQ_NUMBER'];
           $nextid=$seq;
           if($seq == '')
           {
                $nextsql="select stcpsequ.nextval nxtval from dual";
                $db=DBQuery($nextsql);
                $nextseq=DBReturnNoWord($db,$nxtcnt);
                $nextid=$nextseq[1]['NXTVAL'];
                $ins="insert into stu_stc_head (seq_number, start_yy, school, student_id)
                     values ('$nextid', '$year','$sch','$a_stu')";
                $insdb=DBQuery($ins);
           }
           $getcrs="select a.class_cd, a.section, b.sub_section, b.period,
                   decode(c.semester,'',b.semester,c.semester) semester,
                   decode(c.days,'',b.days,c.days) days
                     from stu_sche a, meets b, stu_meet c
                     where a.start_yy = '$year'
                        and a.school = '$sch'
                        and a.student_id = '$a_stu'
                        and a.start_yy = b.start_yy
                        and a.school = b.school
                        and a.class_cd = b.class_cd
                        and a.section = b.section
                        and a.start_yy = c.start_yy (+)
                        and a.school = c.school (+)
                        and a.student_id = c.student_id (+)
                        and a.class_cd = c.class_cd (+)
                        and a.section = c.section (+)";
           $crsdb=DBQuery($getcrs);
           $crsdata=DBReturnNoWord($crsdb, $crscnt);
//echo  "<BR>getcrs=".$getcrs;
           for($z=1;$z<=$crscnt;$z++)
           {
                $cls=strtoupper($crsdata[$z]['CLASS_CD']);
                $sect=$crsdata[$z]['SECTION'];
                $subsect=$crsdata[$z]['SUB_SECTION'];
                $prd=$crsdata[$z]['PERIOD'];
                $sem=strtoupper($crsdata[$z]['SEMESTER']);
                $days=$crsdata[$z]['DAYS'];
                $tdate=date('d-M-y');
                $ckins="select count(*) cnt from stu_stc_xact
                     where seq_number = '$nextid'
                        and class_cd = '$cls'
                        and section = '$sect'
                        and sub_section = '$subsect'
                        and period = '$prd'";
```

```
                    $ckdb=DBQuery($ckins);
                    $ckdata=DBReturn($ckdb,$ckcnt);
                    if($ckdata[1]['CNT'] == '0')
                    {
                    $inssql="insert into stu_stc_xact (seq_number,transaction_date, transaction_type,
                              effective_date, class_cd, section, sub_section, period,semester,days)
                         values
 ('$nextid','$tdate','A','$tdate','$cls','$sect','$subsect','$prd','$sem','$days')";
                    $insdb=DBQuery($inssql);
                    }
               }
 //echo "<BR>sql=".$inssql;
          }
          echo "<center><br /><br />Click <a
href='Modules.php?modname=Guidance/Scheduling/Reports/SkdUnschedList.php&func=detail&last=".u
rlencode($namedata[1]['LAST_NAME']).

"&first=".urlencode($namedata[1]['FIRST_NAME']).'&stuid='.$a_stu.'&year='.$year.'&sch='.$sch.
                    "'>HERE</a> to see student schedule.";
      echo "<BR><BR>Click on a semester to print the schedule. <A
HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                    "&sch=".$sch.   "&sem_cde=01&grd=00&sort_seq=01&stu_no=".$a_stu.
                    "&prog_step=3'> (Semester 1) </A>";
      echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                    "&sch=".$sch."&sem_cde=02&grd=00&sort_seq=01&stu_no=".$a_stu.
                    "&prog_step=3'> (Semester 2) </A>";
      echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                    "&sch=".$sch."&sem_cde=03&grd=00&sort_seq=01&stu_no=".$a_stu.
                    "&prog_step=3'> (All Year) </A><BR></center>";
           }
      echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUEST['modname']}&func=F'>HERE</a> to schedule again.</center><br
/><br />";
}
echo "</body></html>\n";

}

echo '<BR><BR>';

echo "</CENTER>";
?>
```