**E-FILED**
Friday, 15 July, 2005  02:55:32 PM
Clerk, U.S. District Court, ILCD

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

*Files Modified on May 15, 2003  in Data Set 4*

The CD in Data Set 4 contains the source code files of the IS3 Scheduler application. The Miller Group forwarded this CD without first being requested to do so by Century Consultants. It is unclear as to why this CD was sent. The Miller Group simply stated that the previously sent application was the wrong version.

The Data Set 4 Scheduler contains 30 files. Of the 30 files, 28 (93%) were found to have been modified on May 15, 2003. While it is not possible to determine exactly what was modified within the file, we do know that at least one character within the file must be changed in order to reset the file modification field. No "php" files were found.

The files that were modified are listed as follows:

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| aclocal.m4 | 30749 | 5/15/2003 | 5:15pm |
| AUTHORS | 0 | 5/15/2003 | 5:15pm |
| ChangeLog | 0 | 5/15/2003 | 5:15pm |
| config.h.in | 2793 | 5/15/2003 | 5:15pm |
| configure | 184960 | 5/15/2003 | 5:15pm |
| configure.ac | 2140 | 5/15/2003 | 5:15pm |
| COPYING | 0 | 5/15/2003 | 5:15pm |
| crs_slice.h | 374 | 5/15/2003 | 5:15pm |
| datatypes.h | 760 | 5/15/2003 | 5:15pm |
| depcomp | 12546 | 5/15/2003 | 5:15pm |
| INSTALL | 9465 | 5/15/2003 | 5:15pm |
| install-sh | 5820 | 5/15/2003 | 5:15pm |
| main.cc | 14854 | 5/15/2003 | 5:15pm |
| Makefile.am | 168 | 5/15/2003 | 5:15pm |
| Makefile.in | 18656 | 5/15/2003 | 5:15pm |
| malloc.c | 304 | 5/15/2003 | 5:15pm |
| missing | 10606 | 5/15/2003 | 5:15pm |
| mkinstalldirs | 1900 | 5/15/2003 | 5:15pm |
| NEWS | 0 | 5/15/2003 | 5:15pm |
| otlv4.h | 460530 | 5/15/2003 | 5:15pm |
| README | 0 | 5/15/2003 | 5:15pm |
| row.cc | 6929 | 5/15/2003 | 5:15pm |
| row.h | 540 | 5/15/2003 | 5:15pm |
| schedule.h | 1246 | 5/15/2003 | 5:15pm |
| segment.h | 917 | 5/15/2003 | 5:15pm |
| stamp-h.in | 0 | 5/15/2003 | 5:15pm |
| student.cc | 28915 | 5/15/2003 | 5:15pm |
| student.h | 1156 | 5/15/2003 | 5:15pm |
| bitutil.c | 886 | 1/16/2003 | 3:56pm |
| bitutil.sql | 2435 | 1/16/2003 | 3:56pm |

P.G. Lewis Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*



*Significance of File Modifications*

The Miller Group has provided PGLA with three different versions of their front end scheduling application. It is our assumption that the scheduler applications were written in the following chronological order:

1.  Springfield School Scheduler Data Set 3
2.  Scheduler from Data Set 2 – May 16, 2003
3.  Scheduler from Data Set 4 – May 22, 2003

This assumption is made by referring to the file dates of each Data Set. One could then conclude that the original version of the IS3 Scheduler was the version installed at The Springfield School District, and the product evolved into what is the current version of the IS3 Scheduler.

PGLA interrogated the file SKDMASSDETAIL.PHP which is the front end application for the scheduler. This file refers to many other programs and a plethora of data tables. By analyzing the SKDMASSDETAIL.PHP file, we were able to gain an understanding of the operation of the scheduler.

The data forwarded to PGLA which was authored by The Miller Group contains two (2) examples of the SKDMASSDETAIL.PHP file. The first instance of SKDMASSDETAIL is contained within the Springfield Data Set (Data Set 3). The second instance of SKDMASSDETAIL appears in the source codes received on May 16, 2003 (Data Set 2).

The file properties are as follows:

| File Name | Data Set | Size | Date Modified |
|---|---|---|---|
| SkdMassDetail.php | Data Set 3 | 17 KB | 3/24/2003 2:45 PM |
| SkdMassDetail.php | Data Set 2 | 20 KB | 5/14/2003 10:18 PM |

The first step of this exercise is to determine if the IS3 Scheduler uses any tables or code developed by Century Consultants and present in Star_Base.


P.G. Lewis Associates LLC
DATA FORENSICS

3:03-cv-03105-RM-BGC     # 99-2     Page 3 of 16

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Analysis of SkdMassDetail.php taken from the Springfield School System

PGLA analyzed the file SkdMassDetail.php taken from the Springfield School System. The code was analyzed to determine if any calls were made to tables that exist within the Century application.

| | |
|---|---|
| `$curyr=GetSysYear();`<br>`$cknext="select distinct a.▓▓▓▓ from ▓▓▓▓ a, config b`<br>`    where (a.▓▓▓▓ > b.year and a.▓▓▓▓ < '50')";`<br>`    $ckdb=DBQuery($cknext);` | In this example, the IS3 code makes a direct reference to the table course developed by Century. The call accesses the field start_yy. |
| `$cklock="select sched_lock_date ▓▓▓▓ from ▓▓▓▓ where`<br>`▓▓▓▓ = '$sch'";`<br>`    $ckdb=DBQuery($cklock);` | In this example, the IS3 code makes a direct reference to the table sch_base developed by Century. The call accesses |
| `$delpri="delete ▓▓▓▓ where ▓▓▓▓ = '$sch'`<br>`    and (▓▓▓▓ = '$a_stu' or '$a_stu' = 'ALL')";`<br>`    $db=DBQuery($delpri);` | IS3 makes a reference to table fields belonging to Century. |
| `$delcount="select a.▓▓▓▓, a.▓▓▓▓, ▓▓▓▓(*) ▓▓▓▓`<br>`from ▓▓▓▓ a, ▓▓▓▓ b`<br>`where a.▓▓▓▓ = '$year'`<br>`and a.▓▓▓▓=b.▓▓▓▓`<br>`and a.▓▓▓▓ = '$sch'`<br>`and b.▓▓▓▓=a.▓▓▓▓`<br>`and (a.▓▓▓▓ = '$a_stu' or '$a_stu' = 'ALL')`<br>`and b.▓▓▓▓(+)=a.▓▓▓▓`<br>`and (b.▓▓▓▓='$grade' or '$grade' is null)`<br>`group by ▓▓▓▓, section";`<br>`    $cntdb=DBQuery($delcount);` | IS3 access the tables stu_sch and stu_sche belonging to Century. |
| `from ▓▓▓▓ a, ▓▓▓▓ b, ▓▓▓▓ c`<br>`    where a.▓▓▓▓ = '$year'`<br>`        and a.▓▓▓▓ = '$sch'`<br>`        and a.▓▓▓▓ = '$a_stu'`<br>`        and a.▓▓▓▓ = b.seq_number`<br>`        and a.▓▓▓▓ = c.▓▓▓▓`<br>`        and a.▓▓▓▓ = c.▓▓▓▓`<br>`        and a.▓▓▓▓ = c.▓▓▓▓`<br>`        and b.▓▓▓▓ = c.▓▓▓▓`<br>`        and b.▓▓▓▓ = c.▓▓▓▓`<br>`        and c.▓▓▓▓ = 'A'";`<br>`    $attdb=DBQuery($ckforatt);` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| `$ckstc="select count(*) cnt from ▓▓▓▓`<br>`    where ▓▓▓▓ = '$sq'`<br>`        and ▓▓▓▓ = '$dt'`<br>`        and ▓▓▓▓ = '$cl'`<br>`        and ▓▓▓▓ = '$sc'`<br>`        and ▓▓▓▓ = '$sb'`<br>`        and ▓▓▓▓ = '$pd'";` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| `$insstc="insert into ▓▓▓▓ (`<br>`▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓`<br>`▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓`<br>`▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓)` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*



| | |
|---|---|
| ```$updseat="update sect``` set ▓▓▓ = aval_seats + '$seats' = assi_seats - '$seats' where ▓▓ = '$year' and ▓▓ = '$sch' and ▓▓ = '$cls' and ▓▓ = '$sect'"; `$upddb=DBQuery($updseat);` `//echo "<BR>updseats=".$updseat;` } `$delsched="`▓▓▓ a where a.▓▓ = '$year' and a▓▓ = '$sch' and (a.▓▓ = '$a_stu' or '$a_stu' = 'ALL') and a.▓▓ = (select b.▓▓ from ▓▓ b where b.▓▓ = a.▓▓ and b.▓▓ = a.▓▓ and b.▓▓ = a.▓▓ and (b.▓▓ = '$grade' or '$grade' is null))"; `$db=DBQuery($delsched);` `//echo "<BR>sql= ".$delsched;` `$delmeet="delete s_meet a where a.`▓▓ = '$year' and a▓▓ '$sch' and (a.▓▓ = '$a_stu' or '$a_stu' = 'ALL') and a.▓▓ = (select b.student_id from ▓▓ b where b.▓▓ = a.▓▓ and b.▓▓ = a.▓▓ and b.▓▓ = a.▓▓ and (b.▓▓ '$grade' or '$grade' is null))"; | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| `$getcnt="select count(*) cnt` from ▓▓ a where a.▓▓ = '$year' and a.▓▓ = '$sch' and (a.▓▓ = '$grade' or '$grade' is null) and (a.▓▓ = '$a_stu' or '$a_stu' = 'ALL') and a▓▓ in ('A','R')"; | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |
| `$insertrun="insert into sched_run ( ID, TYPE_OF_SCHED,` SCHOOL, START_YY, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, ▓▓, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N', 1','MTWRF','$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | IS3's call to run parameter names are the same as Century's. In particular, notice the name "SPMN", which according to Century is an abbreviation for "Seconds Past Midnight." It is extremely unlikely that another developer would invent the same abbreviation. |
| `$gettemp="select a.`▓▓, a.▓▓, a.▓▓, a.▓▓, b▓▓▓▓▓▓ ▓▓ ▓▓ b where a.▓▓ = '$year' and a.▓▓ '$sch' and (a.▓▓ = '$grade' or '$grade' is null) and a.▓▓ = '$a_stu' and a▓▓ in ('A','R') and a.▓▓ = b.▓▓ order by 2"; | IS3 makes direct reference to the Century tables stu_sch and manipulates data within the table. |
| `$getname="`▓▓▓▓▓▓ FROM ▓▓ WHERE ▓▓ = '$a_stu'"; `$nmdb=DBQuery($getname);` `$namedata=DBReturn($nmdb, $cnt);` `$ckforatt="select count(*) cnt from` ▓▓ | IS3 makes direct reference to a table named "students." The table "students" compares exactly with the Century table "sbase". The |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | |
|---|---|
| ```where start ▮▮▮▮▮▮<br>        ▮▮▮▮▮▮ = '$sch";<br>    $ckdb=DBQuery($ckforatt);<br>    $ckdata=DBReturn($ckdb,$cnt);<br>    if($ckdata[1]['CNT'] > 0)<br>    {<br>    $getseq="select seq_number from stu_stc_head<br>        where ▮▮▮▮▮ = '$year'<br>            and ▮▮▮▮▮ = '$sch'<br>            and ▮▮▮▮▮▮▮ = '$a_stu'";<br>    $getdb=DBQuery($getseq);``` | Select from stu_stc_head matches the Century code. |
| ```$ins="▮▮▮▮▮▮▮▮▮▮▮▮▮ (seq_number, start_yy, school, student_id)<br>        values ('$nextid','$year','$sch','$a_stu')";<br>        $insdb=DBQuery($ins);<br>    }<br>    $getcrs="select a.▮▮▮▮▮, a.▮▮▮▮▮, b.▮▮▮▮▮▮▮, b.▮▮▮▮▮,<br>    decode(c.▮▮▮▮▮▮,'',"b.▮▮▮▮▮▮",c.semester) semester,<br>    decode(c.▮▮▮▮,'',b.▮▮▮▮▮(days)) days<br>    from ▮▮▮▮▮▮ a, meets b, ▮▮▮▮▮▮▮▮<br>    where a.▮▮▮▮▮ = '$year'<br>        and a.▮▮▮▮ = '$sch'<br>        and a.▮▮▮▮▮▮ = '$a_stu'<br>        and a.▮▮▮▮▮ = b.start_yy<br>        and a.▮▮▮▮ = b.school<br>        and a.▮▮▮▮▮ = b.class_cd<br>        and a.▮▮▮▮▮ = b.section<br>        and a.▮▮▮▮▮ = c.start_yy (+)<br>        and a.▮▮▮▮▮ = c.school (+)<br>        and a.▮▮▮▮▮▮ = c.student_id (+)<br>        and a.▮▮▮▮▮ = c.class_cd (+)<br>        and a.▮▮▮▮▮▮ = c.section (+)";``` | IS3 makes direct reference to the Century tables. "Insert into stu_stc_head" matches the Century code. |
| ```$ckins="select count(*) cnt from ▮▮▮▮▮▮▮▮<br>        where ▮▮▮▮▮▮▮▮ = '$nextid'<br>            and ▮▮▮▮▮▮ = '$cls'<br>            and ▮▮▮▮▮ = '$sect'<br>            and ▮▮▮▮▮▮▮ = '$subsect'<br>            and ▮▮▮▮ = '$prd'";<br>        $ckdb=DBQuery($ckins);``` | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Comparison of SkdMassDetail between Springfield and IS3 Data Set 2

We are of the opinion, to a reasonable degree of certainty, that IS3 has copied the Century Star_Base table and field structures in the version of the software installed at the Springfield School District. However, The Miller Group apparently claims that the software installed at the Springfield School District is not the same software that it sells to other school districts.

PGLA decided to compare the SkdMassDetail file from the Springfield School District and the version contained in Data Set 2. Of immediate concern was the fact that the version from Data Set 2 shows a file modification date of May 14, 2003. This indicates that the file was last edited on May 14 – well after the demand was made for The Miller Group to produce the source codes for IS3 in discovery.

PGLA immediately found that the 5-14-03 version of SkdMassDetail was extremely similar to the Springfield version. We realized that the primary difference was that of the table and field names. In our opinion, The Miller Group executed a "search-and-replace" on the file in an attempt to change the naming structures. PGLA compared the source code listed in the previous section to the source code of the "new" IS3 application as it was modified shortly after the court entered a temporary restraining order.

| Springfield Version | 5-14-03 Version | Comments |
|---|---|---|
| $curyr=GetSysYear(); <br> $cknext="select distinct a.start_yy from course a, config b <br> where (a.start_yy > b.year and a.start_yy < '50)"; <br> $ckdb=DBQuery($cknext); | $curyr=GetSysYear(); <br> $cknext="select distinct a.SYEAR from COURSES a, config b <br> where (A.SYEAR > B.SYEAR and A.SYEAR < '50') "; <br> $ckdb=DBQuery($cknext); | The Miller Group performed a "search-and-replace" on the 5-14-03 version of SkdMassDetail. In this example, "start_yy" was replaced with "SYEAR;" and "course" is replaced with "COURSES." Note that Miller Group uses all capital letters on the replacement. |
| $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'"; | $cklock="select sched_lock_date AS lock_date from SCHOOLS where school = '$sch'"; | "school" becomes "SCHOOLS." |
| $delpri="delete sched_stu where school = '$sch' <br> and student_id = '$a_stu' or '$a_stu' = 'ALL')"; <br> $db=DBQuery($delpri); | $delpri="delete from sched_stu where school='$sch' and (student_id='$a_stu' or '$a_stu'='ALL') "; <br> $db=DBQuery($delpri); | No changes. |
| $delcount="select a.class_cd, a.section, count(*) seatcnt <br> from stu_schedule a, stu_sch b <br> where a.start_yy = '$year' <br> and a.start_yy=b.start_yy <br> and a.school = '$sch' <br> and b.school=a.school <br> and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') <br> and b.student_id(+)=a.student_id <br> and (b.grade='$grade' or '$grade' is null) <br> group by class_cd, section"; <br> $cntdb=DBQuery($delcount); | $delcount="select a.CRS_NUM, a.CRS_SEG, count(*) AS seatcnt <br> from STU_SCHEDULE a LEFT OUTER JOIN STU_SCHOOL_MEETS b ON (a.student_id = b.student_id) <br> where a.SYEAR = '$year' <br> and a.SYEAR=b.SYEAR <br> and a.school = '$sch' <br> and b.school=a.school <br> and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') "; | "class_cd" becomes "CRS_NUM." <br> "count" becomes "CRS_SEG." <br> "stu_sche" becomes "STU_SCHEDULE." <br> "stu_sch" becomes "STU_SCHOOL_MEETS." |



P.G. Lewis & Associates LLC
DATA FORENSICS

*Confidential – Attorneys Eyes Only*
Page 20 of 74

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| om ▓▓▓▓▓ a, ▓▓▓ b, ▓▓▓▓ c<br>where a.▓▓▓▓ = '$year'<br>and a.school = '$sch'<br>and a.student_id = '$a_stu'<br>and a.▓▓▓▓ = b.seq_number<br>and a.▓▓▓▓ = c.▓▓▓▓<br>and a.school = c.school<br>and a.student_id = c.student_id<br>and b.▓▓▓▓ = c.▓▓▓▓<br>and b.▓▓▓▓ = c.▓▓▓▓<br>and c.active_cd = "A";<br>$attdb=DBQuery($ckforatt); | from stu_sched_list a, stu_list_act b,<br>▓▓▓▓▓ c<br>where a.▓▓▓▓ = '$year'<br>and a.school = '$sch'<br>and a.student_id = '$a_stu'<br>and a.ID = b.ID<br>and a.SYEAR = c.SYEAR<br>and a.school = c.school<br>and a.student_id = c.student_id<br>and b.CRS_NUM = c.CRS_NUM<br>and b.CRS_SEG = c.CRS_SEG<br>and c.active_cd = "A";<br>$attdb=DBQuery($ckforatt); | "stu_stc_head" becomes<br>"stu_sched_list."<br>"stu_stc_xact" becomes "stu_list_act."<br>"stu_sche" becomes<br>"STU_SCHEDULE." |
| $ckstc="select count(*) cnt from ▓▓▓▓▓<br>where ▓▓▓▓▓ = '$sq'<br>and effective_date= '$dt'<br>and ▓▓▓▓ = '$cl'<br>and ▓▓▓▓ = '$sc'<br>and ▓▓▓▓ = '$sb'<br>and ▓▓▓▓ = '$pd'"; | $ckstc="select count(*) AS cnt from<br>stu_list_act<br>where ID = '$sq'<br>and effective_date= '$dt'<br>and ▓▓▓▓ = '$cl'<br>and ▓▓▓▓ = '$sc'<br>and ▓▓▓▓ = '$sb'<br>and ▓▓▓▓ = '$pd'"; | "stu_stc_xact" becomes "stu_list_act."<br>"seq_number" becomes "ID."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sub_section" becomes<br>"CRS_SLICE."<br>Note that "period" was not changed,<br>and remains in lower case. |
| $insstc="insert into ▓▓▓▓▓ (<br>▓▓▓▓▓▓,TRANSACTION_DATE,<br><br>TRANSACTION_TYPE,EFFECTIVE_DATE,▓▓<br>▓▓▓▓▓▓▓▓<br><br>▓▓▓▓▓▓▓,PERIOD,SEMESTER,DAYS) | $insstc="insert into stu_list_act<br>(ID,TRANSACTION_DATE,TRANSACTION<br>_TYPE,EFFECTIVE_DATE,CRS_NUM,CRS_<br>SEG,<br>▓▓▓▓▓▓,PERIOD,SEMESTER,DAYS) | "seq_number" becomes "ID."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sub_section" becomes<br>"CRS_SLICE." |
| $updseat="update ▓▓▓<br>      set AVAI_SEATS = avai_seats +<br>'$seats',<br>      ASSI_SEATS = assi_seats - '$seats'<br>      where ▓▓▓▓▓ = '$year'<br>      and school = '$sch'<br>      and ▓▓▓▓ = '$cls'<br>      and ▓▓▓▓ = '$sect'";<br>      $upddb=DBQuery($updseat);<br>      //echo "<BR>updseats=".$updseat;<br>}<br>      $delsched="delete ▓▓▓▓ a where<br>a.▓▓▓▓ = '$year'<br>      and a.school = '$sch'<br>      and (a.student_id = '$a_stu' or '$a_stu'<br>= 'ALL')<br>      and a.student_id = (select b.student_id<br>      from ▓▓▓▓▓ b<br>      where b.▓▓▓▓ = a.▓▓▓▓<br>      and b.▓▓▓▓ = a.▓▓▓▓<br>      and b.▓▓▓▓▓ = a.▓▓▓▓▓<br>      and (b.▓▓▓▓ = '$grade' or<br>'$grade' is null))";<br>      $db=DBQuery($delsched);<br>      //echo "<BR>sql= ".$delsched;<br>      $delmeet="delete ▓▓▓▓ a where<br>a.▓▓▓▓ = '$year'<br>      and a.▓▓▓▓ = '$sch'<br>      and (a.▓▓▓▓▓ = '$a_stu' or '$a_stu'<br>= 'ALL')<br>      and a.▓▓▓▓▓ = (select b.student_id<br>      from ▓▓▓▓▓ b<br>      where b.▓▓▓▓▓ = a.▓▓▓▓<br>      and b.▓▓▓▓ = a.▓▓▓▓ | $updseat="update COURSE_SECTION<br>      set AVAI_SEATS = avai_seats + '$seats',<br>      ASSI_SEATS = assi_seats - '$seats'<br>      where SYEAR = '$year'<br>      and school = '$sch'<br>      and CRS_NUM = '$cls'<br>      and CRS_SEG = '$sect'";<br>      $upddb=DBQuery($updseat);<br>}<br>      $delsched="delete from STU_SCHEDULE<br>where SYEAR = '$year'<br>      and school = '$sch'<br>      and (student_id = '$a_stu'<br>      or '$a_stu' = 'ALL')<br>      and student_id IN (select student_id<br>      from STU_SCHOOL_MEETS<br>      where SYEAR = '$year'<br>      and school = '$sch' ";<br>If (!empty($grade)) {<br>      $delsched.=" and grade = '$grade' ";<br>}<br>      $delsched.=" )";<br>      $db=DBQuery($delsched);<br>      //echo "<BR>sql= ".$delsched;<br>      $delmeet="delete from<br>COURSE_SPECIAL_MEETS where SYEAR<br>= '$year'<br>      and school = '$sch'<br>      and (student_id = '$a_stu' or '$a_stu' =<br>'ALL')<br>      and student_id IN (select student_id<br>      from STU_SCHOOL_MEETS<br>      where SYEAR = '$year'<br>      and school = '$sch' "; | "sect" becomes<br>"COURSE_SECTION."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sched" becomes<br>"STU_SCHEDULE."<br>"start_yy" becomes "SYEAR"<br>"s_meet" becomes<br>"COURSE_SPECIAL_MEETS"<br>"stu_sch" becomes<br>"STU_SCHOOL_MEETS" |

* Confidential – Attorneys Eyes Only

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| and b.▓▓▓▓▓ = a.▓▓▓▓▓▓ and (b.▓▓▓▓ '$grade' or '$grade' is null)"; | if (!empty($grade)) { $delmeet.="and grade = '$grade'"; | |
| $getcnt="select count(*) cnt from ▓▓ ▓▓ a where a.▓▓▓▓ = '$year' and a.▓▓▓▓ = '$sch' and (a.▓▓▓▓ = '$grade' or '$grade' is null) and (a.▓▓▓▓▓▓ = '$a_stu' or '$a_stu' = 'ALL') and a.▓▓▓▓▓ in ('A','R')"; | $getcnt="select count(*) AS cnt from STU_SCHOOL_MEETS a where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) { $getcnt.=" and a.grade = '$grade' "; } $getcnt.=" and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and a.active in ('A','R')"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, START_YY, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, ▓▓▓▓, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part','9999','$ no_of_stu','Y','N','N','1','MTWRF','$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, SYEAR, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, ▓▓▓▓, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part', '9999','$no_of_stu','Y','N','N','1','MTWRF', '$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | Notice that the variable name SPMN remains in the modified IS3 code. |
| $gettemp="select a.▓▓▓▓▓, a.▓▓▓▓, ▓▓▓▓▓▓▓, a.▓▓▓▓, b.▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ from ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ where a.▓▓▓▓▓ = '$year' and a.▓▓▓▓▓▓ = '$sch' and (a.▓▓▓▓ = '$grade' or '$grade' is null) and a.▓▓▓▓▓▓ = '$a_stu' and a.▓▓▓▓▓ in ('A','R') and a.▓▓▓▓▓▓▓ = b.▓▓▓▓▓▓▓ order by 2"; | $gettemp="select a.SYEAR, a.school, a.student_id, a.grade, b.last_name, b.first_name from STU_SCHOOL_MEETS a, students b where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) { $gettemp.=" and a.grade = '$grade' "; } $gettemp.=" and a.student_id = '$a_stu' and a.active in ('A','R') and a.student_id = b.student_id order by 2"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $getname="▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ FROM ▓▓▓▓▓▓▓ WHERE ▓▓▓▓▓▓▓▓ = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) cnt from ▓▓▓▓▓▓▓▓▓ where start ▓▓='$year' ▓▓▓▓▓▓▓▓▓ = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); If($ckdata[1]['CNT'] > 0) { $getseq="select seq_number from ▓▓▓▓▓▓▓▓ where ▓▓▓▓▓ = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | $getname="SELECT LAST_NAME, FIRST_NAME FROM STUDENTS WHERE STUDENT_ID = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) AS cnt from ▓▓▓▓▓▓▓▓▓ where ▓▓▓▓▓ = '$year' and school = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); If($ckdata[1]['CNT'] > 0) { $getseq="select ID ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ where ▓▓▓▓▓R = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | "start_yy" becomes "SYEAR" "stu_stc_head" becomes "stu_sched_list" |

* Confidential – Attorneys Eyes Only

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

### Comparison of SkdMassDetail between Springfield and IS3 Data Set 2 (continued)

What is significant is that it appears as though The Miller Group haphazardly executed multiple "search-and-replace" commands to globally modify the field names. The Miller Group in many cases actually chose a field name that is "longer" than its previous counterpart. A longer field name requires additional memory and will cause the application to run slightly slower, thereby being less efficient.

Additionally, most of the modified fields appear in uppercase capital letters. It is possible that the user had the caps lock key depressed or simply chose to use capital letters, but in either event, the use of upper case capital letters highlights the recent modifications made to the source code.

In our opinion, the only purpose of these modifications was to hide the fact that many Star_Base tables and field names were used in the IS3 application. By executing a global "search-and-replace" command, it is possible to change every instance of a certain character string across multiple files. This could answer why so many files were modified between the date of May 9, 2003, and May 14, 2003.

P.G. Lewis Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

**Scheduler Database Comparison**

The database tables used by the scheduler for both Star_Base and IS3 were compared. The associated tables were then examined at two levels.

**Scheduler Schema Comparison**

At the higher level, the DB schemas from both solutions are compared. The relationships between the tables are constructed based on the SQL files provided by both vendors. The schema generation SQL file provided by IS3 only includes table creation statements; the relationship creation portion of the SQL file is missing, which is odd since the two sections are technically inseparable. Because of that, the relationships of the tables are "reconstructed" based on common "best practices" of database design and the information presented by the tables. The reconstruction should be precise unless any important tables were not included in the SQL files provided by The Miller Group. PGLA requested the actual IS3 schema from The Miller Group, but it was never provided.

The same approach was then used to determine the Star_Base schema.

The two reconstructed schemas look very similar. The key comparison points are listed in the table following the two Entity-Relation (ER) diagrams.

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

Star Base ER diagram used by the scheduler:





Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

IS3 ER diagram used by the scheduler:



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*



### Description of Schema Similarities
The schema for IS3 was compared to the schema for Star_Base. The associated findings are listed in the table below.

| Comparison Point | Star_Base | IS3 | Notes |
|---|---|---|---|
| Common key fields | START_YY (varchar(2)) | SYEAR (varchar(4)) | Other than the "START_YY" and "SYEAR" fields, the other three common key fields have very similar names and the identical field length. |
| | SCHOOL (varchar(4)) | SCHOOL (varchar(4) | |
| | CLASS_CD (varchar(10)) | CRS_NUM (varchar(10)) | |
| | STUDENT_ID (varchar(10)) | STUDENT_ID (varchar(10)) | |
| Parent tables | SCH_BASE | SCHOOLS | The fields of "SCH_BASE" and "SYEAR" are almost identical. The same is true for "AHS_STU" and "STUDENTS". The minor difference is that the Star_Base schema uses a mediator table called CRLINKS, which combined with AHS_CRS and the fields are very similar to those in the "COURSES" table in the IS3 schema. |
| | CRLINK—AHS_CRS | COURSES | |
| | AHS_STU | STUDENTS | |
| School-Semester Relationship | SCH_BASE is the parent table of SEMESTER. The "school" field (varchar(4)) is used as the foreign key. | SCHOOL is the parent table of SEMESTER, the "school" field (varchar(4)) is the foreign key. | The relationships are identical. |
| School-Course Relationship | SCH_BASE is the parent of CRLINKS, which in turn has a one-to-to identified relationship with AHS_CRS. The "school" field is the foreign key. | SCH_BASE is the parent of COURSES. | The one-to-one identified combination of CRLINKS and AHS_CRS has similar fields to the table "COURSES." This separation of the common parent keys from an entity table to form a small link table and use the link table as the parent table for a set of tables is a very common practice in DB design. From a DB designer's point of view, the combination of CRLINKS and AHS_CRS is logically identical to the "COURSES" table. In fact, they represent the same business entity—a course of a school at a certain year. |
| Courses-Student-to Student Schedule Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_SCHE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_SCHE relationship, STUDENT_ID is the foreign key. | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – GRD_STU_SCHE relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one-to-many STUDENT-GRD_STU_SCHE relationship, STUDENT_ID is the foreign key. | The relationships are identical. |
| Courses-Student-to Schedule Request Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_REQ relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – STU_SCHEDULE_REQS relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one- | The relationships are identical. |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| | AHS_STU-STU_REQ relationship, STUDENT_ID is the foreign key. | to-many STUDENT-STU_SCHEDULE_REQS relationship, STUDENT_ID is the foreign key. | |
| Courses-Student to Course Section | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-SECTION relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-SECTION relationship, STUDENT_ID is the foreign key. | An intermediate table STU_SCHED is used as the child table of both COURSES and STUDENTS. For the COURSES-STU_SCHED table, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the STUDENTS-STU_SCHED, STUDENT_ID is the foreign key. The intermediate table STU_SCHED is then used as the parent to COURSE_SECTION table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_SECTION being one of them. |
| | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-COURSE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-COURSE relationship, STUDENT_ID is the foreign key. | | |
| Courses-Student Meetings | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_MEET relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_MEET relationship, STUDENT_ID is the foreign key. | The intermediate table STU_SCHED is used to extract the foreign keys. STU_SCHED is then used as the parent to COURSE_MEET table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_MEET being one of them. |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL
*May 29, 2003*

### Table By Table Comparison
PGLA proceeded to identify similarities between the tables of the Star_Base and IS3 applications. The following sections illustrate our findings.

### SCH_BASE and SCHOOLS
The Star_Base application contains a table labeled "SCH_BASE" and the IS3 application contains a very similar table labeled "schools". The details of each table are listed below. Notice that many fields and their associated length are identical.

| Star_Base SCH_BASE | | | IS3 SCHOOLS | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| NAME | varchar | 40 | name | varchar | 40 |
| ADDRESS1 | varchar | 30 | address1 | varchar | 30 |
| ADDRESS2 | varchar | 30 | address2 | varchar | 30 |
| ZIPCODE | varchar | 6 | zipcode | varchar | 6 |
| PRINCIPAL | varchar | 30 | principal | varchar | 30 |
| PASSWORD | varchar | 3 | password | varchar | 3 |
| DISTRICT | varchar | 4 | district | varchar | 4 |
| AREA_CODE | int | 4 | area_code | numeric | 5 |
| TELEPHONE | int | 4 | telephone | numeric | 5 |
| STX_SCHED_FLAG | varchar | 1 | sched_flag | varchar | 1 |
| STX_DEMO_FLAG | varchar | 1 | demo_flag | varchar | 1 |
| START_PERIOD_1 | varchar | 2 | in_session | varchar | 10 |
| END_PERIOD_1 | varchar | 2 | lock_flag | varchar | 1 |
| START_PERIOD_2 | varchar | 2 | state_schl_code | varchar | 14 |
| END_PERIOD_2 | varchar | 2 | override_slots | varchar | 1 |
| START_PERIOD_3 | varchar | 2 | sched_lock_date | datetime | 8 |
| END_PERIOD_3 | varchar | 2 | calendar_code | varchar | 4 |
| START_PERIOD_4 | varchar | 2 | display_forms | varchar | 1 |
| END_PERIOD_4 | varchar | 2 | school_type | varchar | 4 |
| DAYS | varchar | 10 | | | |
| LOCK_FLAG | varchar | 1 | | | |
| TYPE_GRADE | varchar | 1 | | | |
| TRACK_CODE | varchar | 4 | | | |
| MINUTES_WEEK | int | 4 | | | |
| STATE_SCHL_CODE | varchar | 14 | | | |
| OVERRIDE_SEATS | varchar | 1 | | | |
| SCHOOL_TYPE | varchar | 1 | | | |
| SCHED_CHG_NOTEPAD | varchar | 1 | | | |
| ADD_AUX | varchar | 1 | | | |
| ADD_SCHED | varchar | 1 | | | |
| ADD_REQ | varchar | 1 | | | |
| ADD_MED | varchar | 1 | | | |
| LOCK_DATE | datetime | 8 | | | |
| AUDIT_FLAG | varchar | 1 | | | |
| CONSEC_CLR_DATE | datetime | 8 | | | |
| PCC_LOCK_FLAG | varchar | 1 | | | |
| LOCKER_ROTATION | varchar | 1 | | | |
| S_TYPE | varchar | 4 | | | |

P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### STU_SCHE and GRD_STU_SCHE

Notice the almost identical fields. The "CLASS_CD" fields in STU_SCHE maps to "CRS_NUM" in GRD_STU_SCHE table, not the "CLASS_CD" fields. The length of the fields indicates that.

| Star_Base STU_SCHE | | | IS3 GRD_STU_SCHE * | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| CLASS_CD | varchar | 6 | class_cd | varchar | 6 |
| [SECTION] | varchar | 3 | [section] | varchar | 3 |
| LOCK_FLAG | varchar | 1 | lock_flag | varchar | 1 |
| PRIM_ALT_CD | varchar | 1 | prim_alt_cd | varchar | 1 |
| LETTER_NUMBER | int | 4 | letter_number | numeric | 5 |
| YTD_ABS | int | 4 | ytd_abs | numeric | 5 |
| YTD_TDY | int | 4 | ytd_tdy | numeric | 5 |
| ACTIVE_CD | varchar | 1 | active_cd | varchar | 1 |
| ATT_FIXED_CRED | int | 4 | att_fixed_cred | decimal | 5 |
| SUPP_SPEECH | varchar | 1 | | | |
| QBE_CODE | varchar | 2 | | | |
| FUND_PRGCD | int | 4 | | | |