E-FILED
Friday, 15 July, 2005  02:56:08 PM
Clerk, U.S. District Court, ILCD

EXHIBIT 7

PART 3

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

## SX_PRI and SCHED_STU

Notice that the two tables are identical.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| GRADE | varchar | 2 | grade | varchar | 2 |
| SPMN | varchar | 5 | spmn | varchar | 5 |
| REQPRI | varchar | 1 | reqpri | varchar | 1 |
| SEX | varchar | 1 | sex | varchar | 1 |
| ETHNIC | varchar | 2 | ethnic | varchar | 2 |
| SCHPRI | varchar | 2 | schpri | varchar | 2 |
| CONFLICT | varchar | 1 | conflict | varchar | 1 |
| HOLD_SEX | varchar | 1 | hold_sex | varchar | 1 |
| HOLD_GRADE | varchar | 2 | hold_grade | varchar | 2 |
| CLUSTER_CODE | varchar | 2 | cluster_code | varchar | 2 |
| START_PERIOD | varchar | 2 | start_period | varchar | 2 |
| END_PERIOD | varchar | 2 | end_period | varchar | 2 |
| HAS_REQUESTS | varchar | 1 | has_requests | varchar | 1 |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

*sched_student_results and stu_head*

Notice almost identical fields are defined to store the student schedule results.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| PRIORITY_EXT | varchar | 1 | conflict_status | varchar | 1 |
| CONFLICT_CD | varchar | 1 | sched_code | varchar | 1 |
| CHANGE_DATE | datetime | 8 | change_date | datetime | 8 |
| REPRINT_FLAG | varchar | 1 | | | |
| REPRINT_CODE | varchar | 1 | | | |

**Database Comparison Conclusion**

The comparison of the two databases is confined to the tables used by the student request scheduling logic. The reconstructed DB schema relationship diagrams look substantially similar. At the individual table level, the field names, as well as the length of those fields of several tables are strikingly similar.

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

## Code comparison

### Flow diagram

Following diagram depicts the logic flow used by scheduler in both IS3 and Star_Base. The two logic flows are substantially similar. Function names used by IS3 are also substantially similar to those in Star_Base.






Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

## SQL statements

Following is the SQL statements used in *student_to_scheduler* in IS3 and Star_Base. Aside from the fact that they share the same name, they are almost identical. As stated above, the underlying table schema of *sched_stu* and *sx_pri* are identical.

| IS3 | Star_Base |
|---|---|
| *SQL used for Student_to_scheduler in main.c* | *SQL used for student_to_scheduler in schedule.c* |
| SELECT student_id, grade, "<br>reqpri, sex,<br>ethnic, schpri,<br>coalesce(conflict,'M') AS conflict,<br>hold_sex, hold_grade,<br>coalesce(cluster_code,'1') AS house_code,<br>start_period, end_period,<br>has_requests,<br>to_char(to_number(end_period,'99') + 1,'99') AS EP<br>FROM sched_stu<br>WHERE school = :wschool1<char[4]> and<br>(spmn = :spmn2<char[5]> OR :spmn3<char[5]> = 'ALL') and<br>(student_id<br>=single_student_id4<char[10]> OR "<br>   " :single_student_id5<char[10]> = 'ALL') and "<br>(conflict is null OR conflict = ") "<br>ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); | select nvl(student_id,' ') ,nvl(grade,' ')<br>,nvl(reqpri,' ') ,nvl(sex,' ') ,<br>nvl(ethnic,' ') ,nvl(schpri,' ') ,<br>nvl(conflict,' ') ,nvl(hold_sex,' ') ,<br>nvl(hold_grade,' ') ,<br>nvl(cluster_code,' ')<br><br>nvl(start_period,' ') ,nvl(end_period,' '),<br>nvl(has_requests,' '),<br>nvl(to_number((to_number(end_period)+1)),0)<br><br>from sxpri<br>where (((school=:b0 and<br>(spmn=:b1 or :b1='ALL'))<br>and<br><br>(student_id=:b3 or :b\<br>3='ALL')) and<br><br><br>conflict is null )<br>order by grade,reqpri desc ,sex,ethnic,schpri\<br>desc ,student_id |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

## Similarities in code and status code used

The following tables list two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. A conflict status code determines how the program handles various responses to a condition.

*Note: C++ is a later evolution of C.*

| IS3 | Star_Base |
|---|---|
| main.cc<br><br>code=curstu.build();<br>    if (code == ALL_REQUESTS ‖<br>    (code == PARTIAL_REQUESTS &&<br>env.partials_or_completes=="P")) {<br>      curstu.insert_sched(env,db);<br>    }<br>    if (code == ALL_REQUESTS) {<br>      total_completes++; conflict='C';<br>    } else if (code ==<br>PARTIAL_REQUESTS) {<br>      total_partials++; conflict='P';<br>    } else if (code == NO_REQUESTS) {<br>      total_unresolvable++; conflict='U';<br>    } | schedule.c<br><br>build_bit_box(tot_pds);<br>schedflag = set_course();  /* Build student schedule, return conflict code */<br>switch(schedflag)<br>  { case 1:<br>      wpflag = check_con();  /* get conflict cd (schedprc.c) */<br>      if(wpflag == 'T') break;<br>      post_sched(); /* insert schedule/update seat cnts (posttbl.pc) */<br>      break;<br>   case 2:<br>      wpflag = 'C';    break;<br>   case -3:<br>      wpflag = 'T';   break;<br>   case -2:<br>      wpflag = 'P'; post_sched();<br>      break;<br>   case -1:<br>      wpflag = 'T';<br>   post_sched(); break; default: break; }<br>next_student:<br>switch (wpflag)/* Update scheduling stats*/<br>  { case 'C' : total_completes++; break;<br>    case 'P' : total_partials++; break;<br>    case 'T' : total_timeouts++; break;<br>    case 'U' : total_unresolvable++; break;<br>    case 'N' : total_no_requests++;<br>      break;<br>default : printf("UNKNOWN Status");<br>      break; } |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Differences Between The 5/16 and 5/22 Versions of IS3 Scheduler

The Miller Group surrendered two (2) versions of the IS3 Scheduler system. One version is located on the 5-16-03 set of CD's (Data Set 2), and the other is located on the 5-22-03 CD's (Data Set 4).

PGLA was not given any explanation as to why two versions of the same code were submitted, other than the simple statement that the 5-16-03 code "...was not the correct and most recent version, it is about 6 months old."

The file modification dates were determined to be as follows:

| Filename | Modification Date | |
|---|---|---|
| | Data Set 2 – May 16, 2003 | Data Set 4 – May 22, 2003 |
| Main.cc | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Makefile.am | 1-16-2003 | 5-15-2003 5:15 PM |
| Makefile.in | 1-16-2003 | 5-15-2003 5:15 PM |
| Malloc.c | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.cc | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.h | 1-16-2003 | 5-15-2003 5:15 PM |
| Schedule.h | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Student.cc | 5-12-2003 3:09 PM | 5-15-2003 5:15 PM |
| Student.h | 1-16-2003 | 5-15-2003 5:15 PM |

What is significant is the fact that three files from Data Set 2 (main.cc, schedule.h, and student.cc) were all modified in May, 2003. This would indicate that the version sent in Data Set 2 was indeed the most up to date version. The files sent in Data Set 4 all share the same time/date stamp, May 15, 2003 5:15 PM.

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

## Scheduler Files modified between Data Set 2 and Data Set 4

While all of the files in Data Set 4 share the modification date of May 15, 2003, it only appears as though nine (9) of the files were actually modified. It is possible that a time/date stamp utility was used to alter the time/date stamp of the files on Data Set 4. Interestingly enough, there is also a folder contained in Data Set 4 which holds two files. Both of those files share the file modification date of 1-16-2003.

The header file *section.h* was renamed as *segment.h* in Data Set 4. Similarly, the file *sub_section.h* is renamed as *crs_slice.h*. The files that appear to have been altered are listed as:

*Main.cc*
*Makefile.am*
*Makefile.in*
*malloc.c*
*row.cc*
*row.h*
*schedule.h*
*student.cc*
*student.h*

In our opinion efforts have been made to further reduce code similarities between the IS3 system and the original Star_Base code by deliberately changing the names of variables, functions and tables.

| Main.cc 5-16-03 | Main.cc 5-22-03 |
|---|---|
| otl_stream student_to_schedule(50, "SELECT student_id, grade, " " reqpri, sex, ethnic, schpri, " " coalesce(conflict,'M') AS conflict, " " hold_sex, hold_grade, " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschool1<char[4]> and " " (spmn = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[10]> OR " | otl_stream student_to_schedule(50, "SELECT student_id, grade, " " reqpri, sex, ethnic, schpri, " " coalesce(conflict,'M') AS conflict, " " hold_sex, hold_grade, " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschool1<char[4]> and " " (spmn = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[10]> OR " |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

| | |
|---|---|
| " :single_student_id5<char[10]> = 'ALL') and " <br> " (conflict is null OR conflict = ") " <br> " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); <br> student_to_schedule << env.school; | " :single_student_id5<char[10]> = 'ALL') and " <br> " (conflict is null OR conflict = ") " <br> " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); <br> student_to_schedule << env.school; <br> DEBUGOUT(env.school); |
| if (curstu.get_requests(env,db)) { <br> DEBUGOUT("Has requests"); <br> [REDACTED] <br> int code; <br> code=curstu.build(); | if (curstu.get_requests(env,db)) { <br> DEBUGOUT("Has requests"); <br> [REDACTED] <br> int code; <br> code=curstu.build(); |
| if (env.type_of_sched == "M") { <br> string schedstusql("UPDATE sched_stu SET conflict = '"); <br> schedstusql=schedstusql+conflict+"' WHERE SCHOOL = '"+env.school+ <br> "' AND student_id = '"+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement+"'"; <br> otl_stream schedstuupdate(1,schedstusql.c_str(),db); <br> schedstuupdate.rewind(); <br> } <br> //Stu head stuff <br> [REDACTED set_stu_head(conflict,studentrow,env,db)] <br> } | if (env.type_of_sched == "M") { <br> string schedstusql("UPDATE sched_stu SET conflict = '"); <br> schedstusql=schedstusql+conflict+"' WHERE SCHOOL = '"+env.school+ <br> "' AND student_id = '"+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement+"'"; <br> otl_stream schedstuupdate(1,schedstusql.c_str(),db); <br> schedstuupdate.rewind(); <br> } <br> //Stu head stuff <br> [REDACTED set_sched_student_results(conflict,stu...,env,db)] <br> } |
| [REDACTED void set_stu_head(char flag, Row studentrow, const Schedule env, ...)] { <br> DEBUGOUT("In set_stu_head()"); <br> string checkstring("select count(*) as cnt from [REDACTED] where syear ='"); <br> checkstring=checkstring+env.syear+"' AND school = '"+env.school+"'" <br> "AND student_id = :student_id<char[10]>"; <br> DEBUGOUT("checkstring"); <br> DEBUGOUT(checkstring); <br> otl_stream check(50,checkstring.c_str(),db); | [REDACTED void set_sched_student_results(char flag, Row studentrow, const Schedule env, ...)] { <br> DEBUGOUT("In set_sched_student_results()"); <br> string checkstring("select count(*) as cnt from [REDACTED] where syear ='"); <br> checkstring=checkstring+env.syear+"' AND school = '"+env.school+"'" <br> "AND student_id = :student_id<char[10]>"; <br> DEBUGOUT("checkstring"); <br> DEBUGOUT(checkstring); |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

```
  DEBUGOUT(":student_id");
  check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
    string insertsql("INSERT INTO
███████ (syear, school, student_id, "
                            "  priority_ext, "
conflict_cd, "
                            "  change_date, "
reprint_flag, "
                            "  reprint_code) "
              " VALUES ('");

insertsql=insertsql+env.syear+"','"+env.school+"', "
                    "
:student_id1<char[10]>,'5',:wpflag2<char[1
]>,current_date, "
              "  '"+env.stx_sched_flag+"','1')";
    DEBUGOUT("insertsql:");
    DEBUGOUT(insertsql);
    otl_stream ins(1,insertsql.c_str(),db);
    ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
    ins << flag;
  } else {
    string updatesql;
    if (env.stx_sched_flag == "Y") {
      updatesql="UPDATE ███████ SET
change_date = current_date, "
              "  reprint_flag = 'Y', "
              "  reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
                            "  WHEN '0' THEN '1' ELSE
```

```
  otl_stream
check(50,checkstring.c_str(),db);
  DEBUGOUT(":student_id");
  check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
    string insertsql("INSERT INTO
███████████████ (syear, school,
student_id, "
                            "  conflict_status, "
change_date) "

              " VALUES ('");

insertsql=insertsql+env.syear+"','"+env.school+"', "
                    "
:student_id1<char[10]>,:wpflag2<char[1]>,
current_date)";

    DEBUGOUT("insertsql:");
    DEBUGOUT(insertsql);
    otl_stream ins(1,insertsql.c_str(),db);
    ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
    ins << flag;
  } else {
    string updatesql;
    if (env.stx_sched_flag == "Y") {
      updatesql="UPDATE
███████████████ SET change_date =
current_date, "
              "  conflict_status =
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

| | |
|---|---|
| '1' END, "<br>                " conflict_cd =<br>:wpflag1<char[1]> "<br>                " WHERE syear =<br>:syear2<char[3]> "<br>                " AND school =<br>:school3<char[4]> "<br>                " AND student_id =<br>:student_id4<char[10]> ";<br>  } else {<br>    updatesql="UPDATE ▮▮▮▮ SET "<br>                " conflict_cd =<br>:wpflag1<char[1]> "<br>                " WHERE syear =<br>:syear2<char[3]> "<br>                " AND school =<br>:school3<char[4]> "<br>                " AND student_id =<br>:student_id4<char[10]> ";<br>  } | :wpflag1<char[1]> "<br>                " WHERE syear =<br>:syear2<char[3]> "<br>                " AND school =<br>:school3<char[4]> "<br>                " AND student_id =<br>:student_id4<char[10]> ";<br>  } else {<br>    updatesql="UPDATE<br>▮▮▮▮▮▮▮▮▮▮ SET "<br>                " conflict_status =<br>:wpflag1<char[1]> "<br>                " WHERE syear =<br>:syear2<char[3]> "<br>                " AND school =<br>:school3<char[4]> "<br>                " AND student_id =<br>:student_id4<char[10]> ";<br>  } |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

Significant changes have been made in student.cc. The table below only contains a partial list of differences.

| Student.cc 5-22-03 | Student.cc 5-16-03 |
|---|---|
| [redacted] | [redacted] |
| `bool Student::get_requests(const Schedule_env &env,otl_connect &db) {`<br>`  DEBUGOUT("in get_requests()");`<br>`  bool has_requests(false);`<br>`  string requestsql("` [redacted]<br>`    " (A.semester=D.semester and "`<br>`    " D.school = '"+env.school+"' and "`<br>`    " D.syear='"+env.syear+"' ) "`<br><br><br><br>`    " where A.syear   = '"+env.syear+"' and "`<br>`    " A.syear   = Z.syear and "`<br>`    " A.school  = '"+env.school+"' and "`<br>`    " A.school  = Z.school and "`<br>`    " A.student_id = :wstudent_id1<char[10]> and "`<br>    [redacted] `and "`<br><br>`    " NOT EXISTS "`<br>`    " (select " "` | `bool Student::get_requests(const Schedule_env &env,otl_connect &db) {`<br>`  DEBUGOUT("in get_requests()");`<br>`  bool has_requests(false);`<br>`  string requestsql("` [redacted]<br>`"`<br>`A.semester,A.primary_code,A.alternate_no, "`<br>`    " CASE '");`<br><br>`requestsql=requestsql+env.ign_alternates+`<br>`    "' WHEN 'Y' THEN A.class_cd "`<br>`    " ELSE Z.global_alt END AS global_alt, "`<br>`    " D.segment_number "`<br>`    " from course Z, "`<br>`    " stu_req A LEFT JOIN semester D ON "`<br>`    " (A.semester=D.semester and "`<br>`    " D.school = '"+env.school+"' and "`<br>`"`<br>`D.syear='"+env.syear+"' ) "`<br>`    " where A.syear = '"+env.syear+"' and "`<br>`    " A.syear   = Z.syear and "`<br>`    " A.school  = '"+env.school+"' and "`<br>`    " A.school  = Z.school and "`<br>`    " A.student_id = :wstudent_id1<char[10]> and "`<br>    [redacted] `and "` |

P.G. Lewis Associates LLC
DATA FORENSICS

* Confidential – Attorneys Eyes Only
Page 42 of 74

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

| | |
|---|---|
| " ▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> ▓▓▓▓▓▓▓▓▓▓ <br>            " where B.syear    = <br> "'+env.syear+'" and " <br>                " B.school      = <br> "'+env.school+'" and " <br>                    " B.student_id  = <br> :wstudent_id2<char[10]> and " <br><br>              " C.syear    = "'+env.syear+'" and " <br>                   " C.school      = <br> "'+env.school+'" and " <br>                     " C.student_id = <br> :wstudent_id3<char[10]> and " <br>                  " C.crs_num    = B.crs_num) and " <br>      " NOT EXISTS " <br>         " (select " " <br> " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ <br> ▓ <br>            " where E.syear    = <br> "'+env.syear+'" and " <br>                 " E.school     = <br> "'+env.school+'" and " <br><br>                " F.syear    = "'+env.syear+'" and " <br>                   " F.school     = <br> "'+env.school+'" and " <br>                     " F.student_id = <br> :wstudent_id4<char[10]>  and " <br>                       " F.crs_num = E.crs_num " <br> " order by 9, 10"); | " (("'+env.ign_alternates+'" = <br> 'Y' and " <br>       " A.alternate_no = '0') or " <br>       " ("'+env.ign_alternates+'" = <br> 'N')) and " <br>        " NOT EXISTS " <br>         " (select " " <br>          " from ▓▓▓▓▓▓▓▓▓▓▓▓ <br> " <br>             " where B.syear    = <br> "'+env.syear+'" and " <br>                 " B.school     = <br> "'+env.school+'" and " <br>                   " B.student_id = <br> :wstudent_id2<char[10]> and " <br>                   " B.primary_code = <br> primary_code and " <br>                    " C.syear    = <br> "'+env.syear+'" and " <br>                     " C.school     = <br> "'+env.school+'" and " <br>                       " C.student_id = <br> :wstudent_id3<char[10]> and " <br>                         " C.class_cd   = <br> B.class_cd) and " <br>         " NOT EXISTS " <br>           " (select " " <br>             " from ▓▓▓▓▓▓▓▓▓▓▓ " <br>             " where E.syear    = <br> "'+env.syear+'" and " <br>                 " E.school     = <br> "'+env.school+'" and " <br>                    " E.class_cd   = <br> primary_code and " <br>                      " F.syear    = <br> "'+env.syear+'" and " <br>                        " F.school     = <br> "'+env.school+'" and " <br>                          " F.student_id = <br> :wstudent_id4<char[10]>  and " <br>                    " F.class_cd = CASE <br> "'+env.ign_alternates+'" WHEN 'Y' " <br>                    " THEN E.class_cd <br> ELSE E.global_alt END) " <br>         " order by 9, 10"; |
| //   string tempstring; | //   string tempstring; |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

```
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr->crs_num=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["■■■■"])-
>varelement;
}
DEBUGOUT("■■■■" );
if
(!requestrow.row()["segment_number"]-
>is_null) {
    requestptr-
>semester_requested=(int)dynamic_cast <
SQLGenericVar<double> *
>(requestrow.row()["segment_number"])-
>varelement;
} else {
    requestptr->semester_requested=0;
}
DEBUGOUT("segment_number" );
if (!requestrow.row()["■■■■"]->is_null)
{
    requestptr->crs_seg=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["■■■■"])-
>varelement;
}
DEBUGOUT("■■■■" );
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr-
>■■■■=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["■■■■"])-
>varelement;
}
DEBUGOUT("■■■■" );
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr->■■■■=dynamic_cast
< SQLGenericVar<string> *
>(requestrow.row()["■■■■"])-
>varelement;
```

```
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr->class_cd=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["■■■■"])-
>varelement;
}
DEBUGOUT("■■■■" );
if
(!requestrow.row()["segment_number"]-
>is_null) {
    requestptr-
>semester_requested=(int)dynamic_cast <
SQLGenericVar<double> *
>(requestrow.row()["segment_number"])-
>varelement;
} else {
    requestptr->semester_requested=0;
}
DEBUGOUT("segment_number" );
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr->section=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["■■■■"])-
>varelement;
}
DEBUGOUT("■■■■" );
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr->req_type=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["req_type"])-
>varelement;
}
DEBUGOUT("req_type" );
if (!requestrow.row()["■■■■"]-
>is_null) {
    requestptr->teacher_id=dynamic_cast
< SQLGenericVar<string> *
>(requestrow.row()["teacher_id"])-
>varelement;
}
DEBUGOUT("■■■■" );
if
(!requestrow.row()["■■■■"]-
```