E-FILED
Friday, 15 July, 2005  02:56:41 PM
Clerk, U.S. District Court, ILCD

EXHIBIT 7

PART 1

**CONFIDENTIALITY NOTICE**
The information, data, and drawings contained herein are to be held confidentially and not disclosed to any third party without the express written permission of PG Lewis & Associates, LLC. By accepting this information, the recipient agrees to these terms and conditions. Should the recipient distribute this information without the permission of or against the will of PG Lewis & Associates, LLC, it is agreed that damages of US$100,000.00 will be paid as remuneration for this work.

# Application Analysis

## Century Consultants, Ltd. V. The Miller Group, et al
*Case No. 03-CV-3105*

May 29, 2003



*Prepared by:*
**Paul G. Lewis**
pglewis@pglewis.com

*PG Lewis & Associates, LLC*
34 Main Street – Second Floor
Clinton, NJ 08809
Tel. 908-730-8180 x140
Fax 908-735-8130
www.PGLewis.com

© 2003, PG Lewis & Associates, LLC





*\* Confidential*

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

*This page has been left blank intentionally.*

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

## Introduction

PG Lewis & Associates, LLC (*hereinafter, "PGLA"*) was contracted by Century Consultants, LTD to perform an analysis of their proprietary application known as Star_Base, and compare those findings against a similar analysis performed on a competing product offered by The Miller Group and known as Info System 3, or IS3.

Century Consultants alleges that The Miller Group used its intellectual property as the basis for a competing product. The purpose of this report is to determine if any intellectual property belonging to Century Consultants is found in the competing product from The Miller Group.

As part of this analysis, PG Lewis & Associates received a total of five (5) data sets. The data sets are defined as follows:

| Data Set | CD Title | CD Contents | Author | Date Received |
|---|---|---|---|---|
| 1 | Century 5/14/03 | Star_Base6i_frmts.zip | Century Consultants | May 15, 2003 |
| 2 | IS3 Tables | Text file listing of the tables used by IS3 | The Miller Group | May 16, 2003 |
| 2 | IS3 Source Code | Source codes of the IS3 application | The Miller Group | May 16, 2003 |
| 2 | IS3 Scheduler | IS3 Scheduler Application | The Miller Group | May 16, 2003 |
| 3 | Springfield District 186 | IS3 Application installed at Springfield School | The Miller Group | May 22, 2003 |
| 4 | IS3 Scheduler | A different version of IS3 Scheduler Application | The Miller Group | May 22, 2003 |
| 5 | Century Schema (ZIP file emailed on 5/17/03) | Not a CD. ZIP Contains the schema and "describe" information for the Century Application | Century Consultants | May 17, 2003 |

This analysis compares each of the data sets received from The Miller Group and The Springfield School District to the "control" set of data received from Century Consultants.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

May 29, 2003

### Definitions —

*Century Consultants* – The plaintiff and the developer of Star_Base.
*CC File* – A "C" file or a program file which includes source codes.
*File Access Date* – The file access date is the date of last "access" to the file. For example, if this document was viewed by a user on January 15 and January 20, the file access date would be recorded as January 20.
*File Creation Date* – The file creation date is the date/time that the file was created. A file is created by opening an editor or an application and a new file is created, or by copying a file to a new drive. For example, the file creation date of this document would be the date that the document was originally created.
*File Modification Date* – The file modification date is the date that the file was last modified. For example, if this document was created on January 1, and modified on January 2 and January 3, the file modification date would be listed as January 3. Please know that the file modification date only records the last date on which the file was modified.
*INC File* – An "include" file, or a file that a program file calls at run time or time of compilation.
*IS3* – A school district management application marketed and sold by The Miller Group.
*Miller Group* – The defendant and the developer of IS3.
*PHP File* – A source code file.
*Star_Base* – A school district management application authored by Century Consultants.
*TXT File* – A text file containing lists or notes legible to the user.



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

Approach –

The approach used during this analysis is as follows:
1. Analyze File Modification Dates of the IS3 Application
2. Analyzed the file SkdMassDetail.php
3. Analyzed Scheduler Schema
    a. Century Consultant Star_Base
    b. The Miller Group IS3
4. Perform a Table by Table Analysis
5. Comparison of Flow Diagrams
6. SQL Code Comparison
7. Similarities between code and status code
8. Analyze Star_Base C and IS3 C++ Code
9. Report Summary of Findings
10. Conclusion

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

Observations –

*File Modification Date Comparison*
The first area investigated by PG Lewis was the file modification date listings. A typical computer file usually has three (3) date stamps associated with the file; the "creation date", the "modification date", and the "last access date."

1. *File Creation Date* – The file creation date is the date/time that the file was created. A file is created by opening an editor or an application and a new file is created. For example, the file creation date of this document would be the date that the document was originally created.
2. *File Modification Date* – The file modification date is the date that the file was last modified. For example, if this document was created on January 1, and modified on January 2 and January 3, the file modification date would be listed as January 3. Please know that the file modification date only records the last date on which the file was modified.
3. *File Access Date* – The file access date is the date of last "access" to the file. For example, if this document was viewed by a user on January 15 and January 20, the file access date would be recorded as January 20.

The file modification date is significant in this analysis since it provides an easy way to confirm the validity of the files in question. If a file modification date is returned that is later than the date that the software was requested, the file was modified after the request was made.

PGLA analyzed the data sets provided by The Miller Group and found that the vast majority of files on the first three CD's were modified shortly after the court entered a temporary restraining order and a discovery request was made by Century Consultants for The Miller Group to produce a copy of the IS3 source code.

PGLA was advised that the date May 9, 2003 is of significance because: 1. The Court entered a temporary retraining order on May 8, 2003; 2. Century Consultants served a written request on May 9, 2003 for The Miller Group to produce a copy of the IS3 source code by May 14, 2003.

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

### Files Modified between May 9, 2003 and May 14, 2003 in Data Set 2

The three (3) CD's contained a total of 545 "php" files, or source code files. Of the 545 files found, 339 (62%) of the files were modified between May 9, 2003, and May 14, 2003. While it is not possible to determine exactly what was modified within the file, we do know that at least one character within the file must be changed in order to reset the file modification field. The "php" files that were modified are listed as follows:

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| AttPct.php | 8998 | 5/14/2003 | 2:14 AM |
| AttStuSumDays.php | 2904 | 5/14/2003 | 2:14 AM |
| SkdClusterList.php | 2207 | 5/14/2003 | 2:14 AM |
| ConfigClusters.php | 3896 | 5/14/2003 | 2:14 AM |
| GBConfig.php | 12897 | 5/14/2003 | 3:22 AM |
| AddressLabels.php | 2329 | 5/14/2003 | 8:34 AM |
| Average.php | 6166 | 5/14/2003 | 8:34 AM |
| SkdCrsChange.php | 3480 | 5/14/2003 | 8:34 AM |
| SkdReqBounce.php | 3061 | 5/14/2003 | 8:34 AM |
| SkdReqTallyFix.php | 2663 | 5/14/2003 | 8:34 AM |
| SkdCrsSum.php | 3909 | 5/14/2003 | 8:34 AM |
| SkdReqMtxList.php | 9251 | 5/14/2003 | 8:34 AM |
| SkdReqPrint.php | 6614 | 5/14/2003 | 8:34 AM |
| SkdTallyList.php | 12690 | 5/14/2003 | 8:34 AM |
| SkdMntCrs.php | 19986 | 5/14/2003 | 8:34 AM |
| SkdMntReq.php | 4678 | 5/14/2003 | 8:34 AM |
| MassUpdtUser.php | 5651 | 5/14/2003 | 8:34 AM |
| GetSchoolType.fnc.php | 498 | 5/14/2003 | 8:48 AM |
| PrepareGrade.fnc.php | 1585 | 5/14/2003 | 8:48 AM |
| PrepareGradeBold.fnc.php | 1595 | 5/14/2003 | 8:48 AM |
| SessionCurSchoolType.fnc.php | 340 | 5/14/2003 | 8:48 AM |
| SessionSchool.fnc.php | 783 | 5/14/2003 | 8:48 AM |
| SessionSchoolType.fnc.php | 529 | 5/14/2003 | 8:48 AM |
| CogATSum.php | 5373 | 5/14/2003 | 8:48 AM |
| DRASum.php | 14298 | 5/14/2003 | 8:48 AM |
| ITBSSum.php | 37331 | 5/14/2003 | 8:48 AM |
| MASSum.php | 5136 | 5/14/2003 | 8:48 AM |
| SummaryOS.inc.php | 3114 | 5/14/2003 | 8:48 AM |
| StuGpaUpdate.php | 13574 | 5/14/2003 | 8:48 AM |
| TeacherGradeList.php | 3995 | 5/14/2003 | 8:48 AM |
| ConfigMP.php | 8119 | 5/14/2003 | 8:48 AM |
| ConfigSchedule.php | 5100 | 5/14/2003 | 8:48 AM |
| ConfigSchools.php | 3629 | 5/14/2003 | 8:48 AM |
| Exceptions.php | 13310 | 5/14/2003 | 8:48 AM |
| Schools.php | 8209 | 5/14/2003 | 8:48 AM |
| Users.php | 14383 | 5/14/2003 | 8:48 AM |
| SchNextSch.php | 4781 | 5/14/2003 | 8:48 AM |
| ClassSize.php | 15479 | 5/14/2003 | 8:48 AM |
| RacialDist.php | 15847 | 5/14/2003 | 8:48 AM |
| ParentAssociation.php | 8922 | 5/14/2003 | 8:49 AM |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| File | Size | Date | Time |
|---|---|---|---|
| datadnld.php | 14944 | 5/14/2003 | 8:49 AM |
| GetAddrStu.fnc.php | 705 | 5/14/2003 | 9:01 AM |
| GetRelStu.fnc.php | 1279 | 5/14/2003 | 9:01 AM |
| GetRelStuAddr.fnc.php | 2003 | 5/14/2003 | 9:01 AM |
| GetRelStuNotAddr.fnc.php | 1070 | 5/14/2003 | 9:01 AM |
| ApplicantMaint.php | 39002 | 5/14/2003 | 9:01 AM |
| AddTeachers.php | 4017 | 5/14/2003 | 9:01 AM |
| EditTeachers.php | 11025 | 5/14/2003 | 9:01 AM |
| RolloverTeachers.php | 2527 | 5/14/2003 | 9:01 AM |
| Graph.php | 4254 | 5/14/2003 | 9:01 AM |
| Modify.php | 11334 | 5/14/2003 | 9:01 AM |
| Percent.php | 5891 | 5/14/2003 | 9:01 AM |
| AttTruancyList.php | 9784 | 5/14/2003 | 9:01 AM |
| ModifyAddressInserter.inc.php | 7510 | 5/14/2003 | 9:01 AM |
| ModifyAddStuAddr.inc.php | 4720 | 5/14/2003 | 9:01 AM |
| ModifyEditStuAddr.inc.php | 2690 | 5/14/2003 | 9:01 AM |
| ModifyRelAdd.inc.php | 4249 | 5/14/2003 | 9:01 AM |
| ModifyStuList.inc.php | 8127 | 5/14/2003 | 9:01 AM |
| StuInactLst.php | 6160 | 5/14/2003 | 9:01 AM |
| BusAssignment.php | 4959 | 5/14/2003 | 9:06 AM |
| HomeroomAssignment.php | 6707 | 5/14/2003 | 9:06 AM |
| AssessOptions.inc.php | 6057 | 5/14/2003 | 9:06 AM |
| CogAT.php | 20606 | 5/14/2003 | 9:06 AM |
| DRAScore.php | 10465 | 5/14/2003 | 9:06 AM |
| ISAT.php | 13149 | 5/14/2003 | 9:06 AM |
| ISATScience.php | 9394 | 5/14/2003 | 9:06 AM |
| ITBS.php | 18207 | 5/14/2003 | 9:06 AM |
| MAS.php | 8304 | 5/14/2003 | 9:06 AM |
| MEAP.php | 14884 | 5/14/2003 | 9:06 AM |
| StuAbsInfoE.php | 6020 | 5/14/2003 | 9:06 AM |
| ExternalTesting.inc.php | 13885 | 5/14/2003 | 9:06 AM |
| General.inc.php | 20306 | 5/14/2003 | 9:06 AM |
| Other.inc.php | 2688 | 5/14/2003 | 9:06 AM |
| DiscAddNew.php | 15374 | 5/14/2003 | 9:06 AM |
| DiscModNew.php | 18491 | 5/14/2003 | 9:06 AM |
| Reports.php | 10652 | 5/14/2003 | 9:06 AM |
| ChartReports.inc.php | 9114 | 5/14/2003 | 9:06 AM |
| ChartSetup.inc.php | 6833 | 5/14/2003 | 9:06 AM |
| History.php | 5420 | 5/14/2003 | 9:06 AM |
| Individual.inc.php | 9341 | 5/14/2003 | 9:06 AM |
| IndividualForm.php | 7226 | 5/14/2003 | 9:06 AM |
| Admin.inc.php | 8996 | 5/14/2003 | 9:06 AM |
| StudentRank.php | 12068 | 5/14/2003 | 9:06 AM |
| ClsRnkClcLst.php | 11355 | 5/14/2003 | 9:06 AM |
| SkdFindReqs.php | 5969 | 5/14/2003 | 9:06 AM |
| SkdReqBirtdate.php | 3609 | 5/14/2003 | 9:06 AM |
| TranscriptSend.php | 27873 | 5/14/2003 | 9:06 AM |
| AddStudent.php | 23675 | 5/14/2003 | 9:06 AM |
| FTE.php | 7984 | 5/14/2003 | 9:06 AM |
| List.php | 6129 | 5/14/2003 | 9:06 AM |



Century Consultants, Ltd. V. The Miller Group, et al  
CONFIDENTIAL

May 29, 2003

| File | Size | Date | Time |
|---|---|---|---|
| StuCharacteristics.php | 8467 | 5/14/2003 | 9:06 AM |
| StudentModify.php | 10133 | 5/14/2003 | 9:06 AM |
| StuGeneral.inc.php | 12614 | 5/14/2003 | 9:06 AM |
| Birthday.php | 4553 | 5/14/2003 | 9:06 AM |
| HomeRoom.php | 4963 | 5/14/2003 | 9:06 AM |
| MacSchoolExport.php | 5640 | 5/14/2003 | 9:06 AM |
| MacSchoolExportNEW.php | 4760 | 5/14/2003 | 9:06 AM |
| SRSD_Report.php | 29421 | 5/14/2003 | 9:06 AM |
| VersaTrans.php | 2126 | 5/14/2003 | 9:06 AM |
| LivetoDemo.php | 2686 | 5/14/2003 | 9:06 AM |
| applicant.php | 24026 | 5/14/2003 | 10:05 AM |
| ISATScienceSum.php | 21809 | 5/14/2003 | 10:05 AM |
| PrepareClasses.fnc.php | 942 | 5/14/2003 | 10:15 AM |
| AttDropAdd.php | 1935 | 5/14/2003 | 10:15 AM |
| HighList.inc.php | 2519 | 5/14/2003 | 10:15 AM |
| EducationalHistory.inc.php | 20401 | 5/14/2003 | 10:15 AM |
| GradeBook.inc.php | 8433 | 5/14/2003 | 10:15 AM |
| Grades.inc.php | 18471 | 5/14/2003 | 10:15 AM |
| ProgressDisplay.inc.php | 7013 | 5/14/2003 | 10:15 AM |
| Schedule.inc.php | 4496 | 5/14/2003 | 10:15 AM |
| StudentDetail.inc.php | 6998 | 5/14/2003 | 10:15 AM |
| GBEvents.php | 21782 | 5/14/2003 | 10:15 AM |
| GBGrades.php | 17513 | 5/14/2003 | 10:15 AM |
| GradeViewAll.php | 10843 | 5/14/2003 | 10:15 AM |
| ProgressViewAll.php | 9264 | 5/14/2003 | 10:15 AM |
| ClassRankCalc.php | 4721 | 5/14/2003 | 10:15 AM |
| ClsRnkClcFrm.php | 5301 | 5/14/2003 | 10:15 AM |
| StuGPACalcDetail.php | 24616 | 5/14/2003 | 10:15 AM |
| GradeDist.php | 18438 | 5/14/2003 | 10:15 AM |
| GrdsByTch.php | 7430 | 5/14/2003 | 10:15 AM |
| HonorRoll.php | 16775 | 5/14/2003 | 10:15 AM |
| MidHghGrdCrd.php | 13402 | 5/14/2003 | 10:15 AM |
| MidHghPrgRpt.php | 14745 | 5/14/2003 | 10:15 AM |
| SkdReqDetail.php | 22182 | 5/14/2003 | 10:15 AM |
| SkdReqDetailTxt.php | 23964 | 5/14/2003 | 10:15 AM |
| SkdReqMass.php | 12842 | 5/14/2003 | 10:15 AM |
| SkdSeatFix.php | 2796 | 5/14/2003 | 10:15 AM |
| MidHghSched.php | 19995 | 5/14/2003 | 10:15 AM |
| SkdTallyStuList.php | 4605 | 5/14/2003 | 10:15 AM |
| CrsSysIntegrity.php | 4057 | 5/14/2003 | 10:15 AM |
| SkdMntSect.php | 16044 | 5/14/2003 | 10:15 AM |
| TranscriptGrades.php | 47654 | 5/14/2003 | 10:15 AM |
| Transcripts.php | 35923 | 5/14/2003 | 10:15 AM |
| TransStevenson.php | 26455 | 5/14/2003 | 10:15 AM |
| StuSchoolUpdate.inc.php | 5262 | 5/14/2003 | 10:15 AM |
| HonorRoll.php | 10862 | 5/14/2003 | 10:15 AM |
| AllowedStudents.fnc.php | 3983 | 5/14/2003 | 10:18 AM |
| SessionAllowedStudents.fnc.php | 5927 | 5/14/2003 | 10:18 AM |
| SQLRestrictions.fnc.php | 2936 | 5/14/2003 | 10:18 AM |
| Cumulative.php | 20402 | 5/14/2003 | 10:18 AM |



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

| File | Size | Date | Time |
|---|---|---|---|
| SemFix.php | 1948 | 5/14/2003 | 10:18 AM |
| AttList.php | 13595 | 5/14/2003 | 10:18 AM |
| FixTransactions.php | 25909 | 5/14/2003 | 10:18 AM |
| WeeklySubstituteList.php | 12822 | 5/14/2003 | 10:18 AM |
| MonthlySummary.php | 5071 | 5/14/2003 | 10:18 AM |
| TchCompleteHigh.php | 5500 | 5/14/2003 | 10:18 AM |
| StudentSummary.inc.php | 6412 | 5/14/2003 | 10:18 AM |
| TeacherClassList.php | 8412 | 5/14/2003 | 10:18 AM |
| GBEntry.php | 21207 | 5/14/2003 | 10:18 AM |
| GradeView.php | 20448 | 5/14/2003 | 10:18 AM |
| ProgressInput.php | 29547 | 5/14/2003 | 10:18 AM |
| ProgressView.php | 21324 | 5/14/2003 | 10:18 AM |
| GradReqList.php | 15198 | 5/14/2003 | 10:18 AM |
| FallIncomplete.php | 4704 | 5/14/2003 | 10:18 AM |
| GradedClassList.php | 3923 | 5/14/2003 | 10:18 AM |
| TeacherCompletion.php | 4751 | 5/14/2003 | 10:18 AM |
| UngradedList.php | 5627 | 5/14/2003 | 10:18 AM |
| ProgressRecords.php | 23112 | 5/14/2003 | 10:18 AM |
| TeacherComplete.inc.php | 9098 | 5/14/2003 | 10:18 AM |
| SkdMassDetail.php | 20180 | 5/14/2003 | 10:18 AM |
| SkdMstCrsDetail.inc.php | 12445 | 5/14/2003 | 10:18 AM |
| SkdStuSchedule.php | 60899 | 5/14/2003 | 10:18 AM |
| SkdMstCrsList.php | 9570 | 5/14/2003 | 10:18 AM |
| SkdUnschedList.php | 13035 | 5/14/2003 | 10:18 AM |
| SkdMntMeets.php | 14415 | 5/14/2003 | 10:18 AM |
| SkdMstCrsMnt.php | 30193 | 5/14/2003 | 10:18 AM |
| ClassListList.php | 19777 | 5/14/2003 | 10:18 AM |
| ClassListLister.php | 18105 | 5/14/2003 | 10:18 AM |
| StudentMasterList.php | 22584 | 5/14/2003 | 10:18 AM |
| StuMedicalAlert.php | 24035 | 5/14/2003 | 10:18 AM |
| StuSchedule.php | 5690 | 5/14/2003 | 10:18 AM |
| RolloverList.php | 32476 | 5/14/2003 | 10:18 AM |
| Correction.php | 6000 | 5/14/2003 | 10:27 AM |
| FixDaily.php | 2915 | 5/14/2003 | 10:27 AM |
| MSR.inc.php | 35445 | 5/14/2003 | 10:27 AM |
| AbsenceReport.php | 8363 | 5/14/2003 | 10:27 AM |
| AttPartial.php | 3376 | 5/14/2003 | 10:27 AM |
| ExcessiveAbsences.php | 10736 | 5/14/2003 | 10:27 AM |
| MSR.inc.php | 22725 | 5/14/2003 | 10:27 AM |
| StuAbsInfoMH.php | 6692 | 5/14/2003 | 10:27 AM |
| GradeReport.php | 38575 | 5/14/2003 | 10:27 AM |
| ProgressReporting.php | 35820 | 5/14/2003 | 10:27 AM |
| GradeRecords.php | 30705 | 5/14/2003 | 10:27 AM |
| ConfigPeriodAttCodes.php | 2637 | 5/14/2003 | 10:27 AM |
| ChgStuId.php | 1E+05 | 5/14/2003 | 10:27 AM |
| DialerDownload.php | 2164 | 5/14/2003 | 10:27 AM |
| Warehouse.php | 16997 | 5/14/2003 | 10:45 AM |
| PackArray.fnc.php | 1948 | 5/14/2003 | 10:45 AM |
| SkdIncomplete.php | 12566 | 5/14/2003 | 10:45 AM |
| SkdReqListList.php | 5584 | 5/14/2003 | 10:45 AM |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| File | Size | Date | Time |
|---|---|---|---|
| MidHghCounAssign.php | 3505 | 5/14/2003 | 10:45 AM |
| ConfigCounselors.php | 7282 | 5/14/2003 | 10:45 AM |
| StuSchoolDetail.inc.php | 11573 | 5/14/2003 | 10:45 AM |
| AttElemList.php | 9950 | 5/14/2003 | 10:48 AM |
| ElementaryAdd.php | 6476 | 5/14/2003 | 10:48 AM |
| ElementaryAdmin.php | 19976 | 5/14/2003 | 10:48 AM |
| Add.php | 21535 | 5/14/2003 | 10:48 AM |
| Administration.php | 44749 | 5/14/2003 | 10:48 AM |
| AttAddID.php | 26670 | 5/14/2003 | 10:48 AM |
| AttCalc.php | 5549 | 5/14/2003 | 10:48 AM |
| AttDaily.php | 5760 | 5/14/2003 | 10:48 AM |
| Incomplete.php | 3106 | 5/14/2003 | 10:48 AM |
| AttSumSeries.php | 16838 | 5/14/2003 | 10:48 AM |
| ClassReport.php | 13745 | 5/14/2003 | 10:48 AM |
| DailyTotal.php | 5794 | 5/14/2003 | 10:48 AM |
| Perfect.php | 4107 | 5/14/2003 | 10:48 AM |
| YTD.php | 13817 | 5/14/2003 | 10:48 AM |
| AttSum.php | 12922 | 5/14/2003 | 10:48 AM |
| ExcessiveAbsences.php | 8053 | 5/14/2003 | 10:48 AM |
| SummaryAttendance.inc.php | 10177 | 5/14/2003 | 10:48 AM |
| DeleteStudent.php | 6911 | 5/14/2003 | 10:48 AM |
| StuEnrollInsert.inc.php | 10753 | 5/14/2003 | 10:48 AM |
| Ethnic.php | 19846 | 5/14/2003 | 10:48 AM |
| GetGrade.fnc.php | 230 | 5/13/2003 | 2:11 AM |
| ClassDirectory.php | 3066 | 5/13/2003 | 2:11 AM |
| ConCons.php | 4473 | 5/13/2003 | 2:11 AM |
| ConfigGrades.php | 6669 | 5/13/2003 | 2:11 AM |
| ConfigVerifiedGrades.php | 2743 | 5/13/2003 | 2:11 AM |
| LunchView.php | 4663 | 5/13/2003 | 2:11 AM |
| StuNotes.php | 6636 | 5/13/2003 | 2:11 AM |
| StuSchool.inc.php | 3345 | 5/13/2003 | 2:11 AM |
| FeederSchool.php | 1774 | 5/13/2003 | 2:11 AM |
| NotesList.php | 1661 | 5/13/2003 | 2:11 AM |
| TelephoneList.php | 6301 | 5/13/2003 | 2:11 AM |
| MDWork.php | 1206 | 5/13/2003 | 2:11 AM |
| ConfigSchoolEvents.php | 3436 | 5/13/2003 | 2:42 AM |
| SchCalAdd.php | 5168 | 5/13/2003 | 3:31 AM |
| ConfigRooms.php | 4409 | 5/13/2003 | 10:50 AM |
| Profiles.php | 11745 | 5/13/2003 | 11:51 AM |
| DataDictList.php | 5522 | 5/13/2003 | 2:10 PM |
| SysExtents.php | 2142 | 5/13/2003 | 2:10 PM |
| SysTableNames.php | 7253 | 5/13/2003 | 2:10 PM |
| Goals.php | 20698 | 5/13/2003 | 2:10 PM |
| StuLockerAssign.php | 7360 | 5/13/2003 | 2:27 PM |
| MasterGoals.php | 17195 | 5/13/2003 | 2:27 PM |
| PrepareSchool.fnc.php | 2147 | 5/13/2003 | 3:10 PM |
| DeletePrompt.fnc.php | 835 | 5/13/2003 | 3:44 PM |
| ResPost.php | 61595 | 5/13/2003 | 4:04 PM |
| Address.php | 4287 | 5/13/2003 | 4:04 PM |
| Inventory.php | 15217 | 5/13/2003 | 4:40 PM |


P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

| File | Size | Date | Time |
|---|---|---|---|
| InventoryList.php | 6030 | 5/13/2003 | 4:40 PM |
| Labels.php | 10161 | 5/13/2003 | 4:56 PM |
| VarExtract.inc | 118 | 5/13/2003 | 4:56 PM |
| LockerMaint.php | 12357 | 5/13/2003 | 4:56 PM |
| ISATSum.php | 15139 | 5/13/2003 | 4:56 PM |
| ScheduleCreate.php | 7842 | 5/13/2003 | 4:56 PM |
| StuLockerList.php | 5260 | 5/13/2003 | 4:56 PM |
| ChgStuEnrollDates.php | 6925 | 5/13/2003 | 4:56 PM |
| StuTransSendReport.php | 4551 | 5/13/2003 | 4:57 PM |
| GetSchool.fnc.php | 461 | 5/13/2003 | 4:58 PM |
| Mobility.php | 17343 | 5/13/2003 | 4:58 PM |
| StuGPADelete.php | 4663 | 5/13/2003 | 6:27 PM |
| PrepareDepartments.fnc.php | 489 | 5/12/2003 | 12:48 PM |
| SkdMntDept.php | 7726 | 5/12/2003 | 12:48 PM |
| ConfigAttDailyCode.php | 3370 | 5/12/2003 | 2:21 PM |
| ConfigDistricts.php | 2477 | 5/12/2003 | 3:53 PM |
| bcwork.php | 132 | 5/12/2003 | 3:53 PM |
| FdsMealCodesMaint.php | 8826 | 5/12/2003 | 4:22 PM |
| DRA.php | 17863 | 5/12/2003 | 5:10 PM |
| DRAEntry.php | 17006 | 5/12/2003 | 5:10 PM |
| TeacherCompletion.php | 3177 | 5/12/2003 | 5:24 PM |
| MailingLbl.php | 10285 | 5/12/2003 | 6:05 PM |
| ConfigEthnic.php | 2438 | 5/12/2003 | 6:05 PM |
| StuNextSchList.php | 2843 | 5/12/2003 | 6:05 PM |
| StuModSetter.fnc.php | 2613 | 5/10/2003 | 12:47 PM |
| HomeroomClear.php | 2986 | 5/10/2003 | 12:56 PM |
| InternalTesting.inc.php | 1137 | 5/10/2003 | 12:56 PM |
| SchoolHistory.inc.php | 1354 | 5/10/2003 | 12:56 PM |
| AddressList.php | 7050 | 5/10/2003 | 12:56 PM |
| Bus.php | 6234 | 5/10/2003 | 12:56 PM |
| ExemptList.inc.php | 3102 | 5/10/2003 | 12:56 PM |
| Graduation.php | 3267 | 5/10/2003 | 12:56 PM |
| Inactive.php | 3011 | 5/10/2003 | 12:56 PM |
| SSNList.php | 2422 | 5/10/2003 | 12:56 PM |
| LifeTouch.php | 1261 | 5/10/2003 | 12:56 PM |
| ParentLink.php | 1701 | 5/10/2003 | 12:56 PM |
| SRSDStuidCheck.php | 1622 | 5/10/2003 | 12:56 PM |
| test_session.php | 894 | 5/10/2003 | 2:49 PM |
| test_sql.php | 682 | 5/10/2003 | 2:49 PM |
| SkdMassRunStatus.php | 2718 | 5/10/2003 | 3:42 PM |
| ConfigActivities.php | 6599 | 5/10/2003 | 4:39 PM |
| ConfigDisciplineCodes.php | 7283 | 5/10/2003 | 4:39 PM |
| ConfigGBDefaultEvents.php | 3548 | 5/10/2003 | 4:39 PM |
| ConfigHistory.php | 3346 | 5/10/2003 | 4:39 PM |
| ConfigLEASchools.php | 2937 | 5/10/2003 | 4:39 PM |
| ConfigProfileCharacteristics.php | 2556 | 5/10/2003 | 4:39 PM |
| ConfigLanguage.php | 3039 | 5/10/2003 | 5:25 PM |
| People.inc.php | 10281 | 5/10/2003 | 5:25 PM |
| Feedback.php | 11339 | 5/9/2003 | 3:54 PM |
| FeedbackAdmin.php | 11344 | 5/9/2003 | 3:57 PM |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| File | Size | Date | Time |
|---|---|---|---|
| StuEnrollDetail.inc.php | 2903 | 5/9/2003 | 4:20 PM |
| UserAddNew.php | 5678 | 5/9/2003 | 4:39 PM |
| FixDate.fnc.php | 1014 | 5/9/2003 | 4:39 PM |
| SessionCurSchoolName.fnc.php | 320 | 5/9/2003 | 4:39 PM |
| caldetail.php | 2060 | 5/9/2003 | 4:39 PM |
| Calendar.php | 8721 | 5/9/2003 | 4:39 PM |
| CalExport.php | 2590 | 5/9/2003 | 4:39 PM |
| month.php | 3080 | 5/9/2003 | 4:39 PM |
| week.php | 2276 | 5/9/2003 | 4:39 PM |
| CalendarEdit.php | 22567 | 5/9/2003 | 4:39 PM |
| CalendarEntry.php | 8696 | 5/9/2003 | 4:39 PM |
| Frequency.inc.php | 6551 | 5/9/2003 | 4:39 PM |
| TeacherLogin.inc.php | 4773 | 5/9/2003 | 4:39 PM |
| ConfigCalendar.php | 3099 | 5/9/2003 | 4:39 PM |
| ConfigPeriods.php | 3743 | 5/9/2003 | 4:39 PM |
| ConfigSemesters.php | 2727 | 5/9/2003 | 4:39 PM |
| ConfigSpecEd.php | 12524 | 5/9/2003 | 4:39 PM |
| StuEnroll.inc.php | 3410 | 5/9/2003 | 4:39 PM |
| FeedbackAdmin.php | 16205 | 5/9/2003 | 4:39 PM |
| bottom.php | 289 | 5/9/2003 | 7:06 PM |
| index.php | 1591 | 5/9/2003 | 7:06 PM |
| LoginNew.php | 1385 | 5/9/2003 | 7:06 PM |
| Modules.php | 5582 | 5/9/2003 | 7:06 PM |
| pdffile.php | 1124 | 5/9/2003 | 7:06 PM |
| pdfweb.php | 2277 | 5/9/2003 | 7:06 PM |
| SessionFirstName.fnc.php | 638 | 5/9/2003 | 7:06 PM |
| SessionHomeroom.fnc.php | 449 | 5/9/2003 | 7:06 PM |
| SessionHomeroom2.fnc.php | 453 | 5/9/2003 | 7:06 PM |
| SessionIPAddr.fnc.php | 533 | 5/9/2003 | 7:06 PM |
| SessionIS3Word.fnc.php | 595 | 5/9/2003 | 7:06 PM |
| SessionLastName.fnc.php | 471 | 5/9/2003 | 7:06 PM |
| SessionParent.fnc.php | 203 | 5/9/2003 | 7:06 PM |
| SessionProfile.fnc.php | 488 | 5/9/2003 | 7:06 PM |
| SessionProfileName.fnc.php | 553 | 5/9/2003 | 7:06 PM |
| SessionSchoolName.fnc.php | 509 | 5/9/2003 | 7:06 PM |
| SessionSideColor.fnc.php | 672 | 5/9/2003 | 7:06 PM |
| SessionTeacherID.fnc.php | 494 | 5/9/2003 | 7:06 PM |
| SessionTeacherName.fnc.php | 302 | 5/9/2003 | 7:06 PM |
| Form.inc.php | 1714 | 5/9/2003 | 7:06 PM |
| ChartMaker.inc.php | 1637 | 5/9/2003 | 7:06 PM |
| Form.inc.php | 3117 | 5/9/2003 | 7:06 PM |
| Form1.inc.php | 2837 | 5/9/2003 | 7:06 PM |
| Form2.inc.php | 3068 | 5/9/2003 | 7:06 PM |
| GradeComplete.php | 98 | 5/9/2003 | 7:06 PM |
| ProgressComplete.php | 92 | 5/9/2003 | 7:06 PM |
| Shift.php | 6184 | 5/9/2003 | 7:06 PM |
| SkdLockDate.php | 1679 | 5/9/2003 | 7:06 PM |
| Add.php | 8321 | 5/9/2003 | 7:06 PM |
| Schools.php | 1642 | 5/9/2003 | 7:06 PM |


P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

May 29, 2003

### Files Modified between May 9, 2003 and May 14, 2003 in Data Set 2 (continued)

In addition, PGLA found three (3) "inc" files, three (3) "txt" files, and one (1) "cc" file. An inc file is an "include" file, which is generally an extension to the application. A txt file is a "text" file and is generally a listing or notes in standard text format. A cc file is a "c" file, or source code file.

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| Portability.txt | 3059 | 5/14/2003 | 9:06 AM |
| Form.inc | 3368 | 5/14/2003 | 9:06 AM |
| is3_tables.txt | 73048 | 5/14/2003 | 10:38 AM |
| AddConfig.inc | 719 | 5/13/2003 | 4:56 PM |
| NamingConventions.txt | 490 | 5/12/2003 | 2:08 PM |
| student.cc | 33315 | 5/12/2003 | 3:09 PM |
| DataList.inc | 50796 | 5/9/2003 | 7:06 PM |

*INC, TXT, and CC Files Modified on or after May 9, 2003 from Data Set 2*