Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | |
|---|---|
| ```<br>}<br>``` | ```<br>>is_null) {<br>    requestptr-<br>>██████████=dynamic_cast <<br>SQLGenericVar<string> *<br>>(requestrow.row()["████████"])-<br>>varelement;<br>    }<br>``` |
| ```cpp<br>bool Student██████████(const<br>Schedule_env &env, otl_connect &db) {<br>  DEBUGOUT("In<br>Student::████████()");<br>  string grade(dynamic_cast <<br>SQLGenericVar<string> *<br>>(student.row()["grade"])->varelement);<br>  DEBUGOUT("grade:");<br>   DEBUGOUT(grade);<br>  list<Request>::iterator reqpointer;<br>  list<Segment>::iterator segpointer;<br>  // list<Section>::iterator previous;<br>  list<Crs_slice>::iterator  slicepointer;<br><br>  reqpointer = requests.begin();<br>  ████████ = segments.begin();<br>``` | ```cpp<br>bool Student::████████(const<br>Schedule_env &env, otl_connect &db) {<br>  DEBUGOUT("In<br>Student::████████()");<br>  string grade(dynamic_cast <<br>SQLGenericVar<string> *<br>>(student.row()["grade"])->varelement);<br>  DEBUGOUT("grade:");<br>   DEBUGOUT(grade);<br>  list<Request>::iterator reqpointer;<br>  list<Section>::iterator sectpointer;<br>  // list<Section>::iterator previous;<br>  list<Sub_section>::iterator<br>subsectpointer;<br><br>  reqpointer = requests.begin();<br>  ████████ = sections.begin();<br>``` |
| ```cpp<br>void Student::████████ {<br>  list<Segment>::iterator segpointer;<br>  DEBUGOUT("In<br>Student::████████()" );<br>  DEBUGOUT(segments.size() );<br>  ████████ = segments.begin();<br>  ████████ = segments.end();<br>``` | ```cpp<br>void Student::████████() {<br>  list<Section>::iterator sectpointer;<br>  DEBUGOUT("In<br>Student::████████()" );<br>  DEBUGOUT(████████.size() );<br>  ████████ = sections.begin();<br>  ████████ = sections.end();<br>``` |
| ```cpp<br>bool<br>Student::████████(list<Segment>::iter<br>ator in) {<br>  DEBUGOUT("In<br>Student::sched_segment()");<br>  map< string, list<Segment>::iterator<br>>::iterator incheck;<br>  incheck=████████(in-<br>>crs_num);<br>  list<Crs_slice>::iterator sliceptr;<br>``` | ```cpp<br>bool<br>Student::████████(list<Section>::iter<br>ator in) {<br>  DEBUGOUT("In<br>Student::sched_section()");<br>  map< string, list<Section>::iterator<br>>::iterator incheck;<br>  incheck=████████(in-<br>>class_cd);<br>  list<Sub_section>::iterator subptr;<br>``` |
| ```cpp<br>bool<br>Student::████████(list<Segment>::it<br>erator out) {<br>  DEBUGOUT("In<br>``` | ```cpp<br>bool<br>Student::████████(list<Section>::it<br>erator out) {<br>  DEBUGOUT("In<br>``` |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*



| | |
|---|---|
| Student::desched_segment()" ); <br> list<Crs_slice>::iterator sliceptr; | Student::desched_section()" ); <br> list<Sub_section>::iterator subptr; |
| void Student::insert_sched(const Schedule_env &env, otl_connect &db) { <br> DEBUGOUT("In Student::insert_sched()" ); <br> map< string, list<Segment>::iterator >::iterator schedptr; <br> schedptr=sched_segments.begin(); <br> string insertsql("INSERT INTO ▮▮▮▮▮▮ (syear, school, student_id, " <br> " ▮▮▮▮▮▮▮▮▮▮) " | void Student::insert_sched(const Schedule_env &env, otl_connect &db) { <br> DEBUGOUT("In Student::insert_sched()" ); <br> map< string, list<Section>::iterator >::iterator schedptr; <br> schedptr=sched_sections.begin(); <br> string insertsql("INSERT INTO stu_sche (syear, school, student_id, " <br> " ▮▮▮▮▮▮▮▮▮ <br> ▮▮▮▮▮▮▮▮▮▮) " |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL



| Student.h   05-22-03 | Student.h 05-16-03 |
|---|---|
| ```
class Student {
public:
 Row student;
 list<Request> requests;
 list<Segment> segments;
 list<Meet> meets;
 map< string , map< char , int > >
placeholders;  //Inner map is days,
                      //Outer map is
periods.
 map< string, list<Segment>::iterator >
sched_segments;
 Student(){}
 Student(Row studentrow)
{student=studentrow;}
 ~Student(){}
``` | ```
class Student {
public:
 Row student;
 list<Request> requests;
 list<Section> sections;
 list<Meet> meets;
 map< string , map< char , int > >
placeholders;  //Inner map is days,
                      //Outer map is
periods.
 map< string, list<Section>::iterator >
sched_sections;
 Student(){}
 Student(Row studentrow)
{student=studentrow;}
 ~Student(){}
``` |
| ```
 int build();
 void insert_sched(const Schedule_env
&env, otl_connect &db);
};
``` | ```
 int build();
 void insert_sched(const Schedule_env
&env, otl_connect &db);
};
``` |

*Confidential – Attorneys Eyes Only*
Page 47 of 74

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Three Way Comparison

PGLA cross referenced the Star_Base code with that of IS3. In many instances, identical logic was revealed. This duplicate logic looks slightly different between the two systems because the IS3 code is written in a different language, or was translated electronically from the Star_Base code.

Of even greater significance is the fact that The Miller Group apparently realized they sent a version with damning evidence in Data Set 2 and decided to make edits to conceal the gross similarities. They forwarded Data Set 4 on May 22 which contained the same code although the references to the Century systems were renamed.

Interestingly enough, The Miller Group left the off variable name of "SPMN" in both versions of their code. It is probable that The Miller Group does not know the meaning of the abbreviation SPMN.



| Three Way Comparison of Star_Base to Main.c | | |
|---|---|---|
| Star_Base schedule.c | IS3 Main.c  5/16/03 | IS3 main.c  5/22/03 |
| [redacted] ,nvl(start_period,' ') ,nvl(end_period,' \ ) ,nvl(has_requests,' ') ,nvl(to_number((to_number(end_period)+1)), 0) from sx\ pri where (((school=:b0 and ([spmn]=:b1 or :b1='ALL')) and (student_id=:b3 or :b\ 3='ALL')) and conflict is null ) order by grade,reqpri desc ,sex,ethnic,schpri\ desc ,student_id        "; | otl_stream student_to_schedule(50, [redacted] " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschool1<char[4]> and " " ([spmn] = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[10]> OR " " :single_student_id5<char[10]> = 'ALL') and " " (conflict is null OR conflict = '') " " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); student_to_schedule << env.school; | otl_stream student_to_schedule(50, [redacted] " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschool1<char[4]> and " " ([spmn] = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[10]> OR " " :single_student_id5<char[10]> = 'ALL') and " " (conflict is null OR conflict = '') " " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); student_to_schedule << env.school; DEBUGOUT(env.school); |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*



```
key(); /* Set sort key
i,tot_open,prim_cnt,alt_no,avai_seat,sec
) */

[REDACTED]

[REDACTED]

build_bit_box(tot_pds);
```

```
if (curstu.get_requests(env,db)) {
    DEBUGOUT("Has requests");

    [REDACTED]

    int code;
    code=curstu.build();
```

```
if (curstu.get_requests(env,db))
{
    DEBUGOUT("Has
requests");

    [REDACTED]

    int code;
    code=curstu.build();
```

```
if (env.type_of_sched == "M") {
    string schedstusql("UPDATE
sched_stu SET conflict = '");

schedstusql=schedstusql+conflict+"'
WHERE SCHOOL = '"+env.school+
    "' AND student_id =
'"+dynamic_cast < SQLGenericVar<string>
* >(studentrow.row()["student_id"])-
>varelement+"'";
    otl_stream
schedstuupdate(1,schedstusql.c_str(),db);
    schedstuupdate.rewind();
    }
    //Stu head stuff

    [REDACTED]

}
```

```
if (env.type_of_sched == "M")
{
    string schedstusql("UPDATE
sched_stu SET conflict = '");

schedstusql=schedstusql+conflict+"'
WHERE SCHOOL = '"+env.school+
    "' AND student_id =
'"+dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement+"'";
    otl_stream
schedstuupdate(1,schedstusql.c_str(),db);
    schedstuupdate.rewind();
    }
    //Stu head stuff

    [REDACTED]

}
```

```
s[  ](void **)0, &sqlctx, &sqlstm,
&[  ]pn);
if (sqlca.sqlcode == 1403) goto
[REDACTED]
```

```
[REDACTED]
DEBUGOUT("In set_stu_head()");
string checkstring("select count(*) as cnt
[REDACTED] where syear ='");
checkstring=checkstring+env.syear+"'
AND school = '"+env.school+"'"
"AND student_id =
:student_id<char[10]>";
DEBUGOUT("checkstring");
DEBUGOUT(checkstring);
otl_stream
check(50,checkstring.c_str(),db);
DEBUGOUT(":student_id");
check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
string count;
check >> count;
if (count=="0") {
```

```
[REDACTED]
{
DEBUGOUT("In
set_sched_student_results()");
string checkstring("select count(*) as cnt
[REDACTED] where syear
='");
checkstring=checkstring+env.syear+"'
AND school = '"+env.school+"'"
"AND student_id =
:student_id<char[10]>";
DEBUGOUT("checkstring");
DEBUGOUT(checkstring);
otl_stream
check(50,checkstring.c_str(),db);
DEBUGOUT(":student_id");
check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
#else
  double count;
  check >> count;
  if (count==0) {
#endif
    string insertsql("INSERT INTO
██████ (syear, school, student_id, "
                        " priority_ext,
conflict_cd, "
                          " change_date,
reprint_flag, "
                            " reprint_code) "
                " VALUES ('");

insertsql=insertsql+env.syear+"','"+env.scho
ol+"', "
                    "
:student_id1<char[10]>,'5',:wpflag2<char[1
]>,current_date, "
            " '"+env.stx_sched_flag+"','1')";
    DEBUGOUT("insertsql:");
    DEBUGOUT(insertsql);
    otl_stream ins(1,insertsql.c_str(),db);
    ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
    ins << flag;
  } else {
    string updatesql;
    if (env.stx_sched_flag == "Y") {
      updatesql="██████████ SET
change_date = current_date, "
              " reprint_flag = 'Y', "
              " reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
              " WHEN '0' THEN '1' ELSE
'1' END, "
              " conflict_cd =
:wpflag1<char[1]> "
              " WHERE syear =
:syear2<char[3]> "
              " AND school =
:school3<char[4]> "
              " AND student_id =
:student_id4<char[10]> ";
    } else {
      updatesql="UPDATE ██████ SET "
              " conflict_cd =
:wpflag1<char[1]> "
              " WHERE syear = :
```

```
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
    string insertsql("INSERT INTO
████████████ (syear, school,
student_id, "
                    "
conflict_status, change_date) "

          " VALUES ('");

insertsql=insertsql+env.syear+"','"+env.sc
hool+"', "
:student_id1<char[10]>,:wpflag2<char[1]
>,current_date)";

    DEBUGOUT("insertsql:");
    DEBUGOUT(insertsql);
    otl_stream ins(1,insertsql.c_str(),db);
    ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
    ins << flag;
  } else {
    string updatesql;
    if (env.stx_sched_flag == "Y") {
      updatesql="██████
████████████ SET change_date =
current_date, "
              " conflict_status =
:wpflag1<char[1]> "



              " WHERE syear =
:syear2<char[3]> "
              " AND school =
:school3<char[4]> "
              " AND student_id =
:student_id4<char[10]> ";
    } else {
      updatesql="UPDATE
████████████ SET "
              " conflict_status = :
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                                          *May 29, 2003*

### Summary of Findings –

### Modified Files
The Miller Group modified at least 346 files between May 9, 2003, and May 14, 2003. The modifications clearly appear to be a deliberate attempt to alter variable, table, and field names so that they are not identical to the same names originally assigned by Century Consultants.

Further, it appears as though The Miller Group forgot to modify the Scheduler application. Many of the variable names map directly to the Century code. The Miller Group attempted to fix this problem by suddenly offering a new version of the Scheduler application and stating that the version originally sent was the "wrong" version and was "six months old." PGLA found the original version to be current as of May 12, 2003, since one of the files reflected that date as its modification date. The "revised" version of the scheduler was dated May 15, 2003. Although it was only three days later, massive edits were made to the second set of files.

### SkdMassDetail.php
The Miller Group surrendered two versions of the Scheduler Application front end program, one in use at the Springfield School District, and the other contained in Data Set 2.

Our analysis of the Springfield version of SkdMassDetail reveals a plethora of calls made to tables authored by Century Consultants. In addition, a tremendous number of variables map directly to the exact variable name and definition assigned by Century Consultants in their Star_Base system.

PGLA compared the version of SkdMassDetail running in the Springfield School District and the one forwarded to us in Data Set 2. The Data Set 2 version was identical in logic, although all of the table references and variable names were modified. In our opinion the names were modified in an attempt to conceal the fact that they were identical to the names assigned by Century Consultants. Of significance is the fact that the Springfield version was last modified on March 24, 2003, while the Data Set 2 version was modified on May 14, 2003 at 10:18 PM. PGLA received the latter file on May 16, 2003.

### Scheduler Schema Comparison
PGLA requested the schema of the IS3 application, but it was never sent. PGLA, however, was able to recreate the schema used by IS3 and compare it to that of Star_Base. The results indicate that the schema is substantially similar between both applications, even though The Miller Group took great effort in renaming the tables, etc. PGLA did not compare the schema between the Springfield version and Star_Base because the Springfield schema was also not forwarded to us for review.


P.G. Lewis Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Table by Table Comparison

PGLA analyzed seven (7) tables between Star_Base and IS3. Although The Miller Group made great effort to modify the table names and field names contained within the table, PGLA has determined that the tables are substantially similar in design. In fact, one of the tables contained in IS3 is an exact duplicate of a table contained in Star_Base. This table has fifteen (15) data elements and it would be virtually impossible, in our opinion, to randomly create the identical table.

### Flow Diagram

PGLA mapped the flow diagrams of each application. The flow chart of each application is almost identical. In addition, IS3 used many identical or nearly identical names for each module.

### SQL Code Comparison

PGLA analyzed the SQL code statements between Star_Base and IS3. We determined that both applications shared a code component labeled *"student_to_scheduler."* Aside from the fact that they share the same name, both sets of code are nearly identical.

### Similarities in code and status code used

PGLA analyzed two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. It is virtually impossible, in our opinion, for a different programmer to develop the same conditions.

### Three way comparison of Star_Base C to IS3 C++

PGLA analyzed the Star_Base code and compared it with the main.cc source code contained in the IS3 system. The IS3 code is strikingly similar to the Star_Base code and shares many of the same variable names and logic.

Of more significance is the fact that The Miller Group suddenly offered a new version of the main.cc code on May 22. When this version was compared to the original, we found that the references to Star_Base tables were replaced with other names. However, the code and logic is nearly identical.


P.G. Lewis Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Conclusion

PGLA is of the opinion, to a reasonable degree of certainty, that substantial portions of the IS3 system are a copied and translated duplicate of the Century Consultants Star_Base system. In almost all areas explored, PGLA found identical or substantially similar logic, table names, field names, definitions, and source code between the two applications.

PGLA is also of the opinion to a reasonable degree of certainty that The Miller Group modified substantial portions of the IS3 source codes between the dates of May 9, 2003 and May 14, 2003, modifying table names and variable names in their code because the IS3 system used most of the names defined and assigned by the Star_Base system. The Miller Group evidently forgot to change the C++ code received by our office on May 16 and worked for three days to produce another version. This new version contained the same type of "search-and-replace" changes to assign different names to Century's tables, fields, and software.

It is the opinion of PG Lewis & Associates, LLC that The Miller Group had access to the source codes developed by Century Consultants while designing their system. PGLA is of the further opinion that The Miller Group modeled their IS3 system after Star_Base and probably used the Star_Base source code as a starting platform.

I remain available to discuss this report further.

P. Lewis
May 29, 2003



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

# APPENDIX "A"

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Source Code Listing of SkdMassDetail.php.

| SkdMassDetail.php | |
|---|---|
| **Springfield School District** | **IS3 May 16, 2003** |

```
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student
Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=='')
{
  echo '<TABLE>';
  echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=C">';
  echo "<TD>School Year:</TD>";
  $curyr=GetSysYear();
  $cknext="select distinct
a.start_yy from course a, config b
      where (a.start_yy > b.year and
a.start_yy < '50')";
  $ckdb=DBQuery($cknext);
  $ckyrdata=DBReturn($ckdb, $ckcnt);
  if($ckyrdata[1]['START_YY'] != '')
{$curyr=$curyr + 1;
    $curyr=str_pad($curyr, 2, "0",
str_pad_left);
  }
  echo "<TD>";
  GetSchoolYear('year',$curyr,'');
  echo "</TD>";
  echo "<TR>";

PrepareSchool(SessionSchool(),'midh
igh');
  echo "</TR>";
  echo "<TR>";
```

```
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student
Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=='')
{
  echo '<TABLE>';
  echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=C">';
  echo "<TD>School Year:</TD>";
  $curyr=GetSysYear();
  $cknext="select distinct a.SYEAR
from COURSES a, config b
    where
(A.SYEAR > B.SYEAR and A.SYEAR <
'50') ";
  $ckdb=DBQuery($cknext);
  $ckyrdata=DBReturn($ckdb, $ckcnt);
  if($ckyrdata[1]['SYEAR'] != '')
{
    $curyr=$curyr + 1;
    $curyr=str_pad($curyr, 2, "0",
str_pad_left);
  }
  echo "<TD>";
  GetSchoolYear('year',$curyr,'');
  echo "</TD>";
  echo "<TR>";

PrepareSchool(SessionSchool(),'midh
igh');
  echo "</TR>";
  echo "<TR>";
```

```
PrepareGrade(SessionSchool(),'midhi
gh');
  echo "</TR>";
  echo "<TR>";
  echo "<TD>Schedules:</TD>";
  echo "<TD>Complete<INPUT
TYPE=RADIO NAME=comp_part VALUE=C
SIZE=1 CHECKED>";
  echo "Partial<INPUT TYPE=RADIO
NAME=comp_part VALUE=P SIZE=1>";
  echo "</TD></TR>";
  echo "<TR>";
  echo "<TD>Include Cluster:</TD>";
  echo "<TD><INPUT TYPE=RADIO
NAME=cluster VALUE=Y SIZE=1 >";
```

```
PrepareGrade(SessionSchool(),'midhi
gh');
  echo "</TR>";
  echo "<TR>";
  echo "<TD>Schedules:</TD>";
  echo "<TD>Complete<INPUT
TYPE=RADIO NAME=comp_part VALUE=C
SIZE=1 CHECKED>";
  echo "Partial<INPUT TYPE=RADIO
NAME=comp_part VALUE=P SIZE=1>";
  echo "</TD></TR>";
  echo "<TR>";
  echo "<TD>Include Cluster:</TD>";
  echo "<TD><INPUT TYPE=CHCKBOX
```



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*



```
  echo "</TD></TR>";
  echo '<TR><TD>Student
ID:</TD><TD><INPUT TYPE="text"
NAME="a_stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
  //echo "<input type=hidden
name=a_stu value =ALL>";
  echo '</TABLE><BR><BR>';
  Buttons('Find','Reset Values');
  echo '</FORM>';
}
if($func=='C')
{
  if($sch == '')
  {
    echo "<H4> You must enter a
school to schedule.</H4>";
    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

    exit();
  }
  echo "<H4> ";
  $dispyear=DispYear($year);
  $dispsch=GetSchool($sch);
  echo
"<BR>".$dispyear."<BR>".$dispsch;
  if($grade == '') {  echo "<BR> All
Grades";   }
  else {  echo "<BR>Grade -
".$grade;   }
  if($a_stu == 'ALL')
  {
    $cklock="select sched_lock_date
lock_date from sch_base where
school = '$sch'";
    $ckdb=DBQuery($cklock);

$lockdata=DBReturnNoWord($ckdb,$lkc
nt);
//echo "<BR>sql=".$cklock;
    if($lockdata[1]['LOCK_DATE'] !=
'')
    {
    echo "<H4> The schedule has been
locked as of
".$lockdata[1]['LOCK_DATE'].". You
can not run the scheduler for all
students.</H4>";
    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

    exit();
```

```
NAME=cluster VALUE=Y SIZE=1 >";
  echo "</TD></TR>";
  echo '<TR><TD>Student
ID:</TD><TD><INPUT TYPE="text"
NAME="a_stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
  //echo "<input type=hidden
name=a_stu value =ALL>";
  echo '</TABLE><BR><BR>';
  Buttons('Find','Reset Values');
  echo '</FORM>';
}
if($func=='C') {

  if($sch == '')
{
    echo "<H4> You must enter a
school to schedule.</H4>";
    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

    exit();
  }
  echo "<H4> ";
  $dispyear=DispYear($year);
  $dispsch=GetSchool($sch);
  echo
"<BR>".$dispyear."<BR>".$dispsch;
  if($grade == '') {
    echo "<BR> All Grades";
  } else {
    echo "<BR>Grade - ".$grade;
  }
  if($a_stu == 'ALL') {
    $cklock="select sched_lock_date
AS lock_date from SCHOOLS where
school = '$sch'";
    $ckdb=DBQuery($cklock);

$lockdata=DBReturnNoWord($ckdb,$lkc
nt);
    //echo "<BR>sql=".$cklock;
    if($lockdata[1]['LOCK_DATE'] !=
'')
{
    echo "<H4> The schedule has
been locked as of
".$lockdata[1]['LOCK_DATE'].". You
can not run the scheduler for all
students.</H4>";
    echo "<BR><BR>Click<A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
      }
    }
  if($comp_part == 'P')  {   echo
"<BR><BR>This will
schedule all partial
schedules.</H4>";   }
  else {
echo "<BR><BR>This will
delete the schedule for the
student. <BR>If 'ALL' is selected,
all schedules will be
delete.</H4>";   }
  echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=S&year='.$ye
ar.'&cluster='.$cluster.

'&sch='.$sch.'&grade='.$grade.'&a_s
tu='.$a_stu.'&comp_part='.$comp_par
t.'">';
  Buttons('CONTINUE','');
  echo '</FORM>';
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
  }
if($func=='S')
{
  if($a_stu == 'ALL')
  {
   $getid="select id from sched_run
where school = '$sch'";
   $iddb=DBQuery($getid);
   $iddata=DBReturn($iddb,$idcnt);
   $id=$iddata[1]['ID'];
   $getresult="select status from
sched_results where id = '$id'";
   $resultdb=DBQuery($getresult);
$resultdata=DBReturn($resultdb,$res
ultcnt);
   if($resultcnt > 0  and
$resultdata[1]['STATUS'] != 'D')
   {echo "<H4> The previous
scheduling run is still scheduling.
<BR>You must wait before running
again.</H4>";
   echo<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
    if($s_ulevel == '999')    {
      echo <BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=O&sch=".$sch."
&id=".$id."'>HERE</A> to
override.<BR><BR>";
```

```
      exit();
    }
  }
  if($comp_part == 'P')  {
     echo "<BR><BR>This will schedule
all partial schedules.</H4>";
   } else {
     echo "<BR><BR>This will delete
the schedule for the student.
<BR>If 'ALL' is selected, all
schedules will be deleted.</H4>";
   }
   echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=S&year='.$ye
ar.'&cluster='.$cluster.

'&sch='.$sch.'&grade='.$grade.'&a_s
tu='.$a_stu.'&comp_part='.$comp_par
t.'">';
   Buttons('CONTINUE','');
   echo '</FORM>';
   echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
  }
if($func=='S')
{
  if($a_stu == 'ALL')
  {
     $getid="select id from sched_run
where school = '$sch'";
     $iddb=DBQuery($getid);
     $iddata=DBReturn($iddb,$idcnt);

     $id=$iddata[1]['ID'];

     $getresult="select status from
sched_results where id = '$id'";
     $resultdb=DBQuery($getresult);

$resultdata=DBReturn($resultdb,$res
ultcnt);
    if($resultcnt > 0  and
$resultdata[1]['STATUS'] != 'D') {
     echo "<H4> The previous
scheduling run is still scheduling.
<BR>You must wait before running
again.</H4>";
     echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
     if($s_ulevel == '999') {
       echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
```