**E-FILED**
Friday, 15 July, 2005  02:57:56 PM
Clerk, U.S. District Court, ILCD

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
      }
    exit();   }
  }
 $delpri="delete sched_stu where
school = '$sch' and (student_id =
'$a_stu' or '$a_stu' = 'ALL')";
 $db=DBQuery($delpri);
 $delresult="delete sched_results
where id = '$id'";
 $db=DBQuery($delresult);
 $delrun="delete sched_run where
school = '$sch'";
 $db=DBQuery($delrun);
 if(($comp_part=='C') or
($comp_part=='P' and $a_stu !=
'ALL')) {
   $delcount="select a.class_cd,
a.section, count(*) seatcnt
from stu_sche a, stu_sch b


where a.start_yy = '$year'
and a.start_yy=b.start_yy
and a.school = '$sch'
and b.school=a.school
and (a.student_id = '$a_stu'
or '$a_stu' = 'ALL')


and b.student_id(+)=a.student_id
and (b.grade='$grade' or '$grade'
is null) group by class_cd,
section";
   $cntdb=DBQuery($delcount);

$crsdata=DBReturnNoWord($cntdb,$cnt
);
//echo "<BR>sql=".$delcount;
  $ckforatt="select a.seq_number,
b.class_cd, b.section,b.period,
    b.semester,b.days,b.sub_section
from stu_stc_head a, stu_stc_xact
b, stu_sche c
where a.start_yy = '$year'
and a.school = '$sch'
        and a.student_id = '$a_stu'
        and a.seq_number =
b.seq_number
        and a.start_yy = c.start_yy
        and a.school = c.school
        and a.student_id =
c.student_id
        and b.class_cd = c.class_cd
        and b.section = c.section
        and c.active_cd = 'A'";
  $attdb=DBQuery($ckforatt);

$attdata=DBReturnNoWord($attdb,$att
```

```
ST['modname']."&func=O&sch=".$sch."
&id=".$id."'>HERE</A> to
override.<BR><BR>";
      }
    exit();  }
  }
 $delpri="delete from sched_stu
where school='$sch' and
(student_id='$a_stu' or
'$a_stu'='ALL') ";
 $db=DBQuery($delpri);
 $delresult="delete from
sched_results where id = '$id'";
 $db=DBQuery($delresult);
 $delrun="delete from sched_run
where school = '$sch'";
 $db=DBQuery($delrun);
 if(($comp_part=='C') or
($comp_part=='P' and $a_stu !=
'ALL')) {
   $delcount="select a.CRS_NUM,
a.CRS_SEG, count(*) AS seatcnt
from STU_SCHEDULE a LEFT OUTER JOIN
STU_SCHOOL_MEETS b ON
(a.student_id = b.student_id)
where a.SYEAR = '$year'
and a.SYEAR=b.SYEAR
and a.school = '$sch'
and b.school=a.school
and (a.student_id = '$a_stu' or
'$a_stu' = 'ALL') ";
   if(!empty($grade)){$delcount.="
and b.grade='$grade' ";}
   $delcount.="group by
a.CRS_NUM,a.CRS_SEG ";
   $cntdb=DBQuery($delcount);

$crsdata=DBReturnNoWord($cntdb,$cnt
);
  //echo "<BR>sql=".$delcount;
  $ckforatt="select
a.ID, b.CRS_NUM,
b.CRS_SEG,b.period,
   b.semester,b.days,b.CRS_SLICE
   from stu_sched_list a,
stu_list_act b, STU_SCHEDULE c
   where a.SYEAR = '$year'
   and a.school = '$sch'
   and a.student_id = '$a_stu'
   and a.ID = b.ID
   and a.SYEAR = c.SYEAR
   and a.school = c.school
   and a.student_id = c.student_id
   and b.CRS_NUM = c.CRS_NUM
   and b.CRS_SEG = c.CRS_SEG
   and c.active_cd = 'A'";
```

* Confidential – Attorneys Eyes Only

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
cnt);
  if($fromsched=='Y')
  {
    $dt=$dy.'-'.$mn.'-'.$yr;
  }
  else  $dt=date('d-M-y');
  for($a=1;$a<=$attcnt;$a++)
  {
    $sq=$attdata[$a]['SEQ_NUMBER'];

$cl=strtoupper($attdata[$a]['CLASS_
CD']);
    $sc=$attdata[$a]['SECTION'];
    $sb=$attdata[$a]['SUB_SECTION'];
    $pd=$attdata[$a]['PERIOD'];

$sm=strtoupper($attdata[$a]['SEMEST
ER']);
    $dy=$attdata[$a]['DAYS'];
    $ckstc="select count(*) cnt from
stu_stc_xact
      where seq_number = '$sq'
        and effective_date= '$dt'
        and class_cd = '$cl'
        and section = '$sc'
        and sub_section = '$sb'
        and period = '$pd'";
    $ckstcdb=DBQuery($ckstc);

$ckstcdata=DBReturn($ckstcdb,$ckstc
nt);
    if($ckstcdata[1]['CNT'] == 0)
    {
    $insstc="insert into
stu_stc_xact (
SEQ_NUMBER, TRANSACTION_DATE,

TRANSACTION_TYPE,EFFECTIVE_DATE,CLA
SS_CD, SECTION,

SUB_SECTION,PERIOD,SEMESTER,DAYS)
    values
('$sq','$dt','D','$dt','$cl','$sc',
'$sb','$pd','$sm','$dy')";
    $insdb=DBQuery($insstc);
  //echo "<BR>ins=".$insstc;
    }
  }
//  if($a_stu == 'ALL')
//  {
    for($z=1;$z<=$cnt;$z++)
    {

$cls=strtoupper($crsdata[$z]['CLASS
_CD']);
    $sect=$crsdata[$z]['SECTION'];
    $seats=$crsdata[$z]['SEATCNT'];
```

```
    $attdb=DBQuery($ckforatt);

$attdata=DBReturnNoWord($attdb,$att
cnt);
    $dt=date('d-M-y');
    for($a=1;$a<=$attcnt;$a++) {
    $sq=$attdata[$a]['ID'];
    $cl=$attdata[$a]['CRS_NUM'];
    $sc=$attdata[$a]['CRS_SEG'];
    $sb=$attdata[$a]['CRS_SLICE'];
    $pd=$attdata[$a]['PERIOD'];
    $sm=$attdata[$a]['SEMESTER'];
    $dy=$attdata[$a]['DAYS'];
    $ckstc="select count(*) AS cnt
from stu_list_act
    where ID = '$sq'
    and effective_date= '$dt'
    and CRS_NUM = '$cl'
    and CRS_SEG = '$sc'
    and CRS_SLICE = '$sb'
    and period = '$pd'";
    $ckstcdb=DBQuery($ckstc);

$ckstcdata=DBReturn($ckstcdb,$ckstc
nt);
    if($ckstcdata[1]['CNT'] == 0) {
    $insstc="insert into
stu_list_act
(ID,TRANSACTION_DATE,TRANSACTION_TY
PE,EFFECTIVE_DATE,CRS_NUM,CRS_SEG,
    CRS_SLICE,PERIOD,SEMESTER,DAYS)
    VALUES
('$sq','$dt','D','$dt','$cl','$sc',
'$sb','$pd','$sm','$dy')";
    $insdb=DBQuery($insstc);
    }
  }
  for($z=1;$z<=$cnt;$z++){
    $cls=$crsdata[$z]['CRS_NUM'];
    $sect=$crsdata[$z]['CRS_SEG'];
    $seats=$crsdata[$z]['SEATCNT'];
    $updseat="update COURSE_SECTION
    set AVAI_SEATS = avai_seats +
'$seats',
    ASSI_SEATS = assi_seats -
'$seats'
    where SYEAR = '$year'
    and school = '$sch'
    and CRS_NUM = '$cls'
    and CRS_SEG = '$sect'";
    $upddb=DBQuery($updseat);
    }
    $delsched="delete from
STU_SCHEDULE where SYEAR = '$year'
    and school = '$sch'
    and (student_id = '$a_stu'
    or '$a_stu' = 'ALL')
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
    $updpseat="update sect
     set AVAI_SEATS = avai_seats
+ '$seats',
        ASSI_SEATS = assi_seats -
'$seats'
        where start_yy = '$year'
        and school = '$sch'
        and class_cd = '$cls'
        and section = '$sect'";
    $upddb=DBQuery($updseat);
  //echo "<BR>updseats=".$updseat;
    }
    $delsched="delete sched a where
a.start_yy = '$year'
        and a.school = '$sch'
        and (a.student_id = '$a_stu'
or '$a_stu' = 'ALL')
        and a.student_id = (select
b.student_id
         from stu_sch b
         where b.start_yy =
a.start_yy
            and b.school =
a.school
            and b.student_id =
a.student_id
            and (b.grade =
'$grade' or '$grade' is null))";
    $db=DBQuery($delsched);
  //echo "<BR>sql= ".$delsched;
    $delmeet="delete s_meet a where
a.start_yy = '$year'
        and a.school = '$sch'
        and (a.student_id = '$a_stu'
or '$a_stu' = 'ALL')
        and a.student_id = (select
b.student_id
         from stu_sch b
         where b.start_yy =
a.start_yy
            and b.school =
a.school
            and b.student_id =
a.student_id
            and (b.grade =
'$grade' or '$grade' is null))";
    $db=DBQuery($delmeet);
//    }
//    elseif($cnt != '0')
//    {
//    echo "<H4> The selected
student is already
scheduled.</H4>";
//    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
```

```
    and student_id IN (select
student_id
    from STU_SCHOOL_MEETS
    where SYEAR = '$year'
    and school = '$sch' ";
    if (!empty($grade)) {
     $delsched.=" and grade =
'$grade' ";
     }
     $delsched.=" )";
     $db=DBQuery($delsched);
     //echo "<BR>sql= ".$delsched;
     $delmeet="delete from
COURSE_SPECIAL_MEETS where SYEAR =
'$year'
    and school = '$sch'
    and (student_id = '$a_stu' or
'$a_stu' = 'ALL')
    and student_id IN (select
student_id
    from STU_SCHOOL_MEETS
    where SYEAR = '$year'
    and school = '$sch' ";
    if (!empty($grade)) {
     $delmeet.="and grade =
'$grade'";
     }
     $delmeet.=" ) ";
     $db=DBQuery($delmeet);
   }
  $sql="SELECT
".db_seq_nextval('sps_sched_run_seq
')." AS NV ".FROM_DUAL;
  $result=DBQuery($sql);
  $row=db_fetch_row($result);
  $nextv=$row['NV'];
  $getcnt="select count(*) AS cnt
   from STU_SCHOOL_MEETS a
   where a.SYEAR = '$year'
   and a.school = '$sch' ";
  if (!empty($grade)) {
     $getcnt.=" and a.grade =
'$grade' ";
   }
  $getcnt.=" and (a.student_id =
'$a_stu' or '$a_stu' = 'ALL') and
a.active in ('A','R')";
  $cntdb=DBQuery($getcnt);
  $cntdata=DBReturn($cntdb, $cnt);
  $no_of_stu=$cntdata[1]['CNT'];
  if($cluster!='Y') {  $cluster='N';
}
  $insertrun="insert into sched_run
( ID, TYPE_OF_SCHED, SCHOOL, SYEAR,
  PARTIALS_OR_COMPLETES,
  TIME_LIMIT, TOT_STU,
STX_SCHED_FLAG,
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
//    Warehouse("footer");
//    exit();
//    }
 }
 $sql="SELECT
".db_seq_nextval('sps_sched_run_seq
')." AS NV ".FROM_DUAL;
 $result=DBQuery($sql);
 $row=db_fetch_row($result);
 $nextv=$row['NV'];
 $getcnt="select count(*) cnt
     from stu_sch a
     where a.start_yy = '$year'
     and a.school = '$sch'
     and (a.grade = '$grade' or
'$grade' is null)
     and (a.student_id = '$a_stu' or
'$a_stu' = 'ALL')
     and a.active in ('A','R')";
 $cntdb=DBQuery($getcnt);
 $cntdata=DBReturn($cntdb, $cnt);
 $no_of_stu=$cntdata[1]['CNT'];
 if($cluster!='Y') {   $cluster='N';
}
 $insertrun="insert into sched_run
( ID, TYPE_OF_SCHED, SCHOOL,
START_YY, PARTIALS_OR_COMPLETES,
     TIME_LIMIT, TOT_STU,
STX_SCHED_FLAG, ABORT_AT_50 ,
UNLIMITED_SEATS, PERCENT_OVERRIDE,
     SCHOOL_DAYS, IGN_CLUSTER,
IGN_ABILITY, IGN_ALTERNATES,
BALANCE_BY_SEMESTER,
     LINKED_COURSES, SPMN,
SCHED_START_TIME, STUDENT_ID)
     values
('$nextv','M','$sch','$year','$comp
_part','9999','$no_of_stu','Y','N',
'N','1','MTWRF','$cluster','N','N',
'N','N','ALL',
      '37581','$a_stu')";
 $insdb=DBQuery($insertrun);
 if($a_stu != 'ALL')
 {
 $gettemp="select a.start_yy,
a.school, a.student_id, a.grade,
b.last_name, b.first_name
     from stu_sch a, students b
     where a.start_yy = '$year'
     and a.school = '$sch'
     and (a.grade = '$grade' or
'$grade' is null)
     and a.student_id = '$a_stu'
     and a.active in ('A','R')
     and a.student_id = b.student_id
     order by 2";
 $tempdb=DBQuery($gettemp);
```

```
    ABORT_AT_50 , UNLIMITED_SEATS,
    PERCENT_OVERRIDE,
    SCHOOL_DAYS, IGN_CLUSTER,
IGN_ABILITY,
    IGN_ALTERNATES,
BALANCE_BY_SEMESTER,
    LINKED_COURSES, SPMN,
SCHED_START_TIME,
    STUDENT_ID)
    values
('$nextv','M','$sch','$year','$comp
_part',
'9999','$no_of_stu','Y','N','N','1'
,'MTWRF',
    '$cluster','N','N','N','N','ALL',
    '37581','$a_stu')";
 $insdb=DBQuery($insertrun);
 if($a_stu != 'ALL') {
    $gettemp="select a.SYEAR,
a.school, a.student_id,
    a.grade, b.last_name,
b.first_name
    from
    STU_SCHOOL_MEETS a, students b
    where
    a.SYEAR = '$year'
    and a.school = '$sch' ";
    if (!empty($grade)) {
      $gettemp.=" and a.grade =
'$grade' ";
    }
    $gettemp.=" and a.student_id =
'$a_stu'
    and a.active in ('A','R')
    and a.student_id = b.student_id
    order by 2";
 $tempdb=DBQuery($gettemp);
    $stxdata=DBReturn($tempdb,
$stzcnt);
 .if($stzcnt == '0') {
    echo "<H4> You entered a
invalid student.</H4>";
    echo "<BR><BR>Click a <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.";

    exit();
    }

    for($x=1;$x<=$stzcnt;$x++) {
    $sc=$stxdata[$x]['SCHOOL'];

$stu=$stxdata[$x]['STUDENT_ID'];
    if($grade == '') {
      $grade = 'A';
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

```
$stxdata=DBReturn($tempdb,
$stzcnt);
 if($stzcnt == '0')
  {
  echo "<H4> You entered a invalid
student.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.";

  exit();
  }

 for($x=1;$x<=$stzcnt;$x++)
   {
   $sc=$stxdata[$x]['SCHOOL'];
   $stu=$stxdata[$x]['STUDENT_ID'];
   if($grade == '') {  $grade = 'A';
}
   $yr=$stxdata[$x]['START_YY'];
   $schedstu="begin
schedrun_setup('$sc','$yr','$grade'
,'A','*','*','01','08','','','','',
'','','ALL','$stu');end;";
   $doexec=DBQuery($schedstu);
   }
 }
 else
   {
   if($grade == '') {  $grade = 'A';
}
   $schedstu="begin
schedrun_setup('$sch','$year','$gra
de','A','*','*','01','08','','','',
'','','','ALL','ALL');end;";
   $doexec=DBQuery($schedstu);
   }
//echo "<BR>".$schedstu;
//echo "<BR>".$gettemp.',    cnt-
'.$stzcnt;
 if($a_stu == 'ALL')   {echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&viewprog=2\">Assign
Schedules</a>\n";   }
 else {  echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&a_stu=$a_stu&year=$
year&sch=$sch&viewprog=2\">Assign
Schedule for ".
   $stxdata[1]['FIRST_NAME']."
".$stxdata[1]['LAST_NAME'].".</a>\n
";  }
 }
 if($func=='O')
```

```
      }
     $yr=$stxdata[$x]['SYEAR'];

 schedrun_setup($sc,$yr,$grade,'A','
*','*',"ALL",$stu);
     }
   } else {
    if($grade == '') {
     $grade = 'A';
    }

 schedrun_setup($sch,$year,$grade,'A
','*','*',"ALL","ALL");
   }
  if($a_stu == 'ALL')  {
     echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&viewprog=2\">Assign
Schedules</a>\n";
   } else {
     echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&a_stu=$a_stu&year=$
year&sch=$sch&viewprog=2\">Assign
Schedule for ".
    $stxdata[1]['FIRST_NAME']."
".$stxdata[1]['LAST_NAME'].".</a>\n
";  }
 }
 }
if($func=='O') {
 $upd="update sched_results set
status = 'D' where id = '$id'";
 $db=DBQuery($upd);
 echo "<BR><BR>Click <A
HREF="Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
 }

//SkdMassRun

if ($func=='R') {
 include "./VarExtract.inc";
 ignore_user_abort(true);
 echo "<html>\n<head>\n";
 $sql="SELECT * FROM SCHED_RESULTS
WHERE ID='$run_id'";
 $result=DBQuery($sql);
 $list=DBReturn($result,$count);
 if($list[1]['STATUS'] != 'D') {
  if (($count==1 &&
$list[1]['STATUS']!='D') ||
$viewprog!=1) {
     echo "<meta HTTP-EQUIV=Refresh
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
{
  $upd="update sched_results
    set status = 'D'
    where id = '$id'";
  $db=DBQuery($upd);
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
}

//SkdMassRun

if ($func=='R') {

include "./VarExtract.inc";
ignore_user_abort(true);
echo "<html>
<head>";
$sql="SELECT * FROM SCHED_RESULTS
WHERE ID='$run_id'";
$result=DBQuery($sql);
$list=DBReturn($result,$count);
if($list[1]['STATUS'] != 'D')
{
    if ($count==1 &&
$list[1]['STATUS']!='D') ||
$viewprog!=1)
    echo "<meta HTTP-EQUIV=Refresh
CONTENT=\"2;
URL={$Protocol}://{$_SERVER['HTTP_H
OST']}{$_SERVER['PHP_SELF']}?modnam
e={$_REQUEST['modname']}&viewprog=1
&a_stu=$a_stu&year=$year&sch=$sch&r
un_id=$run_id&func=R\">\n";
}
echo "<title>Schedule
Progress</title>
<body>\n";
if ($viewprog!=1) {
    session_write_close();
    //System Call

putenv("ORACLE_HOME=/home/oracle/Or
aHome1");

$command="/usr/local/sched/schedscr
ipt $run_id 1>/dev/null 2>
/dev/null &";
    exec("$command");

    //  echo $command."\n";
    echo
"<br><br><br><center><b>Schedule
run has started....... Please wait.
</b></center><br><br><br>";
} else {
```

```
CONTENT=\"2;
URL={$Protocol}://{$_SERVER['HTTP_H
OST']}{$_SERVER['PHP_SELF']}?modnam
e={$_REQUEST['modname']}&viewprog=1
&a_stu=$a_stu&year=$year&sch=$sch&r
un_id=$run_id&func=R\">\n";
    }
  echo "<title>Schedule
Progress</title>
<body>\n";
  if ($viewprog!=1) {
    session_write_close();
    eval($DatabaseCommands);
    exec("$SchedCommand $run_id
1>/dev/null 2>/dev/null &");
    echo
"<br><br><br><center><b>Schedule
run has started....... Please wait.
</b></center><br><br><br>";
  } else {
    echo "<center>";
    echo "<table width='80%'
border='1'>";
    echo "<th>Run ID</th>";
    echo "<th>Percent</th>";
    echo "<th>Complete</th>";
    echo "<th>Partial</th>";
    echo "<th>No Requests</th>";
    echo "<th>Irresolvable</th>";
    if($list[1]['STATUS'] == 'D') {
      echo "<th> </th>";
    } else {
      echo "<th>Student</th>";
    }
    echo "</tr><tr><td>";
    echo $list[1]['ID'];
    echo "</td>";
    $totstu=$list[1]['COMPLETE'] +
$list[1]['PARTIAL'] +
$list[1]['NO_REQUESTS'] +
$list[1]['IRRESOLVABLE'];
    if($totstu != '0') {
      $pct = 100 *
($list[1]['COMPLETE'] / $totstu);

$disppct=number_format($pct,'2','.'
,',');
    }
    echo "<td>";
    echo $disppct;
    echo "</td>";
    echo "<td>";
    echo $list[1]['COMPLETE'];
    echo "</td>";
    echo "<td>";
    echo $list[1]['PARTIAL'];
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
        echo "<center>";
        echo "<table width='80%'
border='1'>";
        echo "<th>Run ID</th>";
        echo "<th>Percent</th>";
        echo "<th>Complete</th>";
        echo "<th>Partial</th>";
        echo "<th>No Requests</th>";
        echo "<th>Irresolvable</th>";
        if($list[1]['STATUS'] == 'D')
{
    echo "<th> </th>";
        } else {
    echo "<th>Student</th>";
        }
        echo "</tr><tr><td>";
        echo $list[1]['ID'];
        echo "</td>";
        $totstu=$list[1]['COMPLETE'] +
$list[1]['PARTIAL'] +
$list[1]['NO_REQUESTS'] +
$list[1]['IRRESOLVABLE'];
        if($totstu != '0')
        {
            $pct = 100 *
($list[1]['COMPLETE'] / $totstu);

$disppct=number_format($pct,'2','.'
,',');
        }
        echo "<td>";
        echo $disppct;
        echo "</td>";
        echo "<td>";
        echo $list[1]['COMPLETE'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['PARTIAL'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['NO_REQUESTS'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['IRRESOLVABLE'];
        echo "</td>";
        echo "<td>";
        if($list[1]['STATUS'] == 'D')
{
    echo "Schedule run completed";
        } else {
    echo $list[1]['STUDENT_ID'];
        }
        echo "</td></tr>";
        echo "</table>";
}
if($list[1]['STATUS'] == 'D') {
    if($a_stu != '')  {
```

```
        echo "</td>";
        echo "<td>";
        echo $list[1]['NO_REQUESTS'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['IRRESOLVABLE'];
        echo "</td>";
        echo "<td>";
        if($list[1]['STATUS'] == 'D') {
         echo "Schedule run completed";
        } else {
         echo $list[1]['STUDENT_ID'];
        }
        echo "</td></tr>";
        echo "</table>";
    }
    if($list[1]['STATUS'] == 'D') {
        if($a_stu != '') {
            $getname="SELECT LAST_NAME,
FIRST_NAME
            FROM STUDENTS
            WHERE STUDENT_ID = '$a_stu'";
            $nmdb=DBQuery($getname);
            $namedata=DBReturn($nmdb,
$cnt);
            $ckforatt="select count(*) AS
cnt from stu_sched_list
            where SYEAR = '$year'
            and school = '$sch'";
            $ckdb=DBQuery($ckforatt);
            $ckdata=DBReturn($ckdb,$cnt);
            if($ckdata[1]['CNT'] > 0) {
                $getseq="select ID from
stu_sched_list
            where SYEAR = '$year'
            and school = '$sch'
            and student_id = '$a_stu'";
                $getdb=DBQuery($getseq);

$seqdata=DBReturn($getdb,$cnt);
            $seq=$seqdata[1]['ID'];
            $nextid=$seq;
            if($seq == '') {
            $nextsql="select
".db_seq_nextval("stcpsequ").
            " AS nxtval ".FROM_DUAL;
            $db=DBQuery($nextsql);

$nextseq=DBReturnNoWord($db,$nxtcnt
);
            $nextid=$nextseq[1]['NXTVAL'];
            $ins="insert into
stu_sched_list (ID, SYEAR,
            school, student_id)
            values ('$nextid',
'$year','$sch','$a_stu')";
            $insdb=DBQuery($ins);
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
    $getname="SELECT LAST_NAME,
FIRST_NAME
    FROM STUDENTS
    WHERE STUDENT_ID = '$a_stu'";
$nmdb=DBQuery($getname);
$namedata=DBReturn($nmdb, $cnt);
$ckforatt="select count(*) cnt
from stu_stc_head
    where start_yy = '$year'
        and school = '$sch'";
$ckdb=DBQuery($ckforatt);
$ckdata=DBReturn($ckdb,$cnt);
if($ckdata[1]['CNT'] > 0)
{
$getseq="select seq_number from
stu_stc_head
    where start_yy = '$year'
        and school = '$sch'
        and student_id = '$a_stu'";
$getdb=DBQuery($getseq);
$seqdata=DBReturn($getdb,$cnt);
$seq=$seqdata[1]['SEQ_NUMBER'];
$nextid=$seq;
if($seq == '')
{
$nextsql="select
stcpsequ.nextval nxtval from dual";
$db=DBQuery($nextsql);

$nextseq=DBReturnNoWord($db,$nxtcnt
);
$nextid=$nextseq[1]['NXTVAL'];
$ins="insert into stu_stc_head
(seq_number, start_yy, school,
student_id)
    values ('$nextid',
'$year','$sch','$a_stu')";
$insdb=DBQuery($ins);
}
$getcrs="select a.class_cd,
a.section, b.sub_section, b.period,
decode(c.semester,'',b.semester,c.s
emester) semester,
    decode(c.days,'',b.days,c.days)
days
    from stu_sche a, meets b,
stu_meet c
    where a.start_yy = '$year'
        and a.school = '$sch'
        and a.student_id = '$a_stu'
        and a.start_yy = b.start_yy
        and a.school = b.school
        and a.class_cd = b.class_cd
        and a.section = b.section
        and a.start_yy = c.start_yy
(+)
```

```
    }
    $getcrs="select a.CRS_NUM,
a.CRS_SEG, b.CRS_SLICE,
    b.period,

".db_case(Array("c.semester",'',"b.
semester",
    "c.semester")).." AS semester,

".db_case(Array("c.days",'',"b.days
","c.days"))
    ." AS days
    from STU_SCHEDULE a LEFT OUTER
JOIN COURSE_SPECIAL_MEETS c ON (
    a.SYEAR = c.SYEAR
    and a.school = c.school
    and a.student_id = c.student_id
    and a.CRS_NUM = c.CRS_NUM
    and a.CRS_SEG = c.CRS_SEG
    ), COURSE_SPECIAL_MEETS c
COURSE_SPECIAL_MEETS c
    where a.SYEAR = '$year'
    and a.school = '$sch'
    and a.student_id = '$a_stu'
    and a.SYEAR = b.SYEAR
    and a.school = b.school
    and a.CRS_NUM = b.CRS_NUM
    and a.CRS_SEG = b.CRS_SEG";
    $crsdb=DBQuery($getcrs);

$crsdata=DBReturnNoWord($crsdb,
$crscnt);
    //echo "<BR>getcrs=".$getcrs;
    for($z=1;$z<=$crscnt;$z++) {
$cls=$crsdata[$z]['CRS_NUM'];
$sect=$crsdata[$z]['CRS_SEG'];

$subsect=$crsdata[$z]['CRS_SLICE'];
$prd=$crsdata[$z]['PERIOD'];
$sem=$crsdata[$z]['SEMESTER'];
$days=$crsdata[$z]['DAYS'];
$tdate=date('d-M-y');
$ckins="select count(*) AS cnt
from stu_list_act
    where ID = '$nextid'
        and CRS_NUM = '$cls'
        and CRS_SEG = '$sect'
        and CRS_SLICE = '$subsect'
        and period = '$prd'";
$ckdb=DBQuery($ckins);
$ckdata=DBReturn($ckdb,$ckcnt);
if($ckdata[1]['CNT'] == '0') {
    $inssql="insert into
stu_list_act (ID,
        transaction_date,
transaction_type,
    effective_date, CRS_NUM,
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
        and a.school = c.school (+)
        and a.student_id =
c.student_id (+)
        and a.class_cd = c.class_cd
(+)
        and a.section = c.section
(+)";
    $crsdb=DBQuery($getcrs);
    $crsdata=DBReturnNoWord($crsdb,
$crscnt);
//echo "<BR>getcrs=".$getcrs;
    for($z=1;$z<=$crscnt;$z++)
    {

$cls=strtoupper($crsdata[$z]['CLASS
_CD']);
    $sect=$crsdata[$z]['SECTION'];

$subsect=$crsdata[$z]['SUB_SECTION'
];
    $prd=$crsdata[$z]['PERIOD'];

$sem=strtoupper($crsdata[$z]['SEMES
TER']);
    $days=$crsdata[$z]['DAYS'];
    $tdate=date('d-M-y');
    $ckins="select count(*) cnt from
stu_stc_xact
    where seq_number = '$nextid'
        and class_cd = '$cls'
        and section = '$sect'
        and sub_section = '$subsect'
        and period = '$prd'";
    $ckdb=DBQuery($ckins);
    $ckdata=DBReturn($ckdb,$ckcnt);
    if($ckdata[1]['CNT'] == '0')
    {
    $inssql="insert into
stu_stc_xact
(seq_number,transaction_date,
transaction_type,
        effective_date, class_cd,
section, sub_section,
period,semester,days)
    values
('$nextid','$tdate','A','$tdate','$
cls','$sect','$subsect','$prd','$se
m','$days')";
    $insdb=DBQuery($inssql);
    }
}
//echo "<BR>sql=".$inssql;
    }
    echo "<center><br /><br />Click
<a
href='Modules.php?modname=Guidance/
Scheduling/Reports/SkdUnschedList.
```

```
CRS_SEG,
        CRS_SLICE,
period,semester,days)
    values
('$nextid','$tdate','A','$tdate',
'$cls','$sect','$subsect',
        '$prd','$sem','$days')";
    $insdb=DBQuery($inssql);
    }
    }
    //echo "<BR>sql=".$inssql;
    }
    echo "<center><br /><br />Click
<a
href='Modules.php?modname=Guidance/
Scheduling/Reports/SkdUnschedList.p
hp&func=detail&last=".urlencode($na
medata[1]['LAST_NAME']).

"&first=".urlencode($namedata[1]['F
IRST_NAME']).'&stuid='.$a_stu.'&yea
r='.$year.'&sch='.$sch.
    "'>HERE</a> to see student
schedule.";
    echo "<BR><BR>Click on a
semester to print the schedule. <A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.
    "&sch=".$sch.
"&sem_cde=01&grd=00&sort_seq=01&stu
_no=".$a_stu.
    "&prog_step=3'> (Semester 1)
</A>";
    echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.
"&sch=".$sch."&sem_cde=02&grd=00&so
rt_seq=01&stu_no=".$a_stu.
    "&prog_step=3'> (Semester 2)
</A>";
    echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.
"&sch=".$sch."&sem_cde=03&grd=00&so
rt_seq=01&stu_no=".$a_stu.
    "&prog_step=3'> (All Year)
</A><BR></center>";
    }
    echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUES
T['modname']}&func=F'>HERE</a> to
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
hp&func=detail&last=".urlencode($na
medata[1]['LAST_NAME']).

"&first=".urlencode($namedata[1]['F
IRST_NAME']).'&stuid='.$a_stu.'&yea
r='.$year.'&sch='.$sch.
        "'>HERE</a> to see student
schedule.";
 echo "<BR><BR>Click on a semester
to print the schedule. <A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.

    "&sch=".$sch.
"&sem_cde=01&grd=00&sort_seq=01&stu
_no=".$a_stu.
    "&prog_step=3'> (Semester 1)
</A>";
 echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

"&sch=".$sch."&sem_cde=02&grd=00&so
rt_seq=01&stu_no=".$a_stu.
    "&prog_step=3'> (Semester 2)
</A>";
 echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

"&sch=".$sch."&sem_cde=03&grd=00&so
rt_seq=01&stu_no=".$a_stu.
    "&prog_step=3'> (All Year)
</A><BR></center>";
        }
        echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUES
T['modname']}&func=F'>HERE</a> to
schedule again.</center><br /><br
/>";
}
echo "</body></html>\n";


}
if($func=='getdate')
{
 echo '<TABLE>';
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].

'&func=S&fromsched=Y&sch='.$sch.'&y
ear='.$year.
```

```
schedule again.</center><br /><br
/>";
 }
 echo "</body></html>\n";


}


echo '<BR><BR>';

echo "</CENTER>";

function
schedrun_setup($currsch,$sch_st_yy,
$wgrade,$wshift,$wsex,$wethnic,$l_s
pmn,$l_student_id) {
 $sqlloop="select A.student_id,
A.last_name, A.first_name,
A.GENDER,
  A.ethnic,B1.grade,
B2.cluster_code, B1.shift,
  min(coalesce(C.priority_code,5))
AS priority_ext
  from
  students A,
  STU_SCHOOL_MEETS B1 LEFT OUTER
JOIN stu_sched_req C
  ON (C.SYEAR=B1.SYEAR AND
  C.school=B1.school AND
  C.student_id=B1.student_id),
  STU_SCHOOL_MEETS B2
  where
  B1.SYEAR = '$sch_st_yy' and
  B1.school = '$currsch' and
  (B1.grade = '$wgrade' or
'$wgrade' = 'A') and
  (B1.shift = '$wshift' or
'$wshift' = 'A') and
  (B1.student_id = '$l_student_id'
or '$l_student_id' = 'ALL') and
  B1.active in ('A','R','H') and
  A.student_id = B1.student_id and
  B1.SYEAR = B2.SYEAR and
  B1.student_id = B2.student_id and
  B1.grade = B2.grade and
  B1.shift = B2.shift and
  B1.active = B2.active
  group by
  A.student_id, A.last_name,
A.first_name, A.GENDER, A.ethnic,
  B1.grade, D.cluster_code,
B1.shift";
 $result=DBQuery($sqlloop);
 $wcnt2=0;
 while ($row=db_fetch_row($result))
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
'&a_stu='.$a_stu.'&comp_part=P'.
  '">';
 echo "<TR><TD>Effective
Date:</TD><TD>";
 GetMonth('mn','');
 GetDay('dy','');
 GetYear('yr','');
 echo "</TD>";
 echo "<TR>";
 echo '</TABLE><BR><BR>';
 Buttons('Submit','Reset Values');
 echo '</FORM>';
}
echo '<BR><BR>';

echo "</CENTER>";
?>
```

```
{
    $wcnt2++;
    $p_grade=$row['GRADE'];
    $startperiodsql="SELECT
start_period,end_period
    FROM sched_shift
    WHERE SYEAR = '$sch_st_yy' and
    school = '$currsch' and
    shift_code = '{$row['SHIFT']}' ";

$startperiodresult=DBQuery($startpe
riodsql);

$startperiodrow=db_fetch_row($start
periodresult);

$p_start_period=$startperiodrow['ST
ART_PERIOD'];

$p_end_period=$startperiodrow['END_
PERIOD'];
    if ($wsex=='Y') {
     $p_sex=$row['GENDER'];
    } else {
     $p_sex='*';
    }
    if ($wethnic=='Y') {
     $p_ethnic=$row['ETHNIC'];
    } else {
     $p_ethnic='*';
    }
    $hold_grade=99-$row['GRADE'];
    $wkpri=0;
    $reccount1sql="select count(*) *
2 AS REC_COUNT
    from stu_sched_req
    where SYEAR = '$sch_st_yy' and
    school = '$currsch' and
    student_id =
'{$row['STUDENT_ID']}' and
    exists (select CRS_NUM
    from COURSE_SECTION
    where SYEAR = '$sch_st_yy' and
    school = '$currsch' and
    stu_sched_req.CRS_NUM =
COURSE_SECTIONS.CRS_NUM
      group by CRS_SEG.CRS_NUM
    having count(*) = 1
    )";

$recresult=DBQuery($reccount1sql);

$reccountrow=db_fetch_row($recresul
t);

$wkpri+=$reccountrow['REC_COUNT'];
    $reccount2sql="select count(*)
```

```
AS REC_COUNT
  from stu_sched_req
  where SYEAR = '$sch_st_yy' and
  school = '$currsch' and
  student_id =
'{$row['STUDENT_ID']}' and
  exists (select CRS_NUM
  from COURSE_SECTION
  where SYEAR = '$sch_st_yy' and
  school = '$currsch' and
  stu_sched_req.CRS_NUM =
COURSE_SECTIONS.CRS_NUM
    group by
COURSE_SECTIONS.CRS_NUM
  having count(*) = 2
  )";

$recresult=DBQuery($reccount2sql);

$reccountrow=db_fetch_row($recresul
t);

$wkpri+=$reccountrow['REC_COUNT'];
  if ($wkpri>0) {
    $p_has_requests='Y';
  } else {
    $reccount3sql="select count(*)
AS REC_COUNT
  from stu_sched_req
  where SYEAR = '$sch_st_yy' and
  school = '$currsch' and
  student_id =
'{$row['STUDENT_ID']}'";

$recresult=DBQuery($reccount3sql);

$reccountrow=db_fetch_row($recresul
t);
    if
($reccountrow['REC_COUNT']==0) {
      $p_has_requests='N';
    } else {
      $p_has_requests='Y';
    }
  }

$p_schpri=str_pad($wkpri,2,'0',STR_
PAD_LEFT);
  $insertsql="insert into
sched_stu (student_id, grade,
reqpri,
  GENDER, ethnic,
  schpri, conflict, hold_sex,
hold_grade,
  cluster_code, start_period,
end_period,
  has_requests, school, spmn)
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

```
values
    ('{$row['STUDENT_ID']})',
'$p_grade',
    '{$row['PRIORITY_EXT']}}',
'$p_sex', '$p_ethnic',
    '$p_schpri', '',
'{$row['GENDER']}}',
    '{$row['GRADE']}}',
'{$row['CLUSTER_CODE']})',
    '$p_start_period',
'$p_end_period', '$p_has_requests',
    '$currsch', '$l_spmn')";

$insertresult=DBQuery($insertsql);
 }
}
?>
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

# Appendix "B"

### Qualifications of Witness

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

# About Paul G. Lewis

### Expert Witness
### Data Forensics



Mr. Paul G. Lewis is a well-seasoned Data Forensics Expert and has been asked to provide expert findings in well over a hundred cases. Lewis has testified for plaintiffs and defendants alike, and in both civil and criminal cases. He is well versed in Legal Technology and is considered a leader in his field by his peers. Lewis possesses over 18 years of executive management experience in communications, data forensics, computer security, corporate networking, and large-scale system integration. Mr. Lewis is the founder and former CEO of MC² Corporation, a world leader in information systems and an INC. 500 Company, which was wholly acquired by Volt Information Sciences (NYSE: VOL), a $2.5B technology conglomerate in 1999. He has been featured on CNBC-TV and a number of other broadcasts as an expert in computer security technologies and in numerous articles for *Forbes, INC.,* and *Technology Today*. Mr. Lewis was requested to advise The President and his White House staff on business issues related to technology, security, computer sabotage, and encryption schemes. He served as President and CEO of Mobilentity Technologies, a company formed around patented intellectual property in Voice Over IP (VOIP), RF Signaling, and Broadband Data Delivery. He is a former member of Cisco Systems' Steering Committee and Novell's Advisory Board. Mr. Lewis received his Bachelor of Science Degree in Computer Science in 1988 from Fairleigh Dickenson University and is the recipient of the university's 1997 Pinnacle Award for Outstanding Accomplishments. Mr. Lewis is a member of the HTCIA (High Technology Crime Investigation Association) and has been certified in the area of Data Forensics through the Intense School of IT Certification in Fort Lauderdale, Florida.

Lewis is the founding partner of PG Lewis & Associates, a highly skilled and sought after Data Forensics firm providing litigation support in cases involving computer systems. PG Lewis & Associates has educated many regional law firms in the area of Data Forensics and Digital Discovery. The firm has been involved in hundreds of cases across the United States.

P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

## Compensation

PG Lewis & Associates, LLC has been compensated by the client in accordance with our
standard fee schedule. Our fee schedule is as follows:

| Hourly Rates | Standard (M-F, 8:00 to 5:00pm) | Premium (Nights, Weekends, Holidays) | Depositions and Testifying (Billed at full day rate plus travel) |
|---|---|---|---|
| Partner | $285 | $350 | $2,280/Day |
| Associate | $245 | $300 | $1,960/Day |
| Analyst | $185 | $230 | N/A |
| Administrative/Billing | $100 | $125 | $100/Hour |

P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Other Cases Serviced by Paul G. Lewis in the past 48 Months

It is the practice of our firm to provide expert findings and testify in the court when neccessary. While most cases settle out of court, Paul Lewis has been asked to testify as an expert witness in three cases. Two of these cases occurred more than 48 months ago.

### *Cases within the past 48 Months*
*Center For Professional Advancement v. Mark Mazzie – May, 2003*

In this case, Lewis testified in behalf of the Plaintiff. The case involved the theft of intellectual property by an employee.