**E-FILED**
Friday, 15 July, 2005  03:29:57 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

12

1

1                    IN THE UNITED STATES DISTRICT COURT
                        CENTRAL DISTRICT OF ILLINOIS
2                          SPRINGFIELD DIVISION

3

4

   CENTURY CONSULTANTS, LTD.,                )
5                                            )
        Plaintiff,                           )
6                                            )
   vs.                                       )  No. 03-CV-3105
7                                            )
   THE MILLER GROUP, INC., JOHN G.           )
8  MILLER, and THE SPRINGFIELD               )
   PUBLIC SCHOOL DISTRICT 186,               )
9                                            )
        Defendants.                          )
10

11

12

13

14

15

16

17                       The Deposition of:

18                         DAVID WILLIAMS
                          October 21, 2004
19

20

21

                       JULIE L. BLOOME REPORTING
22                        104 Maple Street
                         Post Office Box 264
23                     Raymond, Illinois 62560
                          217/229-3309
24

18

1  you know, real sophisticated, because, you know,
2  that's still, you know, we're still TTY, and they
3  wanted to go where, you know, where we've got a data
4  base and everything.
5        Q.  Did you personally participate at all in
6  the evaluation of any proposal submitted by vendors in
7  response to this request for proposal?
8        A.  No.
9        Q.  So, am I correct that you just learned at
10 some point that the district had selected Star_Base
11 and that was going to be the product?
12       A.  Right.
13       Q.  Were you thereafter involved in the
14 setting up of Star_Base for use within the district?
15       A.  No, I was involved in converting our data
16 in a format that they could use that they were going
17 to load into the database.  They loaded everything.
18 We didn't have to do any of that.  We just had to send
19 them a tape with the data.
20       Q.  To Century Consultants?
21       A.  Right.
22       Q.  Okay.  Now, I'd like to ask you to take a
23 snapshot picture of the department within which you
24 worked at the time that Star_Base was installed at the

19

1  district in 1996.  Were you -- you were a systems
2  analyst at that point?
3        A.  Yes.
4        Q.  Did you report to someone?
5        A.  Henry Stuckey.  He was the boss.
6        Q.  What was Mr. Stuckey's title then?
7        A.  Director of DP.
8        Q.  "DP" meaning data processing?
9        A.  Yes, excuse me.
10       Q.  That's fine.  And you reported directly
11 to Mr. Stuckey?
12       A.  Yes.
13       Q.  Were there other people working in your
14 group with you?
15       A.  Yes.
16       Q.  What was -- was the group called
17 anything?
18       A.  Well, we were just data processing.
19 That's...
20       Q.  Who else worked in that group?
21       A.  We had two other analysts, and two
22 computer operators.  I think that was it.
23       Q.  Okay.  So your data processing group in
24 1996 consisted of five people, approximately five

20

1  people, plus Mr. Stuckey as the Director?
2        A.  Yes.
3        Q.  And do you know if Mr. Stuckey reported
4  to anyone?
5        A.  Uh...
6        Q.  Who was Mr. Stuckey's boss at the time?
7        A.  Director of Finance.
8        Q.  And who was that person?
9        A.  I think it was Agnes Nunn.
10       Q.  Okay.  Other than working on the
11 conversion of data in to the new system, were you
12 doing anything else in connection with Star_Base?
13       A.  Not until -- see when the --
14       Q.  At that time.
15       A.  At that time, we were just -- not yet,
16 but we had got a developers' license, when we --
17 because we were going to develop on to Star_Base,
18 because we had things we were going to migrate from
19 the main frame.
20       Q.  Such as?
21       A.  Food service.
22       Q.  In other words, things that Star_Base at
23 the time didn't do?
24       A.  Right, it didn't do it, but they had a

21

1  way where, you know, menus where we could put our
2  stuff that we create and be able to access it and have
3  it in a central database.
4        Q.  Anything else, other than food service?
5        A.  You know, we were looking to eventually
6  payroll, the whole accounting package and everything,
7  but...
8        Q.  What about things like bussing,
9  transportation?  Was that something that was part of
10 Star_Base, or something else?
11       A.  They -- that's something you could add to
12 Star_Base, but we ended up getting a different bussing
13 system.  The bussing systems would interface with
14 Star_Base, because I think Century's the one that, I
15 think they give us two or three vendors to look at
16 that, you know, work good with Star_Base.
17       Q.  Okay.  Now, did you know whether or not
18 when the district acquired the rights to use
19 Star_Base, it also acquired some or all of the source
20 code of Star_Base?  Did you learn that?
21       A.  Well, all the source code was on the
22 server.
23       Q.  Which was resident at the district,
24 correct?

22

1     A. Right.
2     Q. And you knew that, right?
3     A. Right.
4     Q. Did everyone else in the department, as
5  far as your understanding was concerned, did everyone
6  else in the department know that?
7     A. Well, yeah, because, I mean, you know,
8  they showed us, you know, where, you know, that's how
9  they showed us examples, you know, of programs that
10  were there.
11     Q. Okay. What type of a server was it? NT?
12     A. No, we were unix, it was unix based.
13     Q. After Star_Base was installed, did your
14  group evaluate the performance of Star_Base over the
15  course of time? In other words, were you involved in
16  evaluating the performance of Star_Base?
17     A. No.
18     Q. As a product?
19     A. No.
20     Q. Were you aware of any evaluation within
21  your group of the performance of Star_Base? And
22  really, what I'm asking is, and probably making it too
23  complicated a question is: Was your group happy with
24  Star_Base back then?

23

1     A. Oh, yes. I mean, it was fast. It was
2  efficient, so there was really no, you know, worry
3  about, you know, checking a lot of stuff out.
4     Q. Did that seem to be the general consensus
5  within your data processing group?
6     A. Yes, because, I mean, well, as far as –
7  I never, you know, heard any complaints.
8     Q. Okay. Did that consensus change at some
9  point?
10     A. No, not that I ever knew of.
11     Q. Did you ever become dissatisfied in some
12  respect with Star-Base?
13     A. No, I was happy with the product.
14     Q. Up through the time when you retired?
15     A. Well, I really wasn't – at the time I
16  retired, see, we was working on the new system, and I
17  still had, I was working – food service was still
18  over in the old server in an oracle seven database.
19  So I was still doing things with that, when there was
20  problems.
21     Q. Now, you just referred to the new system.
22  What did you mean by that?
23     A. Well, the one they went to.
24     Q. Did it have a name?

24

1     A. It's the one they developed with The
2  Miller Group.
3     Q. Okay. When did you first hear about The
4  Miller Group?
5     A. I don't know what year. See, there was
6  – they wanted to go to a web based – well, Star_Base
7  had a web based product, but it wouldn't work with a
8  Mac yet, and I think it was Mike Holinga that worked
9  for the district, he decided, you know, they wanted to
10  get a web base, so they're going to get a third party.
11     Q. And that third party became The Miller
12  Group?
13     A. Yes.
14     Q. Were you involved at all in any of the
15  decisions or discussions which lead to the decision to
16  move to a new system?
17     A. No.
18     Q. So you only learned about it through
19  other people?
20     A. Well, when, you know, when they say
21  you're going to do it, you know, I had no decision
22  making at all in any of this.
23     Q. You mentioned a Mike Holinga. Who did
24  you understand Mike Holinga to be?

25

1     A. Well, he's the Director of Technology at
2  the time.
3     Q. Do you know when he became the Director
4  of Technology?
5     A. No, I have no idea.
6     Q. Was he in that position when Star_Base
7  first came to the district in 1996?
8     A. I don't know for sure, because he wasn't
9  in the – we were under another, you know, in another
10  building, we were under finance, so, you know, you
11  really don't pay attention, you know, to who is off in
12  another location.
13     Q. Do you know if Mr. Holinga at some point
14  became Mr. Stuckey's boss?
15     A. Yes.
16     Q. Okay. How do you know that?
17     A. Well, we were told that, you know, they
18  had made the change, which, you know, normally, most
19  places, you leave your DP department under financials,
20  but they moved it over to technology.
21     Q. Do you recall when you learned that Mr.
22  Holinga had become Mr. Stuckey's boss?
23     A. I'm thinking around 2000, but I'm not for
24  sure.

3:03-cv-03105-RM-BGC    # 100-6    Page 5 of 12

Case Compress Deposition of. David Williams, 10/21/04

**34**

1      A. Yes.
2      Q. But you did not have much substantive
3  interaction with him at all?
4      A. No.
5      Q. Okay. Did you have any substantive
6  interaction with anyone else at the Miller Group on
7  the development of this new system?
8      A. No.
9      Q. Do you know a gentleman by the name of
10  Don Randall?
11      A. Yes.
12      Q. Who is Don Randall?
13      A. He used to be a network specialist.
14      Q. Did he work in your group?
15      A. Yeah, he come -- later, yeah. He moved
16  in to our department.
17      Q. When was that?
18      A. I'm not for sure.
19      Q. Was it after Star_Base came to the
20  district?
21      A. I think so.
22      Q. So sometime in the latter part of the
23  1990s?
24      A. See, he was in the district but he just

**35**

1  transferred in from another department.
2      Q. Okay. He was a systems analyst?
3      A. No, he was a network.
4      Q. What did he work on?
5      A. Network. I mean, you know --
6      Q. What do you mean by that?
7      A. Well, I mean, installing the equipment
8  and taking care of routers, and stuff like that.
9      Q. Hardware issues?
10      A. Right.
11      Q. Do you know if Mr. Randall is still
12  working for the district?
13      A. No, he was let go.
14      Q. How did you know that?
15      A. Because --
16      Q. Did he tell you?
17      A. They came in one day and said, you know,
18  gather your stuff. After -- they had a referendum
19  that didn't pass, so they made job cuts.
20      Q. That was your understanding Mr. Randall
21  was one of the job cuts?
22      A. Right.
23      Q. Okay. Do you recall when approximately
24  he left the district? Was it this year? Last year?

**36**

1      A. No, it's probably been a couple years.
2  Whenever the referendum -- I don't, you know, really
3  keep track.
4      Q. Do you believe it was within the last two
5  years?
6      A. I think so.
7      Q. Do you -- does he live in the Springfield
8  area?
9      A. No.
10      Q. Do you have any idea where he lives?
11      A. He lives in Petersburg.
12      Q. Petersburg?
13      A. Yes.
14      Q. That's in Illinois?
15      A. Yes.
16  MR. MANSON: 20 miles.
17  MR. HILLIARD: Okay.
18      Q. Did you maintain any type of touch with
19  him after he left?
20      A. Go out for lunch sometimes, but, you
21  know...
22  MR. HILLIARD: Let's take a two minute break,
23  a brief break. If you need to --
24

**37**

1      (Whereupon at this point in the
2      proceedings, a brief break was taken.)
3  MR. HILLIARD:
4      Q. Mr. Williams, you mentioned earlier that
5  Mr. Qualls spent some time working over at the Miller
6  Group's offices; is that correct?
7      A. Yes, that's where they put him.
8      Q. When you say "they," who do you mean?
9      A. Well, I mean, that's what came down from
10  higher up; that he was moving over there to help
11  Miller.
12      Q. Who did you learn that from? Mr. Qualls?
13  Mr. Stuckey? Someone else?
14      A. Mr. Stuckey come back, you know, we're
15  moving him over there, to Miller's office.
16      Q. Were you told that he was being moved to
17  do something?
18      A. He was going to code on the new system.
19      Q. Okay. Were you told that he was going to
20  code anything in particular?
21      A. Well, whatever was involved in what they
22  were doing.
23      Q. Do you know what that was?
24      A. Developing a new system.

38

1    Q. Okay. So, was it your understanding that
2    he was going to be involved then in writing code for
3    the new system --
4        A. Yes.
5        Q. -- generally, over at the Miller Group's
6    offices?
7        A. That's what he went over there for.
8        Q. Okay. And did he in fact spend time
9    over at the office, at the Miller Group's offices?
10       A. I think he was over there a couple years.
11       Q. Full-time?
12       A. Yes.
13       Q. So you didn't see him around your office
14   anymore for quite awhile?
15       A. No, I would get phone calls, when he had,
16   you know, SQL problems, or something, or he had to
17   talk about something. That's the only time I would
18   see him.
19       Q. Did he ever tell you anything more
20   specific about what he was doing, other than working
21   on the new system? In other words, did he say I'm
22   coding the grading program, or I'm coding something
23   else? Did you at some point learn what exactly it was
24   that he was working on?

39

1        A. Well, as they would add new things to the
2    system, you know, you would see -- because they --
3    they would just --I'd hate to build a house the way
4    they built this thing. It would just -- you know, put
5    up a piece at a time and try to keep the -- you had to
6    keep everything within the bounds of -- you got to
7    stay up and running.
8        Q. Can you be any more specific about the
9    pieces that you referred to? In other words --
10       A. Well, you had --
11       Q. Well, go ahead. You were about to
12   answer?
13       A. Okay. You had attendance, you know, that
14   was the first thing they worked on. Then they had to
15   work on getting kids enrolled in school, the same
16   functions, and the same way with, you know, the
17   grading.
18       Q. Registration?
19       A. Yes.
20       Q. Report cards?
21       A. I developed the report cards.
22       Q. You did the report cards?
23       A. I printed the report cards. They
24   developed, you know, to get the things into the, you

40

1    know, into the tables for grading, the grades
2    themselves.
3        Q. Now, were some or all of these different
4    things you mentioned also functions that Star-Base had
5    performed?
6        A. Yes.
7        Q. What about scheduling? Was that a
8    distinct aspect of the new system that was being
9    developed?
10       A. Yes, because we had to do the whole
11   thing. Everything that Star_Base done, we was going
12   to have to do.
13       Q. Do you know if Mr. Qualls was working on
14   the coding of a scheduler?
15       A. No, I don't know anything like that,
16   because I don't know what he would have --
17       Q. You don't know what exactly what he was
18   working on; is that correct?
19       A. I think, you know --
20       Q. Is that correct?
21       A. I think he was probably working on the
22   course requests and stuff like that. He wouldn't be
23   doing any of the scheduling.
24       Q. How do you know that?

41

1        A. We weren't -- well, most schedulers, you
2    know, were not written in a language that, you know,
3    we were proficient in. We knew COBOL, Assembler,
4    things like that.
5        Q. Did Star_Base have a scheduler module?
6        A. Yes.
7        Q. Do you know if the new product developed
8    by the Miller Group had a scheduler?
9        A. Not -- because they were -- they were to
10   get a scheduler. That was the thing. They were to
11   acquire a scheduler so we wouldn't have to use
12   Star_Base scheduler anymore.
13       Q. When you say "acquire a scheduler," what
14   do you mean? Develop one?
15       A. To get, you know, to get one. You know,
16   if you need a product, you go out and try to find it.
17       Q. Do you know if they did?
18       A. Don't know.
19       Q. Do you know if Mr. Qualls ever worked on
20   the scheduler --
21       A. Not that I ever knew of --
22       Q. -- for the new system?
23       A. Because he was, you know, working on...
24       Q. Did Mr. Qualls' position in the group

Case Compress Deposition of: David Williams, 10/21/04

50

1    and he knew that -- and Henry had told him, you know,
2    that -- how this whole thing was going, as far as, you
3    know, we're developing this web-based system.
4            Q.   Okay.  So you have lunch?
5            A.   No, we didn't have lunch.
6            Q.   All right.
7            A.   See, he was back in New Jersey then.
8            Q.   Uh-huh.  Did you talk on the phone?
9            A.   Yes.
10           Q.   And when you talked on the phone, did he
11   ask you how the system was going?
12           A.   He asked me how we were doing with it,
13   and I said, you know, we're progressing, we're making
14   changes.
15           Q.   Okay.  What else, if anything, do you
16   recall about that conversation?
17           A.   I had told him, because, like I say, we
18   had made -- they renamed some tables, some tables
19   renamed, some were still intact, some of them just had
20   new names with the same information in them.
21           Q.   Who is "they," The Miller Group?
22           A.   Yes.
23           Q.   Okay.  Did Mr. Megan express any surprise
24   to you over the phone about learning that?

51

1            A.   Well, he said -- he told me, you know,
2    several people had called with concerns.
3            Q.   Is that exactly what he said?
4            A.   Yes.
5            Q.   Did he say "several" people?
6            A.   Yes, you know, I wasn't...
7            Q.   Did he ask you to do anything?
8            A.   Yes, he wanted me, you know, to send some
9    listings of some tables, and I said, I'll show you
10   some examples.
11           Q.   Did you agree to do that?
12           A.   Yes.
13           Q.   Did you in fact send him anything?
14           A.   Yes.
15           Q.   What did you send him?
16           A.   I sent him some table layouts.
17           Q.   You did?
18           A.   Yes.
19           (Whereupon Williams 2 was marked for
20           identification by the Court Reporter.)
21           Q.   Mr. Williams, I'm showing you what's been
22   marked as Williams 2 for identification.
23           A.   Yeah, this is --
24           Q.   Well, let me ask you first.  Do you

52

1    recognize this document?
2            A.   Yes.
3            Q.   Can you tell us what it is?
4            A.   It's a description of a table that's in
5    the new system, and it's --
6            Q.   The new system meaning Miller Group
7    system?
8            A.   Well, the one that was developed, yes. .
9    And this is the old name in the Star_Base system, PCC
10   file, it's just been renamed to --
11           Q.   Where are you seeing PCC file?
12           A.   I wrote it up here.
13           Q.   Is that your handwriting?
14           A.   Yes.
15           Q.   Okay.
16           A.   And this is what it is in the new
17   system - STU enroll.  And all the fields are the same.
18           Q.   And that is your handwritten note to Mr.
19   Megan at the bottom?
20           A.   Yes.
21           Q.   Which says -- it's addressed to Bob and
22   it says Dave.  You wrote that, correct?
23           A.   Yeah, I wrote that.
24           Q.   Okay.  The second page, is that your

53

1    handwriting which says:  Your STU base at the top?
2            A.   Yes.
3            Q.   And what is this second page?
4            A.   This is what the -- in the new system,
5    what the student record looks like.  There's been some
6    fields added, but it's close to what their STU base
7    record was.
8            Q.   Century's STU base?
9            A.   Yes.
10           Q.   What is the third page?
11           A.   That is just a listing of the STU school
12   record.
13           Q.   Again, this listing is a listing from the
14   Miller Group's new system?
15           A.   The system that I had access to.
16           Q.   Okay.  Any why were you providing this
17   third page to Mr. Megan?
18           A.   I was just showing him some of the
19   changes.
20           Q.   Okay.  Was it your opinion that this
21   third page was also quite similar to what
22   Star-Base's --
23           A.   Yeah, it's similar.
24           Q.   What is the last page?  Appears to be a

54

1   copy of the envelope.
2       A.  That's just the envelope.
3       Q.  Okay.  Is that your handwriting?
4       A.  Yes.
5       Q.  Okay.  Do you recall handwriting, hand
6   addressing this envelope and mailing this package to
7   Mr. Megan?
8       A.  Yes.
9       Q.  Does looking at the date, the postmark,
10  on the copy of the envelope refresh you at all on when
11  it was sent?
12      A.  Yeah, it was February when I talked to
13  him.
14      Q.  Okay.  Of 2003, correct?
15      A.  Yes.
16      Q.  This document was sent to Mr. Megan after
17  you had your phone call with him, correct?
18      A.  Right.
19      Q.  I just want to make sure I understand the
20  phone call.
21      A.  Okay.
22      Q.  He asked you how things were going with
23  the new system, correct?
24      A.  Correct.

55

1       Q.  And in response to that, you told him
2   that you were aware of certain tables that looked very
3   similar to Century's Star_Base tables, correct?
4       A.  Correct.
5       Q.  Why were you telling him that?
6       A.  Well...  Because I was stupid.  He asked
7   me and I told him point blank what I thought.
8       Q.  Why do you say that was stupid?
9       A.  Well, this whole, you know, this whole
10  thing the way it's drawn out, you know...
11      Q.  Are you saying that you think it was
12  stupid because you didn't realize it was going to get
13  to this point?
14      A.  Well, yeah.  If --
15      Q.  All right.
16      A.  -- if I had it all to do over again, I'd
17  turn my back.
18      Q.  But you didn't at the time?
19      A.  No, I just felt that, you know, what we
20  were doing wasn't right.
21      Q.  Why did you think that?
22      A.  Because everything we were doing, okay, I
23  -- let me put it this way.  We had -- here we had the
24  oracle seven database, which is Star_Base, it's up and

56

1   running, we got this new product we're using, I make
2   very similar -- I remote connect from the old data
3   base over to the new one to get information, in the
4   old programs I got to make very few changes to make it
5   work, just some tables names and stuff, which, there's
6   got to be a lot of duplication in it.
7       Q.  That was your belief at the time?
8       A.  Yeah, that's what I felt, because this is
9   -- because normally if you're developing a whole new
10  system, you would think that for two databases to be
11  -- I don't know if you know anything about --
12      Q.  Well, explain it to me as if I don't
13  know.
14      A.  Okay.  I've got --
15      Q.  You're telling a lay person here.
16      A.  I got Star_Base sitting here, and I got
17  somebody that tells you, I developed this new system
18  you're going to use.  All right.  If I connect from
19  the old system, because I had food service running,
20  you know, to the new system, and have to make very few
21  changes to my old code over here with the queries, are
22  you going to be that close?  It seems a little
23  strange; that two different products could be --
24      Q.  So similar?

57

1       A.  So similar.
2       Q.  So, am I correct that this situation, it
3   bothered you when you learned of it?
4       A.  Well, yeah.  I mean, every -- we had
5   Monday morning meetings, and time after time, Henry
6   had brought up, you know, I think, you know, we might
7   have issues here of what's going -- they weren't
8   concerned with it.
9       Q.  What were you bringing up?
10      A.  Well, this -- we're duplicating, I felt,
11  a product that exists.
12      Q.  You brought that up at the meeting?
13      A.  No, Henry brought -- Henry bring -- I
14  was, you know, I just had to go to meetings.
15      Q.  Henry brought that up at the Monday
16  morning meetings?
17      A.  Yes, that, you know, these stuff is copy
18  righted.
19      Q.  Henry used the word "copyrighted?"
20      A.  Yeah, he's used it before.
21      Q.  Who was at these Monday morning meetings?
22      A.  Mike Holinga, Karen Thompson, Brent, Jack
23  Miller, Henry, and myself.
24      Q.  How regular were these Monday morning

58

1    meetings?
2         A.  Every Monday morning.
3         Q.  For how long a period of time?
4         A.  I'm not for sure, but I knowed (sic) I
5    went for over a year, because when they moved Brant
6    over to the Miller Group, Henry asked me to start
7    going to, you know, to sit in.
8         Q.  Uh-huh.
9         A.  That's how I got started with it.
10        Q.  Have you ever heard of a group called the
11   Information Systems Task Force?
12        A.  Yes, but that's a different group.
13        Q.  That was my question.
14        A.  Yeah.
15        Q.  That was a different group than these
16   Monday morning meetings?
17        A.  Yeah, right.  The Monday morning meeting
18   was just between programmers and, you know, to see,
19   you know, the Task Force what they want to see.
20        Q.  Mr. Miller - was he frequently at these
21   Monday morning meetings?
22        A.  Yes.
23        Q.  Was anyone else from the Miller Group?
24        A.  No.

59

1         Q.  Do you know a William Choat?
2         A.  He was a programmer over there.
3         Q.  Was he at these Monday morning meetings?
4         A.  No.
5         Q.  Did he ever attend them?
6         A.  I never, ever remember seeing him over
7    there.
8         Q.  Did you ever work with him on anything?
9         A.  No, I talked to him a couple times, but I
10   never worked him on anything.
11        Q.  What did you talk with him about?
12   Programming issues?
13        A.  No, huh-uh.  I never talked, you know,
14   motorcycles, cars, stuff like that.  Never really...
15        Q.  No substantive discussions about the new
16   system?
17        A.  No.
18        Q.  What about Michael David?  Do you know
19   who he is?
20        A.  He was a network guy over there, I think.
21        Q.  At the Miller Group?
22        A.  Yeah, I think I only met him once.
23        Q.  Was he at the Monday morning meetings?
24        A.  No.  I never...

60

1         Q.  Did you ever have any discussions with
2    him about the new system?
3         A.  No, I never talked to him.
4         Q.  What about Kent Borecky?
5         A.  No.
6         Q.  You never heard of him?
7         A.  No.
8         Q.  But Mr. Qualls was regularly at these
9    Monday morning meetings?
10        A.  Yes, he was there every Monday morning.
11        Q.  You mentioned Mr. Stuckey raising some
12   concerns about - you used the term "copyright."  What
13   did he say?
14        A.  Yeah, he --
15        Q.  If you recall.
16        A.  That he just, you know, he just felt, you
17   know, you need to look into this, because this is
18   copyrighted material we're looking at.
19        Q.  And what, if anything, was said in
20   response to that statement by anyone else?
21        A.  Well --
22        Q.  Present at the meeting.
23        A.  Well, they just didn't seem concerned.  I
24   mean, I --

61

1         Q.  Did Mr. Holinga respond in any way to
2    that statement?
3         A.  I don't remember.  I don't remember,
4    because I really didn't pay a lot of, you know, you
5    hear -- because they're off over -- because you can't
6    hear everything.  He had brought up several, you know,
7    that this is copyrighted material.
8         Q.  Did you ever send anything else to Mr.
9    Megan, other than the document marked Williams 2?
10        A.  Yes.
11        Q.  What did you send to him?
12        A.  I sent him a program they used to --
13   called a scheduler, because I had told -- well, I had
14   talked to him again and he asked me about the
15   scheduler, and I told him --
16        Q.  This is in a phone conversation?
17        A.  Yes.  Because I asked him if he received
18   this, and you know...
19        Q.  The witness is pointing to Williams 2.
20        A.  Yes.
21        Q.  You asked Mr. Megan if he had received
22   that?
23        A.  Yes.
24        Q.  I just want to make sure I understand the

62

1  chronology. You had the initial phone conversation
2  with him?
3       A. Right.
4       Q. And it was during that phone conversation
5  that he asked you to send him the tables?
6       A. Well, yeah, he asked questions.
7       Q. Asked questions. And you agreed to send
8  him some materials?
9       A. Yes.
10      Q. And you sent him Williams 2?
11      A. Yes.
12      Q. After you sent him Williams 2, you had
13  another phone conversation with him?
14      A. Yes.
15      Q. What do you recall about that phone
16  conversation?
17      A. He brought up about the scheduler. He
18  heard that we had it, and I said, "I don't have any
19  firsthand knowledge, because I'm not over," you know,
20  "I'm here. I don't have it." I said, "the only thing
21  I could do is maybe try to find a program that they're
22  actually doing it with."
23      Q. And what, if anything, did you do?
24      A. Well, I took and -- it took me a couple

63

1  weeks when I got time, you know, being busy, to find
2  out what program they were doing, to do the
3  scheduling, and I sent him a copy of it.
4       Q. When you say "they," you mean the Miller
5  Group?
6       A. Well, the new system.
7       Q. The new system.
8       A. Yes. The new system, whoever -- this was
9  the one that was developed for that.
10      Q. And did you print out something and send
11  it to Mr. Megan?
12      A. Yes.
13      Q. What did you print out?
14      A. I printed out the program, a copy of it.
15      Q. And how were you able to get it?
16      A. Okay. The way we -- all the programs --
17  you got several servers that are in a group, so we're
18  using CVL, constant version listing, so when you post
19  to what -- everybody's got access to all the programs.
20      Q. The source code?
21      A. Yes.
22      Q. Okay. When you say "everybody" --
23      A. Well, everybody that's running CVL
24  within, you know, the programming staff.

64

1       Q. Okay.
2       A. And it's set up so if somebody makes a
3  change, it will go -- hit all the servers.
4       Q. Okay. Do you know if Mr. Miller had
5  access to that?
6       A. I'd say, I'd think he would.
7       Q. And why do you say that?
8       A. Well, they were developing it over in
9  their department, I mean, at their location, and Brent
10  was over there developing it. So, you know, they
11  should be using, you know, everybody was using CVL.
12  They had access to our server.
13      Q. And was it your understanding that the
14  source code for Star_Base resided on that server?
15      A. Yeah, at the district, we had -- when we
16  went -- it was on -- all -- Star_Base code was always
17  on the servers, okay? So when we went to the
18  graphical, we got a new server, and that server went
19  out to New Jersey, and Bob loaded everything. We sent
20  it out there and they got it all ready to go. They
21  put all the software and everything we needed on that
22  server.
23      Q. Including the source code?
24      A. Well, yeah, I would say all the source

65

1  code that you need, because I don't think if they had
2  to make changes, they would want, you know, want the
3  code, wouldn't want to have to download it again.
4       Q. Okay. And, then, was it your
5  understanding that the server on which the source code
6  for Star_Base resided was accessible by the Miller
7  Group in connection with their development of the new
8  system?
9       A. Yeah, you could go, you know, it's just a
10  unix server sitting over there.
11          (Whereupon Williams 3 was marked for
12          identification by the Court Reporter.)
13      Q. Mr. Williams, I'm showing you what has
14  been marked as Williams 3 for identification. Do you
15  recognize Williams 3?
16      A. Yes.
17      Q. What is it?
18      A. That's the source code I sent Bob, and
19  when they were generating stuff to do the scheduling.
20      Q. So this document was a second mailing
21  that you made to Mr. Megan?
22      A. Yes, this is the last mailing I made.
23      Q. The first being Williams 2.
24      A. Right.

66

1    Q. And then you mailed Williams 3 to Mr.
2    Megan?
3        A. Yes.
4        Q. And what does Williams 3 reflect? This
5    is source code, correct?
6        A. Well, this is source code for the new
7    system, and it's reflected --
8        Q. It says IS3 at the top on the path
9    identifier. Do you see that?
10        A. Yeah. Well, this is the new system.
11        Q. Okay.
12        A. And it's -- I was showing him what table
13    they were using to do the scheduling, because this --
14    I didn't have access to the code to actually see where
15    it calls the scheduler, so this was just, this is all
16    I could get, you know, as far as I could get with it.
17        Q. Why was that as far as you could get?
18        A. I didn't have clearance to go in and look
19    at the other script. That's why I could only get so
20    --
21        Q. Of the new system?
22        A. Right.
23        Q. Got it.
24        A. I don't have -- you know, I only had

67

1    clearance to go -- so I had clearance to get the
2    programs, plus, you know, this shows the table that
3    they were building to go into the scheduler, and it
4    was the same table name that was in the old Star_Base.
5        Q. Uh-huh. What table name are you
6    referring to?
7        A. I think it was the STU_STC_ --
8        Q. STU Schedule?
9        A. The extracts, two sched. There's a
10    couple of them that's got to be -- it's been a while
11    since I looked, but I know the table names were the
12    same that was in the old Star_Base.
13        Q. And you knew that based on your
14    experience with having worked with Star_Base, or did
15    you sit down and do some type of comparison?
16        A. No, what I done, I took -- I had a data
17    dictionary of the old Star_Base, and I took and looked
18    the table names in here, I looked them up to see if
19    they were in the old Star_Base.
20        Q. Comparing Williams 3 to the old
21    Star_Base?
22        A. Well, yeah, comparing those to the data
23    dictionary.
24        Q. And what did you discover?

68

1        A. They were the same names.
2        Q. Did that lead you to any conclusion?
3        A. Well, I'm -- I was under the -- well,
4    maybe they've got, you know, we're using the scheduler
5    from Star_Base, because it seems funny that you would
6    be -- you'd develop a new system for the district, and
7    it just happened that the table names going into the
8    scheduler is the same as the old system.
9        Q. After you sent Williams 3 to Mr. Megan,
10    did you have any further conversations with him?
11        A. No, I think that's it.
12        Q. Is that the last time that you ever
13    talked with Mr. Megan?
14        A. Yes.
15        Q. Was the second phone conversation with
16    him you related earlier?
17        A. Yeah, I think that's the last one -- when
18    I sent this.
19        Q. Right, before you sent Williams 3, do you
20    believe that to have been the last time?
21        A. I'm pretty sure that I never talked to
22    him after that.
23        Q. Okay. Now, did you learn after you sent
24    Williams 3 to Mr. Megan that the lawsuit had been

69

1    filed?
2        A. Yeah.
3        Q. Who did you learn that from?
4        A. When the district got served.
5        Q. Was there a particular person who told
6    you that the lawsuit had been filed?
7        A. Well, I think Joe Bascio, I think, come
8    back first and said that there had been a lawsuit
9    filed against the district.
10        Q. Who is Joe Bascio?
11        A. He's the head of payroll, and he had
12    happened to been up around, you know, when they come
13    and served them with papers.
14        Q. Uh-huh. So you believe you learned about
15    the lawsuit from Mr. Bascio?
16        A. Well, when it finally went down.
17        Q. Right.
18        A. Bob had said they were going to develop,
19    you know, they were trying to develop a lawsuit.
20        Q. Mr. Megan told you that?
21        A. Yes.
22        Q. Okay.
23        A. But I didn't know it actually happened,
24    you know, that...

70

1    Q.  Right.  But you learned about the actual
2    filing of it, of the lawsuit in court, you believe,
3    from Mr. Bascio?
4    A.  I think, because he had mentioned in the
5    -- Agnes had mentioned it.  She called me on her cell
6    phone.
7    Q.  Ms. Nunn called you?
8    A.  Yes.
9    Q.  What do you remember about that
10   conversation?
11   A.  She just said that, you know, the
12   lawsuit, my name was smeared all over it.
13   Q.  She said that?
14   A.  Yeah, she said my name was, you know,
15   "you told."  You know.  A joke.  Nothing, you know...
16   Q.  Well, I'm asking you what exactly do you
17   recall about the conversation?
18   A.  She just called me on her cell phone and
19   said, you know, that the suit had been filed and my
20   name was mentioned.
21   Q.  Is that all she said?
22   A.  Yeah.  I mean, you know, it was a quick
23   thing.  She was going to a meeting.
24   Q.  Okay.  Did she say anything else about

71

1    the fact that your name had come up in the lawsuit
2    papers?
3    A.  No.  See her --
4    Q.  Did you talk with any -- I'm sorry.  Go
5    ahead.
6    A.  See, she even had -- her and Henry both
7    had concerns about this whole thing because they even
8    talked to Mike before.  You know, scheduling --
9    Q.  Mike...
10   A.  Holinga.  And then, you know --
11   Q.  How do you know she had concerns?
12   A.  Well, she voiced them, and I even voiced
13   them to her.  You know, I had told her, you know, and
14   Henry, you know, we talked.  I said, you know, "this
15   stuff is copyrighted, and here we are."  To me, it
16   felt like we were duplicating something that already
17   existed.
18   Q.  After you had this phone conversation
19   with Ms. Nunn, did you discuss the lawsuit with anyone
20   else at the district ever again?
21   A.  No, not really.  Well, take that back.
22   My boss, which was Sue Ruff at the time, come over,
23   her and the director of personnel come over to see me.
24   Q.  Okay.  Sometime after --

72

1    A.  Yeah.
2    Q.  -- the lawsuit was filed?
3    A.  Yeah, probably a week or so after that.
4    They were upset.
5    Q.  Was it a week or so after the lawsuit?
6    A.  Yeah.
7    Q.  Tell me what happened.
8    A.  They come over and they didn't, you know,
9    wanted to know what they did wrong, and I said --
10   Q.  Oh.  They came over to interview you?
11   A.  Oh, yeah.  They came over to talk to me.
12   Q.  So they had a meeting with you.  Was it
13   just the three of you?
14   A.  Three of -- yeah.  Everybody else was --
15   just the three of us.
16   Q.  It was you, Ms. Ruff, and who?
17   A.  Bob Leming.  He was the director of
18   personnel.
19   Q.  So the three of you had a meeting?
20   A.  Right.
21   Q.  In your office?
22   A.  Yeah, they came back to my office.
23   Q.  And did they tell you why they wanted to
24   meet with you?

73

1    A.  Yeah, you know, over the lawsuit.
2    Q.  What do you recall about that meeting?
3    A.  I remember Bob, he had asked me:  What do
4    you think we did wrong?  And I told him, you know, I
5    didn't feel that we were licensed for the product
6    anymore, and most of the stuff, you know, was
7    basically, Star_Base tables.
8    Q.  Okay.
9    A.  And I said, I remember telling them, you
10   know, it's just like if you don't have license,
11   driver's license, you don't drive on the street.
12   That's illegal.  "Well, you might have a point."  But
13   that's, you know, that's basically what the
14   conversation was.
15   Q.  Mr. Leming said that?
16   A.  Huh?  Yes.
17   Q.  He said you might have a point?
18   A.  Yeah, you know "that's good point."
19   Because he wasn't really in on, you know, he's just
20   director of personnel, and you know, what went down.
21   Q.  Uh-huh.  Is that all you recall saying?
22   A.  Yeah.  It wasn't too much, because it was
23   just a very short...
24   Q.  What, if anything, did Ms. Ruff say at