**E-FILED**
Friday, 15 July, 2005  03:37:54 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

17

Page 1

1                 UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF ILLINOIS

                  SPRINGFIELD DIVISION

3                 NO. 2003-CV-3105

4      - - - - - - - - - - - - - - - - - -

5    CENTURY CONSULTANTS, LTD.,

6                 Plaintiff,              DEPOSITION OF:

             vs.

7                                     JOSEPH E. LA MANTIA

     THE MILLER GROUP, INC., JOHN G.

8    MILLER and the SPRINGFIELD

     PUBLIC SCHOOL DISTRICT NO. 186,

9

             Defendants.               COPY

10

11     - - - - - - - - - - - - - - - - - -

12

13                 TRANSCRIPT OF PROCEEDINGS, taken by

14   and before KIM A. GHILARDI, a Notary Public, Certified

15   Shorthand Reporter of the State of New Jersey and

16   Registered Professional Reporter, taken at the offices

17   of STARK & STARK, P.C., 993 Lenox Drive,

18   Lawrenceville, New Jersey, on Thursday, January 13,

19   2005, commencing at 9:08 a.m.

20

21

22              GUY J. RENZI & ASSOCIATES

                  824 West State Street

23            Trenton, New Jersey  08618

         (609) 989-9199  1-800-368-7652   (TOLL FREE)

24               www.renziassociates.com

25

Page 14

1          Q        Who were the people who developed

2   Star_Base for Century Consultants?

3          A        We have had a lot of employees over the

4   years.  I certainly couldn't remember every one of

5   them.

6          Q        When did Star_Base begin to be

7   developed?

8          A        Around 1990.

9          Q        Who participated in the initial

10  development of Star_Base?

11         A        Well, certainly I did.  Bob Magan and a

12  fellow by the name of Frank Schittone.

13         Q        Can you spell that for the court

14  reporter?

15         A        S-c-h-i-t-t-o-n-e.  That's my best

16  guess.

17         Q        Anyone else?

18         A        Like I said, there were a lot of

19  programmers and I really can't remember all the names.

20         Q        How many names can you remember?

21         A        Well, I'll work backwards then from

22  current time and we will see how far I can go back.

23         Q        I want to know who developed the initial

24  Star_Base first?

25         A        Other than those three, I really can't

Page 15

1    remember who was employed in 1990.

2        Q        If someone was employed by Century in

3    1990, does that mean that they participated in the

4    development of Star_Base?

5        A        Not necessarily.

6        Q        Okay.  Well, then, I don't need to know

7    all of the employees in 1990.  I just need to know who

8    developed Star_Base.

9        A        Well, I already answered that question.

10       Q        You said Bob Magan and yourself and

11   Frank Schittone?

12       A        Yes.

13       Q        And that's all you can remember about

14   the development of the initial Star_Base?

15       A        Um-hum.  Yes.

16       Q        Is the initial version of Star_Base

17   identifiable by any certain name or version?

18       A        I suppose you would call it Version 1.

19       Q        Is that what Century called it?

20       A        After awhile, yes.

21       Q        When was Version 2 created?  Of course,

22   I'm assuming that there is a Version 2?

23       A        Yes.  There is a Version 2.  It was

24   around 1995.

25       Q        What are the primary differences between

Page 16

1    Version 1 and Version 2?

2         A         Version 1 was character based and

3    Version 2 was what we call client server.

4         Q         What are the primary differences between

5    those two versions?

6         A         Well, character based uses either dumb

7    terminals or PC using terminal emulation, VT 100

8    emulation.  Client server programs run in Windows on a

9    PC and communicate with the server.  The programs

10   actually run on a PC.

11        Q         Do Version 1 and Version 2 have the same

12   source code?

13        A         A large percentage is the same.

14        Q         What percentage do you believe would be

15   the same?

16        A         At least 75 percent.  You are really

17   changing the user interface more than the technology

18   and algorithms that go into the application.

19        Q         Well, before we get too far, we should

20   probably back up and talk about your initial product

21   at Century.  Is that the STARS program?

22        A         Correct.

23        Q         Who developed STARS?

24        A         Again, we had a lot of programmers,

25   principally myself, Joe Shearn, Rich Dilts.  A host of

Page 18

1        A        Well, there's two answers to that.

2   First of all, the source code there would be zero

3   percent.  STARS was written in cobol and Star_Base is

4   written in Oracle using SQL, so absolutely nothing

5   could be reused.  But the logic and algorithms that

6   were part of the STARS were certainly used to help

7   create Star_Base and especially when it came down to

8   the scheduler program.

9        Q        Explain for me how the scheduler program

10  and the STARS program is similar to the scheduler

11  program in the first version of Star_Base?

12       A        Well, the key to any scheduler is really

13  conflict checking and how you go about making sure you

14  don't put two courses in a student's schedule that

15  conflict with each other.  Does that answer your

16  question?

17       Q        No.  You told me what the key is to any

18  scheduler?

19       A        Okay.  Ask the question again.

20       Q        Explain the similarities between the

21  initial version of Star_Base and STARS?

22       A        I thought you asked about the scheduler.

23       Q        Excuse me?

24       A        I thought your question was about the

25  scheduler program?

Page 19

1       Q        Okay.  With respect to the schedule
2   portion?
3       A        Okay.  Well, okay.  So I have to talk a
4   little bit about how scheduler works, then.
5       Q        Go ahead.
6       A        One of the things you need to do is to
7   prioritize students in a way that makes it more
8   logical for the scheduler to handle.  For each
9   student, you need to prioritize courses and all the
10  permutations of sections to make up it efficient for
11  the scheduler to handle and then you need some healthy
12  logic that runs through all of the permutations of all
13  of the sections to give the student a complete
14  schedule or as complete a schedule as possible and to
15  do many other things, like balance students of cross
16  sections so you don't have 30 kids in one and none in
17  another.  So all this logic is part of the algorithm,
18  was brought over from STARS to Star_Base and is really
19  the heart of the scheduler.
20      Q        So is the logic in STARS similar to the
21  logic in the first version of Star_Base or is it the
22  same?
23      A        It's extremely similar.
24      Q        What are the differences?
25      A        Well, for one thing, the STARS schedule

Page 20

1   was written in cobol and the Star_Base is written in

2   C, different program language.

3        Q        Does different program language affect

4   logic?

5        A        No, it doesn't.

6        Q        Okay.  Continue.  I am sorry to

7   interrupt.

8        A        Other than that, it's doing extremely

9   similar things.  We may have added a few more options

10  over the years but the basic, the core algorithms is

11  the same.

12       Q        Would you characterize Star_Base to be a

13  derivative of STARS?

14       A        What's your definition of derivative?

15       Q        What's yours?

16       A        If you start with a given work and you

17  make changes to it or you billed anything else that

18  uses that as its core, then I believe that's a

19  derivative.

20       Q        Okay.  Given that definition, do you

21  believe that the first version of Star_Base is a

22  derivative of STARS?

23       A        Yes.

24       Q        Okay.  I assume that your target

25  customer would be a school district rather than

Page 23

1    A       Joe Shearn.

2    Q       Is the first version of Star_Base

3  copyrighted, to your knowledge?

4    A       Yes.

5    Q       How do you know that?

6    A       Well, I've seen the copyright

7  statements, documents.

8    Q       Did you participate in obtaining the

9  copyright for Star_Base?

10    A       Again, if you are asking me about all

11  the legal work that was done between Joe Shearn and

12  Ken Watov --

13    Q       Did you have any participation in

14  Century's procurement of a copyright for the first

15  version of Star_Base?

16    A       I don't recall.  I know I've met with

17  Ken over the years.  I don't recall specifics.

18    Q       Did Century develop every portion of

19  Star_Base in its entirety?

20    A       Yes.

21    Q       Has Century ever hired any other person

22  or entity to contribute code or tables or anything

23  else to the Star_Base program?

24    A       Yes, as a matter of fact.

25    Q       Who?

Page 28

| | | |
|---|---|---|
| 1 | A | I'm sure I did, yes. |
| 2 | Q | How tall is the stack? |
| 3 | A | Less than an inch. |
| 4 | Q | Okay.  How many versions of Star_Base |

5    are there?

| | | |
|---|---|---|
| 6 | A | Three. |
| 7 | Q | Okay.  And we earlier referred to the |

8    first version as Version 1, right?

9         A         Um-hum.  I'm sorry.  Yes.  Basically,

10    the Version 1 is character mode, Version 2 is client

11    server, Version 3 is Web based.

12         Q         When was Version 2 first sold to a

13    customer?

14         A         I would estimate in the 1995 time frame.

15         Q         Who is the first client who purchased

16    Version 2?

17         A         I couldn't tell you that.

18         Q         When you referred to Version 2 as a

19    client server version, is that also considered a Web

20    enabled version?

21         A         No.

22         Q         Is there a Web enabled version of

23    Star_Base?

24         A         Version 3 is the Web enabled version.

25         Q         A Web based version?

Page 29

1          A          All right.   I take that back.   Web

2     enabled is not the correct characterization of Version

3     3.   It's Web based.   We never had a Web enabled

4     version.   We went from client server to Web based.   I

5     typically don't make that distinction in my mind

6     between the two.

7          Q          Okay.   When was Version 3 developed?

8          A          Well, work was going on in the late

9     nineties for that.

10         Q          And I certainly don't want to put words

11    in your mouth.   Do you refer to Version 3 as the Web

12    based version of Star_Base?

13         A          Yes.

14         Q          What is your understanding of what the

15    term Web enabled means?

16         A          Well, if we are splitting hairs over Web

17    enabled and Web based, any application that can run

18    over the Web is Web enabled.   Web based means you're

19    running it with just a browser on your PC and with no

20    other additional software installed on your PC.

21    That's Web based.   Web enabled, typically you can have

22    some helper programs or user interface or whatever

23    installed on your PC in order to be able to run

24    something over the Web.

25         Q          Is it correct for me to say that with

Page 30

1   Web enabled, you need a program and with Web based,

2   you just need a browser?

3           A       On your PC, that is correct.

4           Q       Okay.  Was there ever a point in time

5   where the Web could be utilized in conjunction

6   software to utilize Star_Base?  And when I say that, I

7   mean software that is not a browser.

8           A       Which version?

9           Q       Any version.

10          A       Yes.

11          Q       Which version?

12          A       The Version 2 could be run over the

13  Internet, if you will, you know, with the proper

14  communications equipment.

15          Q       Well, explain, then, for me why that

16  wouldn't be Web enabled?

17          A       Well, it is Web enabled but it is in the

18  lowest form.  You're still running all of your

19  programs on your PC.  I would have a hard time making

20  an argument for that.

21          Q       Is the source code for Version 2 the

22  same as the source code for Version 3 of Star_Base?

23          A       There were changes made in going from

24  Version 2 to Version 3.

25          Q       How much of the source code remained the

Page 31

1    same between Version 2 and Version 3?

2         A        I couldn't give you an accurate

3    percentage but it would be a large percentage.

4         Q        Over 50 percent?

5         A        Much more than that, yes.

6         Q        Over 75 percent?

7         A        Yes.

8         Q        Over 90 percent?

9         A        I couldn't say that.  Don't know within

10   that range but it's up there.

11        Q        Okay.  Are all three versions of

12   Star_Base written in the same language?

13        A        Yes.

14        Q        Including all of the modules in

15   Star_Base?

16        A        Yes.

17        Q        And what language is that?

18        A        Well, SQL, and Oracle's particular

19   flavor is called PLSQL.

20        Q        Is that commonly referred to as PLSQL?

21        A        Correct.

22        Q        Is -- strike that.  How much of Version

23   2 of Star_Base is copyrighted?

24        A        All of it.

25        Q        And what facts do you know that lead you

```
Page 34
Version 2?
     A      Yes.
     Q      Does Century own the copyright to
Version 1?
     A      Yes.
     Q      Okay.  And this is a slightly different
question.  Does Century own all of the rights to all
three versions of Star_Base?
     A      Yes.
     Q      Now, at some point Century marketed a
product to District 186 in Springfield, correct?
     A      Yes.
     Q      What happened to create a dialogue
between Century and District 186?
     A      I don't recall the facts of whether we
responded to an initial bid.  I believe we responded
to a bid.
     Q      Do you know that or are you guessing?
Because I don't want you to guess.
     A      I couldn't be 100 percent sure.
     Q      Is there anyone who would be 100 percent
sure that is employed by Century?
     A      I don't know.  I'm not sure.
     Q      Are the tables in the three versions of
Star_Base the same?
```

Page 35

```
 1        A       For the most part, yes.

 2        Q       Are there just slight differences

 3   between the three versions with respect to the tables?

 4        A       Yes.

 5        Q       Give me a couple of examples of

 6   differences that we would find between the versions?

 7        A       We continually need to respond to new

 8   mandates for reporting and new needs of school

 9   districts.  So we might, for instance, expand the

10   length of a field.  A person's last name initially

11   probably started out as 30 characters and now it's 50

12   characters.  That sort of thing.  So additions of new

13   fields and enhancements to the size of fields and

14   things like that.

15        Q       What about the field names, have those

16   stayed substantially consistent in all three versions?

17        A       If a field exists, you don't ever change

18   the name.

19        Q       Are fields added?

20        A       Yes.

21        Q       So they are added but never changed,

22   right?

23        A       The name is not changed.

24        Q       The variable, the number of characters

25   may be changed?
```

Page 36

1          A          Correct.

2          Q          What about the sequence or structure of

3  fields within a table, would that change?

4          A          Very rarely.

5          Q          Do you know of any example where a table

6  structure has changed between the three versions?

7          A          Well, I can't think of any off the top

8  of my head.  I'm sure there are some instances where

9  that has happened.

10          Q          But not many?

11          A          No.

12          Q          Who created the tables in Star_Base?

13          A          Well, the initial design was done by

14  myself and certainly Frank Schittone, who we discussed

15  earlier, and Bob and other people on our staff.

16          Q          With respect to the tables in the

17  scheduler portion of Star_Base, who designed those

18  tables?

19          A          Again, the same people would have been

20  involved.

21          Q          Do several people participate in the

22  development of each table?

23          A          It's very rare to let one person do

24  something in a vacuum.  It's always done with a team

25  of people to make sure all the bases are covered.

Page 37

1    Q    How many tables are in Star_Base?

2    A    Hundreds.  3- or 400, I would guess.

3    Q    And I apologize if I already asked this

4  but as far as the number of tables, has that remained

5  fairly consistent throughout all three versions?

6    A    No.  It has increased over time.

7    Q    How many versions are -- I am sorry --

8  how many tables, approximately, did the first version

9  of Star_Base have?

10   A    Oh, I'm sure it had several hundred to

11  begin with.  Maybe 300 tables to begin with.

12   Q    And you believe that the latest version

13  of Star_Base has somewhere between 300 and 400?

14   A    I believe that, yes.

15   Q    Okay.  Did you have or did you consult

16  any source for obtaining field names when you

17  developed Star_Base?

18   A    No.

19   Q    Did you consult any source for

20  determining data base or table structure?

21   A    We took our knowledge and our experience

22  of the STARS system and carried that over into the

23  development of Star_Base.

24   Q    Okay.  When you created the tables for

25  STARS, did you consult any reference or source to get

Page 38

1   field names?

2        A       No.

3        Q       Did you consult any reference or source

4   to develop the structure of the tables?

5        A       No.

6        Q       So is it fair to say that everything in

7   the Star_Base tables from the field names to the

8   structure are original and created by Century?

9        A       Yes.

10       Q       You indicated that you don't know who

11  the initial contact was at Century with District 186,

12  right?

13       A       Yes.

14       Q       Do you know anyone who communicated with

15  District 186 or any representatives of District 186

16  prior to entering into a license agreement with

17  District 186?

18       A       No.  I don't recall who our marketing

19  person was at the time.

20       Q       Did you participate in the marketing to

21  District 186 of Star_Base?

22       A       I don't believe so.

23       Q       Did you have any contact at all with

24  District 186 or anyone on behalf of District 186 prior

25  to the execution of a license agreement?

Page 50

1  tell me that Version 2 has approximately 75 percent of

2  the source code from Version 1?

3         A       Yes.  You did ask it a different way and

4  I wasn't sure of the exact percentage so we sort of

5  settled between 75 and 90.  I said not more than -- I

6  don't think more than 90 but certainly more than 75.

7         Q       Now, I thought that you said between 75

8  and 90 percent with respect to Version 2 and Version 3

9  but I may be wrong.  What's the -- let's just clear it

10  up.  How much of the source code of Version 1 is used

11  in Version 2?

12         A       Okay.  I'm going to stay with the same

13  answer.  It is the same process was used in going from

14  1 to 2 and 2 to 3.  So again, it's between 75 and 90

15  percent the code was used.

16         Q       Moving forward, would it follow, then,

17  that between Version 1 and Version 3 the amount of

18  source code that remained the same would be 50 to 80

19  percent?

20         A       No.  I'm going to say it's still within

21  75 and 90 percent.

22         Q       From Version 1 to Version 3?

23         A       Yes.  Again, we are talking about the

24  user interface changing, not the core of the system.

25         Q       And the core of the system is the source

Page 51

1  code?

2       A      No.   The source code is the system

3  except for data base schema and the algorithms and

4  logic that make the system functional moves forward

5  from 1 to 2 to 3.   The user interface is well, how do

6  you paint the screen, how do you input information,

7  hit a function key instead of your click on your

8  mouse, instead of hitting a function key, that kind of

9  thing.

10      Q      Now, I know you told me that all of the

11 components of each version of Star_Base are

12 copyrighted, based on your understanding?

13      A      Yes.

14      Q      How much of Version 3 does Century

15 consider to be its trade secret, if you know?

16             MR. SCHRAMA:  I'm just going to lodge an

17 objection while you're thinking about that to the term

18 trade secret because I believe it calls for a legal

19 conclusion and that will be a continuing objection but

20 if you understand the question, you can answer it.

21      A      In my opinion, 100 percent.

22      Q      Okay.   Is your answer the same with

23 respect to what Century considers to be proprietary

24 information?

25      A      Yes.

Page 105

1    Star_Base's structure?

2        A        What do you mean by structure?  The data

3    base schema?

4        Q        However, you used it in paragraph 30,

5    the same definition.

6        A        Okay.  Let me go back there.  Yes.

7    Because I'm sure we meant the data base structure.

8        Q        How much of the data base structure in

9    Star_Base is identical to the data base structure in

10   Info System 3?

11       A        Well, from what I have seen, 98 percent.

12       Q        How much have you seen?  How much of

13   Info System 3's structure have you seen?

14       A        Personally, I have probably looked at a

15   few dozen tables.

16       Q        Somewhere between 24 and 36 tables?

17       A        Okay.

18       Q        Is that right?

19       A        That's a few dozen.  Okay.

20       Q        Is that how many you've seen?

21       A        That's what I'm saying, yes.

22       Q        And of these 24 to 36 tables, how many

23   were identical to Star_Base tables?

24       A        Of the content of the table, they were

25   99 percent, '98, '99 percent similar.