**E-FILED**
Friday, 15 July, 2005  03:38:11 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

18

1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTURY CONSULTANTS, LTD.,        )
                                  )
    Plaintiff,                    )
                                  )
vs.                               ) No. 03-CV-3105
                                  )
THE MILLER GROUP, INC., JOHN G.   )
MILLER, and THE SPRINGFIELD       )
PUBLIC SCHOOL DISTRICT 186,       )
                                  )
    Defendants.                   )

The Deposition of:

**BRENT QUALLS**
January 26, 2005

**JULIE L. BLOOME REPORTING**
104 Maple Street
Post Office Box 264
Raymond, Illinois 62560
217/229-3309
jlbreporting@consolidated.net

170

1  Q. Why didn't you?
2  MR. SHUPENUS: Objection, to the extent it
3  involves any advice given from counsel. I don't want
4  the actual advice from counsel given out. If you got
5  it from somewhere else, you can testify about it. Go
6  ahead.
7  A. Could you repeat that, please?
8  BY MR. HILLIARD:
9  Q. Sure. Why didn't you?
10  A. Why didn't I...
11  Q. Why didn't you talk with Mr. Williams?
12  I believe you just said you wanted to, but you didn't.
13  Did someone ask you not to?
14  A. No.
15  Q. You just decided not to?
16  A. That's correct.
17  Q. So you made that decision on your own?
18  A. Yes.
19  Q. Deliberately not to talk with Mr.
20  Williams about it?
21  A. Yes.
22  Q. Okay. Why did you make that decision?
23  A. I made the decision not to talk to anyone
24  about this case as much as possible.

171

1  Q. Why?
2  A. I didn't feel it was pertinent for anyone
3  else.
4  Q. Did you think that Century was accusing
5  you of doing something wrong?
6  MR. SHUPENUS: Objection, to the extent it
7  calls for a legal conclusion. Go ahead and answer if
8  you understand.
9  A. No.
10  BY MR. HILLIARD:
11  Q. Did you make that decision not to talk
12  about it with anyone, at least in part, because you
13  wanted to stay away from it as much as you could?
14  MR. SHUPENUS: Objection. Vague. Go ahead
15  and answer it.
16  BY MR. HILLIARD:
17  Q. You wanted to distance yourself from it?
18  I mean, here it is, a lawsuit.
19  A. Well, I felt the only one that really
20  needed to know that through discussions was Sue.
21  Q. Did you ever have occasion to look at any
22  documents which Mr. Williams provided to Century?
23  A. Yes.
24  Q. What do you remember looking at?

172

1  A. The documents that were part of his
2  deposition.
3  Q. Okay. Do you recall one of those
4  documents being a printout of source code for a
5  scheduler program?
6  A. No.
7  Q. What documents do you recall looking at?
8  A. A document with source code for a pre-
9  scheduler.
10  Q. What do you mean by "pre-scheduler?"
11  A. A document -- a program that would run
12  before the scheduler actually scheduled students.
13  Q. That's called the pre-scheduler?
14  A. I don't know that I would call it a
15  pre-scheduler, that's just...
16  Q. Well, it was your word...
17  A. Yes. No. That's just a word I used.
18  Q. Now, when you looked at this document,
19  what did you recognize it to be, if you knew what it
20  was?
21  A. PHP code.
22  Q. Uh-huh. Do you know who wrote that code?
23  A. Yes.
24  Q. Who wrote it?

173

1  A. I wrote it.
2  (Qualls 5 marked for identification by
3  the Court Reporter.)
4  Q. Mr. Qualls, I'm showing you what's been
5  marked as Qualls 5. Does this appear to be the
6  document we were just discussing?
7  A. Yes.
8  Q. So, can you please identify it again?
9  What is it?
10  A. It's a program that runs before the
11  actual scheduler runs.
12  Q. Okay. And the program itself is stored
13  in a file called SKDMASS detail; is that correct?
14  SKDMASSDETAIL.PHP; right?
15  A. Correct.
16  Q. The path identifier at the top of this
17  document, do you see it?
18  A. Yes.
19  Q. Do you recognize the path identifier?
20  A. Yes.
21  Q. This is in a C drive, right? Is it a C
22  drive? Am I reading that correctly?
23  A. Yes.
24  Q. Okay. And then the next entry on the

**Page 174**

```
 1  path identifier says IS3, right?
 2      A. Yes.
 3      Q. What is IS3?
 4      A. That would be a directory name.
 5      Q. Right. So there was a directory within
 6  the district 186 system called IS3?
 7      A. Yes.
 8      Q. That was also the name of Mr. Miller's
 9  product, correct?
10      A. Correct.
11      Q. Why was it called IS3?
12      A. I don't know. Well, probably because --
13  well -- I don't know.
14      Q. You don't know?
15      A. Yeah.
16      Q. Does that look unusual to you?
17      A. Well, the whole thing looks unusual to
18  me.
19      Q. Why do you say that?
20      A. Because it says C colon. Our system
21  resides on a lenox web server. This program is part
22  of a lenox system. We don't use drive identifiers.
23      Q. Okay. Do you know for a fact that this
24  document did not come from the Miller Group's IS3
```

**Page 175**

```
 1  system?
 2      A. No.
 3      Q. In other words, if the Miller Group had
 4  access to a program you wrote, they could have used
 5  that program for their system, right?
 6      A. Yes.
 7      Q. Okay. But you recognize the actual code
 8  beginning with the first line as code that you wrote?
 9      A. Yes.
10      Q. In its entirety?
11      A. With a few exceptions.
12      Q. The document's about -- the document's
13  eight pages, right? Correct?
14      A. Yes.
15      Q. Okay. And you're certain that this is
16  all code that you wrote in the language PHP, right?
17      A. No.
18      Q. No. I thought that's what you said. You
19  said with a few exceptions?
20      A. Yes.
21      Q. Okay. What are the exceptions?
22      A. Exceptions that I recognize?
23      Q. Yes.
24      A. (Looking through document.) Would be on
```

**Page 176**

```
 1  page 6.
 2      Q. Page 6?
 3      A. Oh, I'm sorry. Page 5.
 4      Q. Page 5. Okay. Where?
 5      A. At the end.
 6      Q. Near line 300?
 7      A. Up a little bit. Probably 296.
 8      Q. Okay. 296?
 9      A. Yes.
10      Q. Ignore user, abort?
11      A. That's correct.
12      Q. Okay. You did not write this?
13      A. That's correct.
14      Q. Do you know where it came from?
15      A. Someone at the Miller Group.
16      Q. How do you know that?
17      A. Because they were assisting us in
18  developing our interface programs, and this was one of
19  them, and I didn't write that.
20      Q. Just that one line?
21      A. No.
22      Q. There are others?
23      A. Yes. I would --
24      Q. Can you give me an approximation of
```

**Page 177**

```
 1  roughly the percentage of this that is your code?
 2      A. Ninety-five percent.
 3      Q. Okay. Ninety-five percent of this is
 4  written by you. Now, did Star_Base have a program
 5  similar to this?
 6      MR. SHUPENUS: Objection. Vague.
 7      MR. HILLIARD: I'm talking about the basic
 8  algorithms in this program. Obviously, the language
 9  is different, because you wrote it in PHP and
10  Star_Base was in PLSQL, right? I'm sorry. It was in
11  C, right?
12      A. Not this particular program.
13      Q. What was -- what language was Star_Base
14  in?
15      A. PLSQL.
16      Q. Okay. Star_Base had a similar program,
17  in other words, similar in the sense of performing a
18  similar function, right?
19      A. Yes.
20      Q. And they called theirs SKDMASSDETAIL,
21  too, right?
22      A. I don't know what they called theirs.
23      Q. Well, you're familiar with Star_Base?
24      A. Yes.
```