Page 1

1

2       UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF ILLINOIS
        SPRINGFIELD DIVISION
3       NO. 2003-CV-3105
4  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
5  CENTURY CONSULTANTS, LTD.,
6           Plaintiff,                    DEPOSITION OF:
        vs.
7                                         JOSEPH E. LA MANTIA
   THE MILLER GROUP, INC., JOHN G.
8  MILLER and the SPRINGFIELD
   PUBLIC SCHOOL DISTRICT NO. 186,
9
            Defendants.
10
   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
11
12
13           TRANSCRIPT OF PROCEEDINGS, taken by
14 and before KIM A. GHILARDI, a Notary Public, Certified
15 Shorthand Reporter of the State of New Jersey and
16 Registered Professional Reporter, taken at the offices
17 of STARK & STARK, P.C., 993 Lenox Drive,
18 Lawrenceville, New Jersey, on Thursday, January 13,
19 2005, commencing at 9:08 a.m.
20
21
22              GUY J. RENZI & ASSOCIATES
                  824 West State Street
23              Trenton, New Jersey  08618
          (609) 989-9199  1-800-368-7652  (TOLL FREE)
24                www.renziassociates.com
25

Page 2

APPEARANCES:

STARK & STARK, P.C.
BY  MARTIN P. SCHRAMA, ESQ.
993 Lenox Drive
Lawrenceville, New Jersey 08648
COUNSEL FOR PLAINTIFF

BROWN, HAY & STEPHENS, LLP.
BY   ROBERT M. SHUPENUS, ESQ.
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705-2459
COUNSEL FOR DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186

Page 3

INDEX TO WITNESSES

WITNESS                              PAGE
JOSEPH E. LA MANTIA
  By Mr. Shupenus                     4

Page 4

1  JOSEPH E. LA MANTIA, 44 Spring
2  Lake Boulevard, Waretown, New Jersey, having been
3  first duly sworn according to law, testifies as
4  follows:
5  EXAMINATION BY MR. SHUPENUS:
6      Q    Good morning, sir. My name is Rob
7  Shupenus. I am one of the attorneys representing
8  Springfield Public School District 186 from
9  Springfield, Illinois. How are you this morning?
10     A    Excellent.
11     Q    Good. Have you ever had your deposition
12 taken before?
13     A    Yes.
14     Q    How many times?
15     A    Once.
16     Q    How long ago was that?
17     A    A few years. I'm not sure exactly how
18 long.
19     Q    Was it in your capacity as a
20 representative for Century or was it in a personal
21 capacity?
22     A    No. For Century.
23     Q    Today I'm going to ask you a series of
24 questions, most of which pertain to the lawsuit filed
25 in the Central District of Illinois, Federal Court in

Page 5

1  Springfield entitled Century Consultants, Ltd. versus
2  The Miller Group, et al. When I ask you a question,
3  and you don't understand it, feel free to tell me and
4  I will do my best to rephrase it in a manner so that
5  it's more understandable. If you answer my question,
6  I'm going to assume that you understand it. Okay.
7  And one of the biggest problems witnesses have is not
8  stating their answers orally.
9      A    Right.
10     Q    And so I will do my best to catch it
11 when you shake your head or nod instead of saying yes
12 or no and if I correct you, please don't take offense.
13 It is so the court reporter will be able to take
14 everything down. Okay?
15     A    I understand.
16     Q    Now, I'm going to show you what's been
17 marked as Defendant's Exhibit 56. Have you ever seen
18 that document?
19     A    I don't recall.
20     Q    Okay. I'll show you what's been marked
21 Defendant's Exhibit 57. Have you seen that document
22 before?
23     A    Yes, I have.
24     Q    Do you understand that today you are
25 having your deposition taken in two separate

Page 6

```
 1  capacities, one as a witness in this case and the
 2  other as a corporate representative?
 3     A    That was never made clear to me.
 4     Q    Okay. Do you understand that now?
 5     A    Yes, I do.
 6     Q    Okay. And do you understand that you
 7  will be testifying today regarding several of the
 8  matters set forth in Exhibit A?
 9     A    Yes, I do.
10     Q    What is your occupation?
11     A    My title is Executive Vice-President.
12     Q    Of Century Consultants?
13     A    Correct.
14     Q    How long have you worked for Century
15  Consultants?
16     A    Since 1977.
17     Q    Do you have an ownership interest in
18  Century Consultants?
19     A    Yes, I do.
20     Q    What is the nature of that ownership
21  interest?
22     A    It's a 50 percent ownership.
23     Q    Who owns the rest of Century?
24     A    Joe Shearn.
25     Q    How much does he own?
```

Page 7

```
 1     A    50 percent.
 2     Q    Has the ownership structure of Century
 3  been consistent since 1977?
 4     A    No.
 5     Q    How did it start?
 6     A    There was a third partner and around
 7  1990, we bought out, Joe and I bought out his
 8  interest.
 9     Q    Who is the other partner?
10     A    Rich, Richard Dilts.
11     Q    Was Mr. Dilts involved in the
12  development of Star_Base?
13     A    No.
14     Q    Okay. Showing you what has been marked
15  Defendant's Exhibit No. 46, I'm going to draw your
16  attention to the second page. Have you seen that
17  document before?
18     A    Yes, I have.
19     Q    Are the names and corresponding letters
20  on there consistent with your understanding of what
21  you will be testifying today regarding, I am sure, in
22  your corporate capacity?
23     A    Well, I'm not sure I understand the
24  content of all of those categories and what they
25  really imply. That's something I expect you to bring
```

Page 8

```
 1  out during the course of the day today. But this has
 2  been explained to me and I do understand why I was
 3  assigned to these categories.
 4     Q    And are you, in fact, the best person to
 5  respond to these categories on behalf of the
 6  corporation where your name is indicated? And by
 7  best, I mean are you the person with the most
 8  knowledge regarding the subjects contained therein?
 9     A    Well, inasmuch as I don't understand the
10  full intent of every one of these categories, I don't
11  know how I can answer that question.
12     Q    Okay. What categories don't you
13  understand? Let's just get this out of the way.
14     A    All right. Well, let's start with A,
15  all facts which support or relate in any manner to the
16  allegations, et cetera, et cetera. I'm sure there may
17  be some facts that you may ask about that I don't know
18  about and I would say that that type of information
19  might or that case may go throughout all of these.
20     Q    In fact, sir, that request is limited to
21  the allegations in the Amended Complaint. Do you see
22  that?
23     A    Um-hum.
24     Q    You have to say yes or no.
25     A    I am sorry. Yes.
```

Page 9

```
 1     Q    Are there others who have knowledge of
 2  the facts that go along with the allegations Century
 3  made in the Amended Complaint?
 4     A    Yes.
 5     Q    Who?
 6     A    I doubt if I could give you a complete
 7  list.
 8     Q    Give me as many as you know.
 9     A    Well, certainly Bob Magan and he will be
10  here tomorrow. Joe Shearn knows about facts. I'm
11  sure Geri Shearn knows facts. After that, I really
12  couldn't be sure. I would be guessing.
13     Q    You understand that that notice of
14  deposition pertains to which representative of the
15  plaintiff has the most knowledge?
16     A    Okay.
17     Q    Who has the most knowledge regarding the
18  facts in the Amended Complaint?
19     A    Well, then, I think we're accurate in
20  saying it's Bob and myself.
21     Q    Okay.
22     A    That we know the most facts.
23     Q    Okay. If at any point today you believe
24  that there is someone else who has more knowledge of
25  the facts we are discussing, let me know at that point
```

Page 10

1  that there is someone else we should talk to and we
2  will make up arrangements for them to come in
3  tomorrow. Okay?
4      A    Okay.
5      Q    What else do you not understand on
6  Exhibit A, sir? Take your time to read that.
7      A    I am.
8           MR. SHUPENUS: I know. In the meantime
9  I'm going to let Marty know, Marty, it might be a long
10 day. So if we need to make up arrangements to extend
11 this deposition, let's just get that out of the way
12 now. This is going pretty slow. I was hoping that
13 the witness would have reviewed this and got his
14 understanding of what was required of him before
15 coming in here today, so this is time consuming and I
16 really don't want that going into the seven hours.
17 Are we going to be able to extend it or do we need a
18 court order?
19          MR. SCHRAMA: This will take another
20 court order.
21          MR. SHUPENUS: Okay. It's 9:20 right
22 now. We will go until around 10 and then I will call
23 my office and arrange that.
24     Q    Sir, have you found any other area of
25 that notice that you don't understand.

Page 11

1      A    I think your explanation that I am the
2  person who knows the most about these and that if
3  other people know about them, they know less than I do
4  is correct. So based on that, I would say that I'm
5  the best person to answer these questions.
6      Q    Was that not your understanding when you
7  came in today?
8      A    I don't think it was expressed to me in
9  those words.
10     Q    Tell me what your understanding was when
11 you came in regarding your role here today?
12     A    I assumed that you had many questions to
13 ask. These were the categories of things you would be
14 asking about and I was one of the most knowledgeable
15 people, if not the most knowledgeable person in many
16 of these areas, so I was the likely person to answer
17 these questions.
18     Q    And how has your understanding changed
19 in the last several minutes?
20     A    Well, your initial question made me
21 doubt what I thought but your explanation came back
22 around to what I originally understood.
23     Q    Okay.
24     A    So I feel more comfortable with it now.
25     Q    Tell me about your education.

Page 12

1      A    I graduated college.
2      Q    That's it?
3      A    What do you want to know? Rutgers
4  College, 1973. I have a B.S. in physics.
5      Q    Do you have any other education beyond
6  the high school level?
7      A    I have a few credits of graduate school,
8  computer science.
9      Q    What graduate school?
10     A    It was Rutgers.
11     Q    How many credits?
12     A    Don't recall.
13     Q    What courses?
14     A    I don't recall. They were computer
15 science courses.
16     Q    When did you take them?
17     A    In the mid-seventies.
18     Q    Is that all of your education post-high
19 school?
20     A    Outside of some technical courses from
21 time to time, seminars and things like that.
22     Q    Okay.
23     A    There's a handful of those which I
24 probably could not recall.
25     Q    Did you have an occupation between 1973

Page 13

1  and 1977?
2      A    Yes. I worked for NCR Corporation
3  during the same period from '73 to '77.
4      Q    What was the nature of your job?
5      A    My title was systems analyst.
6      Q    What did you -- what functions did you
7  perform generally at NCR?
8      A    I wrote programs.
9      Q    Is there any other post-college
10 employment other than what we have discussed?
11     A    Yes. I threw pizzas for awhile as a
12 second job.
13     Q    Anything else?
14     A    No.
15     Q    Have you ever been convicted of a
16 felony?
17     A    No.
18     Q    Have you ever been convicted of any
19 crime involving dishonesty?
20     A    No.
21     Q    What is Star_Base?
22     A    It's a computer software application for
23 schools to keep student records.
24     Q    Who developed Star_Base?
25     A    Century Consultants.

Page 14

1  Q    Who were the people who developed
2  Star_Base for Century Consultants?
3  A    We have had a lot of employees over the
4  years. I certainly couldn't remember every one of
5  them.
6  Q    When did Star_Base begin to be
7  developed?
8  A    Around 1990.
9  Q    Who participated in the initial
10 development of Star_Base?
11 A    Well, certainly I did. Bob Magan and a
12 fellow by the name of Frank Schittone.
13 Q    Can you spell that for the court
14 reporter?
15 A    S-c-h-i-t-t-o-n-e. That's my best
16 guess.
17 Q    Anyone else?
18 A    Like I said, there were a lot of
19 programmers and I really can't remember all the names.
20 Q    How many names can you remember?
21 A    Well, I'll work backwards then from
22 current time and we will see how far I can go back.
23 Q    I want to know who developed the initial
24 Star_Base first?
25 A    Other than those three, I really can't

Page 15

1  remember who was employed in 1990.
2  Q    If someone was employed by Century in
3  1990, does that mean that they participated in the
4  development of Star_Base?
5  A    Not necessarily.
6  Q    Okay. Well, then, I don't need to know
7  all of the employees in 1990. I just need to know who
8  developed Star_Base.
9  A    Well, I already answered that question.
10 Q    You said Bob Magan and yourself and
11 Frank Schittone?
12 A    Yes.
13 Q    And that's all you can remember about
14 the development of the initial Star_Base?
15 A    Um-hum. Yes.
16 Q    Is the initial version of Star_Base
17 identifiable by any certain name or version?
18 A    I suppose you would call it Version 1.
19 Q    Is that what Century called it?
20 A    After awhile, yes.
21 Q    When was Version 2 created? Of course,
22 I'm assuming that there is a Version 2?
23 A    Yes. There is a Version 2. It was
24 around 1995.
25 Q    What are the primary differences between

Page 16

1  Version 1 and Version 2?
2  A    Version 1 was character based and
3  Version 2 was what we call client server.
4  Q    What are the primary differences between
5  those two versions?
6  A    Well, character based uses either dumb
7  terminals or PC using terminal emulation, VT 100
8  emulation. Client server programs run in Windows on a
9  PC and communicate with the server. The programs
10 actually run on a PC.
11 Q    Do Version 1 and Version 2 have the same
12 source code?
13 A    A large percentage is the same.
14 Q    What percentage do you believe would be
15 the same?
16 A    At least 75 percent. You are really
17 changing the user interface more than the technology
18 and algorithms that go into the application.
19 Q    Well, before we get too far, we should
20 probably back up and talk about your initial product
21 at Century. Is that the STARS program?
22 A    Correct.
23 Q    Who developed STARS?
24 A    Again, we had a lot of programmers,
25 principally myself, Joe Shearn, Rich Dilts. A host of

Page 17

1  others.
2  Q    Did you have a host of others at the
3  outset?
4  A    No.
5  Q    Okay.
6  A    When Century began, it was just the
7  three of us.
8  Q    Okay. By the time STARS was first sold
9  to a client, was it just the three of you who
10 developed it?
11 A    Yes. That's correct.
12 Q    And do I understand correctly that STARS
13 evolved into the first version of Star_Base?
14 A    That's correct.
15 Q    What similarities are there between
16 STARS and Star_Base?
17 A    Mostly, the similarity is mostly in the
18 area of feature and functionality.
19 Q    What do you mean by that?
20 A    I'm trying to think of a good example.
21 Let's say, for example, the number and types of
22 reports that were available in the system.
23 Q    What percentage of source code between
24 STARS and your first version of Star_Base would be the
25 same, if any?

Page 18

1  A   Well, there's two answers to that.
2  First of all, the source code there would be zero
3  percent. STARS was written in cobol and Star_Base is
4  written in Oracle using SQL, so absolutely nothing
5  could be reused. But the logic and algorithms that
6  were part of the STARS were certainly used to help
7  create Star_Base and especially when it came down to
8  the scheduler program.
9  Q   Explain for me how the scheduler program
10 and the STARS program is similar to the scheduler
11 program in the first version of Star_Base?
12 A   Well, the key to any scheduler is really
13 conflict checking and how you go about making sure you
14 don't put two courses in a student's schedule that
15 conflict with each other. Does that answer your
16 question?
17 Q   No. You told me what the key is to any
18 scheduler?
19 A   Okay. Ask the question again.
20 Q   Explain the similarities between the
21 initial version of Star_Base and STARS?
22 A   I thought you asked about the scheduler.
23 Q   Excuse me?
24 A   I thought your question was about the
25 scheduler program?

Page 19

1  Q   Okay. With respect to the schedule
2  portion?
3  A   Okay. Well, okay. So I have to talk a
4  little bit about how scheduler works, then.
5  Q   Go ahead.
6  A   One of the things you need to do is to
7  prioritize students in a way that makes it more
8  logical for the scheduler to handle. For each
9  student, you need to prioritize courses and all the
10 permutations of sections to make up it efficient for
11 the scheduler to handle and then you need some healthy
12 logic that runs through all of the permutations of all
13 of the sections to give the student a complete
14 schedule or as complete a schedule as possible and to
15 do many other things, like balance students of cross
16 sections so you don't have 30 kids in one and none in
17 another. So all this logic is part of the algorithm,
18 was brought over from STARS to Star_Base and is really
19 the heart of the scheduler.
20 Q   So is the logic in STARS similar to the
21 logic in the first version of Star_Base or is it the
22 same?
23 A   It's extremely similar.
24 Q   What are the differences?
25 A   Well, for one thing, the STARS schedule

Page 20

1  was written in cobol and the Star_Base is written in
2  C, different program language.
3  Q   Does different program language affect
4  logic?
5  A   No, it doesn't.
6  Q   Okay. Continue. I am sorry to
7  interrupt.
8  A   Other than that, it's doing extremely
9  similar things. We may have added a few more options
10 over the years but the basic, the core algorithms is
11 the same.
12 Q   Would you characterize Star_Base to be a
13 derivative of STARS?
14 A   What's your definition of derivative?
15 Q   What's yours?
16 A   If you start with a given work and you
17 make changes to it or you billed anything else that
18 uses that as its core, then I believe that's a
19 derivative.
20 Q   Okay. Given that definition, do you
21 believe that the first version of Star_Base is a
22 derivative of STARS?
23 A   Yes.
24 Q   Okay. I assume that your target
25 customer would be a school district rather than

Page 21

1  individual schools, am I right?
2  A   Yes.
3  Q   Between -- well, regardless of date, how
4  many school districts purchased the STARS system?
5  A   I think at one point it was nearing 200.
6  That would be my best guess.
7  Q   Who had the idea to develop Star_Base?
8  A   I really can't recall who came up with
9  the first idea for it.
10 Q   Typically, how do you approach a
11 customer with your Star_Base product? Do they
12 normally contact you? Do you solicit customers?
13 A   We have marketing representatives and
14 they perform marketing activities, contact districts,
15 do demonstrations. We advertise in publications, we
16 go to trade shows and we respond to bids.
17 Q   Was the STARS program copyrighted?
18 A   Yes, it was.
19 Q   What elements of STARS were covered by
20 the copyright?
21     MR. SCHRAMA: I'm just going to pose an
22 objection as to form. The term copyright calls for a
23 legal conclusion. If you understand the question, you
24 can answer it.
25 Q   Go ahead.

Page 22

1   A    To the best of my knowledge, it was the
2   entire package.
3   Q    What do you mean by package?
4   A    Application.
5   Q    Let me ask it a different way. Are
6   there any elements of STARS that you believe was not
7   copyrighted?
8   A    No.
9   Q    When was STARS copyrighted?
10  A    I don't recall.
11  Q    Do you recall the approximate date, just
12  the approximate year?
13       MR. SCHRAMA: I'll just object. This
14  will be a continuing objection but you can answer it.
15  A    I don't recall.
16  Q    To the best of your knowledge, was it
17  sometime between 1977 and 1990?
18  A    That would be a safe assumption, yes.
19  Q    Who took care of -- well, who was
20  responsible for obtaining the copyright on behalf of
21  Century or for STARS?
22  A    To the best of my knowledge, all the
23  copyright work was done by an attorney Ken Watov.
24  Q    Who at Century was charged with
25  communicating with counsel regarding the copyright?

Page 23

1   A    Joe Shearn.
2   Q    Is the first version of Star_Base
3   copyrighted, to your knowledge?
4   A    Yes.
5   Q    How do you know that?
6   A    Well, I've seen the copyright
7   statements, documents.
8   Q    Did you participate in obtaining the
9   copyright for Star_Base?
10  A    Again, if you are asking me about all
11  the legal work that was done between Joe Shearn and
12  Ken Watov --
13  Q    Did you have any participation in
14  Century's procurement of a copyright for the first
15  version of Star_Base?
16  A    I don't recall. I know I've met with
17  Ken over the years. I don't recall specifics.
18  Q    Did Century develop every portion of
19  Star_Base in its entirety?
20  A    Yes.
21  Q    Has Century ever hired any other person
22  or entity to contribute code or tables or anything
23  else to the Star_Base program?
24  A    Yes, as a matter of fact.
25  Q    Who?

Page 24

1   A    At one time we hired a programmer from
2   an outside company to help us with an interface to an
3   optical scanner.
4   Q    Who is the programmer?
5   A    I remember his first name. His first
6   name is Ravi, R-a-v-i. I'm sure I could not pronounce
7   or spell his last name.
8   Q    When was he hired?
9   A    I don't recall.
10  Q    When approximately was he hired?
11  A    I don't recall.
12  Q    Certainly it was after 1990, right?
13  A    Yes.
14  Q    When is the last time you recall seeing
15  Ravi?
16  A    It's got to be at least ten years.
17  Q    Is the -- well, strike that. Did Ravi
18  write code for Star_Base?
19  A    Yes, he did.
20  Q    Okay. Is the code that Ravi wrote
21  copyrighted, to your knowledge?
22  A    I believe it is.
23  Q    Who handled getting Ravi's portion of
24  the code copyrighted?
25  A    That would also be Joe Shearn.

Page 25

1   Q    Is it your understanding that Ravi's
2   code is copyrighted in the same manner and through the
3   same documents as the rest of Star_Base?
4   A    Yes.
5   Q    We talked about the portion of STARS
6   that you understand is copyrighted. What portion of
7   Star_Base do you believe is copyrighted?
8   A    All of it.
9   Q    Does Star_Base contain all original work
10  done by Century? Let me ask it --
11  A    Describe done by Century.
12  Q    Did Century develop every element of
13  Star_Base other than the one you just told me about
14  with Ravi?
15  A    Yes. And as far as I'm concerned, since
16  we hired him as a contractor for us, he was working
17  for us and that's still Century developing it.
18  Q    Okay. Did you state that Ravi was an
19  independent contractor or outside contractor? What
20  did you say?
21  A    He worked for a company that hired out
22  programmers but they were employees of this other
23  company.
24  Q    What's the other company's name?
25  A    I don't recall.

Page 26

1   Q   Where is it located?
2   A   In the Princeton area.
3   Q   Can you be more specific regarding where
4   it is?
5   A   Can I be?
6   Q   Yes.
7   A   No.
8   Q   Is there any other identifying
9   information at all that you can give me regarding the
10  identity of this company? All I have is a first name
11  and that it is in the Princeton area.
12  A   That's all I remember.
13  Q   Do you have documents that would shed
14  light on this for us?
15  A   I'm not sure if we have any. It's a
16  long time ago.
17  Q   Who at Century was in charge of
18  gathering documents that were responsive to District
19  186's discovery requests?
20  A   Mostly that funneled through Joe Shearn.
21  Q   You said mostly. Who else was in charge
22  or who else was responsible for getting these
23  documents?
24  A   Well, I'm sure he delegated other people
25  to gather information for him in order to hand them

Page 27

1   over.
2   Q   Who?
3   A   Our administrative staff and I'm not
4   sure who he would have picked.
5   Q   Did you gather any of the documents
6   responsive to District 186's discovery requests?
7   A   I'm pretty sure I went through all my
8   files, E-mails, notes, anything I may have had
9   pertaining to Springfield and put them all together,
10  yes.
11  Q   Which documents that were produced came
12  from you?
13  A   I have no idea. What are you asking?
14  Q   I'm asking which documents that were
15  produced came from you? Which ones did you gather?
16  A   I just said I went through my files,
17  E-mails, notes from meetings. Any of my personal
18  information, information that was in my personal
19  possession, okay.
20  Q   When you gathered this information, did
21  you do it all at once or did you do it in a more
22  sporadic method?
23  A   I'm pretty sure it was done all at once.
24  Q   Okay. Did you stack your documents
25  before you presented them to whoever took them?

Page 28

1   A   I'm sure I did, yes.
2   Q   How tall is the stack?
3   A   Less than an inch.
4   Q   Okay. How many versions of Star_Base
5   are there?
6   A   Three.
7   Q   Okay. And we earlier referred to the
8   first version as Version 1, right?
9   A   Um-hum. I'm sorry. Yes. Basically,
10  the Version 1 is character mode, Version 2 is client
11  server, Version 3 is Web based.
12  Q   When was Version 2 first sold to a
13  customer?
14  A   I would estimate in the 1995 time frame.
15  Q   Who is the first client who purchased
16  Version 2?
17  A   I couldn't tell you that.
18  Q   When you referred to Version 2 as a
19  client server version, is that also considered a Web
20  enabled version?
21  A   No.
22  Q   Is there a Web enabled version of
23  Star_Base?
24  A   Version 3 is the Web enabled version.
25  Q   A Web based version?

Page 29

1   A   All right. I take that back. Web
2   enabled is not the correct characterization of Version
3   3. It's Web based. We never had a Web enabled
4   version. We went from client server to Web based. I
5   typically don't make that distinction in my mind
6   between the two.
7   Q   Okay. When was Version 3 developed?
8   A   Well, work was going on in the late
9   nineties for that.
10  Q   And I certainly don't want to put words
11  in your mouth. Do you refer to Version 3 as the Web
12  based version of Star_Base?
13  A   Yes.
14  Q   What is your understanding of what the
15  term Web enabled means?
16  A   Well, if we are splitting hairs over Web
17  enabled and Web based, any application that can run
18  over the Web is Web enabled. Web based means you're
19  running it with just a browser on your PC and with no
20  other additional software installed on your PC.
21  That's Web based. Web enabled, typically you can have
22  some helper programs or user interface or whatever
23  installed on your PC in order to be able to run
24  something over the Web.
25  Q   Is it correct for me to say that with

Page 30

1  Web enabled, you need a program and with Web based,
2  you just need a browser?
3    A    On your PC, that is correct.
4    Q    Okay. Was there ever a point in time
5  where the Web could be utilized in conjunction
6  software to utilize Star_Base? And when I say that, I
7  mean software that is not a browser.
8    A    Which version?
9    Q    Any version.
10   A    Yes.
11   Q    Which version?
12   A    The Version 2 could be run over the
13 Internet, if you will, you know, with the proper
14 communications equipment.
15   Q    Well, explain, then, for me why that
16 wouldn't be Web enabled?
17   A    Well, it is Web enabled but it is in the
18 lowest form. You're still running all of your
19 programs on your PC. I would have a hard time making
20 an argument for that.
21   Q    Is the source code for Version 2 the
22 same as the source code for Version 3 of Star_Base?
23   A    There were changes made in going from
24 Version 2 to Version 3.
25   Q    How much of the source code remained the

Page 31

1  same between Version 2 and Version 3?
2    A    I couldn't give you an accurate
3  percentage but it would be a large percentage.
4    Q    Over 50 percent?
5    A    Much more than that, yes.
6    Q    Over 75 percent?
7    A    Yes.
8    Q    Over 90 percent?
9    A    I couldn't say that. Don't know within
10 that range but it's up there.
11   Q    Okay. Are all three versions of
12 Star_Base written in the same language?
13   A    Yes.
14   Q    Including all of the modules in
15 Star_Base?
16   A    Yes.
17   Q    And what language is that?
18   A    Well, SQL, and Oracle's particular
19 flavor is called PLSQL.
20   Q    Is that commonly referred to as PLSQL?
21   A    Correct.
22   Q    Is -- strike that. How much of Version
23 2 of Star_Base is copyrighted?
24   A    All of it.
25   Q    And what facts do you know that lead you

Page 32

1  to that belief?
2    A    We went through the process of having it
3  copyrighted.
4    Q    When was Version 2 developed? Was it
5  '95, did you say?
6    A    Around that time frame, yes.
7    Q    Is Version 3 copyrighted?
8    A    Yes.
9    Q    All of it?
10   A    All of it.
11   Q    What facts do you know that support your
12 belief that all of Version 3 is copyrighted?
13   A    Again, we went through the process of
14 updating our copyrights.
15   Q    When was that process started?
16   A    I couldn't tell you.
17   Q    When was Version 3 completed?
18   A    I could make an argument to say that it
19 is not completed today.
20   Q    Can you, to your knowledge, can you get
21 a copyright on an uncompleted work?
22   A    I believe so.
23   Q    Okay. So you have no date of completion
24 for Version 3?
25   A    As a developer, in my mind, it's not

Page 33

1  done until we stop doing work on it. As a product, we
2  could say that it is done the day we release it to the
3  public for general use.
4    Q    What day was it released?
5    A    How many versions of Windows do you have
6  with patches? When you get a patch to Windows, does
7  that mean it's not the same version of Windows any
8  more? It's something that's inherent in the industry.
9    Q    When was Version 3 released to the
10 public?
11   A    Around '99, 2000.
12   Q    Just to confirm, you don't know when
13 Star_Base or, I am, sorry Century applied for
14 copyright protection?
15   A    No, I don't recall.
16   Q    Do you know an approximate date?
17   A    No.
18   Q    Could it have been within the last year?
19   A    I don't know.
20   Q    Does --
21   A    I don't think so.
22   Q    Does Century own the copyright to
23 Version 3?
24   A    Yes.
25   Q    Does Century own the copyright to

Page 34

1  Version 2?
2  A  Yes.
3  Q  Does Century own the copyright to
4  Version 1?
5  A  Yes.
6  Q  Okay. And this is a slightly different
7  question. Does Century own all of the rights to all
8  three versions of Star_Base?
9  A  Yes.
10 Q  Now, at some point Century marketed a
11 product to District 186 in Springfield, correct?
12 A  Yes.
13 Q  What happened to create a dialogue
14 between Century and District 186?
15 A  I don't recall the facts of whether we
16 responded to an initial bid. I believe we responded
17 to a bid.
18 Q  Do you know that or are you guessing?
19 Because I don't want you to guess.
20 A  I couldn't be 100 percent sure.
21 Q  Is there anyone who would be 100 percent
22 sure that is employed by Century?
23 A  I don't know. I'm not sure.
24 Q  Are the tables in the three versions of
25 Star_Base the same?

Page 35

1  A  For the most part, yes.
2  Q  Are there just slight differences
3  between the three versions with respect to the tables?
4  A  Yes.
5  Q  Give me a couple of examples of
6  differences that we would find between the versions?
7  A  We continually need to respond to new
8  mandates for reporting and new needs of school
9  districts. So we might, for instance, expand the
10 length of a field. A person's last name initially
11 probably started out as 30 characters and now it's 50
12 characters. That sort of thing. So additions of new
13 fields and enhancements to the size of fields and
14 things like that.
15 Q  What about the field names, have those
16 stayed substantially consistent in all three versions?
17 A  If a field exists, you don't ever change
18 the name.
19 Q  Are fields added?
20 A  Yes.
21 Q  So they are added but never changed,
22 right?
23 A  The name is not changed.
24 Q  The variable, the number of characters
25 may be changed?

Page 36

1  A  Correct.
2  Q  What about the sequence or structure of
3  fields within a table, would that change?
4  A  Very rarely.
5  Q  Do you know of any example where a table
6  structure has changed between the three versions?
7  A  Well, I can't think of any off the top
8  of my head. I'm sure there are some instances where
9  that has happened.
10 Q  But not many?
11 A  No.
12 Q  Who created the tables in Star_Base?
13 A  Well, the initial design was done by
14 myself and certainly Frank Schittone, who we discussed
15 earlier, and Bob and other people on our staff.
16 Q  With respect to the tables in the
17 scheduler portion of Star_Base, who designed those
18 tables?
19 A  Again, the same people would have been
20 involved.
21 Q  Do several people participate in the
22 development of each table?
23 A  It's very rare to let one person do
24 something in a vacuum. It's always done with a team
25 of people to make sure all the bases are covered.

Page 37

1  Q  How many tables are in Star_Base?
2  A  Hundreds. 3- or 400, I would guess.
3  Q  And I apologize if I already asked this
4  but as far as the number of tables, has that remained
5  fairly consistent throughout all three versions?
6  A  No. It has increased over time.
7  Q  How many versions are -- I am sorry --
8  how many tables, approximately, did the first version
9  of Star_Base have?
10 A  Oh, I'm sure it had several hundred to
11 begin with. Maybe 300 tables to begin with.
12 Q  And you believe that the latest version
13 of Star_Base has somewhere between 300 and 400?
14 A  I believe that, yes.
15 Q  Okay. Did you have or did you consult
16 any source for obtaining field names when you
17 developed Star_Base?
18 A  No.
19 Q  Did you consult any source for
20 determining data base or table structure?
21 A  We took our knowledge and our experience
22 of the STARS system and carried that over into the
23 development of Star_Base.
24 Q  Okay. When you created the tables for
25 STARS, did you consult any reference or source to get