E-FILED
Tuesday, 19 July, 2005  11:34:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTURY CONSULTANTS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2003-CV-3105 |
| | ) |
| **THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
THE MILLER GROUP, INC. AND JOHN G. MILLER'S MOTION TO SUPPRESS**

Plaintiff, Century Consultants, Ltd. ("Century"), respectfully submits this Memorandum in opposition to the motion of defendants, The Miller Group Inc. and John G. Miller, seeking to "suppress" evidence of a recorded conversation between a School District employee and a Century employee obtained in connection with Century's pre-suit investigation of claims against the co-defendants, John Miller and The Miller Group, Inc., as well as the School District. In support of this memorandum, Plaintiff adopts in total its memorandum of law in opposition to Springfield School District's Motion to Suppress (Document Nos. 97-102) as if set forth in full herein.

For all of the foregoing reasons, Century respectfully requests that the Court deny the The Miller Group Inc. and John G. Miller's motion to suppress.

                                                Respectfully submitted,
                                                CENTURY CONSULTANTS, LTD.,
                                                Plaintiff
                                                By:  /S/ David A. Herman
                                                      One of its Attorneys

<u>Lead Counsel</u>
Craig S. Hilliard
STARK & STARK
P.O. Box 5315
Princeton, NJ 08543-5315
(609) 896-9060

<u>Local Counsel</u>
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza, Suite 600
Springfield, IL  62705
(217)525-1571