IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2005-CV-3147 |
| | ) | |
| THE MILLER GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO BAR PLAINTIFF'S EXPERT WITNESS

NOW COMES, Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186") through its counsel, Brown, Hay & Stephens, LLP, hereby moves this Court for an Order barring testimony of the expert witness retained by Plaintiff, CENTURY CONSULTANTS, LTD. ("Century"), and in support thereof states:

1. Century retained Paul G. Lewis of P.G. Lewis & Associates, Inc. for the purpose of providing testimony supporting its assertion of copyright infringement and related claims against Defendants.

2. Lewis is not qualified to provide expert testimony.

3. Lewis' findings fail to conform with FRE 702. As a result, the Court should prohibit Century from presenting such testimony.

4. Furthermore, Lewis' flawed methodology, combined with his failure to even apply such methodology, is deficient to the point District 186 should not be required to incur expert witness fees in conjunction with Lewis' deposition.

5. District 186's Memorandum in Support of its Motion to Bar Expert Testimony is submitted contemporaneously herewith.

WHEREFORE, Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 respectfully requests the Court enter an Order finding that Paul G. Lewis is not qualified as an expert for purposes of supporting Plaintiff's claims, requiring Plaintiff to pay any expert witness fees incurred by District 186 as a result of Lewis' deposition, and awarding Defendant all other relief the Court deems proper.

        SPRINGFIELD PUBLIC SCHOOL
        DISTRICT 186, Defendant,

        By: s/Robert M. Shupenus
            One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
ALMON A. MANSON, JR.
Registration No. 1756761
ROBERT M. SHUPENUS
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on August 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com


s/ Robert M. Shupenus