**E-FILED**
Thursday, 04 August, 2005  04:56:48 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# DISTRICT 186'S MEMORANDUM IN SUPPORT OF ITS MOTION TO BAR PLAINTIFF'S EXPERT WITNESS

EXHIBIT A

## CONFIDENTIALITY NOTICE

*The information, data, and drawings contained herein are to be held confidentially and not disclosed to any third party without the express written permission of PG Lewis & Associates, LLC. By accepting this information, the recipient agrees to these terms and conditions. Should the recipient distribute this information without the permission of or against the will of PG Lewis & Associates, LLC, it is agreed that damages of US$100,000.00 will be paid as remuneration for this work.*

# Application Analysis

## Century Consultants, Ltd. V. The Miller Group, et al
### *Case No. 03-CV-3105*

**May 29, 2003**



*Prepared by:*
**Paul G. Lewis**
pglewis@pglewis.com

***PG Lewis & Associates, LLC***
34 Main Street – Second Floor
Clinton, NJ 08809
Tel. 908-730-8180 x140
Fax 908-735-8130
www.PGLewis.com

© 2003. PG Lewis & Associates, LLC



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

*\* This page has been left blank intentionally.*

### Introduction

PG Lewis & Associates, LLC (*hereinafter, "PGLA"*) was contracted by Century Consultants, LTD to perform an analysis of their proprietary application known as Star_Base, and compare those findings against a similar analysis performed on a competing product offered by The Miller Group and known as Info System 3, or IS3.

Century Consultants alleges that The Miller Group used its intellectual property as the basis for a competing product. The purpose of this report is to determine if any intellectual property belonging to Century Consultants is found in the competing product from The Miller Group.

As part of this analysis, PG Lewis & Associates received a total of five (5) data sets. The data sets are defined as follows:

| Data Set | CD Title | CD Contents | Author | Date Received |
|---|---|---|---|---|
| 1 | Century 5/14/03 | Star_Base6i_frmts.zip | Century Consultants | May 15, 2003 |
| 2 | IS3 Tables | Text file listing of the tables used by IS3 | The Miller Group | May 16, 2003 |
| 2 | IS3 Source Code | Source codes of the IS3 application | The Miller Group | May 16, 2003 |
| 2 | IS3 Scheduler | IS3 Scheduler Application | The Miller Group | May 16, 2003 |
| 3 | Springfield District 186 | IS3 Application installed at Springfield School | The Miller Group | May 22, 2003 |
| 4 | IS3 Scheduler | A different version of IS3 Scheduler Application | The Miller Group | May 22, 2003 |
| 5 | Century Schema (ZIP file emailed on 5/17/03) | Not a CD. ZIP Contains the schema and "describe" information for the Century Application | Century Consultants | May 17, 2003 |

This analysis compares each of the data sets received from The Miller Group and The Springfield School District to the "control" set of data received from Century Consultants.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

## Definitions –

*Century Consultants* – The plaintiff and the developer of Star_Base.

*CC File* – A "C" file or a program file which includes source codes.

*File Access Date* – The file access date is the date of last "access" to the file. For example, if this document was viewed by a user on January 15 and January 20, the file access date would be recorded as January 20.

*File Creation Date* – The file creation date is the date/time that the file was created. A file is created by opening an editor or an application and a new file is created, or by copying a file to a new drive. For example, the file creation date of this document would be the date that the document was originally created.

*File Modification Date* – The file modification date is the date that the file was last modified. For example, if this document was created on January 1, and modified on January 2 and January 3, the file modification date would be listed as January 3. Please know that the file modification date only records the last date on which the file was modified.

*INC File* – An "include" file, or a file that a program file calls at run time or time of compilation.

*IS3* – A school district management application marketed and sold by The Miller Group.

*Miller Group* – The defendant and the developer of IS3.

*PHP File* – A source code file.

*Star_Base* – A school district management application authored by Century Consultants.

*TXT File* – A text file containing lists or notes legible to the user.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

**Approach –**

The approach used during this analysis is as follows:
1. Analyze File Modification Dates of the IS3 Application
2. Analyzed the file SkdMassDetail.php
3. Analyzed Scheduler Schema
   a. Century Consultant Star_Base
   b. The Miller Group IS3
4. Perform a Table by Table Analysis
5. Comparison of Flow Diagrams
6. SQL Code Comparison
7. Similarities between code and status code
8. Analyze Star_Base C and IS3 C++ Code
9. Report Summary of Findings
10. Conclusion

P.G. Lewis Associates LLC
DATA FORENSICS

### Observations –

#### *File Modification Date Comparison*

The first area investigated by PG Lewis was the file modification date listings. A typical computer file usually has three (3) date stamps associated with the file; the "creation date", the "modification date", and the "last access date."

1. ***File Creation Date*** – The file creation date is the date/time that the file was created. A file is created by opening an editor or an application and a new file is created. For example, the file creation date of this document would be the date that the document was originally created.
2. ***File Modification Date*** – The file modification date is the date that the file was <u>last</u> modified. For example, if this document was created on January 1, and modified on January 2 and January 3, the file modification date would be listed as January 3. Please know that the file modification date only records the <u>last</u> date on which the file was modified.
3. ***File Access Date*** – The file access date is the date of last "access" to the file. For example, if this document was viewed by a user on January 15 and January 20, the file access date would be recorded as January 20.

The file modification date is significant in this analysis since it provides an easy way to confirm the validity of the files in question. If a file modification date is returned that is later than the date that the software was requested, the file was modified after the request was made.

PGLA analyzed the data sets provided by The Miller Group and found that the vast majority of files on the first three CD's were modified shortly after the court entered a temporary restraining order and a discovery request was made by Century Consultants for The Miller Group to produce a copy of the IS3 source code.

PGLA was advised that the date May 9, 2003 is of significance because: 1. The Court entered a temporary retraining order on May 8, 2003; 2. Century Consultants served a written request on May 9, 2003 for The Miller Group to produce a copy of the IS3 source code by May 14, 2003.

### Files Modified between May 9, 2003 and May 14, 2003 in Data Set 2

The three (3) CD's contained a total of 545 "php" files, or source code files. Of the 545 files found, 339 (62%) of the files were modified between May 9, 2003, and May 14, 2003. While it is not possible to determine exactly what was modified within the file, we do know that at least one character within the file must be changed in order to reset the file modification field. The "php" files that were modified are listed as follows:

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| AttPct.php | 8998 | 5/14/2003 | 2:14 AM |
| AttStuSumDays.php | 2904 | 5/14/2003 | 2:14 AM |
| SkdClusterList.php | 2207 | 5/14/2003 | 2:14 AM |
| ConfigClusters.php | 3896 | 5/14/2003 | 2:14 AM |
| GBConfig.php | 12897 | 5/14/2003 | 3:22 AM |
| AddressLabels.php | 2329 | 5/14/2003 | 8:34 AM |
| Average.php | 6166 | 5/14/2003 | 8:34 AM |
| SkdCrsChange.php | 3480 | 5/14/2003 | 8:34 AM |
| SkdReqBounce.php | 3061 | 5/14/2003 | 8:34 AM |
| SkdReqTallyFix.php | 2663 | 5/14/2003 | 8:34 AM |
| SkdCrsSum.php | 3909 | 5/14/2003 | 8:34 AM |
| SkdReqMtxList.php | 9251 | 5/14/2003 | 8:34 AM |
| SkdReqPrint.php | 6614 | 5/14/2003 | 8:34 AM |
| SkdTallyList.php | 12690 | 5/14/2003 | 8:34 AM |
| SkdMntCrs.php | 19986 | 5/14/2003 | 8:34 AM |
| SkdMntReq.php | 4678 | 5/14/2003 | 8:34 AM |
| MassUpdtUser.php | 5651 | 5/14/2003 | 8:34 AM |
| GetSchoolType.fnc.php | 498 | 5/14/2003 | 8:48 AM |
| PrepareGrade.fnc.php | 1585 | 5/14/2003 | 8:48 AM |
| PrepareGradeBold.fnc.php | 1595 | 5/14/2003 | 8:48 AM |
| SessionCurSchoolType.fnc.php | 340 | 5/14/2003 | 8:48 AM |
| SessionSchool.fnc.php | 783 | 5/14/2003 | 8:48 AM |
| SessionSchoolType.fnc.php | 529 | 5/14/2003 | 8:48 AM |
| CogATSum.php | 5373 | 5/14/2003 | 8:48 AM |
| DRASum.php | 14298 | 5/14/2003 | 8:48 AM |
| ITBSSum.php | 37331 | 5/14/2003 | 8:48 AM |
| MASSum.php | 5136 | 5/14/2003 | 8:48 AM |
| SummaryOS.Inc.php | 3114 | 5/14/2003 | 8:48 AM |
| StuGpaUpdate.php | 13574 | 5/14/2003 | 8:48 AM |
| TeacherGradeList.php | 3995 | 5/14/2003 | 8:48 AM |
| ConfigMP.php | 8119 | 5/14/2003 | 8:48 AM |
| ConfigSchedule.php | 5100 | 5/14/2003 | 8:48 AM |
| ConfigSchools.php | 3629 | 5/14/2003 | 8:48 AM |
| Exceptions.php | 13310 | 5/14/2003 | 8:48 AM |
| Schools.php | 8209 | 5/14/2003 | 8:48 AM |
| Users.php | 14383 | 5/14/2003 | 8:48 AM |
| SchNextSch.php | 4781 | 5/14/2003 | 8:48 AM |
| ClassSize.php | 15479 | 5/14/2003 | 8:48 AM |
| RacialDist.php | 15847 | 5/14/2003 | 8:48 AM |
| ParentAssociation.php | 8922 | 5/14/2003 | 8:49 AM |

| | | | |
|---|---|---|---|
| datadnld.php | 14944 | 5/14/2003 | 8:49 AM |
| GetAddrStu.fnc.php | 705 | 5/14/2003 | 9:01 AM |
| GetRelStu.fnc.php | 1279 | 5/14/2003 | 9:01 AM |
| GetRelStuAddr.fnc.php | 2003 | 5/14/2003 | 9:01 AM |
| GetRelStuNotAddr.fnc.php | 1070 | 5/14/2003 | 9:01 AM |
| ApplicantMaint.php | 39002 | 5/14/2003 | 9:01 AM |
| AddTeachers.php | 4017 | 5/14/2003 | 9:01 AM |
| EditTeachers.php | 11025 | 5/14/2003 | 9:01 AM |
| RolloverTeachers.php | 2527 | 5/14/2003 | 9:01 AM |
| Graph.php | 4254 | 5/14/2003 | 9:01 AM |
| Modify.php | 11334 | 5/14/2003 | 9:01 AM |
| Percent.php | 5891 | 5/14/2003 | 9:01 AM |
| AttTruancyList.php | 9784 | 5/14/2003 | 9:01 AM |
| ModifyAddressInserter.inc.php | 7510 | 5/14/2003 | 9:01 AM |
| ModifyAddStuAddr.inc.php | 4720 | 5/14/2003 | 9:01 AM |
| ModifyEditStuAddr.inc.php | 2690 | 5/14/2003 | 9:01 AM |
| ModifyRelAdd.inc.php | 4249 | 5/14/2003 | 9:01 AM |
| ModifyStuList.inc.php | 8127 | 5/14/2003 | 9:01 AM |
| StuInactLst.php | 6160 | 5/14/2003 | 9:01 AM |
| BusAssignment.php | 4959 | 5/14/2003 | 9:06 AM |
| HomeroomAssignment.php | 6707 | 5/14/2003 | 9:06 AM |
| AssessOptions.inc.php | 6057 | 5/14/2003 | 9:06 AM |
| CogAT.php | 20606 | 5/14/2003 | 9:06 AM |
| DRAScore.php | 10465 | 5/14/2003 | 9:06 AM |
| ISAT.php | 13149 | 5/14/2003 | 9:06 AM |
| ISATScience.php | 9394 | 5/14/2003 | 9:06 AM |
| ITBS.php | 18207 | 5/14/2003 | 9:06 AM |
| MAS.php | 8304 | 5/14/2003 | 9:06 AM |
| MEAP.php | 14884 | 5/14/2003 | 9:06 AM |
| StuAbsInfoE.php | 6020 | 5/14/2003 | 9:06 AM |
| ExternalTesting.inc.php | 13885 | 5/14/2003 | 9:06 AM |
| General.inc.php | 20306 | 5/14/2003 | 9:06 AM |
| Other.inc.php | 2688 | 5/14/2003 | 9:06 AM |
| DiscAddNew.php | 15374 | 5/14/2003 | 9:06 AM |
| DiscModNew.php | 18491 | 5/14/2003 | 9:06 AM |
| Reports.php | 10652 | 5/14/2003 | 9:06 AM |
| ChartReports.inc.php | 9114 | 5/14/2003 | 9:06 AM |
| ChartSetup.inc.php | 6833 | 5/14/2003 | 9:06 AM |
| History.php | 5420 | 5/14/2003 | 9:06 AM |
| Individual.inc.php | 9341 | 5/14/2003 | 9:06 AM |
| IndividualForm.php | 7226 | 5/14/2003 | 9:06 AM |
| Admin.inc.php | 8996 | 5/14/2003 | 9:06 AM |
| StudentRank.php | 12068 | 5/14/2003 | 9:06 AM |
| ClsRnkClcLst.php | 11355 | 5/14/2003 | 9:06 AM |
| SkdFindReqs.php | 5969 | 5/14/2003 | 9:06 AM |
| SkdReqBirtdate.php | 3609 | 5/14/2003 | 9:06 AM |
| TranscriptSend.php | 27873 | 5/14/2003 | 9:06 AM |
| AddStudent.php | 23675 | 5/14/2003 | 9:06 AM |
| FTE.php | 7984 | 5/14/2003 | 9:06 AM |
| List.php | 6129 | 5/14/2003 | 9:06 AM |



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| StuCharacteristics.php | 8467 | 5/14/2003 | 9:06 AM |
| StudentModify.php | 10133 | 5/14/2003 | 9:06 AM |
| StuGeneral.inc.php | 12614 | 5/14/2003 | 9:06 AM |
| Birthday.php | 4553 | 5/14/2003 | 9:06 AM |
| HomeRoom.php | 4963 | 5/14/2003 | 9:06 AM |
| MacSchoolExport.php | 5640 | 5/14/2003 | 9:06 AM |
| MacSchoolExportNEW.php | 4760 | 5/14/2003 | 9:06 AM |
| SRSD_Report.php | 29421 | 5/14/2003 | 9:06 AM |
| VersaTrans.php | 2126 | 5/14/2003 | 9:06 AM |
| LivetoDemo.php | 2686 | 5/14/2003 | 9:06 AM |
| applicant.php | 24026 | 5/14/2003 | 10:05 AM |
| ISATScienceSum.php | 21809 | 5/14/2003 | 10:05 AM |
| PrepareClasses.fnc.php | 942 | 5/14/2003 | 10:15 AM |
| AttDropAdd.php | 1935 | 5/14/2003 | 10:15 AM |
| HighList.inc.php | 2519 | 5/14/2003 | 10:15 AM |
| EducationalHistory.inc.php | 20401 | 5/14/2003 | 10:15 AM |
| GradeBook.inc.php | 8433 | 5/14/2003 | 10:15 AM |
| Grades.inc.php | 18471 | 5/14/2003 | 10:15 AM |
| ProgressDisplay.inc.php | 7013 | 5/14/2003 | 10:15 AM |
| Schedule.inc.php | 4496 | 5/14/2003 | 10:15 AM |
| StudentDetail.inc.php | 6998 | 5/14/2003 | 10:15 AM |
| GBEvents.php | 21782 | 5/14/2003 | 10:15 AM |
| GBGrades.php | 17513 | 5/14/2003 | 10:15 AM |
| GradeViewAll.php | 10843 | 5/14/2003 | 10:15 AM |
| ProgressViewAll.php | 9264 | 5/14/2003 | 10:15 AM |
| ClassRankCalc.php | 4721 | 5/14/2003 | 10:15 AM |
| ClsRnkClcFrm.php | 5301 | 5/14/2003 | 10:15 AM |
| StuGPACalcDetail.php | 24616 | 5/14/2003 | 10:15 AM |
| GradeDist.php | 18438 | 5/14/2003 | 10:15 AM |
| GrdsByTch.php | 7430 | 5/14/2003 | 10:15 AM |
| HonorRoll.php | 16775 | 5/14/2003 | 10:15 AM |
| MidHghGrdCrd.php | 13402 | 5/14/2003 | 10:15 AM |
| MidHghPrgRpt.php | 14745 | 5/14/2003 | 10:15 AM |
| SkdReqDetail.php | 22182 | 5/14/2003 | 10:15 AM |
| SkdReqDetailTxt.php | 23964 | 5/14/2003 | 10:15 AM |
| SkdReqMass.php | 12842 | 5/14/2003 | 10:15 AM |
| SkdSeatFix.php | 2796 | 5/14/2003 | 10:15 AM |
| MidHghSched.php | 19995 | 5/14/2003 | 10:15 AM |
| SkdTallyStuList.php | 4605 | 5/14/2003 | 10:15 AM |
| CrsSysIntegrity.php | 4057 | 5/14/2003 | 10:15 AM |
| SkdMntSect.php | 16044 | 5/14/2003 | 10:15 AM |
| TranscriptGrades.php | 47654 | 5/14/2003 | 10:15 AM |
| Transcripts.php | 35923 | 5/14/2003 | 10:15 AM |
| TransStevenson.php | 26455 | 5/14/2003 | 10:15 AM |
| StuSchoolUpdate.Inc.php | 5262 | 5/14/2003 | 10:15 AM |
| HonorRoll.php | 10862 | 5/14/2003 | 10:15 AM |
| AllowedStudents.fnc.php | 3983 | 5/14/2003 | 10:18 AM |
| SessionAllowedStudents.fnc.php | 5927 | 5/14/2003 | 10:18 AM |
| SQLRestrictions.fnc.php | 2936 | 5/14/2003 | 10:18 AM |
| Cumulative.php | 20402 | 5/14/2003 | 10:18 AM |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| SemFix.php | 1948 | 5/14/2003 | 10:18 AM |
| AttList.php | 13595 | 5/14/2003 | 10:18 AM |
| FixTransactions.php | 25909 | 5/14/2003 | 10:18 AM |
| WeeklySubstituteList.php | 12822 | 5/14/2003 | 10:18 AM |
| MonthlySummary.php | 5071 | 5/14/2003 | 10:18 AM |
| TchCompleteHigh.php | 5500 | 5/14/2003 | 10:18 AM |
| StudentSummary.inc.php | 6412 | 5/14/2003 | 10:18 AM |
| TeacherClassList.php | 8412 | 5/14/2003 | 10:18 AM |
| GBEntry.php | 21207 | 5/14/2003 | 10:18 AM |
| GradeView.php | 20448 | 5/14/2003 | 10:18 AM |
| ProgressInput.php | 29547 | 5/14/2003 | 10:18 AM |
| ProgressView.php | 21324 | 5/14/2003 | 10:18 AM |
| GradReqList.php | 15198 | 5/14/2003 | 10:18 AM |
| FailIncomplete.php | 4704 | 5/14/2003 | 10:18 AM |
| GradedClassList.php | 3923 | 5/14/2003 | 10:18 AM |
| TeacherCompletion.php | 4751 | 5/14/2003 | 10:18 AM |
| UngradedList.php | 5627 | 5/14/2003 | 10:18 AM |
| ProgressRecords.php | 23112 | 5/14/2003 | 10:18 AM |
| TeacherComplete.inc.php | 9098 | 5/14/2003 | 10:18 AM |
| SkdMassDetail.php | 20180 | 5/14/2003 | 10:18 AM |
| SkdMstCrsDetail.inc.php | 12445 | 5/14/2003 | 10:18 AM |
| SkdStuSchedule.php | 60899 | 5/14/2003 | 10:18 AM |
| SkdMstCrsList.php | 9570 | 5/14/2003 | 10:18 AM |
| SkdUnschedList.php | 13035 | 5/14/2003 | 10:18 AM |
| SkdMntMeets.php | 14415 | 5/14/2003 | 10:18 AM |
| SkdMstCrsMnt.php | 30193 | 5/14/2003 | 10:18 AM |
| ClassListList.php | 19777 | 5/14/2003 | 10:18 AM |
| ClassListLister.php | 18105 | 5/14/2003 | 10:18 AM |
| StudentMasterList.php | 22584 | 5/14/2003 | 10:18 AM |
| StuMedicalAlert.php | 24035 | 5/14/2003 | 10:18 AM |
| StuSchedule.php | 5690 | 5/14/2003 | 10:18 AM |
| RolloverList.php | 32476 | 5/14/2003 | 10:18 AM |
| Correction.php | 6000 | 5/14/2003 | 10:27 AM |
| FixDaily.php | 2915 | 5/14/2003 | 10:27 AM |
| MSR.inc.php | 35445 | 5/14/2003 | 10:27 AM |
| AbsenceReport.php | 8363 | 5/14/2003 | 10:27 AM |
| AttPartial.php | 3376 | 5/14/2003 | 10:27 AM |
| ExcessiveAbsences.php | 10736 | 5/14/2003 | 10:27 AM |
| MSR.inc.php | 22725 | 5/14/2003 | 10:27 AM |
| StuAbsInfoMH.php | 6692 | 5/14/2003 | 10:27 AM |
| GradeReport.php | 38575 | 5/14/2003 | 10:27 AM |
| ProgressReporting.php | 35820 | 5/14/2003 | 10:27 AM |
| GradeRecords.php | 30705 | 5/14/2003 | 10:27 AM |
| ConfigPeriodAttCodes.php | 2637 | 5/14/2003 | 10:27 AM |
| ChgStuId.php | 1E+05 | 5/14/2003 | 10:27 AM |
| DialerDownload.php | 2164 | 5/14/2003 | 10:27 AM |
| Warehouse.php | 16997 | 5/14/2003 | 10:45 AM |
| PackArray.fnc.php | 1948 | 5/14/2003 | 10:45 AM |
| SkdIncomplete.php | 12566 | 5/14/2003 | 10:45 AM |
| SkdReqListList.php | 5584 | 5/14/2003 | 10:45 AM |

P.G. Lewis Associates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

| | | | |
|---|---|---|---|
| MidHghCounAssign.php | 3505 | 5/14/2003 | 10:45 AM |
| ConfigCounselors.php | 7282 | 5/14/2003 | 10:45 AM |
| StuSchoolDetail.inc.php | 11573 | 5/14/2003 | 10:45 AM |
| AttElemList.php | 9950 | 5/14/2003 | 10:48 AM |
| ElementaryAdd.php | 6476 | 5/14/2003 | 10:48 AM |
| ElementaryAdmin.php | 19976 | 5/14/2003 | 10:48 AM |
| Add.php | 21535 | 5/14/2003 | 10:48 AM |
| Administration.php | 44749 | 5/14/2003 | 10:48 AM |
| AttAddID.php | 26670 | 5/14/2003 | 10:48 AM |
| AttCalc.php | 5549 | 5/14/2003 | 10:48 AM |
| AttDaily.php | 5760 | 5/14/2003 | 10:48 AM |
| incomplete.php | 3106 | 5/14/2003 | 10:48 AM |
| AttSumSeries.php | 16838 | 5/14/2003 | 10:48 AM |
| ClassReport.php | 13745 | 5/14/2003 | 10:48 AM |
| DailyTotal.php | 5794 | 5/14/2003 | 10:48 AM |
| Perfect.php | 4107 | 5/14/2003 | 10:48 AM |
| YTD.php | 13817 | 5/14/2003 | 10:48 AM |
| AttSum.php | 12922 | 5/14/2003 | 10:48 AM |
| ExcessiveAbsences.php | 8053 | 5/14/2003 | 10:48 AM |
| SummaryAttendance.inc.php | 10177 | 5/14/2003 | 10:48 AM |
| DeleteStudent.php | 6911 | 5/14/2003 | 10:48 AM |
| StuEnrollInsert.inc.php | 10753 | 5/14/2003 | 10:48 AM |
| Ethnic.php | 19846 | 5/14/2003 | 10:48 AM |
| GetGrade.fnc.php | 230 | 5/13/2003 | 2:11 AM |
| ClassDirectory.php | 3066 | 5/13/2003 | 2:11 AM |
| ConCons.php | 4473 | 5/13/2003 | 2:11 AM |
| ConfigGrades.php | 6669 | 5/13/2003 | 2:11 AM |
| ConfigVerifiedGrades.php | 2743 | 5/13/2003 | 2:11 AM |
| LunchView.php | 4663 | 5/13/2003 | 2:11 AM |
| StuNotes.php | 6636 | 5/13/2003 | 2:11 AM |
| StuSchool.inc.php | 3345 | 5/13/2003 | 2:11 AM |
| FeederSchool.php | 1774 | 5/13/2003 | 2:11 AM |
| NotesList.php | 1661 | 5/13/2003 | 2:11 AM |
| TelephoneList.php | 6301 | 5/13/2003 | 2:11 AM |
| MDWork.php | 1206 | 5/13/2003 | 2:11 AM |
| ConfigSchoolEvents.php | 3436 | 5/13/2003 | 2:42 AM |
| SchCalAdd.php | 5168 | 5/13/2003 | 3:31 AM |
| ConfigRooms.php | 4409 | 5/13/2003 | 10:50 AM |
| Profiles.php | 11745 | 5/13/2003 | 11:51 AM |
| DataDictList.php | 5522 | 5/13/2003 | 2:10 PM |
| SysExtents.php | 2142 | 5/13/2003 | 2:10 PM |
| SysTableNames.php | 7253 | 5/13/2003 | 2:10 PM |
| Goals.php | 20698 | 5/13/2003 | 2:10 PM |
| StuLockerAssign.php | 7360 | 5/13/2003 | 2:27 PM |
| MasterGoals.php | 17195 | 5/13/2003 | 2:27 PM |
| PrepareSchool.fnc.php | 2147 | 5/13/2003 | 3:10 PM |
| DeletePrompt.fnc.php | 835 | 5/13/2003 | 3:44 PM |
| ResPost.php | 61595 | 5/13/2003 | 4:04 PM |
| Address.php | 4287 | 5/13/2003 | 4:04 PM |
| Inventory.php | 15217 | 5/13/2003 | 4:40 PM |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| InventoryList.php | 6030 | 5/13/2003 | 4:40 PM |
| Labels.php | 10161 | 5/13/2003 | 4:56 PM |
| VarExtract.inc | 118 | 5/13/2003 | 4:56 PM |
| LockerMaint.php | 12357 | 5/13/2003 | 4:56 PM |
| ISATSum.php | 15139 | 5/13/2003 | 4:56 PM |
| ScheduleCreate.php | 7842 | 5/13/2003 | 4:56 PM |
| StuLockerList.php | 5260 | 5/13/2003 | 4:56 PM |
| ChgStuEnrollDates.php | 6925 | 5/13/2003 | 4:56 PM |
| StuTransSendReport.php | 4551 | 5/13/2003 | 4:57 PM |
| GetSchool.fnc.php | 461 | 5/13/2003 | 4:58 PM |
| Mobility.php | 17343 | 5/13/2003 | 4:58 PM |
| StuGPADelete.php | 4663 | 5/13/2003 | 6:27 PM |
| PrepareDepartments.fnc.php | 489 | 5/12/2003 | 12:48 PM |
| SkdMntDept.php | 7726 | 5/12/2003 | 12:48 PM |
| ConfigAttDailyCode.php | 3370 | 5/12/2003 | 2:21 PM |
| ConfigDistricts.php | 2477 | 5/12/2003 | 3:53 PM |
| bcwork.php | 132 | 5/12/2003 | 3:53 PM |
| FdsMealCodesMaint.php | 8826 | 5/12/2003 | 4:22 PM |
| DRA.php | 17863 | 5/12/2003 | 5:10 PM |
| DRAEntry.php | 17006 | 5/12/2003 | 5:10 PM |
| TeacherCompletion.php | 3177 | 5/12/2003 | 5:24 PM |
| MailingLbl.php | 10285 | 5/12/2003 | 6:05 PM |
| ConfigEthnic.php | 2438 | 5/12/2003 | 6:05 PM |
| StuNextSchList.php | 2843 | 5/12/2003 | 6:05 PM |
| StuModSetter.fnc.php | 2613 | 5/10/2003 | 12:47 PM |
| HomeroomClear.php | 2986 | 5/10/2003 | 12:56 PM |
| InternalTesting.inc.php | 1137 | 5/10/2003 | 12:56 PM |
| SchoolHistory.inc.php | 1354 | 5/10/2003 | 12:56 PM |
| AddressList.php | 7050 | 5/10/2003 | 12:56 PM |
| Bus.php | 6234 | 5/10/2003 | 12:56 PM |
| ExemptList.inc.php | 3102 | 5/10/2003 | 12:56 PM |
| Graduation.php | 3267 | 5/10/2003 | 12:56 PM |
| Inactive.php | 3011 | 5/10/2003 | 12:56 PM |
| SSNList.php | 2422 | 5/10/2003 | 12:56 PM |
| LifeTouch.php | 1261 | 5/10/2003 | 12:56 PM |
| ParentLink.php | 1701 | 5/10/2003 | 12:56 PM |
| SRSDStuidCheck.php | 1622 | 5/10/2003 | 12:56 PM |
| test_session.php | 894 | 5/10/2003 | 2:49 PM |
| test_sql.php | 682 | 5/10/2003 | 2:49 PM |
| SkdMassRunStatus.php | 2718 | 5/10/2003 | 3:42 PM |
| ConfigActivities.php | 6599 | 5/10/2003 | 4:39 PM |
| ConfigDisciplineCodes.php | 7283 | 5/10/2003 | 4:39 PM |
| ConfigGBDefaultEvents.php | 3548 | 5/10/2003 | 4:39 PM |
| ConfigHistory.php | 3346 | 5/10/2003 | 4:39 PM |
| ConfigLEASchools.php | 2937 | 5/10/2003 | 4:39 PM |
| ConfigProfileCharacteristics.php | 2556 | 5/10/2003 | 4:39 PM |
| ConfigLanguage.php | 3039 | 5/10/2003 | 5:25 PM |
| People.inc.php | 10281 | 5/10/2003 | 5:25 PM |
| Feedback.php | 11339 | 5/9/2003 | 3:54 PM |
| FeedbackAdmin.php | 11344 | 5/9/2003 | 3:57 PM |


P.G. Lewis Associates LLC
DATA FORENSICS

*May 29, 2003*

| | | | |
|---|---|---|---|
| StuEnrollDetail.inc.php | 2903 | 5/9/2003 | 4:20 PM |
| UserAddNew.php | 5678 | 5/9/2003 | 4:39 PM |
| FixDate.fnc.php | 1014 | 5/9/2003 | 4:39 PM |
| SessionCurSchoolName.fnc.php | 320 | 5/9/2003 | 4:39 PM |
| caldetail.php | 2060 | 5/9/2003 | 4:39 PM |
| Calendar.php | 8721 | 5/9/2003 | 4:39 PM |
| CalExport.php | 2590 | 5/9/2003 | 4:39 PM |
| month.php | 3080 | 5/9/2003 | 4:39 PM |
| week.php | 2276 | 5/9/2003 | 4:39 PM |
| CalendarEdit.php | 22567 | 5/9/2003 | 4:39 PM |
| CalendarEntry.php | 8696 | 5/9/2003 | 4:39 PM |
| Frequency.inc.php | 6551 | 5/9/2003 | 4:39 PM |
| TeacherLogin.inc.php | 4773 | 5/9/2003 | 4:39 PM |
| ConfigCalendar.php | 3099 | 5/9/2003 | 4:39 PM |
| ConfigPeriods.php | 3743 | 5/9/2003 | 4:39 PM |
| ConfigSemesters.php | 2727 | 5/9/2003 | 4:39 PM |
| ConfigSpecEd.php | 12524 | 5/9/2003 | 4:39 PM |
| StuEnroll.inc.php | 3410 | 5/9/2003 | 4:39 PM |
| FeedbackAdmin.php | 16205 | 5/9/2003 | 4:39 PM |
| bottom.php | 289 | 5/9/2003 | 7:06 PM |
| index.php | 1591 | 5/9/2003 | 7:06 PM |
| LoginNew.php | 1385 | 5/9/2003 | 7:06 PM |
| Modules.php | 5582 | 5/9/2003 | 7:06 PM |
| pdffile.php | 1124 | 5/9/2003 | 7:06 PM |
| pdfweb.php | 2277 | 5/9/2003 | 7:06 PM |
| SessionFirstName.fnc.php | 638 | 5/9/2003 | 7:06 PM |
| SessionHomeroom.fnc.php | 449 | 5/9/2003 | 7:06 PM |
| SessionHomeroom2.fnc.php | 453 | 5/9/2003 | 7:06 PM |
| SessionIPAddr.fnc.php | 533 | 5/9/2003 | 7:06 PM |
| SessionIS3Word.fnc.php | 595 | 5/9/2003 | 7:06 PM |
| SessionLastName.fnc.php | 471 | 5/9/2003 | 7:06 PM |
| SessionParent.fnc.php | 203 | 5/9/2003 | 7:06 PM |
| SessionProfile.fnc.php | 488 | 5/9/2003 | 7:06 PM |
| SessionProfileName.fnc.php | 553 | 5/9/2003 | 7:06 PM |
| SessionSchoolName.fnc.php | 509 | 5/9/2003 | 7:06 PM |
| SessionSideColor.fnc.php | 672 | 5/9/2003 | 7:06 PM |
| SessionTeacherID.fnc.php | 494 | 5/9/2003 | 7:06 PM |
| SessionTeacherName.fnc.php | 302 | 5/9/2003 | 7:06 PM |
| Form.inc.php | 1714 | 5/9/2003 | 7:06 PM |
| ChartMaker.inc.php | 1637 | 5/9/2003 | 7:06 PM |
| Form.inc.php | 3117 | 5/9/2003 | 7:06 PM |
| Form1.inc.php | 2837 | 5/9/2003 | 7:06 PM |
| Form2.inc.php | 3068 | 5/9/2003 | 7:06 PM |
| GradeComplete.php | 98 | 5/9/2003 | 7:06 PM |
| ProgressComplete.php | 92 | 5/9/2003 | 7:06 PM |
| Shift.php | 6184 | 5/9/2003 | 7:06 PM |
| SkdLockDate.php | 1679 | 5/9/2003 | 7:06 PM |
| Add.php | 8321 | 5/9/2003 | 7:06 PM |
| Schools.php | 1642 | 5/9/2003 | 7:06 PM |

* *Confidential – Attorneys Eyes Only*
Page 13 of 74

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### *Files Modified between May 9, 2003 and May 14, 2003 in Data Set 2* (continued)

In addition, PGLA found three (3) "inc" files, three (3) "txt" files, and one (1) "cc" file. An inc file is an "include" file, which is generally an extension to the application. A txt file is a "text" file and is generally a listing or notes in standard text format. A cc file is a "c" file, or source code file.

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| Portability.txt | 3059 | 5/14/2003 | 9:06 AM |
| Form.inc | 3368 | 5/14/2003 | 9:06 AM |
| is3_tables.txt | 73048 | 5/14/2003 | 10:38 AM |
| AddConfig.inc | 719 | 5/13/2003 | 4:56 PM |
| NamingConventions.txt | 490 | 5/12/2003 | 2:08 PM |
| student.cc | 33315 | 5/12/2003 | 3:09 PM |
| DataList.inc | 50796 | 5/9/2003 | 7:06 PM |

*INC, TXT, and CC Files Modified on or after May 9, 2003*
*from Data Set 2*

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Files Modified on May 15, 2003 in Data Set 4

The CD in Data Set 4 contains the source code files of the IS3 Scheduler application. The Miller Group forwarded this CD without first being requested to do so by Century Consultants. It is unclear as to why this CD was sent. The Miller Group simply stated that the previously sent application was the wrong version.

The Data Set 4 Scheduler contains 30 files. Of the 30 files, 28 (93%) were found to have been modified on May 15, 2003. While it is not possible to determine exactly what was modified within the file, we do know that at least one character within the file must be changed in order to reset the file modification field. No "php" files were found.

The files that were modified are listed as follows:

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| aclocal.m4 | 30749 | 5/15/2003 | 5:15pm |
| AUTHORS | 0 | 5/15/2003 | 5:15pm |
| ChangeLog | 0 | 5/15/2003 | 5:15pm |
| config.h.in | 2793 | 5/15/2003 | 5:15pm |
| configure | 184960 | 5/15/2003 | 5:15pm |
| configure.ac | 2140 | 5/15/2003 | 5:15pm |
| COPYING | 0 | 5/15/2003 | 5:15pm |
| crs_slice.h | 374 | 5/15/2003 | 5:15pm |
| datatypes.h | 760 | 5/15/2003 | 5:15pm |
| depcomp | 12546 | 5/15/2003 | 5:15pm |
| INSTALL | 9465 | 5/15/2003 | 5:15pm |
| install-sh | 5820 | 5/15/2003 | 5:15pm |
| main.cc | 14854 | 5/15/2003 | 5:15pm |
| Makefile.am | 168 | 5/15/2003 | 5:15pm |
| Makefile.in | 18656 | 5/15/2003 | 5:15pm |
| malloc.c | 304 | 5/15/2003 | 5:15pm |
| missing | 10606 | 5/15/2003 | 5:15pm |
| mkinstalldirs | 1900 | 5/15/2003 | 5:15pm |
| NEWS | 0 | 5/15/2003 | 5:15pm |
| otlv4.h | 460530 | 5/15/2003 | 5:15pm |
| README | 0 | 5/15/2003 | 5:15pm |
| row.cc | 6929 | 5/15/2003 | 5:15pm |
| row.h | 540 | 5/15/2003 | 5:15pm |
| schedule.h | 1246 | 5/15/2003 | 5:15pm |
| segment.h | 917 | 5/15/2003 | 5:15pm |
| stamp-h.in | 0 | 5/15/2003 | 5:15pm |
| student.cc | 28915 | 5/15/2003 | 5:15pm |
| student.h | 1156 | 5/15/2003 | 5:15pm |
| bitutil.c | 886 | 1/16/2003 | 3:56pm |
| bitutil.sql | 2435 | 1/16/2003 | 3:56pm |

P.G. Lewis Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                    *May 29, 2003*

### Significance of File Modifications

The Miller Group has provided PGLA with three different versions of their front end scheduling application. It is our assumption that the scheduler applications were written in the following chronological order:
1. Springfield School Scheduler Data Set 3
2. Scheduler from Data Set 2 – May 16, 2003
3. Scheduler from Data Set 4 – May 22, 2003

This assumption is made by referring to the file dates of each Data Set. One could then conclude that the original version of the IS3 Scheduler was the version installed at The Springfield School District, and the product evolved into what is the current version of the IS3 Scheduler.

PGLA interrogated the file SKDMASSDETAIL.PHP which is the front end application for the scheduler. This file refers to many other programs and a plethora of data tables. By analyzing the SKDMASSDETAIL.PHP file, we were able to gain an understanding of the operation of the scheduler.

The data forwarded to PGLA which was authored by The Miller Group contains two (2) examples of the SKDMASSDETAIL.PHP file. The first instance of SKDMASSDETAIL is contained within the Springfield Data Set (Data Set 3). The second instance of SKDMASSDETAIL appears in the source codes received on May 16, 2003 (Data Set 2).

The file properties are as follows:

| File Name | Data Set | Size | Date Modified |
|---|---|---|---|
| SkdMassDetail.php | Data Set 3 | 17 KB | 3/24/2003 2:45 PM |
| SkdMassDetail.php | Data Set 2 | 20 KB | 5/14/2003 10:18 PM |

The first step of this exercise is to determine if the IS3 Scheduler uses any tables or code developed by Century Consultants and present in Star_Base.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                      *May 29, 2003*

### Analysis of SkdMassDetail.php taken from the Springfield School System

PGLA analyzed the file SkdMassDetail.php taken from the Springfield School System. The code was analyzed to determine if any calls were made to tables that exist within the Century application.

| Code | Description |
|---|---|
| ```$cury=GetSysYear();```<br>```$cknext="select distinct a.start_yy from course a, config b```<br>```where (a.start_yy > b.year and a.start_yy < '50')";```<br>```$ckdb=DBQuery($cknext);``` | In this example, the IS3 code makes a direct reference to the table course developed by Century. The call accesses the field start_yy. |
| ```$cklock="select sched_lock_date lock_date from sch_base where```<br>```school = '$sch'";```<br>```$ckdb=DBQuery($cklock);``` | In this example, the IS3 code makes a direct reference to the table sch_base developed by Century. The call accesses |
| ```$delpri="delete sched_stu where school = '$sch'```<br>```and (student_id = '$a_stu' or '$a_stu' = 'ALL')";```<br>```$db=DBQuery($delpri);``` | IS3 makes a reference to table fields belonging to Century. |
| ```$delcount="select a.class_cd, a.section, count(*) seatcnt```<br>```from stu_sche a, sched b```<br>```where a.start_yy = '$year'```<br>```and a.start_yy=b.start_yy```<br>```and a.school = '$sch'```<br>```and b.school=a.school```<br>```and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')```<br>```and b.student_id(+)=a.student_id```<br>```and (b.grade='$grade' or '$grade' is null)```<br>```group by class_cd, section";```<br>```$cntdb=DBQuery($delcount);``` | IS3 access the tables stu_sch and stu_sche belonging to Century. |
| ```from stu_std_head a, stu_ste_xact b, stu_sche c```<br>```where a.start_yy = '$year'```<br>```and a.school = '$sch'```<br>```and a.student_id = '$a_stu'```<br>```and a.seq_number = b.seq_number```<br>```and a.start_yy = c.start_yy```<br>```and a.school = c.school```<br>```and b.student_id = c.student_id```<br>```and b.class_cd = c.class_cd```<br>```and b.section = c.section```<br>```and c.activity = 'A'";```<br>```$attdb=DBQuery($ckforatt);``` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| ```$ckstc="select count(*) cnt from stu_ste_xact```<br>```where seq_number = '$sq'```<br>```and effective_date = '$dt'```<br>```and class_cd = '$cl'```<br>```and section = '$sec'```<br>```and sub_section = '$sb'```<br>```and period = '$pd'";``` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| ```$insstc="insert into stu_ste_xact (```<br>```SEQ_NUMBER, TRANSACTION_DATE,```<br>```TRANSACTION_TYPE, EFFECTIVE_DATE, CLASS_CD,```<br>```SECTION,```<br>```SUB_SECTION, PERIOD, SEMESTER, DAYS)``` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |

*Confidential – Attorneys Eyes Only*

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

| | |
|---|---|
| ```
$updseat="update sect
    set ████████ = avai_seats + '$seats',
        ████████ = assi_seats - '$seats'
    where ██████ = '$year'
    and ██████ = '$sch'
    and ██████ = '$cls'
    and ██████ = '$sect'";
$updddb=DBQuery($updseat);
//echo "<BR>updseats=".$updseat;
}
    $delsched="████████ a where a.██████ = '$year'
        and a.██████ = '$sch'
        and (a.████████ = '$a_stu' or '$a_stu' = 'ALL')
        and a.████████ = (select b.████████
            from ██████ b
            where b.██████ = a.██████
            and b.██████ = a.██████
            and b.████████ = a.████████
            and (b.██████ = '$grade' or '$grade' is null)";
$db=DBQuery($delsched);
//echo "<BR>sql= ".$delsched;
    $delmeet="delete s_meet a where a.██████ = '$year'
        and a.██████ '$sch'
        and (a.████████ = '$a_stu' or '$a_stu' = 'ALL')
        and a.████████ = (select b.student_id
            from ██████ b
            where b.██████ = a.██████
            and b.██████ = a.██████
            and b.████████ = a.████████
            and (b.██████ '$grade' or '$grade' is null))";
``` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| ```
$getcnt="select count(*) cnt
    from ██████ a
    where a.██████ = '$year'
    and a.██████ = '$sch'
    and (a.██████ = '$grade' or '$grade' is null)
    and (a.████████ = '$a_stu' or '$a_stu' = 'ALL')
    and a.██████ in ('A','R')";
``` | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |
| ```
$insertrun="insert into sched_run ( ID, TYPE_OF_SCHED,
SCHOOL, START_YY, PARTIALS_OR_COMPLETES,
    TIME_LIMIT, TOT_STU, STX_SCHED_FLAG,
ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE,
    SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY,
IGN_ALTERNATES, BALANCE_BY_SEMESTER,
    LINKED_COURSES, SPMN, SCHED_START_TIME,
STUDENT_ID)
    values
('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N',
1','MTWRF','$cluster','N','N','N','N','ALL',
    '37581','$a_stu')";
``` | IS3's call to run parameter names are the same as Century's. In particular, notice the name "SPMN", which according to Century is an abbreviation for "Seconds Past Midnight." It is extremely unlikely that another developer would invent the same abbreviation. |
| ```
$gettemp="select a.██████, a.██████, a.████████, a.██████,
b.██████,b.██████
    from ██████ ██████ b
    where a.██████ = '$year'
    and a.██████ '$sch'
    and (a.██████ = '$grade' or '$grade' is null)
    and a.████████ = '$a_stu'
    and a.██████ in ('A','R')
    and a.████████ = b.████████
    order by 2";
``` | IS3 makes direct reference to the Century tables stu_sch and manipulates data within the table. |
| ```
$getname="SELECT LAST_NAME,FIRST_NAME
    FROM STUDENTS
    WHERE STUDENT_ID = '$a_stu'";
$nmdb=DBQuery($getname);
$namedata=DBReturn($nmdb, $cnt);
$ckforatt="select count(*) cnt from stu_ste_head
``` | IS3 makes direct reference to a table named "students." The table "students" compares exactly with the Century table "sbase". The |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

| | |
|---|---|
| ```<br>    where start ████████<br>████████████ = '$sch'";<br>  $ckdb=DBQuery($ckforatt);<br>  $ckdata=DBReturn($ckdb,$cnt);<br>  if($ckdata[1]['CNT'] > 0)<br>  {<br>  $getseq="select seq_number from stu_stc_head<br>    where ████████ = '$year'<br>      and ██████ = '$sch'<br>      and ████████ = '$a_stu'";<br>  $getdb=DBQuery($getseq);<br>``` | Select from stu_stc_head matches the Century code. |
| ```<br>$ins="████████████████████ (seq_number, start_yy, school,<br>student_id)<br>    values ('$nextid', '$year','$sch','$a_stu')";<br>  $insdb=DBQuery($ins);<br>}<br>$getcrs="select a.████████, a.████████, b.████████, b.██████,<br>    decode(c.████████,'',b.████████,c.semester) semester,<br>    decode(c.████,'',b.████████) days<br>    from ████████ a, meets b, ████████<br>    where a.████████ = '$year'<br>      and a.██████ = '$sch'<br>      and a.████████ = '$a_stu'<br>      and a.████████ = b.start_yy<br>      and a.██████ = b.school<br>      and a.████████ = b.class_cd<br>      and a.██████ = b.section<br>      and a.████████ = c.start_yy (+)<br>      and a.██████ = c.school (+)<br>      and a.████████ = c.student_id (+)<br>      and a.████████ = c.class_cd (+)<br>      and a.████████ c.section (+)";<br>``` | IS3 makes direct reference to the Century tables. "Insert into stu_stc_head" matches the Century code. |
| ```<br>$ckins="select count(*) cnt from ████████████<br>    where ████████ = '$nextid'<br>      and ████████ = '$cls'<br>      and ██████ = '$sect'<br>      and ████████ = '$subsect'<br>      and ██████ = '$prd'";<br>  $ckdb=DBQuery($ckins);<br>``` | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |

* Confidential – Attorneys Eyes Only

Century Consultants, Ltd. V. The Miller Group, et al                    *May 29, 2003*

CONFIDENTIAL

### Comparison of SkdMassDetail between Springfield and IS3 Data Set 2

We are of the opinion, to a reasonable degree of certainty, that IS3 has copied the Century Star_Base table and field structures in the version of the software installed at the Springfield School District. However, The Miller Group apparently claims that the software installed at the Springfield School District is not the same software that it sells to other school districts.

PGLA decided to compare the SkdMassDetail file from the Springfield School District and the version contained in Data Set 2. Of immediate concern was the fact that the version from Data Set 2 shows a file modification date of May 14, 2003. This indicates that the file was last edited on May 14 – well after the demand was made for The Miller Group to produce the source codes for IS3 in discovery.

PGLA immediately found that the 5-14-03 version of SkdMassDetail was extremely similar to the Springfield version. We realized that the primary difference was that of the table and field names. In our opinion, The Miller Group executed a "search-and-replace" on the file in an attempt to change the naming structures. PGLA compared the source code listed in the previous section to the source code of the "new" IS3 application as it was modified shortly after the court entered a temporary restraining order.

| Springfield Version | 5-14-03 Version | Comments |
|---|---|---|
| $curyr=GetSysYear();<br>  $cknext="select distinct a.start_yy from course a, config b<br>    where (a.start_yy > b.year and a.start_yy < '50')";<br>  $ckdb=DBQuery($cknext); | $curyr=GetSysYear();<br>  $cknext="select distinct a.SYEAR from COURSES a, config b<br>    where (A.SYEAR > B.SYEAR and A.SYEAR < '50') ";<br>  $ckdb=DBQuery($cknext); | The Miller Group performed a "search-and-replace" on the 5-14-03 version of SkdMassDetail. In this example, "start_yy" was replaced with "SYEAR;" and "course" is replaced with "COURSES." Note that Miller Group uses all capital letters on the replacement. |
| $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'"; | $cklock="select sched_lock_date AS lock_date from SCHOOLS where school = '$sch'; | "school" becomes "SCHOOLS." |
| $delpri="delete sched_stu where school = '$sch'<br>    and (student_id = '$a_stu' or '$a_stu' = 'ALL')";<br>  $db=DBQuery($delpri); | $delpri="delete from sched_stu where school='$sch' and (student_id='$a_stu' or '$a_stu'='ALL') ";<br>  $db=DBQuery($delpri); | No changes. |
| $delcount="select a.class_cd, a.section, count(*) seatcnt from stu_sche a, stu_sch b where a.start_yy = '$year' and a.start_yy=b.start_yy and a.school = '$sch' and b.school=a.school and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and b.student_id(+)=a.student_id and (b.grade='$grade' or '$grade' is null) group by class_cd, section";<br>  $cntdb=DBQuery($delcount); | $delcount="select a.CRS_NUM, a.CRS_SEG, count(*) AS seatcnt from STU_SCHEDULE a LEFT OUTER JOIN STU_SCHOOL_MEETS b ON (a.student_id = b.student_id) where a.SYEAR = '$year' and a.SYEAR=b.SYEAR and a.school = '$sch' and b.school=a.school and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') "; | "class_cd" becomes "CRS_NUM." "count" becomes "CRS_SEG." "stu_sche" becomes "STU_SCHEDULE." "stu_sch" becomes "STU_SCHOOL_MEETS." |

P.G. Lewis & Associates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| from ▓▓▓▓▓▓ a, ▓▓▓▓▓▓ b, ▓▓▓▓▓ c<br>    where a.▓▓▓▓▓ = '$year'<br>        and a.school = '$sch'<br>        and a.student_id = '$a_stu'<br>        and a.▓▓▓▓▓▓▓ = b.seq_number<br>        and a.▓▓▓▓▓ = c.school<br>        and a.school = c.school<br>        and a.student_id = c.student_id<br>        and b.▓▓▓▓▓ = c.▓▓▓▓▓<br>        and b.▓▓▓▓▓ = c.▓▓▓▓▓<br>        and c.active_cd = 'A';<br>$attdb=DBQuery($ckforatt); | from stu_sched_list a, stu_list_act b, ▓▓▓▓▓▓▓▓▓ c<br>    where a.▓▓▓▓ = '$year'<br>        and a.school = '$sch'<br>        and a.student_id = '$a_stu'<br>        and a.ID = b.ID<br>        and a.SYEAR = c.SYEAR<br>        and a.school = c.school<br>        and a.student_id = c.student_id<br>        and b.CRS_NUM = c.CRS_NUM<br>        and b.CRS_SEG = c.CRS_SEG<br>        and c.active_cd = 'A';<br>$attdb=DBQuery($ckforatt); | "stu_stc_head" becomes "stu_sched_list."<br>"stu_stc_xact" becomes "stu_list_act."<br>"stu_sche" becomes "STU_SCHEDULE." |
| $ckstc="select count(*) cnt from ▓▓▓▓▓▓▓<br>    where ▓▓▓▓▓▓▓ = '$sq'<br>        and effective_date = '$dt'<br>        and ▓▓▓▓▓ = '$cl'<br>        and ▓▓▓▓▓ = '$sc'<br>        and ▓▓▓▓▓▓▓ = '$sb'<br>        and ▓▓▓▓ = '$pd'"; | $ckstc="select count(*) AS cnt from ▓▓▓▓▓▓▓▓<br>    where ID = '$sq'<br>        and effective_date = '$dt'<br>        and CRS_NUM = '$cl'<br>        and CRS_SEG = '$sc'<br>        and CRS_SLICE = '$sb'<br>        and period = '$pd'"; | "stu_stc_xact" becomes "stu_list_act."<br>"seq_number" becomes "ID."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG."<br>"sub_section" becomes "CRS_SLICE."<br>Note that "period" was not changed, and remains in lower case. |
| $insstc="insert into ▓▓▓▓▓▓▓▓ (<br>SEQ_NUMBER,TRANSACTION_DATE,<br><br>TRANSACTION_TYPE,EFFECTIVE_DATE,▓▓<br>▓▓▓▓▓,SECTION,<br><br>SUB_SECTION,PERIOD,SEMESTER,DAYS) | $insstc="insert into stu_list_act<br>(ID,TRANSACTION_DATE,TRANSACTION_<br>TYPE,EFFECTIVE_DATE,CRS_NUM,CRS_<br>SEG<br>,CRS_SLICE,PERIOD,SEMESTER,DAYS) | "seq_number" becomes "ID."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sub_section" becomes "CRS_SLICE." |
| $updseat="update ▓▓▓▓<br>    set AVAI_SEATS = avai_seats +<br>'$seats',<br>        ASSI_SEATS = assi_seats - '$seats'<br>    where ▓▓▓▓▓ = '$year'<br>        and school = '$sch'<br>        and ▓▓▓▓▓ = '$cls'<br>        and ▓▓▓▓▓ = '$sect'";<br>    $upddb=DBQuery($updseat);<br>//echo "<BR>updseats=".$updseat;<br>    }<br>    $delsched="delete from ▓▓▓▓ a where<br>a.▓▓▓▓▓ = '$year'<br>        and a.school = '$sch'<br>        and (a.student_id = '$a_stu' or '$a_stu'<br>= 'ALL')<br>        and a.student_id = (select b.student_id<br>            from ▓▓▓▓▓ b<br>            where b.▓▓▓▓▓ = a.▓▓▓▓▓<br>                and b.▓▓▓▓ = a.▓▓▓▓<br>                and b.▓▓▓▓▓ = a.▓▓▓▓▓<br>                and (b.▓▓▓▓ = '$grade' or<br>'$grade' is null)";<br>    $db=DBQuery($delsched);<br>//echo "<BR>sql= ".$delsched;<br>    $delmeet="delete from ▓▓▓▓ a where<br>a.▓▓▓▓▓ = '$year'<br>        and a.▓▓▓▓ = '$sch'<br>        and (a.▓▓▓▓▓▓ = '$a_stu' or '$a_stu'<br>= 'ALL')<br>        and a.▓▓▓▓▓▓ = (select b.student_id<br>            from ▓▓▓▓▓ b<br>            where b.▓▓▓▓▓ = a.▓▓▓▓▓<br>                and b.school = a.school | $updseat="update COURSE_SECTION<br>    set AVAI_SEATS = avai_seats + '$seats',<br>        ASSI_SEATS = assi_seats - '$seats'<br>    where SYEAR = '$year'<br>        and school = '$sch'<br>        and CRS_NUM = '$cls'<br>        and CRS_SEG = '$sect'";<br>    $upddb=DBQuery($updseat);<br><br>    $delsched="delete from STU_SCHEDULE<br>where SYEAR = '$year'<br>        and school = '$sch'<br>        and student_id = '$a_stu'<br>        or '$a_stu' = 'ALL')<br>        and student_id IN (select student_id<br>        from STU_SCHOOL_MEETS<br>        where SYEAR = '$year'<br>        and school = '$sch' ";<br>    if (!empty($grade)) {<br>        $delsched .=" and grade = '$grade' ";<br>    }<br>    $delsched .=" )";<br>    $db=DBQuery($delsched);<br>//echo "<BR>sql= ".$delsched;<br>    $delmeet="delete from<br>COURSE_SPECIAL_MEETS where SYEAR<br>= '$year'<br>        and school = '$sch'<br>        and (student_id = '$a_stu' or '$a_stu' =<br>'ALL')<br>        and student_id IN (select student_id<br>        from STU_SCHOOL_MEETS<br>        where SYEAR = '$year'<br>        and school = '$sch' "; | "sect" becomes "COURSE_SECTION."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sched" becomes "STU_SCHEDULE."<br>"start_yy" becomes "SYEAR"<br>"s_meet" becomes "COURSE_SPECIAL_MEETS"<br>"stu_sch" becomes "STU_SCHOOL_MEETS" |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

May 29, 2003

| | | |
|---|---|---|
| and b.▮▮▮▮▮ = a.▮▮▮▮▮▮ and (b.▮▮▮▮ '$grade' or '$grade' is null))"; | if (!empty($grade)) {<br>$delimeet.="and grade = '$grade'"; | |
| $getcnt="select count(*) cnt from ▮▮▮▮▮ a where a.▮▮▮▮▮ = '$year' and a.▮▮▮▮ = '$sch' and (a.▮▮▮▮ = '$grade' or $grade is null) and (a.▮▮▮▮▮▮ = '$a_stu' or '$a_stu' = 'ALL') and a.▮▮▮▮ in ('A','R')"; | $getcnt="select count(*) AS cnt from STU_SCHOOL_MEETS a where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) {<br>$getcnt.=" and a.grade = '$grade' ";<br>}<br>$getcnt.=" and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and a.active in ('A','R')"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, START_YY, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part','9999','$ no_of_stu','Y','N','N','1','MTWRF','$cluster','N','N ','N','N','ALL', '37581','$a_stu')"; | $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, SYEAR, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part', '9999','$no_of_stu','Y','N','N','1','MTWRF', '$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | Notice that the variable name SPMN remains in the modified IS3 code. |
| $gettemp="select a.▮▮▮▮▮, a.school, a.▮▮▮▮▮, a.▮▮▮▮, b.▮▮▮▮▮, b.▮▮▮▮ ▮▮▮▮ from ▮▮▮▮▮▮▮ b where a.▮▮▮▮▮ = '$year' and a.▮▮▮▮ '$sch' and (a.▮▮▮▮ = '$grade' or '$grade' is null) and a.▮▮▮▮▮ = '$a_stu' and a.▮▮▮▮ in ('A','R') and a.▮▮▮▮▮ = b.▮▮▮▮▮ order by 2"; | $gettemp="select a.SYEAR, a.school, a.student_id, a.grade, b.last_name, b.first_name from STU_SCHOOL_MEETS a, students b where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) {<br>$gettemp.=" and a.grade = '$grade' ";<br>}<br>$gettemp.=" and a.student_id = '$a_stu' and a.active in ('A','R') and a.student_id = b.student_id order by 2"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $getname="SELECT LAST_NAME, FIRST_NAME FROM ▮▮▮▮▮ WHERE ▮▮▮▮▮ = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) cnt from ▮▮▮▮▮▮ where start_▮▮▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); if($ckdata[1]['CNT'] > 0) {<br>$getseq="select seq_number from ▮▮▮▮▮▮ where ▮▮▮▮▮ = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | $getname="SELECT LAST_NAME, FIRST_NAME FROM STUDENTS WHERE STUDENT_ID = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) AS cnt from ▮▮▮▮▮▮ where SYEAR = '$year' and school = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); if($ckdata[1]['CNT'] > 0) {<br>$getseq="select ID from STU_SCHOOL_LIST where SYEAR = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | "start_yy" becomes "SYEAR" "stu_stc_head" becomes "stu_sched_list" |

## Comparison of SkdMassDetail between Springfield and IS3 Data Set 2 (continued)

What is significant is that it appears as though The Miller Group haphazardly executed multiple "search-and-replace" commands to globally modify the field names. The Miller Group in many cases actually chose a field name that is "longer" than its previous counterpart. A longer field name requires additional memory and will cause the application to run slightly slower, thereby being less efficient.

Additionally, most of the modified fields appear in uppercase capital letters. It is possible that the user had the caps lock key depressed or simply chose to use capital letters, but in either event, the use of upper case capital letters highlights the recent modifications made to the source code.

In our opinion, the only purpose of these modifications was to hide the fact that many Star_Base tables and field names were used in the IS3 application. By executing a global "search-and-replace" command, it is possible to change every instance of a certain character string across multiple files. This could answer why so many files were modified between the date of May 9, 2003, and May 14, 2003.

### Scheduler Database Comparison

The database tables used by the scheduler for both Star_Base and IS3 were compared. The associated tables were then examined at two levels.

### Scheduler Schema Comparison

At the higher level, the DB schemas from both solutions are compared. The relationships between the tables are constructed based on the SQL files provided by both vendors. The schema generation SQL file provided by IS3 only includes table creation statements; the relationship creation portion of the SQL file is missing, which is odd since the two sections are technically inseparable. Because of that, the relationships of the tables are "reconstructed" based on common "best practices" of database design and the information presented by the tables. The reconstruction should be precise unless any important tables were not included in the SQL files provided by The Miller Group. PGLA requested the actual IS3 schema from The Miller Group, but it was never provided.

The same approach was then used to determine the Star_Base schema.

The two reconstructed schemas look very similar. The key comparison points are listed in the table following the two Entity-Relation (ER) diagrams.

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

Star Base ER diagram used by the scheduler:



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

IS3 ER diagram used by the scheduler:



Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                          *May 29, 2003*

### Description of Schema Similarities
The schema for IS3 was compared to the schema for Star_Base. The associated findings
are listed in the table below.

| Comparison Point | Star_Base | IS3 | Notes |
|---|---|---|---|
| Common key fields | START_YY (varchar(2))<br>SCHOOL (varchar(4))<br>CLASS_CD (varchar(10))<br>STUDENT_ID (varchar(10)) | SYEAR (varchar(4))<br>SCHOOL (varchar(4)<br>CRS_NUM (varchar(10))<br>STUDENT_ID (varchar(10)) | Other than the "START_YY" and "SYEAR" fields, the other three common key fields have very similar names and the identical field length. |
| Parent tables | SCH_BASE<br>CRLINK—AHS_CRS<br>AHS_STU | SCHOOLS<br>COURSES<br>STUDENTS | The fields of "SCH_BASE" and "SYEAR" are almost identical. The same is true for "AHS_STU" and "STUDENTS". The minor difference is that the Star_Base schema uses a mediator table called CRLINKS, which combined with AHS_CRS and the fields are very similar to those in the "COURSES" table in the IS3 schema. |
| School-Semester Relationship | SCH_BASE is the parent table of SEMESTER. The "school" field (varchar(4)) is used as the foreign key. | SCHOOL is the parent table of SEMESTER, the "school" field (varchar(4)) is the foreign key. | The relationships are identical. |
| School-Course Relationship | SCH_BASE is the parent of CRLINKS, which in turn has a one-to-to identified relationship with AHS_CRS. The "school" field is the foreign key. | SCH_BASE is the parent of COURSES. | The one-to-one identified combination of CRLINKS and AHS_CRS has similar fields to the table "COURSES." This separation of the common parent keys from an entity table to form a small link table and use the link table as the parent table for a set of tables is a very common practice in DB design. From a DB designer's point of view, the combination of CRLINKS and AHS_CRS is logically identical to the "COURSES" table. In fact, they represent the same business entity—a course of a school at a certain year. |
| Courses-Student-to Student Schedule Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_SCHE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_SCHE relationship, STUDENT_ID is the foreign key. | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – GRD_STU_SCHE relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one-to-many STUDENT-GRD_STU_SCHE relationship, STUDENT_ID is the foreign key. | The relationships are identical. |
| Courses-Student-to Schedule Request Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_REQ relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – STU_SCHEDULE_REQS relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one- | The relationships are identical. |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

|  | AHS_STU-STU_REQ relationship, STUDENT_ID is the foreign key. | to-many STUDENT-STU_SCHEDULE_REQS relationship, STUDENT_ID is the foreign key. |  |
|---|---|---|---|
| Courses-Student to Course Section | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-SECTION relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-SECTION relationship, STUDENT_ID is the foreign key.<br><br>CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-COURSE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-COURSE relationship, STUDENT_ID is the foreign key. | An intermediate table STU_SCHED is used as the child table of both COURSES and STUDENTS. For the COURSES-STU_SCHED table, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the STUDENTS-STU_SCHED, STUDENT_ID is the foreign key. The intermediate table STU_SCHED is then used as the parent to COURSE_SECTION table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_SECTION being one of them. |
| Courses-Student to Meetings | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_MEET relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_MEET relationship, STUDENT_ID is the foreign key. | The intermediate table STU_SCHED is used to extract the foreign keys. STU_SCHED is then used as the parent to COURSE_MEET table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_MEET being one of them. |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                          *May 29, 2003*

### Table By Table Comparison

PGLA proceeded to identify similarities between the tables of the Star_Base and IS3 applications. The following sections illustrate our findings.

### SCH_BASE and SCHOOLS

The Star_Base application contains a table labeled "SCH_BASE" and the IS3 application contains a very similar table labeled "schools". The details of each table are listed below. Notice that many fields and their associated length are identical.

| Star_Base SCH_BASE | | | IS3 SCHOOLS | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| NAME | varchar | 40 | name | varchar | 40 |
| ADDRESS1 | varchar | 30 | address1 | varchar | 30 |
| ADDRESS2 | varchar | 30 | address2 | varchar | 30 |
| ZIPCODE | varchar | 6 | zipcode | varchar | 6 |
| PRINCIPAL | varchar | 30 | principal | varchar | 30 |
| PASSWORD | varchar | 3 | password | varchar | 3 |
| DISTRICT | varchar | 4 | district | varchar | 4 |
| AREA_CODE | int | 4 | area_code | numeric | 5 |
| TELEPHONE | int | 4 | telephone | numeric | 5 |
| STX_SCHED_FLAG | varchar | 1 | sched_flag | varchar | 1 |
| STX_DEMO_FLAG | varchar | 1 | demo_flag | varchar | 1 |
| START_PERIOD_1 | varchar | 2 | in_session | varchar | 10 |
| END_PERIOD_1 | varchar | 2 | lock_flag | varchar | 1 |
| START_PERIOD_2 | varchar | 2 | state_schl_code | varchar | 14 |
| END_PERIOD_2 | varchar | 2 | override_slots | varchar | 1 |
| START_PERIOD_3 | varchar | 2 | sched_lock_date | datetime | 8 |
| END_PERIOD_3 | varchar | 2 | calendar_code | varchar | 4 |
| START_PERIOD_4 | varchar | 2 | display_forms | varchar | 1 |
| END_PERIOD_4 | varchar | 2 | school_type | varchar | 4 |
| DAYS | varchar | 10 | | | |
| LOCK_FLAG | varchar | 1 | | | |
| TYPE_GRADE | varchar | 1 | | | |
| TRACK_CODE | varchar | 4 | | | |
| MINUTES_WEEK | int | 4 | | | |
| STATE_SCHL_CODE | varchar | 14 | | | |
| OVERRIDE_SEATS | varchar | 1 | | | |
| SCHOOL_TYPE | varchar | 1 | | | |
| SCHED_CHG_NOTEPAD | varchar | 1 | | | |
| ADD_AUX | varchar | 1 | | | |
| ADD_SCHED | varchar | 1 | | | |
| ADD_REQ | varchar | 1 | | | |
| ADD_MED | varchar | 1 | | | |
| LOCK_DATE | datetime | 8 | | | |
| AUDIT_FLAG | varchar | 1 | | | |
| CONSEC_CLR_DATE | datetime | 8 | | | |
| PCC_LOCK_FLAG | varchar | 1 | | | |
| LOCKER_ROTATION | varchar | 1 | | | |
| S_TYPE | varchar | 4 | | | |

*Confidential – Attorneys Eyes Only*

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                    *May 29, 2003*

## STU_SCHE and GRD_STU_SCHE

Notice the almost identical fields. The "CLASS_CD" fields in STU_SCHE maps to
"CRS_NUM" in GRD_STU_SCHE table, not the "CLASS_CD" fields. The length of the
fields indicates that.

| Star Base STU_SCHE | | | IS3 GRD_STU_SCHE | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| CLASS_CD | varchar | 6 | class_cd | varchar | 6 |
| [SECTION] | varchar | 3 | [section] | varchar | 3 |
| LOCK_FLAG | varchar | 1 | lock_flag | varchar | 1 |
| PRIM_ALT_CD | varchar | 1 | prim_alt_cd | varchar | 1 |
| LETTER_NUMBER | int | 4 | letter_number | numeric | 5 |
| YTD_ABS | int | 4 | ytd_abs | numeric | 5 |
| YTD_TDY | int | 4 | ytd_tdy | numeric | 5 |
| ACTIVE_CD | varchar | 1 | active_cd | varchar | 1 |
| ATT_FIXED_CRED | int | 4 | att_fixed_cred | decimal | 5 |
| SUPP_SPEECH | varchar | 1 | | | |
| QBE_CODE | varchar | 2 | | | |
| FUND_PRGCD | int | 4 | | | |

*Confidential – Attorneys Eyes Only*
Page 30 of 74

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

## SX_PRI and SCHED_STU

Notice that the two tables are identical.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| GRADE | varchar | 2 | grade | varchar | 2 |
| SPMN | varchar | 5 | spmn | varchar | 5 |
| REQPRI | varchar | 1 | reqpri | varchar | 1 |
| SEX | varchar | 1 | sex | varchar | 1 |
| ETHNIC | varchar | 2 | ethnic | varchar | 2 |
| SCHPRI | varchar | 2 | schpri | varchar | 2 |
| CONFLICT | varchar | 1 | conflict | varchar | 1 |
| HOLD_SEX | varchar | 1 | hold_sex | varchar | 1 |
| HOLD_GRADE | varchar | 2 | hold_grade | varchar | 2 |
| CLUSTER_CODE | varchar | 2 | cluster_code | varchar | 2 |
| START_PERIOD | varchar | 2 | start_period | varchar | 2 |
| END_PERIOD | varchar | 2 | end_period | varchar | 2 |
| HAS_REQUESTS | varchar | 1 | has_requests | varchar | 1 |

P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                    *May 29, 2003*

*sched_student_results and stu_head*

Notice almost identical fields are defined to store the student schedule results.

| Star Base SX PRI | | | IS3 SCHED STU | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| PRIORITY_EXT | varchar | 1 | conflict_status | varchar | 1 |
| CONFLICT_CD | varchar | 1 | sched_code | varchar | 1 |
| CHANGE_DATE | datetime | 8 | change_date | datetime | 8 |
| REPRINT_FLAG | varchar | 1 | | | |
| REPRINT_CODE | varchar | 1 | | | |

## Database Comparison Conclusion

The comparison of the two databases is confined to the tables used by the student request scheduling logic. The reconstructed DB schema relationship diagrams look substantially similar. At the individual table level, the field names, as well as the length of those fields of several tables are strikingly similar.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Code comparison

### Flow diagram

Following diagram depicts the logic flow used by scheduler in both IS3 and Star_Base. The two logic flows are substantially similar. Function names used by IS3 are also substantially similar to those in Star_Base.









Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                    *May 29, 2003*

### SQL statements

Following is the SQL statements used in *student_to_scheduler* in IS3 and Star_Base.
Aside from the fact that they share the same name, they are almost identical. As stated
above, the underlying table schema of *sched_stu* and *sx_pri* are identical.

| IS3 | Star_Base |
|---|---|
| *SQL used for Student_to_scheduler in main.c* | *SQL used for student_to_scheduler in schedule.c* |
| SELECT student_id, grade, "<br> reqpri, sex,<br>ethnic, schpri,<br>coalesce(conflict,'M') AS conflict,<br>hold_sex, hold_grade,<br>coalesce(cluster_code,'1') AS<br>house_code,<br>start_period, end_period,<br>has_requests,<br>to_char(to_number(end_period,'99') +<br>1,'99') AS EP<br>FROM sched_stu<br>WHERE school = :wschool1<char[4]><br>and<br>(spmn = :spmn2<char[5]> OR<br>:spmn3<char[5]> = 'ALL') and<br>(student_id<br>=single_student_id4<char[10]> OR "<br>   " :single_student_id5<char[10]> =<br>'ALL') and "<br>(conflict is null OR conflict = ") "<br> ORDER BY grade, reqpri desc, sex,<br>ethnic, schpri desc",db); | select nvl(student_id,' ') ,nvl(grade,' ')<br>,nvl(reqpri,' ') ,nvl(sex,' ') ,<br>nvl(ethnic,' ') ,nvl(schpri,' ') ,<br>nvl(conflict,' ') ,nvl(hold_sex,' ') ,<br>nvl(hold_grade,' ') ,<br>nvl(cluster_code,' ')<br><br>nvl(start_period,' ') ,nvl(end_period,' '),<br>nvl(has_requests,' '),<br>nvl(to_number((to_number(end_period)+1)),0)<br><br>from sxpri<br>where (((school=:b0 and<br>(spmn=:b1 or :b1='ALL'))<br>and<br><br>(student_id=:b3 or :b\<br>3='ALL')) and<br><br>conflict is null )<br>order by grade,reqpri desc ,sex,ethnic,schpri\<br> desc ,student_id |

* Confidential – Attorneys Eyes Only

tury Consultants, Ltd. V. The Miller Group, et al

*May 29, 2003*

JFIDENTIAL

### Similarities in code and status code used

The following tables list two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. A conflict status code determines how the program handles various responses to a condition.

*Note: C++ is a later evolution of C.*

| IS3 | Star_Base |
|---|---|
| *main.cc* | *schedule.c* |
| ```code=curstu.build();    if (code == ALL_REQUESTS ||    (code == PARTIAL_REQUESTS && env.partials_or_completes=="P")) {       curstu.insert_sched(env,db);    }    if (code == ALL_REQUESTS) {       total_completes++; conflict='C';    } else if (code == PARTIAL_REQUESTS) {       total_partials++; conflict='P';    } else if (code == NO_REQUESTS) {       total_irresolvables++; conflict='I';    }``` | ```build_bit_box(tot_pds); schedflag = set_course();  /* Build student schedule, return conflict code */ switch(schedflag)    { case 1:          wpflag = check_con();        /* get conflict cd (schedprc.c) */       if(wpflag == 'I') break;       post_sched(); /* insert schedule/update seat cnts (posttbl.pc) */       break;    case 2:      wpflag = 'C';     break;    case -3:          wpflag = 'I'; break;        case -2:          wpflag = 'P'; post_sched();          break;      case -1:          wpflag = 'I';      post_sched(); break; default: break; } next_student: switch (wpflag)/* Update scheduling stats*/    { case 'C' : total_completes++; break;      case 'P' : total_partials++; break;    case 'T' : total_timeouts++; break;      case 'I' : total_irresolvables++; break;    case 'N' : total_no_requests++;             break;    default : printf("UNKNOWN Status");             break;  }``` |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                    *May 29, 2003*

### Differences Between The 5/16 and 5/22 Versions of IS3 Scheduler

The Miller Group surrendered two (2) versions of the IS3 Scheduler system. One version is located on the 5-16-03 set of CD's (Data Set 2), and the other is located on the 5-22-03 CD's (Data Set 4).

PGLA was not given any explanation as to why two versions of the same code were submitted, other than the simple statement that the 5-16-03 code "…was not the correct and most recent version, it is about 6 months old."

The file modification dates were determined to be as follows:

| Filename | Modification Date | |
|---|---|---|
| | Data Set 2 – May 16, 2003 | Data Set 4 – May 22, 2003 |
| Main.cc | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Makefile.am | 1-16-2003 | 5-15-2003 5:15 PM |
| Makefile.in | 1-16-2003 | 5-15-2003 5:15 PM |
| Malloc.c | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.cc | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.h | 1-16-2003 | 5-15-2003 5:15 PM |
| Schedule.h | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Student.cc | 5-12-2003 3:09 PM | 5-15-2003 5:15 PM |
| Student.h | 1-16-2003 | 5-15-2003 5:15 PM |

What is significant is the fact that three files from Data Set 2 (main.cc, schedule.h, and student.cc) were all modified in May, 2003. This would indicate that the version sent in Data Set 2 was indeed the most up to date version. The files sent in Data Set 4 all share the same time/date stamp, May 15, 2003 5:15 PM.

### Scheduler Files modified between Data Set 2 and Data Set 4

While all of the files in Data Set 4 share the modification date of May 15, 2003, it only appears as though nine (9) of the files were actually modified. It is possible that a time/date stamp utility was used to alter the time/date stamp of the files on Data Set 4. Interestingly enough, there is also a folder contained in Data Set 4 which holds two files. Both of those files share the file modification date of 1-16-2003.

The header file *section.h* was renamed as *segment.h* in Data Set 4. Similarly, the file *sub_section.h* is renamed as *crs_slice.h*. The files that appear to have been altered are listed as:

> *Main.cc*
> *Makefile.am*
> *Makefile.in*
> *malloc.c*
> *row.cc*
> *row.h*
> *schedule.h*
> *student.cc*
> *student*.h

In our opinion efforts have been made to further reduce code similarities between the IS3 system and the original Star_Base code by deliberately changing the names of variables, functions and tables.

| Main.cc 5-16-03 | Main.cc 5-22-03 |
|---|---|
| otl_stream student_to_schedule(50, "SELECT student_id, grade, " " reqpri, sex, ethnic, schpri, " " coalesce(conflict,'M') AS conflict, " " hold_sex, hold_grade, " coalesce(cluster_code,' ') AS cluster_code," " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschool1<char[4]> and " " (spmn = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[10]> OR " | otl_stream student_to_schedule(50, "SELECT student_id, grade, " " reqpri, sex, ethnic, schpri, " " coalesce(conflict,'M') AS conflict, " " hold_sex, hold_grade, " coalesce(cluster_code,' ') AS hold_scode," " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschool1<char[4]> and " " (spmn = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[10]> OR " |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | |
|---|---|
| ```" :single_student_id5<char[10]> = 'ALL') and " " (conflict is null OR conflict = ") " " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); student_to_schedule << env.school;``` | ```" :single_student_id5<char[10]> = 'ALL') and " " (conflict is null OR conflict = ") " " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); student_to_schedule << env.school; DEBUGOUT(env.school);``` |
| ```if (curstu.get_requests(env,db)) { DEBUGOUT("Has requests"); ▓curstu.get_sections(env,db);▓ ▓curstu.sort_sections();▓ ▓curstu.get_meets(env,db);▓ int code; code=curstu.build();``` | ```if (curstu.get_requests(env,db)) { DEBUGOUT("Has requests"); ▓curstu.get_segments(env,db);▓ ▓curstu.sort_segments();▓ ▓curstu.get_course_meets(env,db);▓ int code; code=curstu.build();``` |
| ```if (env.type_of_sched == "M") { string schedstusql("UPDATE sched_stu SET conflict = "); schedstusql=schedstusql+conflict+"' WHERE SCHOOL = "+env.school+ "' AND student_id = "+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])- >varelement+"'"; otl_stream schedstuupdate(1,schedstusql.c_str(),db); schedstuupdate.rewind(); } //Stu head stuff``` | ```if (env.type_of_sched == "M") { string schedstusql("UPDATE sched_stu SET conflict = "); schedstusql=schedstusql+conflict+"' WHERE SCHOOL = "+env.school+ "' AND student_id = "+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])- >varelement+"'"; otl_stream schedstuupdate(1,schedstusql.c_str(),db); schedstuupdate.rewind(); } //Stu head stuff``` |
| ```▓set_stu_head(conflict,studentrow,env,db);▓ }``` | ```▓set_sched_student_results(conflict,stude ntrow,env,db);▓``` |
| ```▓void set_stu_head(char flag, Row &deptrow,conf Schedule &env,Cent &conn,db) {▓ DEBUGOUT("In set_stu_head()"); string checkstring("select count(*) as cnt from ▓stu_head▓ where syear ="); checkstring=checkstring+env.syear+"' AND school = "+env.school+"'" "AND student_id = :student_id<char[10]>"; DEBUGOUT("checkstring"); DEBUGOUT(checkstring); otl_stream check(50,checkstring.c_str(),db);``` | ```▓void set_sched_student_results(char flag, Row &studentrow,conf Schedule &env &env,Cent &conn,db) {▓ DEBUGOUT("In set_sched_student_results()"); string checkstring("select count(*) as cnt from ▓sched_student_results▓ where syear ="); checkstring=checkstring+env.syear+"' AND school = "+env.school+"'" "AND student_id = :student_id<char[10]>"; DEBUGOUT("checkstring"); DEBUGOUT(checkstring);``` |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
    DEBUGOUT(":student_id");
    check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
    string count;
    check >> count;
    if (count=="0") {
#else
    double count;
    check >> count;
    if (count==0) {
#endif
    string insertsql("INSERT INTO
▓▓▓▓▓ (syear, school, student_id, "
                     " priority_ext,
conflict_cd, "
                     " change_date,
reprint_flag, "
                     " reprint_code) "
            " VALUES ('");

insertsql=insertsql+env.syear+"','"+env.sch
ool+"', "
                     "
:student_id1<char[10]>,'5',:wpflag2<char[1
]>,current_date, "
            " '"+env.stx_sched_flag+"','1')";
    DEBUGOUT("insertsql:");
    DEBUGOUT(insertsql);
    otl_stream ins(1,insertsql.c_str(),db);
    ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
    ins << flag;
    } else {
    string updatesql;
    if (env.stx_sched_flag == "Y") {
    updatesql="UPDATE ▓▓▓▓▓ SET
change_date = current_date, "
                     " reprint_flag = 'Y', "
                     " reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
                     " WHEN '0' THEN '1' ELSE
```

```
    otl_stream
check(50,checkstring.c_str(),db);
    DEBUGOUT(":student_id");
    check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
    string count;
    check >> count;
    if (count=="0") {
#else
    double count;
    check >> count;
    if (count==0) {
#endif
    string insertsql("INSERT INTO
▓▓▓▓▓▓▓▓▓▓▓▓ (syear, school,
student_id, "
                     " conflict_status,
change_date) "

                     " VALUES ('");

insertsql=insertsql+env.syear+"','"+env.sch
ool+"', "
                     "
:student_id1<char[10]>,:wpflag2<char[1]>,
current_date)";

    DEBUGOUT("insertsql:");
    DEBUGOUT(insertsql);
    otl_stream ins(1,insertsql.c_str(),db);
    ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
    ins << flag;
    } else {
    string updatesql;
    if (env.stx_sched_flag == "Y") {
    updatesql="UPDATE
▓▓▓▓▓▓▓▓▓▓▓▓ SET change_date =
current_date, "
                     " conflict_status =
```

Century Consultants, Ltd. V. The Miller Group, et al

CONFIDENTIAL

*May 29, 2003*

```
'1' END, "
               " conflict_cd =
:wpflag1<char[1]> "
               " WHERE syear =
:syear2<char[3]> "
               " AND school =
:school3<char[4]> "
               " AND student_id =
:student_id4<char[10]> ";
   } else {
      updatesql="UPDATE ███████ SET "
               " conflict_cd =
:wpflag1<char[1]> "
               " WHERE syear =
:syear2<char[3]> "
               " AND school =
:school3<char[4]> "
               " AND student_id =
:student_id4<char[10]> ";
   }
```

```
:wpflag1<char[1]> "


                        " WHERE syear =
:syear2<char[3]> "
                        " AND school =
:school3<char[4]> "
                        " AND student_id =
:student_id4<char[10]> ";
   } else {
      updatesql="UPDATE
███████████████ SET "
                        " conflict_status =
:wpflag1<char[1]> "
                        " WHERE syear =
:syear2<char[3]> "
                        " AND school =
:school3<char[4]> "
                        " AND student_id =
:student_id4<char[10]> ";
   }
```

P.G. Lewis & Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| Schedule.h    5-22-03 | Schedule.h    5-16-03 |
|---|---|

```
struct Request {                     struct Request {
  [string crs_num;]                    [string crs_seq;]
  [string crs_seq;]                    [string action;]
  string req_type;                     string req_type;
  [string with_teacher;]               [string teacher_id;]
  [string not_teacher;]                [string not_teacher_id;]
  string not_period;                   string not_period;
                                       [string unit_level;]
  string semester;                     string semester;
                                       [string primary_code;]
                                       [int line_num;]
  int semester_requested;              int semester_requested;
};                                   };

struct Meet {                        struct Meet {
  [string crs_num;]                    [string class_id;]
  [string crs_seq;]                    [string section;]
  [string sch_period;]                 [string period;]
  [string department;]                 [string dept;]
  string teacher_id;                   string teacher_id;
  [string room_num;]                   [string room;]
  // string seq_num;                   // string seq_num;
  // int link_period;                  // int link_period;
  // int link_teacher;                 // int link_teacher;
  // int link_room;                    // int link_room;
  map<char,int> meet;                  map<char,int> meet;
  int meet_code;                       int meet_code;
  [string crs_alloc;]                  [string sub_section]
};                                   };
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

Significant changes have been made in student.cc. The table below only contains a partial list of differences.

| Student.cc 5-22-03 | Student.cc 5-16-03 |
|---|---|
| #include segment.h #include ers alloc.h | #include section.h #include sub section.h |
| bool Student::get_requests(const Schedule_env &env,otl_connect &db) { DEBUGOUT("in get_requests()"); bool has_requests(false); string requestsql("select A.crs num, A.section, A.teacher, A.not teacher, A.not period, A.semester, A.crs num AS global alt, D.segment number from courses Z, stu schedule reqs A LEFT JOIN semester D ON " " (A.semester=D.semester and " " D.school = '"+env.school+"' and " " D.syear='"+env.syear+"' ) " | bool Student::get_requests(const Schedule_env &env,otl_connect &db) { DEBUGOUT("in get_requests()"); bool has_requests(false); string requestsql("select A.class cd, A.section,A.crs num, A.teacher id, A.not teacher id, A.not period, A.ability level, A.semester,A.primary_code,A.alternate_no, " " CASE '"); requestsql=requestsql+env.ign_alternates+ "' WHEN 'Y' THEN A.class_cd " " ELSE Z.global_alt END AS global_alt, " " D.segment_number " " from course Z, " " stu_req A LEFT JOIN semester D ON " " (A.semester=D.semester and " " D.school = '"+env.school+"' and " " D.syear='"+env.syear+"' ) " |
| " where A.syear   = '"+env.syear+"' and " " A.syear   = Z.syear and " " A.school   = '"+env.school+"' and " " A.school   = Z.school  and " " A.student_id = :wstudent_id1<char[10]> and " " A.crs num = Z.crs num and " | " where A.syear   = '"+env.syear+"'  and " " A.syear   = Z.syear and " " A.school   = '"+env.school+"'   and " " A.school   = Z.school  and " " A.student_id = :wstudent_id1<char[10]> and " " A.class cd = Z.class cd " and " |
| " NOT EXISTS " " (select " " | |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL               *May 29, 2003*

```
            "   from stu_schedule_reqs B,
stu_schedule C "
            " where B.syear    =
'"+env.syear+"' and "
            " B.school     =
'"+env.school+"' and "
            " B.student_id =
:wstudent_id2<char[10]> and "

            " C.syear     ="+env.syear+"'
and "
            " C.school     =
'"+env.school+"' and "
            " C.student_id =
:wstudent_id3<char[10]> and "
            " C.crs_num  = B.crs_num)
and "
        " NOT EXISTS "
            " (select " "
            " from stu_schedule F, courses
E "
            " where E.syear    =
'"+env.syear+"' and "
            " E.school     =
'"+env.school+"' and "

            " F.syear    = '"+env.syear+"'
and "
            " F.school     =
'"+env.school+"' and "
            " F.student_id =
:wstudent_id4<char[10]>   and "
            " F.crs_num = E.crs_num "
    "  order by 9, 10");
```

```
            "  (('"+env.ign_alternates+"' =
'Y' and "
            "    A.alternate_no = '0') or "
            "  ('"+env.ign_alternates+"' =
'N')) and "
        " NOT EXISTS "
            " (select " "
            " from stu_req B, stu_sche C
"
            "  where B.syear    =
'"+env.syear+"' and "
            " B.school     =
'"+env.school+"' and "
            " B.student_id =
:wstudent_id2<char[10]> and "
            " B.primary_code =
primary_code and "
            " C.syear     =
'"+env.syear+"' and "
            " C.school     =
'"+env.school+"' and "
            " C.student_id  =
:wstudent_id3<char[10]> and "
            " C.class_cd    =
B.class_cd) and "
        " NOT EXISTS "
            " (select " "
            " from stu_sche F, course E "
            " where E.syear    =
'"+env.syear+"' and "
            " E.school     =
'"+env.school+"' and "
            " E.class_cd    =
primary_code and "
            " F.syear    =
'"+env.syear+"' and "
            " F.school     =
'"+env.school+"' and "
            " F.student_id  =
:wstudent_id4<char[10]>   and "
            " F.class_cd = CASE
'"+env.ign_alternates+"' WHEN 'Y' "
            " THEN E.class_cd
ELSE E.global_alt END) "
    "  order by 9, 10";
```

```
//    string tempstring;
```

```
//    string tempstring;
```

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

```cpp
if (!requestrow.row()["crs_num"]->is_null) {
    requestptr->crs_num=dynamic_cast <SQLGenericVar<string> *>(requestrow.row()["crs_num"])->varelement;
}
DEBUGOUT("crs_num" );
if (!requestrow.row()["segment_number"]->is_null) {
    requestptr->semester_requested=(int)dynamic_cast <SQLGenericVar<double> *>(requestrow.row()["segment_number"])->varelement;
} else {
    requestptr->semester_requested=0;
}
DEBUGOUT("segment_number" );
if (!requestrow.row()["crs_seg"]->is_null)
{
    requestptr->crs_seg=dynamic_cast <SQLGenericVar<string> *>(requestrow.row()["crs_seg"])->varelement;
}
DEBUGOUT("crs_seg" );
if (!requestrow.row()["with_teacher"]->is_null) {
    requestptr->with_teacher=dynamic_cast <SQLGenericVar<string> *>(requestrow.row()["with_teacher"])->varelement;
}
DEBUGOUT("with_teacher" );
if (!requestrow.row()["not_teacher"]->is_null) {
    requestptr->not_teacher=dynamic_cast < SQLGenericVar<string> *>(requestrow.row()["not_teacher"])->varelement;
}
```

```cpp
if (!requestrow.row()["class_cd"]->is_null) {
    requestptr->class_cd=dynamic_cast <SQLGenericVar<string> *>(requestrow.row()["class_cd"])->varelement;
}
DEBUGOUT("class_cd" );
if (!requestrow.row()["segment_number"]->is_null) {
    requestptr->semester_requested=(int)dynamic_cast <SQLGenericVar<double> *>(requestrow.row()["segment_number"])->varelement;
} else {
    requestptr->semester_requested=0;
}
DEBUGOUT("segment_number" );
if (!requestrow.row()["section"]->is_null) {
    requestptr->section=dynamic_cast <SQLGenericVar<string> *>(requestrow.row()["section"])->varelement;
}
DEBUGOUT("section" );
if (!requestrow.row()["req_type"]->is_null) {
    requestptr->req_type=dynamic_cast <SQLGenericVar<string> *>(requestrow.row()["req_type"])->varelement;
}
DEBUGOUT("req_type" );
if (!requestrow.row()["teacher_id"]->is_null) {
    requestptr->teacher_id=dynamic_cast < SQLGenericVar<string> *>(requestrow.row()["teacher_id"])->varelement;
}
DEBUGOUT("teacher_id" );
if (!requestrow.row()["not_teacher_id"]->
```

* Confidential – Attorneys Eyes Only

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

<table>
<tr><td>

```
        }
```

</td><td>

```
>is_null) {
    requestptr-
>not_teacher_id=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["not_teacher_id"])-
>varelement;
    }
```

</td></tr>
<tr><td>

```
bool Student::get_segments(const
Schedule_env &env, otl_connect &db) {
  DEBUGOUT("In
Student::get_segments()");
  string grade(dynamic_cast <
SQLGenericVar<string> *
>(student.row()["grade"])->varelement);
  DEBUGOUT("grade:");
   DEBUGOUT(grade);
  list<Request>::iterator reqpointer;
  list<Segment>::iterator segpointer;
  // list<Section>::iterator previous;
  list<Crs_slice>::iterator slicepointer;

  reqpointer = requests.begin();
  segpointer = segments.begin();
```

</td><td>

```
bool Student::get_sections(const
Schedule_env &env, otl_connect &db) {
  DEBUGOUT("In
Student::get_sections()");
   string grade(dynamic_cast <
SQLGenericVar<string> *
>(student.row()["grade"])->varelement);
  DEBUGOUT("grade:");
   DEBUGOUT(grade);
  list<Request>::iterator reqpointer;
  list<Section>::iterator sectpointer;
  // list<Section>::iterator previous;
  list<Sub_section>::iterator
subsectpointer;

  reqpointer = requests.begin();
  sectpointer = sections.begin();
```

</td></tr>
<tr><td>

```
void Student::sort_segments() {
  list<Segment>::iterator segpointer;
  DEBUGOUT("In
Student::sort_segments()" );
  DEBUGOUT(segments.size() );
  segpointer=segments.begin();
  while( segpointer != segments.end())
```

</td><td>

```
void Student::sort_sections() {
  list<Section>::iterator sectpointer;
  DEBUGOUT("In
Student::sort_sections()" );
  DEBUGOUT(sections.size() );
  sectpointer=sections.begin();
  while( sectpointer != sections.end())
```

</td></tr>
<tr><td>

```
bool
Student::sched_segment(list<Segment>::iter
ator in) {
  DEBUGOUT("In
Student::sched_segment()");
  map< string, list<Segment>::iterator
>::iterator incheck;
  incheck=sched_segments.find(in-
>crs_num);
  list<Crs_slice>::iterator sliceptr;
```

</td><td>

```
bool
Student::sched_section(list<Section>::iter
ator in) {
  DEBUGOUT("In
Student::sched_section()");
  map< string, list<Section>::iterator
>::iterator incheck;
  incheck=sched_sections.find(in-
>class_cd);
  list<Sub_section>::iterator subptr;
```

</td></tr>
<tr><td>

```
bool
Student::desched_segment(list<Segment>::it
erator out) {
  DEBUGOUT("In
```

</td><td>

```
bool
Student::desched_section(list<Section>::it
erator out) {
  DEBUGOUT("In
```

</td></tr>
</table>

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

| | |
|---|---|
| Student::desched_segment()" );<br>  list<Crs_slice>::iterator sliceptr; | Student::desched_section()" );<br>  list<Sub_section>::iterator subptr; |
| void Student::insert_sched(const<br>Schedule_env &env, otl_connect &db) {<br>  DEBUGOUT("In Student::insert_sched()"<br>);<br>  map< string, list<Segment>::iterator<br>>::iterator schedptr;<br>  schedptr=sched_segments.begin();<br>  string insertsql("INSERT INTO<br>▓▓▓▓▓▓▓▓ (syear, school, student_id, "<br>        " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) " | void Student::insert_sched(const<br>Schedule_env &env, otl_connect &db) {<br>  DEBUGOUT("In<br>Student::insert_sched()" );<br>  map< string, list<Section>::iterator<br>>::iterator schedptr;<br>  schedptr=sched_sections.begin();<br>  string insertsql("INSERT INTO<br>stu_sche (syear, school, student_id, "<br>        " ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓) " |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| Student.h  05-22-03 | Student.h 05-16-03 |
|---|---|
| #include "segment.h" | #include "section.h" |
| class Student {<br> public:<br>  Row student;<br>  list<Request> requests;<br>  list<Segment> segments;<br>  list<Meet> meets;<br>  map< string , map< char , int > ><br>placeholders; //Inner map is days,<br>                         //Outer map is<br>periods.<br>  map< string, list<Segment>::iterator ><br>sched_segments;<br>  Student(){}<br>  Student(Row studentrow)<br>{student=studentrow;}<br>  ~Student(){}<br>  bool<br>sched_segment(list<Segment>::iterator in);<br>  bool<br>desched_segment(list<Segment>::iterator out);<br>  bool get_requests(const Schedule_env<br>&env, otl_connect &db);<br>  bool get_segments(const Schedule_env<br>&env, otl_connect &db);<br>  bool get_source_meets(const<br>Schedule_env &env, otl_connect &db);<br>  void sort_segment();<br>  int build();<br>  void insert_sched(const Schedule_env<br>&env, otl_connect &db);<br>}; | class Student {<br> public:<br>  Row student;<br>  list<Request> requests;<br>  list<Section> sections;<br>  list<Meet> meets;<br>  map< string , map< char , int > ><br>placeholders; //Inner map is days,<br>                         //Outer map is<br>periods.<br>  map< string, list<Section>::iterator ><br>sched_sections;<br>  Student(){}<br>  Student(Row studentrow)<br>{student=studentrow;}<br>  ~Student(){}<br>  bool sched_section(list<Section>::iterator<br>in);<br>  bool<br>desched_section(list<Section>::iterator<br>out);<br>  bool get_requests(const Schedule_env<br>&env, otl_connect &db);<br>  bool get_sections(const Schedule_env<br>&env, otl_connect &db);<br>  bool get_source_meets(const Schedule_env<br>&env, otl_connect &db);<br>  void sort_section();<br>  int build();<br>  void insert_sched(const Schedule_env<br>&env, otl_connect &db);<br>}; |

*Confidential – Attorneys Eyes Only*
Page 47 of 74