E-FILED
Thursday, 04 August, 2005 04:57:28 PM
Clerk, U.S. District Court, ILCD

**Three Way Comparison**

PGLA cross referenced the Star_Base code with that of IS3. In many instances, identical logic was revealed. This duplicate logic looks slightly different between the two systems because the IS3 code is written in a different language, or was translated electronically from the Star_Base code.

Of even greater significance is the fact that The Miller Group apparently realized they sent a version with damning evidence in Data Set 2 and decided to make edits to conceal the gross similarities. They forwarded Data Set 4 on May 22 which contained the same code although the references to the Century systems were renamed.

Interestingly enough, The Miller Group left the off variable name of "SPMN" in both versions of their code. It is probable that The Miller Group does not know the meaning of the abbreviation SPMN.

**Three Way Comparison of Star_Base to Main.c**

**Star_Base schedule.c**

```
"select nvl(student_id,' ') ,nvl(grade,' ')
nvl(reqpri,' ') ,nvl(sex,' ') ,n\
vl(ethnic,' ') ,nvl(schpri,' ') ,nvl(conflict,' ')
,nvl(hold_sex,' ') ,nvl(hol\
d_grade,' ') ,nvl(cluster_code,' ')
,nvl(start_period,' ') ,nvl(end_period,' '\
) ,nvl(has_requests,' ')
,nvl(to_number((to_number(end_period)+1)),
0)  from sx\
pri where (((school=:b0 and (spmn=:b1 or
:b1='ALL')) and (student_id=:b3 or :b\
3='ALL')) and conflict is null ) order by
grade,reqpri desc ,sex,ethnic,schpri\
 desc ,student_id          ";
```

**IS3 Main.c 5/16/03**

```
        otl_stream student_to_schedule(50,
"SELECT student_id, grade, "
" reqpri, sex, ethnic, schpri, "
"          coalesce(conflict,'M') AS
conflict, "
"          hold_sex, hold_grade, "
"          coalesce(cluster_code,'1') AS
cluster_code, "
          " start_period, end_period, "
          " has_requests,
to_char(to_number(end_period,'99') +
1,'99') AS EP "
          " FROM sched_stu "
          " WHERE school =
:wschool1<char[4]> and "
                              " (spmn =
:spmn2<char[5]> OR "
                              "
:spmn3<char[5]> = 'ALL') and "
                              " (student_id =
:single_student_id4<char[10]> OR "
                              "
:single_student_id5<char[10]> = 'ALL') and
"
                              " (conflict is null
OR conflict = '') "
          " ORDER BY grade, reqpri desc,
sex, ethnic, schpri desc",db);
          student_to_schedule <<
env.school;
```

**IS3 main.c 5/22/03**

```
          otl_stream
student_to_schedule(50,
"SELECT student_id, grade, "
" reqpri, sex, ethnic, schpri, "
"          coalesce(conflict,'M') AS
conflict, "
"          hold_sex, hold_grade, "
"          coalesce(cluster_code,'1') AS
house_code, "
          " start_period, end_period, "
          " has_requests,
to_char(to_number(end_period,'99') +
1,'99') AS EP "
          " FROM sched_stu "
          " WHERE school =
:wschool1<char[4]> and "
                              " (spmn =
:spmn2<char[5]> OR "
                              "
:spmn3<char[5]> = 'ALL') and "
                              " (student_id =
:single_student_id4<char[10]> OR "
                              "
:single_student_id5<char[10]> = 'ALL')
and "
                              " (conflict is
null OR conflict = '') "
          " ORDER BY grade, reqpri
desc, sex, ethnic, schpri desc",db);
          student_to_schedule <<
env.school;
          DEBUGOUT(env.school);
```



| | | |
|---|---|---|
| set_key(); /* Set sort key (crspri,tot_open,prim_cnt,alt_no,avai_seat,sec ) */<br>[redacted]<br>build_bit_box(tot_pds); | if (curstu.get_requests(env,db)) {<br>DEBUGOUT("Has requests");<br>[redacted]<br>int code;<br>code=curstu.build(); | if (curstu.get_requests(env,db))<br>{<br>DEBUGOUT("Has requests");<br>[redacted]<br>int code;<br>code=curstu.build(); |
| sqlcxt((void **)0, &sqlctx, &sqlstm, &sqlfpn);<br>if (sqlca.sqlcode == 1403) goto [redacted] | if (env.type_of_sched == "M") {<br>string schedstusql("UPDATE sched_stu SET conflict = '");<br>schedstusql=schedstusql+conflict+"' WHERE SCHOOL = '"+env.school+<br>"' AND student_id = '"+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement+"'";<br>otl_stream schedstuupdate(1,schedstusql.c_str(),db);<br>schedstuupdate.rewind();<br>}<br>//Stu head stuff<br>[redacted]<br>} | if (env.type_of_sched == "M")<br>{<br>string schedstusql("UPDATE sched_stu SET conflict = '");<br>schedstusql=schedstusql+conflict+"' WHERE SCHOOL = '"+env.school+<br>"' AND student_id = '"+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement+"'";<br>otl_stream schedstuupdate(1,schedstusql.c_str(),db);<br>schedstuupdate.rewind();<br>}<br>//Stu head stuff<br>[redacted]<br>} |
| | [redacted]<br>DEBUGOUT("In set_stu_head()");<br>string checkstring("select count(*) as cnt [redacted] where syear ='");<br>checkstring=checkstring+env.syear+"' AND school = '"+env.school+"'" "AND student_id = :student_id<char[10]>";<br>DEBUGOUT("checkstring");<br>DEBUGOUT(checkstring);<br>otl_stream check(50,checkstring.c_str(),db);<br>DEBUGOUT(":student_id");<br>check << dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement;<br>#ifdef OTL_UNIX_ODBC<br>string count;<br>check >> count;<br>if (count=="0") { | [redacted]<br>{<br>DEBUGOUT("In set_sched_student_results()");<br>string checkstring("select count(*) as cnt [redacted] where syear ='");<br>checkstring=checkstring+env.syear+"' AND school = '"+env.school+"'" "AND student_id = :student_id<char[10]>";<br>DEBUGOUT("checkstring");<br>DEBUGOUT(checkstring);<br>otl_stream check(50,checkstring.c_str(),db);<br>DEBUGOUT(":student_id");<br>check << dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement;<br>#ifdef OTL_UNIX_ODBC |

```
#else
  double count;
  check >> count;
  if (count==0) {
#endif
   string insertsql("INSERT INTO
[redacted] (syear, school, student_id, "
                    " priority_ext,
conflict_cd, "
                    " change_date,
reprint_flag, "
                    " reprint_code) "
          " VALUES (");

insertsql=insertsql+env.syear+"','"+env.scho
ol+"', "
     "
:student_id1<char[10]>,'5',:wpflag2<char[1
]>,current_date, "
     " '"+env.stx_sched_flag+"','1')";
  DEBUGOUT("insertsql:");
  DEBUGOUT(insertsql);
  otl_stream ins(1,insertsql.c_str(),db);
  ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
  ins << flag;
 } else {
  string updatesql;
  if (env.stx_sched_flag == "Y") {
   updatesql="UPDATE [redacted] SET
change_date = current_date, "
          " reprint_flag = 'Y', "
          " reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
          " WHEN '0' THEN '1' ELSE
'1' END, "
          " conflict_cd =
:wpflag1<char[1]> "
          " WHERE syear =
:syear2<char[3]> "
          " AND school =
:school3<char[4]> "
          " AND student_id =
:student_id4<char[10]> ";
  } else {
   updatesql="UPDATE [redacted] SET "
          " conflict_cd =
:wpflag1<char[1]> "
          " WHERE syear = :
```

```
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
   string insertsql("INSERT INTO
[redacted] (syear, school,
student_id, "
                    "
conflict_status, change_date) "

          " VALUES (");

insertsql=insertsql+env.syear+"','"+env.sc
hool+"', "
     "
:student_id1<char[10]>,:wpflag2<char[1]
>,current_date)";

  DEBUGOUT("insertsql:");
  DEBUGOUT(insertsql);
  otl_stream ins(1,insertsql.c_str(),db);
  ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
  ins << flag;
 } else {
  string updatesql;
  if (env.stx_sched_flag == "Y") {
   updatesql="UPDATE
[redacted] SET change_date =
current_date, "
          " conflict_status =
:wpflag1<char[1]> "

          " WHERE syear =
:syear2<char[3]> "
          " AND school =
:school3<char[4]> "
          " AND student_id =
:student_id4<char[10]> ";
  } else {
   updatesql="UPDATE
[redacted] SET "
          " conflict_status = :
```

**Summary of Findings –**

**Modified Files**
The Miller Group modified at least 346 files between May 9, 2003, and May 14, 2003. The modifications clearly appear to be a deliberate attempt to alter variable, table, and field names so that they are not identical to the same names originally assigned by Century Consultants.

Further, it appears as though The Miller Group forgot to modify the Scheduler application. Many of the variable names map directly to the Century code. The Miller Group attempted to fix this problem by suddenly offering a new version of the Scheduler application and stating that the version originally sent was the "wrong" version and was "six months old." PGLA found the original version to be current as of May 12, 2003, since one of the files reflected that date as its modification date. The "revised" version of the scheduler was dated May 15, 2003. Although it was only three days later, massive edits were made to the second set of files.

**SkdMassDetail.php**
The Miller Group surrendered two versions of the Scheduler Application front end program, one in use at the Springfield School District, and the other contained in Data Set 2.

Our analysis of the Springfield version of SkdMassDetail reveals a plethora of calls made to tables authored by Century Consultants. In addition, a tremendous number of variables map directly to the exact variable name and definition assigned by Century Consultants in their Star_Base system.

PGLA compared the version of SkdMassDetail running in the Springfield School District and the one forwarded to us in Data Set 2. The Data Set 2 version was identical in logic, although all of the table references and variable names were modified. In our opinion the names were modified in an attempt to conceal the fact that they were identical to the names assigned by Century Consultants. Of significance is the fact that the Springfield version was last modified on March 24, 2003, while the Data Set 2 version was modified on May 14, 2003 at 10:18 PM. PGLA received the latter file on May 16, 2003.

**Scheduler Schema Comparison**
PGLA requested the schema of the IS3 application, but it was never sent. PGLA, however, was able to recreate the schema used by IS3 and compare it to that of Star_Base. The results indicate that the schema is substantially similar between both applications, even though The Miller Group took great effort in renaming the tables, etc. PGLA did not compare the schema between the Springfield version and Star_Base because the Springfield schema was also not forwarded to us for review.

**Table by Table Comparison**
PGLA analyzed seven (7) tables between Star_Base and IS3. Although The Miller Group made great effort to modify the table names and field names contained within the table, PGLA has determined that the tables are substantially similar in design. In fact, one of the tables contained in IS3 is an exact duplicate of a table contained in Star_Base. This table has fifteen (15) data elements and it would be virtually impossible, in our opinion, to randomly create the identical table.

**Flow Diagram**
PGLA mapped the flow diagrams of each application. The flow chart of each application is almost identical. In addition, IS3 used many identical or nearly identical names for each module.

**SQL Code Comparison**
PGLA analyzed the SQL code statements between Star_Base and IS3. We determined that both applications shared a code component labeled "*student_to_scheduler*." Aside from the fact that they share the same name, both sets of code are nearly identical.

**Similarities in code and status code used**
PGLA analyzed two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. It is virtually impossible, in our opinion, for a different programmer to develop the same conditions.

**Three way comparison of Star_Base C to IS3 C++**
PGLA analyzed the Star_Base code and compared it with the main.cc source code contained in the IS3 system. The IS3 code is strikingly similar to the Star_Base code and shares many of the same variable names and logic.

Of more significance is the fact that The Miller Group suddenly offered a new version of the main.cc code on May 22. When this version was compared to the original, we found that the references to Star_Base tables were replaced with other names. However, the code and logic is nearly identical.

**Conclusion**

PGLA is of the opinion, to a reasonable degree of certainty, that substantial portions of the IS3 system are a copied and translated duplicate of the Century Consultants Star_Base system. In almost all areas explored, PGLA found identical or substantially similar logic, table names, field names, definitions, and source code between the two applications.

PGLA is also of the opinion to a reasonable degree of certainty that The Miller Group modified substantial portions of the IS3 source codes between the dates of May 9, 2003 and May 14, 2003, modifying table names and variable names in their code because the IS3 system used most of the names defined and assigned by the Star_Base system. The Miller Group evidently forgot to change the C++ code received by our office on May 16 and worked for three days to produce another version. This new version contained the same type of "search-and-replace" changes to assign different names to Century's tables, fields, and software.

It is the opinion of PG Lewis & Associates, LLC that The Miller Group had access to the source codes developed by Century Consultants while designing their system. PGLA is of the further opinion that The Miller Group modeled their IS3 system after Star_Base and probably used the Star_Base source code as a starting platform.

I remain available to discuss this report further.

P. Lewis
May 29, 2003

3:03-cv-03105-RM-BGC # 106-3 Page 7 of 27

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

# APPENDIX "A"

P.G. Lewis & Associates LLC
DATA FORENSICS

***Confidential – Attorneys Eyes Only***
Page 54 of 74

**Source Code Listing of SkdMassDetail.php.**

**SkdMassDetail.php**

**Springfield School District**

```
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student
Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=='')
{
 echo '<TABLE>';
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=C">';
 echo "<TD>School Year:</TD>";
 $curyr=GetSysYear();
 $cknext="select distinct
a.start_yy from course a, config b
    where (a.start_yy > b.year and
a.start_yy < '50')";
 $ckdb=DBQuery($cknext);
 $ckyrdata=DBReturn($ckdb, $ckcnt);
 if($ckyrdata[1]['START_YY'] != '')
{$curyr=$curyr + 1;
  $curyr=str_pad($curyr, 2, "0",
str_pad_left);
 }
 echo "<TD>";
 GetSchoolYear('year',$curyr,'');
 echo "</TD>";
 echo "<TR>";

PrepareSchool(SessionSchool(),'midh
igh');
 echo "</TR>";
 echo "<TR>";

PrepareGrade(SessionSchool(),'midhi
gh');
 echo "</TR>";
 echo "<TR>";
 echo "<TD>Schedules:</TD>";
 echo "<TD>Complete<INPUT
TYPE=RADIO NAME=comp_part VALUE=C
SIZE=1 CHECKED>";
 echo "Partial<INPUT TYPE=RADIO
NAME=comp_part VALUE=P SIZE=1>";
 echo "</TD></TR>";
 echo "<TR>";
 echo "<TD>Include Cluster:</TD>";
 echo "<TD><INPUT TYPE=RADIO
NAME=cluster VALUE=Y SIZE=1 >";
```

**IS3 May 16, 2003**

```
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student
Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=='')
{
 echo '<TABLE>';
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=C">';
 echo "<TD>School Year:</TD>";
 $curyr=GetSysYear();
 $cknext="select distinct a.SYEAR
from COURSES a, config b
   where
(A.SYEAR > B.SYEAR and A.SYEAR <
'50') ";
 $ckdb=DBQuery($cknext);
 $ckyrdata=DBReturn($ckdb, $ckcnt);
 if($ckyrdata[1]['SYEAR'] != '')
{
  $curyr=$curyr + 1;
  $curyr=str_pad($curyr, 2, "0",
str_pad_left);
 }
 echo "<TD>";
 GetSchoolYear('year',$curyr,'');
 echo "</TD>";
 echo "<TR>";

PrepareSchool(SessionSchool(),'midh
igh');
 echo "</TR>";
 echo "<TR>";
PrepareGrade(SessionSchool(),'midhi
gh');
 echo "</TR>";
 echo "<TR>";
 echo "<TD>Schedules:</TD>";
 echo "<TD>Complete<INPUT
TYPE=RADIO NAME=comp_part VALUE=C
SIZE=1 CHECKED>";
 echo "Partial<INPUT TYPE=RADIO
NAME=comp_part VALUE=P SIZE=1>";
 echo "</TD></TR>";
 echo "<TR>";
 echo "<TD>Include Cluster:</TD>";
 echo "<TD><INPUT TYPE=CHCKBOX
```

```
 echo "</TD></TR>";
 echo '<TR><TD>Student
ID:</TD><TD><INPUT TYPE="text"
NAME="a_stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
 //echo "<input type=hidden
name=a_stu value =ALL>";
 echo '</TABLE><BR><BR>';
 Buttons('Find','Reset Values');
 echo '</FORM>';
}
if($func=='C')
{
 if($sch == '')
 {
  echo "<H4> You must enter a
school to schedule.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

 exit();
 }
 echo "<H4> ";
 $dispyear=DispYear($year);
 $dispsch=GetSchool($sch);
 echo
"<BR>".$dispyear."<BR>".$dispsch;
 if($grade == '') {  echo "<BR> All
Grades";  }
 else {  echo "<BR>Grade -
".$grade;  }
 if($a_stu == 'ALL')
 {
  $cklock="select sched_lock_date
lock_date from sch_base where
school = '$sch'";
  $ckdb=DBQuery($cklock);

$lockdata=DBReturnNoWord($ckdb,$lkc
nt);
//echo "<BR>sql=".$cklock;
  if($lockdata[1]['LOCK_DATE'] !=
'')
  {
  echo "<H4> The schedule has been
locked as of
".$lockdata[1]['LOCK_DATE'].". You
can not run the scheduler for all
students.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

  exit();
```

```
NAME=cluster VALUE=Y SIZE=1 >";
 echo "</TD></TR>";
 echo '<TR><TD>Student
ID:</TD><TD><INPUT TYPE="text"
NAME="a_stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
 //echo "<input type=hidden
name=a_stu value =ALL>";
 echo '</TABLE><BR><BR>';
 Buttons('Find','Reset Values');
 echo '</FORM>';
}
if($func=='C') {

 if($sch == '')
 {
   echo "<H4> You must enter a
school to schedule.</H4>";
   echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

   exit();
 }
 echo "<H4> ";
 $dispyear=DispYear($year);
 $dispsch=GetSchool($sch);
 echo
"<BR>".$dispyear."<BR>".$dispsch;
 if($grade == '') {
   echo "<BR> All Grades";
 } else {
   echo "<BR>Grade - ".$grade;
 }
 if($a_stu == 'ALL') {
   $cklock="select sched_lock_date
AS lock_date from SCHOOLS where
school = '$sch'";
   $ckdb=DBQuery($cklock);

$lockdata=DBReturnNoWord($ckdb,$lkc
nt);
   //echo "<BR>sql=".$cklock;
 if($lockdata[1]['LOCK_DATE'] !=
'')
{
   echo "<H4> The schedule has
been locked as of
".$lockdata[1]['LOCK_DATE'].". You
can not run the scheduler for all
students.</H4>";
   echo "<BR><BR>Click<A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
```

```
    }
  }
  if($comp_part == 'P')  {   echo
"<BR><BR>This will
schedule all partial
schedules.</H4>";  }
 else {
echo "<BR><BR>This will
delete the schedule for the
student. <BR>If 'ALL' is selected,
all schedules will be
delete.</H4>";  }
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=S&year='.$ye
ar.'&cluster='.$cluster.

'&sch='.$sch.'&grade='.$grade.'&a_s
tu='.$a_stu.'&comp_part='.$comp_par
t.'">';
 Buttons('CONTINUE','');
 echo '</FORM>';
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
}
if($func=='S')
{
 if($a_stu == 'ALL')
 {
  $getid="select id from sched_run
where school = '$sch'";
  $iddb=DBQuery($getid);
  $iddata=DBReturn($iddb,$idcnt);
  $id=$iddata[1]['ID'];
   $getresult="select status from
sched_results where id = '$id'";
   $resultdb=DBQuery($getresult);
$resultdata=DBReturn($resultdb,$res
ultcnt);
   if($resultcnt > 0  and
$resultdata[1]['STATUS'] != 'D')
   {echo "<H4> The previous
scheduling run is still scheduling.
<BR>You must wait before running
again.</H4>";
    echo<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
   if($s_ulevel == '999')    {
     echo <BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=O&sch=".$sch."
&id=".$id."'>HERE</A> to
override.<BR><BR>";
```

```
      exit();
    }
  }
  if($comp_part == 'P')  {
    echo "<BR><BR>This will schedule
all partial schedules.</H4>";
  } else {
    echo "<BR><BR>This will delete
the schedule for the student.
<BR>If 'ALL' is selected, all
schedules will be deleted.</H4>";
  }
  echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].'&func=S&year='.$ye
ar.'&cluster='.$cluster.

'&sch='.$sch.'&grade='.$grade.'&a_s
tu='.$a_stu.'&comp_part='.$comp_par
t.'">';
 Buttons('CONTINUE','');
 echo '</FORM>';
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
}
if($func=='S')
{
 if($a_stu == 'ALL')
{
   $getid="select id from sched_run
where school = '$sch'";
   $iddb=DBQuery($getid);
   $iddata=DBReturn($iddb,$idcnt);

   $id=$iddata[1]['ID'];

   $getresult="select status from
sched_results where id = '$id'";
   $resultdb=DBQuery($getresult);

$resultdata=DBReturn($resultdb,$res
ultcnt);
    if($resultcnt > 0  and
$resultdata[1]['STATUS'] != 'D') {
     echo "<H4> The previous
scheduling run is still scheduling.
<BR>You must wait before running
again.</H4>";
     echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
    if($s_ulevel == '999') {
     echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
```

```
    }
    exit();   }
 }
 $delpri="delete sched_stu where
school = '$sch' and (student_id =
'$a_stu' or '$a_stu' = 'ALL')";
 $db=DBQuery($delpri);
 $delresult="delete sched_results
where id = '$id'";
 $db=DBQuery($delresult);
 $delrun="delete sched_run where
school = '$sch'";
 $db=DBQuery($delrun);
 if(($comp_part=='C') or
($comp_part=='P' and $a_stu !=
'ALL')) {
  $delcount="select a.class_cd,
a.section, count(*) seatcnt
from stu_sche a, stu_sch b

where a.start_yy = '$year'
and a.start_yy=b.start_yy
and a.school = '$sch'
and b.school=a.school
and (a.student_id = '$a_stu'
or '$a_stu' = 'ALL')

and b.student_id(+)=a.student_id
and (b.grade='$grade' or '$grade'
is null) group by class_cd,
section";
  $cntdb=DBQuery($delcount);

$crsdata=DBReturnNoWord($cntdb,$cnt
);
//echo "<BR>sql=".$delcount;
  $ckforatt="select a.seq_number,
b.class_cd, b.section,b.period,
    b.semester,b.days,b.sub_section
from stu_stc_head a, stu_stc_xact
b, stu_sche c
where a.start_yy = '$year'
and a.school = '$sch'
        and a.student_id = '$a_stu'
        and a.seq_number =
b.seq_number
        and a.start_yy = c.start_yy
        and a.school = c.school
        and a.student_id =
c.student_id
        and b.class_cd = c.class_cd
        and b.section = c.section
        and c.active_cd = 'A'";
 $attdb=DBQuery($ckforatt);

$attdata=DBReturnNoWord($attdb,$att
```

```
ST['modname']."&func=0&sch=".$sch."
&id=".$id."'>HERE</A> to
override.<BR><BR>";
    }
    exit();
   }
 }
 $delpri="delete from sched_stu
where school='$sch' and
(student_id='$a_stu' or
'$a_stu'='ALL') ";
 $db=DBQuery($delpri);
 $delresult="delete from
sched_results where id = '$id'";
 $db=DBQuery($delresult);
 $delrun="delete from sched_run
where school = '$sch'";
 $db=DBQuery($delrun);
 if(($comp_part=='C') or
($comp_part=='P' and $a_stu !=
'ALL')) {
  $delcount="select a.CRS_NUM,
a.CRS_SEG, count(*) AS seatcnt
from STU_SCHEDULE a LEFT OUTER JOIN
STU_SCHOOL_MEETS b ON
(a.student_id = b.student_id)
where a.SYEAR = '$year'
and a.SYEAR=b.SYEAR
and a.school = '$sch'
and b.school=a.school
and (a.student_id = '$a_stu' or
'$a_stu' = 'ALL') ";
  if(!empty($grade)){$delcount.="
and b.grade='$grade' ";}
  $delcount.="group by
a.CRS_NUM,a.CRS_SEG ";
  $cntdb=DBQuery($delcount);

$crsdata=DBReturnNoWord($cntdb,$cnt
);
  //echo "<BR>sql=".$delcount;
  $ckforatt="select
a.ID, b.CRS_NUM,
b.CRS_SEG,b.period,
   b.semester,b.days,b.CRS_SLICE
   from stu_sched_list a,
stu_list_act b, STU_SCHEDULE c
   where a.SYEAR = '$year'
   and a.school = '$sch'
   and a.student_id = '$a_stu'
   and a.ID = b.ID
   and a.SYEAR = c.SYEAR
   and a.school = c.school
   and a.student_id = c.student_id
   and b.CRS_NUM = c.CRS_NUM
   and b.CRS_SEG = c.CRS_SEG
   and c.active_cd = 'A'";
```

```
cnt);
  if($fromsched=='Y')
  {
   $dt=$dy.'-'.$mn.'-'.$yr;
  }
  else  $dt=date('d-M-y');
  for($a=1;$a<=$attcnt;$a++)
  {
   $sq=$attdata[$a]['SEQ_NUMBER'];

$cl=strtoupper($attdata[$a]['CLASS_
CD']);
   $sc=$attdata[$a]['SECTION'];
   $sb=$attdata[$a]['SUB_SECTION'];
   $pd=$attdata[$a]['PERIOD'];

$sm=strtoupper($attdata[$a]['SEMEST
ER']);
   $dy=$attdata[$a]['DAYS'];
   $ckstc="select count(*) cnt from
stu_stc_xact
    where seq_number = '$sq'
       and effective_date= '$dt'
       and class_cd = '$cl'
       and section = '$sc'
       and sub_section = '$sb'
       and period = '$pd'";
   $ckstcdb=DBQuery($ckstc);

$ckstcdata=DBReturn($ckstcdb,$ckstc
cnt);
   if($ckstcdata[1]['CNT'] == 0)
   {
   $insstc="insert into
stu_stc_xact (
SEQ_NUMBER,TRANSACTION_DATE,

TRANSACTION_TYPE,EFFECTIVE_DATE,CLA
SS_CD, SECTION,

SUB_SECTION,PERIOD,SEMESTER,DAYS)
   values
('$sq','$dt','D','$dt','$cl','$sc',
'$sb','$pd','$sm','$dy')";
   $insdb=DBQuery($insstc);
 //echo "<BR>ins=".$insstc;
   }
  }
//  if($a_stu == 'ALL')
//  {
   for($z=1;$z<=$cnt;$z++)
   {

$cls=strtoupper($crsdata[$z]['CLASS
_CD']);
   $sect=$crsdata[$z]['SECTION'];
   $seats=$crsdata[$z]['SEATCNT'];
    $attdb=DBQuery($ckforatt);

$attdata=DBReturnNoWord($attdb,$att
cnt);
   $dt=date('d-M-y');
   for($a=1;$a<=$attcnt;$a++) {
    $sq=$attdata[$a]['ID'];
    $cl=$attdata[$a]['CRS_NUM'];
    $sc=$attdata[$a]['CRS_SEG'];
    $sb=$attdata[$a]['CRS_SLICE'];
    $pd=$attdata[$a]['PERIOD'];
    $sm=$attdata[$a]['SEMESTER'];
    $dy=$attdata[$a]['DAYS'];
    $ckstc="select count(*) AS cnt
from stu_list_act
    where ID = '$sq'
    and effective_date= '$dt'
    and CRS_NUM = '$cl'
    and CRS_SEG = '$sc'
    and CRS_SLICE = '$sb'
    and period = '$pd'";
    $ckstcdb=DBQuery($ckstc);

$ckstcdata=DBReturn($ckstcdb,$ckstc
cnt);
    if($ckstcdata[1]['CNT'] == 0) {
     $insstc="insert into
stu_list_act
(ID,TRANSACTION_DATE,TRANSACTION_TY
PE,EFFECTIVE_DATE,CRS_NUM,CRS_SEG,
    CRS_SLICE,PERIOD,SEMESTER,DAYS)
    VALUES
('$sq','$dt','D','$dt','$cl','$sc',
'$sb','$pd','$sm','$dy')";
      $insdb=DBQuery($insstc);
     }
   }
   for($z=1;$z<=$cnt;$z++){
    $cls=$crsdata[$z]['CRS_NUM'];
    $sect=$crsdata[$z]['CRS_SEG'];
    $seats=$crsdata[$z]['SEATCNT'];
    $updseat="update COURSE_SECTION
   set AVAI_SEATS = avai_seats +
'$seats',
    ASSI_SEATS = assi_seats -
'$seats'
    where SYEAR = '$year'
    and school = '$sch'
    and CRS_NUM = '$cls'
    and CRS_SEG = '$sect'";
    $upddb=DBQuery($updseat);
    }
   $delsched="delete from
STU_SCHEDULE where SYEAR = '$year'
   and school = '$sch'
   and (student_id = '$a_stu'
   or '$a_stu' = 'ALL')
```

```
        $updseat="update sect
            set AVAI_SEATS = avai_seats
+ '$seats',
            ASSI_SEATS = assi_seats -
'$seats'
            where start_yy = '$year'
            and school = '$sch'
            and class_cd = '$cls'
            and section = '$sect'";
        $upddb=DBQuery($updseat);
      //echo "<BR>updseats=".$updseat;
      }
      $delsched="delete sched a where
a.start_yy = '$year'
            and a.school = '$sch'
            and (a.student_id = '$a_stu'
or '$a_stu' = 'ALL')
            and a.student_id = (select
b.student_id
                from stu_sch b
                where b.start_yy =
a.start_yy
                    and b.school =
a.school
                    and b.student_id =
a.student_id
                    and (b.grade =
'$grade' or '$grade' is null))";
        $db=DBQuery($delsched);
      //echo "<BR>sql= ".$delsched;
        $delmeet="delete s_meet a where
a.start_yy = '$year'
            and a.school = '$sch'
            and (a.student_id = '$a_stu'
or '$a_stu' = 'ALL')
            and a.student_id = (select
b.student_id
                from stu_sch b
                where b.start_yy =
a.start_yy
                    and b.school =
a.school
                    and b.student_id =
a.student_id
                    and (b.grade =
'$grade' or '$grade' is null))";
        $db=DBQuery($delmeet);
//    }
//      elseif($cnt != '0')
//      {
//    echo "<H4> The selected
student is already
scheduled.</H4>";
//    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
```

```
            and student_id IN (select
student_id
            from STU_SCHOOL_MEETS
            where SYEAR = '$year'
            and school = '$sch' ";
            if (!empty($grade)) {
             $delsched.=" and grade =
'$grade' ";
            }
            $delsched.=" )";
            $db=DBQuery($delsched);
            //echo "<BR>sql= ".$delsched;
            $delmeet="delete from
COURSE_SPECIAL_MEETS where SYEAR =
'$year'
            and school = '$sch'
            and (student_id = '$a_stu' or
'$a_stu' = 'ALL')
            and student_id IN (select
student_id
            from STU_SCHOOL_MEETS
            where SYEAR = '$year'
            and school = '$sch' ";
            if (!empty($grade)) {
             $delmeet.="and grade =
'$grade'";
            }
            $delmeet.=" ) ";
            $db=DBQuery($delmeet);
        }
        $sql="SELECT
".db_seq_nextval('sps_sched_run_seq
')." AS NV ".FROM_DUAL;
        $result=DBQuery($sql);
        $row=db_fetch_row($result);
        $nextv=$row['NV'];
        $getcnt="select count(*) AS cnt
         from STU_SCHOOL_MEETS a
         where a.SYEAR = '$year'
         and a.school = '$sch' ";
        if (!empty($grade)) {
          $getcnt.=" and a.grade =
'$grade' ";
        }
        $getcnt.=" and (a.student_id =
'$a_stu' or '$a_stu' = 'ALL') and
a.active in ('A','R')";
        $cntdb=DBQuery($getcnt);
        $cntdata=DBReturn($cntdb, $cnt);
        $no_of_stu=$cntdata[1]['CNT'];
        if($cluster!='Y') {  $cluster='N';
      }
        $insertrun="insert into sched_run
( ID, TYPE_OF_SCHED, SCHOOL, SYEAR,
 PARTIALS_OR_COMPLETES,
 TIME_LIMIT, TOT_STU,
STX_SCHED_FLAG,
```

```
//    Warehouse("footer");
//    exit();
//     }
 }
 $sql="SELECT
".db_seq_nextval('sps_sched_run_seq
')."  AS NV ".FROM DUAL;
 $result=DBQuery($sql);
 $row=db_fetch_row($result);
 $nextv=$row['NV'];
 $getcnt="select count(*) cnt
     from stu_sch a
     where a.start_yy = '$year'
     and a.school = '$sch'
     and (a.grade = '$grade' or
'$grade' is null)
     and (a.student_id = '$a_stu' or
'$a_stu' = 'ALL')
     and a.active in ('A','R')";
 $cntdb=DBQuery($getcnt);
 $cntdata=DBReturn($cntdb, $cnt);
 $no_of_stu=$cntdata[1]['CNT'];
 if($cluster!='Y') {  $cluster='N';
}
 $insertrun="insert into sched_run
( ID, TYPE_OF_SCHED, SCHOOL,
START_YY, PARTIALS_OR_COMPLETES,
     TIME_LIMIT, TOT_STU,
STX_SCHED_FLAG, ABORT_AT_50 ,
UNLIMITED_SEATS, PERCENT_OVERRIDE,
     SCHOOL_DAYS, IGN_CLUSTER,
IGN_ABILITY, IGN_ALTERNATES,
BALANCE_BY_SEMESTER,
     LINKED_COURSES, SPMN,
SCHED_START_TIME, STUDENT_ID)
   values
('$nextv','M','$sch','$year','$comp
_part','9999','$no_of_stu','Y','N',
'N','1','MTWRF','$cluster','N','N',
'N','N','ALL',
     '37581','$a_stu')";
 $insdb=DBQuery($insertrun);
 if($a_stu != 'ALL')
 {
 $gettemp="select a.start_yy,
a.school, a.student_id, a.grade,
b.last_name, b.first_name
     from stu_sch a, students b
     where a.start_yy = '$year'
     and a.school = '$sch'
     and (a.grade = '$grade' or
'$grade' is null)
     and a.student_id = '$a_stu'
     and a.active in ('A','R')
     and a.student_id = b.student_id
     order by 2";
 $tempdb=DBQuery($gettemp);
```

```
   ABORT_AT_50 , UNLIMITED_SEATS,
   PERCENT_OVERRIDE,
   SCHOOL_DAYS, IGN_CLUSTER,
IGN_ABILITY,
   IGN_ALTERNATES,
BALANCE_BY_SEMESTER,
   LINKED_COURSES, SPMN,
SCHED_START_TIME,
   STUDENT_ID)
   values
('$nextv','M','$sch','$year','$comp
_part',

'9999','$no_of_stu','Y','N','N','1'
,'MTWRF',
   '$cluster','N','N','N','N','ALL',
   '37581','$a_stu')";
 $insdb=DBQuery($insertrun);
 if($a_stu != 'ALL') {
   $gettemp="select a.SYEAR,
a.school, a.student_id,
   a.grade, b.last_name,
b.first_name
   from
   STU_SCHOOL_MEETS a, students b
   where
   a.SYEAR = '$year'
   and a.school = '$sch' ";
   if (!empty($grade)) {
    $gettemp.=" and a.grade =
'$grade' ";
   }
   $gettemp.=" and a.student_id =
'$a_stu'
   and a.active in ('A','R')
   and a.student_id = b.student_id
   order by 2";
  $tempdb=DBQuery($gettemp);
  $stxdata=DBReturn($tempdb,
$stzcnt);
   if($stzcnt == '0') {
    echo "<H4> You entered a
invalid student.</H4>";
    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.";

   exit();
  }

  for($x=1;$x<=$stzcnt;$x++) {
   $sc=$stxdata[$x]['SCHOOL'];

$stu=$stxdata[$x]['STUDENT_ID'];
  if($grade == '') {
   $grade = 'A';
```

```
 $stxdata=DBReturn($tempdb,
$stzcnt);
 if($stzcnt == '0')
 {
  echo "<H4> You entered a invalid
student.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.";

 exit();
 }

 for($x=1;$x<=$stzcnt;$x++)
   {
  $sc=$stxdata[$x]['SCHOOL'];
  $stu=$stxdata[$x]['STUDENT_ID'];
  if($grade == '') {  $grade = 'A';
}
  $yr=$stxdata[$x]['START_YY'];
  $schedstu="begin
schedrun_setup('$sc','$yr','$grade'
,'A','*','*','01','08','','','','',
'','','ALL','$stu');end;";
  $doexec=DBQuery($schedstu);
   }
 }
 else
   {
  if($grade == '') {  $grade = 'A';
}
  $schedstu="begin
schedrun_setup('$sch','$year','$gra
de','A','*','*','01','08','','','',
'','','','ALL','ALL');end;";
  $doexec=DBQuery($schedstu);
   }
//echo "<BR>".$schedstu;
//echo "<BR>".$gettemp.',   cnt-
'.$stzcnt;
 if($a_stu == 'ALL')  {echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&viewprog=2\">Assign
Schedules</a>\n";  }
 else {  echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&a_stu=$a_stu&year=$
year&sch=$sch&viewprog=2\">Assign
Schedule for ".
   $stxdata[1]['FIRST_NAME']."
".$stxdata[1]['LAST_NAME']."</a>\n
";  }
}
if($func=='O')
```

```
     }
    $yr=$stxdata[$x]['SYEAR'];

schedrun_setup($sc,$yr,$grade,'A','
*','*',"ALL",$stu);
   }
 } else {
   if($grade == '') {
    $grade = 'A';
   }

schedrun_setup($sch,$year,$grade,'A
','*','*',"ALL","ALL");
 }
 if($a_stu == 'ALL')  {
   echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&viewprog=2\">Assign
Schedules</a>\n";
 } else {
   echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&a_stu=$a_stu&year=$
year&sch=$sch&viewprog=2\">Assign
Schedule for ".
    $stxdata[1]['FIRST_NAME']."
".$stxdata[1]['LAST_NAME']."</a>\n
";
 }
}
if($func=='O') {
 $upd="update sched_results set
status = 'D' where id = '$id'";
 $db=DBQuery($upd);
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
 }

//SkdMassRun

if ($func=='R') {
 include "./VarExtract.inc";
 ignore_user_abort(true);
 echo "<html>\n<head>\n";
 $sql="SELECT * FROM SCHED_RESULTS
WHERE ID='$run_id'";
 $result=DBQuery($sql);
 $list=DBReturn($result,$count);
 if($list[1]['STATUS'] != 'D') {
   if (($count==1 &&
$list[1]['STATUS']!='D') ||
$viewprog!=1) {
    echo "<meta HTTP-EQUIV=Refresh
```

```
{
 $upd="update sched_results
   set status = 'D'
   where id = '$id'";
 $db=DBQuery($upd);
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
}

//SkdMassRun

if ($func=='R') {

include "./VarExtract.inc";
ignore_user_abort(true);
echo "<html>
<head>";
$sql="SELECT * FROM SCHED_RESULTS
WHERE ID='$run_id'";
$result=DBQuery($sql);
$list=DBReturn($result,$count);
if($list[1]['STATUS'] != 'D')
{
     if (($count==1 &&
$list[1]['STATUS']!='D') ||
$viewprog!=1)
   echo "<meta HTTP-EQUIV=Refresh
CONTENT=\"2;
URL={$Protocol}://{$_SERVER['HTTP_H
OST']}{$_SERVER['PHP_SELF']}?modnam
e={$_REQUEST['modname']}&viewprog=1
&a_stu=$a_stu&year=$year&sch=$sch&r
un_id=$run_id&func=R\">\n";
}
echo "<title>Schedule
Progress</title>
<body>\n";
if ($viewprog!=1) {
     session_write_close();
     //System Call

putenv("ORACLE_HOME=/home/oracle/Or
aHome1");

$command="/usr/local/sched/schedscr
ipt $run_id 1>/dev/null 2>
/dev/null &";
     exec("$command");

     //  echo $command."\n";
     echo
"<br><br><br><center><b>Schedule
run has started....... Please wait.
</b></center><br><br><br>";
} else {
CONTENT=\"2;
URL={$Protocol}://{$_SERVER['HTTP_H
OST']}{$_SERVER['PHP_SELF']}?modnam
e={$_REQUEST['modname']}&viewprog=1
&a_stu=$a_stu&year=$year&sch=$sch&r
un_id=$run_id&func=R\">\n";
   }
 }
 echo "<title>Schedule
Progress</title>
<body>\n";
 if ($viewprog!=1) {
   session_write_close();
   eval($DatabaseCommands);
   exec("$SchedCommand $run_id
1>/dev/null 2>/dev/null &");
   echo
"<br><br><br><center><b>Schedule
run has started....... Please wait.
</b></center><br><br><br>";
 } else {
   echo "<center>";
   echo "<table width='80%'
border='1'>";
   echo "<th>Run ID</th>";
   echo "<th>Percent</th>";
   echo "<th>Complete</th>";
   echo "<th>Partial</th>";
   echo "<th>No Requests</th>";
   echo "<th>Irresolvable</th>";
   if($list[1]['STATUS'] == 'D') {
   echo "<th> </th>";
  } else {
   echo "<th>Student</th>";
  }
  echo "</tr><tr><td>";
  echo $list[1]['ID'];
  echo "</td>";
  $totstu=$list[1]['COMPLETE'] +
$list[1]['PARTIAL'] +
$list[1]['NO_REQUESTS'] +
$list[1]['IRRESOLVABLE'];
   if($totstu != '0') {
    $pct = 100 *
($list[1]['COMPLETE'] / $totstu);

$disppct=number_format($pct,'2','.'
,',');
   }
  echo "<td>";
  echo $disppct;
  echo "</td>";
  echo "<td>";
  echo $list[1]['COMPLETE'];
  echo "</td>";
  echo "<td>";
  echo $list[1]['PARTIAL'];
```

```
        echo "<center>";
        echo "<table width='80%'
border='1'>";
        echo "<th>Run ID</th>";
        echo "<th>Percent</th>";
        echo "<th>Complete</th>";
        echo "<th>Partial</th>";
        echo "<th>No Requests</th>";
        echo "<th>Irresolvable</th>";
        if($list[1]['STATUS'] == 'D')
{
    echo "<th> </th>";
      } else {
    echo "<th>Student</th>";
      }
        echo "</tr><tr><td>";
        echo $list[1]['ID'];
        echo "</td>";
        $totstu=$list[1]['COMPLETE'] +
$list[1]['PARTIAL'] +
$list[1]['NO_REQUESTS'] +
$list[1]['IRRESOLVABLE'];
        if($totstu != '0')
    {
           $pct = 100 *
($list[1]['COMPLETE'] / $totstu);

$disppct=number_format($pct,'2','.'
,',');
    }
        echo "<td>";
        echo $disppct;
        echo "</td>";
        echo "<td>";
        echo $list[1]['COMPLETE'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['PARTIAL'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['NO_REQUESTS'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['IRRESOLVABLE'];
        echo "</td>";
        echo "<td>";
        if($list[1]['STATUS'] == 'D')
{
    echo "Schedule run completed";
      } else {
    echo $list[1]['STUDENT_ID'];
      }
        echo "</td></tr>";
        echo "</table>";
}
if($list[1]['STATUS'] == 'D') {
     if($a_stu != '')   {
```

```
        echo "</td>";
        echo "<td>";
        echo $list[1]['NO_REQUESTS'];
        echo "</td>";
        echo "<td>";
        echo $list[1]['IRRESOLVABLE'];
        echo "</td>";
        echo "<td>";
        if($list[1]['STATUS'] == 'D') {
         echo "Schedule run completed";
        } else {
         echo $list[1]['STUDENT_ID'];
        }
      echo "</td></tr>";
      echo "</table>";
   }
   if($list[1]['STATUS'] == 'D') {
     if($a_stu != '') {
      $getname="SELECT LAST_NAME,
FIRST_NAME
          FROM STUDENTS
          WHERE STUDENT_ID = '$a_stu'";
      $nmdb=DBQuery($getname);
      $namedata=DBReturn($nmdb,
$cnt);
      $ckforatt="select count(*) AS
cnt from stu_sched_list
    where SYEAR = '$year'
         and school = '$sch'";
      $ckdb=DBQuery($ckforatt);
      $ckdata=DBReturn($ckdb,$cnt);
      if($ckdata[1]['CNT'] > 0) {
        $getseq="select ID from
stu_sched_list
     where SYEAR = '$year'
         and school = '$sch'
         and student_id = '$a_stu'";
       $getdb=DBQuery($getseq);

$seqdata=DBReturn($getdb,$cnt);
       $seq=$seqdata[1]['ID'];
       $nextid=$seq;
       if($seq == '') {
    $nextsql="select
".db_seq_nextval("stcpsequ").
     " AS nxtval ".FROM_DUAL;
    $db=DBQuery($nextsql);

$nextseq=DBReturnNoWord($db,$nxtcnt
);
    $nextid=$nextseq[1]['NXTVAL'];
    $ins="insert into
stu_sched_list (ID, SYEAR,
               school, student_id)
    values ('$nextid',
'$year','$sch','$a_stu')";
    $insdb=DBQuery($ins);
```

```
    $getname="SELECT LAST_NAME,
FIRST_NAME
        FROM STUDENTS
        WHERE STUDENT_ID = '$a_stu'";
    $nmdb=DBQuery($getname);
    $namedata=DBReturn($nmdb, $cnt);
    $ckforatt="select count(*) cnt
from stu_stc_head
      where start_yy = '$year'
        and school = '$sch'";
    $ckdb=DBQuery($ckforatt);
    $ckdata=DBReturn($ckdb,$cnt);
    if($ckdata[1]['CNT'] > 0)
    {
  $getseq="select seq_number from
stu_stc_head
      where start_yy = '$year'
        and school = '$sch'
        and student_id = '$a_stu'";
    $getdb=DBQuery($getseq);
    $seqdata=DBReturn($getdb,$cnt);
    $seq=$seqdata[1]['SEQ_NUMBER'];
    $nextid=$seq;
    if($seq == '')
    {
     $nextsql="select
stcpsequ.nextval nxtval from dual";
     $db=DBQuery($nextsql);

$nextseq=DBReturnNoWord($db,$nxtcnt
);
     $nextid=$nextseq[1]['NXTVAL'];
     $ins="insert into stu_stc_head
(seq_number, start_yy, school,
student_id)
        values ('$nextid',
'$year','$sch','$a_stu')";
     $insdb=DBQuery($ins);
    }
  $getcrs="select a.class_cd,
a.section, b.sub_section, b.period,

decode(c.semester,'',b.semester,c.s
emester) semester,
     decode(c.days,'',b.days,c.days)
days
        from stu_sche a, meets b,
stu_meet c
       where a.start_yy = '$year'
       and a.school = '$sch'
       and a.student_id = '$a_stu'
       and a.start_yy = b.start_yy
       and a.school = b.school
       and a.class_cd = b.class_cd
       and a.section = b.section
       and a.start_yy = c.start_yy
(+)
        }
        $getcrs="select a.CRS_NUM,
a.CRS_SEG, b.CRS_SLICE,
    b.period,

".db_case(Array("c.semester",'',"b.
semester",
    "c.semester"))." AS semester,

".db_case(Array("c.days",'',"b.days
","c.days"))
      ." AS days
      from STU_SCHEDULE a LEFT OUTER
JOIN COURSE_SPECIAL_MEETS c ON (
      a.SYEAR = c.SYEAR
      and a.school = c.school
      and a.student_id = c.student_id
      and a.CRS_NUM = c.CRS_NUM
      and a.CRS_SEG = c.CRS_SEG
      ), COURSE_MEETS b,
COURSE_SPECIAL_MEETS c
     where a.SYEAR = '$year'
     and a.school = '$sch'
     and a.student_id = '$a_stu'
     and a.SYEAR = b.SYEAR
     and a.school = b.school
     and a.CRS_NUM = b.CRS_NUM
     and a.CRS_SEG = b.CRS_SEG";
      $crsdb=DBQuery($getcrs);

$crsdata=DBReturnNoWord($crsdb,
$crscnt);
      //echo "<BR>getcrs=".$getcrs;
      for($z=1;$z<=$crscnt;$z++) {
    $cls=$crsdata[$z]['CRS_NUM'];
    $sect=$crsdata[$z]['CRS_SEG'];

$subsect=$crsdata[$z]['CRS_SLICE'];
    $prd=$crsdata[$z]['PERIOD'];
    $sem=$crsdata[$z]['SEMESTER'];
    $days=$crsdata[$z]['DAYS'];
    $tdate=date('d-M-y');
    $ckins="select count(*) AS cnt
from stu_list_act
    where ID = '$nextid'
      and CRS_NUM = '$cls'
      and CRS_SEG = '$sect'
      and CRS_SLICE = '$subsect'
      and period = '$prd'";
    $ckdb=DBQuery($ckins);
    $ckdata=DBReturn($ckdb,$ckcnt);
    if($ckdata[1]['CNT'] == '0') {
     $inssql="insert into
stu_list_act (ID,
          transaction_date,
transaction_type,
       effective_date, CRS_NUM,
```

```
        and a.school = c.school (+)
        and a.student_id =
c.student_id (+)
        and a.class_cd = c.class_cd
(+)
        and a.section = c.section
(+)";
   $crsdb=DBQuery($getcrs);
   $crsdata=DBReturnNoWord($crsdb,
$crscnt);
//echo "<BR>getcrs=".$getcrs;
   for($z=1;$z<=$crscnt;$z++)
   {

$cls=strtoupper($crsdata[$z]['CLASS
_CD']);
    $sect=$crsdata[$z]['SECTION'];

$subsect=$crsdata[$z]['SUB_SECTION'
];
    $prd=$crsdata[$z]['PERIOD'];

$sem=strtoupper($crsdata[$z]['SEMES
TER']);
    $days=$crsdata[$z]['DAYS'];
    $tdate=date('d-M-y');
    $ckins="select count(*) cnt from
stu_stc_xact
      where seq_number = '$nextid'
         and class_cd = '$cls'
         and section = '$sect'
         and sub_section = '$subsect'
         and period = '$prd'";
    $ckdb=DBQuery($ckins);
    $ckdata=DBReturn($ckdb,$ckcnt);
    if($ckdata[1]['CNT'] == '0')
    {
    $inssql="insert into
stu_stc_xact
(seq_number,transaction_date,
transaction_type,
         effective_date, class_cd,
section, sub_section,
period,semester,days)
     values
('$nextid','$tdate','A','$tdate','$
cls','$sect','$subsect','$prd','$se
m','$days')";
    $insdb=DBQuery($inssql);
    }
  }
//echo "<BR>sql=".$inssql;
   }
   echo "<center><br /><br />Click
<a
href='Modules.php?modname=Guidance/
Scheduling/Reports/SkdUnschedList.p
```

```
CRS_SEG,
            CRS_SLICE,
period,semester,days)
        values
('$nextid','$tdate','A','$tdate',

'$cls','$sect','$subsect',
           '$prd','$sem','$days')";
      $insdb=DBQuery($inssql);
     }
      }
      //echo "<BR>sql=".$inssql;
     }
     echo "<center><br /><br />Click
<a
href='Modules.php?modname=Guidance/
Scheduling/Reports/SkdUnschedList.p
hp&func=detail&last=".urlencode($na
medata[1]['LAST_NAME']).

"&first=".urlencode($namedata[1]['F
IRST_NAME']).'&stuid='.$a_stu.'&yea
r='.$year.'&sch='.$sch.
       "'>HERE</a> to see student
schedule.";
     echo "<BR><BR>Click on a
semester to print the schedule. <A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.

       "&sch=".$sch.
"&sem_cde=01&grd=00&sort_seq=01&stu
_no=".$a_stu.
       "&prog_step=3'> (Semester 1)
</A>";
     echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.

"&sch=".$sch."&sem_cde=02&grd=00&so
rt_seq=01&stu_no=".$a_stu.
       "&prog_step=3'> (Semester 2)
</A>";
     echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.

"&sch=".$sch."&sem_cde=03&grd=00&so
rt_seq=01&stu_no=".$a_stu.
       "&prog_step=3'> (All Year)
</A><BR></center>";
    }
    echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUES
T['modname']}&func=F'>HERE</a> to
```

```
hp&func=detail&last=".urlencode($na
medata[1]['LAST_NAME']).

"&first=".urlencode($namedata[1]['F
IRST_NAME']).'&stuid='.$a_stu.'&yea
r='.$year.'&sch='.$sch.
        "'>HERE</a> to see student
schedule.";
 echo "<BR><BR>Click on a semester
to print the schedule. <A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.
   "&sch=".$sch.
"&sem_cde=01&grd=00&sort_seq=01&stu
_no=".$a_stu.
   "&prog_step=3'> (Semester 1)
</A>";
 echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.

"&sch=".$sch."&sem_cde=02&grd=00&so
rt_seq=01&stu_no=".$a_stu.
   "&prog_step=3'> (Semester 2)
</A>";
 echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"
.

"&sch=".$sch."&sem_cde=03&grd=00&so
rt_seq=01&stu_no=".$a_stu.
   "&prog_step=3'> (All Year)
</A><BR></center>";
      }
     echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUES
T['modname']}&func=F'>HERE</a> to
schedule again.</center><br /><br
/>";
}
echo "</body></html>\n";

}
if($func=='getdate')
{
 echo '<TABLE>';
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].

'&func=S&fromsched=Y&sch='.$sch.'&y
ear='.$year.
```

```
schedule again.</center><br /><br
/>";
 }
 echo "</body></html>\n";

}

echo '<BR><BR>';

echo "</CENTER>";

function
schedrun_setup($currsch,$sch_st_yy,
$wgrade,$wshift,$wsex,$wethnic,$l_s
pmn,$l_student_id) {
 $sqlloop="select A.student_id,
A.last_name, A.first_name,
A.GENDER,
  A.ethnic,B1.grade,
B2.cluster_code, B1.shift,
  min(coalesce(C.priority_code,5))
AS priority_ext
  from
  students A,
  STU_SCHOOL_MEETS B1 LEFT OUTER
JOIN stu_sched_req C
  ON (C.SYEAR=B1.SYEAR AND
  C.school=B1.school AND
  C.student_id=B1.student_id),
  STU_SCHOOL_MEETS B2
  where
  B1.SYEAR = '$sch_st_yy' and
  B1.school = '$currsch' and
  (B1.grade = '$wgrade' or
'$wgrade' = 'A') and
  (B1.shift = '$wshift' or
'$wshift' = 'A') and
  (B1.student_id = '$l_student_id'
or '$l_student_id' = 'ALL') and
  B1.active in ('A','R','H') and
  A.student_id = B1.student_id and
  B1.SYEAR = B2.SYEAR and
  B1.student_id = B2.student_id and
  B1.grade = B2.grade and
  B1.shift = B2.shift and
  B1.active = B2.active
  group by
  A.student_id, A.last_name,
A.first_name, A.GENDER, A.ethnic,
  B1.grade, D.cluster_code,
B1.shift";
 $result=DBQuery($sqlloop);
 $wcnt2=0;
 while ($row=db_fetch_row($result))
```

```
'&a_stu='.$a_stu.'&comp_part=P'.
      '">';
 echo "<TR><TD>Effective
Date:</TD><TD>";
 GetMonth('mn','');
 GetDay('dy','');
 GetYear('yr','');
 echo "</TD>";
 echo "<TR>";
 echo '</TABLE><BR><BR>';
 Buttons('Submit','Reset Values');
 echo '</FORM>';
}
echo '<BR><BR>';

echo "</CENTER>";
?>
```

```
{
   $wcnt2++;
   $p_grade=$row['GRADE'];
   $startperiodsql="SELECT
start_period,end_period
  FROM sched_shift
  WHERE SYEAR = '$sch_st_yy' and
  school = '$currsch' and
  shift_code = '{$row['SHIFT']}' ";

$startperiodresult=DBQuery($startpe
riodsql);

$startperiodrow=db_fetch_row($start
periodresult);

$p_start_period=$startperiodrow['ST
ART_PERIOD'];

$p_end_period=$startperiodrow['END_
PERIOD'];
   if ($wsex=='Y') {
    $p_sex=$row['GENDER'];
   } else {
    $p_sex='*';
   }
   if ($wethnic=='Y') {
    $p_ethnic=$row['ETHNIC'];
   } else {
    $p_ethnic='*';
   }
   $hold_grade=99-$row['GRADE'];
   $wkpri=0;
   $reccount1sql="select count(*) *
 2 AS REC_COUNT
   from stu_sched_req
   where SYEAR = '$sch_st_yy' and
   school = '$currsch' and
   student_id =
 '{$row['STUDENT_ID']}' and
   exists (select CRS_NUM
   from COURSE_SECTION
   where SYEAR = '$sch_st_yy' and
   school = '$currsch' and
   stu_sched_req.CRS_NUM =
 COURSE_SECTIONS.CRS_NUM
    group by CRS_SEG.CRS_NUM
   having count(*) = 1
   )";

$recresult=DBQuery($reccount1sql);

$reccountrow=db_fetch_row($recresul
t);

$wkpri+=$reccountrow['REC_COUNT'];
   $reccount2sql="select count(*)
```

```
AS REC_COUNT
   from stu_sched_req
   where SYEAR = '$sch_st_yy' and
   school = '$currsch' and
   student_id =
'{$row['STUDENT_ID']}' and
   exists (select CRS_NUM
   from COURSE_SECTION
   where SYEAR = '$sch_st_yy' and
   school = '$currsch' and
   stu_sched_req.CRS_NUM =
COURSE_SECTIONS.CRS_NUM
     group by
COURSE_SECTIONS.CRS_NUM
   having count(*) = 2
   )";

$recresult=DBQuery($reccount2sql);

$reccountrow=db_fetch_row($recresul
t);

$wkpri+=$reccountrow['REC_COUNT'];
   if ($wkpri>0) {
    $p_has_requests='Y';
   } else {
    $reccount3sql="select count(*)
AS REC_COUNT
   from stu_sched_req
   where SYEAR = '$sch_st_yy' and
   school = '$currsch' and
   student_id =
'{$row['STUDENT_ID']}'";

$recresult=DBQuery($reccount3sql);

$reccountrow=db_fetch_row($recresul
t);
    if
($reccountrow['REC_COUNT']==0) {
     $p_has_requests='N';
    } else {
     $p_has_requests='Y';
    }
   }

$p_schpri=str_pad($wkpri,2,'0',STR_
PAD_LEFT);
   $insertsql="insert into
sched_stu (student_id, grade,
reqpri,
   GENDER, ethnic,
   schpri, conflict, hold_sex,
hold_grade,
   cluster_code, start_period,
end_period,
   has_requests, school, spmn)
```

3:03-cv-03105-RM-BGC # 106-3 Page 23 of 27

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | |
|---|---|
| | values ('{$row['STUDENT_ID']}', '$p_grade', '{$row['PRIORITY_EXT']}', '$p_sex', '$p_ethnic', '$p_schpri', '', '{$row['GENDER']}', '{$row['GRADE']}', '{$row['CLUSTER_CODE']}', '$p_start_period', '$p_end_period', '$p_has_requests', '$currsch', '$1_spmn')"; $insertresult=DBQuery($insertsql); } } ?> |

P.G. Lewis & Associates LLC DATA FORENSICS

*** *Confidential – Attorneys Eyes Only***
**Page 70 of 74**

3:03-cv-03105-RM-BGC # 106-3 Page 24 of 27

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 200*

# Appendix "B"

## Qualifications of Witness

P.G. Lewis & Associates LLC
DATA FORENSICS

*** Confidential – Attorneys Eyes Only**
Page 71 of 74

# About Paul G. Lewis

**Expert Witness**
**Data Forensics**

Mr. Paul G. Lewis is a well-seasoned Data Forensics Expert and has been asked to provide expert findings in well over a hundred cases. Lewis has testified for plaintiffs and defendants alike, and in both civil and criminal cases. He is well versed in Legal Technology and is considered a leader in his field by his peers. Lewis possesses over 18 years of executive management experience in communications, data forensics, computer security, corporate networking, and large-scale system integration. Mr. Lewis is the founder and former CEO of MC² Corporation, a world leader in information systems and an INC. 500 Company, which was wholly acquired by Volt Information Sciences (NYSE: VOL), a $2.5B technology conglomerate in 1999. He has been featured on CNBC-TV and a number of other broadcasts as an expert in computer security technologies and in numerous articles for *Forbes, INC.*, and *Technology Today*. Mr. Lewis was requested to advise The President and his White House staff on business issues related to technology, security, computer sabotage, and encryption schemes. He served as President and CEO of Mobilentity Technologies, a company formed around patented intellectual property in Voice Over IP (VOIP), RF Signaling, and Broadband Data Delivery. He is a former member of Cisco Systems' Steering Committee and Novell's Advisory Board. Mr. Lewis received his Bachelor of Science Degree in Computer Science in 1988 from Fairleigh Dickenson University and is the recipient of the university's 1997 Pinnacle Award for Outstanding Accomplishments. Mr. Lewis is a member of the HTCIA (High Technology Crime Investigation Association) and has been certified in the area of Data Forensics through the Intense School of IT Certification in Fort Lauderdale, Florida.

Lewis is the founding partner of PG Lewis & Associates, a highly skilled and sought after Data Forensics firm providing litigation support in cases involving computer systems. PG Lewis & Associates has educated many regional law firms in the area of Data Forensics and Digital Discovery. The firm has been involved with hundreds of cases across the United States.

3:03-cv-03105-RM-BGC # 106-3 Page 26 of 27
Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL
May 29, 200

**Compensation**

PG Lewis & Associates, LLC has been compensated by the client in accordance with our standard fee schedule. Our fee schedule is as follows:

| Hourly Rates | Standard (M-F, 8:00 to 5:00pm) | Premium (Nights, Weekends, Holidays) | Depositions and Testifying (Billed at full day rate plus travel) |
|---|---|---|---|
| Partner | $285 | $350 | $2,280/Day |
| Associate | $245 | $300 | $1,960/Day |
| Analyst | $185 | $230 | N/A |
| Admin/Travel/Misc | $100 | $125 | $100/Hour |

P.G. Lewis & Associates LLC DATA FORENSICS
* Confidential – Attorneys Eyes Only
Page 73 of 74

3:03-cv-03105-RM-BGC # 106-3 Page 27 of 27
Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL
May 29, 2003

**Other Cases Serviced by Paul G. Lewis in the past 48 Months**
It is the practice of our firm to provide expert findings and testify in the court when neccessary. While most cases settle out of court, Paul Lewis has been asked to testify as an expert witness in three cases. Two of these cases occurred more than 48 months ago.

***Cases within the past 48 Months***
*Center For Professional Advancement v. Mark Mazzie – May, 2003*
In this case, Lewis testified in behalf of the Plaintiff. The case involved the theft of intellectual property by an employee.

P.G. Lewis & Associates LLC DATA FORENSICS
* Confidential – Attorneys Eyes Only
Page 74 of 74