EXHIBIT B

# DISTRICT 186'S MEMORANDUM IN SUPPORT OF ITS MOTION TO BAR PLAINTIFF'S EXPERT WITNESS

**CONFIDENTIALITY NOTICE**
The information, data, and drawings contained herein are to be held confidentially and not disclosed to any third party without the express written permission of PG Lewis & Associates, LLC. By accepting this information, the recipient agrees to these terms and conditions. Should the recipient distribute this information without the permission of or against the will of PG Lewis & Associates, LLC, it is agreed that damages of US$100,000.00 will be paid as remuneration for this work.

# Rebuttal Report

## Century Consultants, Ltd. V. The Miller Group, et al
### *Case No. 03-CV-3105*

**November 18, 2004**



*Prepared by:*
**Paul G. Lewis**
pglewis@pglewis.com

***PG Lewis & Associates, LLC***
295 US Highway 22 East
Whitehouse Station, NJ 08889
Tel. 908-823-0005
Fax 908-823-0085
www.PGLewis.com

© 2004. PG Lewis & Associates, LLC



*\* Confidential*

## Introduction

PG Lewis & Associates, LLC (*hereinafter, "PGLA"*) was contracted by Century Consultants, LTD to respond to an expert report created by Keith W. Miller and dated October 18, 2004. Dr. Miller's report is in response to an original report, created by Paul G. Lewis and dated May 29, 2003.

For clarification, the following nomenclature will be used in this report:

1. Lewis Report – The original expert report written by Lewis dated May 29, 2003,
2. Miller Report – The report written by Miller dated October 18, 2004,
3. Rebuttal Report – This report, written by Lewis dated November 18, 2004.

## Legal Directive

Lewis is of the understanding that The Miller Group allegedly used intellectual property owned by Century Consultants to create a software application. This new application which is ultimately called "IS3" is allegedly based on efforts used to create an application called "Star_Base."

Lewis understands that Century Consultants licensed Star_Base to the Springfield School District 186. At some point, District 186 decided to enhance the user interface of Star_Base and created an application called SIS. At some point, The Miller Group created an application called IS3.

> Star_Base – An application produced as evidence by Century Consultants
> SIS – An application produced as evidence by District 186
> IS3 – An application produced as evidence by The Miller Group

1. Lewis Report – In the Lewis Report, an analysis was performed to determine whether or not the IS3 application was built on technology developed for the Star_Base application. Certain opinions were made by Mr. Paul Lewis.
2. Miller Report – The Miller Report addresses the Lewis Report, and certain opinions are made by Mr. Keith Miller.
3. Rebuttal Report – The Rebuttal Report (this report) primarily addresses the issues raised in the Miller Report. Some of Lewis' opinions are restated while others are newly created in direct response to the Miller Report.

## Purpose of the Rebuttal Report

The original Lewis Report clearly demonstrated that the SIS and IS3 applications are simply a poorly disguised adaptation of the intellectual property created by Century Consultants. The report lists multiple examples, taken from many different areas of the applications, that illustrate duplicated code, logic, and foundation between the two applications.

The report also presents an apparent attempt to hide the gross similarities in the IS3 application by modifying a very large number of source code files between the dates of

CONFIDENTIAL

May 9, 2003 and May 14, 2003. The files were modified despite the fact that: 1.) The Court entered a temporary restraining order on May 8, 2003; and, 2.) Century Consultants served a written request on May 9, 2003 for The Miller Group to produce a copy of the IS3 source code by May 14, 2003.

The Miller Report suggests that the two applications look similar due to a random coincidence. The Miller Report states that portions of the applications reveal, "…striking similarities…". The Miller Report suggests that the variable names are similar because of, "…how common some of the names are…", but is later contradicting by saying, "As the Lewis Report points out, it is extremely unlikely that this similarity is random." The Miller Report suggests that there is nothing significant with the file modification dates of May 9, 2003 through May 14, 2003. The Miller Report explains that sharing intellectual property is a "natural consequence of this development strategy…"

The original Lewis Report demonstrates that the IS3 application contains so many different elements of the Star_Base application, that a further analysis of the applications is not needed. Additional analysis of the applications in question would be very costly and is completely unnecessary for the experts to derive an opinion. Therefore, this report will focus on the issues raised in the Miller Report.

In addition, this report contains items of value that were discovered after the original Lewis Report was submitted. These items further support the conclusions made in the original Lewis Report.

CONFIDENTIAL

## Listing of Data

This report, like the two previous reports, depends on data that was provided by Century Consultants, District 186, and The Miller Group. A listing of data provided by the parties appears below:

| Item Number | Data Set | PGLA CD Title | KWM CD Title | CD Contents | Submitted By | Date Received By PGLA | Date Received By KWM |
|---|---|---|---|---|---|---|---|
| 001 | 2 | IS3 Scheduler | IS3 Scheduler Source Code | IS3 Scheduler Application; single file: schedule.zip, date modified 5/14/2004 | The Miller Group | 16-May-03 | 28-Sep-04 |
| 002 | 2 | IS3 Source Code | IS3 Source Code | Source Codes of the IS3 application; single file: IS3.zip | The Miller Group | 16-May-03 | 28-Sep-04 |
| 003 | 2 | IS3 Tables | IS3 Tables | Text file listing of the tables used by IS3; single file: IS3 tables | The Miller Group | 16-May-03 | 28-Sep-04 |
| 004 | 3 | Springfield District 186 | Springfield District 186 Data Dictionary | IS3 Application installed at Springfield School: top level directory: Springfield SIS | The Miller Group to PGLA; District 186 to KWM | 22-May-03 | 28-Sep-04 |
| 005 | 4 | IS3 Scheduler | IS3 Scheduler Source Code | A different version of IS3 Scheduler Application; single file: schedule.zip, date modified 5/15/03 | The Miller Group | 22-May-03 | 28-Sep-04 |
| 006 | 1 | Century 5/14/03 | Century Consultants Data Set 1 | Star_Base6i_frmts.zip; top level directory: starbase6i_frmts | Century Consultants to PGLA; PGLA to KWM | 15-May-03 | 9-Oct-04 |
| 007 | NA | IS3 CVS Reporting | Not Listed | IS3 CVS Reporting: schedule and properties | The Miller Group | 19-Jun-03 | NA |
| 008 | NA | IS3 CRT Files | Not Listed | Disk not readable | The Miller Group | 2-Jun-03 | NA |
| 009 | 5 | Century Schema (ZIP file emailed on 5/17/03) | Century Consultants Data Set 5 | Not a CD. ZIP contains the schema and "describe" information for the Century Application; top level directory: century_schema | Century Consultants to PGLA; PGLA to KWM | 17-May-03 | 9-Oct-04 |
| Not Received By PGLA | NA | NA | Springfield District 186 Source Code | Top level directory: Dist186 | District 186 | NA | 28-Sep-04 |
| Not Received By PGLA | NA | NA | Stanford Achievement Test Fall 2000 Ball Chapter | two files: 10026546.dat and filler.bin | The Miller Group | NA | 28-Sep-04 |

The last two items were never made available to and never received by PGLA. These items appear in Dr. Miller's report.

P.G. Lewis Associates LLC
DATA FORENSICS

CONFIDENTIAL

### File Modification Dates

In the Miller Report, the serious issue of file modification dates is significantly downplayed. Due to the importance of this item, I feel it necessary to expand on my earlier report regarding the technical facts. At issue is the apparent spoliation of evidence between the dates of May 9, 2003 and May 14, 2003.

On May 8, 2003, the Court entered a temporary restraining order against The Miller Group. On May 9, 2003, Century Consultants served a written request to The Miller Group to turn over all source codes by May 14, 2003.

In the original Lewis report, hundreds of files forwarded by The Miller Group were shown to have been modified between May 9, 2003 and May 14, 2003. The Miller Report seems to dismiss this as being of little significance to the case.

A typical computer file will assign three distinct dates to itself: 1.) the file's CREATION date, 2.) the file's MODIFICATION date, and, 3.) the file's last ACCESS date.

A file's modification date is initially set when the file is first created. In a source code file such as the files in question, the first time a file receives a modification date would be when the file is first created by a user. At that point in time, the file will have an identical value for both the creation date field and the modification date field.

If the file is subsequently edited, the creation date stays the same, but the modification date is updated to the point in time that the file was last edited. For example, if I decide to write a new program on Monday morning at 9:00 am, the file will be assigned a creation date and modification date of Monday. If on Tuesday I decide to make edits to the program, the creation date will remain "Monday" but the modification date will now read "Tuesday."

A file may be modified by manually opening the file, deliberately altering information in the file, and saving it. Optionally, a routine may be used to automatically modify a group of files through a mass "search and replace" command. For example, assume I have ten (10) files that all contain the word "car." For some reason, I want to change every instance of the word "car" to the word "truck." I can do this by manually opening each file, one at a time, making my change and saving the file. Optionally, I can apply a routine to the group of ten (10) files to automatically look for the word "car" and substitute it with the word "truck." In the first example, each file would have a slightly different modification date – if it took one minute to modify each file, the files would have a modification time that spans 10 minutes. If I started this process at 12:30, the first file would have a time of 12:31, the second 12:32, etc. In the second example, let's assume the computer will run at a faster pace and make all of the changes in perhaps 30 seconds. If I start the routine at 12:30:45, the first few files would have a modification time of 12:30 (seconds are dropped) and the remaining files would have a time of 12:31.

There are two basic exceptions to the way a computer assigns file dates. First, a file may have its associated date information manually manipulated by a computer tool built for just that purpose. Such a tool is able to quickly reset an entire collection of file dates to any date the user wishes. Second, if a file is copied to another media source, the date information relative to the copied file will be altered. This is because when a file is copied, the original is not actually altered and a "new" duplicate copy is made on the new media source. For example, if the file in my previous example was copied to a CD on Wednesday, the original file (Instance 1) will retain a creation date of Monday and a modification date of Tuesday. However, the version that now exists on the CD (Instance 2) will have a file creation date of Wednesday and a file modification date of Wednesday. That is because the CD version (Instance 2) is actually a newly created file on the CD. Although the data contained in Instance 1 and Instance 2 is identical, each is an independent and different file bearing its own unique date history.

A simple analogy would be to clone a man born on January 1, 1950. The "cloned" man would bear a birth date of November 18, 2004, while the original man would retain his original birthday. With the exception of the significant difference in birth date, both copies are otherwise identical.

CD 002 was provided to me by The Miller Group. The CD includes a single file with the name IS3.TAR, which bears an identical file creation and file modification date of May 14, 2003 9:50 AM. Therefore, it can be concluded that this file was copied from a computer system to the CD at precisely 9:50 AM on May 14, 2003. Since this file is a "copy" of another instance of the file, the original file will contain its own unique date information.

Of significance is the fact that the file IS3.TAR is a "tar" file. A "tar" file is similar to a "zip" file, in that it is actually a compilation of many different files. By "tarring" a group of files into a single file, it is more easy to transport them. However, each individual file will retain its unique date information.

An analogy would be manually collecting a dozen eggs from a hen house. Each egg possesses its own unique date in which it was hatched, so lets assume each egg was properly labeled at the time of hatching. Now, one can "tar" the eggs, or group them all together in an egg carton. The egg carton is then assigned its own unique date of when it was assembled. In this example, the file IS3.TAR is the egg carton. When the carton is opened, each egg is marked with its own unique date and time.

The Miller Group created a TAR file to easily transport a large number of files to CD. When that TAR file was copied to CD, the newly created version was assigned a time/date stamp of May 14, 2003 9:50 AM. Had The Miller Group simply copied all of the files to the CD, all of the newly created copies would be assigned a new time/date stamp of May 14, 2003 9:50 AM. However, since only the TAR file was actually copied, only the TAR file had its modification date adjusted. The contents of

the TAR file retained their individual modification dates in much the same way as the individual eggs retained their hatching date in the above example. This preserved the modification dates of each individual file.

Since the file modification dates of the original files are preserved, we are able to create a timeline of activity. The following chart identifies how many files share a specific modification date, and then compares the modification date of those files. It must be noted that the file modification date represents only the last time a file was modified. For example, if a file was modified on Monday, and again on Tuesday, and again on Wednesday, the file modification date would be listed as Wednesday.

| Day | Date | First Modification Date | Last Modification Date | Number of Files Modified |
|---|---|---|---|---|
| Thursday | May 8, 2003 | * Court enters a temporary restraining order | | |
| Friday | May 9, 2003 | 3:54 PM | 7:06 PM | 51 |
| Saturday | May 10, 2003 | 12:40 PM | 5:25 PM | 24 |
| Sunday | May 11, 2003 | | | 0 |
| Monday | May 12, 2003 | 12:48 PM | 6:05 PM | 14 |
| Tuesday | May 13, 2003 | 2:11 AM | 6:27 PM | 40 |
| Wednesday | May 14, 2003 | 2:14 AM | 10:48 AM | 216 |

It is interesting to note the patterns in the above chart. First, there is relative consistency in the work hours. Second, no files were modified on May 11, 2003, which happens to be a Sunday. Third, a large number of files are modified on Wednesday, May 14, the date on which the source code files were due to be delivered to Century Consultants counsel.

A listing of these files can be seen in the original Lewis Report with their associated modification dates. It is interesting to note that as the due date approaches, the manual and deliberate editing style appears to have become harried, and large groups of files appear to have been churned through a modification routine.

Of particular interest is the fact that the last file on this CD bears a modification date of 10:48 AM, yet the TAR file was copied to the CD at 9:50 AM. It is likely that at least two different PC's were involved in the process. One (or more) PC was used to perform the file edits, and another was used to create the CD. It is likely that one of the PCs was setup incorrectly, either by assigning that PC to the wrong time zone, or for failing to check the box to indicate Day Light Savings. Further analysis of the actual PCs would most likely determine the exact cause and may assist in identifying which physical PC was used to actually burn the CD.

### *Conclusion of file modification dates*

Contrary to Dr. Miller's report, I find the file modification dates are extremely significant. Prior to the files being sent to opposing counsel, they were meticulously and deliberately edited, as evidenced by the file modification dates. Certain human habits are discovered during the process, such as favoring to work until the early evening, and deciding not to work on Sunday. However, as the due date came closer, the person modifying the files began to accelerate the work and makes mass edits to large groups of files. Unfortunately for The Miller Group, after spending such significant effort to edit the source codes, the files were grouped together using TAR and copied to CD. Had the files been copied directly to CD without first grouped together using TAR, this piece of crucial evidence would have been lost.

303-cv-03105-RM-BGG    # 106-4    Page 10 of 22
Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                            *November 18, 2004*

## Star Base and Oracle

Dr. Miller suggests that the significant component of the scheduler application is an Oracle database and that District 186 and The Miller Group were both simply using a product developed by Oracle. This is misleading. Oracle Corporation provides a blank foundation and an application is then built on that foundation.

An example of a functional application built using the Oracle engine is as follows:

| | |
|---|---|
| **User Interface** | The User Interface provides screen views which allow data to be entered and displayed. |
| **Database Design** | The database design defines data fields, lengths, types, records, elements, and relations. It is a significant part of the application. |
| **Oracle Engine** | The Oracle database engine manipulates the data and interfaces with the operating system. |
| **Computer Operating System** | The operating system controls the hardware. |

Dr. Miller fails to properly identify the significant components of an application.

On page 5, paragraph 2 of The Miller Report, Dr. Miller states:
> "This programming language, called PHP, is used in SIS to transfer information between users and the Oracle database."

This is incorrect. A more accurate statement would be:
> "...is used in SIS to transfer information between users and the Star_Base Database Design supported by the Oracle database."

What Dr. Miller fails to mention is the fact that the entire database structure was created by Century Consultants. Oracle alone would have no value to District 186. Oracle, out of the box, is nothing more than a data handling system. In order to build a functional scheduler, a considerable investment of time and expense is required to define data tables, develop associations between those tables, develop data values and conditions, create rules, etc. This work is usually performed by a team of Database Engineers. A very large number of corporations use Oracle, but the vast majority of the expense of an Oracle system is the design and development of an application. In fact, according to Oracle's website at www.oracle.com, the cost of Oracle is as little as $149 per user. That is because Oracle is not an intelligent school management system, but simply a non-intelligent platform on which a school management system may be built. The same platform may be used to build a financial tracking system, an airline collision avoidance system, an online payment system, or millions of other

CONFIDENTIAL

systems. The intellectual property of District 186's SIS and The Miller Group's IS3 is the actual design of the database tables. Those very database tables were built over time by Century Consultants.

On page 5, paragraph 2 of the Miller Report, Dr. Miller states:
> "For example, entering a new student into the Oracle database is something this system (or any system that tracks students in a school district) has to do."

Dr. Miller again fails to point out that the Oracle database is insignificant without the database design and efforts implemented by Century Consultants. This paragraph continues,
> "District 186 (with the help of Miller Group) wrote PHP software to accomplish this task, and then tested the new PHP module while Star_Base was running in parallel. That is, both the Star_Base program and the new SIS PHP software were accessing the same Oracle database simultaneously."

Dr. Miller uses the term "Oracle database" when in fact a better description would have been "school management application developed by Century Consultants which happens to use Oracle as its engine." Once the significance of the intellectual property is understood, the above statement made by Dr. Miller fully supports plaintiff's position.

The following diagram will help to support this point.

| Century Consultants | District 186 | The Miller Group |
|---|---|---|
| Star_Base User Interface | SIS User Interface | IS3 User Interface |
| Star_Base Database Design | Star_Base Database Design | Star_Base Database Design |
| Oracle Engine | Oracle Engine | Oracle Engine |
| Computer Operating System | Computer Operating System | Computer Operating System |

Dr. Miller candidly acknowledges that District 186 was aware that the SIS application developed in conjunction with The Miller Group was actually nothing more than a new user interface to the Star_Base application. On page 5, paragraph 3, Dr. Miller states,

"As a natural consequence of this development strategy, District 186 used data tables which were part of the software it had obtained from Century."

Dr. Miller further supports the plaintiff's position on page 7, paragraph 1 of The Miller Report. According to Dr. Miller,

"The repetition of data elements in their *(District 186 and Miller Group)* PHP files was the natural way to integrate with their *(Century Consultants)* Oracle database, still being used by their copy of Star_Base. Indeed, a modified copy of the Star_Base scheduler is still being used at District 186."

As illustrated above, the database design is separate and apart from Oracle. It clearly belongs to Century Consultants, not Oracle. The PHP files created by District 186 integrate with a proprietary database developed and designed by Century Consultants.

### Conclusion of Star_Base and Oracle

Dr. Miller conveniently but inaccurately groups the work product of Century Consultants with the database engine developed by Oracle Corporation. In the Miller Report, Dr. Miller repeatedly states that the SIS application being developed by District 186 and The Miller Group interfaced with the existing Oracle database in use at District 186. The Oracle database was designed and developed by Century Consultants. Dr. Miller suggests that Oracle Corporation designed and developed the scheduler application, when in fact, it was designed and developed by Century Consultants.

### Example of a duplicate database table

In the original Lewis Report, the Star_Base SX_PRI database table is compared to the IS3 SCHED-STU database table. The tables are as follows:

| Century Consultant's Star_Base SX_PRI | | | The Miller Group's IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| GRADE | varchar | 2 | grade | varchar | 2 |
| SPMN | varchar | 5 | spmn | varchar | 5 |
| REQPRI | varchar | 1 | reqpri | varchar | 1 |
| SEX | varchar | 1 | sex | varchar | 1 |
| ETHNIC | varchar | 2 | ethnic | varchar | 2 |
| SCHPRI | varchar | 2 | schpri | varchar | 2 |
| CONFLICT | varchar | 1 | conflict | varchar | 1 |
| HOLD_SEX | varchar | 1 | hold_sex | varchar | 1 |
| HOLD_GRADE | varchar | 2 | hold_grade | varchar | 2 |
| CLUSTER_CODE | varchar | 2 | cluster_code | varchar | 2 |
| START_PERIOD | varchar | 2 | start_period | varchar | 2 |
| END_PERIOD | varchar | 2 | end_period | varchar | 2 |
| HAS_REQUESTS | varchar | 1 | has_requests | varchar | 1 |

As clearly seen, all of the field names are identical. In addition, all of the field types are also identical. Further, all of the field lengths are identical. However, the most important similarity of these two tables is that each of the fields appear in the identical order in the list. It is not logical to infer that the table created by The Miller Group is randomly identical to the table created by Century Consultants.

Dr. Miller actually supports the plaintiff's position in making the following candid admission on page 10 paragraph 2 of the Miller Report,

> "As the Lewis report points out, it is extremely unlikely that this similarity is random."

### *Conclusion of duplicate database table*

As Dr. Miller accurately concludes, it is extremely unlikely that the similarities between the Star_Base SX_PRI database table and the Miller Group SCHED_STU database table were at random. In order for this table to appear in the Miller Group's IS3 application, I am of the opinion, to a reasonable degree of certainty, that the programmer who created it copied it from the Star_Base application.

## Commonality of variable names

In the Miller Report, Dr. Miller suggests that the similarity of database field names is nothing more than a coincidence. To illustrate this point, Dr. Miller conducted an Internet search on the term "student_id." On page 10 paragraph 2 of The Miller Report, he states,

> "As an example of how common some of these names are, I did a search of the web for the variable name "student_id," a variable used in both Star_Base and IS3. The search yielded "about 19,000" web sites that use that name somewhere in their site."

While I am not certain what Dr. Miller is attempting to demonstrate with this point, I decided to perform an Internet search of the field names in the IS3 SCHED_STU database which are exactly the same as the Star_Base SX_PRI database.

For my first exercise, I searched each of the first four field names using Google's Internet search engine. The results of each independent search are as follows:

Each term is first searched independently.

a. School = about 377,000,000
b. Student_id = about 44,000
c. Grade = about 60,600,000
d. Spmn = about 10,300

Next, I decided to search for the first four terms as a group, by placing all four terms together on the Google search bar.

e. School AND student_id AND grade AND spmn = 0

The result of this search was null, meaning that of the billions of web pages known to Google, not a single website contains all four terms.

I continued searching terms both independently and as a grouping of terms immediately before or after one another and had the following similar results.

Independent terms searched,
f. Reqpri = 13
g. Sex = about 377,000,000

When grouped together, the result is zero.
h. Reqpri AND sex = 0

Independent terms searched,
i. Ethnic = about 23,100,000

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*November 18, 2004*

j.   Schpri = about 87
k.   Conflict = 34,400,000
l.   Hold_sex = 1
m.   Hold_grade = 1
n.   Cluster_code = about 17
o.   Start_period = about 409
p.   End_period = about 358
q.   Has_requests = 3

But grouping two of the last terms in the list resulted in zero positive hits.
r.   Start_period AND has_requests = 0
s.   End_period AND has_requests = 0

### Conclusion of variable names

Dr. Miller is quick to point out that the term "student_id" is found about 19,000 times on the Internet (my results actually indicated about 44,000 occurrences). However, when just a couple of the field names of the identical table are grouped together, the result is zero. In the countless billions of web pages that are known to Google, not a single web page exists that randomly contains just two of the terms from this table. It is completely illogical to think that a programmer could randomly create a table that completely mimics an existing table, as explained above. In order for this table to appear in the Miller Group's IS3 application, I am of the opinion, to a reasonable degree of certainty, that the programmer who created it copied it from the Star_Base application.

### SIS and IS3 Comparison

In the original Lewis Report, several examples highlight volumes of duplicate source codes between the District 186 SIS application and the Miller Group IS3 application. The large number of duplicates demonstrates that the District 186 SIS application and the Miller Group IS3 are one and the same.

Both the SIS and IS3 applications interface extensively with the Star_Base database design. Dr. Miller supports the plaintiff's position in his statement on page 7 paragraph 1 of the Miller Report.

> "Given the history described above, it was an obvious choice for District 186 to use the data structures from its copy of Star_Base when implementing the new web based SIS system."

What Dr. Miller fails to note is that the "data structures" represent proprietary work product owned by Century Consultants. In order to "…use the data structures…" the programmer would require detailed technical knowledge of the table designs in the Star_Base application. In fact, it would be literally impossible to create SIS without

P.G. Lewis Associates LLC
DATA FORENSICS

having intimate knowledge of the data structures developed and designed by Century Consultants.

On page 7 paragraph 2 of the Miller Report, Dr. Miller states,

> "Because the Lewis report sometimes uses the term IS3 interchangeably for the District 186 SIS software and for the Miller Group's IS3 software, it isn't always clear in the report which files and data structures are being compared."

Throughout the Lewis Report it is demonstrated multiple times that the District 186 SIS application and the Miller Group's IS3 software are one and the same. The Miller Group made a superficial effort to hide this fact by performing global "search and replace" efforts (i.e. changing "start_yy" to "SYEAR") while leaving the rest of the code untouched. Simply changing the name of a variable does not constitute the creation of a new work product.

### Conclusion of SIS and IS3 comparison

Dr. Miller openly discusses the fact that District 186 had access to and continues to use the database structures which are part of the Star_Base application. In the original Lewis Report, it was clearly outlined that the District 186 application and the Miller Group IS3 application are one and the same. Therefore, both District 186 and The Miller Group must have had detailed technical knowledge of the Star_Base application.

### Additional Code Analysis

Dr. Miller suggests that it is difficult to derive a conclusion since not all of the source code was analyzed. On page 10 paragraph 4 of the Miller Report, he states,

> "The IS3 application includes 184 tables. It is not clear how the 180 tables not cited in the Lewis report would match up with the tables in Star_Base. The four IS3 tables analyzed in these comparisons in the Lewis report constitute about 2.2% of the tables created by IS3."

First, Dr. Miller supports the argument that the developer of District 186 SIS had access to and used parts of Star_Base in writing the PHP files. Dr. Miller claims on page 5 paragraph 4 that,

> "Century not only allowed but encouraged District 186 to modify Star_Base..."

As already demonstrated, the District 186 SIS application and the Miller Group IS3 application are one in the same. Superficial differences exist between the two, such as changing "start_yy" to SYEAR.

CONFIDENTIAL                                              *November 18, 2004*

In order to build IS3, The Miller Group required a detailed working knowledge of the Star_Base application. According to the deposition of a District 186 employee, Mr. Henry Stuckey (October 21, 2004 Pages 46-49), The Miller Group had access to the District 186 computer systems from a remote location, which in turn hosted the Star_Base source codes. In fact, Mr. Stuckey describes the connection as a fiber connection. A fiber connection is a high speed conduit that would enable The Miller Group to copy large amounts of data to and from the District 186 computer system.

The similarities between the Star_Base, SIS, and IS3 applications are so severe, further analysis is not necessary. It is clear based on the initial findings that neither SIS nor IS3 could have been created without the developer having access to proprietary software created by Century Consultants and contained within the Star_Base application.

### Conclusion of Additional Code Analysis
Dr. Miller points out that not all of the source code in question was analyzed. Such an undertaking would be very time consuming and extremely costly, and will not change the fact that significant portions of Star_Base exist in both SIS and IS3.

### Software Copyright
In Dr. Miller's report, he raises the issue of software copyrights. Based on my experience, only the main file of an application will bear a © symbol. Hundreds or thousands of supporting files will not typically bear a © symbol.

On page 8 of the Miller Report, Dr. Miller provides an example of the © symbol found in Star_Base. This © symbol is actually a copyright message that appears on the screen when the application generates a report. The © symbol in this example is not a comment within the application, but instead a message displayed on the computer screen.

### File "NAMINGCONVENTIONS 598.TXTV"
On June 19, 2003, PG Lewis & Associates received two (2) CD's sent by The Miller Group. Since the receipt of these CD's occurred after the original Lewis Report was submitted, they are not addressed in the original Lewis Report. Upon analysis, one of the CD's was found to be unreadable and contained no data. The other CD contained files relating to The Miller Group IS3 application.

Of particular interest is a text file named "namingconventions 598.txtv." This file was found in the CD folder D:\IS3\Documentation. Interrogation of the file determined that it was created on May 12, 2003 at 2:08 PM and last modified at that same point in time.

CONFIDENTIAL

The file appears to be a "to do" list.  The contents of the file are as follows:

```
head          1.2;
access;
symbols;
locks; strict;
comment       @# @;


1.2
date          2003.05.12.18.08.47;   author michaeld;       state Exp;
branches;
next          1.1;

1.1
date          2003.04.08.00.08.17;   author michaeld;       state Exp;
branches;
next          ;


desc
@@


1.2
log
@text changes and unneeded stuff
@
text
@- Naming Conventions
    Filename:
              - First character of each word capitalized.
              - Acronyms capitalized.
              - No underscores.
              - Name does not include Module name or Type of file
                     - No mod name -- directory structure indicates this.
                           ie, Score.php or ISATScore.php instead of
AssessmentISATScore.php
                     - No Type name -- each module file should be self-contained
                           except in programs which use submodules such as StuMod.
                           ie, ISATScore.php instead of ISATScoreForm.php         @


1.1
log
@more fresh meat
@
text
@d11 1
a11 6
                           ie, ISATScore.php instead of ISATScoreForm.php
    Database/table:
              - Use "is3" in place of "stars" to move away from Starbase
                association
              - Use "is3" in place of "sps" to move away from Springfield
                Public Schools link.  (not as imperative as stars)@
```

By analyzing the contents of the file, several significant items are revealed.  The contents of the file indicate the author to be "MICHAELD" and appears to contain two separate entries, "1.1" and "1.2."

Entry "1.1" contains the following information:

```
Database/table:
    - Use "is3" in place of "stars" to move away from Starbase
      association
    - Use "is3" in place of "sps" to move away from Springfield
      Public Schools link.  (not as imperative as stars)@
```

This entry has a section entitled "Database/table:", under which appears an instruction to use "is3" in place of "stars" to move away from Starbase association. This supports the claim that IS3 is built from intellectual property developed by Century Consultants and contained within the Star_Base application.

Continuing on, the contents also suggest use of "is3" in place of "sps" to move away from the Springfield Public Schools link, and even indicates that this is less important than the Stars reference. This supports the claim that the Miller Group IS3 application and the District 186 SIS application are actually the same application.

### Conclusion of File "NAMINGCONVENTIONS 598.TXTV"
The file "namingconventions 598.txtv" was apparently copied to evidence item 007 by accident. The file appears to be a reminder authored by MICHAELD to change instances of "stars" to "is3" in an attempt to make the Miller Group IS3 application appear to be less like the Star_Base application. It also has a reminder to change "sps" to "is3" in an attempt to make the Miller Group IS3 application look less like the District 186 application.

This is an example of a mass "search and replace" effort and supports the conclusions drawn earlier that the Miller Group IS3 application and the District 186 SIS application are actually the same application, and that both are a derivative of the Century Consultants Star_Base application. It clearly represents the Miller Group's failed attempt to simply change the appearance of an application in order to invent its own identity.

**Summary Remarks**

This firm is of the opinion, to a reasonable degree of certainty, that substantial portions of the Miller Group IS3 system and the District 186 SIS system are a copied and translated duplicate of the Century Consultants Star_Base system.

This firm is also of the opinion, to a reasonable degree of certainty, that The Miller Group intentionally modified substantial portions of the IS3 source codes between the dates of May 9, 2003 and May 14, 2003 in an attempt to hide the similarities between the IS3 application and Star_Base. Table names and variable names in their code were modified because the IS3 system used most of the names defined and assigned by the Star_Base system.

*File modification dates*
Contrary to Dr. Miller's report, I find the file modification dates are extremely significant. Prior to the files being sent to opposing counsel, they were meticulously and deliberately edited, as evidenced by the file modification dates. Certain human habits are discovered during the process, such as favoring to work until the early evening, and deciding not to work on Sunday. However, as the due date came closer, the person modifying the files began to accelerate the work and makes mass edits to large groups of files. Unfortunately for The Miller Group, after spending such significant effort to edit the source codes, the files were grouped together using TAR and copied to CD. Had the files been copied directly to CD without first grouped together using TAR, this piece of crucial evidence would have been lost.

*Star_Base and Oracle*
Dr. Miller conveniently but inaccurately groups the work product of Century Consultants with the database engine developed by Oracle Corporation. In the Miller Report, Dr. Miller repeatedly states that the SIS application being developed by District 186 and The Miller Group interfaced with the existing Oracle database in use at District 186. The Oracle database was designed and developed by Century Consultants. Dr. Miller suggests that Oracle Corporation designed and developed the scheduler application, when in fact, it was designed and developed by Century Consultants.

*Duplicate database table*
As Dr. Miller accurately concludes, it is extremely unlikely that the similarities between the Star_Base SX_PRI database table and the Miller Group SCHED_STU database table were at random. In order for this table to appear in the Miller Group's IS3 application, I am of the opinion, to a reasonable degree of certainty, that the programmer who created it copied it from the Star_Base application.

*Commonly used variable names*
Dr. Miller is quick to point out that the term "student_id" is found about 19,000 times on the Internet (my results actually indicated about 44,000 occurrences). However,

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                      *November 18, 2004*

when just a couple of the field names of the identical table are grouped together, the result is zero. In the countless billions of web pages that are known to Google, not a single web page exists that randomly contains just two of the terms from this table. It is completely illogical to think that a programmer could randomly create a table that completely mimics an existing table, as explained above. In order for this table to appear in the Miller Group's IS3 application, I am of the opinion, to a reasonable degree of certainty, that the programmer who created it copied it from the Star_Base application.

### SIS and IS3 comparison
Dr. Miller openly discusses the fact that District 186 had access to and continues to use the database structures which are part of the Star_Base application. In the original Lewis Report, it was clearly outlined that the District 186 application and the Miller Group IS3 application are one and the same. Therefore, both District 186 and The Miller Group must have had detailed technical knowledge of the Star_Base application.

### Additional Code Analysis
Dr. Miller points out that not all of the source code in question was analyzed. Such an undertaking would be very time consuming and extremely costly, and will not mitigate the fact that portions of Star_Base exist in both SIS and IS3.

### File "NAMINGCONVENTIONS 598.TXTV"
The file "namingconventions 598.txtv" was apparently copied to evidence item 007 by accident. The file appears to be a reminder authored by MICHAELD to change instances of "stars" to "is3" in an attempt to make the Miller Group IS3 application appear to be less like the Star_Base application. It also has a reminder to change "sps" to "is3" in an attempt to make the Miller Group IS3 application look less like the District 186 application.

This is an example of a mass "search and replace" effort and supports the conclusions drawn earlier that the Miller Group IS3 application and the District 186 SIS application are actually the same application, and that both are a derivative of the Century Consultants Star_Base application. It clearly represents the Miller Group's failed attempt to simply change the appearance of an application in order to invent its own identity.

### Conclusion

Based on the evidence presented by Century Consultants, The Miller Group, and The Springfield School District 186, I am of the opinion, to a reasonable degree of certainty, that the Century Consultants Star_Base application was used to build both the Miller Group IS3 application and the District 186 SIS application.

According to District 186's expert, District 186 was encouraged to make changes to the Star_Base application. District 186 hired The Miller Group to assist with these changes, and the Miller Group and District 186 installed a fiber connection between their offices. This fiber connection gave The Miller Group access to the Century Consultants Star_Base application installed at District 186.

The Miller Group modified the Star_Base application in two separate efforts. One was called District 186 SIS, and the other was called Miller Group IS3. Both in fact, were created from the Star_Base application. In fact, a programmer named MICHAELD left notes for himself, outlining how to make the applications look less like Star_Base, and more like two distinct applications.

The original Lewis report presents a plethora of instances outlining duplicate codes, tables, logic, and foundation. It is unrealistic to conclude that the District SIS application and the Miller Group IS3 application are each a new and unique work product.

In a final attempt to hide this, The Miller Group spent many hours between the dates of May 9, 2003 and May 14, 2003 modifying the very source codes that it was required to turn over. In my opinion this evidence was not only strong but unrefuted by District 186's expert.

Further analysis of the physical computer systems used by The Miller Group and District 186 may allow us to learn more about the events which took place. However, I believe the evidence already in possession is sufficient to reach a conclusion to a reasonable degree of certainty.

I remain available to discuss this report further.

P. Lewis
November 18, 2004