**E-FILED**
Thursday, 04 August, 2005  04:59:46 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

# DISTRICT 186'S MEMORANDUM IN SUPPORT OF ITS MOTION TO BAR PLAINTIFF'S EXPERT WITNESS

EXHIBIT C

1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
2                 SPRINGFIELD DIVISION
                   NO. 2003-CV-3105
3

4   CENTURY CONSULTANTS, LTD.,              :

5              Plaintiff,         :    DEPOSITION OF:

6        vs.                              :

7   THE MILLER GROUP, INC., JOHN G.   :    PAUL G. LEWIS

8   MILLER and the SPRINGFIELD         :

9   PUBLIC SCHOOL DISTRICT NO. 186,   :

10             Defendants.         :    ORIGINAL

11   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

12

13              TRANSCRIPT OF PROCEEDINGS, taken by
     and before KIM A. GHILARDI, a Notary Public, Certified
14   Shorthand Reporter of the State of New Jersey and
     Registered Professional Reporter, taken at the offices
15   of STARK & STARK, PC, 993 Lenox Drive, Lawrenceville,
     New Jersey, on Wednesday, January 12, 2005, commencing
16   at 9:30 a.m.

17

18

19

20              GUY J. RENZI & ASSOCIATES

21        Certified Shorthand Reporters & Videographers

22                824 West State Street

23                Trenton, New Jersey 08618

24                  (609) 989-9199

25                www.renziassociates.com

1    detailed discussion of costs. I just feel that the

2    additive costs made that service not necessary. Not

3    cost effective.

4         Q      You said that was your feeling?

5         A      No. I think there is a discussion.

6    There was a suggestion of going to Illinois and

7    physically examining physical computers and that

8    process was deemed to be unnecessary due to the

9    additional costs.

10        Q      But that was your suggestions, correct?

11        A      It was a suggestion in order to be

12    comprehensive.

13        Q      What I'm asking is if that was your

14    suggestion.

15        A      I had initially made that suggestion.

16        Q      Okay. I was going to go through Exhibit

17    7 with you but I was provided an updated version of

18    that Rebuttal Report outline. Actually, we will go

19    through it. I'll show you Exhibit 7 and ask you to

20    identify that for me.

21        A      This appears to be my work, which is a

22    general outline that I had assembled prior to writing

23    the Rebuttal Report.

24        Q      When was this created?

25        A      Most likely a few days before the date

1   submitted in conjunction with this case?

2       A       Yes, it appears to be.

3       Q       Okay.  Who drafted this report?

4       A       I did.

5       Q       Did anyone else?

6       A       I had other resources assist me in the

7   analysis but I believe I typed the entire report.

8       Q       Who else participated in the creation of

9   this report?

10      A       I believe I'm the only one that created

11  the report.  As far as the supporting data, I had two

12  other employees.

13      Q       When I say create the report, I'm not

14  talking about typing.  I'm talking about providing

15  analysis that's contained in the report.  Who else

16  provided analysis that is contained in the report?

17      A       I believe there's a total of three

18  individuals.  Two are no longer under my employ.  All

19  three were directly supervised by me and took

20  direction directly from me.

21      Q       Who are those three people?

22      A       One is named Dinesh.

23      Q       Can you spell that for us?

24      A       I believe D-i-n-e-s-h.  Liang.  The

25  second individual is Liang.

1      Q        The first individual, is Dinesh a first
2  name or last name?
3      A        There is another name that goes with
4  Dinesh.  I don't know if Dinesh is the first name or
5  last name.  I can get employment records for you.
6      Q        Is it kind of like Madonna?
7      A        Sort of like that.
8      Q        Where can Dinesh be found?
9      A        At the current time, I believe Dinesh is
10  alive and well in Sri Lanka, although I cannot confirm
11  that, unfortunately.
12      Q        Well, that's pretty inconvenient if I
13  want to take his deposition.
14      A        You know, with all seriousness, if he is
15  still alive.
16      Q        Really?  Wow.  What did Dinesh do with
17  respect to the application analysis?
18      A        He played just a very cursory role in
19  doing some code searches, specific code searches for
20  me.
21      Q        What do you mean by that?
22      A        I would give him a set of parameters and
23  have him do the leg work, so to speak.
24      Q        Would you tell him, for example, that
25  you wanted to search for certain terms or occurrences

1   within a code and he would go find it?

2        A        Right.  Probably more direct than that.

3   I would give him a specific variable and ask him to

4   find occurrences of that variable name in a subset, a

5   specific set of files.

6        Q        Who else contributed to this report?

7        A        The other person's name was Liang,

8   L-i-a-n-g.  Again, like Madonna.  And I am uncertain

9   of that person's whereabouts.  He played, although,

10  also a very cursory role in following my direction in

11  specific searches.

12       Q        Was his role any different from Dinesh's

13  role?

14       A        Very similar.

15       Q        What are their titles?  What was

16  Dinesh's title?

17       A        Programmer.

18       Q        What about Liang?

19       A        Again, programmer.  And the third person

20  is Lynn Gulla, L-y-n-n, G-u-l-a, and she assisted in

21  duplication of C.D.s and evidence handling and

22  evidence organization.

23       Q        Is that a secretarial role or --

24       A        Evidence custodian type of role.

25       Q        What was her title?

1    A    Evidence custodian.

2    Q    Would this position be a profit center

3    position or an overhead position?

4    A    It is a position that the time is billed

5    to the client.

6    Q    Okay.  Did anyone else participate in

7    the preparation of this report?

8    A    I do not believe so.

9    Q    Okay.  All right.  If we look at this

10    Defendant's Exhibit 13 on the first page, it states

11    that this was prepared by Paul G. Lewis.  Are you

12    adopting this entire report as work that you either

13    did or adopt as your own?

14    A    I am.

15    Q    It says on the bottom of the cover that

16    this report was copyrighted in 2003.  Was it, in fact,

17    copyrighted?

18    A    We put an implied copyright on all of

19    our reports.  Nothing is actually filed.

20    Q    What does that entail, just putting the

21    "C" with the circle around it?

22    A    Correct.

23    Q    And what is your intent by putting the

24    copyright symbol on this report?

25    A    That is just part of a standard form

1    the Star_Base application is Century's intellectual

2    property, correct?

3         A      I worked under the assumption that based

4    on the Star_Base, all that was provided to me was

5    owned by Century or in the control of Century.

6         Q      Did you assume that all of Star_Base was

7    Century's intellectual property?

8         A      Yes.

9         Q      Okay. On page three, it indicates that

10   the author of Data Set 1 is Century Consultants.  How

11   do you know that?

12        A      That is information that was given to me

13   with the CD.

14        Q      Who gave you that information?

15        A      The CD was forwarded to me by Century

16   Consultants.

17        Q      I'm asking you who told you that Century

18   Consultants was the author of Data Set 1?

19        A      Either Century Consultants or Craig

20   Hilliard.

21        Q      Well, the only conversation that you

22   referenced with respect to Century Consultants was

23   with the C.E.O. or president when they were

24   interviewing you regarding your credentials, correct?

25        A      Correct.  I believe so.

1    of knowing from personal knowledge or experience who

2    was involved in the creation of those files.

3            Q       What I'm asking you is if anyone told

4    you that Century Consultants authored either Data Set

5    1 or Data Set 5?

6            A       There was some basis for me to reach a

7    conclusion with a reasonable degree of certainty that

8    Century Consultants was the true author of Data Set 1

9    and Data Set 5.  I don't recall if that was via a

10   verbal communication or an indication on the CD or an

11   indication on an E-mail.  However, I did reach that

12   conclusion without thinking further analysis as to the

13   identity of the author was necessary.

14           Q       Data Sets 2, 3 and 4 appear in your

15   table to be authored by The Miller Group.  How do you

16   know that The Miller Group authored Data Sets 2, 3 and

17   4?

18           A       Again, there is a general assumption

19   that was made based on either verbal communication or

20   markings on the C.D.s that led me to the reasonable

21   conclusion that The Miller Group was the author of

22   Data Sets 2, 3 and 4.

23           Q       But you don't know specifically what it

24   is that led you to that conclusion, is that correct?

25           A       At the time, I didn't feel it was

1    necessary to doubt that these files or these data sets

2    were authored by The Miller Group.

3        Q       I don't mean to beat a dead horse here

4    but, in fact, it doesn't sound like anyone told you

5    that these people were or these entities were the

6    authors of these data sets.  It rather appears it's

7    just an assumption, which is fine but I want you to

8    tell me whether this is an assumption or whether

9    someone told you this is true?

10       A       All of the C.D.s that I received were

11   labeled and I had ownership type of markings on the

12   original C.D.s, handwritten messages or notes on the

13   C.D.s claiming to be the property of an entity.   In

14   the case of Century Consultants, they were marked as

15   claiming to be the property of Century Consultants.

16   And in the case of The Miller Group, they claimed to

17   be the property of The Miller Group.

18       Q       Underneath the table it says that your

19   analysis compares each of data sets from The Miller

20   Group and the Springfield School District to the

21   control set of data received from Century.  Did you,

22   in fact, compare each set of data received from The

23   Miller Group and District 186 to the control set that

24   you received from Century?

25       A       In various steps in the analysis, I made

1    individual comparisons between The Miller Group

2    application and the Century application, the

3    Springfield application and the Century application

4    and The Miller Group application and the Springfield

5    application.

6        Q        Well, is this a true statement that you

7    compared each of the data sets received from The

8    Miller Group and from District 186 to the control set

9    that you received from Century?

10        A        If the question is was every character

11    of every application compared to one another, the

12    answer is no.  If the question is was a reasonable

13    effort made to derive a conclusion based on comparing

14    data sets to one another, the answer is yes.

15        Q        Did Century create the tables in

16    Star_Base?

17        A        The tables in -- a comparison was made

18    with the tables in Star_Base to the other

19    applications.  I worked off of the same assumption

20    from earlier, that the Star_Base application is

21    authored by Century Consultants.

22        Q        But with respect to the data base tables

23    in particular, nobody told you that Century authored

24    those tables, correct?  For the record, could you

25    identify what document you're looking at to find the

1    code file but a PHP file is in your definition

2    section?

3        A        I'm not certain.

4        Q        What version of Star_Base did District

5    186 purchase?

6        A        As far as the exact version number, is

7    that what you're --

8        Q        Yes.  Or you can give me a different

9    description, if there is one, other than a version

10   number.

11       A        I don't have the version number in front

12   of me.

13       Q        Is Data Set 1 the same version as the

14   one that District 186 purchased?

15       A        That's my belief.

16       Q        Did anyone tell you that?

17       A        I don't recall.

18       Q        Did you base that belief on any

19   documents?

20       A        I performed an analysis of the data that

21   was provided to me.

22       Q        So you don't know if the data that was

23   provided to you is the same data that was purchased by

24   District 186, correct?

25       A        Without going to District 186 and

1  physically inspecting the computers, I couldn't make

2  that determination.

3      Q      Okay.  You indicate that The Miller

4  Group is the defendant and the developer of IS3,

5  correct?

6      A      That is my belief.

7      Q      Why isn't there any definition here for

8  District 186?  They are also a defendant, right?

9      A      Sorry.

10     Q      Why is there no -- it was a compound

11 question and it should be restated.  Why isn't

12 District 186 included in your definitions section?

13     A      The definition section is a subset of

14 terms used throughout the report.  Not all terms were

15 defined in the definition section.

16     Q      I'm just curious because you define two

17 out of the three parties and I wondered why you left

18 District 186 off of the definitions list.

19     A      I think I was simply trying to make a

20 clarification of the applications, the proper name of

21 the Star_Base application and who was the developer of

22 that application and the proper name of the IS3

23 application and who was the developer of that

24 application.

25     Q      Was it your understanding, though, that

1    Q        Do all three data sets have SQL code?

2    A        All three have SQL code.

3    Q        Is the SQL code in Data Set 3 the same

4    as the SQL code in Data Set 2?

5    A        They are very similar.  There are some

6    specific variations of SQL that appear to have been

7    modified to create a more open standard and what I

8    mean by that is Data Set 2 would operate predominantly

9    in a Oracle environment and Data Set 3 appears to have

10   been modified in an attempt to make it run on top of

11   other SQL engines in addition to Oracle.

12   Q        Are you sure about that distinction,

13   that you have labeled Data Set 2 and 3 appropriately?

14   I want you to double check that.  I don't want to

15   trick you.        ,

16   A        I don't recall what I just said but the

17   open version or the most modified version is the IS3

18   version, which is Data Set 2 and that appears to have

19   been modified so that it would operate in an open

20   environment.

21   Q        That's different than what you

22   originally said.

23   A        I had them flip-flopped.  I apologize.

24   Q        That's okay.  On page seven, you

25   indicate that it is not possible to determine exactly

1    what was modified within the files referenced in your

2    report but you do know that at least one character

3    within each file must have been changed in order to

4    reset the file modification field.  Do you still

5    believe that to be true?

6         A        It's not possible, given this set of

7    data, to determine what was modified.  Further

8    analysis of the computer that was used to modify the

9    file would allow us to do an analysis and make a

10   determination as to exactly what information was

11   modified, but that is a correct statement.  Although

12   there is a modification date and time, it is not

13   possible for me to determine exactly what was modified

14   on that date and time.

15        Q        So it's entirely possible that the files

16   that were modified may have been modified and have

17   nothing to do with Data Set 1, right?

18        A        I'm not sure I understand the question.

19   The files were modified at a specific date and time.

20        Q        Let me back up.  Data Sets 2 and 3 are

21   not exactly the same as Data Set 1, correct?

22        A        Correct.

23        Q        So it is entirely possible that the

24   changes that were made to the files that you list on

25   pages 7 through 14, it may be possible that the

1    changes made were to elements of these files that are
2    not like the files in Data Set 1 anyway, right?
3         A       It's possible but upon further analysis
4    of some of these files, it became apparent that there
5    were search and replace commands run on groups,
6    individual or groups of these files and while it's not
7    possible to determine exactly what point in time those
8    search and replace commands were run or when those
9    modifications actually took place, we do know that the
10   final modification date is the one listed in the
11   report.  The system will not track a series of
12   modification dates.  It will only report the final
13   modification date.
14        Q       You said in your report -- and I'll
15   quote you.
16        A       What page?
17        Q       Seven:  While it's not possible to
18   determine exactly what was modified within the file,
19   we do know that at least one character within the file
20   must be changed in order to reset the file
21   modification field.
22                Well, it is possible to determine what
23   was modified within each file, isn't it?
24        A       In order to determine what was modified
25   within a file, we would need to look at an earlier

1    copy of that file.  An unmodified copy, so to speak,

2    and that was not provided.  Only the final modified

3    file was provided to me.

4            Q        But when you state that it is not

5    possible to determine what was modified within the

6    file, that is not a true statement, is it?

7            A        Based on the information that was given

8    to me.

9            Q        But it is possible to determine what was

10   changed, right?

11           A        Not without looking at additional files

12   that were not provided to me.

13           Q        Well, there is no qualifier in this

14   statement?

15           A        Okay.  I give you that.

16           Q        So it is possible to determine what was

17   modified within the file, correct?

18           A        In some cases, it may be possible by

19   analyzing other versions of the file and by analyzing

20   the physical systems that a file was allegedly

21   modified on, to determine what was modified in that

22   file.  But in the data sets provided to me, it's not

23   possible to make that determination.

24           Q        Did you request additional information?

25           A        I suggested gathering additional

1  information.  I suggested actually analyzing physical

2  machines that may have modified these files.

3        Q      And is this the same conversation that

4  you referenced earlier with Craig Hilliard?

5        A      It was not necessarily for the specific

6  purpose of the file modification dates.  There are

7  other reasons why it might make sense to look at those

8  machines.

9        Q      All right.  Have you ever heard of the

10 concurrent versioning system?

11       A      Can you spell.

12       Q      C-o-n-c-u-r-r-e-n-t, versioning,

13 v-e-r-s-i-o-n-i-n-g, system?

14       A      Of file naming?  The file naming

15 convention, is that what you are referring to?

16       Q      I'm not sure if it just pertains to

17 naming a file.  Have you heard of concurrent

18 versioning system?

19       A      There is different -- that's a very

20 ambiguous term, concurrent versioning system.  There

21 are many different methods for naming files where

22 you're going to look at concurrent versions and a

23 simple format would be a Rev. A, Rev. B, type of

24 nomenclature.

25       Q      I'm going to show you what's been marked

1    as Defendant's Exhibit No. 14.  This document is

2    defendant Miller Group, Inc. and defendant John G.

3    Miller's Answers to Century's Interrogatories.  Have

4    you ever seen this document?

5         A      I don't recall if I have seen this or

6    not.

7         Q      I want you to look at interrogatory

8    number four, specifically, and that addresses whether

9    Miller, either Miller made modifications to the IS3

10   source code.  And have you read the answer to number

11   four?

12        A      I have read the answer.

13        Q      Have you read it before today?

14        A      I don't believe so.  I don't recall.

15        Q      So is it fair to say that nobody ever

16   asked you to use the concurrent versioning system to

17   determine exactly which changes were made to the IS3

18   software?

19        A      I am not familiar with this Web site

20   that's listed in this answer.

21        Q      That's not what I asked.  Is it fair to

22   say that no one ever asked you to use the concurrent

23   versioning system to ascertain what changes were made

24   to the IS3 source code?

25        A      I would say that's an accurate

1    statement.

2         Q        Do you have any knowledge regarding
3    whether or not the concurrent versioning system
4    referenced in the answer to Interrogatory number four
5    would be an effective way to determine what changes
6    were made to the IS3 source code?

7         A        I am not familiar with this Web site or
8    the contents of this Web site, so I can't make a
9    determination on that.

10        Q        Okay.  Okay.  And you stated that in
11   order to trigger a change in this file modification
12   date, that at least one character in the file has to
13   be changed, correct?

14        A        That is correct.

15        Q        Now, on page 37 of your report, you
16   state that all of the files in Data Set 4 share a file
17   modification date of May 15, 2003 but it only appears
18   that nine of the files were modified, correct?

19        A        I am sorry.  Can you reask that?

20        Q        Go to page 37.  I'm there.  I was just
21   reading it.  You state that all of the files in Data
22   Set 4 have a file modification date of May 15, 2003.
23   However, you state that it appears as though only nine
24   of the files were actually modified.  Do you see where
25   I'm referencing?

1        A        Right.

2        Q        I don't see how it's consistent to state

3    that you can rely on the file modification date to

4    determine that a file was modified but then later in

5    your report you state that only some of the files that

6    had a file modification date of May 15, 2003 were

7    actually modified.  Why is that different?

8        A        Let me clarify that.

9        Q        Okay.

10        A        There are several ways to set the file

11    modification date field on a file.  One is to manually

12    go in and edit the file.  The other is to copy the

13    file and then copying a file, you create, in essence,

14    a new file.  You're left with two files.  When a file

15    is copied, let's say, for example, from a computer

16    hard drive to a computer floppy drive, the resultant

17    copy on the floppy drive is actually a new file that

18    was just written to that media source.  Since it was

19    just written to that media source, it was just

20    modified, it was just born, so to speak.  So that will

21    set the file modification date as to the date that

22    that file was created.

23                So in this example, without reading

24    through the whole thing, it appears as though the

25    files were mass copied from one source to another,

1    files, I would make the assumption that 28 of these

2    files were copied from one media source onto the CD on

3    May 15 and perhaps already existent on the CD were

4    these two other files that have modification date of

5    January 16, 2003 or they were placed there by some

6    other means.

7         Q        Well, that is a lot different than

8    having all of these files altered to hide changes that

9    were made, isn't it?

10        A        Oh, yes.  On Data Set 4, it is.  But if

11   we look at Data Set 2 --

12        Q        What page are you starting on, for the

13   record?

14        A        Page seven.

15        Q        Okay.  And, Mr. Lewis, just to be clear,

16   are you going to be referring to all of the files

17   between pages 7 and 13?

18        A        7 and 14.

19        Q        Okay.

20        A        Between pages 7 and 14.

21        Q        Sorry to interrupt you.  Go ahead.

22        A        If we look at this example, in fact, it

23   reads backwards, so if we start on page -- if we start

24   on page 13, you can see that it looks, it appears as

25   though these files were modified or copied on May 9,

1   2003, at 7:06 p.m., and if you read up from there,

2   there are a number of files, up to about halfway up

3   the page, that share that same point in time.  If we

4   continue up, you see there is another group of files

5   that were copied earlier at 4:39 p.m. on that same

6   date and again reading up, you see that there were

7   files, there is a file copied at 4:20 p.m. on that

8   same date and 3:57 and 3:54.  Those files were last

9   modified on May 9.  On May 10, beginning at 12:47

10  p.m., there are a number of files that were modified

11  at various times down to 5:25 p.m.

12      Q       Modified or copied?

13      A       Modified or copied.

14      Q       Okay.

15      A       There appears to be no activity on May

16  11, 2003 and on May 12, there is minimal activity

17  beginning at 12:48 p.m. and again ending at 6:05 p.m.

18      Q       And I understand what you are saying on

19  this.  Just to save time, that pattern is consistent

20  all the way up until May 14 of 2003, which is the last

21  date listed or the first date listed on page seven,

22  right?

23      A       Correct.

24      Q       So we know certainly that all of these

25  files were at least copied between May 9 and May 14,

1    2003, right?

2         A         Right.

3         Q         Okay.  On the bottom of page six, it

4    says that you know that Century served a written

5    request on May 9 for The Miller Group to produce a

6    copy of the IS3 source code, right?

7         A         Right.

8         Q         And then on page 3, it indicates that

9    you received Data Set 2 on May 16, 2003, right?

10        A         Correct.

11        Q         So at some point between May 9 and May

12   16, the requested files had to be copied, right?

13        A         Correct.

14        Q         And if all of these dates last modified

15   on pages 7 through 13, which is the page you started

16   on, all of these files had to be copied, correct?

17        A         Correct.

18        Q         And we don't know without looking at the

19   actual computer or a previous file what modifications

20   were made, right?

21        A         That is accurate.

22        Q         Then isn't it possible that the file

23   modification date on all of these files was reset at

24   the time they were copied so this could be provided to

25   you?

1      A      I thought about that in going through
2  the analysis and there are a few things that troubled
3  me with this just being a routine process of copying
4  files for preparing a CD to be entered into evidence.
5  The first is the duration of time and the volume of
6  the files that have altering modification dates that
7  are in this critical time frame.  Copying a folder or
8  directory of files is a simple process of entering a
9  single command onto a computer to create or burn a CD,
10 the files to CD.  That is not something typically that
11 would be done throughout many, many hours of time
12 throughout an entire week.  That is something that
13 would just kind of happen at one point in time.
14         Additionally, there's some unique file
15 times in here, 2:14 a.m., 3:22 a.m.  Just seems like
16 an odd time for someone to copy a file, just to wake
17 up and decide that they are going to now add the next
18 file in the list to a CD that they have been copying
19 files to for several days without making any
20 modifications to those files.  It just doesn't make
21 any sense to me.
22         I guess the most troubling component
23 about this is all of these files were not -- none of
24 these files, I should say, were copied directly to the
25 CD.  They were included in a TAR file or a single file

that is a collection of all of these files, which is
precisely how these modification dates were preserved.
That TAR file was then copied to a CD and the copy of
the TAR file was then issued its own file creation
date and file modification date, preserving the file
modification dates and times of all of its contents.
So it's illogical to think that these files were, the
file modification dates that are demonstrated here,
were done so just in the routine process of preparing
files to be sent out to be analyzed.

      Q       But you would agree that the date last
modified on pages 7 through 13 also means possibly
date last copied, right?

      A       That is correct.  It could also mean the
date last copied.

      Q       And it just seems odd to me that the
time of day when the modification took place is
somehow indicative of the fact that it was modified
instead of copied.  I'm not following you on that.
Could you clear that up for me?

      A       Sure.  Based on my experience in matters
similar to this one, if the files were forwarded as
requested by the court at one single point in time,
someone would have been instructed to burn a group of
files to a CD and those files would all be copied to

1  table comparison.  Let's go to page 29.  How many

2  tables are in Star_Base?

3      A      I believe there is over 100.

4      Q      Do you know how many tables are in IS3?

5      A      I don't recall.

6      Q      Do you know how many tables are in

7  District 186's system?

8      A      I don't recall.

9      Q      If IS3 is exactly the same as District

10  186's system except for field names, would that mean

11  that these two systems would have the same number of

12  tables?

13      A      Not necessarily, depending on how the

14  software was evolved or modified.

15      Q      Well, what I asked, though, is if the

16  only difference is the field names, then would you

17  have the same number of tables?  It seems to me that

18  you would.

19      A      I mean, we have already seen at least

20  one example of where a field, where tables were

21  consolidated.  We have seen examples where tables were

22  expanded upon.  New tables may have been created in

23  one version of the application and not the other or

24  deleted from one version of the application to the

25  other.  I didn't feel it was significant to compare

1  every single table when immediately upon comparing

2  tables, I found gross similarities that could not have

3  happened randomly.

4      Q       How many tables did you compare?

5      A       I have four tables, four table

6  comparisons included in my initial report.  After

7  comparing these tables, I didn't think it was

8  necessary to continue comparing tables.  Once such

9  massive similarities are identified, an examiner

10  quickly questions the point of diminishing returns.

11     Q       How many tables did you find to be the

12  same?

13     A       Of the four tables that I compared, one

14  of them was absolutely identical, which it is

15  impossible for that to happen at random, and the other

16  three tables had excessive similarities.

17     Q       The first table on page 30, you indicate

18  that CLASS_CD maps to the identical section in IS3,

19  right?

20     A       In this example, that's correct.

21     Q       What data base did you pull this table

22  from that's listed as IS3?

23     A       This had come from The Miller Group

24  application, I believe, which would be Data Set 2 or

25  Data Set 4.  It's not indicated on this page.

1    analysis.  The examination was interrupted because
2    additional information came in part way through the
3    analysis.  So I now had to have certain steps repeated
4    that had already been performed on a different data
5    set.
6                Q        Okay.  By the time you put in your 9
7    hour and 45 minute day assessing your data, you had
8    all the data sets, right?
9                A        That was May 26 and I was in physical
10   possession of all the data sets.
11               Q        But I asked if you had analyzed them by
12   that point, I think.  Did you?
13               A        I believe the analysis phase was
14   completed at that point.
15               Q        Okay.  Now, the initials LIA, is that
16   Lynn Gulla?
17               A        No.  That's Liang.
18               Q        Who?
19               A        Liang.
20               Q        Okay.  And you said earlier that Liang
21   had a cursory role in the analysis of the data sets,
22   right?
23               A        Correct.
24               Q        And on this client activity log, he's
25   got 25 hours, correct?

1          A        Right.

2          Q        Which appears to be more time than you,

3    according to the time entries, up until the time the

4    initial report was created, right?

5          A        Right.  He would do the -- I would

6    assign the manual work of searching and analyzing and

7    so forth to a more junior person.  That person would

8    take direction directly from me and while I was

9    involved in this process throughout, I didn't feel it

10   was appropriate for me to log a time entry because

11   there was already a resource on it for this duration

12   of time.

13         Q        Liang is a programmer, right?

14         A        Programmer examiner.

15         Q        Earlier you identified him as a

16   programmer?

17         A        Programming background, an examiner with

18   a programming background.

19         Q        It looks like on 5/25/2003, he completed

20   an initial analysis, right?

21         A        Correct.

22         Q        Where is that initial analysis?

23         A        That would be the draft document that

24   was produced.  Everything would be contained in the

25   draft document.

1    the IS3 code is referring to Star_Base tables, right?

2         A       Right.

3         Q       So this isn't Star_Base code on page 17,

4    is it?  Star_base source code, that is?

5         A       This is Springfield -- this is District

6    186 source code that is communicating directly with

7    the Century Consultants application, the tables

8    belonging to Century Consultants.

9         Q       But as we discussed earlier, there's a

10   difference between tables and source code, right?

11        A       Right.  And this example is source code.

12        Q       This is source code of District 186's

13   system right?

14        A       Right.

15        Q       This is in PHP, right?

16        A       This is PHP.

17        Q       And there isn't any Star_Base source

18   code written in PHP, right?

19        A       There is not.

20        Q       Okay.  Continue.

21        A       So that analysis conclusion through page

22   19.  There is then a comparison made between the

23   Springfield version, District 186 version of the

24   source code to The Miller Group, IS3 version dated May

25   14 and again, it's highlighted where both of these

1    more source code for the other two data sets being

2    compared?

3            A        Yes.

4            Q        How many lines of source code on pages

5    48 through 50 from Star_Base are copied by either

6    version of IS3 listed?

7            A        The question is how many lines of

8    Star_Base appeared or seemed to appear in IS3?

9            Q        Right.

10           A        Well, in this example of the 26 or so

11   lines --

12           Q        Let's break this down.  How many lines

13   of source code are exactly the same?

14           A        I would not expect there to be lines of

15   source code that are exactly the same.

16           Q        Right.  And I understand that.  I

17   understand that's your expectation and it's mine, too.

18   With that in mind, how many are the same?

19           A        There wouldn't be, in this comparison,

20   there wouldn't be lines that are identical because,

21   one, the Star_Base application is a C application and

22   the IS3 application is a C++ application.

23           Q        Right.  And we will get to that.  We

24   will get to that, but I wanted to verify my belief

25   that none of these lines of source code that you have

1    the same foundation, that is what this report was

2    attempting to illustrate.

3        Q        So if Century alleges that substantial

4    portions of source code from Star_Base were copied,

5    that is the subject of a different expert report?

6    Yours is more along the line of logic being copied,

7    right?

8        A        Right.  But there is just one thing I

9    want to point out is the C programming language and

10   the C application can be converted to a C++

11   application automatically by using a system for that

12   purpose.

13       Q        Was that done here?

14       A        I am not able to make that determination

15   with 100 percent accuracy but given the logic and the

16   similarities in specific certain variable names, it is

17   apparent to me that the person that created the IS3

18   Code had access to the Star_Base code.

19       Q        And that's fine.  I understand your

20   point but I'm trying to get the copying element out of

21   the way and it doesn't appear to me that we can use

22   this report to demonstrate that substantial portions

23   of Star_Base source code were copied.  Am I wrong?

24            MR. SCHRAMA:  Just to probably help

25   things along here, I'm going to object to the form of

192

1    and in the section entitled Table by Table Comparison,

2    you have got four tables.  On page 52, it says Table

3    by Table Comparison.  Are you now saying that your

4    analysis on page 52 actually refers to a section of

5    the report other than the one that says Table by Table

6    Comparison?

7            A       No.  I'm saying what's included in the

8    report is what I consider to be ample information to

9    reach the conclusion that I made.

10           Q       And I'm not asking about ample.  I'm

11   asking about seven.  Does that number seven in the

12   first line of the Table by Table Comparison summary on

13   page 52, does that seven include the tables on pages

14   29, 30, 31 and 32?

15           A       Yes.  In addition to pages 25 and 26.

16           Q       You analyzed three tables on pages 25

17   and 26.  Is that how you got your seven?

18           A       Well, the report analyzed a total of

19   seven tables.  Four of them are explicitly detailed.

20           Q       The ones are -- go ahead.  I am sorry.

21           A       29 through 32.

22           Q       And there's three more?

23           A       Correct.  Three more which are not

24   explicitly detailed in the report because after

25   documenting these four, I believed that was

1    significant similarities and enough information in

2    order to base a conclusion.

3         Q        So when you say you analyzed seven, we

4    are supposed to take that as true because you showed

5    us four, right?  Either that or it could possibly be a

6    mistake?

7         A        I don't think so.  I think that I

8    decided to illustrate in detail four of the seven for

9    whatever reason.  If you look through the four, it's

10   just the evidence supports itself.  Actually, in

11   looking at one table, the evidence supports itself and

12   I decided to put four in any way.

13        Q        So your summary says seven but your

14   analysis has four in the Table by Table Comparison?

15        A        The analysis included seven but I

16   documented in detail four of the seven.

17             MR. SHUPENUS:  Okay.  Good enough.  Off

18   the record.

19                 (Off the record, 6:03 p.m..)

20                 (Deposition resumes, 6:15 p.m..)

21        Q        On page 51 of your report indicated in

22   the SkdMassDetail section that The Miller Group

23   surrendered two versions of the Scheduler Application

24   front end program, one from the school district and

25   the other one from Data Set 2.  Was there also one in

1    initial report?

2          A         I had more information or more knowledge

3    about the matter.

4          Q         What information did you have?

5          A         Well, I had the opposing expert's

6    report, for one.

7          Q         I'm talking about facts.

8          A         I had received additional information,

9    additional data which was not analyzed in the original

10   report.

11         Q         What data was that?

12         A         Item on page four of the Rebuttal

13   Report, item number 007, item number 008.

14         Q         Okay.  Did you analyze that data?

15         A         I did a cursory analysis.  One of the

16   CDs was found to contain no data.  008 contained no

17   data and 007, I did not perform the same type of

18   analysis as I did on the other data sets because I had

19   already submitted my report.

20         Q         Well, don't you think that if you get

21   new information that would change an opinion, that you

22   should point that out?

23         A         The new information wasn't requested and

24   it appeared to contain IS3 CVS reporting information.

25         Q         Which is what?

1      A      I'm not certain why it was sent.

2      Q      Do you think it could have been in

3  response to The Miller Group's interrogatory answer

4  where they tried to explain why the files were

5  modified?

6      A      I wouldn't be able to comment on that.

7      Q      Well, yes, you would.  I showed you the

8  answer, where they told you that the modifications

9  could be determined using this CVS information, right?

10      A      Correct.

11      Q      But you didn't do it, right?

12      A      I was not directed to do so.

13      Q      Okay.  So your opinions in your reports

14  are limited to the direction that you get from your

15  client?

16      A      Yes.

17      Q      Okay.  If information is provided to you

18  that could shed light on aspects of your report, that

19  doesn't mean that you'll use it then, right?

20      A      If I make a request for information as

21  part of an analysis or if I am directed to analyze

22  specific information, then I will do so.

23      Q      You assert in your initial report, in

24  summary, that The Miller Group set out to deceive you,

25  right?

1          A          I would agree with that.

2          Q          And that they altered evidence, right?

3          A          Modified files.

4          Q          Altered evidence?

5          A          Correct.

6          Q          Those are pretty serious accusations,

7    wouldn't you agree?

8          A          I agree.

9          Q          So I can't understand how you can make

10   those acquisitions yet be presented with possible

11   exonerating evidence and not look at it.  That's what

12   happened here, though, isn't it?

13         A          No.

14         Q          I guess you wouldn't know if it was

15   exonerating because you didn't look at it, right?

16         A          I didn't request it.  I didn't have a

17   meeting with anyone to tell me to analyze that

18   information.  I had already submitted my report and I

19   was waiting further direction.

20         Q          Okay.  Now, your table on page four of

21   this report is a lot or -- I'm not going to

22   editorialize.  This is different than the table at the

23   beginning of your initial report, right?

24         A          Correct.

25         Q          Because on your initial report, you

1   case studies are summaries of cases managed by P.G.

2   Lewis & Associates.

3                   Is the case study referenced in

4   Defendant's Exhibit 17 a summary of a case managed by

5   P.G. Lewis & Associates?

6                   MR. SCHRAMA:  Objection to form.  It

7   doesn't say summary.  It says summaries of cases.

8        Q       Go ahead and answer it.

9        A       This is a marketing piece.

10       Q       I understand it's a marketing piece.

11       A       It was dreamed up in someone's mind to

12   be placed on our Web site to attract business to the

13   firm.  This is not an actual matter, to the best of my

14   knowledge, that the firm was involved with.

15       Q       Okay.  Good enough.  Has the firm ever

16   been involved in any case, to your knowledge, where a

17   search warrant was obtained?

18       A       Many of our matters involve search

19   warrants.

20       Q       Do you know of any search warrants

21   obtained because of evidence you gathered, you meaning

22   the firm?

23       A       In this matter or in the marketing

24   piece?

25       Q       Ever.

1              Do you see where it says that?

2        A        I do.

3        Q        Did you apply the highest caliber

4    forensic examination with the most thorough

5    methodology to this situation, meaning this lawsuit?

6        A        Given the confines in which we worked,

7    the answer is yes.

8        Q        Well, without the confines you were

9    given, is the answer still yes?

10       A        There is a different approach taken by

11   the firm for a civil matter as opposed to a criminal

12   matter.

13       Q        Okay.  This says every situation.

14       A        This is a marketing piece.

15       Q        So was the highest caliber forensic

16   examination with the most thorough methodology applied

17   to your representation of Century in this matter?

18       A        Yes, given the financial parameters in

19   which we were directed to work.

20       Q        That seems like a strange qualifier.

21       A        Well, unfortunately, this is the real

22   world.

23       Q        Well, do financial constrains prevent

24   you from conducting the highest caliber forensic

25   examination with the most thorough methodology applied

1    to every situation?

2         A       We always utilize the highest caliber of

3    forensic examination.

4         Q       Do you always use the most thorough

5    methodology?

6         A       We use the most thorough methodology

7    that is financially available to us.

8         Q       The most thorough methodology that the

9    client will pay for?

10        A       Until we reach a point of diminishing

11   returns or until it is not cost advantageous to

12   continue.

13        Q       Okay.  On page seven of your Rebuttal

14   Report, about two-thirds of the way down in the second

15   to last paragraph, second sentence, this is with

16   respect to file modification, you put that it is

17   interesting to note that as the due date approaches,

18   the manual and deliberate editing style appears to

19   have become harried.  Do you see where that is stated?

20        A       Um-hum.  Yes.

21        Q       On page eight, you said that the files

22   were meticulously and deliberately edited.  Right?

23        A       Correct.

24        Q       Do you believe that -- on page 23 of

25   your initial report, you state that the modifications