UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and THE SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT 186, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT 186's
MOTION TO BAR PLAINTIFF'S EXPERT WITNESS**

NOW COMES Plaintiff, Century Consultants, Ltd. ("Century"), and for its Motion for an Extension of Time to Respond to Defendant Springfield Public School District 186's Motion to Bar Plaintiff's Expert Witness, states as follows:

1. On August 4, 2005, Century's attorney was served with Springfield Public School District 186's Motion to Bar Plaintiff's Expert Witness.

2. Under Rule 7.1(B)(1), Century would normally have until August 18, 2005 to file its response to the motion.

3. Due to scheduling issues with Century's lead counsel involving an ongoing trial, an extension is requested to allow Century to properly prepare its response.

4. This motion is timely filed and is Century's first request for an extension of time.

5. The granting of an extension of time will not prejudice any party.

6.      Almon A. Manson, Jr., attorney for Springfield Public School District 186, consents to this request for an extension of time.

7.      Century respectfully requests an extension of time of an additional 15 days to respond to the motion, through September 2, 2005.

WHEREFORE, Plaintiff, Century Consultants, Ltd., prays for an Order extending its response time to and including September 2, 2005 to respond to Defendant's, Springfield School District 186's, Motion to Bar Plaintiff's Expert Witness.

>           Respectfully submitted,
>
>           **CENTURY CONSULTANTS, LTD.**,
>           Plaintiff
>
>
>           By:   **/s/ David A. Herman**
>               David A. Herman, One of Plaintiff's Attorneys

Lead Counsel
Craig S. Hilliard
Martin P. Schrama
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
(603) 896-9060


Local Counsel
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

**PROOF OF SERVICE**

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

>Almon A. Manson, Jr.
>Robert M. Shupenus
>Eric L. Grenzebach
>BROWN, HAY & STEPHENS
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, Illinois 62705
>
>Lance T. Jones
>LAW OFFICES OF LANCE T. JONES
>1100 S. Fifth Street
>Springfield, IL  62703

this 9th day of August, 2005.

                 /s/ **David A. Herman**