## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | |
| | ) | |
| -v- | ) | Nos. 05-CV-3147 |
| | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

### DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO SUPPRESS

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and adopts in total the Memorandum in Reply to Plaintiff's Opposition to Motion to Suppress filed by the Springfield Public School District 186. (Document No. 104).

WHEREFORE, Defendant, The Miller Group and John G. Miller respectfully requests the Court enter an Order:

    A.    Mandating suppression of all facts obtained through the secretly recorded conversations between Robert Magan and David Williams;

    B.    Striking Robert Magan's declaration, together with all inferences, facts, and references to such facts contained in Century's Amended Complaint;

    C.    Require Century to reimburse Defendants, The Miller Group and John G. Miller, their costs and attorneys' fees incurred as a result of Century's false representations contained in Robert Magan's declaration; and

    D.    Awarding all other relief the Court deems proper.

Respectfully Submitted,
S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL  62703
Ph. No.: (217) 523-2000
Fax: (217) 523-0132
Email: ltj@warpnet.net

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that on August 11, 2005, I electronically filed the foregoing Reply to Plaintiff's Opposition to Motion to Suppress with the Clerk of the Court using the CM/ECF system the foregoing which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@start-start.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705
Dherman1@figwinlaw.com

                                          S/LANCE T. JONES
                                          Attorney for The Miller Group, Inc. and
                                          John G. Miller, Defendants
                                          Law Office of Lance T. Jones
                                          1100 So. Fifth Street
                                          Springfield, IL  62703
                                          Ph. No.: (217) 523-2000
                                          Fax: (217) 523-0132
                                          Email: ltj@warpnet.net