E-FILED
Thursday, 11 August, 2005  09:11:21 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | Nos. 05-CV-3147 |
| -v- | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

## DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER'S MOTION TO BAR PLAINTIFF'S EXPERT WITNESS

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and moves this Court for an Order barring testimony of the expert witness retained by Plaintiff, Century Consultants, Ltd.  In support of this motion, Defendants adopt in total the Motion to Bar Plaintiff's Expert Witness and supporting memorandum filed by the Springfield Public School District 186.   (Document Nos. 105 & 106).

WHEREFORE, Defendant, The Miller Group and John G. Miller respectfully requests the Court enter an Order finding the Paul G. Lewis is not qualified as an expert for purposes of supporting Plaintiff's claims and awarding Defendants all other relief the Court deems proper.

    Respectfully Submitted,
    S/LANCE T. JONES
    Attorney for The Miller Group, Inc. and
    John G. Miller, Defendants
    Law Office of Lance T. Jones
    1100 So. Fifth Street
    Springfield, IL  62703
    Ph. No.: (217) 523-2000
    Fax: (217) 523-0132
    Email: ltj@warpnet.net

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 11, 2005, I electronically filed Defendants foregoing Motion to Bar Plaintiff's Expert Witness with the Clerk of the Court using the CM/ECF system the foregoing which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@start-start.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705
Dherman1@figwinlaw.com

    S/LANCE T. JONES
    Attorney for The Miller Group, Inc. and
    John G. Miller, Defendants
    Law Office of Lance T. Jones
    1100 So. Fifth Street
    Springfield, IL  62703
    Ph. No.: (217) 523-2000
    Fax: (217) 523-0132
    Email: ltj@warpnet.net