**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and THE SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT 186, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTIONS
TO BAR PLAINTIFF'S EXPERT WITNESS**

NOW COMES Plaintiff, Century Consultants, Ltd. ("Century"), and for its Motion for an Extension of Time to Respond to Defendants' (The Miller Group, Inc., John G. Miller and The Springfield Public School District 186) Motions to Bar Plaintiff's Expert Witness, states as follows:

1. On August 4, 2005, Century's attorney was served with Springfield Public School District 186's Motion to Bar Plaintiff's Expert Witness.

2. On August 9, 2005 Plaintiff requested and was granted a Motion for Extension of Time until September 2, 2005 to respond to Defendant's (The Springfield Public School District 186) Motion.

3. On August 11, 2005, Century's attorney was served with Defendants' (The Miller Group, Inc. and John G. Miller) Motion to Bar Plaintiff's Expert Witness.

4. On August 16, 2005 Plaintiff requested and was granted a Motion for Extension of Time until September 2, 2005 to respond to the Defendants' (The Miller Group, Inc. and John G. Miller) Motion.

5. Plaintiff's local counsel, David A. Herman, was informed late last night that Plaintiff's lead counsel, Craig S. Hilliard, suffered a medical emergency this week and is on an indefinite leave of absence. It is necessary for other attorneys to take over the management of this case, and additional time is required for such attorneys to familiarize themselves with the facts of the case and properly prepare responses to the pending motions.

6. This motion is timely filed and is Century's second request for an extension of time.

7. The granting of an extension of time will not prejudice any party.

8. Almon A. Manson, Jr., attorney for Springfield Public School District 186, neither consents or objects to this request for an extension of time. Rather, Mr. Manson responded with the letter attached hereto as Exhibit A.

9. Lance T. Jones, attorney for The Miller Group, Inc. and John G. Miller, consents to this request for an extension of time.

10. Century respectfully requests an extension of time of an additional 14 days to respond to Defendants' Motions, through September 16, 2005.

WHEREFORE, Plaintiff, Century Consultants, Ltd., prays for an Order extending its response time to and including September 16, 2005 to respond to Defendants' (The Miller Group,

Inc., John G. Miller and The Springfield Public School District 186) Motions to Bar Plaintiff's Expert Witness.

        Respectfully submitted,

        **CENTURY CONSULTANTS, LTD.**,
        Plaintiff

        By:   **/s/ David A. Herman**
            David A. Herman, One of Plaintiff's Attorneys

Lead Counsel
Craig S. Hilliard
Martin P. Schrama
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
(603) 896-9060


Local Counsel
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

**PROOF OF SERVICE**

Service of the foregoing document was made by providing a copy thereof, via electronic filing, to:

>Almon A. Manson, Jr.
>Robert M. Shupenus
>Eric L. Grenzebach
>BROWN, HAY & STEPHENS
>205 S. Fifth Street, Suite 700
>P.O. Box 2459
>Springfield, Illinois 62705
>
>Lance T. Jones
>LAW OFFICES OF LANCE T. JONES
>1100 S. Fifth Street
>Springfield, IL  62703

this 2nd day of September, 2005.

_____/s/ David A. Herman_____