**Brown, Hay & Stephens, LLP**
LEGAL COUNSEL

205 S. Fifth Street
Suite 700
P O Box 2459
Springfield, Illinois 62705
TEL 217 544 8491
FAX 217 544 9609
www.bhslaw.com

Almon A. Manson, Jr., Attorney
amanson@bhslaw.com
Direct Ext. 224

September 2, 2005

**VIA FACSIMILE (525-1710)**

Mr. David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 West Old State Capitol Plaza, Suite 600
Springfield, IL  62701

RE:    **Century Consultants, Ltd., v. Springfield Public School
District 186, et al., Central District of Illinois Case No. 03-CV-3105**

Dear Mr. Herman:

I am in receipt of your message in which you advise that your client, Century Consultants, requests a second 14 day extension of time in which to respond to District 186's outstanding motions.  You advise that Mr. Hilliard has a medical emergency and has been out of the office since Tuesday or Wednesday, August 30 or 31.  You also advise that neither you nor Mr. Hilliard's associates have knowledge regarding the nature of the emergency.

While we certainly sympathize, we request that you advise of the nature of the emergency and provide confirmation from Mr. Hilliard's medical providers.

Century Consultants has had approximately one month to prepare responses to the motions.  Mr. Hilliard's firm consists of approximately 100 attorneys.  Consequently, we have difficulty understanding why Plaintiff has been unable to file responses to the outstanding motions.  Unfortunately, Mr. Hilliard's inability to timely respond to the outstanding motions is consistent with his lack of responsiveness during this case.

Very truly yours,

Almon A. Manson, Jr.

AAM:mdb



