OCT-18-2004 MON 01:47 PM BROWN HAY STEPHENS          FAX NO. 2175449761                    P. 02
3:03-cv-03105-RM-BGC   # 112-4    Page 1 of 12

E-FILED
Friday, 16 September, 2005  03:16:23 PM
Clerk, U.S. District Court, ILCD

10/18/2004

## Introduction

I have been hired as an expert by the firm of Brown, Hay & Stephens, Legal Counsel, to examine documents and computer files associated with the case Century Consultants, Ltd V. The Miller Group, et al. Brown, Hay & Stephens are representing District 186 in this matter.

Before writing this report, I examined documents associated with the case, including the report of PG Lewis & Associates (called "the Lewis report" hereafter); I examined the files on 9 disks, 7 of which are listed in the Lewis report; I discussed the case with lawyers at Brown, Hays & Stephens; and I discussed the case with Ms. Sue Ruff and Mr. Brent Qualls of District 186 in Springfield.

The disks I examined are listed below in a table similar to the table given in the Lewis report on page 3. I've used the column heading "Submitted by" instead of "Author," since many of the files included on these disks do not designate authors. I've also used a different description of the CD contents. In the column "Data Set Number in Lewis Report," I've put the number of the data set I think the Lewis report was referring to. Some of the handwritten titles of the disks I have do not exactly match the titles given in the Lewis Report. I've changed the order of the rows to more closely match my discussion below. The Lewis report list includes 7 disks, and I have 9 disks. The Lewis report mentions a disk (data set 3) with the title "District 186," and I don't have a disk with that exactly that title.

Keith W. Miller, Ph.D.

1

10/18/2004

| Data Set Number in Lewis Report | CD Title | CD Contents | Submitted By | Received by Keith Miller on |
|---|---|---|---|---|
| 1 | Century Consulting Data Set 1 | Top level directory: starbase6i_fmts | P.F. Lewis & Associates | Oct. 9, 2004 |
| 5 | Century Consulting Data Set 5 | Top Level directory: century_schema | P.F. Lewis & Associates | Oct. 9, 2004 |
| 2 | IS3 Tables | single file: is3_tables | Miller Group | Sept. 28, 2004 |
| 2 | IS3 Source Code | single file: IS3.zip | Miller Group | Sept. 28, 2004 |
| 2 | IS3 Scheduler Source Code | single file: schedule.zip, date modified 5/14/2003 | Miller Group | Sept. 28, 2004 |
| 4 | IS3 Scheduler Source Code | single file: schedule.zip, date modified 5/15/2003 | Miller Group | Sept. 28, 2004 |
|  | Springfield District 186 Source Code | top level directory: Dist186 | District 186 | Sept. 28, 2004 |
|  | Springfield District 186 Data Dictionary | top level directory: Springfield SIS | District 186 | Sept. 28, 2004 |
|  | Stanford Achievement Test Fall 2000 Ball Charter | two files: 10026546.dat and filler.bin | Miller Group | Sept. 28, 2004 |

To simplify matters, I will adopt much of terminology used in the Lewis report, including some of the definitions they listed on page 4. However, I will add some definitions, and clarify some of their definitions. Here is a list of the Lewis Report definitions I will reuse, as well as new definitions in this report. I will list the Lewis Report language in regular type and italics (as they are presented in that report) and my clarifications and additions in bold face type.

*Century Consultants* – The plaintiff and the developer of Star_Base. **In my report I will use "Century" to refer to "Century Consultants, Ltd."**

*Miller Group* – **One of the defendants** and the developer of IS3.

Keith W. Miller, Ph.D.

2

*File Creation Date* – The file creation date is the date/time that the file was created. ...

*File Modification Date* – The file modification date is the date that the file was last modified. ...

*Star_Base* – A school district management application **marketed and sold by Century Consultants.**

*IS3* – A school district management application marketed and sold by The Miller Group.

*SIS* – **A school district management application used by District 186. This application, now being used at District 186, is distinct from Star_Base and from IS3. The acronym "SIS," is used in this report, although the application is known as the "Student Information System" by District 186 employees.**

*PHP File* – A source code file. This source code is written in PHP, "a widely-used general-purpose scripting language that is especially suited for Web development." (That quote is from the web site http://www.php.net/, accessed October 14, 2004.) There are other kinds of source code discussed in this report and in the Lewis report.

*C File* – A file containing source code written in the C programming language.

*C++ File* – A file containing source code written in the C++ programming language.

*FMT File* – A file containing information about the format of a form for input or output of information in an Oracle database. FMT files are in a format that is proprietary to Oracle, a company that is not involved in this case.

**File Modification Dates**

The Lewis report discusses at length the importance of file modification dates to their analysis. There are some technical details not mentioned in their report, details that may be of interest to the court. First, these dates are easily manipulated. There are many software tools specifically designed to allow the arbitrary assignment of dates and times to files. (For example, see http://www.12ghosts.com/ghosts/filedate.htm, accessed October 14, 2004.) Thus, if someone knowledgeable about computing wants to hide revision dates, it can easily be accomplished. Also, some software used to copy files to new media (for example, making a CD to share files) can change these dates. The Lewis report spends pages 6 to 15 (and some of the rest of the report) detailing file modification dates submitted to them from the defendants, suggesting several conclusions based on the dates.

There are many different explanations for the dates on the disk submitted by the Miller group. Conveniently, the dates on the disks of files submitted by the plaintiffs illustrate

Keith W. Miller, Ph.D.

3

my point. Century submitted two disks that I analyzed for this report. The disk identified as "Data Set 1" has hundreds of files and several different file folders. All the files share a common file modification date and time, 10/5/2004 1:51 PM. The file folders share the common date and time of 10/5/2004 1:55 PM. The disk identified as "Data Set 5" has 550 files, and dates that range from 1997 to 2003. I do NOT suspect that Century was trying to hide something from the court by masking the actual modification dates in Data Set 1 with a date (10/5/2004) that occurred after they were requested to submit the information. I instead assume that this anomalous dating is an artifact of how the two different sets of files were collected for sharing with the court, and no more. Similarly benign explanations are plausible for the dates on the files submitted by Miller Group. For example, the "date modified" fields may have reflected when the files were written to a directory in preparation for their recording on a CD.

The Lewis report states on page 51 that "The Miller Group modified at least 346 files between May 9, 2003 and May 14, 2003." The Lewis report only shows a side by side comparison of a few IS3 files to show specific changes made to those few files. The fact that 346 IS3 files have different Date Modified fields does not prove massive changes. Again using the Century disks I received as an example, I do not suspect that Century changed all the files in Data Set 1 during the single minute listed as "Date Modified" for all those hundreds of files. The Lewis report does show that the some files included variable name changes. Such variable name changes might occur in routine perfective maintenance.

### The Student Information System (SIS) at District 186 is not IS3

On page 16 of the Lewis report, the authors assume that District 186 is running a "version of the IS3 Scheduler." Mr. Qualls and Ms. Sue Ruff, both employed by District 186, discussed this case with Keith Miller on October 13, 2004. Mr. Qualls contends that District 186 is in fact running a version of the Star_Base scheduler. Ms. Ruff noted that District 186 purchased the Star_Base software in part because Century (in response to an RFP that requested this permission) allowed District 186 to modify Star_Base to adapt to District 186's needs. Furthermore, Century personnel trained District 186 personnel how to make modifications to the District 186 copy of Star_Base. The sequence of events at District 186 is necessary background for understanding the technical details of the SIS system now running at District 186.

District 186 wanted to have its student information available to users via the World Wide Web (referred to as "the web" hereafter), and they did *not* want the users to have to install any programs in addition to standard web browsers. Century's Star_Base product did not offer this capability. (Century eventually offered a facility that gave web access to the database, but only if users installed a "client side" program from Century on their machines. District 186 wanted all the software running with the database on the "server side" under direct control of District 186.) In order to get this "web based" capability, and unable to buy it from Century or elsewhere, District 186 decided to develop this capability in house.

Keith W. Miller, Ph.D.

4

To better understand the District 186 development strategy, it is necessary to discuss the software architecture of the Star_Base system. Star_Base works with an Oracle database. The Oracle database (a proprietary system from the corporation Oracle, not involved in this case) interacts directly with the data stored on the hard drive or hard drives dedicated to the student information database. Star_Base software gets information from users, and passes that information to the Oracle software, which then stores the information on the hardware; Star_Base software also gets requests from information from users, passes data requests to the Oracle software, receives information back from the Oracle software, and finally formats that data and delivers it to the users. The Star_Base system was originally designed to interact with the users through Star_Base programs. District 186 wanted the users to interact using standard web browsers.

District 186 decided to build its new system (SIS) by writing new software in a programming language new to them (and distinct from the languages used in Star_Base). This programming language, called PHP, is used in SIS to transfer information between users and the Oracle database. District 186 developed these PHP modules one piece at a time. For example, entering a new student into the Oracle database is something this system (or any system that tracks students in a school district) has to do. District 186 (with the help of Miller Group) wrote PHP software to accomplish this task, and then tested the new PHP module while Star_Base was running in parallel. That is, both the Star_Base program and the new SIS PHP software were accessing the same Oracle database simultaneously. When the new PHP software had been successfully tested, District 186 starting using that PHP software for student entry, and stopped using the Star_Base function to accomplish student entry. As more and more PHP software was written and debugged, District 186 used these PHP software to access their Oracle database, and used fewer and fewer of the functions of the Star_Base system. Eventually the PHP software replaced all the Star_Base modules except for the scheduling function.

As a natural consequence of this development strategy, District 186 used the data tables which were part of the software it had obtained from Century. This is the most straightforward strategy for switching over from the Star_Base (client-server) software to the PHP (web-based) software. The PHP modules of SIS changed the methods of input and output to the Oracle database, but did not immediately change the data that was moving in and out of the Oracle database.

Century not only allowed but encouraged District 186 to modify Star_Base, and this development activity was consistent with earlier modifications.

The scheduling function in Star_Base was the final module to be converted by District 186. The scheduling function, unlike other modules, was not dominated by input / output activity. The scheduling portion of the Star_Base program was converted from a C program to a C++ program by District 186, and PHP software to access that C++ program were added to SIS. Again, District 186 was making use of the software it had obtained from Century to complete SIS.

Keith W. Miller, Ph.D.

5

Once the conversions were complete, SIS allowed web input and output directly to the Oracle database, and the Star_Base FMT files were no longer used. District 186 no longer required Century updates for Star_Base, and discontinued the annual maintenance relationship with Century.

Miller Group continued developing the software it markets as IS3. The IS3 differs from Star_Base and SIS. The District 186 SIS system and the District 186's copy of the Star_Base system work only with an Oracle database; Miller Group's IS3 system instead is designed to interface with different database systems. All three of the systems use SQL commands, but Star_Base and SIS use SQL commands that are peculiar to Oracle databases; IS3 uses only standard, non-proprietary SQL commands. Miller Group recommends to its IS3 users that they use an open source database system called PostgreSQL. Neither District 186's copy of Star_Base nor SIS will run on PostgreSQL.

The District 186 SIS system has evolved since Miller Group stopped working for District 186. District 186 has modified data tables and added some fields. However, District 186 has retained those parts of the original data structure that are used by its scheduler, including the original field names, so that their copy of the Star_Base scheduler will continue to run without modifications. Mr. Qualls stated that no one at District 186 modifies the scheduler software. Even though he is the technical person in charge of maintaining SIS, he does not modify the scheduler source code. He also states that he was told by the Miller Group that IS3 contains a different scheduler from the scheduler in SIS.

**The PHP Files in SIS and IS3 are Distinct From the Star_Base FMT Files**

A cursory examination of the PHP files District 186 developed and the FMT files they obtained from Century shows that only the data table names and the field names are similar. This also is not surprising since District 186's PHP files were implementing web access, and the Century FMT files were implementing a client-server (non web) access. The FMT files, written in an Oracle's proprietary language, and the PHP files, written in an open source scripting language, are different in format and content.

Most of the files that hold the software for SIS are PHP files. Most of the files that hold the software for IS3 are PHP files. Most of the files that hold the Star_Base system are not PHP files.

The three separate systems - Star_Base (Century), SIS (District 186), and IS3 (Miller Group) - have similarities that stem from District 186's development effort to migrate from their use of Star_Base to a web-based information system.

**There are Ambiguities about What Files are Discussed in the Lewis Report**

Pages 17-19 of the Lewis report analyze a PHP file, SkdMassDetail.php, from what they describe as the "Springfield School System" and then annotate as "IS3 code." Since IS3 refers to the Miller Group project, and since that project is distinct from the District 186 SIS software, this report uses the more accurate names here.

Keith W. Miller, Ph.D.

6

10/18/2004

Given the history described above, it was an obvious choice for District 186 to use the data structures from its copy of Star_Base when implementing the new web-based SIS system. District 186 was modifying its Student Information System using software obtained from Century and software it was developing. The repetition of data elements in their PHP files was the natural way to integrate with their Oracle database, still being used by their copy of Star_Base. Indeed, a modified copy of the Star_Base scheduler is still being used at District 186.

Because the Lewis report sometime uses the term IS3 interchangeably for the District 186 SIS software and for the Miller Group's IS3 software, it isn't always clear in the report which files and data structures are being compared. Whenever the SIS software or data structures are being compared, it should be remembered that District 186 was using software it had obtained from Century, software that Century helped District 186 maintain and modify.

In reading the Lewis report and examining the Disks from Century, it is not clear to me what version of the Star_Base software is contained on the disks. The Amended Complaint describes a copyright registered on source code with an effective date of November 22, 1995. Is that the code on the disks? This seems unlikely since there are dates after 1995 listed in the text inside the files. Or do the disks contain the Star_Base code that District 186 originally obtained from Century? Or is it the current version of Star_Base? Since all the files in Data Set 5 share the October 5, 2004 date, and no documentation in the complaint or the Lewis report mention which version of the Star_Base software was included for comparison, it is unclear whether the comparisons are the correct ones to attempt.

**What Does Century Claim to be Copyrighted?**

I have two disks from P. G. Lewis and Associates, labeled Century Consulting Data Set 1 and Century Consulting Data Set 5. After expanding the compressed files on these disks, I counted 849 files in 7 folders. I did a global search for the word "copyright" in these files. The word "copyright" appears in only 12 of the 849 files. In only two of those 12 files does the word "Century" appear. (These searches were done so that any combination of upper and lower case strings with the proper letters in the proper order would be found if they matched "copyright" or "century.") The two files where both the words "Century" and "copyright" appear are the files "sched.rc" and "SCHED.RC." These files appear to be two versions of the same file. One has a Date Modified of 7/3/97, and the other has the date 10/5/2004. In both files, the word "Century" appears only once, and in both files the word "Century" appears in the following context:

Keith W. Miller, Ph.D.                                                                                         7

```
#ifndef _MAC
/////////////////////////////////////////////////////////////////////////////
//
// Version
//

VS_VERSION_INFO VERSIONINFO
 FILEVERSION 1,0,0,1
 PRODUCTVERSION 1,0,0,1
 FILEFLAGSMASK 0x3fL
#ifdef _DEBUG
 FILEFLAGS 0x1L
#else
 FILEFLAGS 0x0L
#endif
 FILEOS 0x4L
 FILETYPE 0x1L
 FILESUBTYPE 0x0L
BEGIN
    BLOCK "StringFileInfo"
    BEGIN
        BLOCK "040904b0"
        BEGIN
            VALUE "CompanyName", "CENTURY CONSULTANTS\0"
            VALUE "FileDescription", "SCHED MFC Application\0"
            VALUE "FileVersion", "1, 0, 0, 1\0"
            VALUE "InternalName", "SCHED\0"
            VALUE "LegalCopyright", "Copyright (C) 1997\0"
            VALUE "OriginalFilename", "SCHED.DLL\0"
            VALUE "ProductName", "STARBASE Application\0"
            VALUE "ProductVersion", "3, 0, 0, 1\0"
        END
    END
    BLOCK "VarFileInfo"
    BEGIN
        VALUE "Translation", 0x409, 1200
    END
END

#endif    // !_MAC
```

A subsequent reference to "copyright" in the comments in these files suggests that this information was displayed when reports were generated.

Keith W. Miller, Ph.D.

8

This is the only Century copyright notice of any sort that appears in the files I was sent to analyze. This notice is not a part of the source code designated as comments to someone reading the code, but instead assigns string values to two variables, one of which is "CompanyName" and the other of which is "LegalCopyright."

In the remaining ten files that include the word "copyright," all the copyright references are made by the Oracle Corporation, not by Century. Is the Century copyright claim for only the two files that mention Century's copyright? Or is it for all the files? Or is it for all the files except those files that include an Oracle copyright claim? The amended complaint states that "The Star_Base source code has also been registered as an unpublished work. The effective date of the copyright registration is November 22, 1995." Does that registered copyright protect any source code modified since that date? None of the files on either disk have a "Date Modified" previous to 1997. Since the Star_Base system requires an Oracle database in order to run, the question of what belongs to Century and what belongs to Oracle seems relevant, and the Century files I analyzed give little help in making this distinction.

**Data Table and Field Name Similarities**

As discussed above, similarities between the data tables and field names used in Star_Base and SIS are expected, since both systems use the Oracle database and the Star_Base scheduler. The field names and table structures of SIS are changing as District 186 continues to customize its SIS system, but that is not a concern here. The rest of this section discusses the similarities between the data tables and field names used in Star_Base and IS3.

The Lewis report compares names in a version of Star_Base with a version of IS3, and points out similarities in the tables and field names. Many of the relationships seem natural and expected. That is, if any competent database designer creates data structures in a relational database for a school system, there will be separate relations for schools, for students, and for courses. There will be links between these relations using foreign keys. Any such database design would incorporate the fact that many students take a single course and that a typical student takes several different courses. These kinds of common sense facts about schools, students, and courses will be reflected in any database designed to reflect the well known characteristics of schools, courses, and students. Thus some important and fundamental similarities will exist in all such systems, regardless of who develops them and how they are developed. In addition, a designer who had worked with the Star_Base system in the District 186 conversion project could carry from that experience some ideas that were reflected in the Oracle database structures.

Some similarities between the field variable names and character lengths are likewise probable in two databases with a common application area. The names "SCHOOL," "NAME," "ADDRESS1" and "ZIPCODE" would not be considered original in this context, nor would that naming (or the naming of similar common variables) be considered a crucial part of the designing process. Likewise, the provision of 30

Keith W. Miller, Ph.D.

9

characters for an address field or 40 characters for a name field are, though not standard, certainly common.

As an example of how common some of these names are, I did a search of the web for the variable name "student_id," a variable name used in both Star_Base and IS3. (I did the search using the search engine of google.com on October 15, 2004.) The search yielded "about 19,000" web sites that use that name somewhere in their site.

However, there are similarities in two sets of tables that go beyond this ordinary, expected similarity. The variable names in Star_Base's STU_SCHE and IS3's GRD_STU_SCHE are strikingly similar. The table organization and variable names in Star_Base's SX_PRI and IS3's SCHED_STU are identical. As the Lewis report points out, it is extremely unlikely that this similarity is random.

The "Table by Table Comparison" in Lewis report compares four of IS3's data tables and concludes that all four contain field names that are both non-obvious and strikingly similar to corresponding Star_Base data tables. Two of these four comparisons reveal more striking similarities than the other two. The IS3 application includes 184 tables. It isn't clear how the 180 tables not cited in the Lewis report would match up with tables in Star_Base. The four IS3 tables analyzed in these comparisons in the Lewis report constitute about 2.2% of the tables created by IS3.

Similarly, the ER diagram on page 26 of the Lewis report includes 9 of the 184 tables used in IS3. These 9 tables constitute less than 5% of the tables used in IS3. And in comparing these 9 tables to the tables from Star_Base on page 25 of the Lewis report, there are non-trivial differences.

**When Variable Names are Changed, They Often Increase in Length for Clarity**

On page 23, the Lewis report includes the following: "The Miller Group in many cases actually chose a field name that is 'longer' than its previous counterpart. A longer field name requires additional memory and will cause the application to run slightly slower, thereby being less efficient." In modern software engineering, the negligible difference in machine efficiency between a shorter and longer variable name is considered less important than the mnemonic value to a human that the longer name may give. On Microsoft's website msdn.microsoft.com (accessed October 14, 2004) under the heading "Jscript Variables," it gives the advice: "Always create a meaningful variable name; that makes it easy for humans to understand what your scripts do." Changes to clarify (and perhaps lengthen) variable names as software matures are considered good software engineering practice.

**Code Comparisons Between main.cc and schedule.c**

The Lewis report does source code comparisons only on the software that does the single function of "scheduling" in IS3. The files to implement all the functions of IS3 include 544 PHP files. 7 of those PHP files include any reference to the string "schedule" or

Keith W. Miller, Ph.D.

10

"sched." (The search allowed any combination of upper and lower case versions of those strings.) Thus about 1.3% of the PHP files in IS3 are concerned with student scheduling.

The Lewis report on page 34 includes a table with the second column labeled "*SQL used for student_to_scheduler in schedule.c.*" On the disk labeled Data Set 5 that I have, there is a file "schedule.c." In that same table, the Lewis report labels the first column as "*SQL used for Student_to_scheduler in main.c.*" On one of my disks from Miller Group, there is a file "main.cc," but there is no file "main.c." The SQL listed in the table does occur in the file "main.cc." As the Lewis report points out, the tables involved in these SQL statements were cited as being nearly identical. If two tables are nearly identical, it is highly likely that SQL statements accessing information in those tables will be strikingly similar. That is, given the table similarities, the SQL similarities are a natural consequence. This report has discussed those table similarities above.

The Lewis report points out that the status codes "C, P, and I" are used in IS3 and Star_Base source code to represent conditions that result in the increment of counters called "total_completes," "total_paritials," and "total_irresolvables." Although the variable names and codes are identical, they also appear to be straightforward names. Also, as the table shows on page 35, the source code to manipulate these variables is quite different.

The Lewis report mentions some name changes in two versions of the IS3 main.cc, and mentions an explanation by the Miller Group that there was a new version. The Lewis report concludes that the Miller Group was trying to cover up similarities between IS3 code and Star_Base code. If that was the intent, it was a clumsy attempt since the basic structure of the code is unchanged between versions. Another plausible explanation is that the changes occurred during routine code maintenance.

The main program for IS3's scheduling (called main.cc) is 486 lines long. In contrast, there are over 90,000 lines of text in the over 500 PHP files used by IS3. The code used to implement the scheduling function analyzed in the Lewis report is a very small portion of the IS3 system.

## SUMMARY OF FINDINGS IN THIS REPORT

The development of SIS by District 186 required the writing of new PHP files to give District 186 web-based access to its Oracle database. This development occurred while District 186's copy of Star_Base was simultaneously accessing that same database. Miller Group assisted in this development and conversion process.

Similarities between Star_Base data structures and SIS's data structures are to be expected, and are consistent with Century's permission to and assistance with District 186's modifications to Star_Base. Miller modified District 186's copy of the Star_Base scheduler module from C to C++, and District 186 still running that modified software.

Keith W. Miller, Ph.D.				11

The PHP files developed for SIS's web access the Oracle database use data structures that were originally based on the data structures of District 186's copy of Star_Base. Those data structures have been modified since the conversion where necessary. My examination of the Star_Base and SIS files submitted by Century and District 186 support this description of the evolution of SIS.

The Miller Group was hired by District 186 to assist with the conversion to a web-based SIS, written primarily in PHP. The Miller Group's contract stipulated that the Miller Group could market code developed in this effort. It was District 186's understanding that Miller Group's IS3 system was comprised of newly developed software, including PHP files similar to those used in SIS. The IS3 system is distinct both from District 186's copy of Star_Base and from District 186's SIS. For example, IS3's software can be used with non-Oracle database systems whereas Star_Base and SIS specifically require an Oracle database.

The files submitted to me before writing this report do not give clear indications of what files contain source code to which Century claims copyright. Only two files (out of hundreds submitted by Century) include any reference to a Century copyright claim; ten of the files submitted by Century include a copyright claim from the Oracle Corporation.

File modification dates are easily modified by software tools, and can be inadvertently set by copying utilities. The disks from the Miller Group and a disk from Century illustrate that file modification dates that can have several different plausible explanations.

The Lewis report illustrates some striking similarities between some of the tables and field names used in SIS, IS3 and Star_Base. Similarities between SIS and Star_Base are expected because of SIS's development history. The examples of similarities between IS3 and Star_Base data structures cited in the Lewis Report involve only a small percentage of the table and field names used in IS3.

The PHP code of IS3 and SIS on the one hand, and the Oracle specific FMT files (and other files) used to implement Star_Base on the other hand, are distinct. The style and substance of the web-based PHP code and the client-server Star_Base code differ substantially. Both these systems deliver similar functions to school district users, but in different ways.

Source code comparisons are made in the Lewis report between IS3's scheduling software and Star_Base's scheduling software. These programs are written in different, but related languages: C++ and C. The two scheduling programs include similarities, many of which can be traced to the similarities of data structures (discussed above). Less than 2% of the hundreds of IS3 PHP files are related to the school scheduling function. The main program for IS3's scheduling function (called main.cc) is 486 lines long. In contrast, there are over 90,000 lines of text in the over 500 PHP files used by IS3.

Keith W. Miller, Ph.D.

12