**E-FILED**
Friday, 30 September, 2005  09:45:02 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and THE SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT 186, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION TO EXTEND DEADLINE

NOW COMES Plaintiff, Century Consultants Ltd. ("Century"), by and through its attorneys, Stark & Stark and Giffin, Winning, Cohen, & Bodewes, P.C., and for it Motion to Extend Deadline, states as follows:

1.      By Order entered June 29, 2005, the deadline for fact discovery to be completed in this case is currently set for September 30, 2005.

2.      Lead counsel for Plaintiff requires additional time to complete discovery, primarily because of his absence from the office for most of September due to medical reasons as previously outlined in a prior motion for additional time to respond to the Motion to Bar Plaintiff's Expert Witness.

3.      Counsel for The Springfield Public School District 186 has already agreed to produce its expert for a deposition sometime in October, although we are waiting on a specific date (see attached Exhibit A).

4.    In the interest of justice and judicial economy, Plaintiff requests an extension until and including November 4, 2005 to complete fact discovery.  Plaintiff is not requesting that any other dates be disturbed and there is currently no final pretrial conference scheduled.

5.    Attorney Lance Jones has advised attorney David Herman that he has no objection to extending the fact discovery deadline to November 4, 2005.

6.    Attorney Almon Manson takes no position on extending the fact discovery deadline to November 4, 2005.

7.    This Motion is timely filed and the granting of this Motion will not prejudice any of the parties.

WHEREFORE, Plaintiff and Defendants pray that this Court grant their Joint Motion to extend the fact discovery deadline to and including November 4, 2005, and for such other and further relief as it deems proper.

Respectfully submitted,

**CENTURY CONSULTANTS, LTD.**, Plaintiff


By:___**/s/ David A. Herman**_____
One of its Attorneys


Lead Counsel
Craig Hilliard – Lead Counsel
STARK & STARK
A Professional Corporation
PO Box 5315
Princeton, NJ 08543-5315
(603) 896-9060

Local Counsel
David Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
1 West Old State Capitol Plaza
Myers Building, Suite 600
PO Box 2117
Springfield, Illinois 62705
(217) 525-1571

## PROOF OF SERVICE

Service of the foregoing document was made by providing a copy thereof, via electronic

filing, to:

Almon A. Manson, Jr.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, Illinois 62705

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL  62703

this 30th day of September, 2005.


_____/s/ David A. Herman_____