## Herman, David

**From:** Craig Hilliard [CHilliard@stark-stark.com]
**Sent:** Tuesday, September 27, 2005 12:24 PM
**To:** Herman, David
**Subject:** Fwd: RE: Al, I think the only remaining deposition I wanttotakeatthis point is your expert. Can you m

To follow up on my last e-mail, attached are the key e-mails I exchanged with Al over the weekend.

>>> "Almon Manson" <amanson@bhslaw.com> 9/25/2005 9:57:41 AM >>>
Randle and Keith Miller at the same time is agreeable. I will advise of Randle's new date.

The Settlement Agreement contains a Confidentiality Provision and therefore neither party can disclose the terms.

-----Original Message-----
**From:** Craig Hilliard [mailto:CHilliard@stark-stark.com]
**Sent:** Sunday, September 25, 2005 8:51 AM
**To:** Almon Manson
**Subject:** RE: Al, I think the only remaining deposition I want totakeatthis point is your expert. Can you m

Ok, perhaps we can schedule Randle at the same time as your expert so we can get it done at one time? Is that agreeable? Did you reach a settlement with Cincinnati? Terms?

>>> "Almon Manson" <amanson@bhslaw.com> 9/24/2005 10:21:37 AM >>>
The Notice of Deposition was sent to your associate.
I learned yesterday however from the process server that Randle is in Los Angeles for 3 weeks and therefore was not served.
I am waiting to hear from our expert witness and will advise as soon as I receive a response.

-----Original Message-----
**From:** Craig Hilliard [mailto:CHilliard@stark-stark.com]
**Sent:** Friday, September 23, 2005 3:38 PM
**To:** Almon Manson
**Subject:** RE: Al, I think the only remaining deposition I want to takeatthis point is your expert. Can you m

Any word yet on your expert's availability? When are you available to talk for a few minutes about the remaining deps? I know Dave Herman reached out for you because neither of us got any dep notice or subpoena for next week for Randle. Nevertheless, perhaps we can try to work this out on the schedule you want. I don't know yet if I can get the dep covered on 9/28, but I'm working on that. Let me know when you're free to chat about the schedule.

>>> "Almon Manson" <amanson@bhslaw.com> 9/21/2005 1:20:23 PM >>>
I will inquire and advise.
Don Randle's deposition is scheduled for September 28 at 9:00 in our office. Do you plan to attend?

-----Original Message-----


EXHIBIT A

9/30/2005

**From:** Craig Hilliard [mailto:CHilliard@stark-stark.com]
**Sent:** Wednesday, September 21, 2005 11:56 AM
**To:** Almon Manson
**Subject:** Al, I think the only remaining deposition I want to take atthis point is your expert. Can you make

Al, I think the only remaining deposition I want to take at this point is your expert. Can you make him available the second week of October? Let me know.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services