E-FILED
Tuesday, 04 October, 2005  02:37:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD, | ) | |
|     Plaintiff, | ) | |
|     -v- | ) | No. 03-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | Judge Richard Mills |
| and the SPRINGFIELD PUBLIC SCHOOL DISTRICT, | ) | |
| NO. 186, | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to Section 5/1-109 of the Code of Civil Procedure, the undersigned certifies that on the 4th day of October, 2005, I electronically (via email) served **Defendant, The Miller Group, Inc. and John G. Miller's Second Set of Interrogatories to Plaintiff and Supplemental Request for Production of Documents directed to Century Consultants, Ltd.**, to all counsel of record as follows:

(rshupenus@bhslaw.com)
Robert M. Shupenus
(amanson@bhslaw.com)
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701

(dherman1@gifwinlaw.com)
David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705

(chillard@start-start.com)
Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315

By: s/Lance T. Jones (Reg No. 6188153)
Attorney for The Miller Group
& John G. Miller
Law Offices of Lance T. Jones
1100 So. Fifth Street
Springfield, IL  62703
Phone: 217-523-2000
Fax: 217-523-0132
email: ltj@warpnet.net