E-FILED
Wednesday, 12 October, 2005  03:43:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE MILLER GROUP, INC., JOHN G. )<br>MILLER, and the SPRINGFIELD PUBLIC )<br>SCHOOL DISTRICT NO. 186, )<br>)<br>Defendants. ) | No. 2003-CV-3105 |

## NOTICE OF DEPOSITION

TO:   Don Randle
    c/o Craig S. Hilliard
    Stark & Stark
    P.O. Box 5315
    Princeton, NJ  08543-5315

PLEASE TAKE NOTICE that the undersigned will take the deposition of Don Randle, on **Thursday, October 27, 2005, at 9:00 a.m.**, at the offices of Brown, Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois, before a licensed court reporter, at which time his testimony will be recorded through stenographic means.

                        **SPRINGFIELD PUBLIC SCHOOL DISTRICT
                        NO. 186, Defendant**


                By:    /s/ Almon A. Manson, Jr.
                        Registration No. 1756761
                        Attorney for Defendant
                        Brown, Hay & Stephens, LLP
                        205 S. Fifth Street, Suite 700
                        P.O. Box 2459
                        Springfield, IL  62705-2459
                        Telephone: (217) 544-8491
                        Facsimile: (217) 544-9609
                        amanson@bhslaw.com

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on October 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701
dherman@gifwinlaw.com

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315
chilliard@stark-stark.com

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL 62703
ltj@warpnet.net

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com