## AFFIDAVIT OF SERVICE OF WRITS
## BY A PRIVATE DETECTIVE

CENTURY CONSULTANTS, LTD.,                                     }
                                                               }
                        Vs.                                    } 03 CV 3105
                                                               }
THE MILLER GROUP, INCL., JOHN G. MILLER, and the SPRINGFIELD PUBLIC }
SCHOOL DISTRICT NO. 186,                                       }

PHILIP B CRAVENS  hereby certifies that I am over 21 years of age and not a party of this case.  I served the:

                        SUBPOENA

**PERSONAL SERVICE:**   By leaving a copy of the attached documents with the defendant or subject named, personally.

**Name of Person:**     DON RANDLE

**Address Served:**     RR 3
                        MENARD COUNTY
                        PETERSBURG, IL

**Served on:**          OCTOBER 16, 2005   at   4:55   PM

### DESCRIPTION OF PERSON SERVED:

RACE: W    SEX: M    AGE: 40's

SIGNATURE: _____

## CERTIFICATION

Under penalties as provided by law pursuant to section 109 of the Code of Civil Procedure of Illinois, the undersigned certifies that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he believes that same to be true.

DATED: 10-17-05

Signature: _____

ABE-CRAVENS DETECTIVE AGENCY, INC.
P. O. Box 13311
SPRINGFIELD, IL 62791