**E-FILED**
Wednesday, 19 October, 2005 10:23:52 AM
Clerk, U.S. District Court, ILCD

STARK & STARK

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NEW JERSEY 08543-5315
(609) 896-9060
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | Civil Action No. 2003-CV-3105 <br><br><br> **NOTICE TO TAKE ORAL DEPOSITION** |

TO:      Almon A. Manson, Jr., Esq.
         Brown, Hay & Stephens
         205 S. Fifth Street, Suite 700
         P. O. Box 3459
         Springfield, Illinois 62705-2459

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of Keith Miller, on **Thursday, October 27, 2005, at 9:00 a.m.**, at the offices of Brown, Hay & Stephens, 205 S. Fifth Street, Suite 700, Springfield, Illinois, before a licensed court reporter, at which time his testimony shall be recorded through stenographic means. The deposition will continue from day-to-day until completed within the time period of Rule 30.

FURTHER, the Plaintiff hereby requests that Keith Miller produce for inspection and copying the following documents at the time of the deposition:

A.      Mr. Miller's current *Curriculum Vitae*;

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK

B.     All documents or other things reviewed by and/or relied upon by Mr. Miller in connection with this lawsuit and/or in connection with the preparation of his report;

C.     All notes, handwritten or typed, preliminary views or impressions, records, test results, opinions, reports, bills, letters, e-mails or other documents generated by Mr. Miller in connection with this lawsuit and/or in connection with the preparation of his report;

D.     Copies and citations of any articles, texts, literature, rules, regulations, or other materials upon which Mr. Miller relies to support his opinions in this lawsuit;

E.     Any correspondence to or from Mr. Miller and counsel for defendants, The Springfield Public School District 186, John G. Miller and/or The Miller Group;

F.     Any and all documents or retrievable information in computer storage in printed form that is requested above.

CENTURY CONSULTANTS, LTD.


By:_____ s/ Craig S. Hilliard_____

STARK & STARK

## **PROOF OF SERVICE**

I, the undersigned, hereby certify that on October 18, 2005, I served this notice by electronic mail on the attorneys listed below, and on October 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL   62703


s/ Craig S. Hilliard

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

G:\DOCS\LIT\CSH\century\plead\depnoticemiller10-18-05.wpd    -3-