E-FILED
Friday, 28 October, 2005  02:50:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2003-CV-3105 |
| THE MILLER GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

**MOTION TO STRIKE DECLARATION OF PAUL G. LEWIS**

NOW COMES Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and for its Motion to Strike Declaration of Paul G. Lewis states as follows:

1. This Motion is brought pursuant to FRCP 7(b) and Local Rule 7.1.

2. District 186 incorporates its Memorandum of Law in Support of its Motion to Strike declaration of Paul G. Lewis by reference herein.

WHEREFORE, the Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT #186, respectfully requests the Court strike the declaration of Paul G. Lewis, and award the Defendant all other relief the Court deems proper.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186, Defendant,

By: s/ Robert M. Shupenus
One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491

## PROOF OF SERVICE

I hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

                                            s/ Robert M. Shupenus

October 28, 2005/ean/F:\wpwin60\RMS\Lit\CENTURY\Mtn Strike Dec Lewis (revised).doc