UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

**AMENDED NOTICE OF DEPOSITION**

TO:  Don Randle
c/o Craig S. Hilliard
Stark & Stark
P.O. Box 5315
Princeton, NJ  08543-5315

PLEASE TAKE NOTICE that the undersigned will take the deposition of Don Randle, on **Monday, November 21, 2005, at 8:00 a.m.**, at the offices of Brown, Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois, before a licensed court reporter, at which time his testimony will be recorded through stenographic means.

**SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant**

By:  /s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

## PROOF OF SERVICE

I, the undersigned, hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL  62701
dherman@gifwinlaw.com

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@stark-stark.com

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL  62703
ltj@warpnet.net

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com