E-FILED
Monday, 31 October, 2005  09:25:46 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | Nos. 05-CV-3147 |
| -v- | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

### DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER'S MOTION TO STRIKE DECLARATION OF PAUL G. LEWIS

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and moves this Court for an Order barring testimony of the expert witness, Paul G. Lewis, retained by Plaintiff, Century Consultants, Ltd. In support of this motion, Defendants adopt in total the Motion to Strike Declaration of Paul G. Lewis and supporting memorandum filed by the Springfield Public School District 186 (Document Nos. 119 & 120).

WHEREFORE, Defendant, The Miller Group and John G. Miller respectfully requests the Court enter an Order striking the declaration of Paul G. Lewis, and awarding Defendants attorneys' fees and costs and all other relief the Court deems proper.

        Respectfully Submitted,
        S/LANCE T. JONES
        Attorney for The Miller Group, Inc. and
        John G. Miller, Defendants
        Law Office of Lance T. Jones
        1100 So. Fifth Street
        Springfield, IL  62703
        Ph. No.: (217) 523-2000
        Fax: (217) 523-0132
        Email: ltj@warpnet.net

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on October 21, 2005, I electronically filed Defendants foregoing Motion To Strike Declaration of Paul G. Lewis with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

      S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL  62703
Ph. No.: (217) 523-2000
Fax: (217) 523-0132
Email: ltj@warpnet.net