UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DEADLINE**

**NOW COMES** the Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and Plaintiff, CENTURY CONSULTANTS, LTD. ("Century"), by and through its attorneys, Stark & Stark, and as and for their Joint Motion to Extend Deadline state as follows:

1. The deadline for completion of discovery in this matter is November 4, 2005.

2. Pre-trial and trial dates have not been set.

3. District 186 and Century have encountered difficulty scheduling the deposition of a third party witness. The deposition of such third party witness cannot be scheduled until November 21, 2005.

Century will also take the deposition of District 186's expert witness on November 21, 2005, so as to allow Century's New Jersey counsel to conduct the remaining two depositions in one trip to Springfield, Illinois. All other depositions have been completed.

4. District 186 and Century jointly request this Honorable Court enter an Order extending the discovery cut-off date to and including November 21, 2005, so as to allow the parties to complete the foregoing depositions in this matter.

5. Lance T. Jones, attorney for Defendants The Miller Group, Inc. and John G. Miller, has no objection to this Motion.

6. This Motion is not made for purposes of delay, and entry of an Order granting this Motion will not prejudice any party.

**WHEREFORE,** Springfield Public School District No. 186 and Century Consultants, Ltd. pray this Honorable Court enter an Order extending the discovery cut-off date to and including November 21, 2005, and for such other and further relief as may be just and proper.

| **SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant** | **CENTURY CONSULTANTS, LTD., Plaintiff** |
|---|---|
| By: /s/ Almon A. Manson, Jr.<br>Registration No. 1756761<br>Attorney for Defendant<br>Brown, Hay & Stephens, LLP<br>205 S. Fifth Street, Suite 700<br>P.O. Box 2459<br>Springfield, IL  62705-2459<br>Telephone: (217) 544-8491<br>Facsimile: (217) 544-9609<br>amanson@bhslaw.com | By: /s/ Craig S. Hilliard<br>Attorney for Plaintiff<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ  08543-5315<br>Telephone: (609) 896-9060<br>Facsimile: (609) 895-7395<br>chilliard@stark-stark.com |

## PROOF OF SERVICE

I, the undersigned, hereby certify that on October 31, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701
dherman@gifwinlaw.com

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315
chilliard@stark-stark.com

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL 62703
ltj@warpnet.net

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

3