UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendant Springfield Public School District No. 186's Response to Plaintiff's Third Request for Production of Documents were served on David A. Herman, Craig S. Hilliard and Lance T. Jones, by electronic transmission to the appropriate address, and also by enclosing the same in an envelope addressed to such attorney at their business address as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in a United States Postal Service mailbox in Springfield, Illinois at 5:00 p.m. on the 10th day of November, 2005.

SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant

By:   /s/ Almon A. Manson, Jr.
      Registration No. 1756761
      Attorney for Defendant
      Brown, Hay & Stephens, LLP
      205 S. Fifth Street, Suite 700
      P.O. Box 2459
      Springfield, IL  62705-2459
      Telephone: (217) 544-8491
      Facsimile: (217) 544-9609
      amanson@bhslaw.com