STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER** |

**NOW COMES** plaintiff, Century Consultants, Ltd. ("Century") and for its Motion For an Extension of Time to Respond to the Motion for Summary Judgment of defendants, The Miller Group, Inc. and John G. Miller (the "Miller Defendants"), Century states as follows:

1. On November 1, 2005, Century was served with a motion for summary judgment by the Miller Defendants (Docket Entry #124). The Miller Defendants' motion relies exclusively on a motion for summary judgment filed by defendant, The Springfield Public School District (the "School District")(Docket Entry #64). Century has already responded to the School District's motion for summary judgment (Docket Entry #66 and #68). That motion is still pending.

2. Under Local Rule 7.1, opposition to the Miller Defendants' motion would normally have been due on November 22, 2005.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

3. Century respectfully requests a 14-day extension of time to respond to the motion through December 6, 2005.

4. This motion is timely filed and is Century's first request for an extension of time.

5. The granting of an extension of time will not prejudice any party. No pretrial conference has been scheduled, and in fact further proceedings on a motion to bar Century's expert witness have been scheduled for a hearing on January 12, 2005. That date is the next scheduled motion or other hearing date in this matter. Therefore, this short extension of time through December 6, 2005 should not affect other pretrial proceedings in this matter.

6. Century seeks this short extension of time because fact discovery just concluded yesterday, November 21, 2005, under the current scheduling order, and the deposition of the School District's expert witness was taken just yesterday. The School District also recently produced additional documents in response to Century's Third Request for Production of Documents. Century wishes to get a transcript of the expert's deposition (which it does not anticipate receiving until next week) and submit its opposition papers after reviewing that transcript and the additional discovery taken since the School District's motion was briefed and submitted.

7. We consulted with counsel for the Miller Defendants, and we were unable to secure his consent to the granting of this motion.

8. If the Court does not grant this motion, Century (in the alternative) hereby files this document incorporating, in response to the Miller Defendants' motion for summary judgment, the papers it has already filed with the Court (Docket Entry #66 and #68) in opposition to the School District's motion for summary judgment. Century relies on those papers in opposition to the Miller Defendants' motion.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-2-

9. Accordingly, Century respectfully requests a 14-day extension of time to respond to the motion through December 6, 2005

CENTURY CONSULTANTS, LTD.

By: _____
One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ  08543-5315

## PROOF OF SERVICE

I, the undersigned, hereby certify that on November 22, 2005, I filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL  62703

_____
CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-