UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and the SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

**TO:**

Corporate Representative for
Century Consultants, Ltd.
c/o Craig Hilliard
Stark & Stark
P.O. Box 5315
Princeton, NJ 08543-5315

Lance T. Jones
Law Office of Lance T. Jones
100 South Fifth Street
Springfield, IL 62703

Stewart-Haines Court Reporters
700 McAdam Dr
Taylorville, IL 62568

PLEASE TAKE NOTICE that the undersigned will take the deposition of Plaintiff Century Consultants, Ltd., on **February 24, 2006 at 9:00 a.m.** at the offices of Brown, Hay & Stephens, LLP, 205 South Fifth Street, Suite 700, Springfield, Illinois, 62705 before a licensed court reporter, at which time testimony shall be recorded through stenographic means regarding the topics listed in Exhibit A hereto, pursuant to Rule 30(b)(6) of the Code of Civil Procedure.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT NO. 186, Defendant


By:___s/ Robert M. Shupenus___

**ALMON A. MANSON, JR.**
Registration No. 1756761
**ROBERT M. SHUPENUS**
Registration No. 6238096
BROWN, HAY & STEPHENS, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone (217) 544-8491

**PROOF OF SERVICE**

    I, the undersigned, hereby certify that on January 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

David A. Herman (dherman1@gifwinlaw.com)
Giffin, Winning, Cohen & Bodewes, P.C.
P.O. Box 2117
Springfield, IL 62705

Craig S. Hilliard (chilliard@stark-stark.com)
Stark & Stark
P.O. Box 5315
Princeton, NJ 08543-5315

Lance T. Jones (ltj@warpnet.net)
Law Office of Lance T. Jones
100 South Fifth Street
Springfield, IL 62703

                                                s/ Robert M. Shupenus