E-FILED
Tuesday, 07 February, 2006  04:44:45 PM
Clerk, U.S. District Court, ILCD

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **MOTION FOR EXTENSION OF TIME TO SUBMIT POST-HEARING BRIEF ON *DAUBERT* ISSUES** |

**NOW COMES** plaintiff, Century Consultants, Ltd. ("Century"), and for its Motion For an Extension of Time to File its Post-Hearing Brief on the *Daubert* issues heard by the Court at the hearing on January 12, 2006, Century states as follows:

1.      On January 12, 2006, this Court conducted a hearing to take evidence in connection with a pending motion which seeks to bar the testimony of Century's expert witness, Paul Lewis.

2.      Following the hearing, the Court directed that defendant, The Springfield Public School District 186 (the "School District"), submit its Post-Hearing Brief by January 25, 2006, and that Century submit its Brief by February 7, 2006.

3.      The School District sought a one-week extension of this deadline, with Century's consent, because the transcript of the hearing was not delivered until after January 25th.  The

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

Court granted this motion by the School District, and extended the School District's deadline one week to February 1st, and Century's deadline only one day, to February 8th.

4.        Century respectfully requests that it be granted leave to file its Post-Hearing Brief by February 13, 2006, which is essentially the same time period for response established in the Court's initial Text Order entered after the January 12th hearing.   This additional time is necessary because the issues raised on this motion are complex and Century's counsel needs to consult with its expert in connection with the preparation of the Post-Hearing Brief.

5.        This motion is timely filed and is Century's first request for an extension of time.

6.        We consulted with counsel for the School District, and they consent to the granting of this motion.

7.        Accordingly, Century respectfully requests a 5-day extension of time to submit its Post-Hearing Brief through February 13, 2006.

CENTURY CONSULTANTS, LTD.

By: _____
        One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ   08543-5315

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

## PROOF OF SERVICE

I, the undersigned, hereby certify that on February 7, 2006, I filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL   62703

CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-