UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### AMENDED NOTICE OF DEPOSITION

**TO:**

Corporate Representative for
Century Consultants, Ltd.
c/o Craig Hilliard
Stark & Stark
P.O. Box 5315
Princeton, NJ  08543-5315

Lance T. Jones
Law Office of Lance T. Jones
100 South Fifth Street
Springfield, IL  62703

Stewart-Haines Court Reporters
700 McAdam Dr
Taylorville, IL 62568

PLEASE TAKE NOTICE that the undersigned will take the deposition of Plaintiff Century Consultants, Ltd., on **March 10, 2006 at 9:00 a.m. (central time)** via videoconference at Richland Community College, 1 College Park: Schrodt Health Education Center, South Side, Room S182, Decatur, Illinois before a licensed court reporter, at which time testimony shall be recorded through stenographic means regarding the topics listed in Exhibit A hereto, pursuant to Rule 30(b)(6) of the Code of Civil Procedure.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT NO. 186, Defendant


By:_____s/Robert M. Shupenus

**ALMON A. MANSON, JR.**
Registration No. 1756761
**ROBERT M. SHUPENUS**
Registration No. 6238096
BROWN, HAY & STEPHENS, LLP
205 South Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone (217) 544-8491

## **PROOF OF SERVICE**

    I, the undersigned, hereby certify that on March 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

David A. Herman (dherman1@gifwinlaw.com)
Giffin, Winning, Cohen & Bodewes, P.C.
P.O. Box 2117
Springfield, IL 62705

Craig S. Hilliard (chilliard@stark-stark.com)
Stark & Stark
P.O. Box 5315
Princeton, NJ 08543-5315

Lance T. Jones (ltj@warpnet.net)
Law Office of Lance T. Jones
100 South Fifth Street
Springfield, IL 62703

                                                  s/ Robert M. Shupenus

## **EXHIBIT A**

A. All facts which support or relate in any manner to the allegations in the Amended Complaint, including the nature, extent, type and results of all investigations regarding or relating in any manner to the allegations contained therein;

B. Plaintiff's calculation and amount of damages regarding each Count of the Amended Complaint;

C. The development of the Star_Base software that is the subject of Plaintiff's Amended Complaint, including:

   (1) The identity of each person who took part in the development of each part of Star_Base that constitutes Plaintiff's original copyrighted work, together with the substance of their involvement;

   (2) The identity of each person or entity from whom non-original portions of Star_Base were obtained, together with identification and substance of each such portion;

   (3) The identity of each person who took part in obtaining copyright protection for any portion of Star_Base, together with all actions undertaken by each person;

   (4) The factual basis for the allegation in paragraph 13 of the Amended Complaint, which states: "Over the years, Century has invested hundreds of thousands of dollars in the development of its student administration software."

D. The identity of each person who acted on behalf of Plaintiff with respect to Defendant Springfield Public School District No. 186's procurement and/or use of Star_Base, together with the nature and extent of each person's involvement;

E. All facts supporting Plaintiff's allegation in paragraph 19 of the Amended Complaint, which states: "Upon information and belief, this 'new' system became a product known as 'InfoSystems 3', and as alleged below, this product infringes Century's rights in and to the Star_Base programs."

F. All facts supporting Plaintiff's allegation in paragraph 20 of the Amended Complaint that InfoSystems 3 "is precisely the type of system Century licenses to the School District."

G. All facts supporting Plaintiff's allegation in paragraph 20 of the Amended Complaint that:

> "Upon information and belief, the 'demonstration program; is also displayed at trade shows. This 'demonstration program' embodies and reflects elements of the Star_Base software which, as alleged throughout this Complaint, was and is an infringement of Century's copyrights. The mere display of this 'demonstration program' to the general public as a tool to advertise the availability of the InfoSystems 3 product is itself an infringing act under federal copyright laws."

H. All facts supporting Plaintiff's allegation in paragraph 25 of the Amended Complaint that:

> "Upon information and belief, in the course of copying substantial portions of the copyrighted source code, MGI and Miller have not only gained access to the source code, they have physically removed copies of the programs from the licensee's premises for editing off-site."

I. All facts indicating the identity of any third party who learned any trade secret of Plaintiff as a result of any actions or omissions of any defendant, and/or any third party who received any competitive advantage by learning of each such trade secret, together with all damage incurred by Plaintiff as a result.

J. All facts supporting Plaintiff's allegation in paragraph 43 of the Amended Complaint that: "Defendants' conduct was knowing and willful."