E-FILED
Wednesday, 22 March, 2006 04:29:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, and the SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' JOINT MOTION TO AMEND SCHEDULE AND FOR LEAVE TO WITHDRAW PLEADING

**NOW COMES** the Defendants, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), by Brown, Hay & Stephens, LLP, its attorneys, and THE MILLER GROUP, INC. and JOHN G. MILLER (collectively "Miller") by Lance T. Jones, their attorney, and as and for their Motion to Amend Schedule and For Leave to Withdraw Pleading states as follows:

1.   On June 3, 2004, District 186 filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. On September 17, 2004, this Honorable Court entered an Order converting the Rule 12(b)(6) Motion to a Motion for Summary Judgment. On October 8, 2004, District 186 filed its Memorandum in Support of the Motion for Summary Judgment. Miller adopted the Motions filed by District 186.

The converted Motion for Summary Judgment was limited as the parties were, at that time, in the preliminary stages of the discovery process.

2.   Subsequent to this Honorable Court's conversion of the Rule 12(b)(6) Motion to a Motion for Summary Judgment, the parties have concluded all discovery except a supplemental deposition of Plaintiff's Rule 30(b)(6) designee. In that regard, this Honorable Court entered an

Order on January 13, 2006, allowing District 186 and Miller to conduct a supplemental deposition of Plaintiff's Rule 30(b)(6) designee.

As a result of the parties' substantial scheduling conflicts and video teleconferencing issues, District 186 and Miller have, to date, been unable to conduct the supplemental 30(b)(6) deposition. It is, however, anticipated that such deposition will occur on or before April 14, 2006.

3. The final pretrial conference and trial in this matter are presently scheduled for April 3, 2006, and May 2, 2006, respectively. Given the foregoing, District 186 and Miller have not been provided with the opportunity to file a Motion for Summary Judgment upon the close of discovery. The converted Motion for Summary Judgment has not, as of the date hereof, been ruled upon.

4. As a consequence of the foregoing, District 186 and Miller request the following:

A. Entry of an Order allowing District 186 and Miller to withdraw the aforesaid converted Motion for Summary Judgment;

B. Granting District 186 and Miller until April 14, 2006, to conduct the supplemental deposition of Plaintiff's Rule 30(b)(6) designee;

C. Allowing District 186 and Miller until May 31, 2006, to file its Motion for Summary Judgment; and

D. Entry of an Order scheduling a final pretrial conference and trial at dates subsequent to the disposition of District 186's and Miller's Motion for Summary Judgment.

5. Counsel for District 186 and Miller have conferred with Plaintiff's counsel regarding this Motion. Plaintiff has no objection to the relief requested herein.

6.  District 186 requests that its Motion to Amend Schedule and For Leave to Withdraw Pleading previously filed this date be deemed moot and withdrawn.

**WHEREFORE,** SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 and THE MILLER GROUP, INC. and JOHN G. MILLER pray this Honorable Court enter an Order in accordance with the foregoing and for such other and further relief as may be just and equitable.

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By: /s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

**THE MILLER GROUP, INC., Defendant**

By: /s/ Lance T. Jones
Attorney for Defendant
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
Telephone: (217) 523-2000
Facsimile: (217) 523-0132

**JOHN G. MILLER, Defendant**

By: /s/ Lance T. Jones
Attorney for Defendant
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
Telephone: (217) 523-2000
Facsimile: (217) 523-0132

## PROOF OF SERVICE

I, the undersigned, hereby certify that on March 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for Plaintiff:

> David A. Herman
> Giffin, Winning, Cohen & Bodewes, P.C.
> 1 W. Old State Capitol Plaza, Suite 600
> Springfield, IL 62701
> dherman@gifwinlaw.com
>
> Craig S. Hilliard
> Stark & Stark, P.C.
> P.O. Box 5315
> Princeton, NJ 08543-5315
> chilliard@stark-stark.com

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

3/22/2006 4:21 PM\MDB\F:\WORD\District 186\Century\Joint Motion to Amend Schedule'.doc