IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS AMENDED COMPLAINT
PURSUANT TO RULE 12(b)(1)**

**NOW COMES**, Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186") through its counsel, Brown, Hay & Stephens, LLP, and hereby moves this Honorable Court for an Order dismissing the Amended Complaint of Plaintiff, CENTURY CONSULTANTS, LTD. ("Century"), pursuant to Fed.R.Civ.P. 12(b)(1), and in support thereof states:

1. Rule 12(b)(1) of the Federal Rules of Civil Procedure provides that a motion to dismiss is properly brought when the Court lacks jurisdiction to hear a claim before the Court.

2. Rule 12(h)(3) of the Federal Rules of Civil Procedure provides:

> Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action.

3. On April 25, 2006, Century's corporate representative appeared for a second deposition pursuant to Fed.R.Civ.P. 30(b)(6). In that deposition, Century's representative revealed facts indicating that the Court does not have subject matter jurisdiction over Century's claims.

4. District 186 incorporates its Memorandum of Law in support of its Motion to Dismiss Pursuant to Rule 12(b)(1) by reference herein.

WHEREFORE, Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 respectfully requests the Court dismiss the Amended Complaint with prejudice, assess reasonable attorneys' fees against Plaintiff in an amount to be determined upon further hearing, and award all other relief the Court deems proper.

                                      **SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendant,**

                                      By:  /s/Almon A. Manson, Jr.
                                                One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on May 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

/s/ Almon A. Manson, Jr.