## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | Nos. 05-CV-3147 |
| -v- | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

### DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER'S MOTION TO DIMISS AMENDED COMPLAINT PURSUANT TO RULE 12(b)(1)

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and moves this Court for an Order dismissing the Amended Complaint of Plaintiff, CENTURY CONSULTANTS, LTD., pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. In support of this motion, Defendants adopt in total the Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(1) and supporting memorandum filed by the Springfield Public School District 186 (Document Nos. 138 and 139).

WHEREFORE, Defendant, The Miller Group and John G. Miller respectfully requests the Court to dismiss the Amended Complaint with prejudice, assess reasonable attorneys' fees against Plaintiff in an amount to be determined upon further hearing, and award all other relief the Court deems proper.

                                                Respectfully Submitted,
                                                S/LANCE T. JONES
                                                Attorney for The Miller Group, Inc. and
                                                John G. Miller, Defendants

Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL 62563
(217) 725-5011

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 3, 2006, I electronically filed Defendants foregoing Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(1) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL 62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ 08543-5315
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants
Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL 62563
Ph. No.: (217) 725-5011
Email: jones.lance@insightbb.com