UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | Nos. 05-CV-3147 |
| -v- | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESSES AND PHONE NUMBER FOR ATTORNEY LANCE T. JONES, LAW OFFICE OF LANCE T. JONES**

**NOW COMES**, Lance T. Jones, Law Office of Lance T. Jones, attorney of record for Defendants, The Miller Group, Inc. and John G. Miller, and hereby provides notice that his addresses and phone numbers have changed as follows:

Lance T. Jones
Law Office of Lance T. Jones
356 N.Walnut St.
Rochester, IL 62563
(217) 725-5011
jones.lance@insightbb.com

PLEASE TAKE NOTICE of the changes noted above.

Respectfully Submitted,
S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants

Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL 62563
(217) 725-5011
jones.lance@insightbb.com

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on May 3, 2006, I electronically filed the foregoing Notice of Change of Addresses and Phone Number of Attorney Lance T. Jones, Law Office of Lance T. Jones with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

      S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants
Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL  62563
Ph. No.: (217) 725-5011
Email: jones.lance@insightbb.com