E-FILED
Friday, 26 May, 2006 04:38:20 PM

**CONFIDENTIALITY NOTICE**

The information, data, and drawings contained herein are to be held confidentially and not disclosed to any third party without the express written permission of PG Lewis & Associates, LLC. By accepting this information, the recipient agrees to these ms and conditions. Should the recipient distribute this information without the permission of or against the will of PG Lewis & Associates, LLC, it is agreed that damages of US$100,000.00 will be paid as remuneration for this work.

# Application Analysis

## Century Consultants, Ltd. V. The Miller Group, et al
### Case No. 03-CV-3105

**May 29, 2003**



P.G. Lewis & Associates LLC
DATA FORENSICS

*Prepared by:*
**Paul G. Lewis**
pglewis@pglewis.com

***PG Lewis & Associates, LLC***
34 Main Street – Second Floor
Clinton, NJ 08809
Tel. 908-730-8180 x140
Fax 908-735-8130
www.PGLewis.com

© 2003. PG Lewis & Associates, LLC

P.G. Lewis Associates
DATA FORENSICS



**EXHIBIT**
MILLER 16
10-19-04  JB

*Confidential*

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**Analysis of SkdMassDetail.php taken from the Springfield School System**

PGLA analyzed the file SkdMassDetail.php taken from the Springfield School System. The code was analyzed to determine if any calls were made to tables that exist within the Century application.

| | |
|---|---|
| $curyr=GetSysYear();<br>$cknext="select distinct a.start_yy from course a, config b<br>    where (a.start_yy > b.year and a.start_yy < '50')";<br>    $ckdb=DBQuery($cknext); | In this example, the IS3 code makes a direct reference to the table course developed by Century.  The call accesses the field start_yy. |
| $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";<br>    $ckdb=DBQuery($cklock); | In this example, the IS3 code makes a direct reference to the table sch_base developed by Century.  The call accesses |
| $delpri="delete sched_stu where school = '$sch'<br>    and (student_id = '$a_stu' or '$a_stu' = 'ALL')";<br>    $db=DBQuery($delpri); | IS3 makes a reference to table fields belonging to Century. |
| $delcount="select a.class_cd, a.section, count(*) seatcnt<br>from stu_sche a, stu_sch b<br>where a.start_yy = '$year'<br>and a.start_yy=b.start_yy<br>and a.school = '$sch'<br>and b.school=a.school<br>and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')<br>and b.student_id(+)=a.student_id<br>and (b.grade='$grade' or '$grade' is null)<br>group by class_cd, section";<br>    $cntdb=DBQuery($delcount); | IS3 access the tables stu_sch and stu_sche belonging to Century. |
| from stu_ste_head a, stu_ste_xact b, stu_sche c<br>    where a.start_yy = '$year'<br>    and a.school = '$sch'<br>    and a.student_id = '$a_stu'<br>    and a.seq_number = b.seq_number<br>    and a.start_yy = c.start_yy<br>    and a.school = c.school<br>    and a.student_id = c.student_id<br>    and b.class_cd = c.class_cd<br>    and b.section = c.section<br>    and c.active_cd = 'A'";<br>    $attdb=DBQuery($ckforatt); | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head.  The actual fields accessed are highlighted. |
| $ckstc="select count(*) cnt from stu_ste_xact<br>    where seq_number = '$sq'<br>    and effective_date= '$dt'<br>    and class_cd = '$cl'<br>    and section = '$sc'<br>    and sub_section = '$sb'<br>    and period = '$pd'"; | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head.  The actual fields accessed are highlighted. |
| $insstc="insert into stu_ste_xact (<br>SEQ_NUMBER,TRANSACTION_DATE,<br>TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD,<br>SECTION,<br>SUB_SECTION,PERIOD,SEMESTER,DAYS) | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head.  The actual fields accessed are highlighted. |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | |
|---|---|
| ```
$updseat="update sect
    set AVAI_SEATS = avai_seats + '$seats',
        ASSI_SEATS = assi_seats - '$seats'
    where START_YY = '$year'
    and SCHOOL = '$sch'
    and CLASS_ID = '$cls'
    and SECTION = '$sect'";
$upddb=DBQuery($updseat);
//echo "<BR>updseats=".$updseat;
    }
    $delsched="delete sched a where a.START_YY = '$year'
    and a.SCHOOL = '$sch'
    and (a.STUDENT_ID = '$a_stu' or '$a_stu' = 'ALL')
    and a.STUDENT_ID = (select b.STUDENT_ID
        from STU_SCH b
        where b.START_YY = a.START_YY
        and b.SCHOOL = a.SCHOOL
        and b.STUDENT_ID = a.STUDENT_ID
        and (b.GRADE = '$grade' or '$grade' is null))";
$db=DBQuery($delsched);
//echo "<BR>sql= ".$delsched;
$delmeet="delete s_meet a where a.START_YY = '$year'
    and a.SCHOOL = '$sch'
    and (a.STUDENT_ID = '$a_stu' or '$a_stu' = 'ALL')
    and a.STUDENT_ID = (select b.student_id
        from STU_SCH b
        where b.START_YY = a.START_YY
        and b.SCHOOL = a.SCHOOL
        and b.STUDENT_ID = a.STUDENT_ID
        and (b.GRADE = '$grade' or '$grade' is null))";
``` | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste_Xact, Stu_Ste_Head. The actual fields accessed are highlighted. |
| ```
$getcnt="select count(*) cnt
    from STU_SCH a
    where a.START_YY = '$year'
    and a.SCHOOL = '$sch'
    and (a.GRADE = '$grade' or '$grade' is null)
    and (a.STUDENT_ID = '$a_stu' or '$a_stu' = 'ALL')
    and a.ACTIVE in ('A','R')";
``` | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |
| ```
$insertrun="insert into sched_run ( ID, TYPE_OF_SCHED,
SCHOOL, START_YY, PARTIALS_OR_COMPLETES,
    TIME_LIMIT, TOT_STU, STX_SCHED_FLAG,
ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE,
    SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY,
IGN_ALTERNATES, BALANCE_BY_SEMESTER,
    LINKED_COURSES, SPMN, SCHED_START_TIME,
STUDENT_ID)
    values
('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N','N',
'1','MTWRF','$cluster','N','N','N','N','ALL',
    '37581','$a_stu')";
``` | IS3's call to run parameter names are the same as Century's.  In particular, notice the name "SPMN", which according to Century is an abbreviation for "Seconds Past Midnight."  It is extremely unlikely that another developer would invent the same abbreviation. |
| ```
$gettemp="select a.START_YY, a.SCHOOL, a.STUDENT_ID, a.GRADE,
b.LAST_NAME, b.FIRST_NAME
    from STU_SCH a, students b
    where a.START_YY = '$year'
    and a.SCHOOL = '$sch'
    and (a.GRADE = '$grade' or '$grade' is null)
    and a.STUDENT_ID = '$a_stu'
    and a.ACTIVE in ('A','R')
    and a.STUDENT_ID = b.STUDENT_ID
    order by 2";
``` | IS3 makes direct reference to the Century tables stu_sch and manipulates data within the table. |
| ```
$getname="SELECT LAST_NAME, FIRST_NAME
    FROM STUDENTS
    WHERE STUDENT_ID = '$a_stu'";
$nmdb=DBQuery($getname);
$namedata=DBReturn($nmdb, $cnt);
$ckforatt="select count(*) cnt from STU_STE_HEAD
``` | IS3 makes direct reference to a table named "students."  The table "students" compares exactly with the Century table "sbase".  The |

P.G. Lewis & Associates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | |
|---|---|
| ```<br>    where start_yy = '$year'<br>      and school = '$sch'';<br>  $ckdb=DBQuery($ckforatt);<br>  $ckdata=DBReturn($ckdb,$cnt);<br>  if($ckdata[1]['CNT'] > 0)<br>  {<br>  $getseq="select seq_number from stu_stc_head<br>    where start_yy = '$year'<br>      and school = '$sch'<br>      and student_id = '$a_stu'";<br>  $getdb=DBQuery($getseq);<br>``` | Select from stu_stc_head matches the Century code. |
| ```<br>$ins="insert into stu_stc_head (seq_number, start_yy, school,<br>student_id)<br>    values ('$nextid', '$year','$sch','$a_stu')";<br>  $insdb=DBQuery($ins);<br>  }<br>  $getcrs="select a.class_cd, a.section, b.sub_section, b.period,<br>    decode(c.semester,'',b.semester,c.semester) semester,<br>    decode(c.days,'',b.days,c.days) days<br>    from stu_sch a, meets b, stc_meet c<br>    where a.start_yy = '$year'<br>      and a.school = '$sch'<br>      and a.student_id = '$a_stu'<br>      and a.start_yy = b.start_yy<br>      and a.school = b.school<br>      and a.class_cd = b.class_cd<br>      and a.section = b.section<br>      and a.start_yy = c.start_yy (+)<br>      and a.school = c.school (+)<br>      and a.student_id = c.student_id (+)<br>      and a.class_cd = c.class_cd (+)<br>      and a.section = c.section (+)";<br>``` | IS3 makes direct reference to the Century tables. "Insert into stu_stc_head" matches the Century code. |
| ```<br>$ckins="select count(*) cnt from stu_stc_xact<br>    where seq_number = '$nextid'<br>      and class_cd = '$cls'<br>      and section = '$sect'<br>      and sub_section = '$subsect'<br>      and period = '$prd'";<br>  $ckdb=DBQuery($ckins);<br>``` | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Comparison of SkdMassDetail between Springfield and IS3 Data Set 2

We are of the opinion, to a reasonable degree of certainty, that IS3 has copied the Century Star_Base table and field structures in the version of the software installed at the Springfield School District. However, The Miller Group apparently claims that the software installed at the Springfield School District is not the same software that it sells to other school districts.

PGLA decided to compare the SkdMassDetail file from the Springfield School District and the version contained in Data Set 2. Of immediate concern was the fact that the version from Data Set 2 shows a file modification date of May 14, 2003. This indicates that the file was last edited on May 14 – well after the demand was made for The Miller Group to produce the source codes for IS3 in discovery.

PGLA immediately found that the 5-14-03 version of SkdMassDetail was extremely similar to the Springfield version. We realized that the primary difference was that of the table and field names. In our opinion, The Miller Group executed a "search-and-replace" on the file in an attempt to change the naming structures. PGLA compared the source code listed in the previous section to the source code of the "new" IS3 application as it was modified shortly after the court entered a temporary restraining order.

| Springfield Version | 5-14-03 Version | Comments |
|---|---|---|
| `.curyr=GetSysYear();`<br>`$cknext="select distinct a.start_yy from course a, config b`<br>`   where (a.start_yy > b.year and a.start_yy < '50')";`<br>`$ckdb=DBQuery($cknext);` | `$curyr=GetSysYear();`<br>`$cknext="select distinct a.SYEAR from COURSES a, config b`<br>`   where (A.SYEAR > B.SYEAR and A.SYEAR < '50') ";`<br>`$ckdb=DBQuery($cknext);` | The Miller Group performed a "search-and-replace" on the 5-14-03 version of SkdMassDetail. In this example, "start_yy" was replaced with "SYEAR"; and "course" is replaced with "COURSES." Note that Miller Group uses all capital letters on the replacement. |
| `$cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";` | `$cklock="select sched_lock_date AS lock_date from SCHOOLS where school = '$sch'";` | "school" becomes "SCHOOLS." |
| `$delpri="delete sched_stu where school = '$sch'`<br>`   and (student_id = '$a_stu' or '$a_stu' = 'ALL')";`<br>`$db=DBQuery($delpri);` | `$delpri="delete from sched_stu where school='$sch' and (student_id='$a_stu' or '$a_stu'='ALL') ";`<br>`$db=DBQuery($delpri);` | No changes. |
| `$delcount="select a.class_cd, a.section, count(*) seatcnt from stu_sche a, stu_sch b where a.start_yy = '$year' and a.start_yy=b.start_yy and a.school = '$sch' and b.school=a.school and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and b.student_id(+)=a.student_id and (b.grade='$grade' or '$grade' is null) group by class_cd, section";`<br>`$cntdb=DBQuery($delcount);` | `$delcount="select a.CRS_NUM, a.CRS_SEG, count(*) AS seatcnt from STU_SCHEDULE a LEFT OUTER JOIN STU_SCHOOL_MEETS b ON (a.student_id = b.student_id) where a.SYEAR = '$year' and a.SYEAR=b.SYEAR and a.school = '$sch' and b.school=a.school and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') ";` | "class_cd" becomes "CRS_NUM."<br>"count" becomes "CRS_SEG."<br>"stu_sche" becomes "STU_SCHEDULE."<br>"stu_sch" becomes "STU_SCHOOL_MEETS." |

| | | |
|---|---|---|
| ```om stu_sched head a, stu_stc_xact b, stu_sche c
  where a.start_yy = '$year'
    and a.school = '$sch'
    and a.student_id = '$a_stu'
    and a.seq_number = b.seq_number
    and a.start_yy = c.start_yy
    and a.school = c.school
    and a.student_id = c.student_id
    and b.class_cd = c.class_cd
    and b.section = c.section
    and c.active_cd = 'A';
$attdb=DBQuery($ckforatt);``` | ```from stu_sched_list a, stu_list_act b,
STU_SCHEDULE c
  where a.SYEAR = '$year'
    and a.school = '$sch'
    and a.ID = b.ID
    and a.SYEAR = c.SYEAR
    and a.school = c.school
    and a.student_id = c.student_id
    and b.CRS_NUM = c.CRS_NUM
    and b.CRS_SEG = c.CRS_SEG
    and c.active_cd = 'A';
$attdb=DBQuery($ckforatt);``` | "stu_stc_head" becomes "stu_sched_list."
"stu_stc_xact" becomes "stu_list_act."
"stu_sche" becomes "STU_SCHEDULE." |
| ```$ckstc="select count(*) cnt from stu_stc_xact
  where seq_number = '$sq'
    and effective_date= '$dt'
    and class_cd = '$cl'
    and class_cd = '$sc'
    and sub_section = '$sb'
    and period = '$pd'";``` | ```$ckstc="select count(*) AS cnt from
stu_list_act
  where ID = '$sq'
    and effective_date= '$dt'
    and CRS_NUM = '$cl'
    and CRS_SEG = '$sc'
    and CRS_SLICE = '$sb'
    and period = '$pd'";``` | "stu_stc_xact" becomes "stu_list_act."
"seq_number" becomes "ID."
"class_cd" becomes "CRS_NUM"
"section" becomes "CRS_SEG"
"sub_section" becomes "CRS_SLICE."
Note that "period" was not changed, and remains in lower case. |
| ```$insstc="insert into stu_stc_xact (
SEQ_NUMBER,TRANSACTION_DATE,
TRANSACTION_TYPE,EFFECTIVE_DATE,CL
ASS_CD,SECTION,
SUB_SECTION,PERIOD,SEMESTER,DAYS)``` | ```$insstc="insert into stu_list_act
(ID,TRANSACTION_DATE,TRANSACTION
TYPE,EFFECTIVE_DATE,CRS_NUM,CRS
SEG
,CRS_SLICE,PERIOD,SEMESTER,DAYS)``` | "seq_number" becomes "ID."
"class_cd" becomes "CRS_NUM."
"section" becomes "CRS_SEG"
"sub_section" becomes "CRS_SLICE." |
| ```$updseat="update sect
    set AVAI_SEATS = avai_seats +
'$seats',
        ASSI_SEATS = assi_seats - '$seats'
    where start_yy = '$year'
    and school = '$sch'
    and class_cd = '$cls'
    and section = '$sect'";
    $upddb=DBQuery($updseat);
//echo "<BR>updseats=".$updseat;
    }
    $delsched="delete sched a where
a.start_yy = '$year'
    and a.school = '$sch'
    and (a.student_id = '$a_stu' or $a_stu
= 'ALL')
    and a.student_id = (select b.student_id
        from stu_sch b
        where b.start_yy = a.start_yy
        and b.school = a.school
        and b.student_id = a.student_id
        and (b.grade = '$grade' or
'$grade' is null))";
    $db=DBQuery($delsched);
//echo "<BR>sql= ".$delsched;
    $delmeet="delete s_meet a where
a.start_yy = '$year'
    and a.school = '$sch'
    and (a.student_id = '$a_stu' or $a_stu
= 'ALL')
    and a.student_id = (select b.student_id
        from stu_sch b
        where b.start_yy = a.start_yy
        and b.school = a.school``` | ```$updseat="update COURSE_SECTION
    set AVAI_SEATS = avai_seats + '$seats',
    ASSI_SEATS = assi_seats - '$seats'
    where SYEAR = '$year'
    and school = '$sch'
    and CRS_NUM = '$cls'
    and CRS_SEG = '$sect'";
    $upddb=DBQuery($updseat);
    }
    $delsched="delete from STU_SCHEDULE
where SYEAR = '$year'
    and school = '$sch'
    and (student_id = '$a_stu'
    or '$a_stu' = 'ALL')
    and student_id IN (select student_id
    from STU_SCHOOL_MEETS
    where SYEAR = '$year'
    and school = '$sch' ";
    if (!empty($grade)) {
    $delsched.=" and grade = '$grade' ";
    }
    $delsched.=" )";
    $db=DBQuery($delsched);
//echo "<BR>sql= ".$delsched;
    $delmeet="delete from
COURSE_SPECIAL_MEETS where SYEAR
= '$year'
    and school = '$sch'
    and (student_id = '$a_stu' or '$a_stu' =
'ALL')
    and student_id IN (select student_id
    from STU_SCHOOL_MEETS
    where SYEAR = '$year'
    and school = '$sch' ";``` | "sect" becomes "COURSE_SECTION."
"class_cd" becomes "CRS_NUM."
"section" becomes "CRS_SEG"
"sched" becomes "STU_SCHEDULE."
"start_yy" becomes "SYEAR"
"s_meet" becomes "COURSE_SPECIAL_MEETS"
"stu_sch" becomes "STU_SCHOOL_MEETS" |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| and b.student_id = a.student_id and (b.grade = '$grade' or '$grade' is null)"; | if (!empty($grade)) { $delmeet.=" and grade = '$grade'"; | |
| $getcnt="select count(*) cnt from stu_sch a where a.start_yy = '$year' and a.school = '$sch' and (a.grade = '$grade' or '$grade' is null) and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and a.active in ('A','R')"; | $getcnt="select count(*) AS cnt from STU_SCHOOL_MEETS a where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) { $getcnt.=" and a.grade = '$grade' "; } $getcnt.=" and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and a.active in ('A','R')"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, START_YY, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N','1','MTWRF','$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, SYEAR, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N','1','MTWRF','$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | Notice that the variable name SPMN remains in the modified IS3 code. |
| $gettemp="select a.start_yy, a.school, student_id, a.grade, b.last_name, b.first_name from stu_sch a, students b where a.start_yy = '$year' and a.school = '$sch' and (a.grade = '$grade' or '$grade' is null) and a.student_id = '$a_stu' and a.active in ('A','R') and a.student_id = b.student_id order by 2"; | $gettemp="select a.SYEAR, a.school, a.student_id, a.grade, b.last_name, b.first_name from STU_SCHOOL_MEETS a, students b where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) { $gettemp.=" and a.grade = '$grade' "; } $gettemp.=" and a.student_id = '$a_stu' and a.active in ('A','R') and a.student_id = b.student_id order by 2"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $getname="SELECT LAST_NAME, FIRST_NAME FROM STUDENTS WHERE STUDENT_ID = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) cnt from stu_stc_head where start_yy = '$year' and school = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); if($ckdata[1]['CNT'] > 0) { $getseq="select seq_number from stu_stc_head where start_yy = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | $getname="SELECT LAST_NAME, FIRST_NAME FROM STUDENTS WHERE STUDENT_ID = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) AS cnt from stu_sched_list where SYEAR = '$year' and school = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); if($ckdata[1]['CNT'] > 0) { $getseq="select ID from stu_sched_list where SYEAR = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | "start_yy" becomes "SYEAR" "stu_stc_head" becomes "stu_sched_list" |

P.G. Lewis & Associates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Comparison of SkdMassDetail between Springfield and IS3 Data Set 2 (continued)

What is significant is that it appears as though The Miller Group haphazardly executed multiple "search-and-replace" commands to globally modify the field names. The Miller Group in many cases actually chose a field name that is "longer" than its previous counterpart.    A longer field name requires additional memory and will cause the application to run slightly slower, thereby being less efficient.

Additionally, most of the modified fields appear in uppercase capital letters. It is possible that the user had the caps lock key depressed or simply chose to use capital letters, but in either event, the use of upper case capital letters highlights the recent modifications made to the source code.

In our opinion, the only purpose of these modifications was to hide the fact that many Star_Base tables and field names were used in the IS3 application. By executing a global "search-and-replace" command, it is possible to change every instance of a certain character string across multiple files.    This could answer why so many files were modified between the date of May 9, 2003, and May 14, 2003.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**Scheduler Database Comparison**

The database tables used by the scheduler for both Star_Base and IS3 were compared. The associated tables were then examined at two levels.

**Scheduler Schema Comparison**

At the higher level, the DB schemas from both solutions are compared. The relationships between the tables are constructed based on the SQL files provided by both vendors. The schema generation SQL file provided by IS3 only includes table creation statements; the relationship creation portion of the SQL file is missing, which is odd since the two sections are technically inseparable. Because of that, the relationships of the tables are "reconstructed" based on common "best practices" of database design and the information presented by the tables. The reconstruction should be precise unless any important tables were not included in the SQL files provided by The Miller Group. PGLA requested the actual IS3 schema from The Miller Group, but it was never provided.

The same approach was then used to determine the Star_Base schema.

The two reconstructed schemas look very similar. The key comparison points are listed in the table following the two Entity-Relation (ER) diagrams.

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

Star  Base ER diagram used by the scheduler:



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

IS3 ER diagram used by the scheduler:



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                                    *May 29, 2003*

### Description of Schema Similarities
The schema for IS3 was compared to the schema for Star_Base. The associated findings are listed in the table below.

| Comparison Point | Star_Base | IS3 | Notes |
|---|---|---|---|
| Common key fields | START_YY (varchar(2)) | SYEAR (varchar(4)) | Other than the "START_YY" and "SYEAR" fields, the other three common key fields have very similar names and the identical field length. |
| | SCHOOL (varchar(4)) | SCHOOL (varchar(4) | |
| | CLASS_CD (varchar(10)) | CRS_NUM (varchar(10)) | |
| | STUDENT_ID (varchar(10)) | STUDENT_ID (varchar(10)) | |
| Parent tables | SCH_BASE | SCHOOLS | The fields of "SCH_BASE" and "SYEAR" are almost identical. The same is true for "AHS_STU" and "STUDENTS". The minor difference is that the Star_Base schema uses a mediator table called CRLINKS, which combined with AHS_CRS and the fields are very similar to those in the "COURSES" table in the IS3 schema. |
| | CRLINK—AHS_CRS | COURSES | |
| | AHS_STU | STUDENTS | |
| School-Semester Relationship | SCH_BASE is the parent table of SEMESTER. The "school" field (varchar(4)) is used as the foreign key. | SCHOOL is the parent table of SEMESTER, the "school" field (varchar(4)) is the foreign key. | The relationships are identical. |
| School-Course Relationship | SCH_BASE is the parent of CRLINKS, which in turn has a one-to-to identified relationship with AHS_CRS. The "school" field is the foreign key. | SCH_BASE is the parent of COURSES. | The one-to-one identified combination of CRLINKS and AHS_CRS has similar fields to the table "COURSES." This separation of the common parent keys from an entity table to form a small link table and use the link table as the parent table for a set of tables is a very common practice in DB design. From a DB designer's point of view, the combination of CRLINKS and AHS_CRS is logically identical to the "COURSES" table. In fact, they represent the same business entity—a course of a school at a certain year. |
| Courses-Student-to Student Schedule Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_SCHE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_SCHE relationship, STUDENT_ID is the foreign key. | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – GRD_STU_SCHE relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one-to-many STUDENT-GRD_STU_SCHE relationship, STUDENT_ID is the foreign key. | The relationships are identical. |
| Courses-Student-to Schedule Request Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_REQ relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – STU_SCHEDULE_REQS relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one- | The relationships are identical. |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| | AHS_STU-STU_REQ relationship, STUDENT_ID is the foreign key. | to-many STUDENT-STU_SCHEDULE_REQS relationship, STUDENT_ID is the foreign key. | |
| Courses–Student to Course Section | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-SECTION relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-SECTION relationship, STUDENT_ID is the foreign key.<br><br>CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-COURSE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-COURSE relationship, STUDENT_ID is the foreign key. | An intermediate table STU_SCHED is used as the child table of both COURSES and STUDENTS. For the COURSES-STU_SCHED table, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the STUDENTS-STU_SCHED, STUDENT_ID is the foreign key. The intermediate table STU_SCHED is then used as the parent to COURSE_SECTION table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_SECTION being one of them. |
| Courses–Student Meetings | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_MEET relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_MEET relationship, STUDENT_ID is the foreign key. | The intermediate table STU_SCHED is used to extract the foreign keys. STU_SCHED is then used as the parent to COURSE_MEET table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_MEET being one of them. |

*\* Confidential – Attorneys Eyes Only*

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**Table By Table Comparison**
PGLA proceeded to identify similarities between the tables of the Star_Base and IS3 applications. The following sections illustrate our findings.

**SCH_BASE and SCHOOLS**
The Star_Base application contains a table labeled "SCH_BASE" and the IS3 application contains a very similar table labeled "schools". The details of each table are listed below. Notice that many fields and their associated length are identical.

| Star_Base SCH_BASE | | | IS3 SCHOOLS | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| NAME | varchar | 40 | name | varchar | 40 |
| ADDRESS1 | varchar | 30 | address1 | varchar | 30 |
| ADDRESS2 | varchar | 30 | address2 | varchar | 30 |
| ZIPCODE | varchar | 6 | zipcode | varchar | 6 |
| PRINCIPAL | varchar | 30 | principal | varchar | 30 |
| PASSWORD | varchar | 3 | password | varchar | 3 |
| DISTRICT | varchar | 4 | district | varchar | 4 |
| AREA_CODE | int | 4 | area_code | numeric | 5 |
| TELEPHONE | int | 4 | telephone | numeric | 5 |
| STX_SCHED_FLAG | varchar | 1 | sched_flag | varchar | 1 |
| STX_DEMO_FLAG | varchar | 1 | demo_flag | varchar | 1 |
| START_PERIOD_1 | varchar | 2 | in_session | varchar | 10 |
| END_PERIOD_1 | varchar | 2 | lock_flag | varchar | 1 |
| START_PERIOD_2 | varchar | 2 | state_schl_code | varchar | 14 |
| END_PERIOD_2 | varchar | 2 | override_slots | varchar | 1 |
| START_PERIOD_3 | varchar | 2 | sched_lock_date | datetime | 8 |
| END_PERIOD_3 | varchar | 2 | calendar_code | varchar | 4 |
| START_PERIOD_4 | varchar | 2 | display_forms | varchar | 1 |
| END_PERIOD_4 | varchar | 2 | school_type | varchar | 4 |
| DAYS | varchar | 10 | | | |
| LOCK_FLAG | varchar | 1 | | | |
| TYPE_GRADE | varchar | 1 | | | |
| TRACK_CODE | varchar | 4 | | | |
| MINUTES_WEEK | int | 4 | | | |
| STATE_SCHL_CODE | varchar | 14 | | | |
| OVERRIDE_SEATS | varchar | 1 | | | |
| SCHOOL_TYPE | varchar | 1 | | | |
| SCHED_CHG_NOTEPAD | varchar | 1 | | | |
| ADD_AUX | varchar | 1 | | | |
| ADD_SCHED | varchar | 1 | | | |
| ADD_REQ | varchar | 1 | | | |
| ADD_MED | varchar | 1 | | | |
| LOCK_DATE | datetime | 8 | | | |
| AUDIT_FLAG | varchar | 1 | | | |
| CONSEC_CLR_DATE | datetime | 8 | | | |
| PCC_LOCK_FLAG | varchar | 1 | | | |
| LOCKER_ROTATION | varchar | 1 | | | |
| S_TYPE | varchar | 4 | | | |

P.G. Lewis Associates LLC
DATA FORENSICS

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### STU_SCHE and GRD_STU_SCHE

Notice the almost identical fields. The "CLASS_CD" fields in STU_SCHE maps to "CRS_NUM" in GRD_STU_SCHE table, not the "CLASS_CD" fields. The length of the fields indicates that.

| Star_Base STU_SCHE | | | IS3 GRD_STU_SCHE | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| CLASS_CD | varchar | 6 | class_cd | varchar | 6 |
| [SECTION] | varchar | 3 | [section] | varchar | 3 |
| LOCK_FLAG | varchar | 1 | lock_flag | varchar | 1 |
| PRIM_ALT_CD | varchar | 1 | prim_alt_cd | varchar | 1 |
| LETTER_NUMBER | int | 4 | letter_number | numeric | 5 |
| YTD_ABS | int | 4 | ytd_abs | numeric | 5 |
| YTD_TDY | int | 4 | ytd_tdy | numeric | 5 |
| ACTIVE_CD | varchar | 1 | active_cd | varchar | 1 |
| ATT_FIXED_CRED | int | 4 | att_fixed_cred | decimal | 5 |
| SUPP_SPEECH | varchar | 1 | | | |
| QBE_CODE | varchar | 2 | | | |
| FUND_PRGCD | int | 4 | | | |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### SX_PRI and SCHED_STU

Notice that the two tables are identical.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| GRADE | varchar | 2 | grade | varchar | 2 |
| SPMN | varchar | 5 | spmn | varchar | 5 |
| REQPRI | varchar | 1 | reqpri | varchar | 1 |
| SEX | varchar | 1 | sex | varchar | 1 |
| ETHNIC | varchar | 2 | ethnic | varchar | 2 |
| SCHPRI | varchar | 2 | schpri | varchar | 2 |
| CONFLICT | varchar | 1 | conflict | varchar | 1 |
| HOLD_SEX | varchar | 1 | hold_sex | varchar | 1 |
| HOLD_GRADE | varchar | 2 | hold_grade | varchar | 2 |
| CLUSTER_CODE | varchar | 2 | cluster_code | varchar | 2 |
| START_PERIOD | varchar | 2 | start_period | varchar | 2 |
| END_PERIOD | varchar | 2 | end_period | varchar | 2 |
| HAS_REQUESTS | varchar | 1 | has_requests | varchar | 1 |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

*sched_student_results and stu_head*

Notice almost identical fields are defined to store the student schedule results.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| PRIORITY_EXT | varchar | 1 | conflict_status | varchar | 1 |
| CONFLICT_CD | varchar | 1 | sched_code | varchar | 1 |
| CHANGE_DATE | datetime | 8 | change_date | datetime | 8 |
| REPRINT_FLAG | varchar | 1 | | | |
| REPRINT_CODE | varchar | 1 | | | |

**Database Comparison Conclusion**

The comparison of the two databases is confined to the tables used by the student request scheduling logic. The reconstructed DB schema relationship diagrams look substantially similar. At the individual table level, the field names, as well as the length of those fields of several tables are strikingly similar.

P.G. Lewis Associates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Code comparison

### Flow diagram

Following diagram depicts the logic flow used by scheduler in both IS3 and Star_Base. The two logic flows are substantially similar. Function names used by IS3 are also substantially similar to those in Star_Base.









Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### SQL statements

Following is the SQL statements used in *student_to_scheduler* in IS3 and Star_Base.
Aside from the fact that they share the same name, they are almost identical. As stated
above, the underlying table schema of *sched_stu* and *sx_pri* are identical.

| IS3 | Star_Base |
|---|---|
| *SQL used for Student_to_scheduler in main.c* | *SQL used for student_to_scheduler in schedule.c* |
| SELECT student_id, grade, "<br> reqpri, sex,<br>ethnic, schpri,<br>coalesce(conflict,'M') AS conflict,<br>hold_sex, hold_grade,<br>coalesce(cluster_code,'1') AS house_code,<br>start_period, end_period,<br>has_requests,<br>to_char(to_number(end_period,'99') + 1,'99') AS EP<br>FROM sched_stu<br>WHERE school = :wschool1<char[4]> and<br>(spmn = :spmn2<char[5]> OR :spmn3<char[5]> = 'ALL') and<br>(student_id<br>=single_student_id4<char[10]> OR "<br>    " :single_student_id5<char[10]> = 'ALL') and "<br>(conflict is null OR conflict = '') "<br> ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); | select nvl(student_id,' ') ,nvl(grade,' ')<br>,nvl(reqpri,' ') ,nvl(sex,' ') ,<br>nvl(ethnic,' ') ,nvl(schpri,' ') ,<br>nvl(conflict,' ') ,nvl(hold_sex,' ') ,<br>nvl(hold_grade,' ') ,<br>nvl(cluster_code,' ')<br><br>nvl(start_period,' ') ,nvl(end_period,' '),<br>nvl(has_requests,' '),<br>nvl(to_number((to_number(end_period)+1)),0)<br><br>from sxpri<br>where (((school=:b0 and<br>(spmn=:b1 or :b1='ALL'))<br>and<br><br>(student_id=:b3 or :b\<br>3='ALL')) and<br><br><br>conflict is null )<br>order by grade,reqpri desc ,sex,ethnic,schpri\<br>desc ,student_id |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

### Similarities in code and status code used

The following tables list two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. A conflict status code determines how the program handles various responses to a condition.
*Note: C++ is a later evolution of C.*

| IS3 | Star_Base |
|---|---|
| *main.cc*<br><br>*code=curstu.build();*<br>　*if (code == ALL_REQUESTS ||*<br>　*(code == PARTIAL_REQUESTS &&*<br>*env.partials_or_completes=="P")) {*<br>　*curstu.insert_sched(env,db);*<br>　*}*<br>　*if (code == ALL_REQUESTS) {*<br>　*total_completes++;  conflict='C';*<br>　*} else if (code ==*<br>*PARTIAL_REQUESTS) {*<br>　*total_partials++;  conflict='P';*<br>　*} else if (code == NO_REQUESTS) {*<br>　*total_irresolvables++;  conflict='I';*<br>　*}* | *schedule.c*<br><br>build_bit_box(tot_pds);<br>schedflag = set_course();  /* Build student schedule, return conflict code */<br>switch(schedflag)<br>　{ case 1:<br>　　wpflag = check_con();        /* get conflict cd (schedprc.c) */<br>　　if(wpflag == 'I') break;<br>　　post_sched();  /* insert schedule/update seat cnts (posttbl.pc) */<br>　　break;<br>　case 2:<br>　　wpflag = 'C';    break;<br>　case -3:<br>　　wpflag = 'I';  break;<br>　　case -2:<br>　　wpflag = 'P';  post_sched();<br>　　break;<br>　case -1:<br>　　wpflag = 'I';<br>　post_sched(); break; default: break; }<br>next_student:<br>switch (wpflag)/* Update scheduling stats*/<br>　{ case 'C': total_completes++; break;<br>　case 'P' : total_partials++; break;<br>　case 'T' : total_timeouts++; break;<br>　case 'I' : total_irresolvables++; break;<br>　case 'N' : total_no_requests++;<br>　　　break;<br>　default : printf("UNKNOWN Status");<br>　　break; } |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                    *May 29, 2003*

### Summary of Findings –

### Modified Files
The Miller Group modified at least 346 files between May 9, 2003, and May 14, 2003. The modifications clearly appear to be a deliberate attempt to alter variable, table, and field names so that they are not identical to the same names originally assigned by Century Consultants.

Further, it appears as though The Miller Group forgot to modify the Scheduler application. Many of the variable names map directly to the Century code. The Miller Group attempted to fix this problem by suddenly offering a new version of the Scheduler application and stating that the version originally sent was the "wrong" version and was "six months old." PGLA found the original version to be current as of May 12, 2003, since one of the files reflected that date as its modification date. The "revised" version of the scheduler was dated May 15, 2003. Although it was only three days later, massive edits were made to the second set of files.

### SkdMassDetail.php
The Miller Group surrendered two versions of the Scheduler Application front end program, one in use at the Springfield School District, and the other contained in Data Set 2.

Our analysis of the Springfield version of SkdMassDetail reveals a plethora of calls made to tables authored by Century Consultants. In addition, a tremendous number of variables map directly to the exact variable name and definition assigned by Century Consultants in their Star_Base system.

PGLA compared the version of SkdMassDetail running in the Springfield School District and the one forwarded to us in Data Set 2. The Data Set 2 version was identical in logic, although all of the table references and variable names were modified. In our opinion the names were modified in an attempt to conceal the fact that they were identical to the names assigned by Century Consultants. Of significance is the fact that the Springfield version was last modified on March 24, 2003, while the Data Set 2 version was modified on May 14, 2003 at 10:18 PM. PGLA received the latter file on May 16, 2003.

### Scheduler Schema Comparison
PGLA requested the schema of the IS3 application, but it was never sent. PGLA, however, was able to recreate the schema used by IS3 and compare it to that of Star_Base. The results indicate that the schema is substantially similar between both applications, even though The Miller Group took great effort in renaming the tables, etc. PGLA did not compare the schema between the Springfield version and Star_Base because the Springfield schema was also not forwarded to us for review.



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Table by Table Comparison
PGLA analyzed seven (7) tables between Star_Base and IS3. Although The Miller Group made great effort to modify the table names and field names contained within the table, PGLA has determined that the tables are substantially similar in design. In fact, one of the tables contained in IS3 is an exact duplicate of a table contained in Star_Base. This table has fifteen (15) data elements and it would be virtually impossible, in our opinion, to randomly create the identical table.

### Flow Diagram
PGLA mapped the flow diagrams of each application. The flow chart of each application is almost identical. In addition, IS3 used many identical or nearly identical names for each module.

### SQL Code Comparison
PGLA analyzed the SQL code statements between Star_Base and IS3. We determined that both applications shared a code component labeled "*student_to_scheduler.*" Aside from the fact that they share the same name, both sets of code are nearly identical.

### Similarities in code and status code used
PGLA analyzed two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. It is virtually impossible, in our opinion, for a different programmer to develop the same conditions.

### Three way comparison of Star_Base C to IS3 C++
PGLA analyzed the Star_Base code and compared it with the main.cc source code contained in the IS3 system. The IS3 code is strikingly similar to the Star_Base code and shares many of the same variable names and logic.

Of more significance is the fact that The Miller Group suddenly offered a new version of the main.cc code on May 22. When this version was compared to the original, we found that the references to Star_Base tables were replaced with other names. However, the code and logic is nearly identical.

P.G. Lewis Associates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Conclusion

PGLA is of the opinion, to a reasonable degree of certainty, that substantial portions of the IS3 system are a copied and translated duplicate of the Century Consultants Star_Base system. In almost all areas explored, PGLA found identical or substantially similar logic, table names, field names, definitions, and source code between the two applications.

PGLA is also of the opinion to a reasonable degree of certainty that The Miller Group modified substantial portions of the IS3 source codes between the dates of May 9, 2003 and May 14, 2003, modifying table names and variable names in their code because the IS3 system used most of the names defined and assigned by the Star_Base system. The Miller Group evidently forgot to change the C++ code received by our office on May 16 and worked for three days to produce another version. This new version contained the same type of "search-and-replace" changes to assign different names to Century's tables, fields, and software.

It is the opinion of PG Lewis & Associates, LLC that The Miller Group had access to the source codes developed by Century Consultants while designing their system. PGLA is of the further opinion that The Miller Group modeled their IS3 system after Star_Base and probably used the Star_Base source code as a starting platform.

I remain available to discuss this report further.

P. Lewis
May 29, 2003

P.G. Lewis & Associates LLC
DATA FORENSICS