```php
 1:  <?
 2:  include "../VarExtract.inc";
 3:  echo '<BR><BR><CENTER><H4>Student Scheduler</H4>';
 4:  echo '<p>';
 5:  if($func=='F' or $func=='')
 6:  {
 7:      echo '<TABLE>';
 8:      echo '<FORM METHOD="POST" ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=C">';
 9:      echo "<TD>School Year:</TD>";
10:      $curyr=GetSysYear();
11:      $cknext="select distinct a.start_yy from course a, config b
12:                 where (a.start_yy > b.year and a.start_yy < '50')";
13:      $ckdb=DBQuery($cknext);
14:      $ckyrdata=DBReturn($ckdb, $ckcnt);
15:      if($ckyrdata[1]['START_YY'] != '')
16:      {
17:          $curyr=$curyr + 1;
18:          $curyr=str_pad($curyr, 2, "0", str_pad_left);
19:      }
20:      echo "<TD>";
21:      GetSchoolYear('year',$curyr,'');
22:      echo "</TD>";
23:      echo "<TR>";
24:      PrepareSchool(SessionSchool(),'midhigh');
25:      echo "</TR>";
26:      echo "<TR>";
27:      PrepareGrade(SessionSchool(),'midhigh');
28:      echo "</TR>";
29:      echo "<TR>";
30:      echo "<TD>Schedules:</TD>";
31:      echo "<TD>Complete<INPUT TYPE=RADIO NAME=comp_part VALUE=C SIZE=1 CHECKED>";
32:      echo "Partial<INPUT TYPE=RADIO NAME=comp_part VALUE=P SIZE=1>";
33:      echo "</TD></TR>";
34:      echo "<TR>";
35:      echo "<TD>Include Cluster:</TD>";
36:      echo "<TD><INPUT TYPE=RADIO NAME=cluster VALUE=Y SIZE=1 >";
37:      echo "</TD></TR>";
38:      echo '<TR><TD>Student ID:</TD><TD><INPUT TYPE="text" NAME="a_stu" SIZE="12" VALUE=ALL MAXLENGTH=10></TD></TR>';
39:      //echo "<input type=hidden name=a_stu value =ALL>";
40:      echo '</TABLE><BR><BR>';
41:      Buttons('Find','Reset Values');
42:      echo '</FORM>';
43:  }
44:  if($func=='C')
45:  {
46:      if($sch == '')
47:      {
48:          echo "<H4> You must enter a school to schedule.</H4>";
49:          echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
50:
51:          exit();
52:      }
53:      echo "<H4> ";
54:      $dispyear=DispYear($year);
55:      $dispsch=GetSchool($sch);
56:      echo "<BR>".$dispyear."<BR>".$dispsch;
57:      if($grade == '') { echo "<BR> All Grades"; }
58:      else {  echo "<BR>Grade - ".$grade;  }
59:      if($a_stu == 'ALL')
60:      {
61:          $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";
62:          $ckdb=DBQuery($cklock);
63:          $lockdata=DBReturnNoWord($ckdb,$lkcnt);
64:  //echo "<BR>sql=".$cklock;
```

EXHIBIT
WILLIAMS 3
10-21-04  JB

```
 65:            if($lockdata[1]['LOCK_DATE'] != '')
 66:            {
 67:             echo "<H4> The schedule has been locked as of ".$lockdata[1]['LOCK_DATE'].". You can not run the scheduler for all students.</H4>";
 68:             echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
 69:
 70:             exit();
 71:            }
 72:       }
 73:       if($comp_part == 'P')  {  echo "<BR><BR>This will schedule all partial schedules.</H4>";  }
 74:       else {echo "<BR><BR>This will delete the schedule for the student. <BR>If 'ALL' is selected, all schedules will be delete.</H4>";   }
 75:       echo '<FORM METHOD="POST" ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=S&year='.$year.'&cluster='.$cluster
 76:             '&sch='.$sch.'&grade='.$grade.'&a_stu='.$a_stu.'&comp_part='.$comp_part.'">';
 77:       Buttons('CONTINUE','');
 78:       echo '</FORM>';
 79:       echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
 80: }
 81: if($func=='S')
 82: {
 83:       if($a_stu == 'ALL')
 84:       {
 85:         $getid="select id from sched_run where school = '$sch'";
 86:         $iddb=DBQuery($getid);
 87:         $iddata=DBReturn($iddb,$idcnt);
 88:         $id=$iddata[1]['ID'];
 89:             $getresult="select status from sched_results where id = '$id'";
 90:             $resultdb=DBQuery($getresult);
 91:             $resultdata=DBReturn($resultdb,$resultcnt);
 92:         if($resultcnt > 0  and $resultdata[1]['STATUS'] != 'D')
 93:         {
 94:           echo "<H4> The previous scheduling run is still scheduling. <BR>You must wait before running again.</H4>";
 95:           echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
 96:             if($s_ulevel == '999')
 97:             {
 98:              echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=O&sch=".$sch."&id=".$id."'>HERE</A> to override.<BR><BR>";
 99:             }
100:
101:             exit();
102:         }
103:       }
104:       $delpri="delete sched_stu where school = '$sch'
105:                  and (student_id = '$a_stu' or '$a_stu' = 'ALL')";
106:       $db=DBQuery($delpri);
107:       $delresult="delete sched_results where id = '$id'";
108:       $db=DBQuery($delresult);
109:       $delrun="delete sched_run where school = '$sch'";
110:       $db=DBQuery($delrun);
111:       if(($comp_part=='C') or ($comp_part=='P' and $a_stu != 'ALL'))
112:       {
113:         $delcount="select a.class_cd, a.section, count(*) seatcnt
114:                    from stu_sche a, stu_sch b
115:                    where a.start_yy = '$year'
116:                    and a.start_yy=b.start_yy
117:                    and a.school = '$sch'
```

```
118:                                and b.school=a.school
119:                                and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
120:                                and b.student_id(+)=a.student_id
121:                                and (b.grade='$grade' or '$grade' is null)
122:                             group by class_cd, section";
123:                 $cntdb=DBQuery($delcount);
124:                 $crsdata=DBReturnNoWord($cntdb,$cnt);
125:    //echo "<BR>sql=".$delcount;
126:                 $ckforatt="select a.seq_number, b.class_cd, b.section,b.period,
127:                         b.semester,b.days,b.sub_section
128:                     from stu_stc_head a, stu_stc_xact b, stu_sche c
129:                        where a.start_yy = '$year'
130:                             and a.school = '$sch'
131:                             and a.student_id = '$a_stu'
132:                             and a.seq_number = b.seq_number
133:                             and a.start_yy = c.start_yy
134:                             and a.school = c.school
135:                             and a.student_id = c.student_id
136:                             and b.class_cd = c.class_cd
137:                             and b.section = c.section
138:                             and c.active_cd = 'A'";
139:                 $attdb=DBQuery($ckforatt);
140:                 $attdata=DBReturnNoWord($attdb,$attcnt);
141:                 $dt=date('d-M-y');
142:                 for($a=1;$a<=$attcnt;$a++)
143:                 {
144:                     $sq=$attdata[$a]['SEQ_NUMBER'];
145:                     $cl=strtoupper($attdata[$a]['CLASS_CD']);
146:                     $sc=$attdata[$a]['SECTION'];
147:                     $sb=$attdata[$a]['SUB_SECTION'];
148:                     $pd=$attdata[$a]['PERIOD'];
149:                     $sm=strtoupper($attdata[$a]['SEMESTER']);
150:                     $dy=$attdata[$a]['DAYS'];
151:                     $ckstc="select count(*) cnt from stu_stc_xact
152:                         where seq_number = '$sq'
153:                             and effective_date= '$dt'
154:                             and class_cd = '$cl'
155:                             and section = '$sc'
156:                             and sub_section = '$sb'
157:                             and period = '$pd'";
158:                     $ckstcdb=DBQuery($ckstc);
159:                     $ckstcdata=DBReturn($ckstcdb,$ckstccnt);
160:                     if($ckstcdata[1]['CNT'] == 0)
161:                     {
162:                     $insstc="insert into stu_stc_xact ( SEQ_NUMBER,TRANSACTION_DATE,
163:                         TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD, SECTION,
164:                         SUB_SECTION,PERIOD,SEMESTER,DAYS)
165:                         values ('$sq','$dt','D','$dt','$cl','$sc','$sb','$pd','$sm','$dy')";
166:                     $insdb=DBQuery($insstc);
167:    //echo "<BR>ins=".$insstc;
168:                     }
169:                 }
170: //          if($a_stu == 'ALL')
171: //          {
172:                 for($z=1;$z<=$cnt;$z++)
173:                 {
174:                     $cls=strtoupper($crsdata[$z]['CLASS_CD']);
175:                     $sect=$crsdata[$z]['SECTION'];
176:                     $seats=$crsdata[$z]['SEATCNT'];
177:                     $updseat="update sect
178:                             set AVAI_SEATS = avai_seats + '$seats',
179:                                 ASSI_SEATS = assi_seats - '$seats'
180:                             where start_yy = '$year'
181:                                 and school = '$sch'
182:                                 and class_cd = '$cls'
183:                                 and section = '$sect'";
184:                     $upddb=DBQuery($updseat);
```

```
301:    $list=DBReturn($result,$count);
302:    if($list[1]['STATUS'] != 'D')
303:    {
304:        if (($count==1 && $list[1]['STATUS']!='D') || $viewprog!=1)
305:         echo "<meta HTTP-EQUIV=Refresh CONTENT=\"2; URL={$Protocol}://{$_SERVER['HTTP_HOST']}{$_SERVER['PHP_SELF']}?modname={$_REQUEST['modname']}&viewprog=1&a_stu=$a_stu&year=$year&sch=$sch&run_id=$run_id&func=R\">\n";
306:    }
307:    echo "<title>Schedule Progress</title>
308:    <body>\n";
309:    if ($viewprog!=1) {
310:        session_write_close();
311:        //System Call
312:        putenv("ORACLE_HOME=/home/oracle/OraHome1");
313:        $command="/usr/local/sched/schedscript $run_id 1>/dev/null 2> /dev/null &";
314:        exec("$command");
315:
316:        //   echo $command."\n";
317:        echo "<br><br><br><center><b>Schedule run has started....... Please wait.</b></center><br><br><br>";
318:    } else {
319:        echo "<center>";
320:        echo "<table width='80%' border='1'>";
321:        echo "<th>Run ID</th>";
322:        echo "<th>Percent</th>";
323:        echo "<th>Complete</th>";
324:        echo "<th>Partial</th>";
325:        echo "<th>No Requests</th>";
326:        echo "<th>Irresolvable</th>";
327:        if($list[1]['STATUS'] == 'D') {
328:         echo "<th> </th>";
329:        } else {
330:         echo "<th>Student</th>";
331:        }
332:        echo "</tr><tr><td>";
333:        echo $list[1]['ID'];
334:        echo "</td>";
335:        $totstu=$list[1]['COMPLETE'] + $list[1]['PARTIAL'] + $list[1]['NO_REQUESTS'] + $list[1]['IRRESOLVABLE'];
336:        if($totstu != '0')
337:        {
338:            $pct = 100 * ($list[1]['COMPLETE'] / $totstu);
339:            $disppct=number_format($pct,'2','.',',');
340:        }
341:    echo "<td>";
342:    echo $disppct;
343:    echo "</td>";
344:    echo "<td>";
345:    echo $list[1]['COMPLETE'];
346:    echo "</td>";
347:    echo "<td>";
348:    echo $list[1]['PARTIAL'];
349:    echo "</td>";
350:    echo "<td>";
351:    echo $list[1]['NO_REQUESTS'];
352:    echo "</td>";
353:    echo "<td>";
354:    echo $list[1]['IRRESOLVABLE'];
355:    echo "</td>";
356:    echo "<td>";
357:        if($list[1]['STATUS'] == 'D') {
358:         echo "Schedule run completed";
359:        } else {
360:         echo $list[1]['STUDENT_ID'];
361:        }
362:        echo "</td></tr>";
363:        echo "</table>";
```

```php
431:                    $ckdb=DBQuery($ckins);
432:                    $ckdata=DBReturn($ckdb,$ckcnt);
433:                    if($ckdata[1]['CNT'] == '0')
434:                    {
435:                    $inssql="insert into stu_stc_xact (seq_number,transaction_date, transaction_type,
436:                            effective_date, class_cd, section, sub_section, period,semester,days)
437:                        values
        ('$nextid','$tdate','A','$tdate','$cls','$sect','$subsect','$prd','$sem','$days')";
438:                    $insdb=DBQuery($inssql);
439:                    }
440:            }
441: //echo "<BR>sql=".$inssql;
442:            }
443:        echo "<center><br /><br />Click <a
    href='Modules.php?modname=Guidance/Scheduling/Reports/SkdUnschedList.php&func=detail&last=".u
    rlencode($namedata[1]['LAST_NAME']).
444:
    "&first=".urlencode($namedata[1]['FIRST_NAME']).'&stuid='.$a_stu.'&year='.$year.'&sch='.$sch.
445:            "'>HERE</a> to see student schedule.";
446:        echo "<BR><BR>Click on a semester to print the schedule. <A
    HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
447:            "&sch=".$sch.   "&sem_cde=01&grd=00&sort_seq=01&stu_no=".$a_stu.
448:            "&prog_step=3'> (Semester 1) </A>";
449:        echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
450:            "&sch=".$sch."&sem_cde=02&grd=00&sort_seq=01&stu_no=".$a_stu.
451:            "&prog_step=3'> (Semester 2) </A>";
452:        echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
453:            "&sch=".$sch."&sem_cde=03&grd=00&sort_seq=01&stu_no=".$a_stu.
454:            "&prog_step=3'> (All Year) </A><BR></center>";
455:        }
456:      echo "<center><br><br>Click <a
    href='Modules.php?modname={$_REQUEST['modname']}&func=F'>HERE</a> to schedule again.</center><br
    /><br />";
457: }
458: echo "</body></html>\n";
459:
460:
461:
462: }
463:
464:
465:  echo '<BR><BR>';
466:
467:  echo "</CENTER>";
468: ?>
```