# KENNETH WATOV

Mailing Address:
WATOV & KIPNES, P.C.
P.O. BOX 247
PRINCETON JUNCTION, NJ 08550
OFFICE PHONE: (609) 243-0330

## SUMMARY

Over 31 years experience in patent, trade secret, trademark, and copyright law, with prior experience of 10 years in R&D engineering. Legal experience includes trademark/patent prosecution and preparation, litigation, interference practice, licensing, copyrights, OEM agreements, confidentiality agreements, general contracts, and government technology agreements. Technology background includes computers, computer software, electrical power conversion systems, variable speed electrical motor drive systems, biomedical devices, chemical and pharmaceutical processing and manufacturing systems, condoms, condom manufacturing and testing systems, U/V TV devices, MATV and CATV systems, telecommunications, electro-optical systems, printers, nuclear fuel systems, voice recognition, memory devices, digital and analogue systems, networks, circuits, electromechanical apparatus, solid-state devices, mechanical devices and apparatus, fiber optic devices, fiber optic systems, radar systems, sonar systems, and antisubmarine systems.

## EDUCATION

J.D., American University; MBA, University of Bridgeport; MSEE, Newark College of Engineering; BSEE, Duke University.

## LEGAL EXPERIENCE

- Prepare and prosecute domestic and foreign patent and trademark applications. Prepare and negotiate patent, trademark, and technology licenses, confidentiality agreements, and consulting agreements, etc. Involved in all aspects of interference practice and advising foreign agents in answering Official Actions. Involved in major litigation. Review work of and advise patent law trainees.

- Assist in-house general legal counsel in intangible property rights considerations involving subcontracts, consulting agreements, acquisitions, etc.

- As in-house counsel, select, retain, advise, and monitor outside counsel for assistance in patent preparation and prosecution, patentability studies, infringement and validity studies, etc.

- Advise business and technically oriented managers in regard to intangible property position of potential acquisition candidates.

- Other activities include trademarks, copyrights, trade secrets, infringement considerations, chairing of patent committees (for evaluating patent memoranda, software, foreign

*Resume of Kenneth Watov*
Page 2 of 3

- maintenance, foreign filing, inactivations), review of outside inventor submissions, and review of technical papers for patent approval.

- Mainly involved with complex inventions in fields of electrical power conversion systems, variable speed electrical motor drive systems, prophylactic products, manufacturing and testing, biomedical devices, chemical and pharmaceutical processing and testing systems, pharmaceutical packaging, facsimile, telecommunications, ink jet printing, robotics for nuclear fuel systems, voice recognition, television systems, fueling systems, digital systems, converters, computer systems and software, electro-optical systems, solid-state devices, and hybrid analog/digital systems and circuits.

- Conduct trademark clearance, patentability, right-to-use, collection, and validity studies.

## ENGINEERING AND MANAGEMENT EXPERIENCE

- Technical and managerial liaison between manufacturing, material control, engineering, quality control, purchasing, marketing, and production control, relating to complex electro-optical devices and systems and computer memories. Negotiated with outside vendors.

- Coordinated program controls, proposal planning, preproduction planning, and reviewed design layouts.

- Directed and supervised the manufacturing (including scheduling) and technical support for a computer memory program.

- Directed technicians and production workers, in assembling, testing, packaging, and evaluating new products.

- Involved with circuitry, analog/digital computer design, human factors analysis, large scale computer testing, radar systems, sonar systems, and antisubmarine systems.

- Directed technicians, junior engineers and draftsmen in completing engineering tasks.

## LEGAL EMPLOYMENT

| | | |
|---|---|---|
| 1991 to Present | - | Watov & Kipnes, P.C., Princeton Junction, N.J. - Principal |
| 1988 to 1991 | - | Klauber & Jackson, Hackensack, N.J. - Resident Partner in charge of Princeton Junction, N.J. Office |
| 1986 to 1988 | - | DARBY & DARBY P.C., New York, N.Y. - Associate Attorney |

*Resume of Kenneth Watov*
*Page 3 of 3*

1977 to 1986  -        EXXON ENTERPRISES, Florham Park, N.J. - Counsel

1974 to 1977  -        RCA, Princeton, N.J. - Patent Counsel

1970 to 1974  -        BURROUGHS CORPORATION, Arlington, Va. - Patent Law Trainee

## ENGINEERING EMPLOYMENT

- PERKIN-ELMER CORPORATION, Wilton, Ct. - Manufacturing Engineer

- BURROUGHS CORPORATION, Plainfield, N.J. - D-84 Program Manager

- BLONDER TONGUE LABORATORIES, Newark, N.J.- Manufacturing Engineer

- LOCKHEED, Plainfield, N.J. - Senior Electronic Engineer

## ADDITIONAL QUALIFICATIONS

Patent Bar (1970), Member of N.J. and N.Y. Bars; C.A.F.C.;   N.J.B.A.; N.J.P.L.A.; I.E.E.E.; and U.S. Sup. Ct.

N.J. Licensed Engineer

1968 Publication - "Graphical Analysis of Sequential Switching Systems"

Licensed radio amateur WB2AON

"Nathan Burkan Memorial Award" (1974) for thesis, "Computer Programs and Copyrights - A Dilemma"

Patent Disclosures - Taper Pin Plug and Reed Tuning Collar