```
*****************************************************************
* 15:26 20 May 1994        DETAIL Report for Application: starbase *
*****************************************************************
                          STARBASE MASTER MENU

Title:
Owner:
Validation Unit:
Mouse Navigation Limit:
Default Menu Application: DEFAULT
Starting Menu Name:
Menu Security Group:

Trigger Name: KEY-EXIT                         Style: V3    Hide: No
    Comment:
       Text: execute_trigger('exit_routine');

Trigger Name: KEY-HELP                         Style: V3    Hide: No
    Comment:
       Text: help;

Trigger Name: KEY-OTHERS                       Style: V3    Hide: No
    Comment:
       Text: null;

Trigger Name: KEY-PRINT                        Style: V3    Hide: No
    Comment:
       Text: print;

Trigger Name: KEY-STARTUP                      Style: V3    Hide: No
    Comment:
       Text: DECLARE
                rptpath     char(255);
                hold_count  number;
             BEGIN
                go_block('welcome');

                                                             Page  1
```



CENTURY
0978

```
***************************************************************
 15:26 20 May 1994       DETAIL Report for Application: starbase
***************************************************************

   display_field('disp_wel1','','BOLD');
   display_field('disp_wel2','','BOLD');
   display_field('disp_wel3','','BOLD');
   display_field('disp_wel4','','BOLD');
   display_field('disp_wel5','','BOLD');
   display_field('disp_wel6','','BOLD');
   display_field('disp_wel7','','BOLD');
   display_field('disp_wel8','','BOLD');
   display_field('disp_wel9','','BOLD');
   :global_ccl_copyright := :welcome.disp_wel5;
   :welcome.disp_wel6    := :welcome.disp_wel5;
   :welcome.disp_wel7    := :welcome.disp_wel5;
   :welcome.disp_wel8    := :welcome.disp_wel5;
   :welcome.disp_wel9    := :welcome.disp_wel5;
--
   :system.message_level := '25';
   go_block('ficc'); execute_query;
--
   if ( error_code = '40505' then go_block('welcome'); message
        ('ORA-08000; maximum number of session sequence lists exceeded'     );
        'SQL-01001',);
      exit_form;
   end if;
   :system.message_level := '0';
--
   if ( ■■■■■■■■ is null then go_block('welcome'); message
        ('ORA-08000; maximum number of session sequence lists exceeded'     );
        'SQL-01001',);
      exit_form;
   end if;
--
   go_block('verify_block'); clear_block;
   ■■■■■■■■■■■■■■■■■■■■■■■■■
   ■■■■■■■■■■■■■■■■■■■■■■■■■
   execute_trigger(■■■■■■■■■■);
--
   go_block('welcome');
--
   execute_trigger(■■■■■■■■■■■■■■);
--
   display_field('disp_wel1','','BOLD');
   display_field('disp_wel2','','BOLD');
   display_field('disp_wel3','','BOLD');
   display_field('disp_wel4','','BOLD');
   display_field('disp_wel5','','BOLD');
   display_field('disp_wel6','','BOLD');
   display_field('disp_wel7','','BOLD');
   display_field('disp_wel8','','BOLD');
   display_field('disp_wel9','','BOLD');
```

Page 2


TXu 760-019

CENTURY
0979

```
*********************************************************************
* 15:26 20 May 1994        DETAIL Report for Application: starbase   *
*********************************************************************

--
    display_field('disp_wel9','BOLD');
--
    select count(*)
    into hold_count
    from school;

    if hold_count <> 0 then null;
        execute_trigger('████');
        execute_trigger('████');
    end if;
--
    :system.message_level := userenv('sessionid');
    commit_form;
    :system.message_level := '0';
--
    if hold_count <> 0 then null;
        execute_trigger('████');
    end if;
--
BEGIN
    select default_value
    into rptpath
    from def
    where default_code = 'RPTPATH';
EXCEPTION
    when NO_DATA_FOUND then rptpath := '$ORACLE_HOME/stars3/forms/';
END;
:global.rptpath := rptpath;
--
    display_field('disp_wel1','BOLD');
    display_field('disp_wel2','BOLD');
    display_field('disp_wel3','BOLD');
    display_field('disp_wel4','BOLD');
    display_field('disp_wel5','BOLD');
    display_field('disp_wel6','BOLD');
    display_field('disp_wel7','BOLD');
    display_field('disp_wel8','BOLD');
    display_field('disp_wel9','BOLD');
END;

Trigger Name: check_programs                    Style: V3    Hide: No

Comment:

Text: DECLARE
          p1           char(20) := ...
          p2           char(20) := ...
          p3           char(20) := ...
          p4           char(20) := ...
```

Page 3

CENTURY
0980

```
************************************************
 15:26 20 May 1994      DETAIL Report for Application: starbase
************************************************

   rec_count  number  := 0;
   my_error   char(5);
   my_exception EXCEPTION;
BEGIN
   if    :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := '01010';
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01010';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01011';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01012';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01013';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01014';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01015';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01016';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01017';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01018';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01019';
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01020';
   elsif :mod_cd = ▇▇▇▇ then p1 := ▇▇; p2 := ▇▇;
                              p3 := ▇▇; p4 := ▇▇;
                              my_error := '01021';
   else goto skip_select;
   end if;
   select count(*)
   into rec_count
   from pgm_desc
   where pgm_desc in (p1, p2, p3, p4);
   if rec_count > 0 then raise my_exception;
   end if;
<>
   null;
EXCEPTION
```

Page 4

CENTURY
0981

```
***************************************************************
*  15:26 20 May 1994         DETAIL Report for Application: starbase  *
***************************************************************

         when my_exception then message
         ('ORA-08000: maximum number of session sequence lists exceeded ' ||
         'SQL-' || my_error || ';');
         exit_form;
         END;

Trigger Name: create_f_name                        Style: V3    Hide: No
  Comment:
     Text: DECLARE
              initcap_oper_name   char(30);
              hold_file_name      char(12);
           BEGIN
              initcap_oper_name := initcap(:user_name);
              FOR x in 1..30 LOOP
                 if length(hold_file_name) = 3 then EXIT;
                 end if;
                 if substr(initcap_oper_name,x,1) = ' ' or
                    substr(initcap_oper_name,x,1) is null then goto end_of_loop;
                 end if;
                 if substr(initcap_oper_name,x,1) < 'A' or
                    substr(initcap_oper_name,x,1) > 'Z' then goto end_of_loop;
                 end if;
                 hold_file_name := hold_file_name || substr(initcap_oper_name,x,1);
                 <>
                 null;
              END LOOP;
              hold_file_name := hold_file_name || to_char(sysdate,'SSSSS') ||
                                '.cmd';
              hold_file_name := upper(hold_file_name);
              :global.command_file := hold_file_name;
           END;

Trigger Name:                                      Style: V3    Hide: No
  Comment:
     Text: DECLARE
              hold_number char(12);
           BEGIN
              hold_number := substr(:field5,1,12);
              hold_number := replace(hold_number,
              hold_number := replace(hold_number,
              hold_number := replace(hold_number,
              hold_number := replace(hold_number,
              hold_number := replace(hold_number,
              hold_number := replace(hold_number,
              hold_number := replace(hold_number,
```

Page 5

CENTURY
0982

```
*********************************************************
*  15:26 20 May 1994     DETAIL Report for Application: starbase
*********************************************************

       hold_number   := replace(hold_number, ▇▇▇▇▇▇)
       hold_number   := replace(hold_number, ▇▇▇▇▇▇)
       hold_number   := replace(hold_number, ▇▇▇▇▇▇)
       hold_number   := replace(hold_number, ▇▇▇▇▇▇)
       hold_number   := replace(hold_number, ▇▇▇▇▇▇)
      :welcome-disp_we1  := substr(hold_number,1,3)
      :welcome-disp_we2  := substr(hold_number,1,3)
      :welcome-disp_we3  := substr(hold_number,5)
       END;

Trigger Name: ▇▇▇▇▇▇▇        Style: V3    Hide: No

Comment:

Text: BEGIN
      :school_1_ver       := substr(:field1,▇▇,1)
                          := substr(:field1,▇▇,1)
                          := substr(:field1,▇▇,1)
                          := substr(:field1,▇▇,1)
      :school_1_ver       := translate(:school_1_ver,▇▇,'')
      :school_1_ver       := translate(:school_1_ver,▇▇,'')
      :school_1_ver       := translate(:school_1_ver,▇▇,'')
      :school_1_ver       := translate(:school_1_ver,▇▇,'')
      :school_1_ver       := translate(:school_1_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_number_ver  := translate(:school_number_ver,▇▇,'')
      :school_2_ver       := substr(:field2,▇▇,1)
                          := substr(:field2,▇▇,1)
                          := substr(:field2,▇▇,1)

      :user_number_ver    := substr(:field2,▇▇,1)

      :school_2_ver       := translate(:school_2_ver,▇▇,'')
      :school_NN_ver      := translate(:school_2_ver,▇▇,'')
      :school_NN_ver      := translate(:school_2_ver,▇▇,'')
      :school_NN_ver      := translate(:school_2_ver,▇▇,'')
      :school_NN_ver      := translate(:school_2_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
      :user_number_ver    := translate(:user_number_ver,▇▇,'')
                                                      Page 6
```

CENTURY
0983



CENTURY 0984

```
***********************************************************
** 15:26 20 May 1994       DETAIL Report for Application: starbase
***********************************************************

Comment:

    Text: BEGIN
            :system.message_level := '25';
            go_block(█████);
            delete_record;
            commit_form;
            :system.message_level := '0';
            exit_form;
          END;

Trigger Name: read_form                    Style: V3   Hide: No

Comment:

    Text: DECLARE
            form_to_call  char(100);
            pgm_flag      char(1);
            rec_count     number;
          BEGIN
          -- 
            if :module_task in ('1','2','3','4','5','6','7','8','9') then null;
              :module_task := lpad(:module_task,2,'0');
            end if;
          -- 
            :global.menu_option := '';
          -- 
            if      substr(:module_task,1,4) = '0201' then null;
                    :module_task := '0201';
            elsif   substr(:module_task,1,4) = '1201' then null;
                    :module_task := '1201';
            elsif   substr(:module_task,1,2) = '09' then null;
                    :global.menu_option := substr(:module_task,3,4);
                    :module_task := '09';
            end if;
          -- 
            if length(:module_task) = 4 then null;
            if substr(:module_task,1,2) in
               ('02','03','04','05','06','07','08','10',
                '11','12','13','14','15','16','17',
                '18','19','20','41','42','43','44') then null;
                    :global.menu_option := substr(:module_task,3,2);
                    :module_task := substr(:module_task,1,2);
            end if;
            end if;
          -- 
            select pgm_desc, pgm_flag
            into form_to_call, pgm_flag
            from pgm
```

Page 8

**CENTURY**
**0985**

```
************************************************************
*  15:26 20 May 1994          DETAIL Report for Application: starbase  *
************************************************************

         where pgm_code = :module_task;

      -- if pgm_flag = 'F' then call (form_to_call);
         elsif pgm_flag = 'C' then null;
            form_to_call := '../reports/' || form_to_call;
            call(form_to_call);
         else null;
            select count(*)
            into rec_count
            from pgm A, u_mod B, school C
            where (A.pgm_desc = form_to_call and id = :id and
                   (B.module = A.module or B.module = 'ALL') and
                   (B.function_cd = '$' or B.function_cd = 'P') and
                   ((B.school = :school_code or B.school = 'ALL') or
                   (B.s_type = C.s_type and C.school = :school_code)) or
                   (A.pgm_desc = form_to_call and A.module is null);
            if rec_count = 0 then message ('No security to print this report.');
            else form_to_call := 'runrep ../reports/' || form_to_call ||
                                  ' stars3/s3'|| ' TERM=cc1$TERM';
            end if;
            host (form_to_call);
         end if;

      -- :global.menu_option := '';
      EXCEPTION
         when others then message ('Task not defined in the program table');
      END;

Trigger Name: ████████                            Style: V3    Hide: No
Comment:
   Text: DECLARE
             hold_num number;
             hold_count number;
             module_count number := 0;
         BEGIN
             select count(*)
             into hold_count
             from school
             where school = :school_3_ver;
             if hold_count = 0 then message
                 ('ORA-08000: maximum number of session sequence lists exceeded  ');
             'SQL-01007;');
             exit_form;
             end if;
             if :dat_flag_ver = 'X' then module_count := module_count + 1;
             else :dat_flag_ver := '';
                 :mod_cd := 'DAT';
                 execute_trigger('check_programs');

                                              Page   9
```

CENTURY
0986

```
*********************************************************
* 15:26 20 May 1994        DETAIL Report for Application: starbase
*********************************************************
   end if;
   if :sta_flag_ver = 'X' then module_count := module_count + 1;
   else :sta_flag_ver := ' ';
        :mod_cd := 'STA';
        execute_trigger('check_programs');
   end if;
   if :stx_flag_ver = 'X' then module_count := module_count + 1;
   else :stx_flag_ver := ' ';
        :mod_cd := 'STX';
        execute_trigger('check_programs');
   end if;
   if :stg_flag_ver = 'X' then module_count := module_count + 1;
   else :stg_flag_ver := ' ';
        :mod_cd := 'STG';
        execute_trigger('check_programs');
   end if;
   if :stc_flag_ver = 'X' then module_count := module_count + 1;
   else :stc_flag_ver := ' ';
        :mod_cd := 'STC';
        execute_trigger('check_programs');
   end if;
   if :def_flag_ver = 'X' then module_count := module_count + 1;
   else :def_flag_ver := ' ';
        :mod_cd := 'DEF';
        execute_trigger('check_programs');
   end if;
   if :dis_flag_ver = 'X' then module_count := module_count + 1;
   else :dis_flag_ver := ' ';
        :mod_cd := 'DIS';
        execute_trigger('check_programs');
   end if;
   if :ahs_flag_ver = 'X' then module_count := module_count + 1;
   else :ahs_flag_ver := ' ';
        :mod_cd := 'AHS';
        execute_trigger('check_programs');
   end if;
   if :per_flag_ver = 'X' then module_count := module_count + 1;
   else :per_flag_ver := ' ';
        :mod_cd := 'PER';
        execute_trigger('check_programs');
   end if;
   if :stb_flag_ver = 'X' then module_count := module_count + 1;
   else :stb_flag_ver := ' ';
        :mod_cd := 'STB';
        execute_trigger('check_programs');
   end if;
   if :cen_flag_ver = 'X' then module_count := module_count + 1;
   else :cen_flag_ver := ' ';
        :mod_cd := 'CEN';
        execute_trigger('check_programs');
   end if;
```

Page 10

CENTURY 0987