# WATOV & KIPNES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | |
|---|---|---|
| KENNETH WATOV (NJ and NY)<br>ALLEN R. KIPNES (NY)<br>———<br>ALBERT H. HSU (NJ, NY, and DC) | **Mailing Address:**<br>**P.O. BOX 247**<br>**PRINCETON JUNCTION, NJ 08550**<br><br>Express Mail Address:<br>186 Princeton-Hightstown Rd.<br>Building 3B<br>Princeton Junction, NJ 08550 | PATENTS, TRADEMARKS,<br>COPYRIGHTS AND<br>RELATED MATTERS<br><br>(609) 243-0330<br>FAX: (609) 275-1010 |
| E-Mail for KW- WKKen@aol.com<br>E-Mail for ARK- WKAllen1@aol.com | | |

8475004LIT

May 17, 2006

MAY 2 2 2006

<u>US EXPRESS MAIL</u>
Special Handling
Copyright Receiving & Processing
P.O. Box 71380
Washington, D.C. 20024-1380

    RE:   **SPECIAL HANDLING REQUEST**
           (1)  Registration of Computer Program (Unpublished Work); and
           (2)  Request for Certified Copy of Deposit
           Title: STAR BASE, Version 3
           Registrant: Century Consultants Ltd. (a NJ Corporation)
           Our Docket No. 847.5.004LIT



Dear Sir:

       Applicant respectfully requests special handling for the registration of the enclosed subject Computer Program. This request is being made in view of special circumstances which include pending litigation between Applicant and other parties in a Civil Action, Docket No. 2003-CV-3105, filed in the United States District Court For The Central District of Illinois, in which action infringement of the copyright rights of the subject computer program are at issue. Accordingly, for these reasons, Applicant respectfully requests that this request for Special Handling be granted.

       **Applicant also requests a certified copy of the deposit.**

       Please find enclosed for processing the registration of the subject unpublished computer program, the following:
           (1)  Form TXu (2 pages);
           (2)  Required Printout of 50 pages of Source Code, and two pages of screen
                displays (note that the screen displays are titled "Star Student" for a

Special Handling
Copyright Receiving & Processing
May 17, 2006

        subprogram that is included in the STAR BASE software, which is a compilation of programs);

(3) Our Check No. 13955 in the amount of $716.00 in payment of the $580.00 Special Handling fee, the $30.00 registration fee, the certification fee of $80.00, and the copying fee of $26.00; and

(4) A self-addressed, stamped, return receipt postcard, which Applicant respectfully requests be stamped and returned to Applicant to show receipt by the US Copyright Office of this Special Handling Mailing.

If any other information is required, the undersigned Attorney for Applicant respectfully requests that he be contacted.

        Respectfully submitted,

        *Kenneth Watov*

        Kenneth Watov
        Attorney-At-Law of New Jersey
        Attorney For Applicant
        (609) 243-0330, Ext. 100

KW/sc
Enclosures

cc:  Craig Hilliard, Esq., w/Enclosures
     Stark & Stark

     Joseph M. Shearn, President, w/Enclosures
     Century Consultants, Ltd.

**WATOV & KIPNES, P.C.**
BUILDING 3B
186 PRINCETON-HIGHTSTOWN ROAD
P.O. BOX 247
PRINCETON JUNCTION, NJ  08550

55-33/212
**13955**

| DATE | EXPLANATION | | AMOUNT |
|---|---|---|---|
| 5/17/06 | Regis: Copyright Program | | 710 |
| | Re: STAR BASE Version 3 | | |
| | Ref.: Century Consultants Ltd | | |
| | Atty Dkt: 8475.004 LIT | | |

PAY AMOUNT OF ___Seven hundred sixteen and___ NO/100 DOLLARS

TO THE ORDER OF: ___Register of Copyrights___

| CHECK NUMBER | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 13955 | 8475.004 LIT | Fees Spec.Hand/Regis/Cert.copy | NO |

Bank of America

*Kenneth Watov*

ATTORNEY BUSINESS ACCOUNT

CHECK AMOUNT  $ 716.00

⑈013955⑈ ⑆021200339⑆ 0032420338875⑈

---

Copyright
Applicant: ___Century Consultants LTD___  Attorney: ___Kenneth Watov___
Title of this work: ___STAR BASE VERSION 3___
Nature of work: ___Computer Program, Including Screens___
Mailed by: ___Kenneth Watov___  Date: ___May 17, 2006___  Docket No.: ___8475.004 LIT___

Return of this postcard properly stamped will acknowledge receipt of:

☒ Form ___TX___
☐ Copyright Application
☐ Technical Drawings, ___ sheets
☐ Photographs, ___ sheets
☒ ___Printout of 50 pages of___
☒ ___two pages of screen source code___
   ___displays___
☐ ___Special Handling Letter___

☒ Check No. ___13955___ in the amount of $ ___716.00___
☐ Check No. ___ in the amount of $___
☐ Check No. ___ in the amount of $___

PLEASE STAMP COPYRIGHT NO. HERE



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

_____ _____
     TX              TXU

EFFECTIVE DATE OF REGISTRATION

_____
Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1
**TITLE OF THIS WORK ▼**
STAR BASE, Version 3

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NONE

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

### 2

**a** **NAME OF AUTHOR ▼**
CENTURY CONSULTANTS LTD. (a NJ Corporation)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
COMPUTER PROGRAM, INCLUDING SCREENS

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

### 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003 ◀ Year   This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____  Day ▶ _____  Year ▶ _____
                                                    ◀ Nation

### 4

**COPYRIGHT CLAIMANT(S)**  Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Century Consultants Ltd.
150 Airport Road, Suite 1500
Lakewood, NJ 08701

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:   Previous Registration Number ▼   Year of Registration ▼
TXu 760-019                                                          1995

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
The work covered by previous Registration No. TXu 760-019 registered in 1995.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation and additional new material.

See instructions before completing this space.

**7** — space deleted —

**8 REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☐ Copies and Phonorecords       b. ☐ Copies Only       c. ☐ Phonorecords Only

See Instructions.

**9 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Kenneth Watov
Watov & Kipnes, P.C.
P.O. Box 247, Princeton Junction, NJ 08550
Area Code and Telephone Number ▶ (609) 243-0330, ext. 100, Fax No. (609) 275-1010

Be sure to give your daytime phone number

**10 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Century Consultants Ltd.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kenneth Watov                                                                   date ▶ May 17, 2006

☞ Handwritten signature (X) ▼   /s/ Kenneth Watov

**11 MAIL CERTIFICATE TO**
Name ▼
Kenneth Watov
Watov & Kipnes, P.C.
Number/Street/Apartment Number ▼
P.O. Box 247
City/State/ZIP ▼
Princeton Junction, NJ 08550

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces.
• Sign your application in space 10.
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. section 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

LegalStar, 1999