E-FILED
Friday, 26 May, 2006 03:44:33 PM
Clerk, U.S. District Court, ILCD





```
/*


#ROS Script Version 6.0.5.0.1 - Production

Copyright (c) Oracle Corporation 1992-1997, 1993. All rights reserved.
*/

DESCRIBE   FRM50_IDFO
BEGIN
   UB4        IDFOS_POI
   UB4        IDFOS_OID
   TEXT       IDFOS_NAM
   UB2        IDFOS_TYP
   UB4        IDFOS_OOI
   UB2        IDFOS_OPN
   UB2        IDFOS_CNT
END

DESCRIBE   F50B
BEGIN
   UB4        BP
   UB2        BI
   UB2        BN
   UB4        BV
END

DESCRIBE   F50N
BEGIN
   UB4        NP
   UB2        NI
   UB2        NN
   UB4        NV
END

DESCRIBE   F50T
BEGIN
   UB4        TP
   UB2        TI
   UB2        TN
   TEXT       TV
END

DESCRIBE   F50P
BEGIN
   UB4        PP
   UB2        PI
   UB2        PN
   UB4        PL
   BLONG      PV
END

DESCRIBE   F50S
BEGIN
   UB4        SP
   UB2        SI
   UB2        SN
```

1

```
   UB4          SD
   UB2          SG
   UB4          SS
   BLONG        SV
END

DESCRIBE   F50O
BEGIN
   UB4          OP
   UB2          OI
   UB2          ON
   UB4          OO
END

DEFINE   FRM50_IDFO
BEGIN
   IDFOS_POI = 0
   IDFOS_OID = 1
   IDFOS_NAM = <<"LOGINSCR">>
   IDFOS_TYP = 22
   IDFOS_OOI = 0
   IDFOS_OPN = 111
   IDFOS_CNT = 43
END

DEFINE   FRM50_IDFO
BEGIN
   IDFOS_POI = 1
   IDFOS_OID = 2
   IDFOS_NAM = <<"">>
   IDFOS_TYP = 105
   IDFOS_OOI = 1
   IDFOS_OPN = 747
   IDFOS_CNT = 4
END

DEFINE   FRM50_IDFO
BEGIN
   IDFOS_POI = 2
   IDFOS_OID = 3
   IDFOS_NAM = <<"">>
   IDFOS_TYP = 106
   IDFOS_OOI = 0
   IDFOS_OPN = 0
   IDFOS_CNT = 1
END

DEFINE   FRM50_IDFO
BEGIN
   IDFOS_POI = 3
   IDFOS_OID = 4
   IDFOS_NAM = <<"">>
   IDFOS_TYP = 107
   IDFOS_OOI = 2
   IDFOS_OPN = 742
   IDFOS_CNT = 3
END
```

2

```
DEFINE   F50N
BEGIN
   NP = 4
   NI = 1
   NN = 739
   NV = 31
END

DEFINE   F50T
BEGIN
   TP = 4
   TI = 2
   TN = 738
   TV = <<"US">>
END

DEFINE   FRM50_IDFO
BEGIN
   IDFOS_POI = 4
   IDFOS_OID = 5
   IDFOS_NAM = <<"">>
   IDFOS_TYP = 108
   IDFOS_OOI = 4
   IDFOS_OPN = 746
   IDFOS_CNT = 276
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 1
   TN = 745
   TV = <<"Unauthorized User Detected">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 2
   TN = 745
   TV = <<"Login Screen">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 3
   TN = 745
   TV = <<"School">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 4
   TN = 745
```

```
    TV = <<"Name">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 5
    TN = 745
    TV = <<"School Look-Up">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 6
    TN = 745
    TV = <<"-">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 7
    TN = 745
    TV = <<"School Year">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 8
    TN = 745
    TV = <<"School">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 9
    TN = 745
    TV = <<"Password">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 10
    TN = 745
    TV = <<"Operator">>
END

DEFINE   F50T
BEGIN
    TP = 5
    TI = 11
    TN = 745
```

4

```
    TV = <<"unless prior written permission is granted by Century Consultants
Ltd.">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 12
   TN = 745
   TV = <<"Package License No:">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 13
   TN = 745
   TV = <<"Any other use is prohibited">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 14
   TN = 745
   TV = <<"01/01/94.">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 15
   TN = 745
   TV = <<"dated:">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 16
   TN = 745
   TV = <<"CCL-001">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 17
   TN = 745
   TV = <<"Century Consultants Ltd. under the terms of the Star_Base Computer">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 18
   TN = 745
```

5

```
   TV = <<"Use of this system and associated computer program is granted by">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 19
   TN = 745
   TV = <<"proprietary and confidential information of Century Consultants
Ltd.">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 20
   TN = 745
   TV = <<"This information, including the associated software system, are
the">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 21
   TN = 745
   TV = <<"Continue">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 22
   TN = 745
   TV = <<"Unauthorized user detected; Please enter a DBA'S id and
password...">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 23
   TN = 745
   TV = <<"bad_operator">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 24
   TN = 745
   TV = <<"List values">>
END

DEFINE  F50T
BEGIN
   TP = 5
```

6

```
   TI = 25
   TN = 745
   TV = <<"Choose from a list of valid values for this field.">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 26
   TN = 745
   TV = <<"List Values">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 27
   TN = 745
   TV = <<"Exit from Star_Base">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 28
   TN = 745
   TV = <<"Exit">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 29
   TN = 745
   TV = <<"Log-In to Star_Base with the current user,school,year">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 30
   TN = 745
   TV = <<"Log-In">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 31
   TN = 745
   TV = <<"Enter your school starting year...          ie. 1999...">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 32
```

```
      TN = 745
      TV = <<"Login Screen ">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 33
      TN = 745
      TV = <<"School">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 34
      TN = 745
      TV = <<"Enter your school code...">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 35
      TN = 745
      TV = <<"Enter your operator's password...">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 36
      TN = 745
      TV = <<"Enter your operator id...">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 37
      TN = 745
      TV = <<"Copyright Century Consultants, Ltd. 1994">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 38
      TN = 745
      TV = <<"Version 2.0">>
  END

  DEFINE  F50T
  BEGIN
      TP = 5
      TI = 39
      TN = 745
```

8

```
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 40
   TN = 745
   TV = <<"Ok">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 41
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 42
   TN = 745
   TV = <<"Required Items Missing">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 43
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 44
   TN = 745
   TV = <<"Ok">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 45
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 46
   TN = 745
   TV = <<"Required Items Missing">>
```

```
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 47
   TN = 745
   TV = <<"Exit from Star_Base">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 48
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 49
   TN = 745
   TV = <<"Log-In to Star_Base with the current user,school,year">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 50
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 51
   TN = 745
   TV = <<"E">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 52
   TN = 745
   TV = <<"L">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 53
   TN = 745
   TV = <<"Help">>
END
```

10

```
DEFINE  F50T
BEGIN
   TP = 5
   TI = 54
   TN = 745
   TV = <<"<New_Item>">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 55
   TN = 745
   TV = <<"Undo">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 56
   TN = 745
   TV = <<"<New_Item>">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 57
   TN = 745
   TV = <<"Clear">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 58
   TN = 745
   TV = <<"Paste">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 59
   TN = 745
   TV = <<"Copy">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 60
   TN = 745
   TV = <<"Cut">>
END
```

```
DEFINE  F50T
BEGIN
   TP = 5
   TI = 61
   TN = 745
   TV = <<"Copyright Century Consultants, Ltd. 1994">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 62
   TN = 745
   TV = <<"School Year">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 63
   TN = 745
   TV = <<"School">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 64
   TN = 745
   TV = <<"Password">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 65
   TN = 745
   TV = <<"Operator ID">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 66
   TN = 745
   TV = <<"-">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 67
   TN = 745
   TV = <<"Name">>
END

DEFINE  F50T
```

```
BEGIN
   TP = 5
   TI = 68
   TN = 745
   TV = <<"School Look-Up">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 69
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 70
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 71
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 72
   TN = 745
   TV = <<"List values">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 73
   TN = 745
   TV = <<"Choose from a list of valid values for this field.">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 74
   TN = 745
   TV = <<"List Values">>
END

DEFINE  F50T
BEGIN
```

13

```
   TP = 5
   TI = 75
   TN = 745
   TV = <<"E">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 76
   TN = 745
   TV = <<"Exit">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 77
   TN = 745
   TV = <<"L">>                                     .
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 78
   TN = 745
   TV = <<"Log-In">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 79
   TN = 745
   TV = <<"Enter your school starting year...         ie. 1999...">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 80
   TN = 745
   TV = <<"School Year">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 81
   TN = 745
   TV = <<"Enter your school code...">>
END

DEFINE   F50T
BEGIN
   TP = 5
```

```
   TI = 82
   TN = 745
   TV = <<"School">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 83
   TN = 745
   TV = <<"Enter your operator's password (Double-click mouse to change
password);">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 84
   TN = 745
   TV = <<"Password">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 85
   TN = 745
   TV = <<"Enter your operator id...">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 86
   TN = 745
   TV = <<"Operator ID">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 87
   TN = 745
   TV = <<"School">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 88
   TN = 745
   TV = <<"Name">>
END

DEFINE  F50T
BEGIN
   TP = 5
```

```
   TI = 89
   TN = 745
   TV = <<"Form Ok">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 90
   TN = 745
   TV = <<"Form Details">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 91
   TN = 745
   TV = <<"Form Description">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 92
   TN = 745
   TV = <<"Module">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 93
   TN = 745
   TV = <<"Form">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 94
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 95
   TN = 745
   TV = <<"0101">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 96
```

```
   TN = 745
   TV = <<"School">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 97
   TN = 745
   TV = <<"Name">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 98
   TN = 745
   TV = <<"School Code Look-Up">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 99
   TN = 745
   TV = <<"Change Operator Password">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 100
   TN = 745
   TV = <<"Cancel this screen">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 101
   TN = 745
   TV = <<"Cancel this screen">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 102
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 103
   TN = 745
```

17

```
   TV = <<"Cancel">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 104
   TN = 745
   TV = <<"Save">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 105
   TN = 745
   TV = <<"Save any pending changes permanently in the database.">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 106
   TN = 745
   TV = <<"S">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 107
   TN = 745
   TV = <<"Save">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 108
   TN = 745
   TV = <<"Confirm operator's new password">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 109
   TN = 745
   TV = <<"Confirm Password">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 110
   TN = 745
   TV = <<"Enter operator's new password">>
```

```
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 111
   TN = 745
   TV = <<"New Password">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 112
   TN = 745
   TV = <<"Enter operator's current password">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 113
   TN = 745
   TV = <<"Current Password">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 114
   TN = 745
   TV = <<"Exit from Star_Student">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 115
   TN = 745
   TV = <<"Exit from Star_Student">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 116
   TN = 745
   TV = <<"Exit">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 117
   TN = 745
   TV = <<"Log-In to Star_Student with the current user,school,year">>
END
```

19

```
DEFINE  F50T
BEGIN
   TP = 5
   TI = 118
   TN = 745
   TV = <<"Log-In to Star_Student with the current user,school,year">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 119
   TN = 745
   TV = <<"Log-In">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 120
   TN = 745
   TV = <<"Starbase Web">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 121
   TN = 745
   TV = <<"Starbase Reports">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 122
   TN = 745
   TV = <<"Starbase Help Url">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 123
   TN = 745
   TV = <<"Starbase Path">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 124
   TN = 745
   TV = <<"Image Path">>
END
```

```
DEFINE  F50T
BEGIN
   TP = 5
   TI = 125
   TN = 745
   TV = <<"Image Stored">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 126
   TN = 745
   TV = <<"Image Type">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 127
   TN = 745
   TV = <<"Program Location">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 128
   TN = 745
   TV = <<"Customize">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 129
   TN = 745
   TV = <<"User Common Toolbar">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 130
   TN = 745
   TV = <<" Move">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 131
   TN = 745
   TV = <<" ">>
END

DEFINE  F50T
```

21

```
BEGIN
   TP = 5
   TI = 132
   TN = 745
   TV = <<"Buttons:">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 133
   TN = 745
   TV = <<" Show Checked Items as Toolbar ">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 134
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 135
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 136
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 137
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 138
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
```

```
   TP = 5
   TI = 139
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 140
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 141
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 142
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 143
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 144
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 145
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
```

```
   TI = 146
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 147
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 148
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 149
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 150
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 151
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 152
   TN = 745
   TV = <<"">>
END

DEFINE   F50T
BEGIN
   TP = 5
   TI = 153
```

```
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 154
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 155
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 156
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 157
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 158
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 159
   TN = 745
   TV = <<"">>
END

DEFINE  F50T
BEGIN
   TP = 5
   TI = 160
   TN = 745
```

```
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 136
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72353067 37356237 35000000
">>
   RED = 32768
   GREEN = 49152
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 137
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72373567 37356237 35000000
">>
   RED = 49152
   GREEN = 49152
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 138
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72383867 37356237 35000000
">>
   RED = 57344
   GREEN = 49152
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 139
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72313030 67373562 37350000
">>
```

```
   RED = 65535
   GREEN = 49152
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 140
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72306737 35623838
">>
   RED = 0
   GREEN = 49152
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 141
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72323567 37356238 38000000
">>
   RED = 16384
   GREEN = 49152
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 142
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72353067 37356238 38000000
">>
   RED = 32768
   GREEN = 49152
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 143
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
```

```
<<"
72373567 37356238 38000000
">>
   RED = 49152
   GREEN = 49152
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 144
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72383867 37356238 38000000
">>
   RED = 57344
   GREEN = 49152
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 145
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72313030 67373562 38380000
">>
   RED = 65535
   GREEN = 49152
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 146
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<".
72306737 35623130 30000000
">>
   RED = 0
   GREEN = 49152
   BLUE = 65535
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 147
```

```
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72323567 37356231 30300000
">>
   RED = 16384
   GREEN = 49152
   BLUE = 65535
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 148
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72353067 37356231 30300000
">>
   RED = 32768
   GREEN = 49152
   BLUE = 65535
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 149
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72373567 37356231 30300000
">>
   RED = 49152
   GREEN = 49152
   BLUE = 65535
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 150
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72383867 37356231 30300000
">>
   RED = 57344
   GREEN = 49152
   BLUE = 65535
END

DEFINE   VG_COLOR
```

```
BEGIN
   ITEMID = 0
   CELLID = 151
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72313030 67373562 31303000
">>
   RED = 65535
   GREEN = 49152
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 152
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3100
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 153
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3200
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 154
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3300
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
```

```
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 155
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3400
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 156
   NAME_SET = 31
   NAME_LENGTH = 6
   COLOR_NAME = (BINARY)
<<"
67726179 33320000
">>
   RED = 43520
   GREEN = 43520
   BLUE = 43520
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 157
   NAME_SET = 31
   NAME_LENGTH = 6
   COLOR_NAME = (BINARY)
<<"
67726179 32380000
">>
   RED = 46080
   GREEN = 46080
   BLUE = 46080
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 158
   NAME_SET = 31
   NAME_LENGTH = 6
   COLOR_NAME = (BINARY)
<<"
67726179 32340000
">>
```

```
   RED = 48640
   GREEN = 48640
   BLUE = 48640
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 159
   NAME_SET = 31
   NAME_LENGTH = 6
   COLOR_NAME = (BINARY)
<<"
67726179 32300000
">>
   RED = 51200
   GREEN = 51200
   BLUE = 51200
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 160
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
72306738 38623000
">>
   RED = 0
   GREEN = 57344
   BLUE = 0
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 161
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72323567 38386230
">>
   RED = 16384
   GREEN = 57344
   BLUE = 0
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 162
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
```

```
<<"
72353067 38386230
">>
   RED = 32768
   GREEN = 57344
   BLUE = 0
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 163
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72373567 38386230
">>
   RED = 49152
   GREEN = 57344
   BLUE = 0
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 164
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72383867 38386230
">>
   RED = 57344
   GREEN = 57344
   BLUE = 0
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 165
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72313030 67383862 30000000
">>
   RED = 65280
   GREEN = 57344
   BLUE = 0
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 166
```

```
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72306738 38623530
">>
   RED = 0
   GREEN = 57344
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 167
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72323567 38386235 30000000
">>
   RED = 16384
   GREEN = 57344
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 168
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72353067 38386235 30000000
">>
   RED = 32768
   GREEN = 57344
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 169
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72373567 38386235 30000000
">>
   RED = 49152
   GREEN = 57344
   BLUE = 32768
END

DEFINE  VG_COLOR
```

```
BEGIN
   ITEMID = 0
   CELLID = 170
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72383867 38386235 30000000
">>
   RED = 57344
   GREEN = 57344
   BLUE = 32768
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 171
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72313030 67383862 35300000
">>
   RED = 65535
   GREEN = 57344
   BLUE = 32768
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 172
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72306738 38623735
">>
   RED = 0
   GREEN = 57344
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 173
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72323567 38386237 35000000
">>
   RED = 16384
   GREEN = 57344
   BLUE = 49152
```

```
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 174
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72353067 38386237 35000000
">>
   RED = 32768
   GREEN = 57344
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 175
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72373567 38386237 35000000
">>
   RED = 49152
   GREEN = 57344
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 176
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72383867 38386237 35000000
">>
   RED = 57344
   GREEN = 57344
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 177
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72313030 67383862 37350000
">>
```

```
      RED = 65535
      GREEN = 57344
      BLUE = 49152
   END

   DEFINE   VG_COLOR
   BEGIN
      ITEMID = 0
      CELLID = 178
      NAME_SET = 31
      NAME_LENGTH = 8
      COLOR_NAME = (BINARY)
   <<"
   72306738 38623838
   ">>
      RED = 0
      GREEN = 57344
      BLUE = 57344
   END

   DEFINE   VG_COLOR
   BEGIN
      ITEMID = 0
      CELLID = 179
      NAME_SET = 31
      NAME_LENGTH = 9
      COLOR_NAME = (BINARY)
   <<"
   72323567 38386238 38000000
   ">>
      RED = 16384
      GREEN = 57344
      BLUE = 57344
   END

   DEFINE   VG_COLOR
   BEGIN
      ITEMID = 0
      CELLID = 180
      NAME_SET = 31
      NAME_LENGTH = 9
      COLOR_NAME = (BINARY)
   <<"
   72353067 38386238 38000000
   ">>
      RED = 32768
      GREEN = 57344
      BLUE = 57344
   END

   DEFINE   VG_COLOR
   BEGIN
      ITEMID = 0
      CELLID = 181
      NAME_SET = 31
      NAME_LENGTH = 9
      COLOR_NAME = (BINARY)
```

```
<<"
72373567 38386238 38000000
">>
   RED = 49152
   GREEN = 57344
   BLUE = 57344
END
   .
DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 182
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72383867 38386238 38000000
">>
   RED = 57344
   GREEN = 57344
   BLUE = 57344
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 183
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72313030 67383862 38380000
">>
   RED = 65535
   GREEN = 57344
   BLUE = 57344
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 184
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72306738 38623130 30000000
">>
   RED = 0
   GREEN = 57344
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 185
```

```
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72323567 38386231 30300000
">>
   RED = 16384
   GREEN = 57344
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 186
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72353067 38386231 30300000
">>
   RED = 32768
   GREEN = 57344
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 187
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72373567 38386231 30300000
">>
   RED = 49152
   GREEN = 57344
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 188
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72383867 38386231 30300000
">>
   RED = 57344
   GREEN = 57344
   BLUE = 65535
END

DEFINE  VG_COLOR
```

```
BEGIN
   ITEMID = 0
   CELLID = 189
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72313030 67383862 31303000
">>
   RED = 65535
   GREEN = 57344
   BLUE = 65535
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 190
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3500
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 191
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3600
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 192
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3700
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
```

```
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 193
   NAME_SET = 31
   NAME_LENGTH = 7
   COLOR_NAME = (BINARY)
<<"
63757374 6f6d3800
">>
   RED = 65280
   GREEN = 65280
   BLUE = 65280
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 194
   NAME_SET = 31
   NAME_LENGTH = 6
   COLOR_NAME = (BINARY)
<<"
67726179 31360000
">>
   RED = 53760
   GREEN = 53760
   BLUE = 53760
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 195
   NAME_SET = 31
   NAME_LENGTH = 6
   COLOR_NAME = (BINARY)
<<"
67726179 31320000
">>
   RED = 56320
   GREEN = 56320
   BLUE = 56320
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 196
   NAME_SET = 31
   NAME_LENGTH = 5
   COLOR_NAME = (BINARY)
<<"
67726179 38000000
">>
```

```
   RED = 58880
   GREEN = 58880
   BLUE = 58880
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 197
   NAME_SET = 31
   NAME_LENGTH = 5
   COLOR_NAME = (BINARY)
<<"
67726179 34000000
">>
   RED = 61440
   GREEN = 61440
   BLUE = 61440
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 198
   NAME_SET = 31
   NAME_LENGTH = 8
   COLOR_NAME = (BINARY)
<<"
72306731 30306230
">>
   RED = 0
   GREEN = 65280
   BLUE = 0
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 199
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72323567 31303062 30000000
">>
   RED = 16384
   GREEN = 65280
   BLUE = 0
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 200
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
```

```
<<"
72353067 31303062 30000000
">>
    RED = 32768
    GREEN = 65280
    BLUE = 0
END

DEFINE   VG_COLOR
BEGIN
    ITEMID = 0
    CELLID = 201
    NAME_SET = 31
    NAME_LENGTH = 9
    COLOR_NAME = (BINARY)
<<"
72373567 31303062 30000000
">>
    RED = 49152
    GREEN = 65280
    BLUE = 0
END

DEFINE   VG_COLOR
BEGIN
    ITEMID = 0
    CELLID = 202
    NAME_SET = 31
    NAME_LENGTH = 9
    COLOR_NAME = (BINARY)
<<"
72383867 31303062 30000000
">>
    RED = 57344
    GREEN = 65280
    BLUE = 0
END

DEFINE   VG_COLOR
BEGIN
    ITEMID = 0
    CELLID = 203
    NAME_SET = 31
    NAME_LENGTH = 10
    COLOR_NAME = (BINARY)
<<"
72313030 67313030 62300000
">>
    RED = 65280
    GREEN = 65280
    BLUE = 0
END

DEFINE   VG_COLOR
BEGIN
    ITEMID = 0
    CELLID = 204
```

```
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72306731 30306235 30000000
">>
   RED = 0
   GREEN = 65535
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 205
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72323567 31303062 35300000
">>
   RED = 16384
   GREEN = 65535
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 206
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72353067 31303062 35300000
">>
   RED = 32768
   GREEN = 65535
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 207
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72373567 31303062 35300000
">>
   RED = 49152
   GREEN = 65535
   BLUE = 32768
END

DEFINE  VG_COLOR
```

1398

```
BEGIN
   ITEMID = 0
   CELLID = 208
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72383867 31303062 35300000
">>
   RED = 57344
   GREEN = 65535
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 209
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72313030 67313030 62353000
">>
   RED = 65535
   GREEN = 65535
   BLUE = 32768
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 210
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72306731 30306237 35000000
">>
   RED = 0
   GREEN = 65535
   BLUE = 49152
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 211
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72323567 31303062 37350000
">>
   RED = 16384
   GREEN = 65535
   BLUE = 49152
```

```
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 212
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72353067 31303062 37350000
">>
   RED = 32768
   GREEN = 65535
   BLUE = 49152
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 213
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72373567 31303062 37350000
">>
   RED = 49152
   GREEN = 65535
   BLUE = 49152
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 214
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72383867 31303062 37350000
">>
   RED = 57344
   GREEN = 65535
   BLUE = 49152
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 215
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72313030 67313030 62373500
">>
```

```
   RED = 65535
   GREEN = 65535
   BLUE = 49152
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 216
   NAME_SET = 31
   NAME_LENGTH = 9
   COLOR_NAME = (BINARY)
<<"
72306731 30306238 38000000
">>
   RED = 0
   GREEN = 65535
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 217
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72323567 31303062 38380000
">>
   RED = 16384
   GREEN = 65535
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 218
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72353067 31303062 38380000
">>
   RED = 32768
   GREEN = 65535
   BLUE = 57344
END

DEFINE   VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 219
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
```

```
<<"
72373567 31303062 38380000
">>
   RED = 49152
   GREEN = 65535
   BLUE = 57344
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 220
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72383867 31303062 38380000
">>
   RED = 57344
   GREEN = 65535
   BLUE = 57344
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 221
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72313030 67313030 62383800
">>
   RED = 65535
   GREEN = 65535
   BLUE = 57344
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 222
   NAME_SET = 31
   NAME_LENGTH = 10
   COLOR_NAME = (BINARY)
<<"
72306731 30306231 30300000
">>
   RED = 0
   GREEN = 65535
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 223
```

```
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72323567 31303062 31303000
">>
   RED = 16384
   GREEN = 65535
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 224
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72353067 31303062 31303000
">>
   RED = 32768
   GREEN = 65535
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 225
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72373567 31303062 31303000
">>
   RED = 49152
   GREEN = 65535
   BLUE = 65535
END

DEFINE  VG_COLOR
BEGIN
   ITEMID = 0
   CELLID = 226
   NAME_SET = 31
   NAME_LENGTH = 11
   COLOR_NAME = (BINARY)
<<"
72383867 31303062 31303000
">>
   RED = 57344
   GREEN = 65535
   BLUE = 65535
END

DEFINE  VG_COLOR
```

```
BEGIN
   ITEMID = 0
   CELLID = 227
   NAME_SET = 31
   NAME_LENGTH = 12
   COLOR_NAME = (BINARY)
<<"
72313030 67313030 62313030
">>
   RED = 65535
   GREEN = 65535
   BLUE = 65535
END
```