STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186,<br><br>Defendants. | Civil Action No. 2003-CV-3105 |

DECLARATION OF CRAIG S. HILLIARD IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1. I am an attorney at law admitted to practice in this Court, and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this litigation. I make this declaration in opposition to the motions filed by defendants seeking to dismiss the Amended Complaint under Fed.R.Civ.P. 12(b)(1).

2. Attached hereto as Exhibit "A" is a copy of excerpts from the deposition of Dr. William Choat, a computer programmer formerly employed by defendant, The Miller Group.

3.  Attached hereto as Exhibit "B" is a copy of a document marked as "Miller-9" during depositions taken in this action.

4.  Attached hereto as Exhibit "C" is a copy of a document marked as "Miller-5" during depositions taken in this action.

5.  I declare under penalty of perjury that the foregoing is true and correct.

_____
CRAIG S. HILLIARD

Dated:    May 26, 2006