E-FILED
Friday, 26 May, 2006 04:47:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTURY CONSULTANTS, LTD.,         )
                                   )
   Plaintiff,                      )
                                   )
vs.                                ) No. 03-CV-3105
                                   )
THE MILLER GROUP, INC., JOHN G.    )
MILLER, and THE SPRINGFIELD        )
PUBLIC SCHOOL DISTRICT 186,        )
                                   )
   Defendants.                     )

The Deposition of:

WILLIAM M. CHOAT
October 20, 2004

JULIE L. BLOOME REPORTING
104 Maple Street
Post Office Box 264
Raymond, Illinois 62560
217/229-3309

Page 18

```
 1       A. School District 186, Springfield.
 2       Q. Okay. So at the time he contacted you
 3  about joining him now in this new business, The Miller
 4  Group, am I correct that it was your understanding
 5  that the Springfield School District was a ground
 6  floor client for his new business?
 7       A. That's my understanding.
 8       Q. Okay. Did you understand that he started
 9  this business because he was able to secure that
10  client?
11       A. Well, I think he had already started the
12  new business but could hire me because he had acquired
13  that client.
14       Q. Okay.
15       A. My understanding.
16       Q. Okay. So you accepted the position,
17  correct?
18       A. Yes.
19       Q. And what position did you accept?
20       A. Unnamed. Just programmer.
21       Q. Programmer?
22       A. (Witness nodding head in the
23  affirmative.)
24       Q. Okay. At the time you joined The Miller
```

Page 19

```
 1  Group, were there any other employees working at the
 2  firm? Or was it just you and Mr. Miller?
 3       A. As far as I can recall, just me and
 4  Mr. Miller.
 5       Q. At the beginning?
 6       A. Right.
 7       Q. And from your beginning days at The
 8  Miller Group, what did you start working on? What do
 9  you recall your first work being?
10       A. Used a language called Tango, T-a-n-g-o.
11       Q. For what?
12       A. For database -- for Internet database
13  application development.
14       Q. For the Springfield School District?
15       A. Yes.
16       Q. Or for some other client?
17       A. For that client.
18       Q. For Springfield.
19       A. Yes.
20       Q. Okay. Now, what exactly were you doing?
21  You said Internet database development. What exactly
22  were you working on for the School District at that
23  point?
24       A. Well, I didn't know what was being -- any
```

Page 20

```
 1  deals that had been done, but Jack had found this
 2  program called Tango, which he purchased, and we were
 3  using it to write a front end to the School District's
 4  Oracle database.
 5       Q. Front end for a Web-based application?
 6       A. Yes. The Web base is the front end part.
 7       Q. Okay. And it was your understanding that
 8  this was interfacing with the Oracle database?
 9       A. Correct.
10       Q. Now, at that time, in the early days of
11  your work at The Miller Group, did The Miller Group
12  have other clients?
13       A. Not that I know of.
14       Q. So your work at that -- I'm sorry, I
15  didn't mean to cut you off. Were you still --
16       A. No, no. I'm just thinking. I don't know
17  of any others.
18       Q. So is it accurate to say that your work
19  at The Miller Group in the beginning was devoted
20  exclusively to working for the Springfield School
21  District?
22       A. Yeah. I was doing work for Jack, and
23  I -- yeah, the only client we had that I knew of was
24  Springfield.
```

Page 21

```
 1       Q. Okay. Mr. Miller ever tell you how he
 2  came to acquire that client?
 3       A. No. Not that I recall.
 4       Q. Did you ever learn how he came to acquire
 5  the Springfield School District --
 6       A. No, I didn't.
 7       Q. -- as a client?
 8       A. I really didn't.
 9       Q. Okay. How were you paid in the
10  beginning? Were you salaried?
11       A. Yes.
12       Q. Okay. At some point, did you do any work
13  for any other client other than the School District?
14       A. Not until we had -- I'm trying to think
15  of an exception. Not until we had finished the School
16  District project.
17       Q. Do you recall approximately when you
18  finished the School District project?
19       A. I don't recall.
20       Q. Can you even approximate the year?
21       A. Um, I really don't remember.
22       Q. Okay. And when you say -- you used the
23  phrase, not until we finished the School District
24  project, what did you mean by "project"?
```

## Page 22

1  A. The database to the point that they told
2  me to make changes. When they said we're done making
3  changes, and -- we no longer made changes on the
4  School District project. I'm sorry, on the School
5  District database. That's when I figured the project
6  was ended.
7  Q. So you learned that the project was ended
8  based on Mr. Miller telling you, that's it, we have no
9  further work to do, correct?
10  A. Well, and what happened was whenever we
11  would make changes we posted it on our machines, we
12  would do our testing, and when we were done we would
13  use a program called CVL, which took our changes and
14  merged them into their computers, and the --
15  Q. Is that something called a central
16  versioning language?
17  A. I don't know the words for which it
18  stands.
19  Q. CVS or CVL?
20  A. CVL.
21  Q. Okay.
22  A. And, when --
23  Q. That's a commercially available program,
24  correct?

## Page 23

1  A. I believe so.
2  That's when I knew we were done with it
3  was when we were no longer sending changes, we took
4  down the CVL that went to the School District servers.
5  Q. Okay. Now, at that point in time, do I
6  understand you correctly that you then started doing
7  some work for some other customers of The Miller Group
8  other than the School District?
9  A. Yes.
10  Q. What customers or clients did you then
11  start to work on projects for?
12  A. Well, actually, not right away because we
13  had sales people that were going to sell the product.
14  Q. What do you mean by "product"?
15  A. IS3. At that point, we went through and
16  began making changes to make it our own product
17  instead of the School District's.
18  Q. Okay. Was IS3 based in any way on what
19  you had done for the Springfield School District?
20  A. Well, at that point, IS3 was what we had
21  done for Springfield School District.
22  Q. Okay.
23  A. In other words, we did not have two IS3's
24  under development simultaneously.

## Page 24

1  Q. Okay. And it's your testimony, then,
2  that you started to do some work on changing what had
3  been installed at the Springfield School District for
4  some purpose?
5  A. There were things in the structure we did
6  not -- did not like.
7  Q. Okay. Why were you making these changes?
8  A. Well, to my knowledge, it was to make a
9  program we could sell that we could maintain.
10  Q. Is there any reason why you couldn't sell
11  the software or the product that you had developed for
12  the Springfield School District?
13  A. Not to my knowledge. There was no reason
14  we couldn't have. There was some things we did not
15  like. Some of the structures we wanted to change.
16  Q. Okay. Can you be more specific in what
17  you wanted to change.
18  A. Um...
19  Q. And I assume by "change," you mean change
20  it to put it in a form that Miller Group would then
21  sell to other customers, correct?
22  A. Correct.
23  Q. Was the goal, as you understood it, to
24  sell to other school districts? To sell what you had

## Page 25

1  developed for the Springfield School District to other
2  school districts?
3  A. To my knowledge, I guess that was the
4  intent.
5  Q. Okay. So --
6  A. I didn't have anything to do with sales.
7  I don't know. I don't know.
8  Q. Okay. So what do you recall were the --
9  what changes were made to IS3?
10  A. I can give you an example. For example,
11  the address structure. We were -- when we were doing
12  Springfield's we were tied to the structure, the
13  database structure, they needed to and wanted to
14  maintain. One of the early changes we did was take
15  address and the table where addresses were stored and
16  we changed the structure, the way people are stored in
17  those, parents.
18  Q. Uh-huh. Including such things as street
19  names?
20  A. No, that part stayed the same. The
21  School District structure was the address record and
22  allowed for two people to live at that address, Parent
23  1, Parent 2. We took that separate, for example, and
24  made it a people database, people table, that are tied

**58**

1  how those -- how that data all interacts within the
2  database structure in order to be able to build the
3  front end application?
4      A. Well, for the final product you certainly
5  would. The initial stages did not involve much of
6  anything. It was a student, change the last name and
7  first name, so...
8      Q. But for the final product you would.
9      A. Yeah. You'd have to understand how
10 everything correlated.
11     Q. And how would you educate yourself on
12 that?
13     A. (No audible response.)
14     Q. Or how did you educate yourself about the
15 way in which the data was stored and the way in which
16 it was structured and interrelated to be able to
17 complete your work?
18     A. Well, I sat and looked at students and
19 addresses; found that student ID had to be the common
20 element, and look at the table structures, and spend a
21 lot of time figuring it out.
22     Q. Were you aware of a group at the School
23 District structure called the Information Systems Task
24 Force? Have you ever heard that term before?

**59**

1      A. I don't recall hearing the term, and I
2  did not know -- I -- I kind of know now who they are.
3      Q. How is it --
4      A. I'm still not --
5      Q. Because you work there.
6      A. Yeah. And that's only because I've heard
7  that name when Mr. Qualls goes to meetings with them.
8      Q. Okay.
9      A. I believe it's the same group. They're
10 called IS3 meetings.
11     Q. I'm going to show you what's been marked
12 as Miller 8 for identification.
13     A. Okay.
14     Q. And Miller 9. Do you recognize those
15 documents?
16     A. Oh, yeah. Absolutely.
17     Q. What are they?
18     A. My writing.
19     Q. It's your handwriting all over the
20 documents?
21     A. Yeah.
22     Q. Okay.
23     A. I'm trying to figure out what things
24 were. If you look -- yeah, I know I recognize them.

**60**

1      Q. What do you recognize them to be?
2      A. These are the tables, Oracle data tables,
3  that we were given at the very beginning.
4      Q. Now, is this what you referred to before
5  when you said -- we talked about the database
6  structures?
7      A. Yeah. Yeah, this is exactly what I was
8  talking about. The columns and -- within each table.
9      Q. Did you use those documents in any way?
10     A. Yeah. That's all I had. I used them
11 like crazy. Yeah. It's kind of like seeing an old
12 friend again. I forgot about these.
13     Q. What did you use them to do?
14     A. To figure out what was going on in the
15 database. At the time, Mr. Miller's daughter, Carolyn
16 Miller, was a senior or junior in high school, and we
17 knew her student ID because Jack knew her -- his
18 daughter's student ID, so I would go through and find
19 tables for which Carolyn had records. And you can
20 even see where I wrote in what I found. That's what I
21 meant awhile ago when I said I sat back for a long
22 time and had to figure out how everything ties
23 together. Yeah.
24     Q. Do you believe that looking at these

**61**

1  documents assisted you in being able to develop the
2  front end application?
3      A. That's all I had. Yeah. Oh, this was
4  my -- I carried it home at night.
5      Q. A few minutes ago we talked about one
6  aspect of the IS3 product, the scheduler application.
7      A. Uh-huh.
8      Q. What is the scheduler application? If
9  you can describe it for me.
10     A. Well, to the best my knowledge, if you
11 can use the word "merely" to describe the scope, but
12 its job, to assign students to classes, that they've
13 requested and whatever.
14     Q. Okay. In your opinion, was it an
15 important part of the IS3 product?
16     A. I suspect it probably was, although,
17 again, I don't know -- I believe we made sales without
18 it. I shouldn't say that.
19     Q. Well, that was my next question. When
20 you -- you sold the product to several other
21 non-Springfield School District clients, correct?
22     A. Right.
23     Q. Was it -- was the scheduler part of the
24 IS3 product which was sold to Adlai Stevenson, for