```
Tue Oct. 6, 1998 2:41 pm          S T A R _ B A S E
                                    Data Dictionary                                          Page:1

Column Name                                        Null           Type
-------------------------------------------------------------------------------------------------
able Name:(ACTIVITY)   (Not a STARS table)         Table Synonym Name: ACTIVE
Ø Records   SCHOOL                                 NOT NULL       VARCHAR2(4)
            ACTIVITY_CODE                          NOT NULL       VARCHAR2(6)
            ACTIVITY_DESC                                         VARCHAR2(30)
            ACT_SEQ                                               VARCHAR2(3)
-------------------------------------------------------------------------------------------------
Table Name:(ADASP)                                 Table Synonym Name:ADASPS      Don't see
911 Records START_YY  98                           NOT NULL       VARCHAR2(2)     this
            SCHOOL    52                           NOT NULL       VARCHAR2(4)
            SCH_YR_MO 199802                       NOT NULL       VARCHAR2(6)
            DAYS_ENROLLED  3-365                                  NUMBER(7,1)
            DAYS_PRESENT                                          NUMBER(7,1)
            DAYS_ABSENT                                           NUMBER(7,1)
            STUDENT_CNT                                           NUMBER(7,0)
            SCHOOL_DAYS_POS  23.                                  NUMBER(3,1)
            TRACK     NONE                                        VARCHAR2(4)
-------------------------------------------------------------------------------------------------
Table Name:(ADDRESS) - S01-02-02 Student Address Record
                                                   Table Synonym Name:ADDR
26,056      ρ STUDENT_ID - 27010 unique            NOT NULL       VARCHAR2(10)    1 Record
records     S RELATION - ρ    unique               NOT NULL       VARCHAR2(10)    per Stud.
            - LAST_NAME - MILLER                   NOT NULL       VARCHAR2(18)
            - FIRST_NAME - JOHN/BARB               NOT NULL       VARCHAR2(18)
            MIDDLE_INIT -                                         VARCHAR2(1)
            PREFIX -                                              VARCHAR2(4)
            SUFFIX -                                              VARCHAR2(4)
            HOUSE_NO - 1601                                       NUMBER(5,0)
            LETTER -                                              VARCHAR2(1)
            DIRECTION -                                           VARCHAR2(2)
            STREET - WIGGINS AVE                                  VARCHAR2(30)
            ZIPCODE - 62704                                       VARCHAR2(6)
            PLUS4 -                                               VARCHAR2(4)
            APT -                                                 VARCHAR2(5)
            AREA_CODE - 217                                       VARCHAR2(3)
            PHONE - 5464896                                       NUMBER(7,0)
            UNLISTED -                                            VARCHAR2(1)
            DISTRICT - 186                                        VARCHAR2(4)
            EMERG_PHONE_AREA - 217                                NUMBER(3,0)
            EMERG_PHONE - 2411770                                 NUMBER(7,0)
            EP_UNLISTED -                                         VARCHAR2(1)
            EP_LOCATION - b.m. → THOMAS/GRANDMOTHER               VARCHAR2(30)
            GRID_CODE -                                           VARCHAR2(8)
            MUNICIPALITY -                                        VARCHAR2(2)
            CAN_PICK_UP_STU -                                     VARCHAR2(1)
            GETS_SCHED - Y                                        VARCHAR2(1)
            GETS_GRADES - Y                                       VARCHAR2(1)
            GETS_ATT - Y                                          VARCHAR2(1)
            GETS_DISCI - Y                                        VARCHAR2(1)
            GETS_MAIL - Y                                         VARCHAR2(1)
            PRIMARY ─────────────────────────────────────         "   (1)
            LEGAL   ─────────────────────────────────────         "   (1)
```

PART 1 OF 3

EXHIBIT
MILLER 9

Tue Oct. 6, 1998 2:41 pm          S T A R _ B A S E                    Page:2
                                    Data Dictionary

                Column Name                    Null           Type

---

Table Name: ADDRESS *Cont.*                    Table Synonym Name: ADDR
        STREET2 ~                                             VARCHAR2(30)
        LANGUAGE_CODE -                                       VARCHAR2(5)

---

Table Name: ADDVIEW                            Table Synonym Name: ADDVW

*87,901 records*

        START_YY - 98                  NOT NULL       VARCHAR2(2)        *One rec.*
        STUDENT_ID - 27010             NOT NULL       VARCHAR2(10)       *per stud*
        SCHOOL - 52                    NOT NULL       VARCHAR2(4)        *per year*
        BUILDING -                                    VARCHAR2(4)        *school.*
        GRADE - 12                     NOT NULL       VARCHAR2(2)
        HOMEROOM - 354                                VARCHAR2(5)        *Carolyn*
        ACTIVE - A                     NOT NULL       VARCHAR2(1)        *4 year*
        CURRICULUM -                                  VARCHAR2(3)
        YR_OF_GRAD -                                  VARCHAR2(4)
        SHIFT - 1                      NOT NULL       VARCHAR2(1)
        COUNSELOR - DIETEL                            VARCHAR2(20)
        BUS_ROUTE_AM -                                VARCHAR2(4)
        BUS_ROUTE_PM -                                VARCHAR2(4)
        BUS_STOP_AM -                                 VARCHAR2(4)
        BUS_STOP_PM -                                 VARCHAR2(4)
        BUS_TIME_AM -                                 VARCHAR2(4)
        BUS_TIME_PM -                                 VARCHAR2(4)
        BUS_DISTANCE -                                NUMBER(4,2)
        TRANSFER -                                    VARCHAR2(1)
        TRANS_AID -                                   VARCHAR2(1)
        TUITION -                                     VARCHAR2(1)
        SPECIAL_ED -                                  VARCHAR2(3)
        TRACK - NONE                                  VARCHAR2(4)
        RANK - 4                                      VARCHAR2(1)
        SPORTS_ELIG - Y                               VARCHAR2(1)
        LOCKER_NUMBER -                               VARCHAR2(5)
        LOCKER_COMBO -                                VARCHAR2(1)
        PROGCODE -                                    VARCHAR2(2)
        CLUSTER_CODE -                                VARCHAR2(2)
        USER_FLD1 -                                   VARCHAR2(10)
        USER_FLD2 -                                   VARCHAR2(10)
        USER_FLD3 -                                   VARCHAR2(10)
        USER_FLD4 -                                   VARCHAR2(10)
        USER_FLD5 -                                   VARCHAR2(10)
        LAST_NAME - MILLER    *length=18*     NOT NULL       VARCHAR2(18)
        FIRST_NAME - CAROLYN A    *" =18*     NOT NULL       VARCHAR2(18)
        MIDDLE_INIT -                                 VARCHAR2(1)
        NICKNAME -                                    VARCHAR2(20)
        SOC_SEC_NO -                                  VARCHAR2(9)
        SEX - F                        NOT NULL       VARCHAR2(1)
        ETHNIC - C                     NOT NULL       VARCHAR2(2)
        RELATION_RESIDES - P           NOT NULL       VARCHAR2(10)
        RELATION_LEGAL - P             NOT NULL       VARCHAR2(10)
        BIRTH_DATE - 12/29/81 12:00:00 AM    NOT NULL  DATE(7)

| Column Name | Null | Type |
|---|---|---|

---

Table Name: (ADDVIEW) Cont.                                Table Synonym Name: ADDVW

| Column | Null | Type |
|---|---|---|
| CURRENT_SCHOOL — 52 | | VARCHAR2(4) |
| PREVIOUS_SCHOOL — | | VARCHAR2(4) |
| NEXT_SCHOOL — | | VARCHAR2(4) |
| FAMILY_CODE — 27010 | NOT NULL | VARCHAR2(10) |
| RELATION — P | NOT NULL | VARCHAR2(10) |
| RELATION_LAST_NAME — MILLER | NOT NULL | VARCHAR2(18) |
| RELATION_FIRST_NAME — JOHN/BARB | NOT NULL | VARCHAR2(18) |
| RELATION_MIDDLE_INIT — | | VARCHAR2(1) |
| PREFIX — | | VARCHAR2(4) |
| SUFFIX — | | VARCHAR2(4) |
| HOUSE_NO — 1601 | | NUMBER(5,0) |
| LETTER — | | VARCHAR2(1) |
| DIRECTION — | | VARCHAR2(2) |
| STREET — WIGGINS AVE | | VARCHAR2(30) |
| STREET2 — | | VARCHAR2(30) |
| ZIPCODE — 62704 | | VARCHAR2(6) |
| CITY_NAME — SPRINGFIELD | NOT NULL | VARCHAR2(30) |
| STATE_CODE — IL | NOT NULL | VARCHAR2(2) |
| PLUS4 — | | VARCHAR2(4) |
| APT — | | VARCHAR2(5) |
| AREA_CODE — 217 | | VARCHAR2(3) |
| PHONE — 546-4896 | | VARCHAR2(8) |
| UNLISTED — | | VARCHAR2(1) |
| DISTRICT — 186 | | VARCHAR2(4) |
| EMERG_PHONE_AREA — | | NUMBER(3,0) |
| EMERG_PHONE — | | VARCHAR2(8) |
| EP_UNLISTED — | | VARCHAR2(1) |
| EP_LOCATION — | | VARCHAR2(30) |
| GRID_CODE — | | VARCHAR2(8) |
| MUNICIPALITY — | | VARCHAR2(2) |
| CAN_PICK_UP_STU — | | VARCHAR2(1) |
| GETS_SCHED — Y | | VARCHAR2(1) |
| GETS_GRADES — Y | | VARCHAR2(1) |
| GETS_ATT — Y | | VARCHAR2(1) |
| GETS_DISCI — Y | | VARCHAR2(1) |
| GETS_MAIL — Y | | VARCHAR2(1) |

---

Table Name: (AHSROLLV) (Not a STARS table)    Table Synonym Name: AHSROLLS ✓

*2,728 Records*

| Column | Null | Type |
|---|---|---|
| STUDENT_ID — 36096 | NOT NULL | VARCHAR2(10) |
| SPMN — 42982 | NOT NULL | VARCHAR2(5) |
| PROG_NAME — ahsrollv | NOT NULL | VARCHAR2(8) |
| FLAG1 — | | VARCHAR2(1) |
| FLAG2 — U | | VARCHAR2(1) |
| FLAG3 — I | | VARCHAR2(1) |
| FLAG4 — | | VARCHAR2(1) |
| FLAG5 — U | | VARCHAR2(1) |
| FLAG6 — | | VARCHAR2(1) |
| FLAG7 — | | VARCHAR2(1) |

*No record for Carol*

```
                Column Name                        Null           Type
--------------------------------------------------------------------------------
Table Name: AHS_ABS  (Not a STARS3 table)          Table Synonym Name: AHSABS ✓
1,619 Records
        START_YY - 97                              NOT NULL       VARCHAR2(2)
        SCHOOL - 51                                NOT NULL       VARCHAR2(4)
        STUDENT_ID - 1001056                       NOT NULL       VARCHAR2(10)
        SEMESTER - 01                              NOT NULL       VARCHAR2(2)
        GRDLVL - 10                                               VARCHAR2(2)
        CUM_ERCRD -                                               NUMBER(6,3)
        ABS_EXC - 2.5                                             NUMBER(4,1)
        ABS_UNX - 0                                               NUMBER(4,1)
        ABS_UNL - 0                                               NUMBER(4,1)
        TDY_DAYS - 0                                              NUMBER(3,0)
        POSS_DAYS - 44                                            NUMBER(4,1)
--------------------------------------------------------------------------------
Table Name: AHS_ADD  (Not a STARS3 table)          Table Synonym Name: AHSADD ✓
2,305 Records
        STUDENT_ID - 10426                         NOT NULL       VARCHAR2(10)
        RELATION - P                               NOT NULL       VARCHAR2(10)
        LAST_NAME - MILLER                                        VARCHAR2(18)
        FIRST_NAME - TOM-DENISE                                   VARCHAR2(18)
        MIDDLE_INIT -                                             VARCHAR2(1)
        PREFIX -                                                  VARCHAR2(6)
        SUFFIX -                                                  VARCHAR2(4)
        HOUSE_NO - 2509                                           NUMBER(5,0)
        LETTER -                                                  VARCHAR2(4)
        DIRECTION -                                               VARCHAR2(2)
        STREET - STOKEBRIDGE                                      VARCHAR2(30)
        STREET2 -                                                 VARCHAR2(30)
        ZIPCODE - 62702                                           VARCHAR2(6)
        PLUS4 -                                                   VARCHAR2(4)
        APT -                                                     VARCHAR2(5)
        AREA_CODE - 217                                           VARCHAR2(3)
        PHONE - 5285456                                           NUMBER(7,0)
        UNLISTED - N                                              VARCHAR2(1)
        OCCUPATION -                                              VARCHAR2(30)
        GETS_MAIL - Y                              NOT NULL       VARCHAR2(1)
--------------------------------------------------------------------------------
Table Name: AHS_AUX  (Not a STARS3 table)          Table Synonym Name: AHSAUX ✓
4,650 Records
        STUDENT_ID -                               NOT NULL       VARCHAR2(10)
        BIRTH_PLACE                                               VARCHAR2(25)
        BIRTH_STATE                                               VARCHAR2(2)
        BIRTH_COUNTRY                                             VARCHAR2(3)
        BIRTH_CERTNO                                              VARCHAR2(15)
        CITIZENSHIP_CODE                                          VARCHAR2(3)
        MARITAL_STATUS                                            VARCHAR2(1)
        GRADUATED_FLAG                                            VARCHAR2(1)
        WORK_FLAG                                                 VARCHAR2(1)
        WORK_NAME                                                 VARCHAR2(30)
        WORK_POSITION                                             VARCHAR2(30)
```

Handwritten annotations (right margin): "No Rec for Ce", "No Rec c/o Ce", "Student I only - No OTHER DA", "No Record for Carol"

```
                Column Name                    Null            Type
```

Table Name: AHS_CEGD (Not a STARS3 Table)              Table Synonym Name: AHSCEGD ✓  *[No Com]*
[7 Records]
  START_YY - 97                          NOT NULL        VARCHAR2(2)
  SCHOOL - 51                            NOT NULL        VARCHAR2(4)
  CITEFFGD - 1                           NOT NULL        VARCHAR2(3)
  CITEFFGD_DESC - WEIGHT                 NOT NULL        VARCHAR2(30)

Table Name: AHS_COL (Not a STARS3 Table)               Table Synonym Name: AHSCOL
[0 Records]
  STUDENT_ID                             NOT NULL        VARCHAR2(10)
  COLLEGE_CODE                           NOT NULL        VARCHAR2(5)
  STATUS                                 NOT NULL        VARCHAR2(1)
  COL_DATE                                               DATE(7)

Table Name: AHS_COMM (Not a STARS3 Table)              Table Synonym Name: AHSCOMM ✓
[6 Records]
  START_YY - 97                          NOT NULL        VARCHAR2(2)
  SCHOOL - 51                            NOT NULL        VARCHAR2(4)
  COMMENTS - 1 (through 6)               NOT NULL        VARCHAR2(3)
  COMM_DESC - INADEQUATE PREPARATION     NOT NULL        VARCHAR2(30)
      (& other reasons for failure)

Table Name: AHS_CRS (Not a STARS table)                Table Synonym Name: AHSCRS ✓
[706 Records]
  START_YY - 97                          NOT NULL        VARCHAR2(2)
  SCHOOL - 51                            NOT NULL        VARCHAR2(4)
  CLASS_CD - 10                          NOT NULL        VARCHAR2(6)
  SECTION - 001                          NOT NULL        VARCHAR2(3)
  NAME - ENG LIT/COM 234                                 VARCHAR2(20)
  SHORT_NAME - ENG L/C 234                               VARCHAR2(10)
  SEMESTER - FY                                          VARCHAR2(2)
  CREDITS - 5                                            NUMBER(5,3)
  GRADED_CD - Y                                          VARCHAR2(1)
  HONOR_CD - Y                                           VARCHAR2(1)
  RANK_CD - Y                                            VARCHAR2(1)
  TCH_F_NAME - VICTORIA                                  VARCHAR2(18)
  TCH_L_NAME - BROTT                                     VARCHAR2(18)
  TCH_M_INIT -                                           VARCHAR2(1)
  DEPT - ENG                                             VARCHAR2(3)
  REQ_GRAD - Y                                           VARCHAR2(1)
  WEIGHT - 4                                             NUMBER(5,3)
  GPA_DIVISOR - 1                                        NUMBER(4,2)
  ABILITY_LEVEL -                                        VARCHAR2(2)

Table Name: AHS_DIPLOMA (Not a STARS table)            Table Synonym Name: AHSDIPLOMA
  DIPLOMA_TYPE                                           VARCHAR2(3)
  DIPLOMA_DESC                                           VARCHAR2(50)

Table Name: AHS_GRDT (Not a STARS table)               Table Synonym Name: AHSGRDT
  START_YY                               NOT NULL        VARCHAR2(2)

```
Tue Oct. 6, 1998 2:41 pm           S T A R _ B A S E                    Page:6
                                    Data Dictionary

                Column Name              Null              Type
----------------------------------------------------------------------------
Table Name: AHS_GRDT (cont.)                  Table Synonym Name:
        STUDENT_ID              NOT NULL      VARCHAR2(10)
        SEMESTER                NOT NULL      VARCHAR2(2)
        SCHOOL                  NOT NULL      VARCHAR2(4)
        CLASS_CD                NOT NULL      VARCHAR2(6)
        SECTION                 NOT NULL      VARCHAR2(3)
        GRADE                                 VARCHAR2(3)
        FIXED_CREDITS                         NUMBER(5,3)
        FIXED_CREDIT_DESC                     VARCHAR2(255)
        EARN_CREDITS                          NUMBER(5,3)
        RANK_FLAG                             VARCHAR2(1)
        EFF_GRADE                             VARCHAR2(3)
        COMMENT_1                             VARCHAR2(3)
        COMMENT_2                             VARCHAR2(3)
        COMMENT_3                             VARCHAR2(3)
        CLASS_ABS_EXC                         NUMBER(3,0)
        CLASS_ABS_UNX                         NUMBER(3,0)
        CLASS_TDY                             NUMBER(3,0)
        CIT_GRADE                             VARCHAR2(3)
        BOOK_LEVEL                            VARCHAR2(3)
----------------------------------------------------------------------------
Table Name: AHS_HEAD (Not a STARS table)     Table Synonym Name: AHEAD
        SCHOOL                  NOT NULL      VARCHAR2(4)
        NAME                                  VARCHAR2(40)
        ADDRESS1                              VARCHAR2(30)
        ADDRESS2                              VARCHAR2(30)
        ZIP                                   VARCHAR2(6)
        AREA_CODE                             NUMBER(3,0)
        TELEPHONE                             NUMBER(7,0)
        GUIDANCE_TELE                         NUMBER(7,0)
        PRINCIPAL                             VARCHAR2(30)
        STATE_SCHL_CODE                       VARCHAR2(14)
        STATE_DIST_CODE                       VARCHAR2(4)
        STATE_CNTY_CODE                       VARCHAR2(4)
        NATIONAL_TEST_CODE                    VARCHAR2(6)
        TYPE_GRADE                            VARCHAR2(1)
        SCHOOL_TYPE                           VARCHAR2(4)
----------------------------------------------------------------------------
Table Name: AHS_HONR (Not a STARS table)     Table Synonym Name: AHSHONR
        START_YY                NOT NULL      VARCHAR2(2)
        SCHOOL                  NOT NULL      VARCHAR2(4)
        STUDENT_ID              NOT NULL      VARCHAR2(10)
        ACTIVITY_CD                           VARCHAR2(6)
----------------------------------------------------------------------------
Table Name: AHS_MPT (Not a STARS table)      Table Synonym Name: AHSMPT
        START_YY                NOT NULL      VARCHAR2(2)
        SCHOOL                  NOT NULL      VARCHAR2(4)
```

```
        Column Name                        Null           Type
------------------------------------------------------------------------
Table Name: AHS_MPT (cont.)                     Table Synonym Name:
        MP                              NOT NULL        VARCHAR2(2)
        SEQ_NUM                         NOT NULL        VARCHAR2(2)
        MP_DESC                                         VARCHAR2(30)
        BEG_DATE                                        DATE(7)
        END_DATE                                        DATE(7)
        CRED_FLD                                        VARCHAR2(1)
------------------------------------------------------------------------
Table Name: AHS_SCP  (Not a STARS table)        Table Synonym Name: AHSSCP
        STUDENT_ID                      NOT NULL        VARCHAR2(10)
        SCHOLARSHIP                     NOT NULL        VARCHAR2(30)
        AMOUNT                                          VARCHAR2(15)
------------------------------------------------------------------------
Table Name: AHS_SGPA  (Not a STARS table)       Table Synonym Name: AHSSGPA
        START_YY                        NOT NULL        VARCHAR2(2)
        SCHOOL                          NOT NULL        VARCHAR2(4)
        STUDENT_ID                      NOT NULL        VARCHAR2(10)
        SEMESTER                        NOT NULL        VARCHAR2(2)
        GPA_NUM                         NOT NULL        VARCHAR2(1)
        SEM_QPTS                                        NUMBER(9,4)
        SEM_ATTCR                                       NUMBER(6,3)
        SEM_GPA                                         NUMBER(8,4)
        SEM_GPA_DATE                                    DATE(7)
        SEM_RANK                                        NUMBER(4,0)
        SEM_CLASSIZE                                    NUMBER(4,0)
        RANK_FLAG                                       VARCHAR2(1)
------------------------------------------------------------------------
Table Name: AHS_STSCH  (Not a STARS table)      Table Synonym Name: AHSSTSCH
        STUDENT_ID                      NOT NULL        VARCHAR2(10)
        SCHOOL                                          VARCHAR2(4)
        SCHOOL_NAME                                     VARCHAR2(20)
        ENTRY_DATE                                      DATE(7)
        LEFT_DATE                                       DATE(7)
        SCHOOL_TOWN                                     VARCHAR2(15)
        SCHOOL_STATE                                    VARCHAR2(2)
        SCHOOL_ZIP                                      VARCHAR2(6)
        DESCRIPTION                                     VARCHAR2(60)
------------------------------------------------------------------------
Table Name: AHS_STU  (Not a STARS table)        Table Synonym Name: AHSSTU
        STUDENT_ID                      NOT NULL        VARCHAR2(10)
        LAST_NAME                       NOT NULL        VARCHAR2(18)
        FIRST_NAME                      NOT NULL        VARCHAR2(18)
        RELATION_RESIDES                NOT NULL        VARCHAR2(10)
        MIDDLE_INIT                                     VARCHAR2(1)
        NICKNAME                                        VARCHAR2(20)
        SOC_SEC_NO                                      VARCHAR2(9)
```

```
Tue Oct. 6, 1998  2:41 pm         S T A R _ B A S E                    Page:8
                                   Data Dictionary

              Column Name                        Null           Type
---------------------------------------------------------------------------
Table Name: AHS_STU Cat                          Table Synonym Name:
         SEX                            NOT NULL      VARCHAR2(1)
         ETHNIC                         NOT NULL      VARCHAR2(2)
         GRADE                          NOT NULL      VARCHAR2(2)
         BIRTH_DATE                     NOT NULL      DATE(7)
         CURRENT_SCHOOL                               VARCHAR2(4)
         MARRIED_NAME                                 VARCHAR2(18)
         TRANSFER_FLAG                                VARCHAR2(1)
         ENTRY_DATE                                   DATE(7)
         GRAD_DATE                                    DATE(7)
         USER1                                        VARCHAR2(10)
         USER2                                        VARCHAR2(10)
         USER3                                        VARCHAR2(10)
         USER4                                        VARCHAR2(10)
         USER5                                        VARCHAR2(10)
         RANK_FLAG                                    VARCHAR2(1)
         COUNSELOR_NAME                               VARCHAR2(20)
         SPECIAL_ED                                   VARCHAR2(3)
         ESL_CODE                                     VARCHAR2(1)
---------------------------------------------------------------------------
Table Name: AHS_VGT   (Not a STARS Table)        Table Synonym Name: AHSVGT
         START_YY                       NOT NULL      VARCHAR2(2)
         SCHOOL                         NOT NULL      VARCHAR2(4)
         ALPHA_GRADE                    NOT NULL      VARCHAR2(3)
         LOW_NUM                                      NUMBER(3,0)
         HIGH_NUM                                     NUMBER(3,0)
         QPTS                                         NUMBER(6,3)
         CRED_CD                                      VARCHAR2(1)
         RANK_CD                                      VARCHAR2(1)
         WEIGHT_CD                                    VARCHAR2(1)
---------------------------------------------------------------------------
Table Name: AHS_WORK                             Table Synonym Name: AHSW
[0 Records]
         SPMN                                         VARCHAR2(5)
         FORM_NAME                                    VARCHAR2(8)
         STUDENT_ID                                   VARCHAR2(10)
         START_YY                                     VARCHAR2(2)
         REC_NUMBER                                   NUMBER(4,0)
         CLASS_CD                                     VARCHAR2(6)
         SECTION                                      VARCHAR2(3)
         MP01                                         VARCHAR2(2)
         MP02                                         VARCHAR2(2)
         MP03                                         VARCHAR2(2)
         MP04                                         VARCHAR2(2)
         MP05                                         VARCHAR2(2)
---------------------------------------------------------------------------
Table Name: AHS_WORK   Duplicate ?               Table Synonym Name:
         SPMN                                         VARCHAR2(5)
```

```
Tue Oct. 6, 1998  2:41 pm           S T A R _ B A S E                    Page:9
                                     Data Dictionary

             Column Name                    Null           Type
------------------------------------------------------------------------------
 able Name: AHS_WORK Cont.                      Table Synonym Name:
             FORM_NAME                                     VARCHAR2(8)
             STUDENT_ID                                    VARCHAR2(10)
             START_YY                                      VARCHAR2(2)
             REC_NUMBER                                    NUMBER(4,0)
             CLASS_CD                                      VARCHAR2(6)
             SECTION                                       VARCHAR2(3)
             MP01                                          VARCHAR2(2)
             MP02                                          VARCHAR2(2)
             MP03                                          VARCHAR2(2)
             MP04                                          VARCHAR2(2)
             MP05                                          VARCHAR2(2)
------------------------------------------------------------------------------
 Table Name: AHS_WORK2  (Not a STARS table)     Table Synonym Name: AHSW2
             SPMN                           NOT NULL       VARCHAR2(5)
             FORM_NAME                      NOT NULL       VARCHAR2(8)
             STUDENT_ID                     NOT NULL       VARCHAR2(10)
             SCHOOL                         NOT NULL       VARCHAR2(4)
             ACTIVITY_CODE                  NOT NULL       VARCHAR2(6)
             ACTIVITY_DESC                                 VARCHAR2(30)
             ACTIVITY_SEQ                                  VARCHAR2(3)
             ACT_YR1                                       VARCHAR2(4)
             ACT_YR2                                       VARCHAR2(4)
             ACT_YR3                                       VARCHAR2(4)
             ACT_YR4                                       VARCHAR2(4)
             ACT_YR5                                       VARCHAR2(4)
             ACT_YR6                                       VARCHAR2(4)
             ACT_YR7                                       VARCHAR2(4)
             ACT_YR8                                       VARCHAR2(4)
             ACT_YR9                                       VARCHAR2(4)
             ACT_YR10                                      VARCHAR2(4)
------------------------------------------------------------------------------
 Table Name: AHS_YGPA  (Not a STARS table)      Table Synonym Name: AHSYGPA
             START_YY                       NOT NULL       VARCHAR2(2)
             SCHOOL                         NOT NULL       VARCHAR2(4)
             STUDENT_ID                     NOT NULL       VARCHAR2(10)
             GPA_NUM                        NOT NULL       VARCHAR2(1)
             YTD_QPTS                                      NUMBER(9,4)
             YTD_ATTCR                                     NUMBER(6,3)
             YTD_GPA                                       NUMBER(8,4)
             YTD_GPA_DATE                                  DATE(7)
             YTD_GPA_ANSW                                  VARCHAR2(40)
             YTD_RANK                                      NUMBER(4,0)
             YTD_CLASSIZE                                  NUMBER(4,0)
             YTD_CREDIT_EARNED                             NUMBER(6,3)
             YTD_GPA_PTS                                   NUMBER(6,3)
```

```
Tue Oct. 6, 1998 2:41 pm          S T A R _ B A S E                    Page:10
                                    Data Dictionary

                 Column Name                    Null            Type
-------------------------------------------------------------------------------
Table Name: AHT_DICT  (Not a STARS table)       Table Synonym Name: AHTDICT
        TD_CODE                                 NOT NULL        VARCHAR2(4)
        TD_FORM                                 NOT NULL        VARCHAR2(2)
        TD_LEVEL                                NOT NULL        VARCHAR2(2)
        SUB_TEST                                NOT NULL        VARCHAR2(2)
        SUB_TEST_NAME                           NOT NULL        VARCHAR2(40)
        TD_SEQ                                  NOT NULL        NUMBER(3,0)
        TD_ITEMS                                NOT NULL        NUMBER(3,0)
-------------------------------------------------------------------------------
Table Name: AHT_NAME  (Not a STARS table)       Table Synonym Name: AHTNAME
        TD_CODE                                 NOT NULL        VARCHAR2(4)
        TD_NAME                                 NOT NULL        VARCHAR2(40)
-------------------------------------------------------------------------------
Table Name: AHT_SCRD  (Not a Stars table)       Table Synonym Name: AHTSCRD
        TYPE_SCORE                              NOT NULL        VARCHAR2(2)
        SCORE_DESC                                              VARCHAR2(20)
        SCORE_ABBREV                                            VARCHAR2(3)
-------------------------------------------------------------------------------
Table Name: AHT_STHX  (Not a STARS table)       Table Synonym Name: AHTSTHX
        TD_POINTER                              NOT NULL        NUMBER(10,0)
        SUB_TEST                                NOT NULL        VARCHAR2(2)
        TYPE_SCORE                                              VARCHAR2(2)
        TEST_SCORE                                              NUMBER(6,2)
-------------------------------------------------------------------------------
Table Name: AHT_THX  (Not a STARS table)        Table Synonym Name: AHTTHX
        STUDENT_ID                              NOT NULL        VARCHAR2(10)
        TEST_CODE                               NOT NULL        VARCHAR2(4)
        TEST_FORM                               NOT NULL        VARCHAR2(2)
        TEST_LEVEL                              NOT NULL        VARCHAR2(2)
        TEST_DATE                               NOT NULL        DATE(7)
        GRADE_LEVEL                             NOT NULL        VARCHAR2(2)
        TEST_SCHOOL                             NOT NULL        VARCHAR2(4)
        TD_POINTER                              NOT NULL        NUMBER(10,0)
-------------------------------------------------------------------------------
Table Name: AHT_TSCR  (Not a STARS table)       Table Synonym Name: AHTTSCR
        TD_CODE                                 NOT NULL        VARCHAR2(4)
        TYPE_SCORE                              NOT NULL        VARCHAR2(2)
-------------------------------------------------------------------------------
Table Name: AHT_WORK  (Not a STARS table)       Table Synonym Name: AHTWORK
        FORM_NAME                               NOT NULL        VARCHAR2(8)
        TEST_CODE                               NOT NULL        VARCHAR2(4)
        TEST_FORM                               NOT NULL        VARCHAR2(2)
        TEST_LEVEL                              NOT NULL        VARCHAR2(2)
        SUB_TEST                                NOT NULL        VARCHAR2(2)
```

```
           Column Name                    Null              Type
----------------------------------------------------------------------
Table Name: AHT_WORK  Cont.                    Table Synonym Name:
    SCORE_TYPE                        NOT NULL           VARCHAR2(2)
    SPMN                              NOT NULL           VARCHAR2(5)
    TEST_DATE                         NOT NULL           VARCHAR2(9)
    SECTION_NUMBER                                       VARCHAR2(2)
----------------------------------------------------------------------
Table Name: ATCODE  -V02-04-01 Attendance Code Table  Table Synonym Name: ATC    * Daily Att
266 Records  SCHOOL - 52              NOT NULL           VARCHAR2(4)                Codes
    ATCODE - 1                        NOT NULL           VARCHAR2(1)
    ATCODE_DESC - except was ABSENT   NOT NULL           VARCHAR2(30)
    DAYS_ABS - .5                     NOT NULL           NUMBER(2,1)
    DAYS_TDY - 0                      NOT NULL           NUMBER(1,0)
    DAYS_POS - 0                      NOT NULL           NUMBER(1,0)
    LEGALITY - E                                         VARCHAR2(1)
----------------------------------------------------------------------
Table Name: ATTDWLSO  (Restricted)                  Table Synonym Name:
0 Records   STUDENT_ID                NOT NULL           VARCHAR2(10)
    ABDATE                            NOT NULL           VARCHAR2(6)
    ABTYPE                            NOT NULL           VARCHAR2(1)
    ABDAYS                            NOT NULL           VARCHAR2(2)
----------------------------------------------------------------------
Table Name: ATT_WORK -W99-04-01 Daily Att. Work Table  Table Synonym Name: ATTW   Carly
3,554       SPMN - 36135              NOT NULL           VARCHAR2(5)
Records     FORM_NAME - stuatdet      NOT NULL           VARCHAR2(20)
            SCHOOL - 24               NOT NULL           VARCHAR2(4)
            SCHOOL_YEAR                                  VARCHAR2(4)
            SCHOOL_MM                                    VARCHAR2(2)
            SCHOOL_DD                                    VARCHAR2(2)
            PCC                                          VARCHAR2(3)
            LEFT_PCC                                     VARCHAR2(3)
            ATCODE - * (or 1 or 2 or 3)                  VARCHAR2(1)
            DAYS_ABS - 0                                 NUMBER(4,1)
            DAYS_TDY - 0                                 NUMBER(3,0)
            DAYS_POS - 22                                NUMBER(4,1)
            ADA                                          NUMBER(4,1)
            ADE                                          NUMBER(4,1)
            LEGALITY                                     VARCHAR2(1)
            INVALID_ATCODE                               VARCHAR2(1)
            NO_PCC_RECORDS                               VARCHAR2(1)
            STUDENT_ID - 1004590                         VARCHAR2(10)
            GRADE                                        VARCHAR2(2)
            HOMEROOM                                     VARCHAR2(5)
            SEX                                          VARCHAR2(1)
            ETHNIC                                       VARCHAR2(2)
            BIRTHDATE                                    DATE(7)
            VOTECH                                       VARCHAR2(2)
            TUITION                                      VARCHAR2(1)
```

| Column Name | Null | Type |
|---|---|---|
| able Name:ATT_WORK Cont. | | Table Synonym Name:ATTW |
| DISTRICT | | VARCHAR2(4) |
| SPECIAL_ED | | VARCHAR2(3) |
| HOME_INSTR | | VARCHAR2(1) |
| ATT_DAYS — [2 consecutive] | | VARCHAR2(90) |
| PREVIOUS_SCHOOL | | VARCHAR2(4) |
| PCC_DESC | | VARCHAR2(40) |
| AGE | | NUMBER(2,0) |
| ENTRY_STATUS | | VARCHAR2(3) |
| ENTRY_DATE | | DATE(7) |
| LEFT_DATE | | DATE(7) |
| ENTER_TCH | | VARCHAR2(18) |
| SPED_PROG | | VARCHAR2(2) |
| SPED_DATE | | DATE(7) |
| SPED_MIN | | NUMBER(5,0) |
| SPED_PERC — 22 | | NUMBER(5,1) |
| REP_COL | | VARCHAR2(2) |
| REP_CODE | | VARCHAR2(3) |
| PROGCODE | | VARCHAR2(2) |
| SORT_1_FIELD | | VARCHAR2(5) |
| SORT_2_FIELD | | VARCHAR2(5) |
| SORT_3_FIELD | | VARCHAR2(5) |
| SORT_4_FIELD | | VARCHAR2(5) |
| EXC_ABS_FULL — 0 | | NUMBER(4,1) |
| EXC_ABS_HALF — 0 | | NUMBER(4,1) |
| UNEX_ABS_FULL | | NUMBER(4,1) |
| UNEX_ABS_HALF | | NUMBER(4,1) |
| UNL_ABS_FULL | | NUMBER(4,1) |
| UNL_ABS_HALF | | NUMBER(4,1) |
| YTD_POS — 55 | | NUMBER(6,1) |
| YTD_ABS — 0 | | NUMBER(6,1) |
| YTD_EXC_FULL | | NUMBER(4,1) |
| YTD_EXC_HALF | | NUMBER(4,1) |
| YTD_UNEX_FULL | | NUMBER(4,1) |
| YTD_UNEX_HALF | | NUMBER(4,1) |
| YTD_UNL_FULL | | NUMBER(4,1) |
| YTD_UNL_HALF | | NUMBER(4,1) |
| PCC1 | | VARCHAR2(3) |
| DATE1 — 11/02/98 12:00:00 Am | | DATE(7) |
| PCC2 | | VARCHAR2(3) |
| DATE2 | | DATE(7) |
| PCC3 | | VARCHAR2(3) |
| DATE3 | | DATE(7) |
| PCC4 | | VARCHAR2(3) |
| DATE4 | | DATE(7) |
| PCC5 | | VARCHAR2(3) |
| DATE5 | | DATE(7) |
| PCC6 | | VARCHAR2(3) |
| DATE6 | | DATE(7) |
| YTD_TRDY — 0 | | NUMBER(6,0) |

```
Tue Oct. 6, 1998 2:41 pm         S T A R _ B A S E                    Page:13
                                   Data Dictionary

                 Column Name                      Null         Type
-------------------------------------------------------------------------------
Table Name:AUX_DATA                          Table Synonym Name:SAUX
             STUDENT_ID - 27010              NOT NULL     VARCHAR2(10)
  21,519    BIRTH_PLACE -                                 VARCHAR2(25)
  Records   BIRTH_STATE -                                 VARCHAR2(2)
             BIRTH_COUNTRY -                              VARCHAR2(3)
             BIRTH_CERTNO -                               VARCHAR2(15)
             CITIZENSHIP_CODE -                           VARCHAR2(3)
             MARITAL_STATUS -                             VARCHAR2(1)
             STU_RETENTION_FLAG - N                       VARCHAR2(1)
             FOOD_SERVICE_CODE -                          VARCHAR2(1)
             EARLY_DISMISS_TIME -                         VARCHAR2(5)
             ESL_CODE -                                   VARCHAR2(1)
             HOME_LANGUAGE -                              VARCHAR2(5)
             PRIMARY_LANGUAGE -                           VARCHAR2(5)
             BL_CODE -                                    VARCHAR2(1)
             FOOD_SERVICE_FLAG -                          VARCHAR2(1)
-------------------------------------------------------------------------------
Table Name:BELLCODE                          Table Synonym Name:BELLCODES
  0 Records SCHOOL                           NOT NULL     VARCHAR2(4)
             BELL_CODE                       NOT NULL     VARCHAR2(1)
             BELL_DESC                       NOT NULL     VARCHAR2(30)
-------------------------------------------------------------------------------
Table Name:BUILDING - V01-20-07 Building Table   Table Synonym Name:BLD
  1 Records BUILDING                         NOT NULL     VARCHAR2(4)
             NAME                                         VARCHAR2(40)
-------------------------------------------------------------------------------
Table Name:CAL_ADET                          Table Synonym Name:CATT
  0 Records START_YY                         NOT NULL     VARCHAR2(2)
             SCHOOL                          NOT NULL     VARCHAR2(4)
             TRACK                           NOT NULL     VARCHAR2(4)
             SCH_YR_MO                       NOT NULL     VARCHAR2(6)
             CYCLE_DAYS                                   VARCHAR2(31)
             BELL_DAYS                                    VARCHAR2(31)
             MTD_POSS                                     NUMBER(4,1)
-------------------------------------------------------------------------------
Table Name:CATEGORY                          Table Synonym Name:CATEG
  1 Record  SCHOOL - ALL                     NOT NULL     VARCHAR2(4)
             CATEG_CODE - 1                  NOT NULL     VARCHAR2(4)
             CATEG_DESC - SPELLING           NOT NULL     VARCHAR2(40)
-------------------------------------------------------------------------------
Table Name:CCL_PARM - W99-02-11 Generic Work Table  Table Synonym Name:CCLPARM
  0 Records PROG_CODE                        NOT NULL     VARCHAR2(20)
             PARMFILE_NAME                   NOT NULL     VARCHAR2(12)
```

```
       Column Name                          Null             Type
---------------------------------------------------------------------------
Table Name: CCL_SECU  (RESTRICTED)          Table Synonym Name:
  [0 Records]
       SEC_FLD1                          NOT NULL        VARCHAR2(75)
       SEC_FLD2                          NOT NULL        VARCHAR2(75)
       SEC_FLD3                          NOT NULL        VARCHAR2(75)
       SEC_FLD4                          NOT NULL        VARCHAR2(75)
       SEC_FLD5                          NOT NULL        VARCHAR2(75)
---------------------------------------------------------------------------
Table Name: CEA2ATTD  W99-04-02 Daily Att. Work Table   Table Synonym Name: CEA2ATTDS
  [0 Records]
       SPMN                              NOT NULL        VARCHAR2(5)
       COUNTY                            NOT NULL        VARCHAR2(2)
       DISTRICT                          NOT NULL        VARCHAR2(4)
       SCHOOL                            NOT NULL        VARCHAR2(3)
       SOC_SEC_NO                                        VARCHAR2(9)
       LAST_NAME                         NOT NULL        VARCHAR2(13)
       FIRST_NAME                        NOT NULL        VARCHAR2(8)
       MIDDLE_INITIAL                                    VARCHAR2(1)
       SEX_RACE                          NOT NULL        VARCHAR2(2)
       GRADE                             NOT NULL        VARCHAR2(2)
       REGISTER_MONTH                    NOT NULL        VARCHAR2(2)
       REGISTER_DAY                      NOT NULL        VARCHAR2(2)
       REGISTER_YEAR                     NOT NULL        VARCHAR2(2)
       DROPOUT                           NOT NULL        VARCHAR2(2)
       STUDENT_ID                        NOT NULL        VARCHAR2(10)
       ORG_GRADE                         NOT NULL        VARCHAR2(2)
       ORG_PROGCODE                                      VARCHAR2(2)
       ORG_SEX                           NOT NULL        VARCHAR2(1)
       ORG_ETHNIC                        NOT NULL        VARCHAR2(2)
       ORG_PCC                           NOT NULL        VARCHAR2(3)
       ORG_PCCDATE                       NOT NULL        DATE(7)
       ORG_SCHOOL                        NOT NULL        VARCHAR2(4)
---------------------------------------------------------------------------
Table Name: CENADDR  S01-15-02 Census Address Record    Table Synonym Name: CENADDRS
  [0 Records]
       FAMILY_CODE                       NOT NULL        VARCHAR2(10)
       GRID_CODE                         NOT NULL        VARCHAR2(8)
       HOUSE_NO                                          NUMBER(5,0)
       LETTER                                            VARCHAR2(1)
       PLUS4                                             VARCHAR2(4)
       APT                                               VARCHAR2(5)
       AREA_CODE                                         VARCHAR2(3)
       PHONE                                             NUMBER(7,0)
       UNLISTED                                          VARCHAR2(1)
       DWELLING_TYPE                                     VARCHAR2(3)
       HOUSE_CODE1                                       VARCHAR2(3)
       HOUSE_CODE2                                       VARCHAR2(3)
       HOUSE_CODE3                                       VARCHAR2(3)
       STREET2                                           VARCHAR2(30)
       SALUTATION                                        VARCHAR2(15)
```

```
         Column Name                         Null           Type
------------------------------------------------------------------------
able Name:CENSBASE -S01-15-01- Census Main Record   Table Synonym Name:CENSBASES
         FAMILY_CODE                        NOT NULL       VARCHAR2(10)
         ADULT_CHILD_FLAG                   NOT NULL       VARCHAR2(1)
         HEAD_OF_HOUSE_HOLD                 NOT NULL       VARCHAR2(1)
         LAST_NAME                          NOT NULL       VARCHAR2(18)
         FIRST_NAME                         NOT NULL       VARCHAR2(18)
         MIDDLE_INIT                                       VARCHAR2(1)
         BIRTH_DATE                         NOT NULL       DATE(7)
         SEX                                NOT NULL       VARCHAR2(1)
         ETHNIC                             NOT NULL       VARCHAR2(2)
         RELATION_CODE                      NOT NULL       VARCHAR2(3)
         EMPLOYER_NAME                                     VARCHAR2(30)
         JOB_TITLE                                         VARCHAR2(40)
         JOB_CODE                                          VARCHAR2(3)
         SPECIAL_CODE1                                     VARCHAR2(3)
         SPECIAL_CODE2                                     VARCHAR2(3)
         SPECIAL_CODE3                                     VARCHAR2(3)
         CHILD_CODE                                        VARCHAR2(3)
         GRADE                                             VARCHAR2(2)
         SOC_SEC_NO                                        VARCHAR2(9)
         CURRENT_SCHOOL                                    VARCHAR2(4)
         NEXT_SCHOOL                                       VARCHAR2(4)
         STUDENT_ID                                        VARCHAR2(10)
```

(handwritten: 0 Records)

```
Table Name:CENSREL -V01-15-03- Relation Code Table   Table Synonym Name:CREL
         RELATION                           NOT NULL       VARCHAR2(3)
         REL_DESC                           NOT NULL       VARCHAR2(40)
```

(handwritten: 0 Records)

```
Table Name:CHG_ADDR                                  Table Synonym Name:CHGADDR
         STUDENT_ID  -13676                 NOT NULL       VARCHAR2(10)
         CHG_DATE    -01/25/99 09:41:52 Am  NOT NULL       DATE(7)
```

(handwritten: 149 Records)

```
Table Name:CHILD_CD -V01-15-06- Child Code Table    Table Synonym Name:CHILD
         CHILD_CD                           NOT NULL       VARCHAR2(3)
         CHILD_DESC                         NOT NULL       VARCHAR2(40)
```

(handwritten: 0 Records)

```
Table Name:CITEFFGD -V02-11-04- Citizenship/Effort Table   Table Synonym Name:CEG
         SCHOOL       - 52                  NOT NULL       VARCHAR2(4)
         CITEFFGD     - 1 (1-7)             NOT NULL       VARCHAR2(3)
         CITEFFGD_DESC - WEIGHT             NOT NULL       VARCHAR2(30)
```

(handwritten: 35 Records)

```
Table Name:CLASS_WK -W99-08-04- Scheduling Work Table   Table Synonym Name:CLWK
         START_YY  - 96                     NOT NULL       VARCHAR2(2)
         SCHOOL    - 52                     NOT NULL       VARCHAR2(4)
         SPMN      - 43844                  NOT NULL       VARCHAR2(5)
```

(handwritten: 752 Records)