3:03-cv-03105-RM-BGC   # 146-2   Page 1 of 15

Tue Oct. 6, 1998 2:41 pm          S T A R _ B A S E          Tuesday, 30 May, 2006 12:09:56 PM
                                    Data Dictionary           Clerk, U.S. District Court, ILCD
                                                              E-FILED

```
       Column Name                           Null              Type
------------------------------------------------------------------------------
Table Name: CLASS_WK   Cont.                 Table Synonym Name: CLWK
           FORM_NAME - clstxlst                                VARCHAR2(20)
           CLASS_CD  - 1273                                    VARCHAR2(6)
           NAME      - 2-PE MED WAIV 0                         VARCHAR2(40)
           REQUESTS  - 0                                       NUMBER(5,0)
           SCHEDULED - 7                                       NUMBER(5,0)
           UNSCHEDULED - 0                                     NUMBER(5,0)
           PER_SCHED - 100                                     NUMBER(5,2)
           AVAI_SEATS -                                        NUMBER(5,0)
           DEPT      - PE                                      VARCHAR2(3)
------------------------------------------------------------------------------
Table Name: CLPDVIEW                         Table Synonym Name: CLPDVW
           SCHOOL    - 52                NOT NULL              VARCHAR2(4)
           START_YY  - 98                NOT NULL              VARCHAR2(2)
347,400    STUDENT_ID - 27010            NOT NULL              VARCHAR2(10)
for #52    PERIOD    - 05                NOT NULL              VARCHAR2(2)
           CLASS_CD  - 232               NOT NULL              VARCHAR2(6)
           SECTION   - 005               NOT NULL              VARCHAR2(3)
           STC_DATE  - 10/27/98 12:00:00 AM  NOT NULL          DATE(7)
108 for    CUT_CODE  - A                 NOT NULL              VARCHAR2(1)
Carolyn    CUT_CODE_DESC - Activity      NOT NULL              VARCHAR2(30)
           LEGALITY  - E                 NOT NULL              VARCHAR2(1)
           YTD_EXC   - 1                                       NUMBER(3,0)
13 for     YTD_UNEXC - 0                                       NUMBER(3,0)
Carolyn    YTD_UNLAW - 0                                       NUMBER(3,0)
for 98     YTD_PARTIAL - 0                                     NUMBER(3,0)
           SHORT_NAME - CALL 437         NOT NULL              VARCHAR2(10)
           SEMESTER  - F4  (on S1 & S2)  NOT NULL              VARCHAR2(2)
           TCH_NAME  - PENCE, NANCY                            VARCHAR2(18)
------------------------------------------------------------------------------
Table Name: CLSTR_RC  S01-08-01- Student Scheduling Cluster Record
                                             Table Synonym Name: SCLSTR
           STUDENT_ID - 2009             NOT NULL              VARCHAR2(10)
96         CLUSTER_CODE - C1                                   VARCHAR2(2)        No
Records    STU_ACAD_CODE - C8                                  VARCHAR2(10)       Card
           MUSIC_CODE - C5                                     VARCHAR2(10)
           SPEC_ED_CLASS - C9                                  VARCHAR2(10)
           B_S_I_P   - C3                                      VARCHAR2(10)
           LANG_SCORE -                                        NUMBER(6,2)
           MATH_SCORE -                                        NUMBER(6,2)
           READ_SCORE -                                        NUMBER(6,2)
           IQ_NON_VERBAL -                                     NUMBER(6,2)
           IQ_QUANTITATIVE -                                   NUMBER(6,2)
           IQ_VERBAL -                                         NUMBER(6,2)
           EMPLOY_ORIEN - C7                                   VARCHAR2(10)
           SUPPLEMENTAL_CODE - C10                             VARCHAR2(10)
           E_S_L     - C2                                      VARCHAR2(10)
           WORK_HABITS - C6                                    VARCHAR2(10)
           G_AND_T   - C4                                      VARCHAR2(10)
```

PART 2 OF 3

```
          Column Name                    Null            Type
--------------------------------------------------------------------
able Name:CLSTR_VW  501-08-02 Student Scheduling Cluster View   Table Synonym Name:SVIEW
          START_YY - 95                NOT NULL         VARCHAR2(2)
          SCHOOL - 52                  NOT NULL         VARCHAR2(4)
          STUDENT_ID - 1515            NOT NULL         VARCHAR2(10)
          LAST_NAME - KOZAK            NOT NULL         VARCHAR2(18)
          FIRST_NAME - STEFAN          NOT NULL         VARCHAR2(18)
          MIDDLE_INIT -                                 VARCHAR2(1)
          NICKNAME -                                    VARCHAR2(20)
          SOC_SEC_NO -                                  VARCHAR2(9)
          SEX - M                      NOT NULL         VARCHAR2(1)
          ETHNIC - C                   NOT NULL         VARCHAR2(2)
          RELATION_RESIDES - P         NOT NULL         VARCHAR2(10)
          RELATION_LEGAL - P           NOT NULL         VARCHAR2(10)
          BIRTH_DATE - 08/06/79 12:00:00 AM   NOT NULL  DATE(7)
          CURRENT_SCHOOL - 52                           VARCHAR2(4)
          PREVIOUS_SCHOOL -                             VARCHAR2(4)
          NEXT_SCHOOL -                                 VARCHAR2(4)
          BUILDING -                                    VARCHAR2(4)
          GRADE - 11                   NOT NULL         VARCHAR2(2)
          HOMEROOM -                                    VARCHAR2(5)
          ACTIVE - A                   NOT NULL         VARCHAR2(1)
          CURRICULUM -                                  VARCHAR2(3)
          YR_OF_GRAD -                                  VARCHAR2(4)
          SHIFT - 1                    NOT NULL         VARCHAR2(1)
          COUNSELOR -                                   VARCHAR2(20)
          BUS_ROUTE_AM -                                VARCHAR2(4)
          BUS_ROUTE_PM -                                VARCHAR2(4)
          BUS_STOP_AM -                                 VARCHAR2(4)
          BUS_STOP_PM -                                 VARCHAR2(4)
          BUS_TIME_AM -                                 VARCHAR2(4)
          BUS_TIME_PM -                                 VARCHAR2(4)
          BUS_DISTANCE -                                NUMBER(4,2)
          TRANSFER -                                    VARCHAR2(1)
          TRANS_AID -                                   VARCHAR2(1)
          TUITION -                                     VARCHAR2(1)
          SPECIAL_ED -                                  VARCHAR2(3)
          TRACK - NONE                                  VARCHAR2(4)
          RANK - 4                                      VARCHAR2(1)
          SPORTS_ELIG - Y                               VARCHAR2(1)
          LOCKER_NUMBER -                               VARCHAR2(5)
          CLUSTER_CODE -                                VARCHAR2(2)
          STU_ACAD_CODE - C8                            VARCHAR2(10)
          MUSIC_CODE - C5                               VARCHAR2(10)
          SPEC_ED_CLASS - C9                            VARCHAR2(10)
          B_S_I_P - C3                                  VARCHAR2(10)
          LANG_SCORE                                    NUMBER(6,2)
          MATH_SCORE                                    NUMBER(6,2)
          READ_SCORE                                    NUMBER(6,2)
          IQ_NON_VERBAL                                 NUMBER(6,2)
          IQ_QUANTITATIVE                               NUMBER(6,2)
```

Handwritten annotations:
- 83,454 Records
- 4 Recor[ds] per st[udent]
- fields don't show in list — Not in DB

```
              Column Name                      Null           Type
------------------------------------------------------------------------
Table Name: CLSTR_VW  (Cont.)            Table Synonym Name: SVIEW
              IQ_VERBAL                                NUMBER(6,2)
              EMPLOY_ORIEN                             VARCHAR2(10)
              SUPPLEMENTAL_CODE                        VARCHAR2(10)
              E_S_L                                    VARCHAR2(10)
              WORK_HABITS                              VARCHAR2(10)
              G_AND_T                                  VARCHAR2(10)
```
*(handwritten: "fields don't show", "Not in DB")*

```
Table Name: CLUST_CD                     Table Synonym Name: CLUST_CDS
[0 Records]   SCHOOL                     NOT NULL    VARCHAR2(4)
              CLUST_CD                   NOT NULL    VARCHAR2(2)
              CLUST_DESC                 NOT NULL    VARCHAR2(30)
```

```
Table Name: COLLEGE  (Not a Class table)  Table Synonym Name: COLLEGES
[0 Records]   COLLEGE_CODE               NOT NULL    VARCHAR2(5)
              COLLEGE_NAME                           VARCHAR2(50)
              COLLEGE_TYPE                           VARCHAR2(1)
```

```
Table Name: COMMEND  V02-10-03 - Commendations Table   Table Synonym Name: COMMENDS
[81 Records]  SCHOOL - 52                NOT NULL    VARCHAR2(4)
              COMMEND_CODE - B1          NOT NULL    VARCHAR2(2)
              COMMEND_DESC - Good Background in   NOT NULL    VARCHAR2(30)
              LANGUAGE_CODE ****    Subject    NOT NULL    VARCHAR2(5)
```
*(handwritten: "Positive Comments on Students")*

```
Table Name: COMMENTS  V02-11-03 - Comment Codes Table   Table Synonym Name: COMM
[58 Records]  SCHOOL - 52                NOT NULL    VARCHAR2(4)
              COMMENTS - 1               NOT NULL    VARCHAR2(3)
              COMM_DESC - Inadequate Preparation   NOT NULL    VARCHAR2(30)
              LANGUAGE_CODE ****         NOT NULL    VARCHAR2(5)
```
*(handwritten: "Negative Comments about Students")*

```
Table Name: COMP                         Table Synonym Name: COMPS
[3 Records]   SCHOOL - ALL               NOT NULL    VARCHAR2(4)
              COMP_CODE - 1, 2, & 3      NOT NULL    VARCHAR2(4)
              COMP_DESC Low Competency / Normal Competency /  NOT NULL    VARCHAR2(40)
                        Higher Competency
```

```
Table Name: CONV_STX                     Table Synonym Name: CSTX
[0 Records]   STUDENT_ID                 NOT NULL    VARCHAR2(10)
              FRONT_SIDE                             VARCHAR2(172)
              BACK_SIDE                              VARCHAR2(172)
```

```
Table Name: COUNSEL  V02-19-05 - Counselor Table    Table Synonym Name: CSL
[24 Records]  SCHOOL - 52                NOT NULL    VARCHAR2(4)
              COUNSELOR - BETTS          NOT NULL    VARCHAR2(20)
```

```
Tue Oct. 6, 1998 2:41 pm           S T A R _ B A S E              Page:19
                                     Data Dictionary

                Column Name                    Null            Type
----------------------------------------------------------------------------
Table Name:COUNSEL Cont.                       Table Synonym Name:CSL
        OPTIONAL_INFO -                                VARCHAR2(30)
        CLUSTER_CODE -                                 VARCHAR2(2)

----------------------------------------------------------------------------
Table Name:COURSE V03-08-01 - Course Table     Table Synonym Name:COURSES
        START_YY - 96                  NOT NULL        VARCHAR2(2)
7,054   SCHOOL - 52                    NOT NULL        VARCHAR2(4)
records CLASS_CD - 2                   NOT NULL        VARCHAR2(6)
        NAME - ENG LIT/COMP 435        NOT NULL        VARCHAR2(20)
        CREDITS - .5                                   NUMBER(5,3)
        FEES -                                         NUMBER(5,2)
        BOOKS -                                        NUMBER(5,2)
        WK_BOOKS -                                     NUMBER(4,2)
        PRIORITY_CD - 5                                VARCHAR2(1)
        REQ_GRAD - N                                   VARCHAR2(1)
        TALLY_PRI - 21                                 NUMBER(5,0)
        TALLY_ALT - 0                                  NUMBER(5,0)
        GLOBAL_ALT -                                   VARCHAR2(6)
        DEPT     - ENG                                 VARCHAR2(3)
        STC_FLAG - Y or N - attendance flag            VARCHAR2(1)
        TRACK_CD -                                     VARCHAR2(4)

----------------------------------------------------------------------------
Table Name:CRSLINK                             Table Synonym Name:CRSLINKS
        START_YY                       NOT NULL        VARCHAR2(2)
0 records SCHOOL                       NOT NULL        VARCHAR2(4)
        CLASS_CD                       NOT NULL        VARCHAR2(6)
        SEQ_NUMBER                     NOT NULL        NUMBER(10,0)

----------------------------------------------------------------------------
Table Name:CRSREQ                              Table Synonym Name:CRSREQS
        SCHOOL - 51                    NOT NULL        VARCHAR2(4)
3 records CLASS_CD - 2                 NOT NULL        VARCHAR2(6)
        CURRICULUM - GEN  3 record                     VARCHAR2(3)
                          VOC  COL    values

----------------------------------------------------------------------------
Table Name:CURRIC                              Table Synonym Name:CURRICS
        CURRICULUM - GEN   VOC: Vocational  NOT NULL   VARCHAR2(3)
3 records CURRICULUM_DESC - GENERAL COL = COLLEGE PREP VARCHAR2(30)

----------------------------------------------------------------------------
Table Name:CUT_REAS V02-05-02 Absence Code Table  Table Synonym Name:CTR
        SCHOOL - 52                    NOT NULL        VARCHAR2(4)
61 records CUT_CODE - U                NOT NULL        VARCHAR2(1)
        CUT_CODE_DESC - Unexcused Absence NOT NULL     VARCHAR2(30)
        LEGALITY - U                   NOT NULL        VARCHAR2(1)

----------------------------------------------------------------------------
Table Name:DATTEMP                             Table Synonym Name:DATT
```

```
        Column Name                       Null           Type
------------------------------------------------------------------------
Table Name: DATTEMP - D99-02-02  Generic Work Table    Table Synonym Name: DATT

  [0 Records]
        SCHOOL                         NOT NULL        VARCHAR2(4)
        STUDENT_ID                     NOT NULL        VARCHAR2(10)
        LAST_NAME                                      VARCHAR2(18)
        FIRST_NAME                                     VARCHAR2(18)
        MIDDLE_INIT                                    VARCHAR2(1)
        NICKNAME                                       VARCHAR2(20)
        SOC_SEC_NO                                     VARCHAR2(9)
        SEX                                            VARCHAR2(1)
        ETHNIC                                         VARCHAR2(2)
        RELATION_RES                                   VARCHAR2(10)
        RELATION_LEG                                   VARCHAR2(10)
        BIRTH_DATE                                     VARCHAR2(6)
        PREVIOUS_SCHL                                  VARCHAR2(4)
        NEXT_SCHOOL                                    VARCHAR2(4)
        BUILDING                                       VARCHAR2(4)
        GRADE                                          VARCHAR2(2)
        HOMEROOM                                       VARCHAR2(5)
        ACTIVE                                         VARCHAR2(1)
        CURRICULUM                                     VARCHAR2(3)
        YROFGRAD                                       VARCHAR2(4)
        SHIFT                                          VARCHAR2(1)
        COUNSELOR                                      VARCHAR2(20)
        BUS_ROUTE_AM                                   VARCHAR2(4)
        BUS_ROUTE_PM                                   VARCHAR2(4)
        BUS_STOP_AM                                    VARCHAR2(4)
        BUS_STOP_PM                                    VARCHAR2(4)
        BUS_TIME_AM                                    VARCHAR2(4)
        BUS_TIME_PM                                    VARCHAR2(4)
        BUS_DISTANCE                                   VARCHAR2(5)
        TRANSFER                                       VARCHAR2(1)
        TRANS_AID                                      VARCHAR2(1)
        TUITION                                        VARCHAR2(1)
        SPECIAL_ED                                     VARCHAR2(3)
        TRACK                                          VARCHAR2(4)
        RANK                                           VARCHAR2(1)
        SPORTS_ELIG                                    VARCHAR2(1)
        RELATION                                       VARCHAR2(10)
        P_LAST_NAME                                    VARCHAR2(18)
        P_FIRST_NAME                                   VARCHAR2(18)
        P_MIDDLE_INIT                                  VARCHAR2(1)
        PREFIX                                         VARCHAR2(4)
        SUFFIX                                         VARCHAR2(4)
        HOUSE_NO                                       VARCHAR2(5)
        LETTER                                         VARCHAR2(1)
        DIRECTION                                      VARCHAR2(2)
        STREET                                         VARCHAR2(30)
        ZIPCODE                                        VARCHAR2(6)
        PLUS4                                          VARCHAR2(4)
        APT                                            VARCHAR2(5)
```

```
ie Oct. 6, 1998  2:41 pm          S T A R _ B A S E                           Page:21
                                     Data Dictionary

            Column Name                    Null              Type
-- -------------------------------------------------------------------------------
Table Name:DATTEMP  Carl.                      Table Synonym Name:DATT
            AREA_CODE                                        VARCHAR2(3)
            PHONE                                            VARCHAR2(7)
            UNLISTED                                         VARCHAR2(1)
            DISTRICT                                         VARCHAR2(4)
            EMERG_PHONE_AREA                                 VARCHAR2(3)
            EMERG_PHONE                                      VARCHAR2(7)
            EP_UNLISTED                                      VARCHAR2(1)
            EP_LOCATION                                      VARCHAR2(30)
            GRID_CODE                                        VARCHAR2(8)
            MUNICIPALITY                                     VARCHAR2(2)
            GETS_SCHED                                       VARCHAR2(1)
            GETS_GRADES                                      VARCHAR2(1)
            GETS_ATT                                         VARCHAR2(1)
-------------------------------------------------------------------------------
Table Name:DAT_VIEW ✓                          Table Synonym Name:
            STUDENT_ID - 27010             NOT NULL          VARCHAR2(10)
 30,311     LAST_NAME - MILLER             NOT NULL          VARCHAR2(18)
 Records    FIRST_NAME - CAROLYN A         NOT NULL          VARCHAR2(18)
            MIDDLE_INIT                                      VARCHAR2(1)
            NICKNAME -                                       VARCHAR2(20)
            SOC_SEC_NO -                                     VARCHAR2(9)
            SEX - F                        NOT NULL          VARCHAR2(1)
            ETHNIC - C                     NOT NULL          VARCHAR2(2)
            RELATION_RESIDES - P           NOT NULL          VARCHAR2(10)
            RELATION_LEGAL - P             NOT NULL          VARCHAR2(10)
            BIRTH_DATE - 10/29/81 12:00:01 PM   NOT NULL     DATE(7)
            CURRENT_SCHOOL - 52                              VARCHAR2(4)
            PREVIOUS_SCHOOL -                                VARCHAR2(4)
            NEXT_SCHOOL -                                    VARCHAR2(4)
            START_YY - 98                  NOT NULL          VARCHAR2(2)
            SCHOOL 52                      NOT NULL          VARCHAR2(4)
            BUILDING -                                       VARCHAR2(4)
            GRADE - 12                     NOT NULL          VARCHAR2(2)
            HOMEROOM - 354                                   VARCHAR2(5)
            ACTIVE - A                     NOT NULL          VARCHAR2(1)
            CURRICULUM -                                     VARCHAR2(3)
            YR_OF_GRAD -                                     VARCHAR2(4)
            SHIFT - 1                      NOT NULL          VARCHAR2(1)
            COUNSELOR - DIETEL                               VARCHAR2(20)
            BUS_ROUTE_AM -                                   VARCHAR2(4)
            BUS_ROUTE_PM -                                   VARCHAR2(4)
            BUS_STOP_AM -                                    VARCHAR2(4)
            BUS_STOP_PM -                                    VARCHAR2(4)
            BUS_TIME_AM -                                    VARCHAR2(4)
            BUS_TIME_PM -                                    VARCHAR2(4)
            BUS_DISTANCE -                                   NUMBER(4,2)
            TRANSFER -                                       VARCHAR2(1)
            TRANS_AID -                                      VARCHAR2(1)
```

```
                Column Name                     Null            Type
--------------------------------------------------------------------------------
  Table Name:DEFMAST2 Cont.                    Table Synonym Name:DEFMASTS2
                DEF_PERIOD - 01                 NOT NULL        VARCHAR2(2)
                DEF_STATUS - N                                  VARCHAR2(1)
                DEF_RECOMMEND -                                 VARCHAR2(1)
                PROJ_GRD - A                                    VARCHAR2(3)
                DEF_COMMENT -                                   VARCHAR2(255)
--------------------------------------------------------------------------------
  Table Name:DEFVALPD                          Table Synonym Name:DEFVALPDS
  36 Records    SCHOOL - 52                     NOT NULL        VARCHAR2(4)
                DEF_PERIOD - 01                 NOT NULL        VARCHAR2(2)
                DEF_PERIOD_DESC - 1ST INTERIM PERIOD  NOT NULL  VARCHAR2(30)
--------------------------------------------------------------------------------
  Table Name:DEFVIEW                           Table Synonym Name:DEFVW
  390,413       START_YY - 98                   NOT NULL        VARCHAR2(2)    Carolyn:
  Records       SCHOOL - 52                     NOT NULL        VARCHAR2(4)    11 Recs for 98
                STUDENT_ID - 27010              NOT NULL        VARCHAR2(10)   24  "   " 97
                CLASS_CD - 408                  NOT NULL        VARCHAR2(6)    26  "   " 96
                SECTION - 001                   NOT NULL        VARCHAR2(3)
                DEF_SEQU - 180251               NOT NULL        VARCHAR2(10)
                DEF_PERIOD - 02                                 VARCHAR2(2)
                DEF_STATUS - N                                  VARCHAR2(1)
                DEF_RECOMMEND -                                 VARCHAR2(1)
                PROJ_GRD - B                                    VARCHAR2(3)
                DEF_COMMENT -                                   VARCHAR2(255)
--------------------------------------------------------------------------------
  Table Name:DEF_BLD1                          Table Synonym Name:DBLD1
  2,687         SCHOOL - 52                     NOT NULL        VARCHAR2(4)
  Records       PAGE_NUMBER - 000311            NOT NULL        VARCHAR2(6)
                CLASS_CD - 167                  NOT NULL        VARCHAR2(6)
                SECTION - 023                   NOT NULL        VARCHAR2(3)
                PAGE_FLAG - N                   NOT NULL        VARCHAR2(1)
                TEACHER_ID - MALONE,C                           VARCHAR2(10)
--------------------------------------------------------------------------------
  Table Name:DEF_BLD2                          Table Synonym Name:DBLD2
  43,031        SCHOOL - 52                     NOT NULL        VARCHAR2(4)
  Records       PAGE_NUMBER - 000311            NOT NULL        VARCHAR2(6)
                SEQ_NUMBER - 01                 NOT NULL        VARCHAR2(2)
                STUDENT_ID - 27010              NOT NULL        VARCHAR2(10)
                HOME_SCHOOL - 52                                VARCHAR2(4)

                                    lookup by student shows their room schedule
--------------------------------------------------------------------------------
  Table Name:DEF_DISP                          Table Synonym Name:DEFDSP
  0 Records     SCHOOL                          NOT NULL        VARCHAR2(4)
                INFRACTION                      NOT NULL        VARCHAR2(3)
                INFRACTION_LIMIT                NOT NULL        NUMBER(3,0)
                DISPOSITION                     NOT NULL        VARCHAR2(3)
```

```
     Column Name                              Null              Type
------------------------------------------------------------------------------
Table Name:DEPT                                      Table Synonym Name:DPT
   SCHOOL - 52                   52        NOT NULL       VARCHAR2(4)
   [123 Records]  DEPARTMENT - ENG    Com     NOT NULL       VARCHAR2(3)
   DEPARTMENT_DESC - ENGLISH   Computer                  VARCHAR2(30)
                                       Science
------------------------------------------------------------------------------
Table Name:DISPOGRP                                  Table Synonym Name:DISPGP
   SCHOOL                                  NOT NULL       VARCHAR2(4)
   [0 Records]  DISPO_GRP                  NOT NULL       VARCHAR2(2)
   DISPO_GRP_DESC                                         VARCHAR2(50)
------------------------------------------------------------------------------
Table Name:DISPOSIT                                  Table Synonym Name:DISPO
   SCHOOL - 41 or 42 only                  NOT NULL       VARCHAR2(4)
   [92 Records]  DISPOSITION - PC          NOT NULL       VARCHAR2(3)
   DISPOSITION_DESC - Parental conference                 VARCHAR2(50)
   DISPO_PTS -                                            NUMBER(4,1)
------------------------------------------------------------------------------
Table Name:DISPOSUB                                  Table Synonym Name:DISPS
   SCHOOL                                  NOT NULL       VARCHAR2(4)
   [0 Records]  DISPOSITION                NOT NULL       VARCHAR2(3)
   DISPO_GRP                               NOT NULL       VARCHAR2(2)
------------------------------------------------------------------------------
Table Name:DISP_DTE                                  Table Synonym Name:DISP_DTES
   START_YY                                NOT NULL       VARCHAR2(2)
   [0 Records]  SCHOOL                     NOT NULL       VARCHAR2(4)
   DISPO_GRP                               NOT NULL       VARCHAR2(2)
   DISPO_DATE                              NOT NULL       DATE(7)
   DISPO_TIME                                             VARCHAR2(5)
   ROOM                                                   VARCHAR2(5)
   DISPO_TEACHER                                          VARCHAR2(10)
------------------------------------------------------------------------------
Table Name:DISTRICT                                  Table Synonym Name:DIST
   DISTRICT - 186                          NOT NULL       VARCHAR2(4)
   [3 Records]  NAME - SPRINGFIELD PUBLIC SCHOOLS  NOT NULL  VARCHAR2(40)
   ADDRESS1 - Adm SERVICE CENTER                          VARCHAR2(30)
   ADDRESS2 - 530 WEST REYNOLDS                           VARCHAR2(30)
   ADDRESS3 - SPRINGFIELD, IL 62702                       VARCHAR2(30)
   CONTACT_NAME - HENRY STUCKEY                           VARCHAR2(30)
   TITLE - DATA PROCESSING MANAGER                        VARCHAR2(30)
   other entries are for "TEST" and "35 - SPRINGFIELD BALL CHARTER SCHOOL"
------------------------------------------------------------------------------
Table Name:DIS_OLE                                   Table Synonym Name:DIS_OLES
   DIS_SEQ_NUMBER                          NOT NULL       NUMBER(10,0)
   [0 Records]  DIS_OLE_NUMBER             NOT NULL       NUMBER(1,0)
   DIS_OLE - Binary field, not loadable    NOT NULL       LONG RAW(0)
```

```
Tue Oct. 6, 1998  2:41 pm           S T A R _ B A S E                          Page:27
                                      Data Dictionary

                 Column Name                    Null            Type
-------------------------------------------------------------------------------
able Name:DIS_TRAN                              Table Synonym Name:DTRAN
         DIS_SEQ_NUMBER - 2037                  NOT NULL        NUMBER(10,0)
1,018    DISPO_DATE - 09/15/97 12:00:00 AM      NOT NULL        DATE(7)
Records  DISPO_TIME - 10:30                                     VARCHAR2(5)
         ROOM - 113                                             VARCHAR2(5)
         COMPLIANCE - Y                                         VARCHAR2(1)
         DISPO_TEACHER - Hopkins, m                             VARCHAR2(10)
         DISPO - IHS                            NOT NULL        VARCHAR2(3)
-------------------------------------------------------------------------------
Table Name:DQ3_ALL_USER_PREFS                   Table Synonym Name:
         U_USERNAME                             NOT NULL        VARCHAR2(40)
0 Records U_MODE                                NOT NULL        VARCHAR2(3)
         U_DATE_FORMAT                          NOT NULL        VARCHAR2(50)
         U_TIME_LIMIT                           NOT NULL        NUMBER(4,0)
         U_NUMBER_FORMAT                        NOT NULL        VARCHAR2(30)
         U_PRINT_CMD                            NOT NULL        VARCHAR2(30)
         U_ALLOWED_RUN_MODES                                    VARCHAR2(6)
         U_BATCH_CMD                                            VARCHAR2(240)
         U_RUN_ONLY                                             VARCHAR2(3)
         U_RUN_MODE                                             VARCHAR2(6)
         U_PAGESIZE                                             NUMBER(4,0)
         U_LINESIZE                                             NUMBER(4,0)
         U_JOIN_DEF                                             VARCHAR2(3)
         U_CHANGE_ROLE                                          VARCHAR2(3)
-------------------------------------------------------------------------------
Table Name:DQ3_COLUMNS                          Table Synonym Name:
         C_ID                                   NOT NULL        VARCHAR2(240)
0 Records C_SEQ                                 NOT NULL        NUMBER
         C_QUERY_ID                             NOT NULL        NUMBER
         C_TABLE                                                VARCHAR2(61)
         C_HEADING                                              VARCHAR2(255)
         C_FORMAT                                               VARCHAR2(40)
         C_TYPE                                                 VARCHAR2(6)
         C_LENGTH                                               NUMBER
         C_FUNCTION                                             VARCHAR2(10)
         C_BREAKS                                               VARCHAR2(10)
-------------------------------------------------------------------------------
Table Name:DQ3_COL_DEFS                         Table Synonym Name:
         CD_TABLE                                                VARCHAR2(62)
0 Records CD_COL                                NOT NULL        VARCHAR2(255)
         CD_HEADING                             NOT NULL        VARCHAR2(255)
         CD_FORMAT                                              VARCHAR2(50)
         CD_USER                                NOT NULL        VARCHAR2(30)
         CD_OWNER                                               VARCHAR2(30)
-------------------------------------------------------------------------------
Table Name:DQ3_COMMENTS                         Table Synonym Name:
```

```
            Column Name                       Null           Type
----------------------------------------------------------------------------
Table Name: DQ3_COMMENTS                      Table Synonym Name:
    [8,839 Records]
    OWNER  — 545  (for all records)          NOT NULL       VARCHAR2(30)
    TABLE_NAME — ALL_ARGUMENTS               NOT NULL       VARCHAR2(30)
    COLUMN_NAME — OWNER                      NOT NULL       VARCHAR2(30)
    COMMENTS — Username of the owner of the                 VARCHAR2(2000)
                                    object
----------------------------------------------------------------------------
Table Name: DQ3_CONSTRAINT_ID                 Table Synonym Name:
    [0 Records]
    NEXTVAL                                                 NUMBER
----------------------------------------------------------------------------
Table Name: DQ3_DUAL                          Table Synonym Name:
    [0 Records]
    DUMMY                                                   CHAR(1)
----------------------------------------------------------------------------
Table Name: DQ3_HELP_TOPICS                   Table Synonym Name:
    [0 Records]
    H_TOPIC_ID                               NOT NULL       NUMBER(4,0)
    H_TOPIC                                                 VARCHAR2(80)
    H_TOPIC_DESC                                            VARCHAR2(80)
    H_PERSON                                                VARCHAR2(1)
----------------------------------------------------------------------------
Table Name: DQ3_JOINS                         Table Synonym Name:
    [0 Records]
    J_QUERY_ID                               NOT NULL       NUMBER
    J_OWNER1                                 NOT NULL       VARCHAR2(30)
    J_TABLE1                                 NOT NULL       VARCHAR2(30)
    J_COLUMN1                                NOT NULL       VARCHAR2(30)
    J_OPERATOR                               NOT NULL       VARCHAR2(2)
    J_OWNER2                                 NOT NULL       VARCHAR2(30)
    J_TABLE2                                 NOT NULL       VARCHAR2(30)
    J_COLUMN2                                NOT NULL       VARCHAR2(30)
    J_CON#                                                  NUMBER
----------------------------------------------------------------------------
Table Name: DQ3_JOIN_DEFS                     Table Synonym Name:
    [0 Records]
    OWNER1                                   NOT NULL       VARCHAR2(30)
    TABLE1                                   NOT NULL       VARCHAR2(30)
    COLUMN1                                  NOT NULL       VARCHAR2(30)
    JOIN_NO                                                 NUMBER
    OPERATOR                                 NOT NULL       VARCHAR2(2)
    OWNER2                                   NOT NULL       VARCHAR2(30)
    TABLE2                                   NOT NULL       VARCHAR2(30)
    COLUMN2                                  NOT NULL       VARCHAR2(30)
    CON_NO                                                  NUMBER
    CON#                                                    NUMBER
----------------------------------------------------------------------------
Table Name: DQ3_PARAMS                        Table Synonym Name:
    [0 Records]
    P_SESSION                                NOT NULL       VARCHAR2(20)
    P_NAME                                   NOT NULL       VARCHAR2(40)
```

```
Tue Oct. 6, 1998  2:41 pm         S T A R _ B A S E                    Page:29
                                    Data Dictionary

              Column Name                    Null              Type
------------------------------------------------------------------------------
Table Name:DQ3_PARAMS  Cont.                 Table Synonym Name:
         P_TYPE                                                VARCHAR2(10)
         P_VALUE                                               VARCHAR2(240)

------------------------------------------------------------------------------
Table Name:DQ3_PRINTERS                      Table Synonym Name:
         EP_NAME                      NOT NULL                 VARCHAR2(25)
  Ø Records
         EP_COMMAND                   NOT NULL                 VARCHAR2(120)
         EP_COMMENT                   NOT NULL                 VARCHAR2(80)

------------------------------------------------------------------------------
Table Name:DQ3_QUERY                         Table Synonym Name:
         Q_ID                         NOT NULL                 NUMBER
  Ø Records
         Q_NAME                       NOT NULL                 VARCHAR2(30)
         Q_DATE                       NOT NULL                 DATE(7)
         Q_OWNER                      NOT NULL                 VARCHAR2(30)
         Q_TABLE1                     NOT NULL                 VARCHAR2(30)
         Q_TABLE_OWNER1               NOT NULL                 VARCHAR2(30)
         Q_TABLE2                                              VARCHAR2(30)
         Q_TABLE_OWNER2                                        VARCHAR2(30)
         Q_TABLE3                                              VARCHAR2(30)
         Q_TABLE_OWNER3                                        VARCHAR2(30)
         Q_TABLE4                                              VARCHAR2(30)
         Q_TABLE_OWNER4                                        VARCHAR2(30)
         Q_TABLE5                                              VARCHAR2(30)
         Q_TABLE_OWNER5                                        VARCHAR2(30)
         Q_TABLE6                                              VARCHAR2(30)
         Q_TABLE_OWNER6                                        VARCHAR2(30)
         Q_DESCRIPTION                                         VARCHAR2(80)
         Q_IMPORT                                              VARCHAR2(1)
         Q_ORDER_BY                                            VARCHAR2(255)

------------------------------------------------------------------------------
Table Name:DQ3_QUERY_LIST                    Table Synonym Name:
         Q_ID                         NOT NULL                 NUMBER
  Ø Records
         Q_OWNER                      NOT NULL                 VARCHAR2(30)
         Q_NAME                       NOT NULL                 VARCHAR2(30)
         Q_DATE                       NOT NULL                 DATE(7)
         Q_DESCRIPTION                                         VARCHAR2(80)

------------------------------------------------------------------------------
Table Name:DQ3_REF_VALUES                    Table Synonym Name:
         RV_TYPE                      NOT NULL                 VARCHAR2(20)
  Ø Records
         RV_VALUE                     NOT NULL                 VARCHAR2(40)
         RV_DATATYPE                                           VARCHAR2(6)
         RV_SEQ                                                NUMBER(2,0)
         RV_DESC                                               VARCHAR2(60)

------------------------------------------------------------------------------
Table Name:DQ3_REPORT                        Table Synonym Name:
```

```
Tue Oct. 6, 1998  2:41 pm          S T A R _ B A S E                      Page:30
                                      Data Dictionary

                 Column Name                     Null           Type
------------------------------------------------------------------------------
Table Name:DQ3_REPORT                      Table Synonym Name:
   (0 Records)
      R_QID                                 NOT NULL     NUMBER
      R_PAGESIZE                            NOT NULL     NUMBER(4,0)
      R_MAXLINESIZE                                      NUMBER(3,0)
      R_FEEDBACK                            NOT NULL     VARCHAR2(3)
      R_LINES_PRE_HD                        NOT NULL     NUMBER(3,0)
      R_LINES_POST_HD                       NOT NULL     NUMBER(3,0)
      R_LINES_PRE_FT                        NOT NULL     NUMBER(3,0)
      R_LINES_POST_FT                       NOT NULL     NUMBER(3,0)
      R_LINES_PRE_MT                                     NUMBER(3,0)
      R_LINES_POST_MT                                    NUMBER(3,0)
      R_DISTINCT                                         VARCHAR2(3)
------------------------------------------------------------------------------
Table Name:DQ3_REPORT_LINES                Table Synonym Name:
   (0 Records)
      RL_QID                                NOT NULL     NUMBER
      RL_TYPE                               NOT NULL     VARCHAR2(1)
      RL_LINE_NO                            NOT NULL     NUMBER(3,0)
      RL_SEQ                                NOT NULL     NUMBER(3,0)
      RL_ALIGN                              NOT NULL     VARCHAR2(8)
      RL_TEXT                                            VARCHAR2(240)
------------------------------------------------------------------------------
Table Name:DQ3_REQUESTS                    Table Synonym Name:
   (0)
      ER_USER                               NOT NULL     VARCHAR2(30)
      ER_QID                                NOT NULL     NUMBER
      ER_REQ_NO                             NOT NULL     NUMBER(8,0)
      ER_NAME                                            VARCHAR2(40)
      ER_DATE                               NOT NULL     DATE(7)
------------------------------------------------------------------------------
Table Name:DQ3_SORT                        Table Synonym Name:
   (0)
      S_QUERY_ID                            NOT NULL     NUMBER
      S_SEQ                                 NOT NULL     NUMBER
      S_COL_ID                              NOT NULL     VARCHAR2(255)
      S_TYPE                                             VARCHAR2(7)
      S_COL_SEQ                                          NUMBER(8,0)
      S_TABLE                                            VARCHAR2(60)
      S_ASC                                              VARCHAR2(4)
------------------------------------------------------------------------------
Table Name:DQ3_SQL_FUNC                    Table Synonym Name:
   (0)
      ES_FUNC                               NOT NULL     VARCHAR2(18)
      ES_DESC                               NOT NULL     VARCHAR2(34)
      ES_TYPE                               NOT NULL     VARCHAR2(8)
      ES_PART1                                           VARCHAR2(30)
      ES_PART2                                           VARCHAR2(30)
------------------------------------------------------------------------------
Table Name:DQ3_TABLES                      Table Synonym Name:
```

```
            Column Name                    Null           Type
---------------------------------------------------------------------------
Table Name:DQ3_TABLES ✓                    Table Synonym Name:          Table Ln
       USERNAME — STARS                                   VARCHAR2(30)
(465)  TABLE_NAME - ADASP                                 VARCHAR2(128)
---------------------------------------------------------------------------
Table Name:DQ3_TABLES_IN_JOINS             Table Synonym Name:
       J_TABLE1                                           VARCHAR2(30)
(0)    J_OWNER1                                           VARCHAR2(30)
       J_QUERY_ID                                         NUMBER
---------------------------------------------------------------------------
Table Name:DQ3_TAB_COLLIST ✓               Table Synonym Name:
       OWNER — SYS                         NOT NULL       VARCHAR2(30)
(8,850) TABLE_NAME — ALL_ARGUMENTS         NOT NULL       VARCHAR2(30)
       COLUMN_NAME — OWNER                 NOT NULL       VARCHAR2(30)
       DATA_TYPE — CHAR                                   VARCHAR2(7)
       DATA_LENGTH — 30                    NOT NULL       NUMBER
       DATA_PRECISION -                                   NUMBER
       DATA_SCALE -                                       NUMBER
       C_NAME — OWNER                      NOT NULL       VARCHAR2(30)
       COLTYPE — CHAR(30)                                 VARCHAR2(89)
       COMMNT — X                                         CHAR(1)
---------------------------------------------------------------------------
Table Name:DQ3_TAB_COLUMNS ✓               Table Synonym Name:
       OWNER                               NOT NULL       VARCHAR2(30)
(8,850) TABLE_NAME      same as above      NOT NULL       VARCHAR2(30)
       COLUMN_NAME      but with only      NOT NULL       VARCHAR2(30)
       DATA_TYPE        first 7 fields                    VARCHAR2(7)
       DATA_LENGTH                         NOT NULL       NUMBER
       DATA_PRECISION                                     NUMBER
       DATA_SCALE                                         NUMBER
---------------------------------------------------------------------------
Table Name:DQ3_TAB_COMMENTS ✓              Table Synonym Name:
       USERNAME                                           VARCHAR2(30)
(429)  TABLE_NAME                                         VARCHAR2(128)
       COMMENTS         See printout                      VARCHAR2(2000)
(400 for STARS)
---------------------------------------------------------------------------
Table Name:DQ3_USERS ✓                     Table Synonym Name:
       USERNAME         see printout       NOT NULL       VARCHAR2(30)
(11)
---------------------------------------------------------------------------
Table Name:DQ3_USER_PREFS                  Table Synonym Name:
       U_USERNAME                          NOT NULL       VARCHAR2(40)
(0)    U_MODE                              NOT NULL       VARCHAR2(3)
       U_DATE_FORMAT                       NOT NULL       VARCHAR2(50)
       U_TIME_LIMIT                        NOT NULL       NUMBER(4,0)
       U_NUMBER_FORMAT                     NOT NULL       VARCHAR2(30)
```

```
        Column Name                         Null        Type
------------------------------------------------------------------------------
Table Name:DQ3_USER_PREFS Cont.               Table Synonym Name:
        U_PRINT_CMD                       NOT NULL      VARCHAR2(30)
        U_ALLOWED_RUN_MODES                             VARCHAR2(6)
        U_BATCH_CMD                                     VARCHAR2(240)
        U_RUN_ONLY                                      VARCHAR2(3)
        U_RUN_MODE                                      VARCHAR2(6)
        U_PAGESIZE                                      NUMBER(4,0)
        U_LINESIZE                                      NUMBER(4,0)
        U_JOIN_DEF                                      VARCHAR2(3)
        U_CHANGE_ROLE                                   VARCHAR2(3)
------------------------------------------------------------------------------
Table Name:DQ3_WHERE                          Table Synonym Name:
        W_SEQ                             NOT NULL      NUMBER
        W_QUERY_ID                        NOT NULL      NUMBER
        W_COL                             NOT NULL      VARCHAR2(255)
        W_OPERATOR                        NOT NULL      VARCHAR2(10)
        W_CONSTANT                        NOT NULL      VARCHAR2(255)
        W_BOOLEAN                                       VARCHAR2(3)
        W_TABLE                                         VARCHAR2(61)
        W_EXPR_IND                                      VARCHAR2(1)
        W_COL_TYPE                                      VARCHAR2(9)
        W_TABLE2                                        VARCHAR2(61)
        W_COL_TYPE2                                     VARCHAR2(9)
        W_BRACKET1                                      VARCHAR2(1)
        W_BRACKET2                                      VARCHAR2(1)
------------------------------------------------------------------------------
Table Name:DWELLING                           Table Synonym Name:DWELL
        DWELLING                          NOT NULL      VARCHAR2(3)
        DWELLING_DESC                     NOT NULL      VARCHAR2(40)
------------------------------------------------------------------------------
Table Name:ECW_WORK                           Table Synonym Name:ECW
        SCHOOL                                          VARCHAR2(4)
        SPMN                                            VARCHAR2(5)
        FORM_NAME                                       VARCHAR2(8)
        DAY_OF_MONTH                                    VARCHAR2(2)
        FREE_ELIGIBLE                                   NUMBER(4,0)
        FREE_PRESENT                                    NUMBER(4,0)
        REDUCED_ELIGIBLE                                NUMBER(4,0)
        REDUCED_PRESENT                                 NUMBER(4,0)
        TOTAL_ENROLLMENT                                NUMBER(5,0)
------------------------------------------------------------------------------
Table Name:EDCKWLST                           Table Synonym Name:EDCKWLSTS
        SPMN                              NOT NULL      VARCHAR2(5)
        SCHOOL                            NOT NULL      VARCHAR2(4)
        DAY_CD                            NOT NULL      VARCHAR2(2)
        FREE_ELIG                         NOT NULL      NUMBER(5,0)
```

```
Tue Oct. 6, 1998  2:41 pm         S T A R _ B A S E                    Page:33
                                    Data Dictionary

          Column Name                        Null        Type
-------------------------------------------------------------------------------
Table Name:EDCKWLST  Cont.                   Table Synonym Name:EDCKWLSTS
          FREE_PRES                          NOT NULL    NUMBER(5,0)
          REDU_ELIG                          NOT NULL    NUMBER(5,0)
          REDU_PRES                          NOT NULL    NUMBER(5,0)
          TOTAL_ENROLL                       NOT NULL    NUMBER(5,0)
-------------------------------------------------------------------------------
Table Name:ELIGIBSP                          Table Synonym Name:ELIGIBSPS
  (13)    ELIGIBILITY                        NOT NULL    VARCHAR2(1)
          ELIGIBILITY_DESC  All printout     NOT NULL    VARCHAR2(30)
-------------------------------------------------------------------------------
Table Name:ENR_REC                           Table Synonym Name:ENREC
  (39)    SCHOOL - 01                        NOT NULL    VARCHAR2(4)
          PGM_DESC - stu_usrl (ans 2 with    NOT NULL    VARCHAR2(20)
                                stu_reg)
-------------------------------------------------------------------------------
Table Name:ETHNIC                            Table Synonym Name:ETH
  (5)     ETHNIC - C                         NOT NULL    VARCHAR2(2)
          ETHNIC_DESC - CAUCASIAN            NOT NULL    VARCHAR2(30)
                C/B/I/A/H
-------------------------------------------------------------------------------
Table Name:EXCEPT                            Table Synonym Name:XCP
 22,934   ID - Tomk                          NOT NULL    VARCHAR2(10)
          PGM_DESC - atcode                  NOT NULL    VARCHAR2(20)
-------------------------------------------------------------------------------
Table Name:EXITSP    Exit Reason             Table Synonym Name:EXITSPS
  (14)    EXIT - A                           NOT NULL    VARCHAR2(1)
          REASON - Graduated/diploma         NOT NULL    VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name:FEE_CODE                          Table Synonym Name:FEE_CODES
  (19)    FEE_CODE - 01                      NOT NULL    VARCHAR2(5)
          FEE_CODE_DESC - STUDENT SERVICE FEES NOT NULL  VARCHAR2(30)
-------------------------------------------------------------------------------
Table Name:FEE_DTL                           Table Synonym Name:FEE_DTLS
          SCHOOL - 52                        NOT NULL    VARCHAR2(4)
  (238)   FEE_CODE - 01                      NOT NULL    VARCHAR2(5)
          GRADE - 09                         NOT NULL    VARCHAR2(2)
          MAND_OR_OPT - m                    NOT NULL    VARCHAR2(1)
          AMOUNT - 45                        NOT NULL    NUMBER(8,2)
          ADDITIONAL_INFO - AFTER NOV 15/$40             VARCHAR2(30)
          CUTOFF_DATE - 11/01/98 12:00:00 Am             DATE(7)
          BOOKS - N                                      VARCHAR2(1)
          FEES - N                                       VARCHAR2(1)
          WK_BOOKS - N                                   VARCHAR2(1)
```