Tue Oct. 6, 1998  2:41 pm          S T A R _ B A S E
                                     Data Dictionary

```
                Column Name                            Null           Type
----------------------------------------------------------------------------
Table Name: FEE_TRANS ✓                        Table Synonym Name: FEE_TRANS
(220,765)       START_YY - 98                  NOT NULL   VARCHAR2(2)        Carolyn.
                SCHOOL - 52                    NOT NULL   VARCHAR2(4)        42 rec
                STUDENT_ID - 27010             NOT NULL   VARCHAR2(10)
                TRANS_DATE - 08/03/98          NOT NULL   DATE(7)
                REFERENCE - 1ST INV.           NOT NULL   VARCHAR2(10)
                TRANS_TYPE - C                 NOT NULL   VARCHAR2(1)
                FEE_CODE - 01                  NOT NULL   VARCHAR2(5)
                POSTED_SCHOOL - 52             NOT NULL   VARCHAR2(4)
                BATCH - 63                                VARCHAR2(10)
                ORIG_AMOUNT - 40.5                        NUMBER(8,2)
                AMOUNT - 40.5                             NUMBER(8,2)
                BALANCE - 0                               NUMBER(8,2)
                TRANS_DESC - 1472                         VARCHAR2(30)
                DUE_DATE - 08/27/98                       DATE(7)
                PAYMENT_LINK - 178852                     VARCHAR2(10)

Table Name: FORM ✓                              Table Synonym Name: FORMS
(0)             FORM_CODE                      NOT NULL   VARCHAR2(10)
                FORM                           NOT NULL   VARCHAR2(12)
                FORM_FLAG                      NOT NULL   VARCHAR2(1)
                MODULE                         NOT NULL   VARCHAR2(3)
                FORM_DESCRIPTION                          VARCHAR2(30)
                FORM_DETAILS                              VARCHAR2(255)

Table Name: FS_DIRECT_CERT ✓                   Table Synonym Name:
(1,299)         STUDENT_ID - 1001110                      VARCHAR2(10)
                PUBLIC_AID_INDICATOR - Y                  VARCHAR2(1)
                SPACE -                                   VARCHAR2(1)

Table Name: FUNC_DTE ✓                          Table Synonym Name: FDTE
(43)            SCHOOL - 52                    NOT NULL   VARCHAR2(4)
                FCODE - STG_clwk_bld                      VARCHAR2(15)
                FDESC - Build Grade Collection Table      VARCHAR2(30)
                F_DATE - 01/11/99 12:00:00 AM             DATE(7)
                F_TIME - 57147                            VARCHAR2(5)
                F_OP - HENRY                              VARCHAR2(10)
                F_RESP -                                  VARCHAR2(255)

Table Name: FUNDSP ✓                            Table Synonym Name: FUNDSPS
(8)             FUND - A                       NOT NULL   VARCHAR2(1)
                FUND_DESC - Special Education Service
                                               NOT NULL   VARCHAR2(30)

Table Name: GDBKPERC ✓                          Table Synonym Name: GDBKPERCS
(11)            SCHOOL - 51                    NOT NULL   VARCHAR2(4)
```

PART 3 OF 3

```
            Column Name                     Null          Type
-------------------------------------------------------------------------------
able Name:GDBKPERC  Cont.                   Table Synonym Name:GDBKPERCS
            CLASS_CD       -10              NOT NULL      VARCHAR2(6)
            SECTION        -002             NOT NULL      VARCHAR2(3)
            GR_CATEGORY    -001             NOT NULL      VARCHAR2(3)
            GR_CATEGORY_DESC -WEEKLY GRADES NOT NULL      VARCHAR2(30)
            GR_PERCENT     -100             NOT NULL      NUMBER(5,2)
            GR_TYPE        -P               NOT NULL      VARCHAR2(1)
-------------------------------------------------------------------------------
Table Name:GDBKVIEW                         Table Synonym Name:GDBKVIEWS
    (31)    REC_NUMBER     -1                             CHAR(1)
            IN_SCHOOL      -41                            VARCHAR2(4)
            IN_CLASS_CD    -GE0742                        VARCHAR2(6)
            IN_SECTION     -001                           VARCHAR2(3)
            IN_M_PERIOD    -01                            VARCHAR2(2)
            IN_STUDENT_ID  -1001528                       VARCHAR2(10)
            OUT_STU_GPA    - 6                            NUMBER
-------------------------------------------------------------------------------
Table Name:GDWORK                           Table Synonym Name:GDWORKS
            SCHOOL                          NOT NULL      VARCHAR2(4)
     (0)    SPMN                            NOT NULL      VARCHAR2(5)
            FORM_NAME                       NOT NULL      VARCHAR2(8)
            CLASS_CD                        NOT NULL      VARCHAR2(6)
            SECTION                         NOT NULL      VARCHAR2(3)
            TOTAL_1                                       NUMBER(3,0)
            TOTAL_2                                       NUMBER(3,0)
            TOTAL_3                                       NUMBER(3,0)
            TOTAL_4                                       NUMBER(3,0)
            TOTAL_5                                       NUMBER(3,0)
            TOTAL_6                                       NUMBER(3,0)
            TOTAL_7                                       NUMBER(3,0)
            TOTAL_8                                       NUMBER(3,0)
            TOTAL_OTHER                                   NUMBER(3,0)
-------------------------------------------------------------------------------
Table Name:GLOBMSTR                         Table Synonym Name:GLOBMSTRS
     0      CLASS_CD                        NOT NULL      VARCHAR2(6)
            NAME                            NOT NULL      VARCHAR2(20)
            SCHOOL_TYPE                                   VARCHAR2(4)
            CATALOG_DESC                                  VARCHAR2(255)
-------------------------------------------------------------------------------
Table Name:GPA_WORK                         Table Synonym Name:GPAW
            START_YY                        NOT NULL      VARCHAR2(2)
     0      SCHOOL                          NOT NULL      VARCHAR2(4)
            SPMN                            NOT NULL      VARCHAR2(5)
            PROGRAM_NAME                    NOT NULL      VARCHAR2(8)
            STUDENT_ID                      NOT NULL      VARCHAR2(10)
            CLASS_CD                        NOT NULL      VARCHAR2(6)
```

```
Tue Oct. 6, 1998 2:41 pm              S T A R _ B A S E                        Page:36
                                        Data Dictionary

                 Column Name                    Null            Type
------------------------------------------------------------------------------------
Table Name: GPA_WORK  Cont.                 Table Synonym Name: GPAW
          SECTION                           NOT NULL        VARCHAR2(3)
          MP                                NOT NULL        VARCHAR2(2)
          GRADE_OUT                                         VARCHAR2(3)
          QPTS_OUT                                          NUMBER(8,4)
          WEIGHT_OUT                                        NUMBER(6,3)
          ATTCR_OUT                                         NUMBER(6,3)
          PRODUCT_OUT                                       NUMBER(8,4)
------------------------------------------------------------------------------------
Table Name: GRADREQ                         Table Synonym Name: GRADREQS
  (1)     SCHOOL - 52                       NOT NULL        VARCHAR2(4)
          DEPT -- ENG                       NOT NULL        VARCHAR2(3)
          CURRICULUM - GEN                                  VARCHAR2(3)
          CREDITS - 3                                       NUMBER(6,3)
          REQ_COURSES - 00                                  VARCHAR2(2)
------------------------------------------------------------------------------------
Table Name: GRDEFINE                        Table Synonym Name: GR_DF
          SCHOOL - 41                       NOT NULL        VARCHAR2(4)
  (12)    CLASS_CD - AL854                  NOT NULL        VARCHAR2(6)
          SECTION - 001                     NOT NULL        VARCHAR2(3)
          M_PERIOD - 01                     NOT NULL        VARCHAR2(2)
          GR_SEQ - 1788                     NOT NULL        NUMBER(10,0)
          GR_NUM - 001                      NOT NULL        VARCHAR2(3)
          GR_DATE - 09/04/97 12:00:00 AM    NOT NULL        DATE(7)
          GR_POINTS - 25                    NOT NULL        NUMBER(4,1)
          GR_DESC - CHAPTER ONE                             VARCHAR2(30)
          GR_CATEGORY - 001                 NOT NULL        VARCHAR2(3)
------------------------------------------------------------------------------------
Table Name: GRDISTLS                        Table Synonym Name: GRDISTLSS
          SCHOOL                            NOT NULL        VARCHAR2(4)
   Ø      SPMN                              NOT NULL        VARCHAR2(5)
          FORM_NAME                         NOT NULL        VARCHAR2(8)
          CLASS_CD                          NOT NULL        VARCHAR2(6)
          SECTION                           NOT NULL        VARCHAR2(3)
          GRADE                                             VARCHAR2(7)
          TOTAL                                             NUMBER(7,0)
------------------------------------------------------------------------------------
Table Name: GRDSVIEW                        Table Synonym Name: GRDSVW
          SCHOOL                            NOT NULL        VARCHAR2(4)
150,507   START_YY                          NOT NULL        VARCHAR2(2)
for 52 only STUDENT_ID                      NOT NULL        VARCHAR2(10)
          PERIOD                            NOT NULL        VARCHAR2(2)
129 for   CLASS_CD                          NOT NULL        VARCHAR2(6)
Carolyn   SECTION                           NOT NULL        VARCHAR2(3)
          SHORT_NAME                        NOT NULL        VARCHAR2(10)
          MP                                NOT NULL        VARCHAR2(2)

(24 for Carolyn in '98)
```

3:03-cv-03105-RM-BGC    # 146-3    Page 4 of 14

```
Tue Oct. 6, 1998  2:41 pm           S T A R _ B A S E                    Page:37
                                      Data Dictionary

              Column Name                  Null           Type
--------------------------------------------------------------------------------
Table Name: GRDSVIEW Cont.                 Table Synonym Name: GRDSVW
            GRADE                                         VARCHAR2(3)
            COMMENT_1                                     VARCHAR2(3)
            COMMENT_2                                     VARCHAR2(3)
            COMMENT_3                                     VARCHAR2(3)
            CLASS_ABS_EXC                                 NUMBER(3,0)
            CLASS_ABS_UNX                                 NUMBER(3,0)
            CLASS_TDY                                     NUMBER(3,0)
            CIT_GRADE                                     VARCHAR2(3)
            EFF_GRADE                                     VARCHAR2(3)
            BOOK_LEVEL                                    VARCHAR2(3)
            CREDIT_EARNED                                 NUMBER(6,3)
            E_CRED_EXCEPT                                 VARCHAR2(1)
            TCH_NAME                                      VARCHAR2(18)
--------------------------------------------------------------------------------
Table Name: GRD_LIST                       Table Synonym Name: GRDLST
     (124)  GRD_SEQ - 1853 (same for all)  NOT NULL       NUMBER(10,0)
            GRD_STUDENT_ID - 24980         NOT NULL       VARCHAR2(10)
            GRD_ORDER - 001                NOT NULL       VARCHAR2(3)
            GRD_SCORE - 025                               VARCHAR2(3)
--------------------------------------------------------------------------------
Table Name: GRD_REST                       Table Synonym Name: GRS
     (17)   START_YY - 96 and 97           NOT NULL       VARCHAR2(2)
            SCHOOL - 53  only              NOT NULL       VARCHAR2(4)
            CLASS_CD - 306                 NOT NULL       VARCHAR2(6)
            SECTION - 006                  NOT NULL       VARCHAR2(3)
            GRADE - 10                     NOT NULL       VARCHAR2(2)
--------------------------------------------------------------------------------
Table Name: GRIDCODE                       Table Synonym Name: GRID
            GRID_CODE                      NOT NULL       VARCHAR2(8)
     Ø      DISTRICT                       NOT NULL       VARCHAR2(4)
            STREET                         NOT NULL       VARCHAR2(30)
            DIRECTION                                     VARCHAR2(2)
            SIDE                                          VARCHAR2(1)
            MUNICIPALITY                                  VARCHAR2(2)
            ZIPCODE                                       VARCHAR2(6)
            FROM_NUM                                      NUMBER(5,0)
            TO_NUM                                        NUMBER(5,0)
            E_SCHL                                        VARCHAR2(4)
            M_SCHL                                        VARCHAR2(4)
            H_SCHL                                        VARCHAR2(4)
--------------------------------------------------------------------------------
Table Name: GUARDSPV                       Table Synonym Name: GUARDSPS
     (6)    GUARDIAN - A                   NOT NULL       VARCHAR2(1)
            GUARDIAN_DESC - Parent         NOT NULL       VARCHAR2(30)
```

```
                Column Name                        Null           Type
------------------------------------------------------------------------------
able Name:HMRM_ATT                        Table Synonym Name:HRATT
         WK_SPMN                          NOT NULL       VARCHAR2(5)
  Ø      WK_SCHOOL                        NOT NULL       VARCHAR2(4)
         WK_HOMEROOM                                     VARCHAR2(5)
         WK_STUDENT_ID                    NOT NULL       VARCHAR2(10)
         WK_LAST_NAME                                    VARCHAR2(18)
         WK_FIRST_NAME                                   VARCHAR2(18)
         WK_GRADE                                        VARCHAR2(2)
         WK_MON                                          VARCHAR2(1)
         WK_TUE                                          VARCHAR2(1)
         WK_WED                                          VARCHAR2(1)
         WK_THU                                          VARCHAR2(1)
         WK_FRI                                          VARCHAR2(1)
------------------------------------------------------------------------------
Table Name:HOMEINST - V01-04-03 - Home Instruction Table  Table Synonym Name:HIC
         HOME_INSTR                       NOT NULL       VARCHAR2(1)
  ①      HOME_INSTR_DESC                                 VARCHAR2(30)
         ON_HOME_INSTR                                   VARCHAR2(1)
------------------------------------------------------------------------------
Table Name:HOME_TMP  W99-04-04 Daily Att. Work Table   Table Synonym Name:HIT
         SPMN                             NOT NULL       VARCHAR2(5)
         SCHOOL                           NOT NULL       VARCHAR2(4)
  Ø      STUDENT_ID                       NOT NULL       VARCHAR2(10)
         START_HOME_INSTR                                VARCHAR2(1)
         START_HI_DATE                                   DATE(7)
         END_HOME_INSTR                                  VARCHAR2(1)
         END_HI_DATE                                     DATE(7)
------------------------------------------------------------------------------
Table Name:HONORS - V02-11-05 Honor Code Table   Table Synonym Name:HONOR
         SCHOOL                           NOT NULL       VARCHAR2(4)
  Ø      HONOR_CODE                       NOT NULL       VARCHAR2(5)
         HONORS_DESC                                     VARCHAR2(30)
------------------------------------------------------------------------------
Table Name:HOUSE_CD - V01-15-02 House Code Table    Table Synonym Name:HOUSES
         HOUSE_CD_NUM                     NOT NULL       VARCHAR2(1)
  Ø      HOUSE_CD                         NOT NULL       VARCHAR2(3)
         HOUSE_CD_DESC                    NOT NULL       VARCHAR2(40)
------------------------------------------------------------------------------
Table Name:HRTCH - V03-19-04 - Homeroom Table    Table Synonym Name:HRT
         START_YY - 98                    NOT NULL       VARCHAR2(2)
(2,174)  SCHOOL - 52                      NOT NULL       VARCHAR2(4)
         HOMEROOM - AUD/N                 NOT NULL       VARCHAR2(5)
         HR_LOCATION - K. DEVLIN                         VARCHAR2(30)
         ROOM_NUMBER - AUD/N                             VARCHAR2(5)
         CLUSTER_CODE -                                  VARCHAR2(2)
```

```
                Column Name                     Null              Type
-------------------------------------------------------------------------------
Table Name: IAPXTB   EXEC IAF User Exit Definitions    Table Synonym Name:
        XTB$XNM                         NOT NULL          VARCHAR2(10)
        XTB$XTY                         NOT NULL          VARCHAR2(3)
        XTB$REM                                           VARCHAR2(40)
        XTB$CRE                         NOT NULL          DATE(7)
        XTB$MOD                                           DATE(7)
-------------------------------------------------------------------------------
Table Name: IEPASTYP                            Table Synonym Name: IEPASTYPE
        A_TYPE  - I                     NOT NULL          VARCHAR2(1)
        A_DESC  - Information only      NOT NULL          VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name: IEPCLASS                            Table Synonym Name: IEPCLASSS
        CLASSIF_CD                      NOT NULL          VARCHAR2(4)
        CLASSIF_DESC                    NOT NULL          VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name: IEPNOTYP                            Table Synonym Name: IEPNOTYPE
        NOTIF_TYPE                      NOT NULL          VARCHAR2(4)
        NOTIF_DESC                      NOT NULL          VARCHAR2(50)
        MEETING_REQ                     NOT NULL          VARCHAR2(1)
        RESPONSE_REQ                    NOT NULL          VARCHAR2(1)
        TIME_LIMIT                      NOT NULL          NUMBER(3,0)
-------------------------------------------------------------------------------
Table Name: IEPPLACE                            Table Synonym Name: IEPPLACES
        PLACEMENT_CD                    NOT NULL          VARCHAR2(4)
        PLACEMENT_DESC                  NOT NULL          VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name: IEPSTAFF                            Table Synonym Name: IEPSTAFFS
        STAFF_ID                        NOT NULL          VARCHAR2(10)
        STAFF_NAME                      NOT NULL          VARCHAR2(50)
        POSITION                                          VARCHAR2(50)
        TEAM                                              VARCHAR2(4)
        SOC_SEC_NO                                        VARCHAR2(11)
-------------------------------------------------------------------------------
Table Name: IEP_LOC                             Table Synonym Name: IEPLOC
        LOCATION_CD                     NOT NULL          VARCHAR2(4)
        LOCATION_DESC                   NOT NULL          VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name: IEP_MEET                            Table Synonym Name: IEPMEET
        MEETING_CD                      NOT NULL          VARCHAR2(4)
        MEETING_DESC                    NOT NULL          VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name: IEP_PROG                            Table Synonym Name: IEPPROG
```

```
              Column Name                       Null          Type
------------------------------------------------------------------------------
  able Name: IEP_PROG                        Table Synonym Name: IEPPROG
         PROGRAM_CD                        NOT NULL      VARCHAR2(4)
    ∅    PROGRAM_DESC                      NOT NULL      VARCHAR2(50)
------------------------------------------------------------------------------
  Table Name: IEP_REAS                       Table Synonym Name: IEPREAS
      ∅    REASON_CD                       NOT NULL      VARCHAR2(2)
           REASON_DESC                     NOT NULL      VARCHAR2(50)
------------------------------------------------------------------------------
  Table Name: IEP_RELA                       Table Synonym Name: IEPRELA
      ∅    RELATION                        NOT NULL      VARCHAR2(10)
           RELATION_DESC                   NOT NULL      VARCHAR2(50)
------------------------------------------------------------------------------
  Table Name: IEP_STAT                       Table Synonym Name: IEPSTAT
           STATUS_CD                       NOT NULL      VARCHAR2(4)
           STATUS_DESC                     NOT NULL      VARCHAR2(50)
------------------------------------------------------------------------------
  Table Name: IEP_TEAM                       Table Synonym Name: IEPTEAM
           TEAM_CD                         NOT NULL      VARCHAR2(4)
      ∅    TEAM_DESC                       NOT NULL      VARCHAR2(50)
------------------------------------------------------------------------------
  able Name: IEP_TEST                        Table Synonym Name: IEPTEST
           TEST_CD                         NOT NULL      VARCHAR2(4)
      ∅    TEST_DESC                       NOT NULL      VARCHAR2(50)
------------------------------------------------------------------------------
  Table Name: IMMEXPTT  - V01-03-02 Immuniz. Exemption Table
                                              Table Synonym Name: IMM_EXPT
           IMM_EXPT_CD                     NOT NULL      VARCHAR2(1)
      ∅    IMM_EXPT_DESC                   NOT NULL      VARCHAR2(30)
------------------------------------------------------------------------------
  Table Name: IMM_DIS  - V01-03-01 Immuniz/Disease Table
                                              Table Synonym Name: IMMDIS
           IMM_DIS_CD                      NOT NULL      VARCHAR2(10)
      ∅    IMM_DIS_DESC                    NOT NULL      VARCHAR2(30)
------------------------------------------------------------------------------
  Table Name: INFRACAT  V02-06-02 Infraction Category
                                              Table Synonym Name: INFRCT
           SCHOOL - 41/41/4                NOT NULL      VARCHAR2(4)
     (3)   INFRA_CAT - 2/3/4               NOT NULL      VARCHAR2(2)
           INFRA_CAT_DESC - LEVEL II/III/IV              VARCHAR2(50)
------------------------------------------------------------------------------
  Table Name: INFRACT  V02-06-01 Infraction Table
                                              Table Synonym Name: INFR
           SCHOOL - 41                     NOT NULL      VARCHAR2(4)
    (134)  INFRACTION - 209                NOT NULL      VARCHAR2(3)
           INFRACTION_DESC - VERBAL ABUSE                VARCHAR2(50)
------------------------------------------------------------------------------
```

```
               Column Name                    Null           Type
--------------------------------------------------------------------------------
    le Name: INFRACT Cont                Table Synonym Name: INFR
            INFRA_PTS                                    NUMBER(4,1)
--------------------------------------------------------------------------------
Table Name: INFRASUB                     Table Synonym Name: INFRSUB
            SCHOOL                       NOT NULL        VARCHAR2(4)
   ∅        INFRACTION                   NOT NULL        VARCHAR2(3)
            INFRA_CAT                    NOT NULL        VARCHAR2(2)
--------------------------------------------------------------------------------
Table Name: INFR_LOC                     Table Synonym Name: ILOC
            SCHOOL - 41                  NOT NULL        VARCHAR2(4)
  (6)       INFRA_LOCATION - CRM         NOT NULL        VARCHAR2(3)
            LOCATION_DESC - CLASS Room                   VARCHAR2(50)
--------------------------------------------------------------------------------
Table Name: INJ_CODE                     Table Synonym Name: INJ
            SCHOOL                       NOT NULL        VARCHAR2(4)
   ∅        INJ_CODE                     NOT NULL        VARCHAR2(3)
            INJ_DESC                     NOT NULL        VARCHAR2(30)
--------------------------------------------------------------------------------
Table Name: INS_CODE                     Table Synonym Name: INS
   ∅        INS_CODE                     NOT NULL        VARCHAR2(3)
            INS_CODE_DESC                NOT NULL        VARCHAR2(30)
--------------------------------------------------------------------------------
Table Name: INT_COM                      Table Synonym Name: INTCOM
  (5)       INT_CODE - M1 / I1           NOT NULL        VARCHAR2(2)
            INT_DESC - CONTACT PARENTS BY MAIL/PHONE  NOT NULL  VARCHAR2(50)
--------------------------------------------------------------------------------
Table Name: JOB_CD                       Table Synonym Name: JOB
   ∅        JOB_CD                       NOT NULL        VARCHAR2(3)
            JOB_DESC                     NOT NULL        VARCHAR2(40)
--------------------------------------------------------------------------------
Table Name: LANGUAGE                     Table Synonym Name: LANG
   ∅        LANGUAGE                     NOT NULL        VARCHAR2(5)
            LANGUAGE_DESC                NOT NULL        VARCHAR2(30)
--------------------------------------------------------------------------------
Table Name: LETTERS                      Table Synonym Name: LET
            SCHOOL - 52                  NOT NULL        VARCHAR2(4)
  (525)     PGM_DESC - genlettr          NOT NULL        VARCHAR2(20)
            LETTER_NUMBER - 1            NOT NULL        NUMBER(3,0)
            PART_NUMBER - 1              NOT NULL        NUMBER(2,0)
            LETTER _ This is the text of the generic letter     LONG
            LETTER_DESC - CCL's Default Generic Letter           VARCHAR2(50)
            LANGUAGE_CODE - ****                         VARCHAR2(5)
```

```
Tue Oct. 6, 1998 2:41 pm          S T A R _ B A S E                    Page:43
                                    Data Dictionary

                Column Name                     Null              Type
------------------------------------------------------------------------------
Table Name: MAINVIEW (cont.)                            Table Synonym Name: MAINVW
         SPECIAL_ED                                         VARCHAR2(3)
         TRACK                                              VARCHAR2(4)
         RANK                                               VARCHAR2(1)
         SPORTS_ELIG                                        VARCHAR2(1)
         LOCKER_NUMBER                                      VARCHAR2(5)
         LOCKER_COMBO                                       VARCHAR2(1)
         PROGCODE                                           VARCHAR2(2)
         CLUSTER_CODE                                       VARCHAR2(2)
         USER_FLD1                                          VARCHAR2(10)
         USER_FLD2                                          VARCHAR2(10)
         USER_FLD3                                          VARCHAR2(10)
         USER_FLD4                                          VARCHAR2(10)
         USER_FLD5                                          VARCHAR2(10)
         LAST_NAME                          NOT NULL        VARCHAR2(18)
         FIRST_NAME                         NOT NULL        VARCHAR2(18)
         MIDDLE_INIT                                        VARCHAR2(1)
         NICKNAME                                           VARCHAR2(20)
         SOC_SEC_NO                                         VARCHAR2(9)
         SEX                                NOT NULL        VARCHAR2(1)
         ETHNIC                             NOT NULL        VARCHAR2(2)
         RELATION_RESIDES                   NOT NULL        VARCHAR2(10)
         RELATION_LEGAL                     NOT NULL        VARCHAR2(10)
         BIRTH_DATE                         NOT NULL        DATE(7)
         CURRENT_SCHOOL                                     VARCHAR2(4)
         PREVIOUS_SCHOOL                                    VARCHAR2(4)
         NEXT_SCHOOL                                        VARCHAR2(4)
         FAMILY_CODE                        NOT NULL        VARCHAR2(10)
         RELATION                           NOT NULL        VARCHAR2(10)
         RELATION_LAST_NAME                 NOT NULL        VARCHAR2(18)
         RELATION_FIRST_NAME                NOT NULL        VARCHAR2(18)
         RELATION_MIDDLE_INIT                               VARCHAR2(1)
         PREFIX                                             VARCHAR2(4)
         SUFFIX                                             VARCHAR2(4)
         HOUSE_NO                                           NUMBER(5,0)
         LETTER                                             VARCHAR2(1)
         DIRECTION                                          VARCHAR2(2)
         STREET                                             VARCHAR2(30)
         STREET2                                            VARCHAR2(30)
         ZIPCODE                                            VARCHAR2(6)
         CITY_NAME                          NOT NULL        VARCHAR2(30)
         STATE_CODE                         NOT NULL        VARCHAR2(2)
         PLUS4                                              VARCHAR2(4)
         APT                                                VARCHAR2(5)
         AREA_CODE                                          VARCHAR2(3)
         PHONE                                              VARCHAR2(8)
         UNLISTED                                           VARCHAR2(1)
         DISTRICT                                           VARCHAR2(4)
         EMERG_PHONE_AREA                                   NUMBER(3,0)
         EMERG_PHONE                                        VARCHAR2(8)
```

```
Tue Oct. 6, 1998  2:41 pm           S T A R _ B A S E                    Page:44
                                     Data Dictionary

             Column Name              Null          Type
------------------------------------------------------------------------------
Table Name:MAINVIEW Co't             Table Synonym Name:MAINVW
        EP_UNLISTED                                 VARCHAR2(1)
        EP_LOCATION                                 VARCHAR2(30)
        GRID_CODE                                   VARCHAR2(8)
        MUNICIPALITY                                VARCHAR2(2)
        CAN_PICK_UP_STU                             VARCHAR2(1)
        GETS_SCHED                                  VARCHAR2(1)
        GETS_GRADES                                 VARCHAR2(1)
        GETS_ATT                                    VARCHAR2(1)
        GETS_DISCI                                  VARCHAR2(1)
        GETS_MAIL                                   VARCHAR2(1)
------------------------------------------------------------------------------
Table Name:MEDTBTST                   Table Synonym Name:TBTST
        STUDENT_ID                    NOT NULL      VARCHAR2(10)
        TB_DATE                       NOT NULL      DATE(7)
        POS_NEG                       NOT NULL      VARCHAR2(1)
        BCG_FLAG                      NOT NULL      VARCHAR2(1)
        MILLIMETERS                                 VARCHAR2(2)
        XRAY_DATE                                   DATE(7)
        MED_START_DATE                              DATE(7)
        MED_END_DATE                                DATE(7)
        TB_DESC                                     VARCHAR2(255)
------------------------------------------------------------------------------
Table Name:MEDVISIT                   Table Synonym Name:MEDVST
        STUDENT_ID                    NOT NULL      VARCHAR2(10)
        VISIT_DATE                    NOT NULL      DATE(7)
        VISIT_TIME_IN                 NOT NULL      VARCHAR2(5)
        MED_REAS_CD                   NOT NULL      VARCHAR2(3)
        MED_RESU_CD                   NOT NULL      VARCHAR2(3)
        VISIT_TIME_OUT                              VARCHAR2(5)
        REAS_COMMENT                                VARCHAR2(255)
        RESU_COMMENT                                VARCHAR2(255)
------------------------------------------------------------------------------
Table Name:MED_BLD                    Table Synonym Name:SMEDBLD
        STUDENT_ID                    NOT NULL      VARCHAR2(10)
        BP_DATE                       NOT NULL      DATE(7)
        BP_FOLLOW_UP                                DATE(7)
        BP_GRD                        NOT NULL      VARCHAR2(2)
        BP_FIRST                      NOT NULL      VARCHAR2(3)
        BP_LAST                       NOT NULL      VARCHAR2(3)
        COMM_BP                                     VARCHAR2(255)
------------------------------------------------------------------------------
Table Name:MED_EXAM                   Table Synonym Name:MEXAM
        STUDENT_ID                    NOT NULL      VARCHAR2(10)
        EXAM_DATE                     NOT NULL      DATE(7)
        SCHOOL                        NOT NULL      VARCHAR2(4)
```

| Column Name | Null | Type |
|---|---|---|

Table Name: MED_EXAM Cont.        Table Synonym Name: MEXAM

| Column Name | Null | Type |
|---|---|---|
| EXAM_GRD | NOT NULL | VARCHAR2(2) |
| VISIT_NUM | NOT NULL | VARCHAR2(1) |
| EARS | | VARCHAR2(1) |
| EYES | | VARCHAR2(1) |
| LYMPH_GLANDS | | VARCHAR2(1) |
| THYROID | | VARCHAR2(1) |
| NOSE | | VARCHAR2(1) |
| THROAT | | VARCHAR2(1) |
| TEETH_MOUTH | | VARCHAR2(1) |
| HEART | | VARCHAR2(1) |
| LUNGS | | VARCHAR2(1) |
| ABDOMEN | | VARCHAR2(1) |
| HERNIA | | VARCHAR2(1) |
| GENITO_URINARY | | VARCHAR2(1) |
| ORTHRO_STRUCTURAL | | VARCHAR2(1) |
| ORTHRO_POSTURE | | VARCHAR2(1) |
| ORTHRO_FEET | | VARCHAR2(1) |
| SKIN | | VARCHAR2(1) |
| NUTRITION | | VARCHAR2(1) |
| NERV_SYSTEM | | VARCHAR2(1) |
| SPEECH | | VARCHAR2(1) |
| HEIGHT | | NUMBER(4,2) |
| WEIGHT | | NUMBER(3,0) |

Table Name: MED_EXMR        Table Synonym Name: MEDEXMR

| Column Name | Null | Type |
|---|---|---|
| VISIT_NUM | NOT NULL | VARCHAR2(1) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| TIME_SPAN | NOT NULL | VARCHAR2(5) |
| EXAM_DATE | NOT NULL | DATE(7) |
| EXMR_LAST | NOT NULL | VARCHAR2(18) |
| EXMR_FIRST | NOT NULL | VARCHAR2(18) |
| EXAM_DESC | | VARCHAR2(255) |

Table Name: MED_EYE        Table Synonym Name: SMEDEYE

| Column Name | Null | Type |
|---|---|---|
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| VISION_DATE | NOT NULL | DATE(7) |
| VISION_FOLLOW_UP | | DATE(7) |
| VISION_GRD | NOT NULL | VARCHAR2(2) |
| R_ACTIVE | NOT NULL | VARCHAR2(1) |
| L_ACTIVE | NOT NULL | VARCHAR2(1) |
| R_LENSE | NOT NULL | VARCHAR2(1) |
| L_LENSE | NOT NULL | VARCHAR2(1) |
| R_BALANCE | NOT NULL | VARCHAR2(1) |
| L_BALANCE | NOT NULL | VARCHAR2(1) |
| COLOR_TEST | NOT NULL | VARCHAR2(1) |
| ACTIVE_REF | | VARCHAR2(1) |
| LENSE_REF | | VARCHAR2(1) |

```
        Column Name                         Null           Type
----------------------------------------------------------------------------
Table Name:MED_EYE  Cont.              Table Synonym Name:SMEDEYE
        BALANCE_REF                                    VARCHAR2(1)
        COMM_VISION                                    VARCHAR2(255)
----------------------------------------------------------------------------
Table Name:MED_HEAR                    Table Synonym Name:SMEDHR
        STUDENT_ID                     NOT NULL        VARCHAR2(10)
        HR_DATE                        NOT NULL        DATE(7)
        HR_FOLLOW_UP                                   DATE(7)
        HR_GRD                         NOT NULL        VARCHAR2(2)
        HR_LEFT                        NOT NULL        VARCHAR2(1)
        HR_RIGHT                       NOT NULL        VARCHAR2(1)
        COMM_HR                                        VARCHAR2(255)
----------------------------------------------------------------------------
Table Name:MED_HIST                    Table Synonym Name:MEDHIST
        STUDENT_ID                     NOT NULL        VARCHAR2(10)
        MEDHIST_CD                     NOT NULL        VARCHAR2(10)
        MEDHIST_FLAG                   NOT NULL        VARCHAR2(1)
        MEDHIST_DATE                   NOT NULL        DATE(7)
        MEDHIST_COMM                                   VARCHAR2(255)
----------------------------------------------------------------------------
Table Name:MED_INJ                     Table Synonym Name:MEDINJ
        STUDENT_ID                     NOT NULL        VARCHAR2(10)
        SCHOOL                         NOT NULL        VARCHAR2(4)
        INJ_DATE                       NOT NULL        DATE(7)
        INJ_TIME                       NOT NULL        VARCHAR2(5)
        INJ_CODE                       NOT NULL        VARCHAR2(3)
        LOC_CODE                       NOT NULL        VARCHAR2(3)
        IN_SCHOOL_FLAG                                 VARCHAR2(1)
        INJ_COMM                                       VARCHAR2(255)
----------------------------------------------------------------------------
Table Name:MED_REAS                    Table Synonym Name:MEDREAS
        SCHOOL                         NOT NULL        VARCHAR2(4)
        MED_REAS_CD                    NOT NULL        VARCHAR2(3)
        MED_REAS_DESC                  NOT NULL        VARCHAR2(30)
----------------------------------------------------------------------------
Table Name:MED_RESU                    Table Synonym Name:MEDRESU
        SCHOOL                         NOT NULL        VARCHAR2(4)
        MED_RESU_CD                    NOT NULL        VARCHAR2(3)
        MED_RESU_DESC                  NOT NULL        VARCHAR2(30)
----------------------------------------------------------------------------
Table Name:MED_SCOL                    Table Synonym Name:SMEDSCOL
        STUDENT_ID                     NOT NULL        VARCHAR2(10)
        SCOL_DATE                      NOT NULL        DATE(7)
        SCOL_FOLLOW_UP                                 DATE(7)
```

```
            Column Name                          Null           Type
---------------------------------------------------------------------------------
Table Name: MENU_V_APPL   Crt.              Table Synonym Name:
            SHORT_NAME                       NOT NULL       VARCHAR2(15)
            FILE_NAME                        NOT NULL       VARCHAR2(30)
            CREATION_DATE                    NOT NULL       DATE(7)
            CREATOR                          NOT NULL       VARCHAR2(30)
            VERSION_RELEASE_NR               NOT NULL       NUMBER
            LAST_RELEASE_DATE                               DATE(7)
            MENU_DIRECTORY                                  VARCHAR2(50)
            IDENTIFICATION                   NOT NULL       VARCHAR2(40)
---------------------------------------------------------------------------------
Table Name: MENU_V_GROUP                    Table Synonym Name:
            GROUP_NAME                       NOT NULL       VARCHAR2(30)
            DEBUG_ALLOWED                    NOT NULL       VARCHAR2(1)
            OS_COMM_ALLOWED                  NOT NULL       VARCHAR2(1)
            BGM_ALLOWED                      NOT NULL       VARCHAR2(1)
            OBJECT_TEXT_ID                   NOT NULL       NUMBER
---------------------------------------------------------------------------------
Table Name: MODULE                          Table Synonym Name: MDL
            MODULE                           NOT NULL       VARCHAR2(3)
            DESCRIPTION                                     VARCHAR2(20)
---------------------------------------------------------------------------------
Table Name: MSC_WORK                        Table Synonym Name: MSCW
            SPMN                             NOT NULL       VARCHAR2(5)
            SCHOOL                           NOT NULL       VARCHAR2(4)
            START_YY                         NOT NULL       VARCHAR2(2)
            STUDENT_ID                       NOT NULL       VARCHAR2(10)
            CLASS_CD                                        VARCHAR2(6)
            SECTION                                         VARCHAR2(3)
            DESCRIPTION                                     VARCHAR2(20)
---------------------------------------------------------------------------------
Table Name: MUNICIP                         Table Synonym Name: MUN
            MUNICIP                          NOT NULL       VARCHAR2(2)
            MUNICIP_DESC                     NOT NULL       VARCHAR2(30)
---------------------------------------------------------------------------------
Table Name: NJ_ADA                          Table Synonym Name: NJADA
            STRT_YY                          NOT NULL       VARCHAR2(2)
            SCHOOL                           NOT NULL       VARCHAR2(4)
            SCH_YR_MO                        NOT NULL       VARCHAR2(6)
            TOT_POSS                         NOT NULL       NUMBER(7,1)
            TOT_PRES                         NOT NULL       NUMBER(7,1)
            TOT_ABS                          NOT NULL       NUMBER(7,1)
            TOT_TDY                          NOT NULL       NUMBER(7,1)
---------------------------------------------------------------------------------
Table Name: NMDEF_VIEW_CCL                  Table Synonym Name:
```

(35) All printouts

```
Tue Oct. 6, 1998 2:41 pm          S T A R _ B A S E                   Page:49
                                    Data Dictionary

         Column Name                    Null            Type
------------------------------------------------------------------------------
Table Name: NMDEFVIEW_CCL                       Table Synonym Name:
         IN_STUDENT_ID              NOT NULL         VARCHAR2(10)
         IN_CLASS_CD                NOT NULL         VARCHAR2(6)
         IN_SECTION                 NOT NULL         VARCHAR2(3)
         OUT_DEF_STATUS                              VARCHAR2(1)
         OUT_DEF_RECOMMEND                           VARCHAR2(1)
         OUT_PROJECTED_GRADE                         VARCHAR2(3)
------------------------------------------------------------------------------
Table Name: NMFT9VIEW_CCL                       Table Synonym Name:
         IN_STUDENT_ID              NOT NULL         VARCHAR2(10)
         IN_CLASS_CD                NOT NULL         VARCHAR2(6)
         IN_SECTION                 NOT NULL         VARCHAR2(3)
         OUT_ATHLETIC_CODE          NOT NULL         VARCHAR2(1)
         OUT_WAR_CODE               NOT NULL         VARCHAR2(1)
         OUT_WAR_COMMENT_1                           VARCHAR2(2)
         OUT_WAR_COMMENT_2                           VARCHAR2(2)
         OUT_WAR_COMMENT_3                           VARCHAR2(2)
         OUT_WAR_COMMENT_4                           VARCHAR2(2)
         OUT_STU_GPA                                 NUMBER
------------------------------------------------------------------------------
Table Name: NMSTAVIEW_CCL                       Table Synonym Name:
         IN_STUDENT_ID              NOT NULL         VARCHAR2(10)
         OUT_TODAYS_DATE                             DATE(8)
         OUT_STU_YTD_ABS                             NUMBER(4,1)
         OUT_STU_YTD_TDY                             NUMBER(3,0)
         OUT_STU_YTD_POSS                            NUMBER(4,1)
         OUT_STU_MTD_ABS                             NUMBER(4,1)
         OUT_STU_MTD_TDY                             NUMBER(3,0)
         OUT_STU_MTD_POSS                            NUMBER(4,1)
         OUT_ATT_CODE                                VARCHAR2(1)
         OUT_ATT_CODE_ABS                            NUMBER
         OUT_ATT_CODE_TDY                            NUMBER
         OUT_ATT_CODE_POSS                           NUMBER
         OUT_ATT_CODE_LEGALITY                       VARCHAR2(1)
         OUT_STU_ATT_STATUS                          VARCHAR2(10)
------------------------------------------------------------------------------
Table Name: NMSTAVIEW_MARS                      Table Synonym Name:
         IN_STUDENT_ID              NOT NULL         VARCHAR2(10)
         OUT_TODAYS_DATE                             DATE(8)
         OUT_STU_YTD_ABS                             NUMBER(4,1)
         OUT_STU_YTD_TDY                             NUMBER(3,0)
         OUT_STU_YTD_POSS                            NUMBER(4,1)
         OUT_STU_MTD_ABS                             NUMBER(4,1)
         OUT_STU_MTD_TDY                             NUMBER(3,0)
         OUT_STU_MTD_POSS                            NUMBER(4,1)
         OUT_ATT_CODE                                VARCHAR2(1)
         OUT_ATT_CODE_ABS                            NUMBER
```