## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2003-CV-3105 |
| v. ) | |
| ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, ) | |
| and SPRINGFIELD PUBLIC SCHOOL ) | |
| DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PURSUANT TO RULE 12 (b)(1)

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Motion for Leave to File Memorandum of Law in Reply to Plaintiff CENTURY CONSULTANTS, LTD.'s ("Century") Response to its Motion to Dismiss the Plaintiff's First Amended Complaint pursuant to F.R.C.P. 12(b)(1) states as follows:

1. In support of its Response to District 186's Motion to Dismiss, Century relies on alleged facts and events occurring subsequent to the filing of District 186's Motion to Dismiss. Unless the Court grants District 186 leave to file a Memorandum in Reply, District 186 will have no meaningful opportunity to respond to the subsequently occurring alleged events and facts contained in Century's response and supporting memorandum.

2. District 186's proposed Memorandum in Reply to Century's Response to District 186's Motion to Dismiss is submitted contemporaneously herewith.

**WHEREFORE,** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, respectfully requests this Honorable Court grant it leave to file its Reply Memorandum *instanter* together with all the relief the Court deems proper.

                                      **SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendant,**

                                      By:    /s/Almon A. Manson, Jr.
                                                  One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on June 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

/s/ Almon A. Manson, Jr.