E-FILED
Monday, 12 June, 2006   12:56:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | Nos. 05-CV-3147 |
| -v- | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

**DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER, MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY, AND MEMORANDUM OF LAW IN REPLY, TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and moves this Court for leave to fie a memorandum in reply to Plaintiff's response to motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and supporting memorandum. In support of this motion, Defendants adopt in total the Motion for Leave to File Memorandum in Reply to Plaintiff's Response to Motion to Dismiss Pursuant to Rule 12(b)(1) and Memorandum of Law in Reply to Motion to Dismiss in Reply to Plaintiff's Response to Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(1) filed by the Springfield Public School District 186 (Document Nos. 147 and 148).

Plaintiff's assertion that Defendants waived their defenses is unavailing. *See Response, p. 11.* A party cannot waive the requirement of subject matter jurisdiction, *see Moodie v. Federal Reserve Bank of New York* 58 F.3d 879, 882 (2d Dist. 1995); *Zurich Insurance Co. v. Logitrans, Inc.*, 297 F.3d 528, 531 (6th Cir. 2002), nor can a party

consent to have a case heard in district court where no subject matter jurisdiction exists, *see Neirbo Co. v. Bethlehem Shipbuilding Corp.*, 308 U.S. 165 (1939). Further, Defendants answer to paragraph 11 of the First Amended Complaint admits nothing more than Plaintiff copyrighted its Star_Base menu program and registered the source code of the menu program, which is an unpublished work. The attempt to extrapolate this admission to mean that Defendants admitted that Plaintiff registered all of its source code including unregistered derivative works, which it clearly did not, is absurd. To the extent a contrary interpretation of the answer can be made, Defendants will seek leave to amend their answer.

  WHEREFORE, Defendants, The Miller Group and John G. Miller, respectfully requests the Court to dismiss the Amended Complaint with prejudice, assess reasonable attorneys' fees against Plaintiff in an amount to be determined upon further hearing, and award all other relief the Court deems proper.

              Respectfully Submitted,
              S/LANCE T. JONES
              Attorney for The Miller Group, Inc. and
              John G. Miller, Defendants

Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL 62563
(217) 725-5011

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on May 3, 2006, I electronically filed the foregoing DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER, MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY, AND MEMORANDUM OF LAW IN REPLY, TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

            S/LANCE T. JONES
            Attorney for The Miller Group, Inc. and
            John G. Miller, Defendants
            Law Office of Lance T. Jones
            356 N. Walnut St.
            Rochester, IL  62563
            Ph. No.: (217) 725-5011
            Email: jones.lance@insightbb.com