STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** |

**NOW COMES** plaintiff, Century Consultants, Ltd. ("Century"), and for its Motion For Leave to File A Sur-Reply Memorandum in Further Opposition to Defendants' Motions to Dismiss the First Amended Complaint, Century states as follows:

1.   Defendants filed motions to dismiss Century's First Amended Complaint under Fed.R.Civ.P. 12(b)(1), arguing that this Court lacks subject matter jurisdiction.

2.   Century filed timely opposition to the motions on May 26, 2006.

3.   On June 9, 2006, the School District filed a motion for leave to file a Reply Memorandum (the "Motion for Leave") in further support of its motion.  The motion was filed because the Local Rules of this Court do not permit the filing of a reply brief on a motion to dismiss without leave of Court.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

-2-

4. Although the Local Rules permitted an opposition from Century to the Motion for Leave on or before June 23rd, the Court entered a Text Order on June 12, allowing the filing of the Reply Memorandum.

5. Century believes that there are certain misstatements of the record and the law in the School District's Reply Memorandum, which Century would have pointed out in opposition to the Motion For Leave.   A copy of the proposed Sur-Reply Memorandum pointing out those misstatements is attached to this Motion.

6. Accordingly, Century respectfully leave to file this Sur-Reply Memorandum of Law.

CENTURY CONSULTANTS, LTD.


By:__s/Craig S. Hilliard_____
     One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ   08543-5315

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

**PROOF OF SERVICE**

    I, the undersigned, hereby certify that on June 26, 2006, I filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL  62703

                                        s/Craig S. Hilliard
                                        CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315