E-FILED
Monday, 26 June, 2006 01:51:56 PM
Clerk, U.S. District Court, ILCD

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 2003-CV-3105 <br><br> **PLAINTIFF'S RULE 26 DISCLOSURES** |

Plaintiff, Century Consultants Ltd. ("Century"), hereby makes the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**Rule 26(a)(1)(A):**

The following is a list of individuals likely to have discoverable information that Century may use to support its claims:

1. Joseph LaMantia
   Vice President
   Century Consultants Ltd.
   150 Airport Road, Suite 1500
   Lakewood, NJ  08701
   (Mr. LaMantia has knowledge generally concerning the allegations of the Complaint)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

2. Robert Magan
Manager of Programming/Research & Development
Century Consultants Ltd.
150 Airport Road, Suite 1500
Lakewood, NJ 08701
(Mr. Magan has knowledge generally concerning the allegations of the Complaint)

3. Henry Stuckey
Springfield Public School District 186
300 S. 11th Street
Springfield, Illinois
(Mr. Stuckey may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

4. Brent Qualls
Springfield Public School District 186
300 S. 11th Street
Springfield, Illinois
(Mr. Qualls may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

5. David Williams
Springfield Public School District 186
530 W. Reynolds Street
Springfield, Illinois
(Mr. Williams may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

6. John G. Miller
1601 Wiggins Avenue
Springfield, Illinois
(Mr. Miller may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

### Rule 26(a)(1)(C):

Century seeks injunctive relief, an accounting, impoundment of infringing works and the related non-monetary items of relief alleged in the Complaint. Century also seeks damages and attorneys' fees. The claims for attorneys' fees are based on 17 U.S.C. § 505, and an appropriate application will be made consistent with Fed.R.Civ.P. 54 and the Local Rules of this Court. Century is still gathering information necessary to provide defendants with an itemization of damages, and will supplement these disclosures accordingly. Nevertheless, Century anticipates that it will seek actual damages under the Copyright Act, 17 U.S.C. §504(a)(1) and (b), consisting of: a) the loss of revenue from Springfield School District 186 caused by the infringement; and b) the profits of The Miller Group from the sale and/or license of the infringing software. Based on the information produced to date by The Miller Group concerning its gross revenues, Century will seek damages in an amount not less than $1,313,000. Moreover, Century reserves the right to elect, at any time before final judgment as permitted by statute, 17 U.S.C. §504(c), an award of statutory damages for infringement. Century would seek an amount not less than $150,000 as statutory damages based on the allegation of willful infringement.

### Rule 26(a)(1)(D):

Century is not aware of any insurance policy which may be available to reimburse or indemnify Century for payments made as a result of any disposition of this action.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

Century reserves the right to amend and/or supplement these disclosures as discovery progresses.

Dated: May 27, 2003

STARK & STARK
A Professional Corporation

By: _____
CRAIG S. HILLIARD (CH-4207)
P.O. Box 5315
Princeton, NJ  08543-5315
(609) 896-9060

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-5-