STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 2003-CV-3105 <br><br><br> PLAINTIFF'S AMENDED RULE 26 DISCLOSURES |

Plaintiff, Century Consultants Ltd. ("Century"), hereby makes the following amended disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

**Rule 26(a)(1)(A):**

The following is a list of individuals likely to have discoverable information that Century may use to support its claims:

1. Joseph LaMantia
   Vice President
   Century Consultants Ltd.
   150 Airport Road, Suite 1500
   Lakewood, NJ 08701
   (Mr. LaMantia has knowledge generally concerning the allegations of the Complaint)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

2. Robert Magan
   Manager of Programming/Research & Development
   Century Consultants Ltd.
   150 Airport Road, Suite 1500
   Lakewood, NJ  08701
   (Mr. Magan has knowledge generally concerning the allegations of the Complaint)

3. Henry Stuckey
   Springfield Public School District 186
   300 S. 11th Street
   Springfield, Illinois
   (Mr. Stuckey may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

4. Brent Qualls
   Springfield Public School District 186
   300 S. 11th Street
   Springfield, Illinois
   (Mr. Qualls may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

5. David Williams
   Springfield Public School District 186
   530 W. Reynolds Street
   Springfield, Illinois
   (Mr. Williams may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

6. John G. Miller
   1601 Wiggins Avenue
   Springfield, Illinois
   (Mr. Miller may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

7. Don Randle
(address unknown)
(Mr. Randle may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

8. Sue Ruff
Director of Technology
Springfield Public School District 186
1900 W. Monroe
Springfield, Illinois
(217) 525-3015
(Ms. Ruff may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

9. Dr. Robert C. Hill
Superintendent of Schools (former)
Springfield Public School District 186
(address unknown)
bhill@ballfoundation.org
(Dr. Hill may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

10. Agnes Nunn
Springfield Public School District 186
530 W. Reynolds Street
Springfield, Illinois
(Ms. Nunn may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

11. Michael David (address unknown)
    Dr. William Choat (address identified in deposition transcript)
    Andrew Schmadeke (address unknown)
    Kent Borecky (address unknown)
    (These former employees/consultants of The Miller Group may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

12. Michael Holinga
    (address unknown)
    (Mr. Holinga may have knowledge concerning certain of the allegations of the Complaint, including but not limited to knowledge concerning the relationship between the School District and The Miller Group, and the development of The Miller Group's InfoSystems3 software)

**Rule 26(a)(1)(B):**

The following is a list of documents in Century's possession that Century may use to support its claims:

1. All documents produced in connection with Century's Responses and Objections to the Springfield School District's Request For Production served on May 13, 2003, all documents produced in connection with Century's responses to the requests for production of The Miller Group defendans, and all supplemental productions of documents

2. Star_Base source code and related materials

3. All documents produced by defendants Springfield Public School District, John G. Miller and The Miller Group, Inc. and any non-parties in connection with discovery taken in this litigation

These documents, to the extent they have not already been produced, will be produced for inspection and copying at a mutually convenient time at the offices of Century's counsel, consistent with the terms of the Stipulated Protective Order entered by the Court.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

### Rule 26(a)(1)(C):

Century seeks injunctive relief, an accounting, impoundment of infringing works and the related non-monetary items of relief alleged in the Complaint. Century also seeks damages and attorneys' fees. The claims for attorneys' fees are based on 17 U.S.C. § 505, and an appropriate application will be made consistent with Fed.R.Civ.P. 54 and the Local Rules of this Court. Century seeks actual damages under the Copyright Act, 17 U.S.C. §504(a)(1) and (b), consisting of: a) the loss of revenue from Springfield School District 186 caused by the infringement; and b) the profits of The Miller Group from the sale and/or license of the infringing software. Based on the information produced to date by The Miller Group concerning its gross revenues, including but not limited to the "Statement of Losses" and accompanying Affidavit of John G. Miller filed with the Court as well as all documents marked as exhibits during the deposition of John G. Miller, and in accordance with Century's responses to written discovery requests in this action, Century will seek damages of $1,313,000. Century reserves the right to elect, at any time before final judgment as permitted by statute, 17 U.S.C. §504(c), an award of statutory damages for infringement. Century would seek an amount not less than $150,000 as statutory damages based on the allegation of willful infringement.

### Rule 26(a)(1)(D):

Century is not aware of any insurance policy which may be available to reimburse or indemnify Century for payments made as a result of any disposition of this action, except for the policies which have been the subject of litigation in this Court between the defendants and The Cincinnati Insurance Companies at Civil Action No. 03-3146 and Civil Action No. 03-3147.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

Century reserves the right to amend and/or supplement these disclosures as discovery progresses.

Dated: September 22, 2005

STARK & STARK
A Professional Corporation

By: *[signature]*
CRAIG S. HILLIARD (CH-4207)
P. O. Box 5315
Princeton, NJ  08543-5315
(609) 896-9060

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

G:\DOCS\LIT\CSH\century\plead\amendedrule26 9-22-05                -6-