IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., | ) |
| Plaintiff, | ) No. 2003-CV-3105 |
| v. | ) |
| THE MILLER GROUP, INC., et al., | ) |
| Defendants. | ) |

## MOTION FOR CLARIFICATION

**NOW COMES** Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186") through its counsel, Brown, Hay & Stephens, LLP, and as in for its Motion for Clarification states as follows:

1. On July 12, 2006, the Court entered an Order denying District 186's Motion to Dismiss Century's Amended Complaint Pursuant to Rule 12(b)(1).

2. In the Order, the Court held that plaintiff's copyright registration complies with United States Copyright Office Circular 61. However, the Court made no ruling with respect to the specific material which was registered as a result of plaintiff's copyright application.

3. District 186 requests clarification of the Order such that the parties can properly address liability and damage issues in forthcoming dispositive motions as well as trial.

4. District 186 incorporates its Memorandum in Support of its Motion for Clarification by reference herein.

**WHEREFORE,** Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 respectfully requests the Court clarify its July 12, 2006, Order as set forth above, and award all other relief the Court deems proper.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186, Defendant


By:    /s/Almon A. Manson, Jr.
         One of Its Attorneys


**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on September 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

/s/Almon A. Manson, Jr.