E-FILED
Monday, 16 October, 2006  01:00:05 PM
Clerk, U.S. District Court, ILCD

**STARK & STARK**
A PROFESSIONAL CORPORATION

CRAIG S. HILLIARD
DIRECT DIAL NUMBER
609-895-7346
DIRECT FAX NUMBER
609-895-7395
E-MAIL
chilliard@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING: PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

October 16, 2006

*via e-filing*
Hon. Richard Mills, U.S.D.J.
United States District Court
Central District of Illinois
U.S. Courthouse
600 E. Monroe Street
Springfield, Illinois 62701

Re:   **Century Consultants, Ltd. v. The Miller Group, et al**
      **Civil Action No. 2003-CV-3105**

Dear Judge Mills:

This Firm represents plaintiff, Century Consultants, Ltd. ("Century"). We are writing to confirm the parties' agreement on the deadline for filing of any final motions before this case can be scheduled for trial. The parties have agreed that any motions for summary judgment will be filed by November 20, 2006, and briefed in accordance with the Local Rules. In addition, the School District's counsel may be filing a motion seeking leave to add a new expert witness. The Miller Defendants' counsel also may be filing a motion seeking leave to amend its Answer to the First Amended Complaint. Those motions also will be filed by November 20th. The parties do not plan to file any other motions (other than *in limine* applications, which we understand will be addressed in connection with the final pretrial submissions).

If this proposed schedule is acceptable to the Court, we respectfully request that an appropriate Order be entered.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By:  _____
        CRAIG S. HILLIARD
CSH/blj
c.:   Almon Manson, Esq. (via e-filing)
      David Herman, Esq. (via e-filing)
      Lance Jones, Esq. (via e-filing)
      Joseph M. Shearn

PRINCETON  •  PHILADELPHIA  •  CHERRY HILL  •  NEW YORK