E-FILED
Monday, 20 November, 2006  12:05:42 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD | ) | |
|     Plaintiff, | ) | Nos. 05-CV-3147 |
| -v- | ) | & 03-CV-3105 |
| | ) | (Consolidated) |
| THE MILLER GROUP, INC.; JOHN G. MILLER | ) | |
| and SPRINGFIELD CONSOLIDATED SCHOOL | ) | Judge Richard Mills |
| DISTRICT 186, | ) | |
|     Defendants. | ) | |

**DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER, MOTION FOR LEAVE TO AMEND ANSWER TO FIRST AMENDED COMPLAINT PURSUANT TO RULE 15(a)**

**NOW COMES**, Defendants, The Miller Group, Inc. and John G. Miller ("Miller Defendants"), by and through their attorney, Lance T. Jones, Law Office of Lance T. Jones, and moves this Court for leave to amend their answer to Plaintiff's First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. In support of this motion, the Miller Defendants state as follows:

1. Attached to this motion is the Miller Defendants' "First Amended Answer of The Miller Group, Inc. and John G. Miller to First Amended Complaint and Demand for Jury Trial."

2. Rule 15 of the Federal Rules of Civil Procedure allows a party to amend their pleading by leave of court, and leave shall be freely given. Rule 15(a) F.R.C.P.

3. The Miller Defendants' seek to amend paragraphs 2 and 11 of their Answer to First Amended Complaint to clarify the confusion raised by Plaintiff's response to the Miller Defendants' Rule 12(b)(1) motion to dismiss. See Miller Defendants' Motion for Leave to File Memorandum in Reply to Plaintiff's Response to Rule 12(b)(1) Motion to Dismiss.

4.  Springfield School District 186 ("District 186") has not yet filed an answer to the amended complaint.  The Miller Defendants have consistently adopted the defenses of District 186 in as much as the claims against District 186 are virtually identical to the claims against the Miller Defendants.  Therefore, the Amended Answer also seeks to adopt all affirmative defenses raised by District 186.

5.  The parties will not be prejudiced by allowing the Miller Defendants' leave to file their amended answer because:  1) the amendment merely seeks to clarify an issue raised by Plaintiff as to the Miller Defendants' Answer to First Amended Complaint;  2) District 186 has not filed an answer;  3) the Miller Defendants have consistently adopted the position and defenses raised by District 186; and 4) a trial date has not yet been scheduled.

WHEREFORE, Defendants, The Miller Group and John G. Miller, respectfully requests the Court to grant them leave to file the attached First Amended Answer to Plaintiff's First Amended Complaint.

Respectfully Submitted,
S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants

Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL 62563
(217) 725-5011
jones.lance@insightbb.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 20, 2006, I electronically filed the foregoing

**DEFENDANTS, THE MILLER GROUP, INC. AND JOHN G. MILLER, MOTION FOR LEAVE TO AMEND ANSWER TO FIRST AMENDED COMPLAINT PURSUANT TO RULE 15(a)**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

Robert M. Shupenus
Almon Manson
Brown, Hay & Stephens
205 S. Fifth Street
Springfield, IL  62701
rshupenus@bhslaw.com

Craig S. Hillard
Stark & Stark
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

S/LANCE T. JONES
Attorney for The Miller Group, Inc. and
John G. Miller, Defendants
Law Office of Lance T. Jones
356 N. Walnut St.
Rochester, IL  62563
Ph. No.: (217) 725-5011
Email: jones.lance@insightbb.com