CRAIG S. HILLIARD
DIRECT DIAL NUMBER
609-895-7346
DIRECT FAX NUMBER
609-895-7395
E-MAIL
chilliard@stark-stark.com

November 27, 2006

*via e-filing*

Hon. Richard Mills, U.S.D.J.
United States District Court for the Central District of Illinois
U.S. Courthouse
600 E. Monroe Street
Springfield, Illinois 62701

    Re:    **Century Consultants, Ltd. v. The Miller Group, et al**
             **Civil Action No. 2003-CV-3105**

Dear Judge Mills:

This Firm represents plaintiff, Century Consultants, Ltd. ("Century"). We are writing to confirm the parties' agreement on the deadline for filing of any final motions before this case can be scheduled for trial. The parties have agreed on the following:

1) Any non-dispositive motions will be filed by December 1, 2006, and briefed in accordance with the Local Rules.
2) Any motions for summary judgment will be filed by December 28, 2006, and briefed in accordance with the Local Rules, except that: a) the parties have agreed to double the type-volume limitations in the Local Rules, and therefore set a limitation of 14,000 words or 90,000 characters for the briefs filed in connection with these motions; and b) opposition papers will be due 30 days after filing and service of the motions, and reply papers will be due 30 days after filing and service of the opposition papers.

Of course, this schedule does not include any *in limine* motions, which we understand will be scheduled at the time of the Final Pretrial Conference. If this proposed schedule is acceptable to the Court, we respectfully request that an appropriate Order be entered.

Hon. Richard Mills, U.S.D.J.
November 27, 2006
Page 2

If the Court has any questions concerning this proposed schedule, counsel are available at the Court's convenience.

Respectfully submitted,

STARK & STARK
A Professional Corporation

By:  s/Craig S. Hilliard
       CRAIG S. HILLIARD
CSH/blj
c.:  Almon Manson, Esq. (via e-filing)
     David Herman, Esq. (via e-filing)
     Lance Jones, Esq. (via e-filing)