STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | Civil Action No. 2003-CV-3105 |

### DECLARATION OF CRAIG S. HILLIARD IN SUPPORT OF
### MOTION TO COMPEL PRODUCTION OF SETTLEMENT-RELATED DOCUMENTS

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1. I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action.  I make this Declaration in support of Century's motion to compel the production of documents, specifically the settlement agreement between defendant, Springfield Public School District 186 (the "School District") and Cincinnati Insurance Company ("Cincinnati") and any communications related to the settlement.

2. I have conferred in good faith with counsel for the School District in order to avoid Court intervention in this discovery dispute.

3. Attached hereto as Exhibit "A" is the dismissal Order pursuant to Fed.R.App.P. 42 in *Cincinnati Insurance Company v. Springfield Public School District 186*, Civil Action No. 03-CV-3146, to which Century was a party.

4. Attached hereto as Exhibit "B" is Century's Third Request for Production of Documents. The School District objected to turning over any documents related to the settlement.

5. Attached hereto as Exhibit "C" is a letter, dated February 14, 2006, to counsel for the School District advising him that, despite the fact that Century had attempted in good faith to resolve the School District's objections, absent production of responsive documents related to the School District's settlement with Cincinnati, a motion to compel would be necessary.

6. Attached hereto as Exhibit "D" is a letter, dated February 16, 2006, from counsel for the School District stating that the School District would not turn over the requested documents related to the settlement without a Court Order.

7. I declare under penalty of perjury that the foregoing is true and correct.

      s/Craig S. Hilliard
      CRAIG S. HILLIARD

Dated: November 30, 2006