E-FILED
Friday, 01 December, 2006  03:44:06 PM
Clerk, U.S. District Court, ILCD

EXHIBIT A

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER FRAP 42(b)**

FILED
SEP 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: September 9, 2005

By the Court:

No. 05-3001

CINCINNATI INSURANCE COMPANY,
        Plaintiff - Appellee

v.

SCHOOL DISTRICT NO. 186, SPRINGFIELD, ILLINOIS,
        Defendant - Appellant


Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 3146, Richard Mills, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the parties on 9/8/05,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

Christi Duft Hudlis
Clerk of the United States
Court of Appeals for the
Seventh Circuit

deputy