E-FILED
Friday, 01 December, 2006  03:44:19 PM
Clerk, U.S. District Court, ILCD

EXHIBIT B

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** |

TO:   Almon Manson, Esq.
      Brown, Hay & Stephens
      205 S. Fifth Street
      Suite 700
      Springfield, Illinois 62701

PLEASE TAKE NOTICE that the plaintiff, Century Consultants Ltd., hereby requests that the defendant, The Springfield Public School District 186, produce the following documents within thirty (30) days at the offices of Giffin, Winning, Cohen & Bodewes, P.C., Suite 600, Myers Building, One West Old State Capitol Plaza, Springfield, Illinois 62705, in accordance with Rule 34 of the Federal Rules of Civil Procedure. A failure to provide the documents within the time and in the manner as set forth herein may subject the defendant to sanctions.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK
A Professional Corporation


By:

CRAIG S. HILLIARD

Dated: October 4, 2005

## DEFINITIONS AND INSTRUCTIONS

1. The Definitions and Instructions contained in Plaintiff's Second Request for Production of Documents are incorporated herein.

## DOCUMENTS REQUESTED

1. A copy of any agreement between the School District and Cincinnati Insurance Company resolving or settling any of the claims in the litigation captioned *Cincinnati Insurance Company v. Springfield Public School District 186,* Civil Action No. 03-3146 (or resolving or settling any appeal from that litigation to the U.S. Court of Appeals).

2. Any and all documents constituting or reflecting any communications between Cincinnati Insurance Company and the School District relating in any way to the discussion, negotiation and/or execution of any agreement resolving or settling any of the claims in the litigation captioned *Cincinnati Insurance Company v. Springfield Public School District 186,* Civil Action No. 03-3146 (or resolving or settling any appeal from that litigation to the U.S. Court of Appeals).

3. Any and all documents reflecting, referring to or relating to any communications between Miller and the School District after the filing of this lawsuit on May 8, 2003, including but not limited to any communications between the attorneys representing Miller and the School District.

4. Any and all documents reflecting, referring to or relating to any communications between the School District and either David Williams, Don Randle, Robert Hill and/or Michael Holinga after the filing of this lawsuit on May 8, 2003, including but not limited to any communications between the attorneys representing the School District and any of these individuals, relating in any way to the facts alleged in the Amended Complaint in this lawsuit.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

5. Any and all documents provided by the School District to its expert witness, Keith Miller.

6. Any and all drafts of the expert report authored by the School District's expert, Keith Miller.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315