**E-FILED**
Friday, 22 December, 2006  10:33:30 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED MOTION TO AMEND SCHEDULING ORDER

**NOW COMES** Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186") through its counsel, Brown, Hay & Stephens, LLP, and as and for its Agreed Motion to Amend Scheduling Order states as follows:

1.    On December 4, 2006, the Honorable Judge Richard Mills entered an Order pursuant to the agreement of the parties.  The Order provides that Motions for Summary Judgment shall be filed by December 28, 2006.  The Order further provides that Responses to Motions for Summary Judgment shall be due 30 days after filing and Replies are due 30 days after filing and service of the Responses.

Pursuant to the aforesaid Order, Responses to Motions for Summary Judgment are due on January 29, 2007, and Replies to Responses are due on February 28, 2007.

2.    As a result of the schedules of counsel for the parties and the Christmas holiday, the parties will be unable to file Motions for Summary Judgment by December 28, 2006.

As a result, the parties' counsel request that this Honorable Court amend the Scheduling Order entered herein on December 4, 2006.

3.      Defendant District 186 and the other parties hereto request that this Honorable Court enter an Order requiring that Motions for Summary Judgment shall be filed on or before January 16, 2007. The parties further request that the date for filing Responses to Motions for Summary Judgment be extended to February 8, 2007, and Replies to Responses be extended to March 12, 2007.

This request to amend the Scheduling Order will result in the filing of dispositive motion pleadings twelve (12) days later than the current Order entered by this Honorable Court on December 4, 2006.

4.      Counsel for Plaintiff Century Consultants, Ltd. and Defendants The Miller Group, Inc. and John G. Miller have no objection and agree to the request set forth herein.

**WHEREFORE,** Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 requests this Honorable Court enter an Order amending the Scheduling Order of December 4, 2006, previously entered herein, in accordance with the foregoing and for such other and further relief as this Honorable Court deems just and equitable.

> **SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendant**
>
> By:      /s/Almon A. Manson, Jr.
>          One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

/s/Almon A. Manson, Jr.