**E-FILED**
Friday, 29 December, 2006  04:04:00 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT 186'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Answer and Affirmative Defenses to Plaintiff's First Amended Complaint states as follows:

### NATURE OF ACTION

1.     District 186 admits that Century Consultants, Ltd. ("Century") alleges copyright infringement and related claims of misappropriation of trade secrets, unfair competition under state law, tortious interference with contractual relations, and breach of a software license agreement, and denies the remaining allegations in paragraph 1.

2.     Deny.

3.     Deny.

4.     District 186 denies that Century owns copyrights to "Star_Base." District 186 lacks sufficient information to either admit or deny that Century is engaged in the business of developing and marketing computer programs and associated software under various trade

names and/or trade marks and therefore denies same. District 186 admits the remaining allegations in Paragraph 4.

5.     District 186 admits that the allegations in paragraph 5 were true at the time the Amended Complaint was filed but affirmatively states that upon information and belief, MGI is no longer in business.

6.     Admit.

7.     Admit.

## GENERAL ALLEGATIONS

8.     Admit.

9.     District 186 lacks sufficient information to either admit or deny the allegations in paragraph 9, and therefore denies them.

10.     District 186 lacks sufficient information to either admit or deny the allegations in paragraph 10, and therefore denies them.

11.     Deny.

12.     District 186 admits the allegations in paragraph 12 as they relate or related to District 186, but lacks sufficient information to either admit or deny the same with respect to other school districts, and therefore denies them.

13.     District 186 lacks sufficient information to either admit or deny the allegation in paragraph 13, and therefore denies them.

14.     Deny.

15.     Deny.

16.     Admit.

17.     Admit.

2

18.  Admit.

19.  Deny.

20.  Deny.

21.  Deny.

22.  Deny.

23.  Deny.

24.  Deny.

25.  Deny.

## COUNT I
## (COPYRIGHT INFRINGEMENT)

26.  District 186 incorporates its answers to paragraphs 1-25 as and for its answer to paragraph 26.

27.  Deny.

28.  Deny.

29.  Deny.

30.  Deny.

31.  Deny.

## COUNT II
## (CONTRIBUTORY INFRINGEMENT)

32.  District 186 incorporates its answers to paragraphs 1-31 as and for its answer to paragraph 32.

33.  Deny.

34.  Deny.

## COUNT III
## (VICARIOUS INFRINGEMENT)

35.    District 186 incorporates its answers to paragraphs 1-34 as and for its answer to paragraph 35.

36.    Deny.

37.    Deny.

## COUNT IV
## (MISAPPROPRIATION OF TRADE SECRETS)

38.    District 186 incorporates its answers to paragraphs 1-37 as and for its answer to paragraph 38.

39.    Deny.

40.    Deny.

41.    Deny.

42.    Deny.

43.    Deny.

44.    Deny.

## COUNT V
## (INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS)

45.    District 186 incorporates its answers to paragraphs 1-44 as and for its answer to paragraph 45.

46.    The allegations of Paragraph 46 constitute a legal conclusion and therefore District 186 denies same.

47.    Deny.

48.    Deny.

4

## COUNT VI
## (COMMON LAW UNFAIR COMPETITION)

49.     District 186 incorporates its answers to paragraphs 1-48 as and for its answer to paragraph 49.

50.     Deny.

## COUNT VII
## (BREACH OF LICENSE AGREEMENT)

51.     District 186 incorporates its answers to paragraphs 1-50 as and for its answer to paragraph 51.

52.     Deny.

## AFFIRMATIVE DEFENSES

1.     THE ALLEGEDLY COPIED WORK IS NOT COPYRIGHTABLE

A.     In the event any similarities exist between Star_Base and InfoSystems3, such elements are rudimentary, commonplace, standard, or unavoidable such that they do not serve to distinguish Star_Base from InfoSystems3.

B.     In the event any similarities exist between Star_Base and InfoSystems3, such elements are dictated by external factors peculiar to school administrative software products.

C.     Pursuant to the *scenes a faire* doctrine, Century is not entitled to the relief it seeks.

2.     CENTURY'S CLAIMS ARE PRECLUDED UNDER THE FAIR USE DOCTRINE

District 186 denies the use of any protected element of Star_Base.  To the extent of any use of protected material by District 186, Century's claims are barred by the Fair Use Doctrine.

5

3:03-cv-03105-RM-BGC # 166 Page 6 of 7

3.    <u>DAMAGES</u>

    A.    Century is not entitled to recover any amounts from District 186 attributable to profits obtained by any Co-Defendant from the allegedly infringing work.

    B.    There exists no causal nexus between the allegedly infringing material and Defendants' gross revenues.

    C.    Century is not entitled to statutory damages because District 186 is a non-profit educational institution.

**WHEREFORE,** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, respectfully requests the Court enter judgment in its favor, together with its attorney fees, costs and such other relief as the Court deems just and proper.

                      **SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendant**


                      By:    /s/Almon A. Manson, Jr.
                              One of Its Attorneys


**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Robert M. Shupenus
Registration No. 6238096
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491

**PROOF OF SERVICE**

    I, the undersigned, hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL  62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL  62705
dherman1@gifwinlaw.com

                                               /s/Almon A. Manson, Jr._____