E-FILED
Tuesday, 09 January, 2007  01:41:12 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and THE SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT 186, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME
## NUNC PRO TUNC

NOW COMES Plaintiff, Century Consultants, Ltd. ("Century"), and for its Motion for an Extension of Time Nunc Pro Tunc, states as follows:

1.  On December 1, 2006 Plaintiff filed a Motion to Compel Production of Settlement-Related Documents.

2.  On December 18, 2006, Defendant, Springfield Public School District No. 186, filed a Memorandum in Response to Plaintiff's Motion to Compel.

3.  On December 20, 2006, this Court entered a Text Order directing Plaintiff to file a Reply to Defendant's Response by December 29, 2006.

4.  Plaintiff inadvertently missed the Court ordered deadline of December 29, 2006 to file its response. Attached hereto is the Declaration of Craig S. Hilliard In Support of Application for Additional Time to File Reply Papers on Motion to Compel.

5. The granting of an extension of time will not prejudice any party.

6. Plaintiff respectfully requests an extension of time of an additional 14 days to reply to Defendant's Response to Plaintiff's Motion to Compel.

WHEREFORE, Plaintiff, Century Consultants, Ltd., prays for an Order extending its response time to and including January 12, 2007 to reply to Defendant's Response to Plaintiff's Motion to Compel Production of Settlement-Related Documents

                                              Respectfully submitted,

                                              **CENTURY CONSULTANTS, LTD.**,
                                              Plaintiff

                                              By:   /s/ David A. Herman
                                                    David A. Herman, One of Plaintiff's Attorneys

<u>Lead Counsel</u>
Craig S. Hilliard
Martin P. Schrama
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ  08543-5315
(603) 896-9060

<u>Local Counsel</u>
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

## PROOF OF SERVICE

Service of the foregoing document was made by electronic service on all attorneys of record this 9th day of January, 2007:

/s/ David A. Herman