STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

<u>UNITED STATES DISTRICT COURT</u><br><u>CENTRAL DISTRICT OF ILLINOIS</u>

| | |
|---|---|
| CENTURY CONSULTANTS LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186,<br><br>    Defendants. | Civil Action No. 2003-CV-3105 |

**DECLARATION OF CRAIG S. HILLIARD IN SUPPORT OF APPLICATION FOR ADDITIONAL TIME TO FILE REPLY PAPERS ON MOTION TO COMPEL**

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1.   I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action.  I make this declaration in support of an application for additional time to file reply papers in further support of Century's pending motion to compel discovery of settlement-related documents from defendant, Springfield Public School District 186 (the "School District").

2. Century's motion to compel was filed on December 1, 2006. The School District filed opposition on December 18, 2006. On December 20, 2006, the Court entered a Text Order directing Century to file a reply brief by December 29, 2006. Although I did receive the e-mail containing this Text Order, I inadvertently deleted it before reading it along with several other unrelated e-mails. I did not discover the error until I reviewed the docket sheet of this action online after the Holidays as part of a periodic check that I make on the status of pending matters. Accordingly, I respectfully request that the Court grant Century leave until January 12, 2007 to file the reply brief directed by the Court.

3. I declare under penalty of perjury that the foregoing is true and correct.

       s/Craig S. Hilliard
       CRAIG S. HILLIARD

Dated: January 8, 2007