E-FILED
Tuesday, 16 January, 2007   03:59:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SPRINGFIELD PUBLIC SCHOOL DISTRICT 186'S MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, by and through its attorneys, Brown, Hay & Stephens, LLP, and hereby moves this Honorable Court for an Order awarding summary judgment in its favor and against Plaintiff, Century Consultants, Ltd., pursuant to F.R.C.P. 56, and files contemporaneously herewith its Memorandum in support of the Motion for Summary Judgment.

SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186, Defendant

By: /s/Almon A. Manson, Jr.
   One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Daniel K. Wright
Registration No. 6284291
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

/s/Almon A. Manson, Jr.

1/16/2007 3:40 PM\MDB\F:\WORD\District 186\Century\Motion for Summary Judgment.doc