**E-FILED**
Tuesday, 16 January, 2007  04:06:19 PM
Clerk, U.S. District Court, ILCD

# STATEMENT OF UNDISPUTED MATERIAL FACT NUMBERS
## 1 THROUGH 4

6.    Defendant, John G. Miller ("Miller") is, upon information and belief, a citizen and resident of the State of Illinois, and the president of MGI.

7.    Defendant, The Springfield Public School District 186 (the "School District"), is the municipal school district serving the residents of Springfield, Illinois, with a business address of 530 West Reynolds Street, Springfield, Illinois.

## GENERAL ALLEGATIONS

8.    Century began as a sole proprietorship in 1976 and was incorporated in 1977.

9.    During the late 1970's and early 1980's, Century began the development of student administration computer software. The goal was to license the developed software to schools for their use in coordinating different aspects of student administration.

10.    The development of this software led to the creation of an initial set of computer programs known as S.T.A.R.S., an acronym for "Student Academic Records System". In 1983, the company applied for and received copyright registrations for the S.T.A.R.S. programs, including the source and object code of those programs. The programs were registered as unpublished works because they were considered trade secrets of Century and were disclosed only to school district customers that executed license agreements.

11.    In or around 1990, Century upgraded the S.T.A.R.S. student software platform, and renamed it "Star_Base." The Star_Base screens have been registered with the U.S. Copyright Office. The Star_Base source code has also been registered as an unpublished work. The effective date of the copyright registration is November 22, 1995.

12.    Star_Base consists of a main menu program, which allows the licensed user to select from a variety of available sub-programs. The sub-programs are grouped and licensed to

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-

# STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 5

```
 1                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
 2                    SPRINGFIELD DIVISION

 3
     CENTURY CONSULTANTS, LTD.,      )
 4                                   )
                     Plaintiff,      )
 5                                   )
                  -vs-               )    No. 2003-CV-3105
 6                                   )
     THE MILLER GROUP, INC.,         )
 7   JOHN G. MILLER, and             )
     SPRINGFIELD PUBLIC SCHOOL       )
 8   DISTRICT NO. 186,               )
                                     )
 9                   Defendants.     )

10

11                       DEPOSITION

12                          OF

13                   JOSEPH LAMANTIA

14

15

          Deposition of JOSEPH LAMANTIA, taken via video
16   conference at the instance of the Defendants, on the 25th
     day of April, 2006, at University of Illinois Springfield,
17   Brookens Library, Springfield, Illinois, before Karin
     Paisley, CSR.
18

19

20

21

22

23

24
```

1        A.    I can't recall any at this time.

2        Q.    Okay.  Now, to streamline this a little bit, sir,

3   there are four versions of Star_Base; is that correct?

4              MR. HILLIARD:  Are you asking him current through

5   today?

6        Q.    (Mr. Shupenus) Well, how about up to the time of

7   the filing of your complaint in this matter, there were four

8   versions of Star_Base, correct?

9        A.    No.  Formerly, we call them three versions,

10  Version 1, 2, and 3.

11       Q.    Now, Version 1 was a character-based version,

12  correct?

13       A.    That's correct.

14       Q.    And the second version was the client server

15  version, correct?

16       A.    That's correct.

17       Q.    And then there was a Version 2(i) that was never

18  released, correct?

19       A.    We still call that Version 2.  I don't want to

20  confuse the technical oracle version jargon with what

21  Century considered its product, you know.  Star_Base Version

22  2 was client server.

23       Q.    And then Version 3 was Star_Base 6(i), correct?

24       A.    Yeah.  Again, the 6(i) designation is an oracle

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 6**

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9160
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

CENTURY CONSULTANTS LTD.,

       Plaintiff,

v.

THE MILLER GROUP, INC., JOHN
G. MILLER, and THE
SPRINGFIELD PUBLIC SCHOOL
DISTRICT 186,

       Defendants.

CIVIL ACTION NO.

DECLARATION OF JOSEPH E.
LA MANTIA

JOSEPH E. LA MANTIA, having been duly sworn, according to law, upon his oath deposes and says:

1.    I am the Vice-President of plaintiff Century Consultants Ltd. ("Century") and as such I have personal knowledge of the facts stated herein. I make this Affidavit in support of Century's application for temporary and preliminary injunctive relief. As I describe in more detail below, the focus of this application is on defendants' infringement of Century's computer programs copyrighted and licensed under the trademark "Star-Base", and on the imminent threat of disclosure of Century's trade secrets embodied in those programs.

2.    Century began as a sole proprietorship in 1976. In December 1977, Century was incorporated in New Jersey. Since that time, Century has been engaged in the business of

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

DEFENDANT'S
EXHIBIT
10

refining the Star_Base programs.   As of today, a majority of Century's revenues is based on the Star_Base programs.

9.    The Star_Base code and screen outputs are registered as copyrights with the U.S. Copyright Office. Attached hereto as **Exhibit "A"** is a copy of the registration certificate effective as of November 22, 1995. The screen outputs for all of the Star_Base modules also bear a notice of copyright. When a Star_Base user at the school level accesses the main menu program for any of the modules, a copyright symbol appears on the screen. Attached hereto as **Exhibit "B"** are examples of the main menu screen outputs for some of the modules bearing a notice of copyright.

10.    Century licenses individual Star_Base modules (often as a package of many modules) to school districts under a written license agreement. The Springfield School District 186 is one such licensee (A copy of the license agreement for this district is attached to the Declaration of Robert Magan as Exhibit "A"). Although the form of license agreement has been modified slightly over the years, all of the form agreements (including Springfield's) contain confidentiality terms that severely restrict the licensee's right and ability to disclose the modules to unlicensed third parties, to ensure to the greatest extent possible that the trade secret protection for the modules is maintained.

11.    The license agreement with Springfield, for example, provides as follows:

Confidentiality - The [computer] package and any permitted copies contain valuable trade secrets of **CENTURY** and shall at all times remain the property of **CENTURY**; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package, or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBERS 7-8**

1                   UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
2                       SPRINGFIELD DIVISION

3
     CENTURY CONSULTANTS, LTD.,      )
4                                    )
                     Plaintiff,      )
5                                    )
                       -vs-          )    No. 2003-CV-3105
6                                    )
     THE MILLER GROUP, INC.,         )
7    JOHN G. MILLER, and             )
     SPRINGFIELD PUBLIC SCHOOL       )
8    DISTRICT NO. 186,               )
                                     )
9                    Defendants.     )

10

11                            DEPOSITION

12                                OF

13                        JOSEPH LAMANTIA

14

15
          Deposition of JOSEPH LAMANTIA, taken via video
16   conference at the instance of the Defendants, on the 25th
     day of April, 2006, at University of Illinois Springfield,
17   Brookens Library, Springfield, Illinois, before Karin
     Paisley, CSR.
18

19

20

21

22

23

24

1      A.     Yes, it does.

2      Q.     Okay, and in conjunction with Century's copyright

3   application, did Century deposit document numbers 0879

4   through 1050 with the copyright office?

5             MR. HILLIARD:  You said 0879.  I believe it

6   should be 0873.

7             MR. SHUPENUS:  You're right, Craig.  I have got

8   0872 as the certificate.

9             MR. HILLIARD:  Right.

10     Q.     (Mr. Shupenus) And then 0873 is the beginning of

11   the documents that were submitted, I believe; is that right,

12   sir?

13     A.     Through 1050?

14            MR. HILLIARD:  Through Century 1050?

15     Q.     (Mr. Shupenus) Correct.

16     A.     Okay.

17            MR. HILLIARD:  Your answer to his question is?

18     A.     Yes.

19     Q.     (Mr. Shupenus) Did Century deposit the complete

20   source code for the character-based version of Star_Base

21   with the U.S. Copyright Office?

22     A.     No.

23     Q.     Describe the documents that were filed 07--or

24   0873 through 1050.  What do those documents comprise?

## STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 9

CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 760-019**

EFFECTIVE DATE OF REGISTRATION

NOVEMBER     22     1995
Month        Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

STAR BASE

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

079 291 79

**2**

**a**  NAME OF AUTHOR ▼

CENTURY CONSULTANTS LTD (a NJ Corporation)

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
Domiciled in ▶  USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program  ★including screens

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1991  ◀Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Century Consultants Ltd.
300 Main Street
Lakewood, NJ  08701

APPLICATION RECEIVED  JUN 25 1996  11/22/95
ONE DEPOSIT RECEIVED
NOV 22 1995
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    DO NOT WRITE HERE
                  • See detailed instructions.    • Sign the form at line 10.    Page 1 of 2 pages

*Amended by C.O. via authority of phone call
with Kenneth Watov on 1/22/97.

| EXAMINED BY | VG | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE [X] Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Century Consultants Ltd.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kenneth Watov        date ▶ 6/20/96

Handwritten signature (X) ▼        *Kenneth Watov*

**MAIL CERTIFICATE TO**
Name ▼ Kenneth Watov, Esq.
Watov & Kipnes, P.C.
Number/Street/Apartment Number ▼ P. O. Box 247
City/State/ZIP ▼ Princeton Jct., NJ 08550

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**

**11**

# STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 10

1            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF ILLINOIS
2                SPRINGFIELD DIVISION

3

CENTURY CONSULTANTS, LTD.,    )
4                             )
             Plaintiff,       )
5                             )
               -vs-           )    No. 2003-CV-3105
6                             )
THE MILLER GROUP, INC.,       )
7   JOHN G. MILLER, and       )
SPRINGFIELD PUBLIC SCHOOL     )
8   DISTRICT NO. 186,         )
                              )
9            Defendants.      )

10

11                        DEPOSITION

12                            OF

13                     JOSEPH LAMANTIA

14

15

        Deposition of JOSEPH LAMANTIA, taken via video
16  conference at the instance of the Defendants, on the 25th
    day of April, 2006, at University of Illinois Springfield,
17  Brookens Library, Springfield, Illinois, before Karin
    Paisley, CSR.
18

19

20

21

22

23

24

1          A.    I can't recall any at this time.

2          Q.    Okay.  Now, to streamline this a little bit, sir,

3    there are four versions of Star_Base; is that correct?

4                MR. HILLIARD:  Are you asking him current through

5    today?

6          Q.    (Mr. Shupenus) Well, how about up to the time of

7    the filing of your complaint in this matter, there were four

8    versions of Star_Base, correct?

9          A.    No.  Formerly, we call them three versions,

10   Version 1, 2, and 3.

11         Q.    Now, Version 1 was a character-based version,

12   correct?

13         A.    That's correct.

14         Q.    And the second version was the client server

15   version, correct?

16         A.    That's correct.

17         Q.    And then there was a Version 2(i) that was never

18   released, correct?

19         A.    We still call that Version 2.  I don't want to

20   confuse the technical oracle version jargon with what

21   Century considered its product, you know.  Star_Base Version

22   2 was client server.

23         Q.    And then Version 3 was Star_Base 6(i), correct?

24         A.    Yeah.  Again, the 6(i) designation is an oracle

# STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 11

1                     UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF ILLINOIS
2                        SPRINGFIELD DIVISION

3
       CENTURY CONSULTANTS, LTD.,      )
4                                      )
                    Plaintiff,         )
5                                      )
                   -vs-                )      No. 2003-CV-3105
6                                      )
       THE MILLER GROUP, INC.,         )
7      JOHN G. MILLER, and             )
       SPRINGFIELD PUBLIC SCHOOL       )
8      DISTRICT NO. 186,               )
                                       )
9                   Defendants.        )

10

11                           DEPOSITION

12                              OF

13                       JOSEPH LAMANTIA

14

15
            Deposition of JOSEPH LAMANTIA, taken via video
16     conference at the instance of the Defendants, on the 25th
       day of April, 2006, at University of Illinois Springfield,
17     Brookens Library, Springfield, Illinois, before Karin
       Paisley, CSR.
18

19

20

21

22

23

24

                                                                    1

1      Q.   Is it your understanding that the client server

2  version of Star_Base is protected by copyright?

3      A.   Yes.

4      Q.   What is the basis of your understanding?

5      A.   Well, my understanding is that you're protected

6  by copyright as soon as you put the word copyright on a

7  document.  It's registered once we register it with the

8  copyright office.

9      Q.   But the client server based version of Star_Base

10  was never registered with the copyright office, correct?

11      A.   Correct.

12      Q.   Now, when did Century release Version 6(i) or the

13  web-based version of Star_Base?

14      A.   Sometime around late nineties, '99, somewhere in

15  there.

16      Q.   Did Century file an application for a copyright

17  registration for Version 6(i) or the web-based version of

18  Star_Base?

19      A.   No.  We did not.

20      Q.   Is it your understanding that Version 6(i), which

21  is the web-based version of Star_Base, is it your

22  understanding that that is also copyrighted?

23      A.   Yes.

24      Q.   And again, what is your understanding based on?

# STATEMENT OF UNDISPUTED MATERIAL FACT NUMBERS
## 12-13

1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF ILLINOIS
2                        SPRINGFIELD DIVISION


3

CENTURY CONSULTANTS, LTD.,        )
4                                 )
                 Plaintiff,       )
5                                 )
                   -vs-           )        No. 2003-CV-3105
6                                 )
THE MILLER GROUP, INC.,           )
7    JOHN G. MILLER, and          )
SPRINGFIELD PUBLIC SCHOOL         )
8    DISTRICT NO. 186,            )
                                  )
9                Defendants.      )


10


11                               DEPOSITION


12                                   OF


13                            JOSEPH LAMANTIA


14


15

        Deposition of JOSEPH LAMANTIA, taken via video
16   conference at the instance of the Defendants, on the 25th
     day of April, 2006, at University of Illinois Springfield,
17   Brookens Library, Springfield, Illinois, before Karin
     Paisley, CSR.
18


19


20


21


22


23


24

1      A.    Well, the subsequent versions of Star_Base are

2   derivatives and based on the original or the client server

3   version.  So, it's my belief that they are still covered

4   under that same copyright registration.

5      Q.    Your understanding is that both the client server

6   version and the web-based version of Star_Base are

7   derivative works of the character-based version of

8   Star_Base?

9      A.    That's correct.

10     Q.    And it's your understanding that both the client

11  server version and the web-based version are unregistered

12  derivative works, correct?

13     A.    We did not file separate registrations for them,

14  that's correct.

15     Q.    Now, Century alleges that its copyrighted

16  material was copied by The Miller Group, correct?

17     A.    Yes.

18     Q.    What copyrighted material was copied?

19     A.    You mean such as source code?

20     Q.    I don't know.  What do you believe, what does

21  Century claim was copied?

22     A.    I'm not sure if you're asking what version of

23  Star_Base or what components or what materials, you know.

24  I'm not sure exactly what your question is alluding to.

14

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 14**

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9160
ATTORNEYS FOR PLAINTIFF

<u>UNITED STATES DISTRICT COURT</u>
<u>CENTRAL DISTRICT OF ILLINOIS</u>

| | |
|---|---|
| CENTURY CONSULTANTS LTD., | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | |
| THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, | DECLARATION OF JOSEPH E. LA MANTIA |
| Defendants. | |

JOSEPH E. LA MANTIA, having been duly sworn, according to law, upon his oath deposes and says:

1.     I am the Vice-President of plaintiff Century Consultants Ltd. ("Century") and as such I have personal knowledge of the facts stated herein.  I make this Affidavit in support of Century's application for temporary and preliminary injunctive relief.  As I describe in more detail below, the focus of this application is on defendants' infringement of Century's computer programs copyrighted and licensed under the trademark "Star-Base", and on the imminent threat of disclosure of Century's trade secrets embodied in those programs.

2.     Century began as a sole proprietorship in 1976.  In December 1977, Century was incorporated in New Jersey.  Since that time, Century has been engaged in the business of

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

DEFENDANT'S
EXHIBIT
10

refining the Star_Base programs.   As of today, a majority of Century's revenues is based on the Star_Base programs.

9.    The Star_Base code and screen outputs are registered as copyrights with the U.S. Copyright Office.  Attached hereto as Exhibit "A" is a copy of the registration certificate effective as of November 22, 1995.  The screen outputs for all of the Star_Base modules also bear a notice of copyright.  When a Star_Base user at the school level accesses the main menu program for any of the modules, a copyright symbol appears on the screen.  Attached hereto as Exhibit "E" are examples of the main menu screen outputs for some of the modules bearing a notice of copyright.

10.    Century licenses individual Star_Base modules (often as a package of many modules) to school districts under a written license agreement.  The Springfield School District 186 is one such licensee (A copy of the license agreement for this district is attached to the Declaration of Robert Magan as Exhibit "A").  Although the form of license agreement has been modified slightly over the years, all of the form agreements (including Springfield's) contain confidentiality terms that severely restrict the licensee's right and ability to disclose the modules to unlicensed third parties, to ensure to the greatest extent possible that the trade secret protection for the modules is maintained.

11.    The license agreement with Springfield, for example, provides as follows:

> Confidentiality - The [computer] package and any permitted copies contain valuable trade secrets of CENTURY and shall at all times remain the property of CENTURY; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein.  Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package, or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by CENTURY in writing.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 15**

school districts as "modules". The modules which comprise Star_Base include among others grade reporting, academic history, student scheduling, and class attendance modules.

13.     Over the years, Century has invested hundreds of thousands of dollars in the development of its student administration software.

14.     Century licenses the Star_Base copyrighted software to school districts under a standard license agreement which contains strict confidentiality provisions. The license agreements prohibit the licensees from disclosing the source code of the Star_Base programs to any third party.

15.     The School District in Springfield is one of many school systems to which Century licenses the use of the Star_Base programs. The School District has been a customer of Century's for several years under a written license agreement (the "License Agreement"). Among other provisions, the License Agreement recites in clear terms that the software package is the trade secret of Century, and prohibits the School District from disclosing the package to any third party.

16.     Under the License Agreement, Century licensed Star_Base to the School District in exchange for an initial license fee and periodic maintenance fee payments.

17.     In or around March 2002, Century was contacted by the School District, which advised Century that the School District wanted to cease its maintenance contract with Century for Star_Base. Under the License Agreement, if the schools elect to go "off maintenance" (i.e. they elect to stop making periodic payments for support services), the district can still continue to use the software package, but it is no longer entitled to any updates nor is it entitled to receive any support.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 16**

school districts as "modules". The modules which comprise Star_Base include among others grade reporting, academic history, student scheduling, and class attendance modules.

13.    Over the years, Century has invested hundreds of thousands of dollars in the development of its student administration software.

14.    Century licenses the Star_Base copyrighted software to school districts under a standard license agreement which contains strict confidentiality provisions. The license agreements prohibit the licensees from disclosing the source code of the Star_Base programs to any third party.

15.    The School District in Springfield is one of many school systems to which Century licenses the use of the Star_Base programs. The School District has been a customer of Century's for several years under a written license agreement (the "License Agreement"). Among other provisions, the License Agreement recites in clear terms that the software package is the trade secret of Century, and prohibits the School District from disclosing the package to any third party.

16.    Under the License Agreement, Century licensed Star_Base to the School District in exchange for an initial license fee and periodic maintenance fee payments.

17.    In or around March 2002, Century was contacted by the School District, which advised Century that the School District wanted to cease its maintenance contract with Century for Star_Base. Under the License Agreement, if the schools elect to go "off maintenance" (i.e. they elect to stop making periodic payments for support services), the district can still continue to use the software package, but it is no longer entitled to any updates nor is it entitled to receive any support.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 17**

school districts as "modules". The modules which comprise Star_Base include among others grade reporting, academic history, student scheduling, and class attendance modules.

13.    Over the years, Century has invested hundreds of thousands of dollars in the development of its student administration software.

14.    Century licenses the Star_Base copyrighted software to school districts under a standard license agreement which contains strict confidentiality provisions. The license agreements prohibit the licensees from disclosing the source code of the Star_Base programs to any third party.

15.    The School District in Springfield is one of many school systems to which Century licenses the use of the Star_Base programs. The School District has been a customer of Century's for several years under a written license agreement (the "License Agreement"). Among other provisions, the License Agreement recites in clear terms that the software package is the trade secret of Century, and prohibits the School District from disclosing the package to any third party.

16.    Under the License Agreement, Century licensed Star_Base to the School District in exchange for an initial license fee and periodic maintenance fee payments.

17.    In or around March 2002, Century was contacted by the School District, which advised Century that the School District wanted to cease its maintenance contract with Century for Star_Base. Under the License Agreement, if the schools elect to go "off maintenance" (i.e. they elect to stop making periodic payments for support services), the district can still continue to use the software package, but it is no longer entitled to any updates nor is it entitled to receive any support.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBERS
18-23**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

CENTURY CONSULTANTS, LTD.,    )
    )
       Plaintiff,    )
    )    2003-CV-3105
      v.    )
    )
THE MILLER GROUP, INC.,    )
JOHN G. MILLER, and THE    )
SPRINGFIELD PUBLIC SCHOOL    )
DISTRICT 186,    )
    )
       Defendants.    )

## AFFIDAVIT OF BRENT QUALLS

**BRENT QUALLS**, upon being duly sworn, states as follows:

1.    Affiant is employed by Springfield School District 186 ("the District") in the position of Co-Director of Information Systems. I have held this position since Fall 2002. I have been employed by the District since November 1985.

2.    I have worked with the District's computer system since 1985. The District's system is vital to its operation, and the District cannot effectively function without it.

3.    At the time that the District acquired software from Century, Century was aware that the District would modify the system to meet our needs. In fact, Century gave us the source code for the software in order that we could modify the system. Modifications have taken place since we acquired the Star Base software. In fact, Century came to Springfield on several occasions to train District programmers concerning how to make modifications

4.    In fact, I had performed or supervised, with the knowledge and approval of Century, many modifications to data structures in the Century software prior to any involvement of Jack

Miller or The Miller Group. I had performed hundreds of modifications. Before the Miller Group's involvement, many components of our system were never part of the Star Base structures.

5.      Jack Miller and/or The Miller Group signed a contract in December 1998 to write a front-end program that would make our system web-based, giving many more users access to the data contained in the system. The Century product was not web-based, and only persons with access to the servers could use it.

6.      The Miller Group could not perform its designated task of writing front-end programs without knowledge of the data structures already used in the District's system. When Miller gained access to those data structures, the District had already performed hundreds of modifications or additions to the data structures. Indeed, the structures and the programs were modified on a regular basis.

7.      In November 2000, representatives of Century, including Robert Magan, visited the District for three days in order to install Star Base Version 3 and provide programmer training in use of developer tools. At that time, Magan was made aware that we had modified data structures in the Century system and that an outside consultant (The Miller Group) was writing the front-end program to make the system web-based as described above. In the course of this November 2000 visit, Magan saw that the table structures had been modified. In other words, he knew that the District and its outside consultant were developing a new interface with knowledge of existing table structures. The District demonstrated the new web-based system to Magan. As to the propriety of this project, Magan stated that he did not care.

8.      The system that is employed by the District is not the same as InfoSystems3, the product marked by The Miller Group. In fact, InfoSystems3 would not work in the District's system.

-2-

The District's system is not derived from InfoSystems3.  Whatever data or materials may have been

sent by any employee of the District to Robert Magan in February 2003, or at any other time, is not

the InfoSystems3 product but data or materials from the District's system.  The District has a license

from Star Base for its software and its use of its system has never been criticized by Century, despite

the many modifications that the District has made since acquiring the Star Base software.

     FURTHER AFFIANT SAYETH NOT.

**BRENT QUALLS**

Subscribed and sworn to before me this 12th day of June, 2003.

"OFFICIAL SEAL"
MELANIE D. BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 06-08-04

Notary Public

June 12, 2003\mdb\F:\WPWIN60\LIT\WFT\CENTURY.AFF

-3-

**STATEMENT OF UNDISPUTED MATERIAL FACT NUMBER 24**

18.    Century thereafter learned that the School District had contracted with another company, MGI, to assist it in the design of a student software package.

19.    In fact, MGI entered into at least two written agreements with the School District under which MGI contracted to provide certain software-related services and develop certain software products. More specifically, on or about September 1, 1998, MGI (through Miller) and the School District entered into a contract under which MGI agreed to provide certain software development and/or web site development services to the School District. On or about December 21, 1998, MGI (through Miller) and the School District entered into a separate agreement under which MGI agreed to develop and implement a software system directly based upon, and using crucial components of, the Star_Base programs then in the School District's possession and use. Pursuant to that second agreement, the School District was to receive 10% of the revenues derived from the sale of the "new" software system, and related maintenance services, to any third parties.   Upon information and belief, this "new" system became a product known as "InfoSystems 3", and as alleged below, this product infringes Century's rights in and to the Star_Base programs.  Based on the agreement between MGI and the School District, the School District owns an interest in and to this product.

20.    MGI's website, www.miller-group.net, describes and advertises to the general public a product called InfoSystems 3. The InfoSystems 3 product is advertised on the website as an "online student information system", which is precisely the type of system Century licenses to the School District.   MGI and Miller use a "demonstration program" as a general advertising and marketing tool to sell the infringing product, and they intend the widespread distribution of this "demonstration program" to the general public for the purpose of advertising the product's

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315