STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY** |

NOW COMES Plaintiff, Century Consultants, Ltd. ("Century") and for its Motion, pursuant to Fed.R.Civ.P.56, Century moves the Court for Summary Judgment as to Liability.

Century submits the accompanying Memorandum of Law in Support of its Motion for Summary Judgment as to Liability, Plaintiff's Statement of Material Facts, and the Certification of Craig S. Hilliard, Esq.

CENTURY CONSULTANTS, LTD.

By:\_\_\_\_\_s/Craig S. Hilliard_____
One of Its Attorneys

<u>Lead Counsel</u>
Craig S. Hilliard
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ 08543-5315
(609) 896-9060

<u>Local Counsel</u>
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL  62705
(217) 525-1571

## PROOF OF SERVICE

I, the undersigned, hereby certify that on January 16, 2007, I filed this Motion and Memorandum of Law with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL  62703

                                                                    s/Craig S. Hilliard
                                                                CRAIG S. HILLIARD