STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | Civil Action No. 2003-CV-3105 |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN SUPPORT**
**OF MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

1. Plaintiff, Century Consultants, Ltd. ("Century") developed a school administration software package named Star_Base. *See* Hilliard Decl. at Exhibit "1"; LaMantia Decl. ¶ 2.

2. Century holds a valid copyright for Star Base. *See* Hilliard Decl. at Exhibit 10.

3. Century licensed Star Base to Defendant, Springfield Public School District 186 ("Springfield"). *See* Hilliard Decl. at Exhibit "2"; Magan Decl. at Exhibit "A".

4. The terms of that licensing agreement included a strict confidentiality provision. (Id.)

5. Thereafter, Springfield resolved to engage another company, The Miller Group, Inc., to use elements of Star_Base and develop a new application based in part on Star_Base. *See*

Hilliard Decl. at Exhibit "9".

6. Springfield entered into a contract with the Miller Group whereby the Miller Group was required to use Star_Base to develop an application, and to share with Springfield any revenues from sales of that application to other school districts. *See* Hilliard Decl. at Exhibit 44711.

7. Springfield personnel aided and supervised the Miller Group in the copying and repackaging of Star_Base. *See* Hilliard Decl. at Exhibit "3", Stuckey Dep. at T57-23 to T58-8; Hilliard Decl. at Exhibit "4"; Qualls dep. at T112-20 to T113-4;T114-4 to T115-20;T109-13 to T110-2.; Hilliard Decl. at Exhibit "6", Choat Dep. at T59-14 to T61-4.

8. Numerous Springfield employees voiced continuing concerns over the legality of copying the copyrighted portions of Star_Base. *See* Hilliard Decl. at Exhibit "5"; Williams Dep. at T57-2 to T58-7; Hilliard Decl. at Exhibit "3"; Stuckey Dep. at T46-14 to T48-4.

9. Springfield stationed one of its employees at the Miller Group's offices to supervise and aid in the copying of Star Base. *See* Hilliard Decl. at Exhibit "4"; Qualls dep. at T109-13 to T110-2; Hilliard Decl. at Exhibit "3", Stuckey Dep. at T57-23 to T58-8.

10. Springfield set up a direct computer link between Springfield and the Miller Group over which the Miller Group, aided by Springfield employees, was able to access the entire Star Base program. *See See* Hilliard Decl. at Exhibit "4"; Qualls dep. at T112-20 to T113-4;T114-4 to T115-20; Hilliard Decl. at Exhibit "3"; Stuckey Dep. at T46-14 to T48-4.

11. InfoSystems 3 contains verbatim copies of extensive portions of Star Base's literal code, database structures, and the overall structure, sequence and organization. *See* Hilliard Decl. at Exhibit "8".

12. Springfield and the Miller Group sold InfoSystems 3 to other school districts. *See* Hilliard Decl. at Exhibit "11".

CENTURY CONSULTANTS, LTD.,
Plaintiff

By:     Craig S. Hilliard /s/
           One of its Attorneys

Lead Counsel
Craig S. Hilliard
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, NJ 08543-5315
(609) 896-9060

Local Counsel
David A. Herman
GIFFIN, WINNING, COHEN & BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building - Suite 600
P.O. Box 2117
Springfield, IL 62705
(217) 525-1571