E-FILED
Tuesday, 16 January, 2007  04:26:36 PM
Clerk, U.S. District Court, ILCD

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | Civil Action No. 2003-CV-3105 |

**DECLARATION OF CRAIG S. HILLIARD IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1. I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action. I make this declaration in support of Century's Motion for Summary Judgment.

2. Attached hereto as Exhibit "1" is a copy of the Declaration of Joseph E. LaMantia filed in the District Court Action in May 2003 in connection with Century's application for a Temporary Restraining Order.

3. Attached hereto as Exhibit "2" is a copy of the Declaration of Robert Magan filed

   in the District Court Action in May 2003 in connection with Century's application for a Temporary Restraining Order.

4. Attached hereto as Exhibit "3" is a copy of the pertinent portions of the deposition transcript of Henry Stuckey.

5. Attached hereto as Exhibit "4" is a copy of the pertinent portions of the deposition transcript of Brent Qualls.

6. Attached hereto as Exhibit "5" are excerpts from the transcript of the deposition transcript of David Williams.

7. Attached hereto as Exhibit "6" are excerpts from the transcript of the deposition transcript of Dr. William Choat.

8. Attached hereto as Exhibit "7" is a copy of an agreement dated December 21, 1998 between the Defendants, produced in discovery in this matter.

9. Attached hereto as Exhibit "8" is a copy of the report of Century's expert, P.G. Lewis & Associates LLC.

10. Attached hereto as Exhibit "9" is a copy of the minutes of the October 7, 2002 meeting of the Board of Education of the School District produced in discovery in this matter.

11. Attached hereto as Exhibit "10" is a copy of the Court's July 13, 2006, Order in this matter.

12. Attached hereto as Exhibit "11" is an example of one of the Miller Group's agreements with other school districts.

13. Attached hereto as Exhibit "12" is a copy of the Declaration of Joseph E. LaMantia filed in the District Court Action in May 2006 in opposition to

       Springfield's Motion to Dismiss.

14.    I declare under penalty of perjury that the foregoing is true and correct.

                              <u>Craig S. Hilliard /s/</u>
                              CRAIG S. HILLIARD