1

**STARK & STARK**
**A PROFESSIONAL CORPORATION**
**PO BOX** 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD.,<br><br>                Plaintiff,<br><br>v.<br><br>THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186,<br><br>                Defendants. | CIVIL ACTION NO.<br><br>**DECLARATION OF JOSEPH E.**<br>**                    LA MANTIA** |

        JOSEPH E. LA MANTIA, having been duly sworn, according to law, upon his oath deposes and says:

        1.        I am the Vice-President of plaintiff Century Consultants Ltd. ("Century") and as such I have personal knowledge of the facts stated herein. I make this Affidavit in support of Century's application for temporary and preliminary injunctive relief. As I describe in more detail below, the focus of this application is on defendants' infringement of Century's computer programs copyrighted and licensed under the trademark "Star-Base", and on the imminent threat of disclosure of Century's trade secrets embodied in those programs.

        2.        Century began as a sole proprietorship in 1976. In December 1977, Century was incorporated in New Jersey. Since that time, Century has been engaged in the business of

STARK & STARK
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-53 /5

developing and marketing computer programs and associated software, including educational software packages.

3. Star Base is the trade name for Century's flagship computer software product that is marketed to elementary and secondary schools (both public and private). Star Base functions as an administrative tool to assist in all record keeping and reporting of student information in various areas including, but not limited to, student demographics, attendance, class schedules, grades, discipline and test scores.

4. Each of these areas of information is referred to as a "module". Each module may be used by one or all schools within a school district. For example, the attendance module is normally used to track enrollment throughout an entire district, since that information is key to a district's funding from the State. The scheduling module, on the other hand, might only be used in a high school or middle school where a complex set of course offerings makes the use of a computer scheduler desirable and often necessary.

5. A single module is selected by a user (an employee of the licensed school district) from a menu displayed on a screen. The menu is provided by an associated main computer program. Each module is comprised of many individual computer sub-programs. The attendance module, as an example, contains between 20 and 25 unique sub-programs accessed by a main menu program. One sub-program would provide the capability to perform a specific function on the computer. In other words, there are functions, i.e. sub-programs, to enable input of and updates to the school calendar, student entries and withdrawals, and student absences. Other sub-programs report on the information that has been entered. These reports are designed to print detailed and/or summary information in the format and sequence that is required by school districts.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

6.      The sub-programs that comprise Star_Base and are embodied in the copyright registration described below are written in a human-readable language. Many computer languages exist, so it is necessary for programmers to be trained and experienced in the language being used. The human-readable form of a program is referred to as the "source" program, or sometimes as the source code. In order for a computer to execute or run the programs, they must be translated into computer-readable form, usually called object code. This translation is accomplished through the use of another program known as an assembler or compiler.

7.      Although each program has a unique function, common elements must exist throughout all programs in the system in order for them all to work together accurately and efficiently. The common elements that all programs contain are the data files. Data files contain the records of information that are managed and processed by the programs. The structure of these records is vital to the functioning of the entire system. Much of the effort in designing a complex system goes into the layout, organization, composition and interrelationship of the records in the data files. Every record is composed of individual data elements, or fields. These fields must be organized and grouped both logically and functionally. Each field must be given a unique name. The size and type of each data element must be established. The resulting "record layout" or "file definition" becomes the basic component of every program in the system.

8.      It is certainly possible for any other software developer to create or design independent programs that would achieve the same result as the Star_Base programs. By directly copying Century's tables and database programs for the purpose of making derivative works, however, another software developer would save enormous time and expense. Century spent years, thousands of man-hours and hundreds of thousands of dollars developing and

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, N1 08543-5315

refining the Star_Base programs. As of today, a majority of Century's revenues is based on the Star_Base programs.

9.  The Star_Base code and screen outputs are registered as copyrights with the U.S. Copyright Office. Attached hereto as **Exhibit "A"** is a copy of the registration certificate effective as of November 22, 1995. The screen outputs for all of the Star_Base modules also bear a notice of copyright. When a Star_Base user at the school level accesses the main menu program for any of the modules, a copyright symbol appears on the screen. Attached hereto as **Exhibit "B"** are examples of the main menu screen outputs for some of the modules bearing a notice of copyright.

10. Century licenses individual Star_Base modules (often as a package of many modules) to school districts under a written license agreement. The Springfield School District 186 is one such licensee (A copy of the license agreement for this district is attached to the Declaration of Robert Magan as Exhibit "A"). Although the form of license agreement has been modified slightly over the years, all of the form agreements (including Springfield's) contain confidentiality terms that severely restrict the licensee's right and ability to disclose the modules to unlicensed third parties, to ensure to the greatest extent possible that the trade secret protection for the modules is maintained.

11. The license agreement with Springfield, for example, provides as follows:

> Confidentiality - The [computer] package and any permitted copies contain valuable trade secrets of **CENTURY** and shall at all times remain the property of **CENTURY;** and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package, or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

See Magan Declaration, Exhibit "A", at para. 8. As the underscored language above reflects, Century considers the source and object code for the Star Base programs to be protected trade secrets, and was therefore careful in its licensing of the Star_Base software to bind its licensees to an obligation of confidentiality.

12. When a school or school district licenses one or more of the Star_Base modules, all of the object code and most of the source code for the licensed modules are transferred to the school's computer system. The source code for certain security programs is not delivered. These programs contain key routines that are designed to protect the system as a whole, but not individual programs, from being copied to another computer and used by an unlicensed customer. Nevertheless, the source code and object code transferred to the licensees are protected from disclosure by the provisions of the license agreement.

13. I declare under penalty of perjury that the foregoing is true and correct.

*Joseph E. La Mantia*
JOSEPH E. LA MANTIA

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315