E-FILED
Tuesday, 16 January, 2007  04:28:42 PM
Clerk, U.S. District Court, ILCD

A

# CERTIFICATE OF REGISTRATION



## FORM TX

For a Literary Work
UNITFI) STk;TPC rnnovoir,

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**TXu 760-019**
**1111111111111111**
• T A 30637600 19*



OFFICIAL SEAL

*Mary* LIA 2&-.0

R GISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRA N

NOVEMBER 22 1995

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

TITLE OF THIS WORK •

**STAR BASE**

PREVIOUS OR ALTERNATIVE TITLES V

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a penodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work •

If published in a periodical or serial **give: Volume** •     Number V     Issue Date V     On Pages V

---

NAME OF AUTHOR V

**a   CENTURY CONSULTANTS LTD (a NJ Corporation)**

DATES OF BIRTH AND DEATH
Year Born V     Year Died •

Was this contribution to the work a "work made for hire"?
Yes
0 No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
oR { Citizen of ▶
{ Domiciled in ▶     USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     0 Yes 0 No
Pseudonymous? 0 Yes E. No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. V
Computer Program     *including screens

**NOTE**

Unner the law, the -author of a 'wcrk made for r.j-a- is gene Ily the employer, not the employee oie instruc- tions 1. For any part of ti 'ii ,eork lhat was "made for hire' ,neck "Yes' In the space provided, give the employer (or 2ther person In, whom the work ias prepared) -Author" of rat part, and igave the s ice for cafes et firth and death blank.

NAME OF AUTHOR V

DATES OF BIRTH AND DEATH
Year Born V     Year Died lr

Was this contribution to the work a "work made for hire"?
☐ Yes
0 No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of1110-
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     0 Yes E No
Pseudonymous?'    0 Yes    No

If the answer tO either of these questions is 'Yes.' see detailed ins8/TUCOOML

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.  V

---

NAME OF AUTHOR V

DATES OF BIRTH AND DEATH
Year Born ♦     Year Died •

Was this contribution to the work a "work made for hire"?
O Yes
O No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ',-
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     0 Yes    E No
Pseudon y mous?  0 Yes    E No

If the answer to either of these questions is 'Yes.' see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright *is* claimed.  T

---

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This Information be givea
**a**   **1991** /Year rat

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Compote this Infonnetion k4onth op......   Day oп......   Year's......
ONLY if this work has been published.
Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. •
Century Consultants Ltd.
300 Main Street
Lakewood, NJ 08701

TRANSFER If the claimant(s) named here in space 4 is fare) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. •

APPLICATION RECEIVED
**04KAP,M,..**   **11/22/95**
O NOV 22 1995
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ► • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 or     pages

*Amended by C.O. via authority of phone call
with Kenneth Watov on 1/22/97.

EXAMINED BY \1C

CHECKED BY

E CORRESPONDENCE
  Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
❑ Yes     No If your answer is "Yes," why is another registration being sought? (Check appropriate box) •
a.❑ This is the first published edition of a work previously registered in unpublished form.
b.❑ This is the first application submitted by this author as copyright claimant.
c.❑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ➡          Year of Registration ➡

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. •

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. •

**6**

See instructions before completing this space.

**7**

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ❑ Copies and Phonorecords          b ❑ Copies Only          c ❑ Phonorecords Only

See instructors.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ♦                              Account Number •

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/ Apt/City /State/ZIP ∇

Area Coda and Telephone Number ▶

Be sure to vivo your daytime phone number

**4**

**CERTIFICATION** ˙ I, the undersigned, hereby certify that I am the     10 author
Check only one ▶     ❑ other copyright claimant
                     ❑ owner of exclusive right(s)
of the work identified in this application and that the statements made     authorized agent of     Century Consultants Ltd.
by me in this application arc correct to the best of my knowledge.          Name of author or other copyright claimant. or owner of exclusive rights)

**10**

Typed or printed **name** and date • If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kenneth Watov                                          date.  6/20/96

Handwritten signature (X) •        *Kenneth Watov*

**MAIL CERTIFI-CATE TO**

Name •        Kenneth Watov, Esq.
              Watov & Elpne    PJ'
Number/Street/Apartment Number •

City/State/ZIP •

Certificate will be mailed in

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**11**