E-FILED
Tuesday, 16 January, 2007  04:29:16 PM
Clerk, U.S. District Court, ILCD

**B**

25-MAY-94 08:24                 S T A R   B A S E                          94139

```
  Operator
  Password

    School


                    +-----------------------------+
                    |                             |
                    |        Login Screen         |
                    |                             |
                    +-----------------------------+


  This information,, including the associated software and system, are the
  proprietary and confidential information of Century Consultants Ltd.
  Use of this system and associated computer program is granted by Century
  Consultants Ltd. under the terms of the Star_Base Computer Package License
  No: CCL-123 dated 09/10/90. Any other use is strictly prohibited unless
  prior written permission is granted by Century Consultants Ltd.
  Copyright Century Consultants, Ltd. 1990
```

Count: *0                                                    <Replace>
TNVT220 - Novell, Inc.     hpg30              (1)     Rep    08:31          N C

25-MAY-94 08:24              STAR    BASE                        94139

## ADMINISTRATION OPTION MENU

CENTURY CONSULTANTS

01 - StarBase Menu
02 - DBA

E - Exit Menu

Select Option:

Copyright Century Consultants, Ltd. 1990

Punt: *0                                              <Replace>
gVT220 - Novell, Inc.      hpg30              (1)      Rep    08:32          N C

25-MAY-94 08:25                **STAR BASE**                              94139

DBA  S ELECTION   SCREEN

CENTURY CONSULTANTS

```
        01 - User Id Table              11 - Free Space Compression
        02 - User Module Table
        03 - Exception Table             E - Exit Menu
        04 - Module Table
        05 - Form Table
        06 - Default Code Table
        07 - Printer Description  Table
        08 - Printer Group/Name  Table
        09 - Star_Base (Memory)  Diagnostic
        10 - Star_Base (Extent)  Diagnostic

                        Select Option:
```

Copyright Century Consultants, Ltd. 1990

Count: *0                                            <Replace>
TNVT220 - Novell, Inc.      hpg30              (1)     Rep    08:32          N C

```
25-MAY-94 08:24          STAR  BASE        1990 - 1991            94139

                      MODULE   SCREEN

CCL Century Consultants Ltd.              CENTURY CONSULTANTS


        01 - Registration              13 - Testing
        02 - Student InfoLmation       14 - Tuition Billing
        03 - Medical                   15 - Census
        04 - Attendance
        05 - Class/Period Attendance   19 - School Information
        06 - Discipline                20 - District Wide Tables
        07 - Optimizer
        08 - Scheduling
        09 - Grade Book                41 - User Programs
        10 - Interim Reporting         42 - Star_Base Interfaces
        11 - Grade Reporting           43 - Star_Base Utilities
        12 - Academic History          44 - Oracle Utilities


         E - Exit Menu
                              Select Module:
   Copyright Century Consultants, Ltd. 1990
Enter selection...                         Extended HELP Available...
Count: *0                                         <List><Replace>
TNVT220 - Novell, Inc.      hpg30          (1)    Rep   08:32          N C
```

25-MAY-94 08:39              $ TAR   BASE        1990 - 1991          94139

REGISTRATION

CCL Century Consultants Ltd.                 CENTURY CONSULTANTS


01 - Enroll a New Student

02 - Delete an Existing Student

03 - Change an Existing Student

E - Exit Menu

Select Option:


Copyright Century Consultants, Ltd. 1990
ater selection...                                Extended HELP Available...
ᵖunt: *0                                                    <List><Replace>
DIT220 - Novell, Inc.      hpg30              (1)     Rep   08:32            N C

25-MAY-94 08:39             STAR   BASE         1990 - 1991          94139

                    $ TUDENT  INFORMATION  SCREEN

CCL Century Consultants Ltd.                    CENTURY CONSULTANTS


                    01 - Student Maintenance

                    02 - Student Reports

                    03    Student User Reports

                     E - Exit Menu

           Select Option:



  Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available...
Count: *0                                               <List><Replace>
TNVT220 - Novell, Inca    hpg30              (1)    Rep   08:32          N C

```
25-MAY-94 08:40              STAR   BASE        1990 - 1991              94139
```

## § TUDENT  MAINTENANCE

```
CCL Century Consultants Ltd.                  CENTURY CONSULTANTS
```

```
SCHL CCL ID             NAME                                        GD:
```

```
01 - Main        12 - Class/Pd    23 - Census    34 - New STC Sc
02 - Address     13 - Discipline                 35 - Niles new    ENROLLED IN
03 - Medical     14 - Requests                   36 -
04 - Auxiliary   15 - Schedule                   37 -              SCHL F DIST
05 - User (Dist) 16 - Study Hall                 38 -
06 - Cluster     17 - Interim                    39 -
07 - School      18 - Grades                     40 -
08 - User (Schl) 19 - G.P.A.                     41 -
09 - P.C.C.      20 - History                    42 -
10 - Attendance  21 - Testing                    43 -
11 - Tardy       22 - Enumeration                44 -
```

```
            Select Option:
 Copyright Century Consultants, Ltd. 1990
inter selection...                                Extended HELP available...
:aunt: *0                                                <List><Replace>
T7T220 - Novell, Inc.      hpg30              (1)    Rep   08:33            N C
```

25-MAY-94 08:40              STAR   BASE       1990 - 1991              94139
_____

                         $ TUDENT   REPORTS
_____

CCL    Century Consultants Ltd.              CENTURY CONSULTANTS
_____

       Daily Reports                   Periodic Reports
_____

01 - Student Enrollment    21 - Student  Id          31 - District Wide
**02 -** Inactive Students     22 - Student  Id By Choice 32 - Food Services Lunch
03 - Student Birthday      23 - Mailing  Labels       33 - Food Services Master
                           24 - Generic  Letter       34 - Food Services W.S.
                           25 - Address  (Short)      35 - Student Cluster
                           26 - Address  (Long)       36 - User Def. Fields(Dist)
                           27 - Address  By Choice    37 - User Def. Fields(Schl)
                           28 - Student  Summary
                           29 - Student  Ethnic Sum.
                           30 - Auxiliary


         Select Option:
 Copyright Century Consultants, Ltd. 1990
nter selection...                              Extended HELP Available...
ount: *0                                            <List><Replace>
ᵍVT220 - Novell, Inc.      hpg30            (1)    Rep   08:34          N C

25-MAY-94 08:41           STAR   BASE           1990 - 1991            94139
_____
                     $ TUDENT   USER   REPORTS
_____
CCL Century Consultants Ltd.              CENTURY CONSULTANTS
_____

        01                              11
        02                              12
        03                              13
        04                              14
        05                              15
        06                              16
        07                              17
        08                              18
        09                              19
        10                              20



            Select Option:
 Copyright Century Consultants, Ltd. 1990
Inter selection...                              Extended HELP Available...
:ount: *0                                              <List><Replace>
TrITT220 - Novell, Inc.     hpg30              (1)      Rep    08:34              N C

```
 25-MAY-94 08:41              S TAR   BASE       1990 - 1991           94139
```

## M E D I C A L

```
 CCL Century Consultants Ltd.              CENTURY CONSULTANTS
```

                        01 - Medical Maintenance

                        02 - Medical Reports

                        03 - Medical User Maintenance

                        04 - Medical User Reports

                         E - Exit Menu

              Select Option:


```
   Copyright Century Consultants, Ltd. 1990
 Enter selection...                               Extended HELP Available...
 Count: *0                                                <List><Replace>
 TNVT220 - Novell, Inc.     hpg30            (1)     Rep   08:34          N C
```

25-MAY-94 08:41            STAR   BASE      1990 - 1991          94139
─────────────────────────────────────────────────────────────────
                      MEDICAL   MAINTENANCE
─────────────────────────────────────────────────────────────────
CCL Century Consultants Ltd.              CENTURY CONSULTANTS
─────────────────────────────────────────────────────────────────

Posting/Updating Routines  Assign./Audit Routines    Validation Tables
────────────────────────   ──────────────────────    ────────────────

01 - Post By Student Id                          41 - Sport/Location
**02 -** Post By Record                          42 - Examiner Visit
                                                 43 - Injury Code
                                                 44 - Visit Reason Code
                                                 45 - Visit Result Code




            Select Option:
 Copyright Century Consultants, Ltd. 1990
liter selection...                              Extended HELP Available...
bunt: *0                                               <List><Replace>
**NVT220 - Novell, Inc.**      hpg30             (1)    Rep   08:35          N C

```
25-MAY-94 08:41            STAR  BASE        1990 - 1991            94139

                      MEDICAL  REPORTS

CCL    Century Consultants                    CENTURY CONSULTANTS

       Daily Reports                    Periodic Reports
─────────────────────────────────────────────────────────────────────
01 - Birthdate            21 - Blood Pressure    32 - Requires Glasses
02 - Medical Visit        22 - Disease           33 - Requires Medication
03 - Medical Collection   23 - Hearing           34 - Requires Immunization
                          24 - Injury            35 - Immunization Exempt.
Validation Table Reports  25 - Insurance
──────────────────────── 26 - Medical Comments
41 - Sport/Location       27 - Physical Exam
42 - Examiner Visit       28 - Scoliosis
43 - Injury Code          29 - Tuberculosis
44 - Visit Reason         30 - Vision
45 - Visit Result         31 - Student Summary


            Select Option:
 Copyright Century Consultants, Ltd. 1990
Enter selection...                        Extended HELP Available...
Count: *0                                      <List><Replace>
TNVT220 - Novell, Inc.     hpg30          Rep    08:35           N C
```

25-MAY-94 08:41                § TAR   BASE        1990 - 1991            94139

# MEDICAL USER MAINTENANCE

CCL Century Consultants Ltd.                    CENTURY CONSULTANTS

```
        01                                11
        02                                12
        03                                13
        04                                14
        05                                15
        06                                16
        07                                17
        08                                18
        09                                19
        10                                20
```

```
            Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                      Extended HELP Available...
Count: *0                                        <List><Replace>
TNVT220 - Novell, Inc.      hpg30          ( 1)    Rep    08:35             N C
```

25-MAY-94 08:41            **STAR   BASE**        1990 - 1991          94139

MEDICAL   USER   REPORTS

CCL Century Consultants Ltd.                    CENTURY CONSULTANTS

```
        01 -                          11 -
        02 -                          12 -
        03 -                          13 -
        04 -                          14 -
        05 -                          15 -
        06 -                          16 -
        07 -                          17 -
        08 -                          18 -
        09 -                          19 -
        10 -                          20 -



            Select Option:
 Copyright Century Consultants, Ltd. 1990
inter selection...                          Extended HELP Available...
:ount: *0                                        <List><Replace>
WT220 - Novell, Inc.      hpg30              (1)    Rep    08:35          N C
```

```
 25-MAY-94 08:42              S TAR  ┃BASE┃    1990 - 1991┃┃        94139
════════════════════════════════════════════════════════════════════════
                          ATTENDANCE
┌──────────────────────────────────────────────────────────────────────
 CCL Century Consultants Ltd.              CENTURY CONSULTANTS
└──────────────────────────────────────────────────────────────────────


        01 - Attendance Maintenance      04 - Attendance Scanner Features

        02 - Attendance Reports          05 - Attendance User Maintenance

        03 - State Attendance Reports    06 - Attendance User Reports

                                          E - Exit Menu

                        Select Option:




  Copyright Century Consultants, Ltd. 1990
ınter selection...                          Extended HELP Available...
:ount: *0                                         <List><Replace>
 INVT220 - Novell, Inc.     hpg30            (1)    Rep   08:36        N C
```

```
25-MAY-94 08:42              $ TAR  BASE         1990 - 1991          94139

             ATTENDANCE     MAINTENANCE

CCL    Century Consultants Ltd.              CENTURY CONSULTANTS

Posting/Updating Routines   Assign./Audit Routines      Validation Tables

01 - Post Daily By Id      21 - Daily Attend. Audit  41 - Attendance Code
02 - Post Daily By Hmrm.   22 - Create Attend. Recs. 42 - Track Code          *
03 - Post Weekly By Hmrm.  23 - Create P.C.C.  Recs. 43 - School Calendar     *
04 - Post Tardy Records                              44 - Reason Code
05 - Post Track Codes
06 - Modify Stu. Status
07 - Late Reporting Stu.




          Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available...
:ount: *0                                               <List><Replace>
rNVT220 - Novell, Inc.      hpg30              (1)    Rep   08:36          N C
```

```
25-MAY-94 08:42              Ş TAR  BASE        1990 - 1991            94139
```

## ATTENDANCE   REPORTS

CCL    Century Consultants Ltd.              CENTURY CONSULTANTS

| Daily Reports | Periodic Reports | Validation Table Reports |
|---|---|---|
| 01 - Daily Absence | 21 - 9 Week | 41 - Attendance Code |
| **02 -** Excessive Absence | 22 - Enrollment Summary | 42 - School Calendar |
| **03 -** Attendance Letter | 23 - Attend.  Statistics | 43 - Reason Code |
| **04 -** Daily Attend. Sum. | 24 - Individual Detail | |
| | 25 - Home Instruction | |
| | 26 - P.C.C. | |
| | 27 - Program Code Enroll. | |
| | 28 - Special Ed Program | |
| | 29 - Weekly Attend. FoLm | |

```
          Select Option:
 Copyright Century Consultants, Ltd. 1990
rater selection...                              Extended HELP Available...
ᴾunt: *0                                                 <List><Replace>
WT220 - Novell, Inc.     hpg30               (1)    Rep   08:36            N C
```

```
25-MAY-94 08:42          STAR   BASE         90 - 1991              94139
```

## STATE ATTENDANCE REPORTS

```
CCL Century Consultants Ltd.              CENTURY CONSULTANTS
```

### State Reports

```
01 - CA Attendance Register
02 - IL State Aid Entitlement
03 - MA Attendance Register
04 - NJ Attendance Register
05 - NJ Enrollment Summary
06 - NJ Ceasing to Attend
07 - NJ Monthly'A.D.A Report
08 - NY Attendance Report(SA-129)
09 - NY Holiday Exclusion Summary
10 - PA Attendance Report
```

```
        Select Option:
  Copyright Century Consultants, Ltd. 1990
inter selection...                              Extended HELP Available...
Count: *0                                              <List><Replace>
MVT220 - Novell, Inc.      hpg30              (1)     Rep    08:36            N C
```