E-FILED
Tuesday, 16 January, 2007 04:30:22 PM
Clerk, U.S. District Court, ILCD

**2**

4

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. <br><br> **DECLARATION OF ROBERT MAGAN** |

ROBERT MAGAN, of full age, upon his oath, deposes and says:

1. I am employed by plaintiff, Century Consultants Ltd. ("Century"), as the Manager of Programming/Research & Development. In that capacity, I am fully familiar with the student software package owned by Century and licensed to its customers known as Star_Base. I make this affidavit in support of Century's application against defendants for a temporary restraining order and related relief.

2. The Springfield Public School District 186 in Springfield, Illinois (the "School District") has been a customer of Century's for several years under a license agreement. A copy of the license agreement is attached hereto as Exhibit "A".

3. Under the license agreement, Century licensed Star_Base to the School District in exchange for an initial license fee and periodic maintenance fee payments.

STARK & STARK
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

4. The School District employs several people who work in an information technology department and who are generally responsible for the day-to-day administration of Star_Base and other software applications which meet the needs of the schools. It is my understanding that Henry Stukey, David Williams and Brent Quarles are all employed by the School District in this capacity. I have had frequent communications with the School District over the last several years, because I am the employee of Century who is primarily responsible for addressing any questions or issues the School District may have concerning the support of the Star_Base package.

5. About a year ago, I received a call from Mr. Stukey, who advised me that the School District wanted to cease its maintenance contract with Century for Star_Base. Under our license agreement with the School District, if the schools elect to go "off maintenance" (i.e. they elect to stop making periodic payments for support services), the district can still continue to use the software package, but they are no longer entitled to any updates nor are they entitled to receive any support.

6. I thereafter learned that the School District had contracted with another company, The Miller Group, to assist them in the design of a student software package.

7. A few weeks ago, in early February 2003, I received an unsolicited phone call from Don Randle, whom I recognized as a former information technology employee of the School District. Don said to me, "How would you feel if someone was stealing your software?" When I asked what he meant, he explained: 1) that he had left his employment at the School District about 6

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-2-

months earlier; 2) that while still employed, he was aware that the School District had retained The Miller Group to write some front-end programs to interface with the Star_Base database; and 3) that he "knew for sure" that The Miller Group was using Century's database structures, and that he was fairly certain that The Miller Group was also using Century's scheduler program (a component of the Star_Base software). He further told me that Mr. Quarles had been "reassigned" within the School District to assist the The Miller Group in developing this new software (Mr. Quarles is one of the School District employees who I know is authorized to have access to the source code and object code of Century's Star_Base software). Don went on to tell me that if I wanted further information, I should contact Dave Williams at the School District.

8. Following this conversation with Don, I discovered that The Miller Group had posted information on its internet website concerning a product called InfoSystems 3. The InfoSystems 3 product was marketed on the website as an "online student information system", which is precisely the type of system we licensed to the School District. Attached hereto as Exhibit "B" are excerpts from the website describing the new product.

9. I then received an unsolicited phone call from Dave Williams shortly after my conversation with Don. Mr. Williams (a current employee of the School District) told me that The Miller Group "stole" Century's software, that employees of the School District (including Williams) had told The Miller Group that they didn't think that what they were doing was right, and that The Miller Group's response was: "we are here and [Century] is in New Jersey", and "they will never find out".

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-

        Mr. Williams further told me that he and others cautioned The Miller Group that Century's software was copyrighted.

10. Following this last conversation, Dave Williams mailed to me a list of the table definitions from The Miller Group's InfoSystems 3 product. Upon comparing these definitions with Star Base, I discovered that virtually all of the definitions were identical. Attached hereto as Exhibit "C" is the list I received from Mr. Williams and the corresponding printout of the Star_Base table definitions.

11. Mr. Williams also mailed to me the program listing from a portion of The Miller Group's product – the "student scheduler". Once again, in comparing this to Star_Base, I discovered that the code used in InfoSystems 3 has verbatim references to Century's Star_Base tables. Attached hereto as Exhibit "D" is the InfoSystems 3 program listing with the Star_Base table names highlighted.

12. I declare under penalty of perjury that the foregoing is true and correct.

                                                                                     ROBERT AGAN

STARK & STARK  
A PROFESSIONAL CORPORATION  
ATTORNEYS AT LAW  
MAILING ADDRESS  
PO BOX 5315  
PRINCETON, NJ 08543-5315