A

# CENTURY CONSULTANTS LTD.
### 150 AIRPORT ROAD, SUITE 1500
### LAICEWOOD, NEW JERSEY 08701
### (732) 363-9300

## STAR BASE COMPUTER PACKAGE LICENSE
### STUDENT MANAG,EMENT

**DATE:** January 30, 2001                                     LICENSE NO: 202

**LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT 186**

LOCATION OF USE: SAME

ADDRESS: 530 WEST REYNOLDS STREET

**CITY: SPRINGFIELD**            STATE: IL        **Z%PCODE:** 62701

CENTURY CONSULTANTS LTD. (("CENTURY"), by its acceptance hereof grants to the Licensee named above ("LICENSEE"), for its payments of the license fee and upon the terms and conditions hereinafter stated, a non-exclusive and non-transferable license to use the following listed software package (the "PACKAGE"). This license is governed by the terms and definitions contained in the Software Package Pricing and Support Policies marked EXHIBIT 'A, attached hereto, and made a part hereof

DATABASE SERVER: SUN E 450 480 QUAD         OPERATING SYSTEM: UNIX/SOLARIS
ORACLE 8i Power Units; n/a                  ORACLE 81: 740 Concurrent Users - GE

WEB SERVER: AMD Duron                       OPERATING SYSTEM: Windows NT
ORACLE WEB Power Units: 600                 ORACLE WEB Named Users: n/a

STUDENT POPULATION; 14,000
SOFTWARE DISTRIBUTION MEDIA: CD ROM
**SOFTWARE** PACKAGE AND LICENSE FEE*; See Attached Exhibit 'B'
NOTE; CITRIX TERMINAL SERVER TECHNOLOGY NOT SUPPORTED BY CENTURY

**CONTRACT ACCEPTED BILICENSEE:**

_____   'R. **DATE:**   V-ZO
ffiCENSEIUTTIØRI7Fn SIGNAT17RF AND TITLE)

CONTRACT ACCEPTED BY CENTURY CONSULTANTS L1D:

_____   DATE: 2/23/01
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

*SOFTWARE LICENSE FEES ARE FXCLUSIT/E OF TRAVEL EXPENSES OF CENTURY CO.NSULTANTS'EMPLOYEES (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE E1LLED semmraz

PAGE 1 OF 6

# $TAR BASE COMP
## STUDENT MANAGEMENT

### TERMS AND CONDITIONS

1. *PACKAGE DELIVERY AND MAINTENANCE* - CENTURY shall furnish the package to the licensee on the media designated herein and shall maintain the version of the package furnished free of charge for the term of ninety (90) days (excluding upgraded existing software - see paragraph 5. PACKAGE SUPPORT) which shall commence on the date the PACKAGE is delivered to the Licensee.

2. PAYMENT- PAYMENT- Twenty percent (20%) of the license fee shall be paid on the execution of this license by the Licensee. Eighty percent (8094) of the license fee will he billed on delivery of package. All invoices must be paid within thirty (30) days after receipt of invoice. At the option of CENTURY, unpaid balances more than thirty (30) days overdue may accrue interest at the rate of 1.5% per month or, if less, the maximum rate allowed by law.

3. **TAXES** - The license fee does not include any taxes, however designated and whether levied or based on the package, its use, the license fee, or this agreement. Any taxes, or amounts in lieu thereof or interest thereon paid or payable by CENTURY, except for personal property taxes and taxes based on net income, shall be borne by Licensee, and paid by Licensee upon presentation of invoice.

4. *LICENSE TERM* - This license agreement shall remain in effect until such time as it is terminated pursuant to paragraph 9 herein.

5. *PACKAGE SUPPORT* - CENTURY will offer Annual Maintenance Service to take effect ninety (90) days from the package delivery date. Existing software upgraded due to enhancements, change in computer processor or level usage will be considered a continuation of use and excluded from the 90-day warranty policy, All other support will be contracted on a time and material basis at CENTURY'S then current system service rate plus expenses.

   **WARRANTY** - CENTURY warrants that the package will be free from any known errors when delivered Except as provided above, THE PACKAGE IS PROVIDED ON AN 'AS IS' BASIS, AND THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE Licensee shall be solely responsible for the selection, use, efficiency and suitability of the package and CENTURY shall have no liability therefor. CENTURY shall have no liability to Licensee for the infringement of proprietary rights by the package or any portions thereof

7. *ALTERATION OF PROGRAM* - In the event the Licensee changes or in any manner alters the package without the express written authority of CENTURY all warranties by and obligations of CENTURY hereunder shall terminate and CENTURY may terminate this license pursuant to paragraph 9 hereof Licensee is responsible for and shall indemnify and hold CENTURY harmless from and against any damages incurred by CENTURY arising out of such unauthorized alteration.

8. **CONFIDENTIALITY** - (A) [1]he package and any permitted copies contain valuable trade secrets of CENTURY and shall at all times remain the property of CENTURY; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package

# *STAR BASE COMPUTER PACKAGE* LICENSE
## *STUDENT  NAGEMENT*

### *TERMS AND CONDITIONS*

8. *CONFIDENTIALITY rommruED)*
or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by CENTURY in writing. Licensee shall permit CENTURY representatives to inspect any location in which the package is being used at all times for the purpose of determining that Licensee is not in default of this agreement. (B) Licensee may prepare backup or archival copies of the Package for Licensee's use only. Except for such copies, Licensee may not reproduce the package except in accordance with the written permission of CENTURY, and upon terms and conditions specified by CENTURY Any such copies shall remain the property of CENTURY as provided in paragraph 8. (A) above.

9. *TERMINATION* - In the event that Licensee should default in the performance of any obligation on its part to be performed or make an assignment for the benefit'of creditors, or should any proceeding be instituted by or against Licensee under any provisions of the Federal Bankruptcy Code, or any State Law for liquidation, dissolution or the appointment of a custodian or receiver, CENTURY may terminate this license without prejudice to its right to collect any amount then due, its damages and any further relief to which it may be entitled. In the event of termination, Licensee shall thereafter cease to use the Package and any related materials or any copies thereof and shall promptly delete the Package from its library and return to CENTURY the Package, any material associated therewith and all copies. In the event of termination, CENTURY shall have no obligation to refund any amount paid by Licensee.

*ASSIGNMENT* - This license or any rights thereunder may nor be assigned or sublicensed by Licensee without the prior written consent of CENTURY, CENTURY retains the sole and absolute right to refuse to consent to such assignment or sublicensing for any reason or for no reason.

11, *LIMITATION OF LIABILITY* - (A) In no event shall CENTURY be liable to Licensee for any indirect, special or consequential damages or lost profits arising out of or related to this Computer Package License or the performance or breach hereof even if CENTURY has been advised of the possibility thereof CENTURY'S liability to Licensee hereunder, if any, shall in no event exceed the total of the license fees paid to CENTURY hereunder by Licensee. (B) In no event shall Licensor be liable 'to Licensee for any damages resulting from or related to any failure of the software products, including, but not limited to, loss of data or delay of CENTURY in the delivery of the package or in the performance of service under this License Agreement or related agreements. The intent of the web-based version of Star Base is solely a browser version of Star Base that is intranet only and solely under the school district's control. Century assumes no responsibility for the confidentiality of the district's data, nor is Century responsible for the confidentialiiy of the district's data should the district decide to provide access to their system through the world-wide web.

12. *NOTICES* - Any notice of communication given or required to be given under this agreement shall be in writing and shall be deemed to have been given when mailed by certified mail, return receipt requested, postage prepaid, to the other party at the address contained herein.

13. *APPLICABLE LAW* - In the event that any one or more of the provisions contained in this agreement shall for any reason be held to be unenforceable In any respect under the laws of any state, or of the United Stotes of America, such unenforceable provisions shall not affect any other provisions of this agreement, but this agreement shall be construed as if such unenforceable provisions had never been contained herein. All questions of enforceability and interpretations which may arise under this agreement shall be determined by the laws of the State of New Jersey.

## STAR BASE COMPUTER PAacA GE LICENSE
### STUDENT MANAGEMENT

*TERMS AND CONDITIONS*

14. **ENTIRE AGREEMENT** - *This agreement and the attachments, if any, hereto constitute the entire agreement of the parties and supersedes all prior agreements, understandings, negotiations and proposals. No other licenses or rights are herein granted other than those specifically granted herein and no other representations, commitments, guarantees or statements shall be binding on either party. This agreement and the attachments hereto shall not be deemed or construed to be modified, amended, rescinded, canceled or waived in whole or in part, except by written agreement duly executed by both parties,*

**END OF COMPUTER** PACKAGE LICENSE

## SOFTWARE PACKAGE PRICING AND SUJ21321REQL(CIES, EXHIBIT 'A'

THE FOLLOWING PRICING AND SUPPORT POLICIES ARE EFFECTIVE JANUARY 1, 1999 AND SUPERSEDE ALL PREVIOUS PRICING AND SUPPORT POLICIES.

### LICENSE FEES:
These one-time fees license the Licensee to use the CENTURY proprietary software for the term and at the location specified on the CENTURY License Agreement. The Licensee does not "own" this software and cannot propagate the programs to any other system. The license fee also entitles the LICENSEE to the first ninety (90) days of software maintenance support at no additional cost,

### INSTALLATION:
All package installations will be on a contract basis at CENTURY'S current system services rate, plus incurred travel expenses, unless otherwise specified by an officer of CENTURY. The installation process will not be required if CENTURY in its discretion agrees that the Licensee has the adequate staff expertise to provide their own installation, Prior to Star‚Base installation, a private telephone line and a modem, connected directly to the host computer, must be operational at the customer's site.

### MODIFICATIONS AND ENHANCEMENTS:
CENTURY will discuss any special needs the Licensee has for customized reports and/or program enhancements. CENTURY reserves the right to refuse to do any or all system changes. Any modifications and/or enhancements CENTURY agrees to perform will be on a contract basis at CENTURY'S then current system services rate and must be contracted separately prior to initiation of the work.

### SOFTWARE MAINTENANCE (CUSTOMER SUPPORT):
CENTURY'S software maintenance may be extended beyond the warranty period by annual service which entitles the Licensee to the following services:

1. Unlimited telephone consultations during normal business hours for any procedural or software problem related to CENTURY Star Base software (one primary and one secondary district staff member).
2. Software updates, available on a scheduled basis;
3. Remote dial-in capabilities of your computer system which permits CENTURY to diagnose software issues.

Century will provide assistance for any procedural questions regarding Star* Base and the use of Oracle as it relates to Star Base. Century wil pravide Oracle updates for the Oracle application specific products purchased through Century, but not restricted Development Tool products (e.g. Discoverer, Developer, etc)

**CITRIX TERMINAL SERVER TECHNOLOGY IS NOT SUPPORTED BY CENTURY.**

The annual maintenance service may require the Licensee to have installed the most current release of the CENTURY package to be supported. If the Licensee is not on the current package release, CENTURY can convert the customer to the" current release. This conversion will be performed on a contract basis on a time and material basis at CENTURY'S then current system service rate plus expenses.
In order to insure successful Star_Base maintenance service, CENTURY requires designated client personnel to participate in Century's prepared and approved Star_Base training. CENTURY may suspend maintenance service in the event trained district personnel are not available to insure the daily operation of Star_Base software,

### SOFTWARE DISTRIBUTION:
CENTURY will distribute the software on magnetic media currently compatible with CENTURY'S in-house computer system. The Licensee is responsible for providing CENTURY with compatible magnetic media or assuming all costs incurred in converting the software to the users magnetic media,

# PAYMENT SCHEDULE

## EXHIBIT 'B'

### LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #186

### STAR_BASE_ APPLICATION SOFTWARE

#### STUDENT MANAGEMENT

| | |
|---|---|
| Student Information | Grade Book |
| Daily Attendance | Interim Reporting |
| Scheduling | Discipline |
| Grade Reporting | Medical |
| Academic History | Census |
| Class/Period Attendance | Special Education |
| **Testing** | **Master Class Schedule Optimizer** |

#### STANDARD INTENEACE

| | |
|---|---|
| **&annex:** | Busing |
| Course Requests | |
| Grade Reporting | |
| Homeroom Attendance | Dialers |
| Class/Period Attendance | |
| Interim Reporting | Bar Coding |

TOTAL STUDENT MANAGEMENT SOFTWARE LICENSE: N/A

#### ORACI,E APPLKATION ,SPECIFIC LICENSE

Oracle& Database Server 140 Concurrent Users — GE    N/A

Oracle & Application Server (WEB) 600 Power Units:    $18,00000
(Reasonable, Unspecified # of Users) PU only

TOTAL ORACLE DATABASE LICENSE:

### TOTAL LICENSE AGREEMENT  $18,OOO.OO

PAYMENT TERM.
50% UPON SIGNING OF CONTRACT
50% UPON DELIVERY OF SOFTWARE

Cost Proposal Dated December 12, 2000 made part of this agreement.

PRICES EXCLUDE TRAVEL EXPENSES OF CENTURY EMPLOYEES
    (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILT ·ED SEPARATELY
1/1/2000

# *STAR BASE COMPUTER PACKAGE LICENSE*
ORACLE RIDER
APPLICATION SPECIFIC LICENSE

**LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT 086**
**DATE OF COMPUTER PACKAGE LICENSE: JANUARY 30, 2001**
**COMPUTER PROGRAM LICENSE NUMBER: CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, CAlifornia ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern. For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to restrict its use of the Program to object code form on a single designated system for the Licensee's own internal data processing only;
2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of computer malfunction and single backup for archival copies;
3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;
4. Licensee agrees that it shall not use the Program for any purpose outside the scope of the Computer Package License;
5. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;
6. Licensee agrees that this Rider is subject in ail respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;
7. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;
8. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to conErm Licensee's compliance with the **terms and** provisions of the Computer License and this Rider;
9. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider,

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this 2-) Day of                    2001.

**LICENSEE!**

_____     DATE: /19A 00 I
(AUTHORIZE' IGNATURE AND TITLE)
                V/P C,JOA

CENTURY CONSULTANTS LTD.:

_____     DATE: 2/23/01
(AUTHORIZED SIGNATURE AND TITLE)

12/22/98