**B**



### More of what you need to make data-driven decisions







IS³ gives you more of what you need to make school improvement decisions that are objective and data-dhven. Whether it's Standardized test arid local assessment date, student demographic and health information, grades, attendance history, athletic eligibility records or scheduling information you need, IS³ provides it all to you, on demand, 2417/365 - from any Internet-enabled computer,. And, in most cases, you mn continue to use your existing hardware and software,

Unleash the power of your student information,

Enter site

- About 153
- How It Worts
- e
- FrequenHy Asked Questions
- Contact Us



- nt
- **Attendance**
- **Cross lists**
- **Cumulative Folders**
- **Calendar**
- 410
- **Other Fectures**

## Your Student Data, The Internet and InfoSystems3

The Miller Group understands the importance of the Internet and turns the advantages of the Web over to school professionals who want real-time, on-demand student information to make data-driven decisions for school improvement.
InfoSystems3 uses the Internet to integrate existing information - even that from individual, discrete sources - with new data, which is then accessible via any Web-enabled computer.

InfoSystems3 integrates the user interfaces of multiple applications into a single interface that enables you to still input data to, and access data from, these applications. IS3 also enables you to access data in ways that are customized to meet your specific needs. A multi-tiered security system allows for teachers, administrators, parents and students to have different levels of access to the information and helps to ensure the confidentiality of student records.

IS3 also offers:

**Platform independence -** InfoSystems3 runs on Mac, UNIX, NT or Windows platforms.
**Ubiquitous access -** With the proper security clearance you can access student information from any Web-enabled computer with 4.0 or greater versions of Explorer, Netscape or Communicator any time of the day or night.
**Reduced operating and training costs because of user familiarity with the Internet -** Because IS3 is browser-based, users already familiar with the Internet and the skills required to navigate the Web have a built-in comfort level with the system. You simply apply the computer skills you already have to IS3. And, the more comfortable you are with any system, the more you will use it and benefit from it. The Web-based interface also greatly reduces the need for expensive and extensive training. **If you can surf the Internet, you can use IS3!**
**"Point and click" access to data -** With IS3's pop-up menus and single, easy-to-use interface to standardize data and reduce inaccuracies, all of your student information becomes accessible. By standardizing the data input and retrieval processes, nothing is "hidden" because information has been entered with different spellings or abbreviations.



**"Once only" data entry -** With InfoSystems3, data is entered only once, closest to where it is created. It is then immediately available to other system users, for any student information need.

Next



The Mtiler Group Internet gwo



**InfoSys erns**
Web-based software
I W 0161AS

| | | | | | |
|---|---|---|---|---|---|
| | About IS3 | How It Works | System Security | frequently Asked Questions | Contact IJS |

- sment
- Attendance
- Class Lists
- Cumulative Folders
- Calendar

O  E

- Other Features



## How IS3 Works

InfoSystems3 uses the Internet to integrate existing information - even that from individual, discrete sources - with new data, which is then accessible via any Web-enabled computer. InfoSystems3 integrates the user interfaces of multiple applications into a single interface that enables users to still input data to, and access data from, these applications.

IS3 also enables users to access data in ways that are customized to meet their specific needs. A multi-tiered security system allows for teachers, administrators and parents to have different levels of access to the information and helps to ensure the confidentiality of student records.



Existing Student Info

Existing   nda Info

External Info (Testi etc,)

Application *Web Serv*er with InfoSystems3

School and CJassrootrn Into

Internet Amass for Teathe IS, Administrators **and Parents**



**Web-leased software**
for scisoolls

Assessment

- **Mtend ce**

- **Class lists**

- Cumulative Folders

* Calendar

- EULJibiitty

4i Other Features



| About IS | How it Works | System Security | Frequently Asked Questions | Contact Us |

## System Security

At The Miller Group, we take every precaution to protect and safeguard the confidentiality of your student information. Our reputation depends on it.

We use Apple Macintosh webservers and 4D's Webstar software. Long known for ease of use, Webstar and the Mac operating system also create the industry's most secure system. After being "hacked" repeatedly, the U.S. Army switched from Windows NT to Macintosh/Webstar, noting "the reason for choosing this particular server and software is that, according to the World Wide Web Consortium, it is more secure than its counterparts. The Consortium is a worldwide group of representatives from more than 350 organizations that provide the infrastructure for a global interoperable World Wide Web.

According to the Consortium's published reports on its findings, Macintosh does not have a command shell, and because it does not allow remote logins, it is more secure than other platforms. The report also said the Consortium has found no specific security problems in either the software or the server.

In creating Internet-based software, we are extremely sensitive to security issues. Accordingly, each application that we create begins with several levels of security, checking not only if a person should have access to the school district intranet site, but if that authorized person has the appropriate access level to view that specific application. Without both access to the system, and high enough personal access, a visitor is denied the use of that application.

In addition, with IS3, a parent can only see their children's information, a teacher only sees his/her students, a building administrator (principal) can only see their school's students, and authorized district administrators can see multiple buildings. Each person is coded in their user file to specific buildings, students and tasks.

However, we will note that - despite the system's invulnerability - there is one threat to system security over which we have no technical control - users sharing passwords with others who should not have access. So, we urge districts that implement IS3 to stress the importance of password protection to employees who use the system.



- Irtfa ystems³
web-bast,· So thiare Wirotot,

tyssessenent

IIᵗ **Attendance**

- **Class Lists**

- **Cumulative Folders**

IIᵇ **Calendar**

- **Ei#gifiiiity**

ilk **Other Features**



About IS3     System Security    Freque Asked Questions    Contact Us

## Frequently Asked Questions

**Does IS3 require special hardware or software?**
No. InfoSystems3 runs on any platform - Mac, Windows and UNIX - and requires that a computer have Internet access. School districts using IS3 are able to use existing hardware and software, thereby avoiding costly equipment upgrades to use the system.

**Do we have to give up our current information system?**
IS3 can either replace or supplement your current system. If you want to continue to store data in your system, we simply create a new interface so that data is easier to enter or retrieve. In short, you can continue to use any parts of your current system that you choose to use.

**If we continue to use our current system, then why do we need IS3?** InfoSystems3 enables you not only to do much more with the data that you have, but to store and use additional data as well. IS3 adds search and sort capabilities you've only dreamed of until now.

**How long does it take to learn to use IS3?**
Since InfoSystems3 is an Internet-based product, you probably already have the computer skills you need to use **IS3.** If you've ever "pointed and clicked" through any Web site, you're ready to go. We simply spend a few hours with you teaching you how to navigate through the system. IS3's easy-to-use interface saves valuable time and training resources because it builds on skills most users already have.

**Can we share student information with parents?**
Because InfoSystems3 is Web-based, users- with passwords - can access information from any computer that has Internet access. This makes IS3 a great tool for communicating student information to parents. Parents can have access to their students' attendance, test scores, teacher comments and work samples.
What about student work? Can we show student work on the system? InfoSystems3 allows you to create electronic student portfolios, which parents and others with appropriate passwords can then view on their computers.

**Next**