**E-FILED**
Tuesday, 16 January, 2007  04:33:38 PM
Clerk, U.S. District Court, ILCD

**C**

```
SQL> desc stuenroll
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 START YY                                  NOT NULL VARCHAR2(2)
 SCHOOL                                    NOT NULL VARCHAR2(4)
 STUDENT ID                                NOT NULL VARCHAR2(10)
 PCC_DAT-E-                                NOT NULL DATE
 PCC CODE                                  NOT NULL VARCHAR2(3)
 GRADE                                     NOT NULL VARCHAR2(2)
 PREVIOUS_SCHOOL                                    VARCHAR2(4)
 VOTECH                                             VARCHAR2(2)
 SPECIAL ED                                         VARCHAR2(3)
 HOMEROOR                                           VARCHAR2(5)
 TUITION                                            VARCHAR2(1)
 HOME INSTR                                         VARCHAR2(I)
 DISTRICT                                  NOT NULL VARCHAR2(4)
 TRACK CODE                                         VARCHAR2(4)
 PROGCED                                            VARCHAR2(2)
 ROLLOVER                                           VARCHAR2(I)

SQL>
```

*Your STU-BASE*    S 2

```
SQL> desc students
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 LAST_NRME                                 NOT NULL VARCHAR2(50)
 FIRST_NAME                                NOT NULL VARCHAR2(32)
 MIDDLE_INIT                                        VARCHAR2(I)
 NICKNAME                                           VARCHAR2(20)
 SOC_SEC_NO                                         VARCHAR2(9)
 SEX                                       NOT NULL VARCHAR2(I)
 ETHNIC                                    NOT NULL VARCHAR2(2)
 BIRTH_DATE                                NOT NULL DATE
 CURRENT_SCHOOL                                     VARCHAR2(4)
 PREVIOUS_SCHOOL                                    VARCHAR2(4)
 NEXT_SCHOOL                                        VARCHAR2(4)
 MIDDLE_NAME                                        VARCHAR2(32)
 ADD_COMPLETED                                      VARCHAR2(3)
 GENERIC ALERT                                      VARCHAR2(1000)
 NOTES                                              VARCHAR2(1000)
 ORIGINAL_ENTRY_DATE                                DATE
 BIRTH_PLACE                                        VARCHAR2(25)
 MARITAL_STATUS                                     VARCHAR2(I)
 STU_RETENTION_FLAG                                 VARCHAR2(I)
 FOOD_SERVICE_CODE                                  VARCHAR2(I)
 GRAD_DATE                                          DATE
 CELL_NO                                            VARCHAR2(10)
 READING_RECOVERY                                   VARCHAR2(I)
 TRUANCY_PROGRAM                                    VARCHAR2(I)
 BRIDGE_PROGRAM                                     VARCHAR2(I)
 EARLY_START                                        VARCHAR2(I)
 EARLY_START_AUDIT                                  VARCHAR2(I)
 PASSED_CONSTITUTION                                VARCHAR2(I)
 PASSED CONSUMER ED                                 VARCHAR2(I)
 REA                                                VARCHAR2(I)
 REA' I                                             VARCHAR2(I)
 REA ASS ST                                         VARCHAR2(I)
 FOOD SER ICE_CODE_LSTYR                            VARCHAR2(I)
 ACT                                                VARCHAR2(I)
 PSAT                                               VARCHAR2(I)
 GPA_SCHOOL                                         VARCHAR2(4)
 GPA_YY                                             VARCHAR2(2)

SQL>
```

```
SQL> desc stu_sch
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 START_YY                                  NOT NULL VARCHAR2(2)
 STUDEKTID                                 NOT NULL VARCHAR2(10)
 SCHOOL                                    NOT NULL VARCHAR2(4)
 BUILDING                                           VARCHAR2(4)
 GRADE                                     NOT NULL VARCHAR2(2)
 HOMEROOM                                           VARCHAR2(5)
 ACTIVE                                    NOT NULL VARCHAR2(1)
 CURRICULUM                                         VARCHAR2(3)
 YR_OF_GRAD                                         VARCHAR2(4)
 SHYF                                      NOT NULL VARCHAR2(I)
 COUNSELOR                                          VARCHAR2(20)
 BUS_ROUTE_AM                                       VARCHAR2(4)
 BUS_ROUTE_PM                                       VARCHAR2(4)
 BUS_STOP_41                                        VARCHAR2(4)
 BUS_STOP_PM                                        VARCHAR2(4)
 BUS_TIME_AM                                        VARCHAR2(5)
 BUS_TIME_PM                                        VARCHAR2(5)
 BUS_DISTTON_E                                      NUMBER(4,2)
 TRARSFE                                            VARCHAR2(I)
 TRANS_AID                                          VARCHAR2(I)
 TUITION                                            VARCHAR2(I)
 SPECIAL_ED                                         VARCHAR2(3)
 TRACK                                              VARCHAR2(4)
 RANK                                               VARCHAR2(1)
 SPORTS_ELIG                                        VARCHAR2(I)
 LOCKER_NUMBER                                      VARCHAR2(5)
 LOCKER_COMBO                                       VARCHAR2(10)
 PROGCODE                                           VARCHAR2(2)
 USER_FLD1                                          VARCHAR2(10)
 USER_FLD2                                          VARCHAR2(10)
 USER_FLD3                                          VARCHAR2(10)
 USER_FLD4                                          VARCHAR2(10)
 USER_FLD5                                          VARCHAR2(10)
 CLUSRE_CODE                                        VARCHAR2(2)
 CONSEC_-A-BS                                       NUMBER(3)
 CONSEC_TDY                                         NUMBER(3)
 WALKER                                             VARCHAR2(1)
 SCOPE                                              VARCHAR2(1)
 CAR                                                VARCHAR2(I)
 DAY_CRRE                                           VARCHAR2(1)
 DAY_CARE_NAME                                      VARCHAR2(25)
 DAY_CARE_ADDR                                      VARCHAR2(40)
 DAY_CARE_ZIP                                       VARCHAR2(10)
 SORE_FI_Lb                                         VARCHAR2(255)
 HOMEROOM2                                          VARCHAR2(5)
 ROLLOVER                                           VARCHAR2(1)
 CAN_PHOTO                                          VARCHAR2(1)
 GIFDE                                              VARCHAR2(I)
 CENTURY_21                                         VARCHAR2(4)
 IMAGE_TEST                                         VARCHAR2(4)

SQL>
```




*E,rvi-LfAy* CloiN).54(1/9/v7S.
OuNIT Fiv+r)
1,- 0(1A)000 i\)6(41
46-RSE>) 0(370/
rrrliv/Z6B Th06,40

A00

RECEIVED FEB 1 9 2003



```
CONNECT STARS3/S3

REM CREATE THE STUDENT PCC FILE TABLE

CREATE TABLE PCC_FILE
        ( START_YY            VARCHAR2(2)          NOT NULL,
          SCHOOL              VARCHAR2(4)          NOT NULL,
          STUDENT_ID          VARCHAR2(10)         NOT NULL,
          PCC_DATE            DATE                 NOT NULL,
          PCC_CODE            VARCHAR2(3)          NOT NULL,
          GRADE               VARCHAR2(2)          NOT NULL,
          PREVIOUS_SCHOOL     VARCHAR2(4),
          VOTECH              VARCHAR2(2),
          SPECIAL_ED          VARCHAR2(3),
          HOMEROOM            VARCHAR2(5),
          TUITION             VARCHAR2(1),
          HOME_INSTR          VARCHAR2(1),
          DISTRICT            VARCHAR2(4)          NOT NULL,
          TRACK_CODE          VARCHAR2(4),
          PROGCODE            VARCHAR2(2),
          PCC_INFO            VARCHAR2(255)
TABLESPACE starbase
STORAGE (INITIAL 15360
        NEXT 15360
        PCTINCREASE 0);

CREATE UNIQUE INDEX PCC_FIL ON
                PCC_FILE(START_YY,SCHOOL,STUDENT_ID,PCC_DATE)
TABLESPACE starindx
STORAGE     (INITIAL 1M
        NEXT    1M
        PCTINCREASE 0);

CREATE INDEX PCC_FIL2 ON
                PCC_FILE(START_YY,STUDENT_ID)
TABLESPACE starindx
STORAGE     (INITIAL 1M
        NEXT    1M
        PCTINCREASE 0);

CREATE INDEX PCC_FIL3 ON PCC_FILE(STUDENT_ID)
TABLESPACE starindx
STORAGE     (INITIAL 1M
        NEXT    1M
        PCTINCREASE 0);

CREATE SYNONYM STARS3.PCCFILE FOR STARS3.PCC_FILE;
CREATE SYNONYM OMNIBUS.PCCFILE FOR STARS3.PCEFILE;

GRANT SELECT ON STARS3.PCC_FILE TO OMNIBUS;

COMMENT ON TABLE STARS3.PCC_FILE IS 'Daily Attendance PCC Record
(Student)';
```



```
CONNECT STARS3/S3

REM CREATE THE STUDENT BASE TABLE

CREATE TABLE STU_BASE
        ( STUDENT_ID          VARCHAR2(10)        NOT NULL,
          LAST_NAME           VARCHAR2(50)        NOT NULL,
          FIRST_NAME          VARCHAR2(32)        NOT NULL,
          MIDDLE_NAME         VARCHAR2(32),
          MIDDLE_INIT         VARCHAR2(1),
          NICKNAME            VARCHAR2(20),
          SUFFIX              VARCHAR2(4),
          SOC_SEC_NO          VARCHAR2(9),
          SEX                 VARCHAR2(1)         NOT NULL,
          ETHNIC              VARCHAR2(2)         NOT NULL,
          STUDENT_PIN         VARCHAR2(9),
          RELATION_RESIDES    VARCHAR2(10)        NOT NULL,
          RELATION_LEGAL      VARCHAR2(10)        NOT NULL,
          BIRTH_DATE          DATE                NOT NULL,
          CURRENT_SCHOOL      VARCHAR2(4),
          PREVIOUS_SCHOOL     VARCHAR2(4),
          FAMILY_CODE         VARCHAR2(10)        NOT NULL,
          NEXT_SCHOOL         VARCHAR2(4),
          ORIGINAL_ENTRY_DATE DATE,
          NOTES               VARCHAR2(1000),
          GENERIC_ALERT       VARCHAR2(1000),
          RESIDENT_SCHOOL     VARCHAR2(4),
          STATE_STU_ID        VARCHAR2(15)
TABLESPACE starbase
STORAGE (INITIAL 1M
         NEXT    1M
          PCTINCREASE 0);

CREATE UNIQUE INDEX STU_ID ON STU_BASE(STUDENT_ID)
TABLESPACE starindx
STORAGE    (INITIAL 524288
            NEXT    524288
             PCTINCREASE 0);

CREATE INDEX STU_ID2 ON STU_BASE(FAMILY_CODE)
TABLESPACE starindx
STORAGE    (INITIAL 524288
            NEXT    524288
             PCTINCREASE 0);

CREATE INDEX STU_ID3 ON STU_BASE(LAST_NAME, FIRST_NAME, STUDENT_ID)
TABLESPACE starindx
STORAGE    (INITIAL 524288
            NEXT    524288
             PCTINCREASE 0);

CREATE SYNONYM STARS3.SBASE FOR STARS3.STU_BASE;
CREATE SYNONYM OMNIBUS.SBASE FOR STARS3.STU_BASE;

GRANT SELECT ON STARS3.STU_BASE TO OMNIBUS;

COMMENT ON TABLE STARS3.STU_BASE IS 'Main Record (Student)';
```

63

```
CONNECT STARS3/S3

REM CREATE THE STUDENT_SCHOOL TABLE

CREATE TABLE STU_SCH
       ( START_YY              VARCHAR2(2)      NOT NULL,
         STUDENT_ID            VARCHAR2(10)     NOT NULL,
         SCHOOL                VARCHAR2(4)      NOT NULL,
         BUILDING              VARCHAR2(4),
         GRADE                 VARCHAR2(2)      NOT NULL,
         HOMEROOM              VARCHAR2(5),
         ACTIVE                VARCHAR2(1)      NOT NULL,
         CURRICULUM            VARCHAR2(3),
         YR_OF_GRAD            VARCHAR2(4),
         SHIFT                 VARCHAR2(1)      NOT NULL,
         COUNSELOR             VARCHAR2(20),
         BUS_ROUTE_AM          VARCHAR2(4),
         BUS_ROUTE_PM          VARCHAR2(4),
         BUS_STOP_AM           VARCHAR2(4),
         BUS_STOP_PM           VARCHAR2(4),
         BUS_TIME_AM           VARCHAR2(5),
         BUS_TIME_PM           VARCHAR2(5),
         BUS_DISTANCE          NUMBER(4,2),
         TRANSFER              VARCHAR2(1),
         TRANS_AID             VARCHAR2(1),
         TUITION               VARCHAR2(1),
         SPECIAL_ED            VARCHAR2(3),
         TRACK                 VARCHAR2(4),
         RANK                  VARCHAR2(1),
         SPORTS_ELIG           VARCHAR2(1),
         LOCKER_NUMBER         VARCHAR2(5),
         LOCKER-COMBO          VARCHAR2(1),
         PROGCODE              VARCHAR2(2),
         USER_FLD1             VARCHAR2(10),
         USER_FLD2             VARCHAR2(10),
         USER_FLD3             VARCHAR2(10),
         USER_FLD4             VARCHAR2(10),
         USER_FLD5             VARCHAR2(10),
         CLUSTER_CODE          VARCHAR2(2),
         CONSEC_N              NUMBER(3),
         CO_SEC-TDY            NUMBER(3),
         SORT_FIELD            VARCHAR2(255),
         GRADE_PROGRESSION_FLAG VARCHAR2(1),
         GRADE_PROGRESSION_DATE DATE,
         PROM_RET_REASON       VARCHAR2(2),
         GRADPROG              VARCHAR2(2),
         MIGRANT               VARCHAR2(1),
         ESOL_I                NUMBER(1),
         ESOL_N                NUMBER(1)
TABLESPACE starbase
STORAGE (INITIAL 15360
         NEXT    15360
         PCTINCREASE 0);

CREATE UNIQUE INDEX ST_SCH ON STU_SCH(START_YY,STUDENT_ID,SCHOOL)
TABLESPACE starindx
STORAGE    (INITIAL 10240
            NEXT    10240
            PCTINCREASE 0);
```