E-FILED
Tuesday, 16 January, 2007 04:34:22 PM
Clerk, U.S. District Court, ILCD

D

```
 1:
 2:    include "./VarExtract.inc";
 3:    echo '<BR><BR><CENTER><H4>Student Scheduler</H4>';
 4:    echo '<p>';
 5:    if($func == 'F' or $func=="")
 6:
 7:        echo '<TABLE>';
 8:        echo '<FORM METHOD="POST" ACTION="MOdules.php?modname='.$_REQUESTLmodname'].'&func=C">';
 9:        echo "<TD>School Year:</TD>";
10:        Scuryr=GetSysYear();
11:        $cknext="select distinct a.start_yy from course a, config b
12:                 where (a.start_yy > b.year and a.startyy < '50')";
13:        $ckdb=DBQuery($cknext);
14:        $ckyrdata=DBReturn($ckdb, $ckcnt);
15:        if($ckyrdata[1]['START_YY'] != ")
16:
17:            $curyr=$curyr + 1;
18:            $curyr=str_pad($curyr, 2, "0", str_pad_left);
19:
20:        echo "<TD>";
21:        GetSchoolYear('year',$curyr,");
22:        echo "</TD>";
23:        echo "<TR>";
24:        PrepareSchool(SessionSchool(),'midhigh');
25:        echo "</TR>";
26:        echo "<TR>";
27:        PrepareGrade(SessionSchool(Wmidhigh');
28:        echo "</TR>";
29:        echo "<TR>";
30:        echo "<TD>Schedules:</TD>";
31:        echo "<TD>Complete<INPUT TYPE=RADIO NAME=comp_part VALUE=C SIZE=1 CHECKED>";
32:        echo "Partial<INPUT TYPE=RADIO NAME=comp_part VALUE=P SIZE=1>";
33:        echo "</TD></TR>";
34:        echo "<TR>";
35:        echo "<TD>Include Cluster:</TD>";
36:        echo "<TD><INPUT TYPE=RADIO NAME=cluster VALUE=Y SIZE=1 >";
37:        echo "</TD></TR>";
38:        echo '<TR><TD>Student ID:</TD><TD><INPUT TYPE="text" NAME="a_stu" SIZE="12" VALUE=ALL MAXLENGTH=10></TD></TR>';
39:        //echo '<input type=hidden name=a_stu value =ALL>";
40:        echo '</TABLE><BR><BR>.;
41:        Buttons('Find','Reset Values');
42:        echo '</FORM>';
43:    }
44:    if($func=='C')
45:    {
46:        if($sch == ")
47:        {
48:            echo "<H4> You must enter a school to schedule.</H4>";
49:            echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUESTrmodname')."&func=F'>HERE</A> to schedule again.<BR><BR>";
50:
51:            exit();
52:        }
53:        echo "<H4> ";
54:        $dispyear=DispYear($year);
55:        $dispsch=GetSchool($sch);
56:        echo "<BR>".$dispyear."<BR>".$dispsch;
57:        if($grade == ") { echo "<BR> All Grades";
58:        else { echo "<BR>Grade - ".$grade; }
59:        if($a_stu == 'ALL')
60:        {
61:            $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";
62:            $ckdb=DBQuery($cklock);
63:            $lockdata=DBReturnNoWord($ckdb,$1kcnt);
64: //echo "<BR>sql=".$cklock;
```

```
65:            if($lockdata[1]PLOCK_DATE'] != '')
66:
67:            echo "<H4> The schedule has been locked as of ".$lockdata[1]PLOCK_DATE'].". You can
       not run the scheduler for all students.</H4>";
68:            echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
       again.<BR><BR>";
69:
70:            exit();
71:
72:
73:     if($comp_part == 'P') { echo "<BR><BR>This will schedule all partial schedules.</H4>";
74:        else {echo "<BR><BR>This will delete the schedule for the student. <BR>if 'ALL' is
       selected, all schedules will be delete.</H4>"; }
75:        echo '<FORM METHOD="POST"
       ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=S&year='.$year.'&cluster='.$cluster
76:            '&sch='.$sch.'&grade='.$grade.'&a_stu='.$a_stu.'&comp_part='.$comp_part.'">';
77:     Buttons('CONTINUE','');
78:     echo '</FORM>';
79:     echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
       again.<BR><BR>";
80:
81:    if($func=='S')
82:    {
83:        if($a_stu == 'ALL')
84:
85:            $getid="select id from sched_run where school = '$sch'";
86:            $iddb=DBQuery($getid);
87:            $iddata=DBReturn($iddb,$idcnt);
88:            $id=$iddata[1]['ID'];
89:            $getresult="select status from sched_results where id = '$id'";
90:            $resultdb=DBQuery($getresult);
91:            $resultdata=DBReturn($resultdb,$resultcnt);
92:        if($resultcnt > 0 and $resultdata[1]PSTATUS'] != 'D')
93:
94:            echo "<H4> The previous scheduling run is still scheduling. <BR>You must wait
       before running again.</H4>";
95:            echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
       again.<BR><BR>";
96:            if($s_ulevel == '999')
97:            {
98:             echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=0&sch=".$sch."&id=".$id."'>HERE</A>
       to override.<BR><BR>";
99:            }
100:
101:            exit();
102:
103:
104:     $delpri="delete sched_stu where school = '$sch'
105:                and (student_id = '$a_stu' or '$a_stu' = 'ALL')";
106:     $db=DBQuery($delpri);
107:     $delresult="delete sched_results where id = '$id'";
108:     $db=DBQuery($delresult);
109:     $delrun="delete sched_run where school = '$sch'";
110:     $db=DBQuery($delrun);
111:     if(($comp_part=='C') or ($comp_part=='P' and $a_stu != 'ALL'))
112:
113:        $delcount="select a.class_cd, a section, count(*) seatcnt
114:                  from stu_sohe a, StU_sch b
115:                  where a.start_yy = '$year'
116:                  and a.start_yy=b.start_yy
117:                  and a.school = '$sch'
```

```
118:                         and b.school=a.school
119:                         and (a.studentid = '$aLstu' or '$e_stu'     ALL')
120:                         and b.student_id(+)=a;student._id.
121:                         and (b.grade.'$grade' or '$grade' is null)
122:                         group by class_cd, section";
123:            $cntdb=DBQuery($delcount);
124:            $crsdata=DBReturnNoWord($cntdb,$cnt);
125:    //echo "<BR>sql=".$delcount;
126:            $ckforatt="select a.seq_number, b.class_cd, b.section,b.period,
127:                    b.semester,b.days,b.sub_section
128:                from stu_stc_head a, stu_stc_Xact b, stu_sche c
129:                    where a.start_yy = '$year'
130:                        and a.school = '$sch'
131:                        and a.student_id    '$a_stu'
132:                        and a.seq_number = b.seq_number
133:                        and a.start_yy = c.start_yy
134:                        and a.school = c.school
135:                        and a.student_id = c.student_id
136:                        and b.class_cd = c.class_cd
137:                        and b.section = c.section
138:                        and c.active_cd = 'A'";
139:            $attdb=DBQuery($ckforatt);
140:            $attdata=DBReturnNoWord($attdb,$attcnt);
141:           -$dt=date('d-M-y');
142:           for($a=1;$a<=$attcnt;$a++)
143:           {
144:                $sq=$attdata($al('SEQ_NUMBER');
145:                $cl=strtoupper($attdata[$a][.CLASS_CD']);
146:                $sc=$attdata.[$a]PSECTION'];
147:                $sb4attdata[$a]['SUB_SECTION'];
148:                $pd=$attdata[$a]('PERIOD');
149:                $sm=strtoupper($attdata($a]rSEMESTER']);
150:                $dy4attdata.[$a]rDAYS'l;
151:                $ckstc="select count(*) cnt from stu_stc_xact
152:                    where seq_number = '$sq'
153:                        and effective_date= '$dt'
154:                        and class_cd = '$cl'
155:                        and section = '$sc'
156:                        and sub_section = '$sb'
157:                        and period = '$pd'";
158:                $ckstcdb=DBQuery($ckstc);
159:                $ckstcdata=DBReturn($ckstcdb,$ckstccnt);
160:                if($ckstcdata[1]('CNT') == 0)
161:
162:                $insstc="insert into SP,¹_stqLitct ( SEQ_NUMBER,TRANSACTION_DATE,
163:                    TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD, SECTION,
164:                    SUB_SECTION,PERIOD,SEMESTER,PAYS)
165:                 values (.$sq';'$dt','D','$dt',•!.$C1'     sc,'$sb','Spd',.$sm','$dY9.";
166:                $insdb=DBQuery($insstc);
167:        //echo "<BR>ins=".$insstc;
168:
169:
170:    //      if($a_stu == 'ALL')
171:    //
172:                for($z=1;$z<=$cnt;$z++)
173:
174:                $cls=strtoupper($crsdata($z]['CLASS_CD']);
175:                $sect=$crsdata[$z]['SECTION'];
176:                $seats=$crsdata[$z]PSEATCNT'l;
177:                $updseat="update sect
178:                        set AVAI_SEATS = avai_seats + '$seats',
179:                            ASSI_SEATS = assi_seats—, '..$seats'
180:                        where start_yy = '$year'
181:                            and school a '$sch'
182:                            and class_cd = '$cls'
183:                            and section =:$sect'";
184:                $upddb=DBQuery($updseat);
```

```
185:                //echo "<BR>updseats=".$updseat;
186:
187:                $delsched="delete sched a where a.start_yy = '$year'
188:                            and a.school. = '$sch'
189:                            and (a.student_id = '$a_stu' or '$a_stu = 'ALL')
190:                            and a.student_id = (select b.student_id
191:                                                  from stu_sch b
192:                                                 where b.start_yy = a.start_yy
193:                                                   and b.school = a.school
194:                                                   and b.student_id = a.student_id
195:                                                   and (b.grade = '$grade' or '$grade' is null))";
196:                $db=DBQuery($delsched);
197:         //echo "<BR>sql= ".$delsched;
198:                $delmeet="delete s_meet a where a.start_yy = '$year'
199:                            and a.school = '$sch'
200:                            and (a.student_id = '$a_stu' or •'$a_stu' = 'ALL')
201:                            and a.student_id = (select b.student_id
202:                                                  from stu_sch b
203:                                                 where b.start_yy = a.start_yy
204:                                                   and b.school = a.school
205:                                                   and b.student_id = a.student_id
206:                                                   and (b.grade = '$grade' or '$grade' is null))";
207:                $db=DBQuery($delmeet);
208:     //
209:     //      elseif($cnt f= !0')
210:     //        {
211:     //              echo "<H4> The selected student is already scheduled.</H4>";
212:     //              echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
213:     //              Warehouse("footer");
214:     //              exit();
215:     //
216:
217:        $sql="SELECT ".db_seq_nextval('sps_sched_run_seq')." AS NV ".FROM_DUAL;
218:        $result=DBQuery($sgl);
219:        $row=db_fetch_row($result);
220:        $nextv=$rowPNV'l;
221:        $getcnt="select count(*) cnt
222:                  from stu_sch a
223:                 where a.start_yy = '$year'
224:                   and a...dchOol    $sch'
225:                   and (a.grade = '$grade' or '$grade' is null),
226:                   and (a.student_id = '$a_stu' or '$a_stu' =:'ALL')
227:                   and a.active in,j'A','R')";
228:        Scntdb=DBQuery($getcnt);
229:        $cntdata=DBReturn($cntdb, $cnt);
230:        $no_of_stu=Scntdata[l]PCNT'l;
231:        if($cluster!='Y') { $cluster='N'; }
232:        $insertrun='..insertlintoi4ched_run (    TYPE_OF_SCHED, SCHOOL , START_YY,
        PARTIALS_OR:SOMPLETESi'.'
233:                      TIME_LIMIT, TOT_STU, STX SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS,
        PERCENT_OVERRIDE,
234:                      .SCHOOLDAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES,
        BALANCE_BY_SEMESTER,
235:                      LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID)
236:              values
        er','N!','N','N','N','ALL',
237:                      '37581','$a_stu')";
238:        Sinsdb=DBQuery($insertrun);
239:        if($a_stu != 'ALL')
240:
241:     -$gettemp="select a.start_yy, a.school, a.student_id,, a.grade,: b.last_name, b.firstLname
242:                from stu_sch a, students b
243:               where a.start_yy = '$year'
244:                 and a.school = '$sch'
```

```
245:                      and (a.grade = '$grade' or:'$grade' is null)
246:                      and a.student_id = '$a_stu'
247:                      and a.active in ('A','R')
248:                      and a.student_id = b.student_id
249:                      order by 2";
250:            $tempdb=DBQuery($gettemp);
251:            $stxdata=DBReturn($tempdb, $stzcnt);
252:            if($stzcnt == '0')
253:
254:                echo "<H4> You entered a invalid student.</H4>";
255:                echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.";
256:
257:            exit();
258:
259:
260:        for($x=1;$x<=$stzcnt;$x++)
261:
262:            $sc=$stxdata($x]['SCHOOL'];
263:            $stu=$stxdata[$x]('STUDENT_ID'];
264:            if($grade == ") ( $grade = 'A'; )
265:            $yr=$stxdata[$x]['START_YY'];
266:            $schedstu="begin
       schedrun_setupP$sc','$yr','Sgrade','A','*',     '01','08',",              ",'ALL','$stu');end
267:            $doexec=DBQuery($schedstu);
268:
269:
270:        else
271:            {
272:            if($grade == ") { $grade = 'A';
273:            $schedstu="begin
       schedrun_setup('Ssch','$year','$grade','A',""   ,'01','05',              ,'ALL','ALL');e
       nd;";
274:            $doexec=DBQuery($schedstu);
275:
276:    //echo "<BR>".$schedstu;
277:    //echo "<BR>".$gettemp.',    cnt-'.$stzcnt;
278:        if($a_stu == 'ALL')   (echo "<a
       href=\"Modules.php?modname=Guidance/Scheduling/SkdMassDetail.php&func=R&run_id=$nextv&viewpro
       g=2\">Assign Schedules</a>\n";
279:        else ( echo "<a
       href=\"Modules.php?modname=Guidance/Scheduling/SkdMassDetail.php&func=R&run_id=$nextv&a_stu=$
       a_stu&year=$year&sch=$sch&viewprog=2\">Assign Schedule for ".
280:              $stxdata[l]['FIRST_NAME']." ".$stxdata[1]PLAST_NAME'].".</a>\n";
281:    }
282:    if($func=='0')
283:    {
284:        $upd="update sched_results
285:            set status = 'D'
286:            where id = '$id'";
287:        $db=DBQuery($upd);
288:        echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
       again.<BR><BR>";
289:    }
290:
291:    //SkdMassRun
292:
293:    if ($func=='R') (
294:
295:    include "./VarExtract.inc";
296:    ignore_user_abort(true);
297:    echo "<html>
298:    <head>";
299:    $sql="SELECT * FROM SCHED_RESULTS WHERE ID='$run_id'";
300:    $result=DBQuery($sql);
```

```
301:    $list=DBReturn($result,$count);
302:    if($list[l]['STATUS'] != 'D')
303:    {
304:        if (($count==1 && $list[l]PSTATUS']!='D')  II $viewprog!=1)
305:         echo "<meta HTTP-EQUIV=Refresh CONTENT=\"2;
        URL={$Protocol}://{$_SERVERPHTTP_HOST']}{$_SERVERPPHP_SELF'1}?modname=($_REQUESTrmodname'l
        )&viewprog=l&a_stu=$a_stu&year=$year&sch=$sch&run_id=$run_id&func=R\">\n";
306:
307:    echo "<title>Schedule Progress</title>
308:    <body>\n";
309:    if ($viewprog!=1) {
310:        session_write_close();
311:        //System Call
312:        putenv("ORACLE_HOME=/home/oracle/OraHome1");
313:        I$Command="/us;'flocal/sched/schedScript $run_icll]/dev/null 2>IdeNtrnial  VI
314:        exec("Sconmia0d)1
315:
316:        // echo $command."\n";
317:        echo "<br><br><br><center><b>Schedule run has started ...... Please wait.
        </b></center><br><br><br>";
318:    } else {
319:        echo "<center>";
320:        echo "<table width='80%' border='1'>";
321:        echo "<th>Run ID</th>";
322:        echo "<th>Percent</th>";
323:        echo "<th>Complete</th>";
324:        echo "<th>Partial</th>";
325:        echo "<th>No Requests</th>";
326:        echo "<th>Irresolvable</th>";
327:        if($list[1]['STATUS'] == 'D') {
328:         echo "<th> </th>";
329:        } else {
330:         echo "<th>Student</th>";
331:        }
332:        echo "</tr><tr><td>";
333:        echo $list[l]['ID'];
334:        echo "</td>";
335:        $totstu=$list[l]['COMPLETE'] + $list[l]['PARTIAL'] + $list[1]['NO_REQUESTS'] +
        $list[1]PIRRESOLVABLE'];
336:        if($totstu != '0')
337:
338:            $pct = 100 * ($list[l]['COMPLETE'] / $totstu);
339:            $disppct=number_format($pct,'2','.',',');
340:
341:    echo "<td>";
342:    echo $disppct;
343:    echo "</td>";
344:    echo "<td>";
345:    echo $list[1]PCOMPLETE1;
346:    echo "</td>";
347:    echo "<td>";
348:    echo $list[1]['PARTIAL'];
349:    echo "</td>";
350:    echo "<td>";
351:    echo $list[1]('NO_REQUESTS'];
352:    echo "</td>";
353:    echo "<td>";
354:    echo $list[1]['IRRESOLVABLE'];
355:    echo "</td>";
356:    echo "<td>";
357:        if($list[l]['STATUS'] == 'D') {
358:         echo "Schedule run completed";
359:          else {
360:         echo $list[l]['STUDENT_ID'];
361:
362:        echo "</td></tr>";
363:        echo "</table>";
```

```
364:
365:    if($list[1]['STATUS'] == 'D') {
366:        if($a_stu != '')
367:          $getname="SELECT LASTLNAME; FIRSTLNAME
368:                FROM STUDENTS.
369:                WHERE STUDENT_ID = "$a_stu'";
370:          $nmdb=DBQuery($getname);
371:          $namedata=DBReturn($nmdb, $cnt);
372:          $ckforatt="select count(*) cnt from stu_stc_head
373:              where start_yy    '$year'
374:                and school =
375:          $ckdb=DBQuery($ckforatt);
376:          $ckdata=DBReturn($ckdb,$cnt);
377:          if($ckdata[1]['CNT'] > 0)
378:
379:            $getseq="select seq_number from stu_stc_head
380:                where start_yy:= '$year'
381:                  and S016.0.-   $sch'
382:                  and student_id = "$a_stu'";
383:            $getdb=DBQuery($getseq);
384:            $seqdata=DBReturn($getdb,$cnt);
385:            $seq=$secidata[1]['SEQ_NUMBER'];
386:            $nextid=$seq;
387:            if($seq == '')
388:
389:              $nextsql="select stcpsequ.nextval nxtval from dual";
390:              $db=DBQuery($nextsql);
391:              $nextseq=DBReturnNoWord($db,$nxtcnt);
392:              $nextid=$nextseq(1)['NXTVAL'];
393:              $ins="insert into stu_stcLheadAseq_number, start_yy, school, student_id)
394:                values ('$nextid', '$year','$sch','$a_stu')";
395:              $insdb=DBQuery($ins);
396:
397:            $getcrs="select a.class_cd, a.section, b.sub_section, b.period,
398:                decode(c.semester,'',b.semester,c.semester) semester,
399:                deCode(c.day8,'',b.daS/b.days)• days
400:                from stu_sche a, meets b, stu_meet c
401:                where a.start_yy    '$year'
402:                  and a.school = '$sch'
403:                  and a.student_id = '$a_stu'
404:                  and: a.start_yy = b.start_yy
405:                  and a.school    b.school
406:                  and. a,class_cd = b.class_cd
407:                  and a.section = b.seCtion
408:                  and.s'.Start_yy    c.start_yy (+)
409:                       = c: school, (+)
410:                                                           (+)
411:                  and..Aplaiscd *':C,C14S-i(L94;(1"
412:                  and:,i';,.*(  ti.an
413:          $crsdb=DBQuery($getcrs);
414:          $crsdata=DBReturnNoWord($crsdb, $crscnt);
415:    //echo "<BR>getcrs=".$getcrs;
416:          for($z=1;$z<=$crscnt;$z++)
417:
418:            $cls=strtoupper($crsdata[$z]['CLASS_CD']);
419:            $sect4crsdata[$z]1'SECTION'];
420:            $subsect=$crsdata[Sz]PSUB_SECTION1;
421:            $prd=$crsdata[Sz]PPERIODI;
422:            $sem=strtoupper($crsdata[$z]['SEMESTER'));
423:            $days=$crsdata[$z]I'DAYS');
424:            $tdate=date('d-M-y');
425:            $ckins="select count(*) cnt from stu_stc_xact
426:                where seq_number    '$nextid'
427:                  and class_cd    '$cls'.
428:                  and section = '$sect'
429:                  and sub_section = '$subsect'
430:                  and period = '$prd'";
```

```
431:                    $ckdb=DBQuery($ckins);
432:                    $ckdata=DBReturn($ckdb,$ckcnt);
433:                    if($ckdata[1]['CNT'] == '0')
434:
435:                    $inssql="insert into stu_stc_xact (seq_number,transaction_date, transaction_type,
436:                            effective_date, class_cd, section, sub_section, period,semester,days)
437:                       values
       ('Snextid','$tdate','A','$tdate','$cls','$sect','$subsect','$prd','$sem','Sdays')";
438:                    $insdb=DBQuery($inssql);
439:
440:
441:    //echo "<BR>sql=".$inssql;
442:
443:          echo "<center><br /><br />Click <a
       href='Modules.php?modname=Guidance/Scheduling/Reports/SkdUnschedList.php&func=detail&last=".0
       rlencode($namedata[l]PLAST_NAME'1).
444:
       "&first=".urlencode($namedata[1]['FIRST_NAME'])..&stuid='.$a_stu.'&year='.$year.'&sch=.4sch.
445:               "'>HERE</a> to see student schedule.";
446:         echo "<BR><BR>Click on a semester to print the schedule. <A
       HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
447:               "&sch=".$sch.    "&sem_cde=01&grd=00&sort_seq=01&stu_no=".$a_stu.
448:               "&prog_step=3'> (Semester 1) </A>";
449:         echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
450:               "&sch=".$sch."&sem_cde=02&grd=00&sort_seq=01&stu_no=".$a_stu.
451:               "&prog_step=3'> (Semester 2) </A>";
452:         echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
453:               "&sch=".$sch."&sem_cde=03&grd=00&sort_seq=01&stu_no=".$a_stu.
454:               "&prog_step=3.> (All Year) </A><BR></center>";
455:         l
456:         echo "<center><br><br>Click <a
       href='Modules.php?modname=($_REQUEST['modname'])}&func=F'>HERE</a> to schedule again.</center><br
       /><br />";
457:
458:    echo "</body></html>\n";
459:
460:
461:
462:
463:
464:
465:    echo '<BR><BR>';
466:
467:    echo "</CENTER>";
468:    ?>
```

- 8 -