3

```
                  IN THE UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF ILLINOIS
                         SPRINGFIELD DIVISION



   CENTURY CONSULTANTS, LTD.,        )

       Plaintiff,

   vs.                               ) No. 03-CV-3105

   THE MILLER GROUP, INC., JOHN G. )
   MILLER, and THE SPRINGFIELD       )
   PUBLIC SCHOOL DISTRICT 186,       )

       Defendants.
```

                    The Deposition of:

                        **HENRY STUCKEY**
                      October 21, 2004
                            and
                      January 26, 2005




                  **JULIE L. BLOOME REPORTING**
                       104 Maple Street
                     Post Office Box 264
                    Raymond, Illinois 62560
                         217/229-3309

**Page 10**

1  you provide any other documents to Mr. Manson?
2  A. No, I have not.
3  Q. Did those minutes that you provided to
4  Mr. Manson have your handwritten notes or other
5  notations on them?
6  A. Some items I had highlighted, but other
7  than that, there was no other notations on them that I
8  recall.
9  Q. Some items you had highlighted?
10 A. That's correct. Just in reviewing 'em,
11 was things I remembered, because we're talking about
12 things three or four years ago.
13 Q. Did you highlight those items after you
14 received the subpoena?
15 A. No, I had back a year and a half ago when
16 this started.
17 Q. When the lawsuit started?
18 A. That's correct. I was called in and -
19 not worked with Mr. Manson - but the attorney before
20 him that passed away.
21 Q. Mr. Trapp?
22 A. That's correct.
23 Q. So you met with Mr. Trapp?
24 A. That's correct.

**Page 11**

1  Q. And was it at that time that you brought
2  with you the documents that you still had at your
3  home?
4  A. That's correct.
5  Q. Those minutes?
6  A. Yes, those at the point in time I was
7  working with the district, but since then, I have
8  retired.
9  Q. Okay. Did you bring with you to your
10 meeting with Mr. Trapp any other documents?
11 A. No.
12 Q. Okay.
13     Do you have, Mr. Shupenus, the copies of
14 the minutes which have those highlighted markings on
15 them?
16 MR. SHUPENUS: I immediately took those
17 documents, I gave them to someone on the staff. I
18 didn't see the highlight, and so they didn't photocopy
19 them, and so they'll look the same.
20 MR. HILLIARD: So you don't have the original
21 highlighted minutes?
22 MR. SHUPENUS: No, I gave them right back to
23 Mr. Stuckey.
24 MR. HILLIARD: Do you still have those

**Page 12**

1  highlighted minutes back at your home?
2  A. **Yes, I do.**
3  Q. Were there any other markings on the
4  minutes, other than your highlighted markings?
5  A. No.
6  Q. You just indicated that you retired from
7  the school district?
8  A. That's correct.
9  Q. When did you retire?
10 A. March 22, 2004.
11 Q. Was that a voluntary retirement?
12 A. Yes.
13 Q. At the time you retired, what was your
14 position at the school district?
15 A. Information Systems Director,
16 Q. How long had you held that position?
17 A. I'd been with the District since 1970. I
18 come into management in 1977 as Data Processing
19 Manager, and then my title changed over the years to
20 Director of Information Systems, and that particular
21 title I probably had the last five or six years I was
22 within the District. It was Information Systems/Data
23 Processing Director, actually.
24 Q. You started your career at the

**Page 13**

1  Springfield Public School District, though, in 1970?
2  A. That's correct.
3  Q. And what was your first position in 1970?
4  A. I was a computer operator.
5  Q. Is that akin to a programmer?
6  A. No, it's just operation of the computer.
7  Q. Okay.
8  A. Which at that time was a main frame
9  computer, which is totally different than what PCs and
10 things are now.
11 Q. Have you ever held a job in which a part
12 or all of your responsibilities were programming?
13 A. No, I have not.
14 Q. So you do not consider yourself a
15 programmer?
16 A. That's correct, I do not. I had some
17 training in college, but I have never had a position
18 as far as a programming position.
19 Q. What type of training did you have in
20 college?
21 A. Some COBAL programming beginning courses.
22 I think Fortran, one course in Fortran.
23 Q. Basic?
24 A. Yeah, basic Fortran, and that's about

Page 22

1   A. It --
2   Q. If you know.
3   A. I don't remember the exact definition in
4   the contract. From me reading the contract, because I
5   have read it a few times, I believe it was the
6   licensing of the software.
7   Q. And what did you understand the basic
8   agreement to be in - this is in 1995, or thereabouts?
9   A. Yes.
10  Q. What did you understand the basic
11  agreement to be, if it was a license?
12  A. That we had the right to use the software
13  within our school district and any of the buildings in
14  the district serving the needs of the students.
15  Q. But that the district didn't own the
16  software?
17  A. That's correct.
18  Q. Century still owned the software,
19  correct?
20  A. That's correct.
21  Q. Do you recall where there any
22  restrictions in that license agreement, whether the
23  district could disclose the program to anyone outside
24  the district?

Page 23

1   A. I believe there is a paragraph in there
2   that the software should not be given to anyone
3   outside the district.
4   Q. That was your understanding of it?
5   A. Yes.
6   Q. From the beginning, from 1995?
7   A. That's correct.
8   Q. Did that understanding ever change?
9   A. Not for me.
10  Q. Okay. Well, do you think it changed for
11  anyone else? In other words, did Century ever change
12  their contract?
13  A. We obtained a new contract, I believe, or
14  addendum to it, I don't remember exactly for sure,
15  because we upgraded from their - what we called
16  character based Star Base - which was their first
17  version up to the graphical, and at that point in
18  time, I believe there was a new contract that was
19  issued. It's either an addendum to the original, or a
20  new one, but basically, I think the wording was pretty
21  much the same.
22  Q. Do you recall approximately when that new
23  agreement was entered into?
24  A. Probably -- again, I'm just kind of

Page 24

1   guessing, '98199 time frame.
2   Q. Okay. Now, after that date, was there
3   any further agreement entered into by the school
4   district and Century?
5   A. Not agreements other than annual
6   maintenance agreements. That made sure we renewed
7   with them.
8   Q. Okay. Did the district ever enter into
9   any further agreement with Century for the licensing
10  of a web based software package?
11  A. Um, they come out and demoed it,
12  demonstrated it, and I'm trying to remember if we
13  actually -- I know that Bob come out and demoed it and
14  he put it on our machines. I believe we did get a
15  license for some user web piece of it, and again, that
16  would probably be in 2000, somewhere around 2000/2001
17  time frame --
18  Q. Okay.
19  A. -- that it could be used on a certain
20  number of computers and so on.
21  MR. HILLIARD: I'll ask you to mark that,
22  please.
23  (Whereupon Stuckey Exhibit 2
24  was marked for identification.)

Page 25

1   A. And at that time, Century had different
2   representatives. I worked with Bob somebody, I think
3   it was Ann and John, I do not remember last names,
4   that was in the sales area for Century.
5   Q. Okay. I'm showing you what's been marked
6   as Stuckey 2 for identification.
7   A. Yes.
8   Q. Do you recognize Stuckey 2?
9   A. Yes, I do.
10  Q. Can you tell us what it is?
11  A. Yes, it's a license for the leasing of
12  the license for the web based software,
13  Q. For Star_Base?
14  A. That's correct.
15  Q. And is that your signatures on the first
16  page?
17  A. Yes, it is.
18  Q. So, am I correct that you were authorized
19  to enter into this agreement by the school district?
20  A. Yes, I was.
21  Q. And did you sign it on or about February
22  19, 2001?
23  A. That's correct.
24  Q. Did you read it before it was signed?

**26**

A. As well as I could, plus it was sent to our district attorney to have it reviewed.

Q. Who was that?

A. I think it's Eric Grenzebach, the district attorney.

Q. Okay.

A. But at least it was given to Mike Holinga, who was actually at that point in time, Chief Information Officer for the district, and I was told it was taken to attorneys, and then sent back to me, so I assume it was.

Q. Okay. You didn't make the decision to sign this, correct?

A. No.

Q. You were told that it was acceptable to the district?

A. Yes.

Q. And that you were authorized to sign it?

A. Yes.

Q. Now, I believe you just mentioned that you recall an initial license agreement in 1995?

A. That's correct.

Q. And then I believe you said that you thought there was a second license agreement, and I

**27**

think you said it was somewhere around 1999?

A. I believe for the graphical when we first - because we went three phases with Star_Base: Characters, the graphical, and then the web piece they was working on.

Q. Now, the document you're looking at, Stuckey 2, is that the web license agreement?

A. Let me make sure.

Q. Or the graphical?

A. I believe this is the web. It also has it right on there.

Q. Now, since you signed this agreement, does that lead you to believe that the school district in fact did license -- did receive a license to use the web based Star_Base package?

A. Yes.

Q. Okay. Was it in fact installed?

A. Yes, it was.

Q. Okay. And you believe there were two earlier license agreements?

A. That's correct.

Q. All right. Do you have any reason to think that the terms of the license agreement running from pages two through six of Stuckey 2 were any

**28**

different in the earlier license agreements?

A. Without having another one here, it's hard to say. I mean, it looks different just the way it's laid out, but I think it pretty much had the same paragraphs in them.

Q. A few minutes ago I asked you if there were any provisions in the license agreement you recalled from 1995 which govern the use by the district of the software package, and you testified that you recall some language that restricted the district's ability to disclose the software to third parties, correct?

A. That's correct.

Q. Do you see any provision in this agreement consistent with your recollection of what was contained in that original agreement?

MR. SHUPENUS: I'm going to object to the extent it calls for a legal conclusion. Go ahead and answer.

A. I can go ahead and answer it?

Q. Yes, you can. Yes. I'm sorry.

A. Yes, in the confidentiality portion of it.

Q. Where are you?

**29**

A. On page 2.

Q. Paragraph eight?

A. That's correct.

Q. Okay. That paragraph which begins with the heading "Confidentiality?"

A. That's correct.

Q. Do you believe that that provision or a similar provision was in all of the license agreements that were entered into between the district and Century?

A. All the ones I seen it was, yes.

Q. Did you sign any of the other ones?

A. The original ones, I believe the superintendent signed. But I did the amended ones.

Q. You did the graphical one?

A. Yes.

Q. And as we can see here, you signed the web one?

A. Yeah, and I think I did the graphical one, but again, Doctor Hill may have, I don't have copies --

Q. Okay. At the time that Star_Base was first installed in 1995 at the district, you were the Information Systems Director, correct?

**Page 46**

Q. And was that possible with Star_Base as it existed at the time?

A. Not as it existed at the time.

Q. All right. But were -- did you understand that was going to be?

A. We --

Q. going to change in terms of what Star_Base could offer?

A. Yes, because I knew they was working on a web piece where they would be able to do that. The only thing that still bothered the district, again, they was developing mainly for PCs, and everything, again, would not run with the Macs.

Q. Got it. Did you express any opinion about whether the district should be working with the Miller Group to develop a new information system?

A. Yes.

Q. And what was that opinion?

A. Well, I think my opinion to them is that they needed to check the contract out to make sure we could do that with the clauses that was in our contract.

Q. In what contract?

A. In our

**Page 47**

Q. Century's license agreement?

A. That's correct.

Q. You had some doubts about that?

A. Yes, I did.

Q. And why did you have those doubts?

A. Because I knew they was working, letting The Miller Group dial in to our District and looking at software, and with Brent being over there doing the same, I thought it might be a problem with that.

Q. How do you know that the district was letting The Miller Group dial in?

A. Because we had a connection, or they had a connection over to our servers.

Q. So you knew that there was a direct connection between the Miller Group's offices, they were able to dial up into District 186's server?

A. That's correct.

Q. On which Star-Base's programs and source code resided?

A. That's correct.

Q. And that dial-up capability existed during a period of time when Mr. Qualls was physically working over at the Miller Group's offices?

A. That's correct. Really, initially, I

**Page 48**

believe it was a dial up, but then as time went along, they had a fiber connection to the district, so they didn't dial up. It was - I don't know if it was a T1 line that --

Q. So it was all cable connectivity?

A. Cable connectivity, at least the last year or two.

Q. Okay. Were you aware of whether the Miller Group presented any type of written proposal to develop a new information system for the district?

A. No, I was not. I have never seen anything in writing from Miller, as far as the contract.

Q. Okay. Let me ask you to look at Miller 11.

A. (Witness so doing.)

Q. Have you ever seen Miller 11, Mr. Stuckey?

A. No, I have not.

Q. There is a reference - I understand you haven't seen the document before - but there is a reference in the document, there is a bullet point about half way down the second page of the exhibit which says, quote, use existing data structures,

**Page 49**

Star_Base. Do you recall any internal discussions within the district on the subject of asking or requiring The Miller Group to use Star-Base's data structures for the development of the new information system?

A. Not that I was involved in.

Q. Okay. You never heard that subject come up?

A. No.

Q. Does --

A. I have brought up the subject that I was concerned with what they was doing. I thought they was doing that, and that was my whole objection to what was going on.

Q. Okay. I'm now showing you a document which was marked as Miller 5. Have you ever seen Miller 5?

A. No, I have not.

Q. Were you aware that The Miller Group had entered into a written contract with the district?

A. Yes, I was.

Q. You just had never seen the actual contract?

A. That's correct.

**Page 54**

and me at one point in time, and then we also met with the superintendent, and each time after the initial meeting, we had given them a copy, we was told that it was looked at, and it would not be a problem.

Q. Okay. Tell me what you recall about this subject coming up at the Information Systems Task Force meetings. Did it come up more than once?

A. I believe so, yes.

Q. And did -- were you the one bringing it up?

A. Generally, yes.

Q. Okay. Did anyone at these meetings echo your concerns?

A. Agnes probably did, once or twice.

Q. Okay. Anyone else?

A. I don't know if any of the schools did, because I don't think they realized what was involved in it. I think that's probably the areas, the ones that was initially bringing it up.

Q. Was Mr. Holinga a regular attendee of these Information Systems Task Force meetings?

A. Yes, he was.

Q. And Ms. Nunn was?

A. Yes.

**Page 55**

Q. And was Mr. Miller himself at these meetings?

A. Yes.

Q. Do you recall Mr. Miller being present at any of the meetings during which you raised concerns over the impact the work with the Miller Group might have on your license agreement with Century?

A. I'm sure he was, because he was at most of the Information Task Force meetings.

Q. Okay. Did he ever speak up on that subject?

A. No, not that I recall.

Q. Did any attorney ever come to any of those Information Systems Task Force meetings?

A. No.

MR. HILLIARD: Let's take five minutes.

(Whereupon at this point in the proceedings, a five minute break was taken.)

MR. HILLIARD: Would you read back the last question, please?

(Whereupon the requested portion of the record was read by the Court Reporter.)

**Page 56**

A. If there was an attorney present, I was not aware of it.

Q. Did you ever learn that any attorney had rendered any opinion concerning the appropriateness of the actions being taken by the district in connection with the Miller Group?

A. No, I did not.

Q. And you never saw anything in writing, I take it?

A. That's correct.

Q. So as you sit here today, you don't know whether the district ever even sought legal advice concerning the appropriateness of its actions in working with the Miller Group on the license agreement with Century?

A. That's correct, other than me being told by Doctor Hill and Mike Holinga that they had. I never seen anything in writing.

Q. You were told by Mr. Holinga and Dr. Hill that they had sought advice?

A. That they had sought advice and said it wasn't a problem.

Q. Okay. You also mentioned that in a meeting with Mr. Holinga and Ms. Nunn you gave Mr.

**Page 57**

Holinga a copy of the Century license agreement, correct?

A. That's correct.

Q. And do you know if this was the first time he was ever seeing the license agreement?

A. I do not know that for sure, no.

Q. Okay. In other words, did he say to you, I wasn't aware of this, or...

A. No, he did not.

Q. Okay. Do you recall when you showed him a copy of the license agreement? Was it fairly early on in the work between the Miller Group and the district?

A. Yes, probably late '98, early 1999.

Q. What role, if any, did you have in the work that the Miller Group was doing on this new information system for District 186?

A. As far as programming and what they was doing, I didn't have any input. I didn't have anything to do with that. I did when they got things developed, if it was sent out to the buildings to test or to use, I was involved in that end of it.

Q. Who, if anyone, at the district was supervising the Miller Group's work?

**58**

A. Mike Holinga.
Q. Okay. You were not?
A. That's correct.
Q. How do you know it was Mr. Holinga who was supervising the Miller Group's work?
A. Because he was the one that met with them at least once or more a week. They held weekly or twice a week meetings with the Miller Group.
Q. Were you part of those meetings?
A. Once in awhile I would be, not very often, though.
Q. Was anyone else within your departments part of those regular meetings between Mr. Holinga and the Miller Group?
A. Brent Qualls.
Q. He was?
A. Yes.
Q. And do you know why Mr. Qualls was regularly involved in those meetings and not you?
A. Because he was over working in the Miller Group's office.
Q. But at that time Mr. Qualls was still reporting to you, correct?
A. About half and half, because about the

**59**

same time all this was going on, like I said, I was involved in the financial accounting package, because we had to get that up and running by January 1 of 2000. We purchased a package from another software company, and I think it was in late '98 or early part of '99, so we had to complete conversion on that to get it up and running. One, I didn't have a lot of time to be involved in it, and two, Brent was working with him on that, and Mike was kind of -- signed the contract with him, and whatever they had, you know, set up.
Q. Was anyone else. other than Mr. Qualls, anyone working in your department, other than Mr. Qualls, involved in these regular meetings between Mr. Holinga and the Miller Group?
A. No, not regular meetings. Mr. Williams would be involved once in a while. I don't recall him really ever attending any meetings. He did go over there two or three times to have them show him a few things on the language they was using in developing the software, but most of that he took a book and learned it and worked from our office in doing some things.
Q. You say took a book and learned it. Took

**60**

a book and learned what?
A. PHP.
Q. That's the computing language used?
A. Yes, initially, it was Tango, and then they found out that was -- response time was like a minute, minute and a half on the screen, and it had a lot of overhead problems, and they switched to what's called PHP.
Q. And Mr. Williams was not conversant in PHP?
A. He wasn't originally, but he went over there a few times initially to see how it operated, and they gave him a book on that, and he learned most of how to do it just from the book.
Q. What about Mr. Qualls? Was he conversant in PHP before --
A. Not before.
Q. -- the Miller Group started its work?
A. That's correct.
Q. So he had to be trained also?
A. That's correct.
Q. Do you know who trained him?
A. I think Mr. Miller did. He originally was going over to the Miller Group for two or three

**61**

months for training, and was going to come back to our office, but he ended up in there at least right at two years, I believe.
Q. Okay. Now, Mr. Qualls was a school district employee, correct?
A. That's correct.
Q. And during the period of time that he physically worked over at the Miller Group's offices, do you know whether or not he continued to be paid by the district?
A. Yes, he did.
Q. Mr Miller wasn't paying him?
A. No.
Q. Do you know why it was necessary -- strikes that. Do you know why Mr. Qualls was spending all of this time over at the Miller Group's offices working on this project?
A. I think initially to help them understand what was in Star_Base, and then as time went along, they wanted to get more and more done, so he was another hand to help them do that.
Q. Didn't the Miller Group have its own programmers?
A. Yes, they did.

**174**

1  THE WITNESS: Yes, if I could.
2  MR. HILLIARD: All right. So you're going to
3  sign it then.
4  (Time concluded: 6:15 p.m.)

**175**

### CERTIFICATE

3  I, JULIE L. BLOOME, Certified Shorthand
4  Reporter of the State of Illinois, do hereby certify
5  that prior to the taking of the deposition herein, and
6  on the 26th day of January, 2005, the deponent HENRY
7  STUCKEY was, *by me,* sworn to testify to the truth in
8  relation to the matter in controversy herein. That on
9  said date the foregoing deposition was taken down in
10 shorthand by me and afterwards reduced to typewritten
11 form by me, and that the foregoing transcript contains
12 a true and accurate translation of all such shorthand
13 notes.

15 Dated at Raymond, Illinois, this 1st day of
16 February A.D., 2005.

21                        4L.A/114/    /s/
22                    Julie L. Bloome
                /Certified Shorthand Reporter

**176**

### DEPONENT'S SIGNATURE PAGE

2  I, HENRY STUCKEY, do hereby state that I have
3  read the foregoing transcript of my deposition taken
   on October 21, 2004, AND January 26, 2005, and that it
   is true and correct except as may be noted below :

5  Page  Line         Should Be     Reason

14 WITNESS: _____
               Henry Stuckey
16 I certify that this deposition was signed in
   my presence by Henry Stuckey on the _____ day of
   _____ A.D., 2005.
17 IN WITNESS WHEREOF, I have hereunto set my
18 hand and affixed my notarial seal on this _____ day
   of _____, A.D., 2005.

21         _____
                  NOTARY PUBLIC

22 (REPORTER'S NOTE: This Signature Page, *once* executed,
   will be forwarded to the Court Reporter.)