**E-FILED**
Tuesday, 16 January, 2007  04:36:02 PM
Clerk, U.S. District Court, ILCD

4

```
                                                                 1
               IN THE UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
                       SPRINGFIELD DIVISION




     CENTURY CONSULTANTS, LTD.,         )
                                        )
         Plaintiff,                     )
                                        )
     vs.                                ) No.  03-CV-3105
                                        )
     THE MILLER GROUP, INC., JOHN G.    )
     MILLER, and THE SPRINGFIELD        )
     PUBLIC SCHOOL DISTRICT 186,        )
                                        )
         Defendants.                    )
```

                        The Deposition of:

                            BRENT QUALLS
                          January 26, 2005


                     JULIE L. BLOOME REPORTING
                         104 Maple Street
                       Post Office Box 264
                     Raymond, Illinois 62560
                           217/229-3309
                   jlbreporting@consolidated.net

## Page 30

Q. Did you review your resume before you came here?
A. No.
Q. What were you hired to do at District 186?
A. Program.
Q. You were hired as a programmer?
A. My official title was Systems Programmer.
Q. Did you work in a particular department?
A. Yes.
Q. What was that department?
A. The data processing department.
Q. Okay. To whom did you report at that time?
A. Henry Stuckey.
Q. Were there other people working alongside you as a systems programmer? Were there other systems programmers?
A. Dave Williams,
Q. Okay. Anyone else?
A. Larry Morey.
Q. Anyone else?
A. No.
Q. What did you do as a systems programmer

## Page 31

when you were first hired? Generally, what were your job responsibilities?
A. Just programming new systems that might come along, maintenance of existing --
Q. The title systems programmer implies that there is a system or systems. What system or systems were in place at that time?
A. Its just a title. There wasn't a system, per se, that I programmed on.
Q. Was the district operating at that time under some type of main frame system?
A. Yes.
Q. You are still employed today by District 186, correct?
A. Yes.
Q. What is your title today?
A. Director of Information Systems.
Q. Is that the position that was held at one time by Mr. Stuckey?
A. Yes.
Q. Did you succeed Mr. Stuckey?
A. Yes.
Q. When did you succeed him?
A. When he retired in March of 2003.

## Page 32

Q. So you have held that position now for almost two years, correct?
A. I think that date's wrong.
Q. 2004?
A. I think it was 2004, yes.
Q. All right. It's almost a year now?
A. Yes.
Q. All right. Have you held any other positions, other than systems programmer when you started in 1995 and the position you hold today, Director of Information Systems?
A. Yes.
Q. Can you take me through the chronology of what positions you have held since you were first hired, leading up to the position you hold today as Director of Information Systems?
A. There were two. Systems Analyst, and Co-director of Information Systems.
Q. So you went from Systems Programmer to Systems Analyst, correct?
A. Yes.
Q. When did that change occur?
A. Approximately, '89.
Q. And did your direct report stay the same?

## Page 33

Were you still reporting to Mr. Stuckey?
A. Yes.
Q. What, if anything, were you doing differently as a Systems Analyst from what you had been doing as a Systems Programmer?
A. Nothing.
Q. Title change, right?
A. Yes.
Q. So you scratched your head when it happened, right?
A. No, that was my that was my -- I was doing the same work. The other two were systems analysts.
Q. The other two meaning Mr. Williams and Mr. Morey?
A. Yes.
Q. All right. So they also became Systems Analysts?
A. They were already Systems Analysts, and we all basically did the same thing.
Q. So you joined them. All right. And then your position changed again, or your title changed again, from Systems Analyst to -- what did you say? I'm sorry.

Page 58

1  A. Yes.
2  Q. He liked it?
3  A. Yes.
4  Q. Based on what you talked about with Mr.
5  Stuckey?
6  A. Yes.
7  Q. Generally, the department was pleased?
8  A. Most, yes.
9  Q. Most. Is there 7anyone who wasn't
10 pleased?
11 A. Larry Morey.
12 Q. Larry Morey wasn't?
13 A. Yes.
14 Q. Do you know why Mr. Morey didn't like it?
15 A. He couldn't understand the programming
16 language.
17 Q. The PLSQL language?
18 A. Yes.
19 Q. Is that because he wasn't trained in it?
20 A. No.
21 Q. Now, we started to discuss this earlier,
22 but as you understood the way Star_Base was
23 structured, there were different applications, one to
24 handle reporting of grades, correct?

Page 59

1  A. Yes.
2  Q. One to handle medical issues with
3  students, correct?
4  A. Yes.
5  Q. There was a demographics module, correct?
6  A. Yes.
7  Q. And there was something called a
8  scheduler, correct?
9  A. Yes.
10 Q. What did the scheduling module of
11 Star_Base do?
12 A. Scheduled students in courses.
13 Q. If you were to explain it to me as if I
14 had no idea of what this module did, and you had to
15 explain it to me in a few sentences, as if you were
16 trying to sell me a scheduler module, how would you
17 explain what it did?
18 A. A student would request a specific
19 course, an example being a English course, and a
20 science course, and a history course, and the
21 scheduler would put them in to specific classes with
22 teachers.
23 Q. Okay. And was the scheduling module that
24 the software set up to prevent course conflicts for a

Page 60

1  particular student?
2  A. Not prevent, but it would list those
3  conflicts.
4  Q. Keep them from scheduling courses in the
5  same time slot, for example?
6  A. Yes.
7  Q. So there was an algorithm within the
8  software that would guard against a student selecting
9  two different courses in the same time slot, correct?
10 A. Yes.
11 Q. And I take it there were other algorithms
12 within the software that were designed to prevent
13 other conflicts in course scheduling, correct?
14 A. I don't know.
15 Q. Well, were you familiar with the
16 software?
17 A. Some.
18 Q. Did you ever see the source code for the
19 program, for the scheduler?
20 A. Uh, ever?
21 Q. Yes.
22 A. Yes.
23 Q. Did you see it back when it was first
24 installed?

Page 61

1  A. No.
2  Q. When did you first see it?
3  A. (Pause.) Around 2001.
4  Q. Was the first time you ever saw the
5  source code, the actual code for the scheduler program
6  within Star_Base?
7  A. Yes.
8  Q. Okay. Why were you seeing it in 2001?
9  A. Um, wanted to see what the scheduler
10 looked like, how it worked.
11 Q. Just out of curiosity, or was there some
12 purpose as to why you were looking at it?
13 A. We needed a scheduler.
14 Q. You already had a scheduler, right, you
15 had Star_Base?
16 A. Yes.
17 Q. Okay. So why were you looking at it?
18 A. For development of our system.
19 Q. The new system?
20 A. Yes.
21 Q. And this was the system that you were
22 developing with another outside company called The
23 Miller Group, correct?
24 A. Yes.

**Page 106**

1. Choat testified that its his handwriting on these
2. documents?
3.     A. No.
4.     Q. And why would that not surprise you?
5.     MR. SHUPENUS: Same objection. Answer if you
6. can.
7.     A. Because he had a list of this. He had
8. this list.
9. BY MR. HILLIARD:
10.     Q. Okay. And do you know what, if anything,
11. Doctor Choat was doing with these lists?
12.     A. He was looking at data in the tables.
13.     Q. You mentioned a few minutes ago that you
14. were also personally involved in addressing phone
15. calls, I think you referred it, from calls at people
16. from the Miller Group with questions related to what
17. they were working on for the District, correct?
18.     A. Yes.
19.     Q. Okay. What did you mean by that? What
20. calls were you getting?
21.     A. At that time --
22.     Q. Uh-huh.
23.     A. -- calls regarding table changes or
24. creation of new tables within the oracle database.

**Page 107**

1.     Q. Were you fielding those calls?
2.     A. Some of them.
3.     Q. Were you addressing any issues with them
4. other than the tables?
5.     A. Yes.
6.     Q. What were you addressing?
7.     A. SQL questions.
8.     Q. From whom would you get these phone
9. calls?
10.     A. Doctor Choat.
11.     Q. Anyone else?
12.     A. Not that I recall.
13.     Q. Do you know whether the Miller Group
14. hired any programmers to work on this project, on the
15. Miller Group's end, the web interface project?
16.     A. At that time?
17.     Q. At that time.
18.     A. No.
19.     Q. All right. Do you know whether the
20. Miller Group eventually hired some programmers to do
21. something?
22.     A. Yes.
23.     Q. Who was hired?
24.     A. Doctor Choat was.

**Page 108**

1.     Q. Anyone else?
2.     A. Yes.
3.     Q. Who else?
4.     A. Michael David.
5.     Q. Uh-huh.
6.     A. And Kent Boreclry,
7.     Q. They are both programmers?
8.     A. Yes.
9.     Q. Do you know what they were working on?
10.     A. No, I didn't -- no.
11.     Q. Did the Miller Group's work at some point
12. expand beyond simply developing a web interface?
13.     A. Not that I know of.
14.     Q. Okay. Was the web interface software
15. written in a particular language?
16.     A. Yes.
17.     Q. What was it?
18.     A. Originally, a program called Tango.
19.     Q. Okay. And then?
20.     A. PHP.
21.     Q. How much time did you spend working with
22. the Miller Group on the web interface project?
23.     A. From beginning to end?
24.     Q. Yeah.

**Page 109**

1.     A. I wouldn't have any idea. Time regarding
2. how many hours or...
3.     Q. Yeah.
4.     A. I wouldn't have any idea.
5.     Q. Did you spend a lot of time working on
6. it?
7.     A. Yes.
8.     Q. Were you working exclusively on this for
9. at least a period of time?
10.     A. No.
11.     Q. You still had other responsibilities?
12.     A. Yes.
13.     Q. Was there a period of time when you were
14. actually physically working over at the Miller Group's
15. offices?
16.     A. Yes.
17.     Q. What period of time were you physically
18. over there working at the Miller Group's offices?
19.     A. November, late November of 2000, to
20. August of 2002.
21.     Q. So almost two full years, correct?
22.     A. Correct.
23.     Q. And during that nearly two year period,
24. were you going over to the Miller Group's offices

**Page 110**

1  virtually every day?
2  A. Yes.
3  Q. So you worked almost exclusively on this
4  project with the Miller Group for nearly a two year
5  period; is that correct?
6  A. Not exclusively.
7  Q. Nearly exclusively, though?
8  A. Depends on what you mean by "nearly."
9  Q. Okay. Well, what else were you working
10 on?
11 A. Well, I still had responsibilities
12 regarding other systems.
13 Q. Okay. Were you dealing with those
14 responsibilities while you were physically over at the
15 Miller Group's offices?
16 A. Yes.
17 Q. Why was it necessary for you to be over
18 at the Miller Group's offices?
19 A. To learn how to write the interface.
20 Q. Okay. You wrote code for the interface?
21 A. Yes.
22 Q. And you were trained in PHP to do that?
23 A. Yes.
24 Q. Who trained you?

**Page 111**

1  A. Hmmm... Doctor Choat, Michael David.
2  Q. What programs were you writing over at
3  the Miller Group? Describe for me what you were
4  doing. What did this web interface involve?
5  A. Well, it would be designing screens that
6  would allow our users to input, retrieve, delete; data
7  manipulation and lists, reports.
8  Q. Okay. Were you writing new programs for
9  functions like scheduling, grade reports, attendance?
10 A. Yes.
11 Q. Okay. Were you doing that?
12 A. Yes.
13 Q. Were others at the Miller Group also
14 doing that?
15 A. I don't know what the others at the
16 Miller Group were doing. I didn't direct them or
17 anything.
18 Q. Well, I'm not asking if you directed
19 them, I'm just asking you if you were aware of whether
20 they were doing anything in terms of writing programs
21 for the interface.
22 A. Yes.
23 Q. Mr. Borecky and Mr. David, for example?
24 A. Yes.

**Page 112**

1  Q. They were writing programs along with
2  you?
3  A. With which interface?
4  Q. The web interface.
5  A. Which web interface?
6  Q. Well, which — I'm sorry. I don't
7  understand what you're asking me. There was more than
8  one web interface?
9  A. Miller had more than one client.
10 Q. What other clients are you referring to?
11 A. I don't know.
12 Q. Other school districts?
13 A. Yes.
14 Q. Okay. So you were working on -- were you
15 working on writing programs for other school
16 districts?
17 A. No.
18 Q. His people were, though?
19 A. Yes.
20 Q. Okay. Now, when you were over at the
21 Miller Group's offices, I take it, you had some
22 connection to the server back at District 186; is that
23 correct?
24 A. Yes.

**Page 113**

1  Q. And you were able to -- what type of
2  connection was it, first of all?
3  A. It was a direct connection, meaning it
4  was a T 1.
5  Q. T1 line?
6  A. Yes.
7  Q. And so you were able to dial in to the
8  unix server, and basically get anything you needed
9  from the District while you were working over at the
10 Miller Group's offices, correct?
11 A. Not dial in.
12 Q. Well, I know what you're saying. Yeah,
13 right. You were able to connect?
14 A. Yes.
15 Q. Okay. And was anyone else at the Miller
16 Group able to connect?
17 A. Yes.
18 Q. Who at the Miller Group was able to
19 connect?
20 A. I know Doctor Choat could.
21 Q. In the same fashion you could? He could
22 connect the same way you could?
23 A. No.
24 Q. Okay. What was -- what differences were

### Page 114

there?
A. He didn't have the same passwords that I had.
Q. Okay. What -- but Doctor Choat could dial in to the -- "dial" in, I'm sorry. Could connect to the unix server?
A. Yes.
Q. And what information did Doctor Choat have access to that you were aware of?
A. He could get a SQL prompt.
Q. Okay. Did he have access to the database structures?
A. Yes.
Q. Did he have access to the source code for Star_Base?
A. Could have.
Q. Why do you say "could have?" He did?
A. Yes.
Q. Okay. So if Doctor Choat wanted to see the Star_Base source code, he could do it?
A. Yes.
Q. Okay. And as far as you knew, could any of the other programmers at the Miller Group have access to the source code in the same fashion Doctor

### Page 115

Choat did?
A. I don't know of all of them.
Q. In other words, you're not sure what restrictions Miller placed on his own employees?
A. That's correct.
Q. But if Doctor Choat had access as you just testified, he could certainly have had anybody else within the Miller Group come sit in his chair and have them -- and view whatever was on the screen if he wanted to, right?
A. Yes.
Q. Including Mr. Miller himself, right?
A. Yes.
Q. And while you were working over at the Miller Group's offices with that connection to the unix server, am I correct that you were aware that The Miller Group was developing a student administration software package to sell to other school districts? You knew that, correct?
A. Yes.
Q. Okay. Did you ever assist The Miller Group in any way in developing that software other than the web interface that you were working on with District 186s system?

### Page 116

A. No.
Q. Did you ever assist him in writing a scheduler?
A. No.
Q. Did you have an understanding of what he was calling his product that he was selling to other school districts?
MR. SHUPENUS: Objection. Vague. And it's not limited to a time. If you know, you can answer.
MR. HILLIARD: Okay. I'll cut through this.
BY MR. HILLIARD:
Q. You've heard the terms InfoSystems 3, or IS3 for short?
A. Yes.
Q. Did you understand that was the name of what he was selling to other school districts?
MR. SHUPENUS: Same objection.
MR. HILLIARD: Sure.
A. Depends on the time frame.
BY MR. HILLIARD:
Q. Okay. Initially that was not the case?
A. Correct.
Q. All right. You didn't call it IS3 within the school district, did you?

### Page 117

MR. SHUPENUS: Same objection.
A. Maybe. I don't recall.
BY MR. HILLIARD:
Q. I've heard the term -- I've heard of the more generic term "SIS."
A. Yes.
Q. Right. What is SIS?
A. Student information system.
Q. Is that what you typically referred to it as, the SIS?
A. I typically referred to it as Infosys or InfoSystem.
Q. InfoSystem. Okay. InfoSystem 3?
A. No.
Q. Do you know why Mr. Miller used the term three, used the term InfoSystems 3?
A. At what time?
Q. All right. Maybe I should pinpoint the time. At some point he decided on a name for the product. Is that fair to say?
A. Yes.
Q. Do you recall when he decided on the name?
A. No.

**Page 126**

1  anything in writing?
2     A. No.
3     Q. Do you know for a fact that there was any
4  consultation with counsel other than what you were
5  told?
6     A. No.
7     Q. Because you weren't part of that contact,
8  if it occurred with counsel, correct?
9     A. Correct.
10    Q. Do you recall that subject ever coming up
11 again after that?
12    MR. SHUPENUS: I'm going to object. Vague.
13    MR. HILLIARD: Do you want me to be clear on
14 that?
15    MR. SHUPENUS: Yeah, please.
16 BY MR. HILLIARD:
17    Q. The subject being the impact, if any, of
18 the district's work with the Miller Group on the
19 Century, District 186 license agreement. After you
20 learned that it had been shown to counsel or discussed
21 with counsel, and counsel said it was all right, after
22 that, do you recall the subject ever coming up again?
23    MR. SHUPENUS: Outside of conversations with
24 lawyers.

**Page 127**

1     MR. HILLIARD: With --
2     MR. SHUPENUS: Lawyers.
3     MR. HILLIARD: Well --
4     MR. SHUPENUS: With District 186's lawyers.
5  BY MR. HILLIARD:
6     Q. Yeah, I'm not asking you whether you
7  talked about it in the context of this lawsuit. I'm
8  asking you, did it ever come up again?
9     A. In a meeting?
10    Q. In a meeting or in conversations with
11 anyone at the district.
12    A. In conversations --
13    Q. Or did it die right there? I mean, was
14 that the last you heard of that issue?
15    A. That is not.
16    Q. That is not the last you heard of it?
17    A. No.
18    Q. What happened next? When was the next
19 time you heard about this?
20    A. From what I remember, Henry was going to
21 take and speak with Agnes Nunn about it, and then they
22 were going to talk to Doctor Hill or Mike Holinga
23 again.
24    Q. Okay. Do you know why this was being

**Page 128**

1  discussed again if you had already learned that the
2  district had consulted with counsel and counsel had
3  given an opinion that there was nothing wrong? Why
4  was it coming up again?
5     A. Henry didn't agree with what they said.
6     Q. So he still expressed a continuing
7  concern?
8     A. Yes.
9     Q. All right. Were you concerned?
10    MR. SHUPENUS: Objection. Vague. But answer
11 if you can.
12    A. I don't remember.
13 BY MR. HILLIARD:
14    Q. Okay. You don't remember?
15    A. No.
16    Q. Uh-huh. Do you know if Mr. Stuckey
17 talked with Ms. Nunn?
18    A. No, I do not.
19    Q. You weren't present for any such
20 conversation?
21    A. That's correct.
22    Q. Did Mr. Stuckey report back to you that
23 he had talked with Ms. Nunn?
24    A. I don't remember.

**Page 129**

1     Q. Or anyone else about that?
2     A. Or anyone --
3     Q. Or anyone else about that subject. In
4  other words, you knew that Mr. Stuckey said I'm going
5  to talk about it with Ms. Nunn, but you weren't part
6  of that conversation, if it even occurred, and you
7  said Mr. Stuckey didn't report back to you on
8  anything?
9     A. That's correct.
10    Q. Did anyone else report back to you on
11 anything?
12    MR. SHUPENUS: Objection. Vague. Go ahead
13 and answer.
14    A. Yeah, I don't recall.
15 BY MR. HILLIARD:
16    Q. Okay. Do you recall the subject coming
17 up again?
18    A. No.
19    Q. Okay. Now, was all of this happening
20 before -- these discussions you just referred to, the
21 last of which was with Mr. Stuckey when he said he was
22 going to talk with Ms. Nunn, did all of that occur
23 before you went over to the Miller Group's offices for
24 that nearly two year period to work at their offices?

190

Q. Uh-huh. Okay. But you've already told me that you're aware that programmers at the Miller Group had access to that source code, correct?

A. Yes.

Q. Are there any other steps that the school district took that you are aware of to maintain the secrecy of the source code of Star_Base?

A. In one of the contracts, I can't recall which one offhand, that Miller and the school district signed, there was a statement in there about the school district -- or The Miller Group keeping the information confidential.

Q. Keeping what information confidential?

A. I don't know. I'd have to look at that statement.

Q. Are you offering that testimony based on your very recent review of that contract?

A. Yes.

MR. SHUPENUS: Off the record.

(Off-the-record discussion.)

BY MR. HILLIARD:

Q. Do you believe you would recognize that contract again if you saw it?

A. Yes.

191

Q. I'm going to put in front of you two agreements between the school district and the Miller Group. Tell me if language you just referred to is in one of those two.

A. (Looking at document.) Yes.

Q. In which agreement? Miller 4 or Miller 5?

A. Four.

Q. Miller 4. Okay. And what part of it are you referring?

A. Number five.

Q. Confidentiality?

A. Yes.

Q. Okay. Are you aware of any other steps taken by the District other than what you've testified to already to maintain the confidentiality of the source code for Star Base?

A. No.

Q. Were you ever paid anything by John Miller or the Miller Group for anything that you did?

A. Yes.

Q. What were you paid?

A. What do you mean? I mean... What was I paid? Amount? For what? Or what?

192

Q. Yeah, what were you paid?

A. Paid $800.00.

Q. Mr. Miller paid you $800.00?

A. Yes.

Q. What did he pay you $800.00 for?

A. For helping train people at the school district.

Q. And he was making this payment to you at a time when you were a full-time employee at the school district, correct?

A. Correct.

Q. Do you know if he paid anyone else employed by the school district for their services?

A. I have no knowledge of that.

Q. Do you know if anyone at the school district was aware that you were getting paid?

A. No.

Q. So it was sort of under the table?

MR. SHUPENUS: Objection. That's...

MR. HILLIARD: I'll withdraw that.

MR. SHUPENUS: Okay.

BY MR. HILLIARD:

Q. Did you receive any other form of compensation, gifts or anything from Mr. Miller in

193

exchange for what you were doing for him?

A. Not for what I was doing for him.

Q. At all?

A. Yes.

Q. What did you get?

A. A gift, a monetary gift at Christmas.

Q. In addition to the $800.00?

A. Yes.

Q. What was the monetary gift?

A. A hundred dollars.

Q. Do you know if he paid anyone else at the school district?

A. I have no knowledge of that.

Q. I mean, if you've heard about it from Dave Williams, for example: Hey, I got a hundred dollar envelope from Jack Miller. Did you get one? Anything like that. Do you know if Dave Williams got anything?

A. No.

Q. Did you ever learn whether Mr. Holinga was doing any work with – strike that.

Did you ever learn that Mr. Holinga was a consultant in some way to the Miller Group?

A. Yes.

194

Q. What did you learn?
A. I knew that he was a consultant for The Miller Group.
Q. Was this at a time when he was employed by the school district?
A. No.
Q. Was it after he left?
A. Well, I'm -- as far as --
Q. To your knowledge --
A. To my knowledge --
Q. If you don't know, tell me that.
A. I don't know.
Q. Okay. How did you learn that he was working as a consultant for the Miller Group?
A. He came in to the office.
Q. Your office?
A. Miller's office.
Q. Miller's office. While you were working over there?
A. Yes.
Q. And what did he say, tell you?
A. That he was going to be doing consulting work for The Miller Group.
Q. And you don't know at the time he told

195

you that whether he was still the technology director at the school district?
A. No, I don't remember those dates.
Q. Well, do you recall when he left the school district? Do you recall the event? His last day of work, or was it announced that he was leaving, no longer going to be working here?
A. Yeah, but I don't remember the day.
Q. You don't remember the sequence; whether he left the school district, then he came in to the office and told you he was working as a consultant?
A. No, I don't recall.
Q. Okay. Did Mr. Miller ever offer you a job?
A. No.
Q. Did you ever talk about that subject --
A. Yes,
Q. -- with him. What did you discuss?
A. If there would be a possibility or if there might be an interest there.
Q. On your part?
A. Yes.
Q. In leaving the school district to come to work for him? He brought this up with you?

196

A. I don't remember who brought it up.
Q. But it was brought up and discussed with you?
A. Yes.
Q. But he didn't actually make a firm offer to you?
A. He did not.
Q. Did you tell him you were interested?
A. I said I might be.
Q. Did you talk about how much you'd be paid?
A. Yes.
Q. What did you talk about?
A. An amount?
Q. Uh-huh.
A. Um... 100,000 a year.
Q. Is that more than you were making at the school district?
A. Yes.
Q. So, at least in that respect, it was somewhat attractive to you, correct?
A. Yes.
Q. When did he bring this up with you?
A. I don't remember.

197

Q. Did he offer you an opportunity to get a piece of his business?
MR. SHUPENUS: Objection. Just to form, I think that's a confusing, vague question, but if you understand what he means by "piece," then...
MR. HILLIARD: Well, I'm trying to make it less like a lawyer's question. A formal shareholder?
BY MR. HILLIARD:
Q. Did he offer you any interest in his business?
A. No.
Q. Did you even discuss the subject of maybe if you went to work for him down the line you'd get a  I can't think of it any other way, a piece of his business, a slice of the pie, equity, shareholder?
A. I don't remember.
Q. Okay. Do you know if anyone else had that discussion with him from the District?
A. I do not.
Q. Was there anyone working for Miller who used to be employed or associated with the school district in any way that you were aware of?
A. Other than Mike Holinga as the consultant.

Page 198

Q. Right. No. Other than him.
A. No.
Q. Do you know whether or not Doctor Hill's wife was working for Mr. Miller?
A. Yes.
Q. Was she working for him at the time that you were working over at the Miller Group's offices?
A. Yes.
Q. Do you know what she was doing?
A. She was -- I don't know what her official title was.
Q. Do you know what she was doing?
A. All I remember is she would put together brochures.
Q. After the district licensed Star_Base in 1995, when Star_Base first came to the District, were there any type of regular updates offered by Century?
A. Yes.
Q. Okay. How often did that happen? Was it every month they were coming out with an update?
A. No.
Q. More infrequently than that?
A. Yes.
Q. Do you recall whether it was a number of

Page 199

years before they came out with an update?
A. That, I don't really remember the time frame.
Q. What, if anything, do you remember about the update? What was it?
A. What I remember about the update is we had probably two of them --
Q. In total?
A. In total.
Q. From 1995 through today? Two updates?
A. Probably three.
Q. Okay. What do you remember about those three updates?
A. How much work it involved for us.
Q. To install them?
A. No. To go back and recode stuff that we had already fixed or changed.
Q. Okay. Were the updates on the, for lack of a better word, on the user interface end?
A. I would have no way of knowing that.
Q. Okay. Do you know if Century changed its tables in any way since 1995?
A. To today?
Q. Yeah.

Page 200

A. Yes.
Q. Not you, but Century.
A. Yes.
Q. Okay. Do you recall anything about any of the changes made to the tables?
A. Yes.
Q. What do you recall?
A. The ones that I remember the most were the structure and change to the class attendance module.
Q. What was changed?
A. Just the table structure.
Q. Was the table -- were the fields within the table rearranged or restructured or were there just additional fields added?
A. New tables.
Q. New tables?
A. Yes.
Q. Okay. Brand new tables?
A. Yes.
Q. Okay. Is it your recollection, though, that in terms of the existing tables that existed when Star_Base was first installed in 1995 at the district, that those existing tables remained the same

Page 201

throughout? I understand you're saying that new tables were added, but is it your recollection that the existing structure of the tables from 1995 did not change?
A. I'm not aware of any changes.
Q. You're not aware of any?
A. Yes, on their part.
Q. On their part, that's what I'm saying. Here's a whole new set of -- we've changed all of our tables around, nothing like that?
A. Only --
Q. I understand you're saying additional tables were added.
A. Right. Only with the class attendance.
Q. Right.
A. They would come install a script and put -- we'd put a CD in our machine, and then they would connect to our computer and run these scripts, and it would do the update automatically. I don't know -- that's all I know.
Q. Okay. I understand that. My question was really more -- I understand what you're saying, but as far as the existing -- there were, I think you said there were well over a hundred tables in the

## Page 202

1  original Star_Base that was installed at the district?
2     A. Yes.
3     Q. As you recall. And that original table
4  structures, they didn't change that you recall,
5  correct?
6     A. Not that I remember.
7     Q. Okay. And do you recall if the basic
8  modules that were installed in 1995, like the
9  scheduler module, did that pretty much remain the same
10 throughout? I'm not talking about whatever changes or
11 whatever new program you might have written, I'm
12 talking about what Century might have given to you.
13    A. The class attendance changed.
14    Q. Okay. What about the scheduler? That
15 didn't change, right?
16    A. Not that I am aware of.
17    Q. Okay. Other than the class attendance
18 module, are you aware of any other changes made to the
19 basic modules of Star Base from 1995 forward?
20    A. Not that stand out.
21    Q. And am I correct that it was part of your
22 job to understand what changes, if any, were made by
23 Century to its software so that you knew how to manage
24 it at the district level?

## Page 203

1     MR. SHUPENUS: I'm going to object, just
2  inasmuch as that doesn't call for a certain time
3  frame, but if you understand the question, go ahead.
4  BY MR. HILLIARD:
5     Q. Does my question make sense? In other
6  words, if there were updates or changes at all made to
7  made by Century to its programs, you would know
8  about it, you would have known about it, right?
9     A. When they made these changes?
10    Q. Yes. Was part of your job to know that,
11 **correct?**
12    A. Yes.
13    Q. You were briefed in some fashion on the
14 changes, you knew that an update was coming, and you
15 knew that a change was being made, you needed to know
16 that so that you could understand if there were
17 problems, how to deal with it, right?
18    A. Standard procedure, when an upgrade comes
19 in, a document will be sent out, and if I remember
20 correctly, I remember reading a document that would
21 say here are a list of the changes with this release,
22    Q. Okay. And that was something that would
23 cross your desk?
24    A. Yes. Mine or Dave's.

## Page 204

1     Q. Your's or Dave's? Well...Both?
2     A. One document.
3     Q. One document, but you and Dave would both
4  see it?
5     A. Yes.
6     Q. That was sort of standard operating
7  procedure in the District, correct?
8     A. Yes.
9     Q. I'm going to show you what has been
10 marked at a prior deposition as Stuckey 10.
11    A. (Nodding head in the affirmative.)
12    Q. Do you recognize Stuckey 10?
13    A. Yes.
14    Q. What do you recognize it to be?
15    A. Minutes of our Information Systems Task
16 Force meeting.
17    Q. Okay. And the minutes indicate that you
18 were present at this meeting, correct?
19    A. Yes.
20    Q. Do you recall being at this meeting?
21    A. No.
22    Q. You don't?
23    A. Well...
24    Q. You don't recall this particular meeting?

## Page 205

1     A. That's correct.
2     Q. Okay. You didn't author these minutes,
3  right? You didn't write these minutes, did you?
4     A. No,
5     Q. Do you know who did?
6     A. (Looking at document.) Yes.
7     Q. Who did?
8     A. Um... Karen Holmes took meetings for the
9  minutes.
10    Q. Minutes for the meetings, correct?
11    A. Yes.
12    Q. Was she Doctor Hill's secretary?
13    A. No.
14    Q. No. Who was she?
15    A. I think her title at the time was board
16 secretary.
17    Q. Okay. There is a reference in the
18 minutes on page 3 to -- it's the second paragraph, the
19 first, four people meeting with Jack to discuss his
20 contract. Do you see that?
21    A. Yes.
22    Q. And then goes on to say they will revisit
23 Jack's suggestion of having Brent spend some time
24 working with him on the information system. Do you

## Page 206

1  recall that coming up at the meeting?
2  A. I don't know if it was this particular
3  meeting.
4  MR. SHUPENUS: Off the record.
5  (Off-the-record discussion.)
6  BY MR. HILLIARD:
7  Q. Do you recall the subject coming up of
8  Mr. Miller suggesting that you work with him over --
9  does it say over in his office, but just spend some
10 time working with him?
11  A. Yes.
12  Q. Was it your understanding that it was Mr.
13 Miller who was suggesting this? In other words, you
14 didn't volunteer to go work with him or...
15  A. No. I don't think it was Mr. Miller's
16 initial request.
17  Q. Why do you say that?
18  A. Well, because I think -- here I go saying
19 "I think." It was the intent of the District for us
20 to take over the maintenance of the system once -•
21  Q. The system meaning?
22  A. The information system.
23  Q. Uh-huh.
24  A. Once Miller was out of the picture, once

## Page 207

1  his contract ended.
2  Q. Okay.
3  A. So, we would need to -- "we" being
4  district programmers, would need to have the ability
5  to maintain this code and develop upon it.
6  Q. In-house?
7  A. In-house.
8  Q. And was at least part of the reason for
9  that budgetary constraints, if you know?
10  A. I don't know.
11  Q. Reasons why you wanted to keep it
12 in-house after Miller was done?
13  A. I don't know.
14  Q. Look at page 2, please. The first bullet
15 point toward the top says, quote, new front end
16 keeping integrity of database in place when developing
17 interface to update it. Do you know what that meant?
18  A. A new front end would have been the new
19 web based programs.
20  Q. Worked on by Mr. Miller, right?
21  A. At this point in time, yes.
22  Q. And what was meant by the phrase keeping
23 integrity of database in place?
24  A. I don't know.

## Page 208

1  Q. In other words, do you recall from the
2  meetings the discussion being, we don't want to change
3  the database structures, we're going to leave that in
4  place and build something else on top of it?
5  A. No.
6  Q. No?
7  Mr. Qualls, I have no further questions.
8  I thank you very much for your time.
9  MR. SHUPENUS: We'll reserve. Thanks. All
10 right. You're free.
11  MR. HILLIARD: Thanks for your time. It was
12 a pleasure meeting you. Thank you.
13  (Time concluded: 3:06 p.m.)

## Page 209

### CERTIFICATE

I, JULIE L. BLOOME, Certified Shorthand Reporter of the State of Illinois, do hereby certify that prior to the taking of the deposition herein, and on the 26th day of January, 2005, the deponent BRENT QUALLS was, by me, sworn to testify to the truth in relation to the matter in controversy herein. That on said date the foregoing deposition was taken down in shorthand by me and afterwards reduced to typewritten form by me, and that the foregoing transcript contains a true and accurate translation of all such shorthand notes.

Dated at Raymond, Illinois, this 11th day of February A.D., 2005.

*Julie L. Bloome*
Julie L. Bloome
Certified Shorthand Reporter