E-FILED
Tuesday, 16 January, 2007   04:36:44 PM
Clerk, U.S. District Court, ILCD

**5**

```
                IN THE UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF ILLINOIS
                        SPRINGFIELD DIVISION



CENTURY CONSULTANTS, LTD.,          )
                                    )
     Plaintiff,                     )
                                    )
  vs.                               )  No. 03-CV-3105
                                    )
THE MILLER GROUP, INC., JOHN G.     )
MILLER, and THE SPRINGFIELD         )
PUBLIC SCHOOL DISTRICT 186,         )
                                    )
     Defendants.                    )
```

The Deposition of:

DAVID WILLIAMS
October 21, 2004


JULIE L. BLOOME REPORTING
104 Maple Street
Post Office Box 264
Raymond, Illinois 62560
217/229-3309

**Page 54**

1 copy of the envelope.
2    A. That's just the envelope.
3    Q. Okay. Is that your handwriting?
4    A. Yes.
5    Q. Okay. Do you recall handwriting, hand
6 addressing this envelope and mailing this package to
7 Mr. Megan?
8    A. Yes.
9    Q. Does looking at the date, the postmark,
10 on the copy of the envelope refresh you at all on when
11 it was sent?
12    A. Yeah, it was February when I talked to
13 him.
14    Q. Okay. Of 2003, correct?
15    A. Yes.
16    Q. This document was sent to Mr. Megan after
17 you had your phone call with him, correct?
18    A. Right.
19    Q. I just want to make sure I understand the
20 phone call.
21    A. Okay.
22    Q. He asked you how things were going with
23 the new system, correct?
24    A. Correct.

**Page 55**

1    Q. And in response to that, you told him
2 that you were aware of certain tables that looked very
3 similar to Century's Star_Base tables, correct?
4    A. Correct.
5    Q. Why were you telling him that?
6    A. Well... Because I was stupid. lie asked
7 me and I told him point blank what I thought.
8    Q. Why do you say that was stupid?
9    A. Well, this whole, you know, this whole
10 thing the way it's drawn out, you know...
11    Q. Are you saying that you think it was
12 stupid because you didn't realize it was going to get
13 to this point?
14    A. Well, yeah.   If --
15    Q. All right.
16    A. -- if I had it all to do over again, I'd
17 turn my back.
18    Q. But you didn't at the time?
19    A. No, I just felt that, you know, what we
20 were doing wasn't right.
21    Q. Why did you think that?
22    A. Because everything we were doing, okay, I
23 -- let me put it this way. We had -- here we had the
24 oracle seven database, which is Star_Base, it's up and

**Page 56**

1 running, we got this new product we're using, I make
2 very similar   I remote connect from the old data
3 base over to the new one to get information, in the
4 old programs I got to make very few changes to make it
5 work, just some tables names and stuff, which, there's
6 got to be a lot of duplication in it.
7    Q. That was your belief at the time?
8    A. Yeah, that's what I felt, because this is
9 -• because normally if you're developing a whole new
10 system, you would think that for two databases to be
11 -- I don't know if you know anything about -
12    Q. Well, explain it to me as if I don't
13 know.
14    A. Okay. I've got --
15    Q, You're telling a lay person here.
16    A. I got Star_Base sitting here, and 1 got
17 somebody that tells you, I developed this new system
18 you're going to use. All right. If I connect from
19 the old system, because I had food service running,
20 you know, to the new system, and have to make very few
21 changes to my old code over here with the queries, are
22 you going to be that close? It seems a little
23 strange; that two different products could be --
24    Q. So similar?

**Page 57**

1    A. So similar.
2    Q. So, am I correct that this situation, it
3 bothered you when you learned of it?
4    A. Well, yeah. I mean, every -- we had
5 Monday morning meetings, and time after time, Henry
6 had brought up, you know, I think, you know, we might
7 have issues here of what's going -- they weren't
8 concerned with it.
9    Q. What were you bringing up?
10    A. Well, this -- we're duplicating, I felt,
11 a product that exists.
12    Q. You brought that up at the meeting?
13    A. No, Henry brought -- Henry bring -- I
14 was, you know, I just had to go to meetings.
15    Q. Henry brought that up at the Monday
16 morning meetings?
17    A. Yes, that, you know, these stuff is copy
18 righted.
19    Q. Henry used the word "copyrighted?"
20    A. Yeah, he's used it before.
21    Q. Who was at these Monday morning meetings?
22    A. Mike Holinga, Karen Thompson, Brent, Jack
23 Miller, Henry, and myself.
24    Q. How regular were these Monday morning

**Page 58**

1 meetings?
2    A. Every Monday morning.
3    Q. For how long a period of time?
4    A. I'm not for sure, but I knowed (sic) I
5 went for over a year, because when they moved Brant
6 over to the Miller Group, Henry asked me to start
7 going to, you know, to sit in.
8    Q. Uh-huh.
9    A. That's how I got started with it.
10    Q. Have you ever heard of a group called the
11 Information Systems Task Force?
12    A. Yes, but that's a different group.
13    Q. That was my question.
14    A. Yeah.
15    Q. That was a different group than these
16 Monday morning meetings?
17    A. Yeah, right. The Monday morning meeting
18 was just between programmers and, you know, to see,
19 you know, the Task Force what they want to see.
20    Q. Mr. Miller - was he frequently at these
21 Monday morning meetings?
22    A. Yes.
23    Q. Was anyone else from the Miller Group?
24    A. No.

**Page 59**

1    Q. Do you know a William Choat?
2    A. He was a programmer over there.
3    Q. Was he at these Monday morning meetings?
4    A. No.
5    Q. Did he ever attend them?
6    A. I never, ever remember seeing him over
7 there.
8    Q. Did you ever work with him on anything?
9    A. No, I talked to him a couple times, but I
10 never worked him on anything.
11    Q. What did you talk with him about?
12 Programming issues?
13    A. No, huh-uh. I never talked, you know,
14 motorcycles, cars, stuff like that. Never really...
15    Q. No substantive discussions about the new
16 system?
17    A. No.
18    Q. What about Michael David? Do you know
19 who he is?
20    A. He was a network guy over there, I think.
21    Q. At the Miller Group?
22    A. Yeah, I think I only met him once.
23    Q. Was he at the Monday morning meetings?
24    A. No. I never...

**Page 60**

1    Q. Did you ever have any discussions with
2 him about the new system?
3    A. No, I never talked to him.
4    Q. What about Kent Borecky?
5    A. No.
6    Q. You never heard of him?
7    A. No.
8    Q. But Mr. Qualls was regularly at these
9 Monday morning meetings?
10    A. Yes, he was there every Monday morning.
11    Q. You mentioned Mr. Stuckey raising some
12 concerns about - you used the term "copyright." What
13 did he say?
14    A. Yeah, he --
15    Q. If you recall.
16    A. That he just, you know, he just felt, you
17 know, you need to look into this, because this is
18 copyrighted material we're looking at.
19    Q. And what, if anything, was said in
20 response to that statement by anyone else?
21    A. Well --
22    Q. Present at the meeting.
23    A. Well, they just didn't seem concerned. I
24 mean, I --

**Page 61**

1    Q. Did Mr. Holinga respond in any way to
2 that statement?
3    A. I don't remember. I don't remember,
4 because I really didn't pay a lot of, you know, you
5 hear -- because they're off over -- because you can't
6 hear everything. He had brought up several, you know,
7 that this is copyrighted material.
8    Q. Did you ever send anything else to Mr.
9 Megan, other than the document marked Williams 2?
10    A. Yes.
11    Q. What did you send to him?
12    A. I sent him a program they used to --
13 called a scheduler, because I had told -- well, I had
14 talked to him again and he asked me about the
15 scheduler, and I told him --
16    Q. This is in a phone conversation?
17    A. Yes. Because I asked him if he received
18 this, and you know...
19    Q. The witness is pointing to Williams 2.
20    A. Yes.
21    Q. You asked Mr. Megan if he had received
22 that?
23    A. Yes.
24    Q. I just want to make sure I understand the

Page 62

chronology. You had the initial phone conversation with him?
A. Right.
Q. And it was during that phone conversation that he asked you to send him the tables?
A. Well, yeah, he asked questions.
Q. Asked questions. And you agreed to send him some materials?
A. Yes.
Q. And you sent him Williams 2?
A. Yes.
Q. After you sent him Williams 2, you had another phone conversation with him?
A. Yes.
Q. What do you recall about that phone conversation?
A. He brought up about the scheduler. He heard that we had it, and I said, "I don't have any firsthand knowledge, because I'm not over," you know, "I'm here. I don't have it." I said, "the only thing I could do is maybe try to find a program that they're actually doing it with."
Q. And what, if anything, did you do?
A. Well, I took and -- it took me a couple

Page 63

weeks when I got time, you know, being busy, to find out what program they were doing, to do the scheduling, and I sent him a copy of it.
Q. When you say "they," you mean the Miller Group?
A. Well, the new system.
Q. The new system.
A. Yes. The new system, whoever -- this was the one that was developed for that.
Q. And did you print out something and send it to Mr. Megan?
A. Yes.
Q. What did you print out?
A. I printed out the program, a copy of it.
Q. And how were you able to get it?
A. Okay. The way we -- all the programs -- you got several servers that are in a group, so we're using CVL, constant version listing, so when you post to what everybody's got access to all the programs.
Q. The source code?
A. Yes.
Q. Okay. When you say "everybody" --
A. Well, everybody that's running CVL within, you know, the programming staff.

Page 64

Q. Okay.
A. And it's set up so if somebody makes a change, it will go -- hit all the servers.
Q. Okay. Do you know if Mr. Miller had access to that?
A. I'd say, I'd think he would.
Q. And why do you say that?
A. Well, they were developing it over in their department, I mean, at their location, and Brent was over there developing it. So, you know, they should be using, you know, everybody was using CVL. They had access to our server.
Q. And was it your understanding that the source code for Star_Base resided on that server?
A. Yeah, at the district, we had -- when we went -- it was on -- all Star_Base code was always on the servers, okay? So when we went to the graphical, we got a new server, and that server went out to New Jersey, and Bob loaded everything. We sent it out there and they got it all ready to go. They put all the software and everything we needed on that server.
Q. Including the source code?
A. Well, yeah, I would say all the source

Page 65

code that you need, because I don't think if they had to make changes, they would want, you know, want the code, wouldn't want to have to download it again.
Q. Okay. And, then, was it your understanding that the server on which the source code for Star Base resided was accessible by the Miller Group in connection with their development of the new system?
A. Yeah, you could go, you know, it's just a unix server sitting over there.
(Whereupon Williams 3 was marked for identification by the Court Reporter.)
Q. Mr. Williams, I'm showing you what has been marked as Williams 3 for identification. Do you recognize Williams 3?
A. Yes.
Q. What is it?
A. That's the source code I sent Bob, and when they were generating stuff to do the scheduling.
Q. So this document was a second mailing that you made to Mr. Megan?
A. Yes, this is the last mailing I made.
Q. The first being Williams 2.
A. Right.

**Page 78**

A. No, because, you know -- I only know so much.

Q. of the case? Sir, you have to let me finish. The Court Reporter has to take down what I say, and then take down what you say.

MR. HILLIARD: It's a hard rule, we know.

MR. SHUPENUS: And we'll remind you.

Q. There was -- there were no conversations with anyone regarding the facts of have case. Is that what you're telling us?

A. I don't remember talking to anybody.

Q. Okay. When did you talk with Henry?

A. A couple days ago. He asked me if I got a subpoena.

Q. Did he say anything else?

A. Let me think. No, not really.  I mean, just chitchat. There was nothing.

Q. Did Henry speak with you about his preparation for the deposition?

A. No. I never talked to him about preparation.

9. Did Henry tell you about any of the facts of this case?

A. No.

**Page 79**

Q. Now, since 1998, you've been a systems analyst with District 186 until your retirement; is that right?

A. I've been a systems analyst for longer than that, but that's what my title was.

Q. And that was your title the whole time from '98 until the time you retired?

A. Oh, yeah. It had been that before then, but...

Q. With respect to the Star_Base system, tell me about your — about how Star_Base was a part of your job? Tell me about your interaction with Star Base.

A. Any new reports or anything we wanted to develop, we developed on the Star_Base platform. It was an oracle database.

Q. Did you use the Star_Base system daily?

A. Yes, during development, yes.

Q. Now, you stated that you worked with Brent Qualls, but I didn't catch your answer regarding the length of your relationship with Mr. Qualls as coworkers. When did Qualls come to the district?

A. I think it was '86 or '87 is when he started. Him and I worked on a bunch of stuff on the

**Page 80**

main frame, and when we got Star_Base, we started developing reports and stuff in oracle, and I worked with him up to the point when he went over to Miller side, then we would converse back, and if he had an SQL problem or something, he would e-mail me or I'd call him when we had problems.

Q. Well, you've known Brent for, gee, nearly 20 years?

A. Yes.

Q. Do you like him?

A. Oh, yeah. There's nothing -- I have no qualms. He's a good worker.

Q. A nice guy, in your opinion?

A. Yeah.

Q. Did you ever know of any instances where Brent was deceitful or dishonest?

A. I've never seen any.

Q. Tell me your impression of District 186 as an employer.

A. They were great. I really liked working. Otherwise, I wouldn't have stayed as many years as I did, It was a small, you know, small shop. You got to do quite a bit of things. You got to, you know, learn a lot - you had to learn a lot on your own - but

**Page 81**

yet, it was a good place to work.

Q. You liked your job?

A. Oh, yeah, I liked my job.

Q. How long did you say you were a systems analyst?

A. I'd probably say around 20 years.

Q. What would be the next step up from systems analyst?

A. Well, our shop was so small, there is not a step. I would have had to go somewhere else.

Q. Well, wouldn't Henry's position be a step up?

A. I wouldn't want that. I'm not -- I don't want to be -- I never did want to be a boss. I had --

Q. Did you ever seek any promotion?

A. I just got promoted. I mean, I went from programmer to systems analyst.

Q. You said you just got promoted. What are you talking about?

A. Well, over the course -- the way — they created, and I'm trying to think, they had the programmers, and you had systems analysts, so I went from a programmer to an analyst level, because I was doing analyst work anyway.