**E-FILED**
Tuesday, 16 January, 2007  04:39:53 PM
Clerk, U.S. District Court, ILCD

8

**CONFIDENTIALITY NOTICE**

*The information, data, and drawings contained herein are to be held confidentially and not disclosed to any third party without the express written permission of PG Lewis & Associates, LLC. By accepting this information, the recipient agrees to these terms and conditions. Should the recipient distribute this information without the permission of or against the will of PG Lewis & Associates, LLC, it is agreed that damages of US$100,000.00 will be paid as remuneration for this work.*

# Application Analysis

## Century Consultants, Ltd. V. The Miller Group, et al
*Case No. 03-CV-3105*

May 29, 2003



P. G. Lewis & Associctes LLC
DATA FORENSICS

*Prepared by:*
**Paul G. Lewis**
pglewis@pglewis.com

***PG Lewis & Associates, LLC***
34 Main Street – Second Floor
Clinton, NJ 08809
Tel. 908-730-8180 x140
Fax 908-735-8130
<u>www.PGLewis.com</u>

2003. PG Lewis & Associates, LLC

R G. Lev
ssociates LLC
DAIA FORENSICS

*Confidential*

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*\* This page has been left blank **intentionally**.*

**Century Consultants, Ltd.** V. **The Miller Group, et al**

CONFIDENTIAL                                                *May 29, 2003*

## Introduction

PG Lewis & Associates, LLC *(hereinafter, "PGLA")* was contracted by Century Consultants, LTD to perform an analysis of their proprietary application known as Star_Base, and compare those findings against a similar analysis performed on a competing product offered by The Miller Group and known as Info System 3, or IS3.

Century Consultants alleges that The Miller Group used its intellectual property as the basis for a competing product. The purpose of this report is to determine if any intellectual property belonging to Century Consultants is found in the competing product from The Miller Group.

As part of this analysis, PG Lewis & Associates received a total of five (5) data sets. The data sets are defined as follows:

| Data Set | CD Title | CD Contents | Author | Date Received |
|---|---|---|---|---|
| 1 | Century 5/14/03 | S tar_B as e6i_frmts . zip | Century Consultants | May 15, 2003 |
| 2 | IS3 Tables | Text file listing of the tables used by IS3 | The Miller Group | May 16, 2003 |
| 2 | IS3 Source Code | Source codes of the IS3 application | The Miller Group | May 16, 2003 |
| 2 | IS3 Scheduler | IS3 Scheduler Application | The Miller Group | May 16, 2003 |
| 3 | Springfield District 186 | IS3 Application installed at Springfield School | The Miller Group | May 22, 2003 |
| 4 | IS3 Scheduler | A different version of IS3 Scheduler Application | The Miller Group | May 22, 2003 |
| 5 | Century Schema (ZIP file emailed on 5/17/03) | Not a CD. ZIP Contains the schema and "describe" information for the Century Application | Century Consultants | May 17, 2003 |

*(Handwritten notations in left margin: 006, 003, 002, 001, 004, 005, 009 ZIP)*

This analysis compares each of the data sets received from The Miller Group and The Springfield School District to the "control" set of data received from Century Consultants.

**0071ªt-T}  Win  f²  -**

OCS%  **VCC;D**        R'€1(51^·T.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                    *May 29, 2003*

**Definitions —**

*Century Consultants* — The plaintiff and the developer of Star_Base.

*CC File* — A "C" file or a program file which includes source codes.

*File Access Date* — The file access date is the date of last "access" to the file. For example, if this document was viewed by a user on January 15 and January 20, the file access date would be recorded as January 20.

*File Creation Date* — The file creation date is the date/time that the file was created. A file is created by opening an editor or an application and a new file is created, or by copying a file to a new drive. For example, the file creation date of this document would be the date that the document was originally created.

*File Modification Date* — The file modification date is the date that the file was last modified. For example, if this document was created on January 1, and modified on January 2 and January 3, the file modification date would be listed as January 3. Please know that the file modification date only records the last date on which the file was modified.

*INC File* — An "include" file, or a file that a program file calls at run time or time of compilation.

*IS3* — A school district management application marketed and sold by The Miller Group.

*Miller Group* — The defendant and the developer of IS3.

*PHP File* — A source code file.

*Star_Base* — A school district management application authored by Century Consultants.

*TXT File* — A text file containing lists or notes legible to the user.

**Century Consultants, Ltd. V. The Miller Group, et al**

CONFIDENTIAL

*May 29, 2003*

**Approach —**

The approach used during this analysis is as follows:
1. Analyze File Modification Dates of the IS3 Application
2. Analyzed the file SkdMassDetail.php
3. Analyzed Scheduler Schema
    a.   Century Consultant Star_Base
    b.   The Miller Group IS3
4. Perform a Table by Table Analysis
5. Comparison of Flow Diagrams
6. SQL Code Comparison
7. Similarities between code and status code
8. Analyze Star_Base C and IS3 C++ Code
9. Report Summary of Findings
10. Conclusion

**Century Consultants, Ltd. V. The Miller Group, et al**

CONFIDENTIAL                                                          *May 29, 2003*

---

**Observations —**

*File Modification Date Comparison*
The first area investigated by PG Lewis was the file modification date listings. A typical computer file usually has three (3) date stamps associated with the file; the "creation date", the "modification date", and the "last access date."

1. *File Creation Date* —— The file creation date is the date/time that the file was created. A file is created by opening an editor or an application and a new file is created. For example, the file creation date of this document would be the date that the document was originally created.

2. *File Modification Date* —— The file modification date is the date that the file was last modified. For example, if this document was created on January 1, and modified on January 2 and January 3, the file modification date would be listed as January 3. Please know that the file modification date only records the last date on which the file was modified.

3. *File Access Date* —— The file access date is the date of last "access" to the file. For example, if this document was viewed by a user on January 15 and January 20, the file access date would be recorded as January 20.

The file modification date is significant in this analysis since it provides an easy way to confirm the validity of the files in question. If a file modification date is returned that is later than the date that the software was requested, the file was modified after the request was made.

PGLA analyzed the data sets provided by The Miller Group and found that the vast majority of files on the first three CD's were modified shortly after the court entered a temporary restraining order and a discovery request was made by Century Consultants for The Miller Group to produce a copy of the IS3 source code.

PGLA was advised that the date May 9, 2003 is of significance because: 1. The Court entered a temporary retraining order on May 8, 2003; 2. Century Consultants served a written request on May 9, 2003 for The Miller Group to produce a copy of the IS3 source code by May 14, 2003.

---

P.G. Le                    ssociates LLC
                           DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                                  *May 29, 2003*

---

### *Files Modified between May 9, 2003 and May 14, 2003 in Data Set 2*

The three (3) CD's contained a total of 545 "php" files, or source code files. Of the 545 files found, 339 (62%) of the files were modified between May 9, 2003, and May 14, 2003. While it is not possible to determine exactly what was modified within the file, we do know that at least one character within the file must be changed in order to reset the file modification field. The "php" files that were modified are listed as follows:

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| AttPct.php | 8998 | 5/14/2003 | 2:14 AM |
| AttStuSumDays.php | 2904 | 5/14/2003 | 2:14 AM |
| SkdClusterList.php | 2207 | 5/14/2003 | 2:14 AM |
| ConfigClusters.php | 3896 | 5/14/2003 | 2:14 AM |
| GBConfig.php | 12897 | 5/14/2003 | 3:22 AM |
| Addresslabels.php | 2329 | 5/14/2003 | 8:34 AM |
| Average.php | 6166 | 5/14/2003 | 8:34 AM |
| SkdCrsChange.php | 3480 | 5/14/2003 | 8:34 AM |
| SkdReqBounce.php | 3061 | 5/14/2003 | 8:34 AM |
| SkdReqTallyFix.php | 2663 | 5/14/2003 | 8:34 AM |
| SkdCrsSum.php | 3909 | 5/14/2003 | 8:34 AM |
| SkdReqMtxList.php | 9251 | 5/14/2003 | 8:34 AM |
| SkdReqPrint.php | 6614 | 5/14/2003 | 8:34 AM |
| SkdTallyList.php | 12690 | 5/14/2003 | 8:34 AM |
| SkdMntCrs.php | 19986 | 5/14/2003 | 8:34 AM |
| SkdMntReq.php | 4678 | 5/14/2003 | 8:34 AM |
| MassUpdtUser.php | 5651 | 5/14/2003 | 8:34 AM |
| GetSchoolType.fnc.php | 498 | 5/14/2003 | 8:48 AM |
| PrepareGrade.fnc.php | 1585 | 5/14/2003 | 8:48,AM |
| PrepareGradeBold.fnc.php | 1595 | 5/14/2003 | 8:48 AM |
| SessionCurSchoolType.fnc.php | 340 | 5/14/2003 | 8:48 AM |
| SessionSchool.fnc.php | 783 | 5/14/2003 | 8:48 AM |
| SessionSchoolType.fnc.php | 529 | 5/14/2003 | 8:48 AM |
| CogATSum.php | 5373 | 5/14/2003 | 8:48 AM |
| DRASum.php | 14298 | 5/14/2003 | 8:48 AM |
| ITBSSum.php | 37331 | 5/14/2003 | 8:48 AM |
| MASSum.php | 5136 | 5/14/2003 | 8:48 AM |
| SummaryOS.inc.php | 3114 | 5/14/2003 | 8:48 AM |
| StuGpaUpdate.php | 13574 | 5/14/2003 | 8:48 AM |
| TeacherGradeList.php | 3995 | 5/14/2003 | 8:48 AM |
| ConfigMP.php | 8119 | 5/14/2003 | 8:48 AM |
| ConfigSchedule.php | 5100 | 5/14/2003 | 8:48 AM |
| ConfigSchools.php | 3629 | 5/14/2003 | 8:48 AM |
| Exceptions.php | 13310 | 5/14/2003 | 8:48 AM |
| Schools.php | 8209 | 5/14/2003 | 8:48 AM |
| Users.php | 14383 | 5/14/2003 | 8:48 AM |
| SchNextSch.php | 4781 | 5/14/2003 | 8:48 AM |
| ClassSize.php | 15479 | 5/14/2003 | 8:48 AM |
| RacialDist.php | 15847 | 5/14/2003 | 8:48 AM |
| ParentAssociation.php | 8922 | 5/14/2003 | 8:49 AM |

---

**P.G. Lewi**       $ ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| datadnld.php | 14944 | 5/14/2003 | 8:49 AM |
| GetAddrStu.fnc.php | 705 | 5/14/2003 | 9:01 AM |
| GetRelStu.fnc.php | 1279 | 5/14/2003 | 9:01 AM |
| GetRelStuAddr.fnc.php | 2003 | 5/14/2003 | 9:01 AM |
| GetRelStuNotAddr.fnc.php | 1070 | 5/14/2003 | 9:01 AM |
| ApplicantMaint.php | 39002 | 5/14/2003 | 9:01 AM |
| AddTeachers.php | 4017 | 5/14/2003 | 9:01 AM |
| EditTeachers.php | 11025 | 5/14/2003 | 9:01 AM |
| RolloverTeachers.php | 2527 | 5/14/2003 | 9:01 AM |
| Graph.php | 4254 | 5/14/2003 | 9:01 AM |
| Modify.php | 11334 | 5/14/2003 | 9:01 AM |
| Percent.php | 5891 | 5/14/2003 | 9:01 AM |
| AttTruancyList.php | 9784 | 5/14/2003 | 9:01 AM |
| ModifyAddressInserter.inc.php | 7510 | 5/14/2003 | 9:01 AM |
| ModifyAddStuAddr.inc.php | 4720 | 5/14/2003 | 9:01 AM |
| ModifyEditStuAddr.inc.php | 2690 | 5/14/2003 | 9:01 AM |
| ModifyRelAdd.inc.php | 4249 | 5/14/2003 | 9:01 AM |
| ModifyStuList.inc.php | 8127 | 5/14/2003 | 9:01 AM |
| StuInactLst.php | 6160 | 5/14/2003 | 9:01 AM |
| BusAssignment.php | 4959 | 5/14/2003 | 9:06 AM |
| HomeroomAssignment.php | 6707 | 5/14/2003 | 9:06 AM |
| AssessOptions.inc.php | 6057 | 5/14/2003 | 9:06 AM |
| CogAT.php | 20606 | 5/14/2003 | 9:06 AM |
| DRAScore.php | 10465 | 5/14/2003 | 9:06 AM |
| ISAT.php | 13149 | 5/14/2003 | 9:06 AM |
| ISATScience.php | 9394 | 5/14/2003 | 9:06 AM |
| ITBS.php | 18227 | 5/14/2003 | 9:06 AM |
| MAS.php | 8304 | 5/14/2003 | 9:06 AM |
| MEAP.php | 14884 | 5/14/2003 | 9:06 AM |
| StuAbsInfoE.php | 6020 | 5/14/2003 | 9:06 AM |
| ExternalTesting.inc.php | 13885 | 5/14/2003 | 9:06 AM |
| General.inc.php | 20306 | 5/14/2003 | 9:06 AM |
| Other.inc.php | 2688 | 5/14/2003 | 9:06 AM |
| DiscAddNew.php | 15374 | 5/14/2003 | 9:06 AM |
| DiscModNew.php | 18491 | 5/14/2003 | 9:06 AM |
| Reports.php | 10652 | 5/14/2003 | 9:06 AM |
| ChartReports.inc.php | 9114 | 5/14/2003 | 9:06 AM |
| ChartSetup.inc.php | 6833 | 5/14/2003 | 9:06 AM |
| History.php | 5420 | 5/14/2003 | 9:06 AM |
| IndividuaLinc.php | 9341 | 5/14/2003 | 9:06 AM |
| IndividualForm.php | 7226 | 5/14/2003 | 9:06 AM |
| Admin.inc.php | 8996 | 5/14/2003 | 9:06 AM |
| StudentRank.php | 12068 | 5/14/2003 | 9:06 AM |
| ClsRnkClcLst.php | 11355 | 5/14/2003 | 9:06 AM |
| SkdFindReqs.php | 5969 | 5/14/2003 | 9:06 AM |
| SkdReqBirtdate.php | 3609 | 5/14/2003 | 9:06 AM |
| TranscriptSend.php | 27873 | 5/14/2003 | 9:06 AM |
| AddStudent.php | 23675 | 5/14/2003 | 9:06 AM |
| FTE.php | 7984 | 5/14/2003 | 9:06 AM |
| List.php | 6129 | 5/14/2003 | 9:06 AM |

P.G. Lewi    **ssociates LLC**
DATA FORENSICS

**Century Consultants, Ltd.** V. The Miller **Group,** et al
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| StuCharacteristics.php | 8467 | 5/14/2003 | 9:06 AM |
| StudentModify.php | 10133 | 5/14/2003 | 9:06 AM |
| StuGeneral.inc.php | 12614 | 5/14/2003 | 9:06 AM |
| Birthday.php | 4553 | 5/14/2003 | 9:06 AM |
| HomeRoom.php | 4963 | 5/14/2003 | 9:06 AM |
| MacSchoolExport.php | 5640 | 5/14/2003 | 9:06 AM |
| MacSchoolExportNEW.php | 4760 | 5/14/2003 | 9:06 AM |
| SRSD_ReporLphp | 29421 | 5/14/2003 | 9:06 AM |
| VersaTrans.php | 2126 | 5/14/2003 | 9:06 AM |
| LivetoDemo.php | 2686 | 5/14/2003 | 9:06 AM |
| applicant.php | 24026 | 5/14/2003 | 10:05 AM |
| ISATScienceSum.php | 21809 | 5/14/2003 | 10:05 AM |
| PrepareClasses.fnc.php | 942 | 5/14/2003 | 10:15 AM |
| AttDropAdd.php | 1935 | 5/14/2003 | 10:15 AM |
| HighList.inc.php | 2519 | 5/14/2003 | 10:15 AM |
| EducationalHistory.inc.php | 20401 | 5/14/2003 | 10:15 AM |
| GradeBook.inc.php | 8433 | 5/14/2003 | 10:15 AM |
| Grades.inc.php | 18471 | 5/14/2003 | 10:15 AM |
| ProgressDisplay.inc.php | 7013 | 5/14/2003 | 10:15 AM |
| Schedule.inc.php | 4496 | 5/14/2003 | 10:15 AM |
| StudentDetail.inc.php | 6998 | 5/14/2003 | 10:15 AM |
| GBEvents.php | 21782 | 5/14/2003 | 10:15 AM |
| GBGrades.php | 17513 | 5/14/2003 | 10:15 AM |
| GradeViewAll.php | 10843 | 5/14/2003 | 10:15 AM |
| ProgressViewAll.php | 9264 | 5/14/2003 | 10:15 AM |
| ClassRankCalc.php | 4721 | 5/14/2003 | 10:15 AM |
| ClsRnkClcFrm.php | 5301 | 5/14/2003 | 10:15 AM |
| StuGPACalcDetail.php | 24616 | 5/14/2003 | 10:15 AM |
| GradeDist.php | 18438 | 5/14/2003 | 10:15 AM |
| GrdsByTch.php | 7430 | 5/14/2003 | 10:15 AM |
| HonorRoll.php | 16775 | 5/14/2003 | 10:15 AM |
| MidHghGrdCrd.php | 13402 | 5/14/2003 | 10:15 AM |
| MidHghPrgRpt.php | 14745 | 5/14/2003 | 10:15 AM |
| SkdReqDetail.php | 22182 | 5/14/2003 | 10:15 AM |
| SkdReqDetailTxt.php | 23964 | 5/14/2003 | 10:15 AM |
| SkdReqMass.php | 12842 | 5/14/2003 | 10:15 AM |
| SkdSeatFix.php | 2796 | 5/14/2003 | 10:15 AM |
| MidHghSched.php | 19995 | 5/14/2003 | 10:15 AM |
| SkdTallyStuList.php | 4605 | 5/14/2003 | 10:15 AM |
| CrsSysIntegrity.php | 4057 | 5/14/2003 | 10:15 AM |
| SkdMntSect.php | 16044 | 5/14/2003 | 10:15 AM |
| TranscriptGrades.php | 47654 | 5/14/2003 | 10:15 AM |
| Transcripts.php | 35923 | 5/14/2003 | 10:15 AM |
| TransStevenson.php | 26455 | 5/14/2003 | 10:15 AM |
| StuSchoolUpdate.inc.php | 5262 | 5/14/2003 | 10:15 AM |
| HonorRoll.php | 10862 | 5/14/2003 | 10:15 AM |
| AllowedStudents.fnc.php | 3983 | 5/14/2003 | 10:18 AM |
| SessionAllowedStudents.fnc.php | 5927 | 5/14/2003 | 10:18 AM |
| SQLRestrictions.fnc.php | 2936 | 5/14/2003 | 10:18 AM |
| Cumulative.php | 20402 | 5/14/2003 | 10:18 AM |

P.G. Lewi
essociates LLC
Teo, DATA FORENSICS

**Century Consultants, Ltd, V. The Miller Group, et** al
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| SemFix.php | 1948 | 5/14/2003 | 10:18 AM |
| AttList. php | 13595 | 5/14/2003 | 10:18 AM |
| FixTransactions.php | 25909 | 5/14/2003 | 10:18 AM |
| WeeklySubstituteList.php | 12822 | 5/14/2003 | 10:18 AM |
| MonthlySummary.php | 5071 | 5/14/2003 | 10:18 AM |
| TchCompleteHigh.php | 5500 | 5/14/2003 | 10:18 AM |
| StudentSummary.inc.php | 6412 | 5/14/2003 | 10:18 AM |
| TeacherClassList.php | 8412 | 5/14/2003 | 10:18 AM |
| GBEntry.php | 21207 | 5/14/2003 | 10:18 AM |
| GradeView.php | 20448 | 5/14/2003 | 10:18 AM |
| ProgressInput.php | 29547 | 5/14/2003 | 10:18 AM |
| ProgressView.php | 21324 | 5/14/2003 | 10:18 AM |
| GradReqList.php | 15198 | 5/14/2003 | 10:18 AM |
| FailIncomplete.php | 4704 | 5/14/2003 | 10:18 AM |
| GradedClassList.php | 3923 | 5/14/2003 | 10:18 AM |
| TeacherCompletion. php | 4751 | 5/14/2003 | 10:18 AM |
| UngradedList.php | 5627 | 5/14/2003 | 10:18 AM |
| ProgressRecords.php | 23112 | 5/14/2003 | 10:18 AM |
| TeacherComplete.inc.php | 9098 | 5/14/2003 | 10:18 AM |
| SkdMassDetail.php | 20180 | 5/14/2003 | 10:18 AM |
| SkdMstCrsDetail.inc.php | 12445 | 5/14/2003 | 10:18 AM |
| SkdStuSchedule.php | 60899 | 5/14/2003 | 10:18 AM |
| SkdMstCrsList.php | 9570 | 5/14/2003 | 10:18 AM |
| SkdUnschedList.php | 13035 | 5/14/2003 | 10:18 AM |
| SkdMntMeets.php | 14415 | 5/14/2003 | 10:18 AM |
| SkdMstCrsMnt.php | 30193 | 5/14/2003 | 10:18 AM |
| ClassListList.php | 19777 | 5/14/2003 | 10:18 AM |
| ClassListLister.php | 18105 | 5/14/2003 | 10:18 AM |
| StudentMasterList.php | 22584 | 5/14/2003 | 10:18 AM |
| StuMedicalAlert.php | 24035 | 5/14/2003 | 10:18 AM |
| StuSchedule.php | 5690 | 5/14/2003 | 10:18 AM |
| RolloverList.php | 32476 | 5/14/2003 | 10:18 AM |
| Correction.php | 6000 | 5/14/2003 | 10:27 AM |
| FixDaily.php | 2915 | 5/14/2003 | 10:27 AM |
| MSR.inc.php | 35445 | 5/14/2003 | 10:27 AM |
| AbsenceReport.php | 8363 | 5/14/2003 | 10:27 AM |
| AttPartial.php | 3376 | 5/14/2003 | 10:27 AM |
| ExcessiveAbsences.php | 10736 | 5/14/2003 | 10:27 AM |
| MSR.inc.php | 22725 | 5/14/2003 | 10:27 AM |
| StuAbsInfoMH.php | 6692 | 5/14/2003 | 10:27 AM |
| GradeReport.php | 38575 | 5/14/2003 | 10:27 AM |
| ProgressReporting.php | 35820 | 5/14/2003 | 10:27 AM |
| GradeRecords.php | 30705 | 5/14/2003 | 10:27 AM |
| ConfigPeriodAttCodes.php | 2637 | 5/14/2003 | 10:27 AM |
| ChgStuId.php | 1E+05 | 5/14/2003 | 10:27 AM |
| DialerDownload.php | 2164 | 5/14/2003 | 10:27 AM |
| Warehouse.php | 16997 | 5/14/2003 | 10:45 AM |
| PackArray.fnc.php | 1948 | 5/14/2003 | 10:45 AM |
| SkdIncomplete.php | 12566 | 5/14/2003 | 10:45 AM |
| SkdReqListList.php | 5584 | 5/14/2003 | 10:45 AM |

Century Consultants, Ltd. **V. The** Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| MidHghCounAssign.php | 3505 | 5/14/2003 | 10:45 AM |
| ConfigCounselors.php | 7282 | 5/14/2003 | 10:45 AM |
| StuSchoolDetail.inc.php | 11573 | 5/14/2003 | 10:45 AM |
| AttElemList.php | 9950 | 5/14/2003 | 10:48 AM |
| ElementaryAdd.php | 6476 | 5/14/2003 | 10:48 AM |
| ElementaryAdmin.php | 19976 | 5/14/2003 | 10:48 AM |
| Add.php | 21535 | 5/14/2003 | 10:48 AM |
| Administration.php | 44749 | 5/14/2003 | 10:48 AM |
| AttAddID.php | 26670 | 5/14/2003 | 10:48 AM |
| AttCalc.php | 5549 | 5/14/2003 | 10:48 AM |
| AttDaily.php | 5760 | 5/14/2003 | 10:48 AM |
| Incomplete.php | 3106 | 5/14/2003 | 10:48 AM |
| AttSumSeries.php | 16838 | 5/14/2003 | 10:48 AM |
| ClassReport.php | 13745 | 5/14/2003 | 10:48 AM |
| DailyTotal.php | 5794 | 5/14/2003 | 10:48 AM |
| Perfect.php | 4107 | 5/14/2003 | 10:48 AM |
| YTD.php | 13817 | 5/14/2003 | 10:48 AM |
| AttSum.php | 12922 | 5/14/2003 | 10:48 AM |
| ExcessiveAbsences.php | 8053 | 5/14/2003 | 10:48 AM |
| SummaryAttendance.inc.php | 10177 | 5/14/2003 | 10:48 AM |
| DeleteStudent.php | 6911 | 5/14/2003 | 10:48 AM |
| StuEnrollInsert.inc.php | 10753 | 5/14/2003 | 10:48 AM |
| Ethnic.php | 19846 | 5/14/2003 | 10:48 AM |
| GetGrade.fnc.php | 2S0-5/1--3t2003 | | 2:11 AM |
| ClassDirectory.php | 3066 | 5/13/2003 | 2:11 AM |
| ConCons.php | 4473 | 5/13/2003 | 2:11 AM |
| ConfigGrades.php | 6669 | 5/13/2003 | 2:11 AM |
| ConfigVerifiedGrades.php | 2743 | 5/13/2003 | 2:11 AM |
| LunchView.php | 4663 | 5/13/2003 | 2:11 AM |
| StuNotes.php | 6636 | 5/13/2003 | 2:11 AM |
| StuSchool.inc.php | 3345 | 5/13/2003 | 2:11 AM |
| FeederSchool.php | 1774 | 5/13/2003 | 2:11 AM |
| NotesList.php | 1661 | 5/13/2003 | 2:11 AM |
| TelephoneList.php | 6301 | 5/13/2003 | 2:11 AM |
| MDWork.php | 1206 | 5/13/2003 | 2:11 AM |
| ConfigSchoolEvents.php | 3436 | 5/13/2003 | 2:42 AM |
| SchCalAdd.php | 5168 | 5/13/2003 | 3:31 AM |
| ConfigRooms.php | 4409 | 5/13/2003 | 10:50 AM |
| Profiles.php | 11745 | 5/13/2003 | 11:51 AM |
| DataDictList.php | 5522 | 5/13/2003 | 2:10 PM |
| SysExtents.php | 2142 | 5/13/2003 | 2:10 PM |
| SysTableNames.php | 7253 | 5/13/2003 | 2:10 PM |
| Goals.php | 20698 | 5/13/2003 | 2:10 PM |
| StuLockerAssign.php | 7360 | 5/13/2003 | 2:27 PM |
| MasterGoals.php | 17195 | 5/13/2003 | 2:27 PM |
| PrepareSchool.fnc.php | 2147 | 5/13/2003 | 3:10 PM |
| DeletePrompt.fnc.php | 835 | 5/13/2003 | 3:44 PM |
| ResPost.php | 61595 | 5/13/2003 | 4:04 PM |
| Address.php | 4287 | 5/13/2003 | 4:04 PM |
| Inventory.php | 15217 | 5/13/2003 | 4:40 PM |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| InventoryList.php | 6030 | 5/13/2003 | 4:40 PM |
| Labels.php | 10161 | 5/13/2003 | 4:56 PM |
| VarExtract.inc | 118 | 5/13/2003 | 4:56 PM |
| LockerMaint.php | 12357 | 5/13/2003 | 4:56 PM |
| ISATSum.php | 15139 | 5/13/2003 | 4:56 PM |
| ScheduleCreate.php | 7842 | 5/13/2003 | 4:56 PM |
| StuLockerList.php | 5260 | 5/13/2003 | 4:56 PM |
| ChgStuEnrollDates.php | 6925 | 5/13/2003 | 4:56 PM |
| StuTransSendReport.php | 4551 | 5/13/2003 | 4:57 PM |
| GetSchool.fnc.php | 461 | 5/13/2003 | 4:58 PM |
| Mobility.php | 17343 | 5/13/2003 | 4:58 PM |
| StuGPADelete.php | 4663 | 5/13/2003 | 6:27 PM |
| PrepareDepartments.fnc.php | 489 | 5/12/2003 | 12:48 PM |
| SkdMntDept.php | 7726 | 5/12/2003 | 12:48 PM |
| ConfigAttDailyCode.php | 3370 | 5/12/2003 | 2:21 PM |
| ConfigDistricts.php | 2477 | 5/12/2003 | 3:53 PM |
| bcwork.php | 132 | 5/12/2003 | 3:53 PM |
| FdsMealCodesMaint.php | 8826 | 5/12/2003 | 4:22 PM |
| DRA.php | 17863 | 5/12/2003 | 5:10 PM |
| DRAEntry.php | 17006 | 5/12/2003 | 5:10 PM |
| TeacherCompletion.php | 3177 | 5/12/2003 | 5:24 PM |
| MailingLbl.php | 10285 | 5/12/2003 | 6:05 PM |
| ConfigEthnic.php | 2438 | 5/12/2003 | 6:05 PM |
| StuNextSchList.php | 2843 | 5/12/2003 | 6:05 PM |
| StuModSetter.fnc.php | 2613 | 5/10/2003 | 12:47 PM |
| HomeroomClear.php | 2986 | 5/10/2003 | 12:56 PM |
| InternalTesting.inc.php | 1137 | 5/10/2003 | 12:56 PM |
| SchoolHistory.inc.php | 1354 | 5/10/2003 | 12:56 PM |
| AddressList.php | 7050 | 5/10/2003 | 12:56 PM |
| Bus.php | 6234 | 5/10/2003 | 12:56 PM |
| ExemptList.inc.php | 3102 | 5/10/2003 | 12:56 PM |
| Graduation.php | 3267 | 5/10/2003 | 12:56 PM |
| Inactive.php | 3011 | 5/10/2003 | 12:56 PM |
| SSNList.php | 2422 | 5/10/2003 | 12:56 PM |
| LifeTouch.php | 1261 | 5/10/2003 | 12:56 PM |
| ParentLink.php | 1701 | 5/10/2003 | 12:56 PM |
| SRSDStuidCheck.php | 1622 | 5/10/2003 | 12:56 PM |
| test_session.php | 894 | 5/10/2003 | 2:49 PM |
| test_sql.php | 682 | 5/10/2003 | 2:49 PM |
| SkdMassRunStatus.php | 2718 | 5/10/2003 | 3:42 PM |
| ConfigActivities.php | 6599 | 5/10/2003 | 4:39 PM |
| ConfigDisciplineCodes.php | 7283 | 5/10/2003 | 4:39 PM |
| ConfigGBDefaultEvents.php | 3548 | 5/10/2003 | 4:39 PM |
| ConfigHistory.php | 3346 | 5/10/2003 | 4:39 PM |
| ConfigLEASchools.php | 2937 | 5/10/2003 | 4:39 PM |
| ConfigProfileCharacteristics.php | 2556 | 5/10/2003 | 4:39 PM |
| ConfigLanguage.php | 3039 | 5/10/2003 | 5:25 PM |
| People.inc.php | 10281 | 5/10/2003 | 5:25 PM |
| Feedback.php | 11339 | 5/9/2003 | 3:54 PM |
| FeedbackAdmin.php | 11344 | 5/9/2003 | 3:57 PM |

Century Consultants, Ltd. V. The Miller Group, et al
CONFIDENTIAL                                                                    *May 29, 2003*

| | | | |
|---|---|---|---|
| StuEnrollDetail.inc.php | 2903 | 5/9/2003 | 4:20 PM |
| UserAddNew.php | 5678 | 5/9/2003 | 4:39 PM |
| FixDate.fnc.php | 1014 | 5/9/2003 | 4:39 PM |
| SessionCurSchoolName.fnc.php | 320 | 5/9/2003 | 4:39 PM |
| caldetail.php | 2060 | 5/9/2003 | 4:39 PM |
| Calendar.php | 8721 | 5/9/2003 | 4:39 PM |
| CalExport.php | 2590 | 5/9/2003 | 4:39 PM |
| month.php | 3080 | 5/9/2003 | 4:39 PM |
| week.php | 2276 | 5/9/2003 | 4:39 PM |
| CalendarEdit.php | 22567 | 5/9/2003 | 4:39 PM |
| CalendarEntry.php | 8696 | 5/9/2003 | 4:39 PM |
| Frequency.inc.php | 6551 | 5/9/2003 | 4:39 PM |
| TeacherLogin.inc.php | 4773 | 5/9/2003 | 4:39 PM |
| ConfigCalendar.php | 3099 | 5/9/2003 | 4:39 PM |
| ConfigPeriods.php | 3743 | 5/9/2003 | 4:39 PM |
| ConfigSemesters.php | 2727 | 5/9/2003 | 4:39 PM |
| ConfigSpecEd.php | 12524 | 5/9/2003 | 4:39 PM |
| StuEnroll.inc.php | 3410 | 5/9/2003 | 4:39 PM |
| FeedbackAdmin.php | 16205 | 5/9/2003 | 4:39 PM |
| bottom.php | 289 | 5/9/2003 | 7:06 PM |
| index.php | 1591 | 5/9/2003 | 7:06 PM |
| LoginNew.php | 1385 | 5/9/2003 | 7:06 PM |
| Modules.php | 5582 | 5/9/2003 | 7:06 PM |
| pdffile.php | 1124 | 5/9/2003 | 7:06 PM |
| pdfweb.php | 2277 | 5/9/2003 | 7:06 PM |
| SessionFirstName.fnc.php | 638 | 5/9/2003 | 7:06 PM |
| SessionHomeroom.fnc.php | 449 | 5/9/2003 | 7:06 PM |
| SessionHomeroom2.fnc.php | 453 | 5/9/2003 | 7:06 PM |
| SessionIPAddr.fnc.php | 533 | 5/9/2003 | 7:06 PM |
| SessionIS3Word.fnc.php | 595 | 5/9/2003 | 7:06 PM |
| SessionLastName.fnc.php | 471 | 5/9/2003 | 7:06 PM |
| SessionParent.fnc.php | 203 | 5/9/2003 | 7:06 PM |
| SessionProfile.fnc.php | 488 | 5/9/2003 | 7:06 PM |
| SessionProfileName.fnc.php | 553 | 5/9/2003 | 7:06 PM |
| SessionSchoolName.fnc.php | 509 | 5/9/2003 | 7:06 PM |
| SessionSideColor.fnc.php | 672 | 5/9/2003 | 7:06 PM |
| SessionTeacherID.fnc.php | 494 | 5/9/2003 | 7:06 PM |
| SessionTeacherName.fnc.php | 302 | 5/9/2003 | 7:06 PM |
| Form.inc.php | 1714 | 5/9/2003 | 7:06 PM |
| ChartMaker.inc.php | 1637 | 5/9/2003 | 7:06 PM |
| Form.inc.php | 3117 | 5/9/2003 | 7:06 PM |
| Form 1.inc.php | 2837 | 5/9/2003 | 7:06 PM |
| Form2.inc.php | 3068 | 5/9/2003 | 7:06 PM |
| GradeComplete.php | 98 | 5/9/2003 | 7:06 PM |
| ProgressComplete.php | 92 | 5/9/2003 | 7:06 PM |
| Shift.php | 6184 | 5/9/2003 | 7:06 PM |
| SkdLockDate.php | 1679 | 5/9/2003 | 7:06 PM |
| Add.php | 8321 | 5/9/2003 | 7:06 PM |
| Schools.php | 1642 | 5/9/2003 | 7:06 PM *A* 5/9/0 |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

***Files Modified between May 9, 2003 and May 14, 2003 in Data Set 2*** (continued)

In addition, PGLA found three (3) "inc" files, three (3) "txt" files, and one (1) "cc" file. An inc file is an "include" file, which is generally an extension to the application. A txt file is a "text" file and is generally a listing or notes in standard text format. A cc file is a "c" file, or source code file.

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| Portability.txt | 3059 | 5/14/2003 | 9:06 AM |
| Form.inc | 3368 | 5/14/2003 | 9:06 AM |
| is3_tables.txt | 73048 | 5/14/2003 | 10:38 AM |
| AddConfig.inc | 719 | 5/13/2003 | 4:56 PM |
| NamingConventions.txt | 490 | 5/12/2003 | 2:08 PM |
| student.cc | 33315 | 5/12/2003 | 3:09 PM |
| DataList.inc | 50796 | 5/9/2003 | 7:06 PM |

*INC, TXT, and CC Files Modified on or after May 9, 2003*
*from Data Set 2*

P.G. Le

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

*Files Modified on May 15, 2003 in Data Set 4*

The CD in Data Set 4 contains the source code files of the IS3 Scheduler application. The Miller Group forwarded this CD without first being requested to do so by Century Consultants. It is unclear as to why this CD was sent. The Miller Group simply stated that the previously sent application was the wrong version.

The Data Set 4 Scheduler contains 30 files. Of the 30 files, 28 (93%) were found to have been modified on May 15, 2003. While it is not possible to determine exactly what was modified within the file, we do know that at least one character within the file must be changed in order to reset the file modification field. No "php" files were found.

The files that were modified are listed as follows:

| File Name | Size (bytes) | Date Last Modified | Time Last Modified |
|---|---|---|---|
| aclocal.m4 | 30749 | 5/15/2003 | 5:15pm |
| AUTHORS | 0 | 5/15/2003 | 5:15pm |
| ChangeLog | 0 | 5/15/2003 | 5:15pm |
| config.h.in | 2793 | 5/15/2003 | 5:15pm |
| configure | 184960 | 5/15/2003 | 5:15pm |
| configure.ac | 2140 | 5/15/2003 | 5:15pm |
| COPYING | 0 | 5/15/2003 | 5:15pm |
| crs_slice. h | 374 | 5/15/2003 | 5:15pm |
| datatypes.h | 760 | 5/15/2003 | 5:15pm |
| depcomp | 12546 | 5/15/2003 | 5:15pm |
| INSTALL | 9465 | 5/15/2003 | 5:15pm |
| install-sh | 5820 | 5/15/2003 | 5:15pm |
| main.cc | 14854 | 5/15/2003 | 5:15pm |
| Makefile.am | 168 | 5/15/2003 | 5:15pm |
| Makefile.in | 18656 | 5/15/2003 | 5:15pm |
| malloc.c | 304 | 5/15/2003 | 5:15pm |
| missing | 10606 | 5/15/2003 | 5:15pm |
| mkinstalldirs | 1900 | 5/15/2003 | 5:15pm |
| NEWS | 0 | 5/15/2003 | 5:15pm |
| otiv4. h | 460530 | 5/15/2003 | 5:15pm |
| README | 0 | 5/15/2003 | 5:15pm |
| row. cc | 6929 | 5/15/2003 | 5:15pm |
| row.h | 540 | 5/15/2003 | 5:15pm |
| schedule.h | 1246 | 5/15/2003 | 5:15pm |
| segment.h | 917 | 5/15/2003 | 5:15pm |
| stamp-h.in | 0 | 5/15/2003 | 5:15pm |
| student.cc | 28915 | 5/15/2003 | 5:15pm |
| student.h | 1156 | 5/15/2003 | 5:15pm |
| bitutil.c | 886 | 1/16/2003 | 3:56pm |
| bitutil.sql | 2435 | 1/16/2003 | 3:56pm |

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd.** V. **The Miller Group, et al**
CONFIDENTIAL                                                                     *May 29, 2003*

*Significance* of *File Modifications*

The Miller Group has provided PGLA with three different versions of their front end scheduling application. It is our assumption that the scheduler applications were written in the following chronological order:
1. Springfield School Scheduler Data Set 3
2. Scheduler from Data Set 2 — May 16, 2003
3. Scheduler from Data Set 4 — May 22, 2003

This assumption is made by referring to the file dates of each Data Set. One could then conclude that the original version of the IS3 Scheduler was the version installed at The Springfield School District, and the product evolved into what is the current version of the IS3 Scheduler.

PGLA interrogated the file SKDMASSDETAIL.PHP which is the front end application for the scheduler. This file refers to many other programs and a plethora of data tables. By analyzing the SKDMASSDETAIL.PHP file, we were able to gain an understanding of the operation of the scheduler.

The data forwarded to PGLA which was authored by The Miller Group contains two (2) examples of the SKDMASSDETAIL.PHP file. The first instance of SKDMASSDETAIL is contained within the Springfield Data Set (Data Set 3). The second instance of SKDMASSDETAIL appears in the source codes received on May 16, 2003 (Data Set 2).

The file properties are as follows:

| File Name | Data Set | Size | Date Modified |
|---|---|---|---|
| SkdMassDetail.php | Data Set 3 | 17 KB | 3/24/2003 2:45 PM |
| SkdMassDetail.php | Data Set 2 | 20 KB | 5/14/2003 10:18 PM |

The first step of this exercise is to determine if the IS3 Scheduler uses any tables or code developed by Century Consultants and present in Star Base.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Analysis of SkdMassDetail.php taken from the Springfield School System

PGLA analyzed the file SkdMassDetail.php taken from the Springfield School System. The code was analyzed to determine if any calls were made to tables that exist within the Century application.

| | |
|---|---|
| $curyr=GetSysYear();<br> $cknext="select distinct **a.44** *from   ;   a, config b<br>   where (a.Stiffik > b.year and a.    < '50')";<br>   $ckdb=DBQuery($cknext); | In this example, the IS3 code makes a direct reference to the table course developed by Century. The call accesses the field startyy. |
| $cklock="select sched_lock_date *locif*    from a _   - where **WOI** = '$sch'";<br>   $ckdb=DBQuery($cklock); | In this example, the IS3 code makes a direct reference to the table sch base developed by Century. The call accesses |
| $delpri="delete      Catit where **abasol** = '$sch'<br>   and **4034 ,Ad** = **la_stu**' or $a stu' = 'ALLY;<br>   $db=DBQuery($delpri); | IS3 makes a reference to table fields belonging to Century. |
| $delcount="select a.              a, count(*) **MOO**<br>from **iiiv**     **a**        b<br>where a.          = **lyear**'<br>and a.         =b_2t<br>and a.s        = '$sch'<br>and b.  ▭▭▭ :    V4'<br>and (a.              = '$a stu' or '$a stu' = 'ALL')<br>and b.         d(+)=a_ludeffrid<br>and (b gra   ='$grade' or '$grade' is null)<br>group by sta   cd, section";<br>   $cntdb=DBQuery($delcount); | IS3 access the tables stu sch and stu_sche belonging to Century. |
| from stu _std,    a, stu std2aCt b, stu_ the c<br>   where a.          = '$yeare<br>      and a Sc       = '$sch'<br>      and a s         = '$a stu'<br>      and a.sa            = Cseq_number<br>      a nd asta           y<br>      and a.s   . s = C.<br>      and a.s<br>      and b.          =  ;<br>      and b a    .   = c Sc<br>      and c aciiieYea = 'A'';<br>      $attdb=DBQuery($ckforatt); | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste Xact, Stu_Ste_      The actual fields accessed are highlighted. |
| $ckstc= select count(*) cnt from *stu_stc_i*t*<br>   where           = '$sq'<br>      and e             = '$dt'<br>      and          = '$cl'<br>      and      = '$sc'<br>      and           **on** = '$sb'<br>      and          **on = lpd''**; | IS3 makes direct reference to Century tables Stu_Sched, Stu_Ste Xact, Stu_Ste_      The actual fields accessed are highlighted. |
| $insstc="insert into              (<br><br>▬▬▬▬▬▬▬            ▪      ,<br><br>▬▬▬▬ | IS3 makes direct reference to Century tables Stu_Sched, Stu Ste Xact Stu Ste Head. The actual fields accessed are highlighted. |

**P.G. Lewi**     <u>ssociates LLC</u>
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                    *May 29, 2003*

| | |
|---|---|
| ```<br>$updseat  update sect<br>   set          ,sTi  = avai seats +'$seats',<br>                    = assi seats -'$seats'<br>   where        y='$year'<br><br>        ana          : ='$cls'<br>        and;j        = '$sect";<br>   $upddb=DBQuery($updseat);<br>//echo "<BR>updseats=".$updseat;<br>   }<br>     $delsched= dele  4    m} a where a.      +='$year'<br>        and a.schQai ='$sch'<br>        and (a4    ij  sJ     or '$a stu'='ALL')<br>        and aj        = (select b<br>            from      @h b<br>            where b sta      =a<br>             and b soy a     a " ^4<br>             and b _         = a      ' ht id<br>             and (b_grset  ='$grade' or'$grade' is null)";<br>   $db=DBQuery($delsched);<br>//echo "<BR>sql= ".$delsched;<br>     $delmeet="delete s_meet a where a.   'T? = '$year'<br>        and a.ab        '$sch'<br>        and (apt       ;id = '$a_stu' or '$a_stu' = 'ALL')<br>        and a.. ⁱ%l. _.= (select b.student_id<br>            from ;:  '        b<br>            where b.   :       a     vp<br>             and b.    M l   a<br>             and b. •            ⁿ =<br>             and (b;^ ^ffᵤ :  '$grade' or'$grade' is null)";<br>``` | IS3 makes direct reference to Century tables Stu_Sched, Stu Ste Xact, Stu Ste Head. The actual fields accessed are highlighted. |
| ```<br>$getcnt="select count(*) cnt<br>    from stu_sch a<br>    where a. tart_„yy='$year'<br>    and a.'s   tyol ='$sch'<br>    and (a.grade ='$grade' or'$grade' is null)<br>    and (a.studentid  ' '$a_stu' or '$a_stu' ='ALL')<br>    and active in ('AR')";<br>``` | IS3 accesses the Century table stu_sch. The Century fields are used in the IS3 code. |
| ```<br>$insertrun="insert into sched_run (ID, TYPE_OF_SCHED,<br>    SCHOOL, START_YY, PARTIALS_OR_COMPLETES,<br>        TIME_LIMIT, TOT_STU, STX_SCHED_FLAG,<br>  ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE,<br>        SCHOOLDAYS, IGN_CLUSTER, IGN_ABILITY,<br>  IGN_ALTERNATES, BALANCE_BY_SEMESTER,<br>        LINKED_COURSES, SPMN, SCHED_START_TIME,<br>  STUDENT ID)<br>    values<br>  ('$nextv','M','$sch','$year','$comp_part',' 9999','$no_of_stu','Y','N','N','<br>  1','MTWRF','$cluster','N','N','N','N','ALL',<br>        '37581','$a_stu')";<br>``` | 1S3's call to run parameter names are the same as Century's. In particular, notice the name "SPMN", which according to Century is an abbreviation for "Seconds Past Midnight." It is extremely unlikely that another developer would invent the same abbreviation. |
| ```<br>$gettemp  select a    ^^ a.sshool, a.; , ,  ^, a.9<br><br>              stun      b<br>    where a          Yy = '$year'<br>    and a s   :AI,   $sch'<br>    and (a .        ='$grade' or'$grade' is null)<br>    and a      @ˑtad = '$a_stu'<br>    and a    ᵢrin ('AR')<br>    and as         =b^a        aᵢ<br>    order by 2";<br>``` | IS3 makes direct reference to the Century tables stu_sch and manipulates data within the table. |
| ```<br>$getname   $.<br><br>    WHERE; ..          ='$a_stu ";<br>    $nmdb=DBQuery($getname);<br>    $namedata=DBReturn($nmdb $cnt)<br>    $ckforatt="select count(*cnt from<br>``` | IS3 makes direct reference to a table named "students." The table "students" compares exactly with the Century table **base**    The |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

| | |
|---|---|
| where start   y = lyeare<br>**Ititiiikopl = I**sch':<br>$ckdb=DBQuery($ckforatt);<br>$ckdata=DBReturn($ckdb,$cnt);<br>if($ckdata n'CNT] > 0)<br>{<br>$getseq="select seq_number from stu_stc_head<br>  where startyy = '$year'<br>    and scheel = '$sch'<br>    and studetif! = '$a_stu'";<br>$getdb=DBQuery($getseq); | Select from stu_stc_head matches the Century code. |
| $ins="inOtrifite stustO-41e0 (seq_number, start_yy, school, student id)<br>  values (lnextid', **lyear'Isch'la_stuy**;<br>  $insdb=DBQuery($ins);<br><br>}<br>$getcrs="select a<br>  decode(c.                      c.semester) semester,<br>  decode(c.                          da s<br>  from stu**ia, meets b,'**<br>  where a        = '$year'<br>  and a  f      '$sch'<br>  and a.          = '$a_stu'<br>  and a.          = b.start_yy<br>  and a.          = b.school<br>  and a.          = b.class_cd<br>  and a.se        = b.section<br>  and a.k         = c.start_yy (+)<br>  and asst     .l = c.school (+)<br>  and a.stti    t_id = c.student_id (+)<br>  and asclass cd = c.class_cd (+)<br>  and a,section = c.section (+)"; | IS3 makes direct reference to the Century tables. "Insert into stu_stc_head" matches the Century code. |
| $ckins="select count(*) cnt from i    1·=k',,':=V<br>  where sectsl      6- = '$nextid'<br>    and cla '  cd = '$cls'<br>    and          = '$sect'<br>    and     ,      = $subsect'<br>    and  o         = '$prd'";<br>  $ckdb=DBQuery($ckins); | IS3 accesses the Century table stusch. The Century fields are used in the IS3 code. |

**Century Consultants, Ltd.** V. **The Miller Group, et al**

CONFIDENTIAL

*May 29, 2003*

### Comparison of SkdMassDetail between Springfield and IS3 Data Set 2

We are of the opinion, to a reasonable degree of certainty, that IS3 has copied the Century Star_Base table and field structures in the version of the software installed at the Springfield School District. However, The Miller Group apparently claims that the software installed at the Springfield School District is not the same software that it sells to other school districts.

PGLA decided to compare the SkdMassDetail file from the Springfield School District and the version contained in Data Set 2. Of immediate concern was the fact that the version from Data Set 2 shows a file modification date of May 14, 2003. This indicates that the file was last edited on May 14 – well after the demand was made for The Miller Group to produce the source codes for IS3 in discovery.

PGLA immediately found that the 5-14-03 version of SkdMassDetail was extremely similar to the Springfield version. We realized that the primary difference was that of the table and field names. In our opinion, The Miller Group executed a "search-and-replace" on the file in an attempt to change the naming structures. PGLA compared the source code listed in the previous section to the source code of the "new" IS3 application as it was modified shortly after the court entered a temporary restraining order.

| Springfield Version | 5-14-03 Version | Comments |
|---|---|---|
| $curyr=GetSysYear(); <br> $cknext="select distinct a.staft334from kOurse a, config b <br>    where (**a.itali3V** > b.year and a. Ort_yy <br><br>  $ckdb=DBQuery($cknext); | $curyr=GetSysYearO; <br> Scknext="select distinct a WF41 R from COURSES a, config b <br>    where (A WEAR > B.      and <br><br>   $ckdb=DBQuery($cknext); | The Miller Group performed a "search-and-replace" on the 5-14-03 version of SkdMassDetail. In this example, "start_yy" was replaced with "SYEAR"; and "course" is replaced with "COURSES." Note that Miller Group uses all capital letters on the replacement. |
| $cklock=' select sched_lock date lock_date from sch_base where **i**~ibl;gi~t= "$sch"'; | $cklock="select sched_lock_date AS lock date from      043    where school = '$sch", | "school" becomes "SCHOOLS." |
| $delpri="delete sched_stu where school = '$sch' <br>     and student_id = '$a_stu' or '$a_stu' = 'ALL')"; <br>  $db=DBQuery($delpri); | $delpri="delete from sched_stu where school='$sch' and (student_id='$a_stu' or '$a stu'='ALL') "; <br>  $1;=DBQuery($delpri); | No changes. |
| Sdelcount='select a.cla**440**, a.se    c WA (*    ¯tit <br> from      +  -           , b <br> where a.      =b <br> and a.      ear' <br> and a.school = '$sch' <br> and b.school=a.school <br> and (a.student id = '$a stu' or '$a_stu' = 'ALL') <br> and b.student ¯c1(+)=a.tudent id <br> and (b.grade=¯'$grade' or '$grade' is null) <br> group by class cd, section"; <br>   $cntdb=DBQuery($delcount); | $delcount="select a.       UM, <br> a             count(*) AS seatcnt <br>  **from**                a LEFT OUTER JOIN                   b ON <br>    (a.student id = b.student_id) <br> where **agig0** = '$year' <br> and a~=**1** ;.          :: <br> and a.school= '$sch' <br> and b.school=a.school <br> and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') "; | "class cd" becomes "CRS NUM." <br> "count" becomes "CRS_SEG." <br> "stu_sche" becomes "STU SCHEDULE." <br> "stu_sch" becomes "STU SCHOOL_ MEETS." |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| from **orittiatta** a,    a    b, 5 c<br>where **aiiii** = '$year'<br>and a.school = '$sch'<br>and a.student id = '$a_stu'<br>and a. **Of** = b.seq_number<br>and a, " = cOff;Yy<br>and a.school = c.school<br>and a.student_id = c.student_id<br>and b. - ' '<br>and b. = . "<br>and c.active_cd = 'A'';<br>$attdb=DBQuery($ckforatt) | from stu sched list a, stu_list_act b,<br>__VI.__ c<br>where a. = '$year'<br>and a.school = '$sch'<br>and a.student id = '$a_stu'<br>and a.ID = bib<br>and a.SYEAR = c.SYEAR<br>and a.school = c.school<br>and a.student_id = c.student_id<br>and b.CRS_N'tilM = c.CRS t\um<br>and b.CRS_SEG = c.CRSJSEG<br>and c.active_cd 'A'';<br>$attdb=DBQuery($ckforatt) | "stu_Ste head" becomes<br>"stu_sched_list."<br>"stu_stc_xact" becomes "stu list_act."<br>"stu__sche" becomes<br>"STU SCHEDULE." |
| $ckstc="select count(*) cnt from stu_stc_xact<br>where solji10141 = '$sq'<br>and effective date = '$dt'<br>and ' = '$cl'<br>and = '$sc'<br>and = '$sb'<br>and = '$pd''; | $ckstc="select count(*) AS cnt from<br>ottitt<br>where FP = '$sq'<br>and effective date= '$dt'<br>and **M** = '$cr<br>and = '$sc'<br>and = '$sb'<br>and = **lpd**'''; | "stu_Ste_xact" becomes "stu list_act."<br>"seq_number" becomes "ID."<br>"class cd" becomes "CRS NUM."<br>"section" becomes "CRS _SEG"<br>"sub section" becomes<br>"CRS SLICE."<br>Note that "period" was not changed,<br>and remains in lower case. |
| $insstc="insert into s: icact (<br>**m**1umm,TRANSACTION_DATE,<br>TRANSACTION TYPE,EFFECTIVE_DATE,CL<br>;tECTIOK<br>fi CTION,PERIOD,SEMESTER,DAYS) | $insstc="insert into stu list act<br>0,TRANSACTION D-ATE7TRANSACTION<br>TYPE,EFFECTIVE **DATE:ammew**<br>- E,PERIOD,SEMESTER,DAYS | "seq_number" becomes "ID."<br>"class cd" becomes "CRS NUM."<br>"section" becomes "CRS_SEG"<br>"subsection" becomes<br>"CRS SLICE." |
| $updseat="update Sect<br>set AVAI_SEATS = avaiseats + '$seats',<br>ASSI SEATS = assiseats - '$seats'<br>where to = '$year'<br>and school = '$sch'<br>and is ets'<br>and ''' **O** = lsect''';<br>$updb=DBQuery($updseat);<br>//echo "<BR>updseats=".$updseat;<br>$delsched="deletel a where<br>a.00 -- '$year'<br>and a.school = '$sch'<br>and (a.student_id = **la_stu'** or '$a_stu'<br>= 'ALL')<br>and a.student id = (select b.student_id<br>from r h b<br>where b.<br>and b - a. (<br>and b. = a. ( id<br>and (b ⊡ = '$grade' or<br>'$grade' is null))";<br>$db=DBQuery($delsched);<br>//echo "<BR>sql= ".$delsched;<br>$delmeet="delete **wtt** a where<br>,I,Y = lyear'<br>and a.40701.= '$sch'<br>and a$0:10ifia = **la_stu'** or '$a_stu'<br>= 'ALL')<br>and a.stpc% = (select b.student_id<br>from 4 b<br>where b. = a.<br>and b. ol = a | $updseat="update OMKSEs44TioN<br>set AVAI_SEATS = avai seats + '$seats',<br>AVAI_SEATS = assi _sets - '$seats'<br>where SYEAR = '$year'<br>and school = '$sch'<br>and ,+ - $cls<br>and ,'a **o** - $sec'<br>$updb=DBQuery($updseat);<br>$delsched="delete from STU_SC<br>where **OW** = '$year'<br>and school = '$sch'<br>and (student id = '$a_stu'<br>or '$a stu' =TALL')<br>and student_id IN (select student_id<br>from = 00;w' MEETS<br>where $_ = '$year'<br>and school = '$sch'<br>if (!empty($grade)) (<br>$delsched.=" and grade = lgrade' ";<br>)<br>$delsched.=" )";<br>$db=DBQuery($delsched);<br>//echo "<BR>sql=".$delsched;<br>$delmeet="delete from<br>where SYEAR<br>= '$year'<br>and school = '$sch'<br>and (student_id = **la_stu'** or **la_stu'** =<br>'ALL')<br>and student id IN (select student_id<br>from tila,10)' : ,. INEM,<br>where SYEAR = **lyear'**<br>and school = '$sch' "; | "sect" becomes<br>"COURSE SECTION."<br>"class_cd" becomes "CRS NUM."<br>"section" becomes "CRS S+G"<br>"sched" becomes<br>"STU SCHEDULE."<br>"start_yy" becomes "SYEAR"<br>"S_meet" becomes<br>"COURSE SPECIAL MEETS"<br>"stu sch" becomes<br>"STU SCHOOL MEETS" |

**Century Consultants, Ltd.** V. **The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| and b 0.1S    = **ail**  WA-<br>and (b.gr#06"'$grade' or<br>'$grade' is null))"; | if (!empty($grade)) {<br>$delmeet.="and grade = lgradem; | |
| $getcnt="select count(*) cnt<br>    from sw - 11 a<br>    where a.___    = '$year<br>    and a. k   4  = '$sch'<br>    and (a.   = '$grade' or '$grade' is null)<br>    and (a.___   i. = '$a_stu' or '$a_stu' = 'ALL')<br>    and a    l   in ('A','R')"; | $getcnt="select count(*) AS cnt<br>    from STU SCHOOL MEETS a<br>    where a.SYEAR =1year'<br>    and a.school = '$sch'";<br>    if (!empty($grade)) (<br>    $getcnt.=" and a.grade = '$grade' ";<br>    )<br>    $getcnt.=" and (a.student_id = '$a_stu' or<br>    '$a_stu' = 'ALL') and a.active in ('A','R')"; | "start_yy" becomes "SYEAR"<br>"stu_sch" becomes<br>**"STU SCHOOL MEETS"** |
| $insertrun="insert into sched  run ( ID,<br>TYPE OF SCHED, SCHOOL, START_YY,<br>PARTIALS_OR_COM  LETES,<br>    TIMC LIMIT, TOT_STU,<br>STX_SC  E15 FLAG, ABORT AT 50 ,<br>UNLIMITED_SEATS, PERCENT  OVERRIDE,<br>    SCHOOL DAYS, IGN_CLUSTER,<br>IGN_ABILITY, I0N ALTERNATES,<br>BALANCE BY SEMESTER,<br>    LINKED  COURSES, **Saw,**<br>SCHED_START_TIME, STUDENT_ID)<br>    values<br>(lnextv',M,lsch',1year',lcomp_part','9999',1<br>no _of stu','Y','N','N','1','MTVVRF',$cluster','N','N<br>','N','N','A  L',<br>    '37581','$a_stu')"; | $insertrun="insert into sched _run ( ID,<br>TYPE OF SCHED, SCHOOL, SYEAR,<br>PARTIALS OR COMPLETES,<br>    TIME LIMIT, TOT_STU,<br>STX SCH  D FLAO,<br>    ABORT_AT-50 , UNLIMITED_SEATS,<br>    PERCENT_O  ERRIDE,<br>    SCHOOL  AYS, IGN_CLUSTER,<br>IGN_ABILIT<br>    IGN ALTERNATES,<br>    BALANCE _BY SEMESTER,<br>    LINKED  OURSES, sw  _<br>    SCHED _TART_TIME,<br>    STUDENT_ID )<br>    values<br>e$nextv',V,lsch',1year';$comp_part',<br>'9999';$no _of stu','Y','N','N','1','MTVVRF',<br>lcluster',747,'N','N','N','ALU,<br>    '37581',la_stu'r | Notice that the variable name **SPMN**<br>remains in th  mo   fied IS3 code. |
| $gettemp="select a.      "<br>a.    a.  "<br>i);<br>    ra        fOOki b<br>    where a    = '$year<br>    and a       '$sch'<br>    and (a    = '$grade' or '$grade' is null)<br>    and a.    = '$a_stu'<br>    and a    in 'A','R')<br>    and a     g  b.    _<br>    order by 2"; | $gettemp="select a .MS  a.school,<br>a.student_id,<br>    a.grade, b.last_name, b.first_name<br>    from<br>        MOM a, students b<br>    where<br>    a.SWVkR = '$year<br>    and a.school = '$sch' ";<br>    if (!empty($grade)) {<br>    $gettemp.=" and a.grade = lgrade ";<br>    )<br>    $gettemp.=" and a.student_id = '$a_stu'<br>    and a.active in ('A','R')<br>    and a.student_id = b.student_id<br>    order by 2"; | "start_yy" becomes "SYEAR"<br>"stu_sch" becomes<br>**"STU SCHOOL MEETS"** |
| $getname=" ELECT  LAST44AMj<br>FAITINO1<br>    FROM<br>    WHERE        = '$a_stu'";<br>$nmdb=DBQuery($getname);<br>$namedata=DBReturn($nmdb, $cnt);<br>$ckforatt="select count(*) cnt from<br>    where start_W$yeift<br>    **n** = '$sch";<br>$ckdb=DBQuery($ckforatt);<br>$ckdata=DBReturn($ckdb,$cnt);<br>if($ckdata[1]1CNT1 > 0)<br>    {<br>$ etseq="select seq_number from<br>    **f** .<br>    where    = '$year<br>    and school = '$sch'<br>    and student_id = '$a_stu";<br>$getdb=DBQuery($getseq); | $getname="SELECT LAST_NAME,<br>FIRST NAME<br>    FROM STUDENT<br>    WHERE STUDENT_ID = '$a_stu'";<br>$nmdb=DBQuery($getname);<br>$namedata=DBReturn($nmdb, $cnt);<br>$ckforatt="select count(*) AS cnt from<br>    e<br>    where    = '$year<br>    and school = '$sch'";<br>$ckdb=DBQuery($ckforatt);<br>$ckdata=DBReturn($ckdb,$cnt);<br>if($ckdata[1][CNT] > 0) {<br>    $getseq="select ID<br>    where SAAR = '$year<br>    and school = '$ SC h'<br>    and student id= '$a stu'";<br>$getdb=DBQuery($getseq); | "start_yy" becomes "SYEAR"<br>"stu_stc head" becomes<br>"stu_sched_list" |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                        *May 29, 2003*

**Comparison of SkdMassDetail between Springfield and IS3 Data Set 2 (continued)**

What is significant is that it appears as though The Miller Group haphazardly executed multiple "search-and-replace" commands to globally modify the field names. The Miller Group in many cases actually chose a field name that is "longer" than its previous counterpart. A longer field name requires additional memory and will cause the application to run slightly slower, thereby being less efficient.

Additionally, most of the modified fields appear in uppercase capital letters. It is possible that the user had the caps lock key depressed or simply chose to use capital letters, but in either event, the use of upper case capital letters highlights the recent modifications made to the source code.

In our opinion, the only purpose of these modifications was to hide the fact that many Star_Base tables and field names were used in the IS3 application. By executing a global "search-and-replace" command, it is possible to change every instance of a certain character string across multiple files. This could answer why so many files were modified between the date of May 9, 2003, and May 14, 2003.

**Century Consultants, Ltd.** V. **The Miller Group, et al**
CONFIDENTIAL                                                                                       *May 29, 2003*

**Scheduler Database Comparison**
The database tables used by the scheduler for both Star_Base and IS3 were compared.
The associated tables were then examined at two levels.

**Scheduler Schema Comparison**

At the higher level, the DB schemas from both solutions are compared. The relationships
between the tables are constructed based on the SQL files provided by both vendors. The
schema generation SQL file provided by IS3 only includes table creation statements; the
relationship creation portion of the SQL file is missing, which is odd since the two
sections are technically inseparable. Because of that, the relationships of the tables are
"reconstructed" based on common "best practices" of database design and the
information presented by the tables. The reconstruction should be precise unless any
important tables were not included in the SQL files provided by The Miller Group.
PGLA requested the actual IS3 schema from The Miller Group, but it was never
provided.

The same approach was then used to determine the Star_Base schema.

The two reconstructed schemas look very similar. The key comparison points are listed in
the table following the two Entity-Relation (ER) diagrams.



Star Base ER diagram used by the scheduler:

May 29, 2003

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

IS3 ER diagram used by the scheduler:



**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

*Description of Schema Similarities*
The schema for IS3 was compared to the schema for Star_Base. The associated findings are listed in the table below.

| Comparison Point | Star_Base | IS3 | Notes |
|---|---|---|---|
| Common key fields | START YY (varchar(2)) | SYEAR (varchar(4)) | Other than the "START YY" and "SYEAR" fields, the other three common key fields have very similar names and the identical field length. |
| | SCHOOL (varchar(4)) | SCHOOL (varchar(4) | |
| | CLASS CD (varchar(10)) | CRS NUM (varchar(10)) | |
| | STUDENT ID (varchar(10)) | STUDENT ID (varchar(10)) | |
| Parent tables | SCH BASE | SCHOOLS | The fields of "SCH BASE" and "SYEAR" are almost identical. The same is true for "AHS STU" and "STUDENTS". The minor difference is that the Star Base schema uses a mediator table called CRLINKS, which combined with AHS_CRS and the fields are very similar to those in the "COURSES" table in the IS3 schema. |
| | CRLINK—AHS CRS | COURSES | |
| | AHS_STU | STUDENTS | |
| School-Semester Relationship | SCH_BASE is the parent table of SEMESTER. The "school" field (varchar(4)) is used as the foreign key. | SCHOOL is the parent table of SEMESTER, the "school" field (varchar(4)) is the foreign key. | The relationships are identical. |
| School-Course Relationship | SCH_ BASE is the parent of CRLINKS, which in turn ha a one-to-to identified relationship with AHS CRS. The "school" field is the foreign key. | SCH_BASE is the parent of COURSES. | The one-to-one identified combination of CRLINKS and AHS_CRS has similar fields to the table "COURSES." This separation of the common parent keys from an entity table to form a small link table and use the link table as the parent table for a set of tables is a very common practice in DB design. From a DB designer's point of view, the combination of CRLINKS and AHS_CRS is logically identical to the "COURSES" table. In fact, they represent the same business entity—a course of a school at a certain year. |
| Courses-Student-to Student Schedule Relationship | CRSLINK and AHS STU are the parent tables. For the one-to-many CRSLINK-STU SCHE relationship, START YY, CLASS CD and SCHOOL are the foreig keys. For the one-to-many AHS_STU-STU SCHE relationship, STUDENT_ID is the foreign key. | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES GRD _STU_ SCHE r _ationship, SYEAR, CRS NUM and SCHOOL are the foreign keys. For the one-to-many STUDENT-GRD_STU_SCHE relationship, STUDENT_ID is the foreign key. | The relationships are identical. |
| Courses-Student-to Schedule Request Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU REQ relationship, START YY,   LASS CD and SCHOOL are the foreig keys. For the one-to-many | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES STU_SCHEDULE REQS relationship, SYEAR, CRS NUM and SCHOOL are the foreign keys. For the one- | The relationships are identical. |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | | |
|---|---|---|---|
| | AHS_STU-STU_REQ relationship, STUDENT_ID is the foreign key. | to-many STUDENT-STUSCHEDULE_REQS relationship, STUDENT_ID is the foreign key. | |
| Courses-Student to Course Section | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-SECTION relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-SECTION relationship, STUDENT_ID is the foreign key. | An intermediate table STU_SCHED is used as the child table of both COURSES and STUDENTS. For the COURSES-STU_SCHED table, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the STUDENTS-STU_SCHED, STUDENT_ID is the foreign key. The intermediate table STU_SCHED is then used as the parent to COURSE_SECTION table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_SECTION being one of them. |
| | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-COURSE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-COURSE relationship, STUDENT_ID is the foreign key. | | |
| Courses-Student to Meetings | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_MEET relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_MEET relationship, STUDENT_ID is the foreign key. | The intermediate table STU_SCHED is used to extract the foreign keys. STU_SCHED is then used as the parent to COURSE_MEET table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_MEET being one of them. |

P. G. Le

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                    *May 29, 2003*

**Table By Table Comparison**
PGLA proceeded to identify similarities between the tables of the Star_Base and IS3 applications. The following sections illustrate our findings.

**SCH_BASE and SCHOOLS**
The Star_Base application contains a table labeled "SCH_BASE" and the IS3 application contains a very similar table labeled "schools". The details of each table are listed below. Notice that many fields and their associated length are identical.

| Star_Base SCH_BASE | | | IS3 SCHOOLS | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| NAME | varchar | 40 | name | varchar | 40 |
| ADDRESS1 | varchar | 30 | address1 | varchar | 30 |
| ADDRESS2 | varchar | 30 | address2 | varchar | 30 |
| ZIPCODE | varchar | 6 | zipcode | varchar | 6 |
| PRINCIPAL | varchar | 30 | principal | varchar | 30 |
| PASSWORD | varchar | 3 | password | varchar | 3 |
| DISTRICT | varchar | 4 | district | varchar | 4 |
| AREA_CODE | int | 4 | area_code | numeric | 5 |
| TELEPHONE | int | 4 | telephone | numeric | 5 |
| STX_SCHED_FLAG | varchar | 1 | sched_flag | varchar | 1 |
| STX_DEMO_FLAG | varchar | 1 | demo_flag | varchar | 1 |
| START_PERIOD_1 | varchar | 2 | in_session | varchar | 10 |
| END_PERIOD_1 | varchar | 2 | lock_flag | varchar | 1 |
| START_PERIOD_2 | varchar | 2 | state_schl_code | varchar | 14 |
| END_PERIOD_2 | varchar | 2 | override_slots | varchar | 1 |
| START_PERIOD_3 | varchar | 2 | sched_lock_date | datetime | 8 |
| END_PERIOD_3 | varchar | 2 | calendar_code | varchar | 4 |
| START_PERIOD_4 | varchar | 2 | display_forms | varchar | 1 |
| END_PERIOD_4 | varchar | 2 | school_type | varchar | 4 |
| DAYS | varchar | 10 | | | |
| LOCK_FLAG | varchar | 1 | | | |
| TYPE_GRADE | varchar | 1 | | | |
| TRACK_CODE | varchar | 4 | | | |
| MINUTES_EEK | int | 4 | | | |
| STATE_S—CHL_CODE | varchar | 14 | | | |
| OVERRIDE_SEATS | varchar | 1 | | | |
| SCHOOL_TYPE | varchar | 1 | | | |
| SCHED_CHG_NOTEPAD | varchar | 1 | | | |
| ADD_AUX | varchar | 1 | | | |
| ADD_SCHED | varchar | 1 | | | |
| ADD_REQ | varchar | 1 | | | |
| ADD_MED | varchar | 1 | | | |
| | datetime | | | | |
| LOCK_DATE | a | 8 | | | |
| AUDIT_FLAG | varchar | 1 | | | |
| | datetime | | | | |
| CONSEC_CLR_DATE | a | 8 | | | |
| PCC LOCK FLAG | varchar | 1 | | | |
| LOC ER RTTION | varchar | 1 | | | |
| S_TYPE | varchar | 4 | | | |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### STU SCHE and GRD STU SCHE

Notice the almost identical fields. The "CLASS_CD" fields in STU_SCHE maps to "CRS NUM" in GRD_STU_SCHE table, not the "CLASS_CD" fields. The length of the fields indicates that.

| Star Base STU SCHE | | | IS3 GRD STU SCHE | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| CLASS_CD | varchar | 6 | class_cd | varchar | 6 |
| [SECTION] | varchar | 3 | [section] | varchar | 3 |
| LOCK_FLAG | varchar | 1 | lock_flag | varchar | 1 |
| PRIM_ALT_CD | varchar | 1 | prim_alt_cd | varchar | 1 |
| LETTER_NUMBER | int | 4 | letter_number | numeric | 5 |
| YTD_ABS | int | 4 | ytd_abs | numeric | 5 |
| YTD_TDY | int | 4 | ytd_tdy | numeric | 5 |
| ACTIVE_CD | varchar | 1 | active_cd | varchar | 1 |
| ATT_FIXED_CRED | int | 4 | att_fixed_cred | decimal | 5 |
| SUPP_SPEECH | varchar | 1 | | | |
| QBE_CODE | varchar | 2 | | | |
| FUND_PRGCD | int | 4 | | | |

*Confidential — Attorneys Eyes Only*
Page 30 of 74

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### SX_PRI and SCHED_STU

Notice that the two tables are identical.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| GRADE | varchar | 2 | grade | varchar | 2 |
| SPMN | varchar | 5 | spmn | varchar | 5 |
| REQPRI | varchar | 1 | reqpri | varchar | 1 |
| SEX | varchar | 1 | sex | varchar | 1 |
| ETHNIC | varchar | 2 | ethnic | varchar | 2 |
| SCHPRI | varchar | 2 | schpri | varchar | 2 |
| CONFLICT | varchar | 1 | conflict | varchar | 1 |
| HOLD_SEX | varchar | 1 | hold_sex | varchar | 1 |
| HOLD_GRADE | varchar | 2 | hold_grade | varchar | 2 |
| CLUSTER_CODE | varchar | 2 | cluster_code | varchar | 2 |
| START_PERIOD | varchar | 2 | start_period | varchar | 2 |
| END_PERIOD | varchar | 2 | end_period | varchar | 2 |
| HAS_REQUESTS | varchar | | has_requests | varchar | 1 |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                            *May 29, 2003*

*sched student results and stu head*

Notice almost identical fields are defined to store the student schedule results.

| Star Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| PRIORITY_EXT | varchar | 1 | conflict_status | varchar | 1 |
| CONFLICT_CD | varchar | 1 | sched_code | varchar | 1 |
| | datetim | | | datetim | |
| CHANGE_DATE | | 8 | change_date | e | 8 |
| REPRINT_FLAG | varchar | 1 | | | |
| REPRINT CODE | varchar | 1 | | | |

**Database Comparison Conclusion**

The comparison of the two databases is confined to the tables used by the student request scheduling logic. The reconstructed DB schema relationship diagrams look substantially similar. At the individual table level, the field names, as well as the length of those fields of several tables are strikingly similar.

*Confidential — Attorneys Eyes Only*

**Century Consultants, Ltd. V. The Miller Group, et al**
<u>CONFIDENTIAL</u>                                                    *May 29, 2003*

**Code comparison**

**Flow diagram**

Following diagram depicts the logic flow used by scheduler in both IS3 and Star_Base. The two logic flows are substantially similar. Function names used by IS3 are also substantially similar to those in Star_Base.

| IS3 | Starbase |
|-----|----------|
| Student_to_scheduler | Student_to_scheduler |
| Get_requests | loadreq |
| Get_segements | loadsect |
| Sort_segments | Set_sort_key and quick_sort |
| Get_course_meets | loadmeet |
| build | build_bit_box |
| Set_sched_student_results to set student head info | Set s_head |

**Century Consultants, Ltd.** V. **The Miller Group, et al**

CONFIDENTIAL                                                                    *May 29, 2003*

**SQL statements**

Following is the SQL statements used in *student to_scheduler* in IS3 and Star_Base. Aside from the fact that they share the same name, they are almost identical. As stated above, the underlying table schema of *sched stu* and *sxpri* are identical.

| IS3 | Star_Base |
|-----|-----------|
| *SQL used for Student to_scheduler in main.c* | *SQL used for student to scheduler in schedule. c* |
| SELECT student_id, grade, " <br> reqpri, sex, <br> ethnic, schpri, <br> coalesce(conflict,'M') AS conflict, <br> hold sex, hold_grade, <br> coalesce(cluster code,'1') AS <br> house code, <br> start_period, end_period, <br> has_requests, <br> to_char(to number(end_period,'99') + <br> 1,'99') AS EP <br> FROM sched_stu <br> WHERE school = :wschooll<char[4]> <br> and <br> (spmn = :spmn2<char[5]> OR <br> :spmn3<char[5]> = 'ALL') and <br> (student_id <br> =single_student_id4<char[1 OP OR " <br>     " :single_student_id5<char[1 OP — <br> 'ALL') and " <br> (conflict is null OR conflict = ") " <br>  ORDER BY grade, reqpri desc, sex, <br> ethnic, schpri desc",db); | select nvl(studentid,") ,nvl(grade,") <br> ,nvl(reqpri,") ,nvl(sex,") , <br> nvl(ethnic,") ,nvl(schpri,") , <br> nvl(conflict,") ,nvl(hold_sex,") , <br> nvl(hold_grade,") , <br> nvl(clustercode,") <br><br> nvl(start_period,") ,nvl(end_period,"), <br> nvl(has_requests,"), <br> nvl(to_number((to_number(end_period)+1)),0) <br><br> from sxpri <br> where (((school=:b0 and <br> (spmn=:b1 or :b1='ALL')) <br> and <br><br> (student_id=:b3 or :b\ <br> 3='ALL')) and <br><br><br> conflict is null ) <br> order by grade,reqpri desc ,sex,ethnic,schpri\ <br> desc ,student id |

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                 *May 29, 2003*

**Similarities in code and status code used**

The following tables list two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. A conflict status code determines how the program handles various responses to a condition.

*Note: C++ is a later evolution of C.*

| IS3 | Star_Base |
|---|---|
| *main. cc* | *schedule. c* |
| *code–curstu.build0;* | build_bit_box(tot_pds); |
|    *if (code ==ALL _REQUESTS ‖* | schedflag = set_courseQ; /* Build student |
| *(code ==PARTIAL_REQUESTS &&* | schedule, return conflict code */ |
| *env.partialsor_completes=="P")) {* | switch(schedflag) |
|    *curstu. insert sched(env, db);* |   { case 1: |
|    *}* |     wpflag = check_con();      /* |
|    *if (code ==ALL REQUESTS) {* | get conflict cd (schedprc.c) */ |
| |     if(wpflag    T) break; |
| *} else if (code ==* |     post_sched(); /* insert |
| *PARTIAL REQUESTS) {* | schedule/update seat cnts (posttbl.pc) */ |
| |     break; |
| *} else if (code ==NO REQUESTS) {* |   case 2: |
| *total_irresolvables++; conflict='T';* |   wpflag = 'C'; **break;** |
| *}* |   case -3: |
| |     wpflag = T; break; |
| |     case -2: |
| |     wpflag = 'P'; post_sched(); |
| |     break; |
| |   case -1: |
| |     wpflag = 'T'; |
| |   post_sched(); break; default: break; } |
| | next_student: |
| | switch (wpflag)/* Update scheduling |
| | stats*/ |
| | {case 'C' : total_completes++; break; |
| | case 'P' : total_partials++; break; |
| | case 'T' : total timeouts++; break; |
| | 6'0h:         break; |
| | case 'N' : total_no_requests++; |
| |     break; |
| | default : printf("UNKNOWN Status"); |
| |     break; } |

R^G. Lei
       ssociates LLC
----  DATA FORENSICS

*Confidential — Attorneys Eyes Only*
Page 35 of 74

**Century Consultants, Ltd.** V. **The Miller Group, et al**

CONFIDENTIAL                                                    *May 29, 2003*

**Differences Between The 5/16 and 5/22 Versions of IS3 Scheduler**

The Miller Group surrendered two (2) versions of the IS3 Scheduler system. One version is located on the 5-16-03 set of CD's (Data Set 2), and the other is located on the 5-22-03 CD's (Data Set 4).

PGLA was not given any explanation as to why two versions of the same code were submitted, other than the simple statement that the 5-16-03 code "...was not the correct and most recent version, it is about 6 months old."

The file modification dates were determined to be as follows:

| Filename | Modification Date | |
|---|---|---|
| | Data Set 2 – May 16, 2003 | Data Set 4 – May 22, 2003 |
| Main.cc | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Makefile.am | 1-16-2003 | 5-15-2003 5:15 PM |
| Makefile.in | 1-16-2003 | 5-15-2003 5:15 PM |
| Malloc.c | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.cc | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.h | 1-16-2003 | 5-15-2003 5:15 PM |
| Schedule.h | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Student.cc | 5-12-2003 3:09 PM | 5-15-2003 5:15 PM |
| Student.h | 1-16-2003 | 5-15-2003 5:15 PM |

What is significant is the fact that three files from Data Set 2 (main.cc, schedule.h, and student.cc) were all modified in May, 2003. This would indicate that the version sent in Data Set 2 was indeed the most up to date version. The files sent in Data Set 4 all share the same time/date stamp, May 15, 2003 5:15 PM.

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                              *May 29, 2003*

**Scheduler Files modified between Data Set 2 and Data Set 4**

While all of the files in Data Set 4 share the modification date of May 15, 2003, it only appears as though nine (9) of the files were actually modified. It is possible that a time/date stamp utility was used to alter the time/date stamp of the files on Data Set 4. Interestingly enough, there is also a folder contained in Data Set 4 which holds two files. Both of those files share the file modification date of 1-16-2003.

The header file *section.h* was renamed as *segment.h* in Data Set 4. Similarly, the file *sub section.h* is renamed as *crs slice.h*. The files that appear to have been altered are listed as:

> *Main. cc*
> *Makefile. am*
> *Makefile. in*
> *malloc. c*
> *row. cc*
> *row.h*
> *schedule. h*
> *student. cc*
> **student.h**

In our opinion efforts have been made to further reduce code similarities between the IS3 system and the original Star_Base code by deliberately changing the names of variables, functions and tables.

| Main.cc 5-16-03 | Main.cc 5-22-03 |
|---|---|
| otl_stream studentto_schedule(50, "SELECT student_id, grade, " " reqpri, sex, ethnic, schpri, " " coalesce(conflict,'M') AS conflict, " " hold sex, hold_grade, " **" coalesce(cluster_code,'1') AS cluster_code, "** " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschooll<char[4]> and" " (spmn = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_studentid4<char[l OP OR " | otl_stream studentto_schedule(50, "SELECT student_id, grade, " " reqpri, sex, ethnic, schpri, " " coalesce(conflict,'M') AS conflict, " " hold sex, hold grade, " **" coalesce(cluster_code,'1') AS house_code, "** " start_period, end_period, " " has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP " " FROM sched_stu " " WHERE school = :wschooll<char[4]> and" " (spmn = :spmn2<char[5]> OR " " :spmn3<char[5]> = 'ALL') and " " (student_id = :single_student_id4<char[l OP OR " |

**Century Consultants, Ltd.** V. **The Miller Group, et al**
CONFIDENTIAL                                                                 *May 29, 2003*

```
  " :single_student id5<char[10]> –              "_:single_student id5<char[10]> =
'ALL') and "                                    'ALL') and "
  " (conflict is null OR conflict = ") "           " (conflict is null OR conflict = ") "
  " ORDER BY grade, reqpri desc, sex,             " ORDER BY grade, reqpri desc, sex,
ethnic, schpri desc",db);                       ethnic, schpri desc",db);
 student to schedule << env.school;              student_ to schedule << env.school;
                                                 DEBUGOUT(env.school);
```

```
 if (curstu.get_requests(env,db)) {               if (curstu.get_requests(env,db)) {
   DEBUGOUT("Has requests");                        DEBUGOUT("Has requests");
   curstu.get_sections(env,db);                      curstu.get_segments(env,db);
   curstu.sort_sections();                           curstu.sort_segments();
   curstu.get_meets(env,db);                        curstu.get_course_meets(env,db);
   int code;                                         int code;
   code=curstu.build();                            code=curstu.build();
```

```
 if (env.type_of sched == "M") {                 if (env.type_of sched      "M") {
   string schedstusql("UPDATE sched_stu            string schedstusql("UPDATE sched_stu
SET conflict = 1");                             SET conflict = ");
   schedstusql=schedstusql+conflict+"'            schedstusql=schedstusql+conflict+"
WHERE SCHOOL = '"+env.school+                   WHERE SCHOOL = '"+env.school+
   "' AND student id = '"+dynamic_cast             "' AND student_id = '"+dynamic_cast
< SQLGenericVar<stnng> *                         < SQLGenericVar<string> *
>(studentrow.row() [" student_id"])-            >(studentrow.row()[" student_id"])-
>varelement+"'";                                >varelernent+"'";
   otl_stream                                      otl_stream
schedstuupdate(1,schedstusql.c_str(),db);       schedstuupdate(1,schedstusql.c str(),db);
   schedstuupdate.rewind();                         schedstuupdate.rewind();
 }                                                }
 //Stu head stuff                                //Stu head stuff
```

```
   head(coniligtIstudentrow,lov,db)              set_sched_student_restilts(c
                                                ntrow,env,db);
                                                  }
```

```
void set_stu_head(eh a r-flag, Row            void set_sched_student_results(char flag,
studentrow,const Sa&                          Row studentrow,const Schedule_env
otl_connect &db) {                            &env, tl_connect &db) {
 DEBUGOUT("In set_stu_head()");                 DEBUGOUT("In
 string checkstring("select count(*) as cnt   set_sched_student_results0");
from Atilittia where syear =");                 string checkstring("select count(*) as cnt
 checkstring=checkstring+env.syear+"'          from 01                    where syear
AND school = '"+env.school+"'"                 =, l,).
 "AND student_id =                               checkstring=checkstring+env.syear+"'
:student_id<char[10]>";                        AND school = '"+env.school+"'"
 DEBUGOUT("checkstring");                        "AND student_id =
 DEBUGOUT(checkstring);                         :student_id<char[10]>";
 otl_stream                                      DEBUGOUT("checkstring");
check(50,checkstring.c_str(),db);               DEBUGOUT(checkstring);
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

```
  DEBUGOUT(":student_id");
  check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()[" student_id"])-
>varelement;
#ifdef OTL UNIX ODBC
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
    string insertsql("INSERT INTO
          (syear, school, student_id, "
                              " priority_ext,
conflict_cd, "
                              " change_date,
reprint_flag, "
                              " reprint_code) "
             " VALUES (");

insertsql=insertsql+env.syear+"','"+env.sch
ool+"' "

:student idl<char[10]>,'5',:wpflag2<char[1
]>,current_date, "
            " '"+env.stx sched_flag+w,T)";
  DEBUGOUT("insertsql:");
  DEBUGOUT(insertsql);
  otl_stream ins(1,insertsql.c_strO,db);
  ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.rowOr student_id"Th
>varelement;
  ins << flag;
  } else {
  string updatesql;
  if (env.stx_sched_flag == "Y") {
    updatesql="UPDATE          SET
change_date = current_date,
            " reprint_flag = 'Y', "
            " reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
            " WHEN '0' THEN '1' ELSE
```

```
  otl stream
check(50,checkstring.c_strQ,db);
  DEBUGOUT(":student_id");
  check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()[" student id"])-
>varelement;
#ifdef OTL UNIX ODBC
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
    string insertsql("INSERT INTO
                      (syear, school,
student id, "
                          " conflict status,
change_date) "


          " VALUES (");

insertsql=insertsql+env.syear+"','"+env.sch
ool+"' "
            "
:student_idl<char[10]>,:wpflag2<char[1]>,
current_date)";

  DEBUGOUT("insertsql:");
  DEBUGOUT(insertsql);
  otl stream ins(1,insertsql.c_str(),db);
  ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrowsowO["student id"])-
>varelement;
  ins << flag;
  } else {
  string updatesql;
  if (env.stx_sched_flag == "Y") {
    updatesql="UPDATE
          ert          SET change_date =
current_date, "
            " conflict status =
```

*Confidential — Attorneys Eyes Only*

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
'1' END, "
              " conflict_cd =
:wpflagl<char[1]> "
              " WHERE syear =
:syear2<char[3]> "
              " AND school =
:school3<char[4]> "
              " AND student id =
: student_id4<char [1 0]> ";
    } else {
    updatesql="UPDATE         SET"
              " conflict_cd =
:wpflag1<char[1]> "
              " WHERE syear =
:syear2<char[3]> "
              " AND school =
:school3<char[4]> "
              " AND student_id =
: student_id4<char[ 10]> ";
    }
```

```
: wpflag 1 <char [1 ]> "


              " WHERE syear =
:syear2<char[3]> "
              " AND school =
:school3<char[4]> "
              " AND student id =
:student_id4<char[10]> ";
    } else {
      updatesql="UPDATE
                     SET "
              " conflict_status =
:wpflag 1 <char[l ]> "
              " WHERE syear =
:syear2<char[3]> "
              " AND school =
:school3<char[4]> "
              " AND student id =
:student id4<char[10]> ";
    }
```

**Century Consultants, Ltd.** V. **The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

| **Schedule.h 5-22-03** | **Schedule.h 5-16-03** |
|---|---|
| struct Request { | struct Request { |

```
struct Request {                      struct Request {
  string crs_num;                       string class_cd;
  string crs_seg;                       string section;
  string req_type;                      string req_type;
  string with_teacher;                  string teacher_id;
  string not_teacher;                   string not_teacher_id;
  string not_period;                    string not_period;
                                        string ability_level;
  string semester;                      string semester;
                                        string primary_code;
                                        int alternate_no;
  int semester_requested;               int semester_requested;
};                                    };


struct Meet {                         struct Meet {
  string crs_num;                       string class_cd;
  string crs_seg;                       string section;
  string sch_period;                    string period;
  string department;                    string dept;
  string teacher    ;                   string teacher id;
  string room_num;                      string room;
  // string seq_num;                    // string seq_num;
  // int link_period;                    // int link_period;
  // int link_teacher;                   // int link_teacher;
  // int link_room;                      // int link room;
  map<char,int> meet;                   map<char,int> meet;
  int meet code;                        int meet code;
  string ers_shee;                      string     A
};                                    1;
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                                 *May 29, 2003*

Significant changes have been made in student.cc. The table below only contains a partial list of differences.

| Student.cc 5-22-03 | Student.cc 5-16-03 |
|---|---|
| #include "segment.h"<br>#include "crs_slice.h" | #include "section.h"<br>#include "sub_section.h" |
| bool Student::get requests(const Scheduleenv &env,otleonnect &db) {<br>  DEBUGOUT("in get_requests()");<br>  bool has_requests(false);<br>  string requestsql " elect A.crs_num, A.crs_seg, A.with_teacher, "<br>          " A.not_teacher, A.not_period, A.semester, "<br>          " A.crs_num AS global_alt, D.segment_number "<br>      " from courses Z, stu_schedule_reqs A LEFT JOIN semester D ON "<br>          " (A.semester=D.semester and "<br>      " D.school = ifi+env.school+" and "<br>      " D.syear="'+env.syear+"' ) "<br><br><br><br>      " where A.syear = "'+env.syear+"' and"<br>          " A.syear = Z.syear and "<br>      " A.school     = "'+env.school+"' and"<br>          " A.school     = Z.school and "<br>      " A.student id = :wstudent id 1 <char[ 10]> an 1 "<br>                          Z.crs_num<br>and"<br><br><br>      " NOT EXISTS "<br>          " (select " " | bool Student::get_requests(const Scheduleenv &env,otleonnect &db) {<br>  DEBUGOUT("in get_requests()");<br>  bool has_requests(false);<br>    string requestsql      ect A.class_cd, A.section, A.req_type, A.teacher_id, "<br>          " A.not_teacher_id, A.not_period, A.ability_level, "<br>                      "<br>A. semester,A.primary_code,A.alternate_no"<br>          " CASE 1");<br><br>requestsql=requestsql+env.ign_alternates+<br>      " WHEN 'Y' THEN A.class cd "<br>          " ELSE Z.global_alt END AS global_alt, "<br>          " D.segment_number "<br>      " from course Z, "<br>          " stu_req A LEFT JOIN semester D ON "<br>                  " (A.semester=D.semester and"<br>              " D.school = "'+env.school+"' and "<br><br>D.syear="'+env.syear+" ) "<br>          " where A.syear "'+env.syear+"' and "<br>          " A.syear = Z.syear and "<br>          " A.school     = "'+env.school+"' and "<br>          " A.school     = Z.school and "<br><br>          " A.student_id = :wstudent id 1<char[ 10]> and "<br>                      a<br>and " |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                          *May 29, 2003*

---

```
                " from stu_schedule_reqs B,
stu_schedule C "
            " where B.syear =
'"+env.syear+"' and "
                " B.school       =
"+env.school+"' and "
                " B.student_id =
:wstudentid2<char[10]> and "

                " C.syear = '"+env.syear+"'
and"
                " C.school       =
'"+env.school+"' and "
                " C.student_id =
:wstudent id3<char[10]> and "
                " C.crsnum = B.crs_num)
and"
        " NOT EXISTS "
            " (select " "

                " where E.syear
'"+env.syear+"' and "
                " E.school
'"+env.school+"' and "

                " F.syear       '"+env.syear+"'
and"
                " F.school
"+env.school+ " and "
                " F.student_id =
:wstudent_id4<char[10]> and "
                " F.crs_num = E.crs_num "
  " order by 9, 10");
```

```
                " (("+env.ign_alternates+"' —
'Y' and "
                " A. alternate  no = '0') or "
                " ('"+env.ign_alternates+"' =
'N')) and "
        " NOT EXISTS "
            " (select " "
              from

                " where B.syear =
'"+env.syear+"' and "
                " B.school       =
'"+env.school+"' and "
                " B.student id =
:wstudent_id2<char[10]> and "
                " B.primary_code =
primary_code and "
                " C.syear
'"+env.syear+"' and "
                " C.school
'"+env.school+"' and "
                " C.student_id =
:wstudent_id3<char[10]> and "
                " C.class_cd
B.class_cd) and "
        " NOT EXISTS "
            " (select " "
            " from
            " where E.syear
'"+env.syear+"' and "
                " E.school       =
'"+env.school+"' and "
                " E.class_cd
primary_code and "
                " F.syear
'"+env.syear+"' and "
                " F.school       =
"+env.school+" and "
                " F.student id =
:wstudent id4<char[10]> and "
                " F.class_cd CASE
'"+env.ign_alternates+"' WHEN 'Y' "
                        " THEN E.class_cd
ELSE E.global_alt END) "
    " order by 9, 10");
```

---

```
// string tempstring;
```

```
// string tempstring;
```

**Century Consultants, Ltd. V. The Miller Group, et al**

CONFIDENTIAL                                                    *May 29, 2003*

```
    if (!requestrow.row()["
>is_null) {
      requestptr->crs_num=dynamiecast <
SQLGenericVar<string> *
>(requestrow.row()["
>varelement;
      }
    DDEBUGOUT("rs
    if
(!requestrow.row()[" segment_number"]-
>is_null) {
      requestptr-
>semester_requested¯(int)dynamiccast <
SQLGenericVar<double> *
>(requestrow.row()[" segment_number"])-
>varelement;
      } else {
      requestptr->semester_requested=0;
    DEBUGOUT("segmentnumber" );
    if Orequestrow.rowO[" ers      "]->is_null)
{
      requestptr->ers_seg=dynamiccast <
SQLGenericVar<string> *
>(requestrow.row()[',
 varelement;
      }
    DEBUGOUT(" crs_seg" );
    if (!requestrow.row( ["with_teacher"]-
>is null) {
      reques •t
              dynamiecast <
SQLGenericVar<string> *
>(requestrow.rowOr%
>varelement;
      }
    DEBUGOUT("with_teacher" );
    if (!requestrow.rowQ[" not_teacher"]-
>is_null) {
      requestptr-> not_teacher¯ dynamic cast
< SQLGenericVar<string> *
>(requestrow.row()['
>varelement;
```

```
    if (!requestrow.row()["
>is_null) {
      requestptr->class_ed=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()["            1)-
>varelement;
      }
    DEBUGOUT("
    if
(!requestrow.row()[" segment_numberl-
>is null) {
      requestptr-
>semester_requested=(int)dynamiccast <
SQLGenericVar<double> *
>(requestrow.row()[" segment_number"])-
>varelement;
      } else {
      requestptr->semester_requested=0;
      }
    DEBUGOUT("segment_number" );
    if (!requestrow.rowQ['
>is_null) {
      requestptr->section=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.rowOr        U]
>varelement;

    DEBUGOUTO W     (" );
    if (!requestrow.row()['req_type"]-
>is_null) {
      requestptr->reqtype=dynamic_cast <
SQLGenericVar<string> *
>(requestrow.row()[" req_type"])-
>varelement;
      }
    DEBUGOUT("req_type"  );
    if (!requestrow.rowO["   acher_id"]-
>is_null) {
      requestptr->teacher_id=dynamic_cast
< SQLGenericVar<string> *
>(requestrow.row()[" teacher_id"])-
>varelement;

    DEBUGOUT("
    if
(!requestrow.row()["                    lt
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

| | |
|---|---|
| ``` }``` | ```>is null) {     requestptr-                    dynamic_cast < SQLGenericVar<string> * >(requestrow.row() ⊰ ⃰ >varelement;     }``` |
| ```bool Student            const Schedule_env &env, otleonnect &db) {   DEBUGOUT("In Student  „wAle 14,,,·    `()");   string grade(dynamic_cast < SQLGenericVar<string> * >(student.row()["gradel]->varelement);   DEBUGOUT("grade:");    DEBUGOUT(grade);   list<Request>::iterator reqpointer;   list<Segment>::iterator segpointer;   // list<Section>::iterator previous;   list<Crs_slice>::iterator slicepointer;   reqpointer = re uests.begin ⟩);                  h();``` | ```bool Student::            const Scheduleenv &env, otleonnect &db) {   DEBUGOUT("In Student::   string grade(dynamic_cast < SQLGenericVar<string> * >(student.row()["gradel]->varelement);    DEBUGOUT("grade:");     DEBUGOUT(grade);   list<Request>::iterator reqpointer;   list<Section>::iterator sectpointer;   // list<Section>::iterator previous;   list<Subsection>::iterator subsectpointer;   reqpointer = requests.beginO;   sect``` |
| ```void Student::            {   list<Segment>::iterator segpointer;   DEBUGOUT("In Student              );   DEBUGOUT(segments.size() );   se_ointer=segments.begin();   while (segpointer != segments.end() {``` | ```void Studen             §0 {   list<Section>::iterator sectpointer;   DEBUGOUT("In Student::  ctions()" );    DEBUGOUT(sections.size() );   sectpointer=sections.begin();    while (sectpointer != sections.end()) {``` |
| ```bool Student::            (list<Segment>::iter ator in) {   DEBUGOUT("In Student:: sched segment()");   map< string, list<Segment>::iterator >::iterator incheck;   incheck=              d(in->crs_num);   list<Crs_slice>::iterator sliceptr;``` | ```bool Student::            an(list<Section>::iter ator in) (   DEBUGOUT("In Student::schedsection0");   map< string, list<Section>::iterator >::iterator incheck;   incheck= >class_cd);   list<Sub_section>::iterator subptr;``` |
| ```bool Student::            1 st<Segment>::it erator out) {    DEBUGOUT("In``` | ```bool Student.:_,            (list<Section>::it erator out) {    DEBUGOUT("In``` |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

| | |
|---|---|
| Student:desched_segment()" );<br>  list<Crs slice>::iterator sliceptr; | Student:desched_sectiona" );<br>  list<Sub section>::iterator subptr; |
| void Student::insert_sched(const<br>Schedule env &env, otl_connect &db) {<br>  DEBUGOUT("In Student::insert_sched()"<br>);<br>  map< string, list<Segment>::iterator<br>>::iterator schedptr;<br>  schedptr=sched_segments.begin();<br>   string insertsql("INSERT INTO<br>stu schedule (syear, school, student id, "<br><br>       **num** crs sect s | void Student::insert sched(const<br>Schedule_ env &env, otl_connect &db) {<br>  DEBUGOUT("In<br>Student::insertsched()" );<br>  map< string, list<Section>::iterator<br>>::iterator schedptr;<br>  schedptr=sched_sections.begin();<br>   string insertsql("INSERT INTO<br>stu_sche (syear, school, student id, "<br><br>       " '             c<br><br>               lt |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

| Student.h 05-22-03 | Student.h 05-16-03 |
|---|---|
| #include "segment, i" | include"section. |
|  |  |
| class Student { | class Student { |
|  public: |  public: |
|   Row student; |   Row student; |
|   list<Request> requests; |   list<Request> requests; |
|   list<Segment> segments; |   list<Section> sections; |
|   list<Meet> meets; |   list<Meet> meets; |
|   map< string , map< char , int > > |   map< string , map< char , int > > |
| placeholders; //Inner map is days, | placeholders; //Inner map is days, |
|                        //Outer map is |                        //Outer map is |
| periods. | periods. |
|   map< string, list<Segment>::iterator > |   map< string, list<Section>::iterator > |
| sched_segments; | sched_sections; |
|   Student() { } |   Student() { } |
|   Student(Row studentrow) |   Student(Row studentrow) |
| { student=studentrow; } | student=studentrow; } |
|    Student() { } |   –Student(){} |
|   bool |   bool sched_section(list<Section) |
| sched_segment(list<Segment>::iterator in); |  |
|   bool |  |
| desched_segment(list<Segment>::iterator | deschedsection(list          on>::iterator |
| out); | out) |
|   bool get_requests(const Schedule_env |   boo] get_requests  const Schedule_env |
| &env, otl  connect &db); | &env,otl connect &db); |
|   bool get_segments(const Schedule_env |   bool get, sections(const Schedule_env |
| &env, otl  connect &db); | &env, otl_ donne. t &db); |
|   bool get_course_meets(const |   bool get_n pets: const Schedule_env |
| Schedule_env &env, otl  connect &db); | &env, otl_c   rzeet &db); |
|   voiti 8o          inctits(); |   void sortsections(); |
|   int build(); |   int build(); |
|   void insert_sched(const Schedule env |   void insert_sched(const Schedule env |
| &env, otl connect &db); | &env, otl_connect &db); |
|  | }; |

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Three Way Comparison

PGLA cross referenced the Star_Base code with that of IS3. In many instances, identical logic was revealed. This duplicate logic looks slightly different between the two systems because the IS3 code is written in a different language, or was translated electronically from the Star_Base code.

Of even greater significance is the fact that The Miller Group apparently realized they sent a version with damning evidence in Data Set 2 and decided to make edits to conceal the gross similarities. They forwarded Data Set 4 on May 22 which contained the same code although the references to the Century systems were renamed.

Interestingly enough, The Miller Group left the off variable name of "SPMN" in both versions of their code. It is probable that The Miller Group does not know the meaning of the abbreviation SPMN.

| Three Way Comparison of Star_Base to Main.c | | |
|---|---|---|
| **Star_Base schedule.c** | **IS3 Main.c 5/16/03** | **IS3 main.c 5/22/03** |

Star_Base schedule.c:
```
"select nvl(student_id,'') ,nvl(grade,'')
,nvl(reqpri,'') ,nvl(sex,'') ,n\
vl(ethnic,'') ,nvl(schpri,'') ,nvl(conflict,'')
,nvl(hold_sex,'') ,nvl(hol1
d_grade,'') ,nvl(clus
,nvl(start_period,'') ,nvl(end_period,''\
) ,nvl(has_requests,'')
,nvl(to_numberato_number(end_period)+1)),
0) from sx\
pri where (((school=:b0 and (W:b1 or
:b1='ALL')) and (student_id=:b3 or :b\
3='ALL')) and conflict is null ) order by
grade,reqpri desc ,sex,ethnic,schpri\
 desc ,student id
```

IS3 Main.c 5/16/03:
```
otl_stream student t0  schedule(50,
PELEctiiudentid, grade "
" reqpri, sex, ethnic  schpri,
           " coalesce
conflict, "
           " hold_sex, hold_grade, "
           " coa les ee(el uster    e,'1') AS
cluster_cod"
" start_period, end_period, "
" has_requests,
to_char(to_number(end_period,'99') +
1,99') AS EP "
" FROM sched_stu "
" WHERE school =
:wschooll<char[4]> and "

:spmn2<char[5]> OR "

:spmn3<char[5]> = 'ALL') and "
                    " (student id =
:single_student_id4<char[10]> OR "
                      "
:single_studentid5<char[10]> = 'ALL') and

                       " (conflict is null
OR conflict = '') "
           " ORDER BY grade, reqpri desc,
sex, ethnic, schpri desc",db);
           student_to_schedule <<
env. school;
```

IS3 main.c 5/22/03:
```
otl_stream
student to schedule(50,
"SELECT student_id, grade, "
" reqpri, sex, ethnic, schpri, "
       " coalesce(conflict,'M') AS
conflict, "

       " hold_sex, hold_grade, "
       " coalesce(cluster_code,'1') AS
house_code, "
       " start_period, end_period, "
       " has_requests,
to_char(to_number(end_period,'99') +
1,'99') AS EP "
       " FROM sched_stu "
       " WHERE school =
:wschooll<char[4]> and "
                       "
:spmn2<char[5]> OR "

:spmn3<char[5]> = 'ALL') and "
                   " (student_id =
:single_student_id4<char[ 1 OP OR "
                       "
:single_student_id5<char[ 10]> = 'ALL')
and"
                       " (conflict is
null OR conflict = '') "
       " ORDER BY grade, reqpri
desc, sex, ethnic, schpri desc",db);
       student_to_schedule <<
env. school;
           DEBUGOUT(env.school);
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

| | | |
|---|---|---|
| set_keys; /* Set sort key (crspri ,tot_open,prim_cnt, al t_n o,ava i_seat, sec ) */<br><br>quick_sort(sect_el);        /* Sort section info (sect_list) by sort key */<br><br>meet_el = loadmeet(); /* Load schedule info into meet_list, meet_el=#sects */<br><br>build_bitbox(tot_pds); | if (curstu.get_requests(env,db)) {<br>    DEBUGOUT("Has requests");<br>    curstu.get_sections(env,db);<br>    curstu.sort_sections();<br>    curstu.get_meets(env,db);<br>    int code;<br>    code=curstu.buildO; | if (curstu.get_requests(env,db))<br>{<br>        DEBUGOUT("Has requests");<br><br>curstu.get_segments(env,db);<br>    curstu.sort_segments();<br>curstu.get_course_meets(env,db);<br>        int code;<br>        code=curstu.buildO; |
| sqlcxt((void **)0, &sqlctx, &sqlstm, &sqlfpn);<br>if (sqlca.sqlcode == 1403) goto insert_s_head; | if (env.type_of sched == "M") {<br>    string schedstusql("UPDATE sched_stu SET conflict = "");<br><br>schedstusql=schedstusql+conflict+""<br>WHERE SCHOOL = '"+env.school+<br>"' AND student_id =<br>'"+dynamic_cast < SQLGenericVar<string> * >(studentrow.rowO["student_id"])->varelement+"";<br>        otl_stream schedstuupdate(1,schedstusql.c_str(),db);<br>        schedstuupdate.rewind();<br>    }<br>    //Stu head stuff<br><br>set_stu_head(conflict,studentrow,env,db);<br>}<br>    } | if (env.type_of sched      "M")<br>{<br>    string schedstusql("UPDATE sched_stu SET conflict = I");<br><br>schedstusql=schedstusql+conflict+w<br>WHERE SCHOOL = '"+env.school+<br>"' AND student_id =<br>w+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()[" student_id"])->varelement+"";<br>        otl_stream schedstuupdate(1,schedstusql.c_str(),db);<br>        schedstuupdate.rewind();<br><br>    //Stu head stuff<br><br>set_sched_student_results(conflict,studentrow,env,db);<br>} |
| | void set_stu_head(char flag, Row studentrow,const Schedule_env &env, otl_connect &db) {<br>  DEBUGOUT("In set_stu_head()");<br>  string checkstring("select count(*) as cnt<br>        j where syear =1");<br>  checkstring=checkstring+env.syear+""<br>AND school = '"+env.school+"'"<br>  "AND student_id =<br>:student_id<char[10]>";<br>  DEBUGOUT("checkstring");<br>  DEBUGOUT(checkstring);<br>  otl_stream check(50,checkstring.c_str(),db);<br>  DEBUGOUT(":student_id");<br>  check << dynamic_cast < SQLGenericVar<string> * >(studentrow.rowO["student_id"])->varelement;<br>#ifdef OTL_UNIX_ODBC<br>  string count;<br>  check >> count;<br>  if (count=="0") { | void set_sched_student_results(char flag, Row studentrow,const Schedule_env &env, otl_connect &db)<br>{<br>  DEBUGOUT("In set_sched_student_results0");<br>  strin checkstring "select count(*) as cnt<br>                where syear<br>=.);<br>  checkstring=checkstring+env.syear+""<br>AND school = '"+env.school+"'"<br>  "AND student_id =<br>:studentid<char[10]>";<br>  DEBUGOUT("checkstring");<br>  DEBUGOUT(checkstring);<br>  otl_stream check(50,checkstring.c_str(),db);<br>  DEBUGOUT(":student_id");<br>  check << dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["studentid"])->varelement;<br>#ifdef OTL_UNIX_ODBC |

ssociates LLC
DATA FORENSICS

* *Confidential – Attorneys Eyes Only*

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
#else
  double count;
  check >> count;
  if (count==0) {
#endif
   string insertsql("INSERT INTO
          (syear, school, student_id, "
                      " priority_ext,
conflict_cd, "
                      " change_date,
reprint_flag, "
                      " reprint_code) "
      " VALUES (");

insertsql=insertsql+env.syear+"','"+env.scho
ol+"',

:student_idl<char[ 1 0]>,'5',:wpflag2<char[ 1
]>,current_date, "
        " w+env.stx_sched_flag+"',11')";
   DEBUGOUT("insertsql:");
   DEBUGOUT(insertsql);
   otl_stream ins(1,insertsql.c_str(),db);
   ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.rowO["student_id"])-
>varelement;
   ins << flag;
  } else {
   string updatesql;
   if (env.stx sched flag == "Y") {
    updatesql="                 SET
change_date = current_date, "
        " reprint_flag = 'Y', "
        " reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
        " WHEN '0' THEN '1' ELSE
'1' END, "
        " conflict_cd =
  wp flagl<char[1]> "
        " WHERE syear =
:syear2<char[3]> "
        " AND school =
:school3<char[4]> "
        " AND student_id =
:student_id4<char[101]> ";
   } else {
    updatesql="UPDATE        SET "
        " conflict_cd =
:wpflagl<char[1]> "
        " WHERE syear = :
```

```
string count;
check >> count;
if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
   string inserts ı("INSERT INTO
            34          school,
student_id, "

conflict_status, change_date) "


         " VALUES ("');

insertsql=insertsql+env.syear+"','"+env.sc
hool+"', "

:student_idl<char[10]>,:wpflag2<char[1]
>,current_dater ;

   DEBUGOUT("insertsql:");
   DEBUGOUT(insertsql);
   otl_stream ins(1,insertsql.c_stradb);
   ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()[" student_id1)-
>varelement;
   ins << flag;
  } else {
   string updatesql;
   if (env.stx_sched flag      "Y") {
    u P dates q l=" UPDATE
sched_student_results SET change_date =
current_date, "
        " conflict_status =
 wpflag 1 <char [1]> "



        " WHERE syear =
:syear2<char[3]> "
        " AND school =
:school3<char[4]> "
        " AND student_id =
:student_id4<char[ 10]> ";
   } else {
    updatesql="UPDATE
                SET
        " conflict_status = :
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                              *May 29, 2003*

**Summary of Findings —**

**Modified Files**
The Miller Group modified at least 346 files between May 9, 2003, and May 14, 2003. The modifications clearly appear to be a deliberate attempt to alter variable, table, and field names so that they are not identical to the same names originally assigned by Century Consultants.

Further, it appears as though The Miller Group forgot to modify the Scheduler application. Many of the variable names map directly to the Century code. The Miller Group attempted to fix this problem by suddenly offering a new version of the Scheduler application and stating that the version originally sent was the "wrong" version and was "six months old." PGLA found the original version to be current as of May 12, 2003, since one of the files reflected that date as its modification date. The "revised" version of the scheduler was dated May 15, 2003. Although it was only three days later, massive edits were made to the second set of files.

**SkdMassDetail.php**
The Miller Group surrendered two versions of the Scheduler Application front end program, one in use at the Springfield School District, and the other contained in Data Set 2.

Our analysis of the Springfield version of SkdMassDetail reveals a plethora of calls made to tables authored by Century Consultants. In addition, a tremendous number of variables map directly to the exact variable name and definition assigned by Century Consultants in their Star Base system.

PGLA compared the version of SkdMassDetail running in the Springfield School District and the one forwarded to us in Data Set 2. The Data Set 2 version was identical in logic, although all of the table references and variable names were modified. In our opinion the names were modified in an attempt to conceal the fact that they were identical to the names assigned by Century Consultants. Of significance is the fact that the Springfield version was last modified on March 24, 2003, while the Data Set 2 version was modified on May 14, 2003 at 10:18 PM. PGLA received the latter file on May 16, 2003.

**Scheduler Schema Comparison**
PGLA requested the schema of the IS3 application, but it was never sent. PGLA, however, was able to recreate the schema used by IS3 and compare it to that of Star_Base. The results indicate that the schema is substantially similar between both applications, even though The Miller Group took great effort in renaming the tables, etc. PGLA did not compare the schema between the Springfield version and Star_Base because the Springfield schema was also not forwarded to us for review.

**P G. Lew**

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd.** v. **The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

**Table by Table Comparison**
PGLA analyzed seven (7) tables between Star_Base and IS3. Although The Miller Group made great effort to modify the table names and field names contained within the table, PGLA has determined that the tables are substantially similar in design. In fact, one of the tables contained in IS3 is an exact duplicate of a table contained in Star_Base. This table has fifteen (15) data elements and it would be virtually impossible, in our opinion, to randomly create the identical table.

**Flow Diagram**
PGLA mapped the flow diagrams of each application. The flow chart of each application is almost identical. In addition, IS3 used many identical or nearly identical names for each module.

**SQL Code Comparison**
PGLA analyzed the SQL code statements between Star_Base and IS3. We determined that both applications shared a code component labeled *"student_to_scheduler."* Aside from the fact that they share the same name, both sets of code are nearly identical.

**Similarities in code and status code used**
PGLA analyzed two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. It is virtually impossible, in our opinion, for a different programmer to develop the same conditions.

**Three way comparison of Star_Base C to IS3 C++**
PGLA analyzed the Star_Base code and compared it with the main.cc source code contained in the IS3 system. The IS3 code is strikingly similar to the Star_Base code and shares many of the same variable names and logic.

Of more significance is the fact that The Miller Group suddenly offered a new version of the main.cc code on May 22. When this version was compared to the original, we found that the references to Star_Base tables were replaced with other names. However, the code and logic is nearly identical.

**Century Consultants, Ltd. V. The Miller Group, et al**

CONFIDENTIAL                                                    *May 29, 2003*

**Conclusion**

PGLA is of the opinion, to a reasonable degree of certainty, that substantial portions of the IS3 system are a copied and translated duplicate of the Century Consultants Star_Base system. In almost all areas explored, PGLA found identical or substantially similar logic, table names, field names, definitions, and source code between the two applications.

PGLA is also of the opinion to a reasonable degree of certainty that The Miller Group modified substantial portions of the IS3 source codes between the dates of May 9, 2003 and May 14, 2003, modifying table names and variable names in their code because the IS3 system used most of the names defined and assigned by the Star_Base system. The Miller Group evidently forgot to change the C++ code received by our office on May 16 and worked for three days to produce another version. This new version contained the same type of "search-and-replace" changes to assign different names to Century's tables, fields, and software.

It is the opinion of PG Lewis & Associates, LLC that The Miller Group had access to the source codes developed by Century Consultants while designing their system. PGLA is of the further opinion that The Miller Group modeled their IS3 system after Star_Base and probably used the Star Base source code as a starting platform.

I remain available to discuss this report further.

_____

P. Lewis
May 29, 2003

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**APPENDIX** "A"

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**Source Code Listing of SkdMassDetail.php.**

| SkdMassDetail.php | |
|---|---|
| **Springfield School District** | **IS3 May 16, 2003** |

```php
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student
Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=="")

 echo '<TABLE>';
 echo '<FORM METHOD="POST
ACTION="Modules.php?modname='.$ REQ
UEST['modname'].'&func=C">';
 echo "<TD>School Year:</TD>";
 $curyr=GetSysYear();
 $cknext="select distinct
a.start_yy from course a, config b
    where (a.startyy > b.year and
a.start_yy < '50')";
 $ckdb=DBQuery($cknext);
 $ckyrdata=DBReturn($ckdb, $ckcnt);
 if($ckyrdata[1]['START_YY'] != ")
{$curyr=$curyr + 1;
  $curyr-str_pad($curyr, 2, "0",
str_pad_left);

 echo "<TD>";
GetSchoolYear('year',$curyr,");
 echo "</TD>";
 echo "<TR>";

PrepareSchool(SessionSchool(),'midh
igh');
 echo "</TR>";
 echo "<TR>";

PrepareGrade(SessionSchool(),'midhi
gh');
 echo "</TR>";
 echo "<TR>";
 echo "<TD>Schedules:</TD>";
 echo "<TD>Complete<INPUT
TYPE=RADIO NAME-comp_part VALUE=C
SIZE-1 CHECKED>";
 echo "Partial<INPUT TYPE-RADIO
NAME=comp_part VALUE=P SIZE=l>";
 echo "</TD></TR>";
 echo "<TR>";
 echo "<TD>Include Cluster:</TD>";
 echo "<TD><INPUT TYPE=RADIO
NAME=cluster VALUE=Y SIZE-1 >";
```

```php
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student
Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=="")

 echo '<TABLE>';
 echo '<FORM METHOD="POST
ACTION-"Modules.php?modname=1.$_REQ
UEST['modname1'].'&func=C">';
 echo "<TD>School Year:</TD>";
 $curyr=GetSysYear();
 $cknext="select distinct a.SYEAR
from COURSES a, config b
   where
(A.SYEAR > B.SYEAR and A.SYEAR <
'50') ";
 $ckdb-DBQuery($cknext);
 $ckyrdata=DBReturn($ckdb, $ckcnt);
 if($ckyrdata[1]['SYEAR'] != ")

  $curyr=$curyr + 1;
  $curyr=str_pad($curyr, 2, "0",
str_pad left);

 echo "<TD>";
GetSchoolYear('year',$curyr,");
 echo "</TD>";
 echo "<TR>";

PrepareSchool(SessionSchool(),'midh
igh');
 echo "</TR>";
 echo "<TR>";
PrepareGrade(SessionSchool(),'midhi
gh');
 echo "</TR>";
 echo "<TR>";
 echo "<TD>Schedules:</TD>";
 echo "<TD>Complete<INPUT
TYPE=RADIO NAME=comp part VALUE=C
SIZE=1 CHECKED>";
 echo "Partial<INPUT TYPE=RADIO
NAME=comp_part VALUE=P SIZE=1>";
 echo "</TD></TR>";
 echo "<TR>";
 echo "<TD>Include Cluster:</TD>";
 echo "<TD><INPUT TYPE=CHCKBOX
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
 echo "</TD></TR>";
 echo '<TR><TD>Student
ID:</TD><TD><INPUT TYPE="text"
NAME="a_stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
 //echo "<input type=hidden
name=a_stu value =ALL>";
 echo '</TABLE><BR><BR>';
 Buttons('Find','Reset Values');
 echo '</FORM>';
}
if($func=='C')

 if($sch == ")
 {
  echo "<H4> You must enter a
school to schedule.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

  exit();
 }
 echo "<H4> ";
 $dispyear=DispYear($year);
 $dispsch=GetSchool($sch);
 echo
"<BR>".$dispyear."<BR>".$dispsch;
 if($grade == ") { echo "<BR> All
Grades";
 else { echo "<BR>Grade -
".$grade;    }
 if($a_stu == 'ALL')

  $cklock="select sched_lock date
lock_date from sch_base where
school = '$sch'";
  $ckdb=DBQuery($cklock);

$lockdata=DBReturnNoWord($ckdb,$lkc
nt );
//echo "<BR>sql=".$cklock;
  if($lockdata[1]['LOCK DATE'] !=
")

  echo "<H4> The schedule has been
locked as of
".$lockdata[1]['LOCK_DATE']." You
can not run the scheduler for all
students.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=P>HERE</A> to
schedule again.<BR><BR>";

  exit();
```

```
NAME=cluster VALUE=Y SIZE=1 >";
 echo "</TD></TR>";
 echo '<TR><TD>Student
ID:</TD><TD><INPUT TYPE="text"
NAME="a stu" SIZE="12" VALUE=ALL
MAXLENGTH=10></TD></TR>';
 //echo "<input type=hidden
name=a stu value =ALL>";
 echo '</TABLE><BR><BR>';
 Buttons('Find','Reset Values');
 echo '</FORM>';
}
if($func=='C')

 if($SCh == '')

  echo "<H4> You must enter a
school to schedule.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=P>HERE</A> to
schedule again.<BR><BR>";

  exit();

 echo "<H4> ";
 $dispyear=DispYear($year);
 $dispsch=GetSchool($sch);
 echo
"<BR>".$dispyear."<BR>".$dispsch;
 if($grade == ") {
  echo "<BR> All Grades";
 } else {
  echo "<BR>Grade - ".$grade;

 if($a_stu == 'ALL') {
  $cklock="select sched lock_date
AS lock date from SCHOOLS where
school = '$sch'";
  $ckdb=DBQuery($cklock);

$lockdata=DBReturnNoWord($ckdb,$lkc
nt );
  //echo "<BR>sql=".$cklock;
  if($lockdata[1]['LOCK_DATE'] !=

  echo "<H4> The schedule has
been locked as of
".$lockdata[1]['LOCK DATE']." You
can not run the scheduler for all
students.</H4>";
  echo "<BR><BR>Click<A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
```

**Century Consultants, Ltd. V. The Miller Group, et al**
**CONFIDENTIAL**

*May 29, 2003*

```
 ¦
 if($comp_part == 'P')   ¦ echo
"<BR><BR>This will
schedule all partial
schedules.</H4>";   ¦
 else {
echo "<BR><BR>This will
delete the schedule for the
student. <BR>If 'ALL' is selected,
all schedules will be
delete.</H4>";   ¦
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$ REQ
UEST['modname'].'&func=S&year='.$ye
ar.'&cluster='.$cluster.

'&sch='.$sch.'&grade-'.$grade.'&a_s
tu='.$a_stu.'&comp_part='.$comp par
t.'">';
 Buttons('CONTINUE',");
 echo '</FORM>';
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";

if($func=='S')

 if($a_stu == 'ALL')

  $getid="select id from sched_run
where school = '$sch'";
  $iddb=DBQuery($getid);
  $iddata=DBReturn($iddb,$idcnt);
  $id=$iddata[1]['ID'];
   $getresult="select status from
sched results where id = '$id'";
  $resultdb=DBQuery($getresult);
$resultdata=DBReturn($resultdb,$res
ultcnt);
  if($resultcnt > 0 and
$resultdata[1]['STATUS'] != 'D')
  {echo "<H4> The previous
scheduling run is still scheduling.
<BR>You must wait before running
again.</H4>";
   echo<BR><BR>Click <A
HREF="Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
   if($s ulevel == '999')    ¦
    echo <BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=0&sch=".$sch."
&id=".$id."'>HERE</A> to
override.<BR><BR>";
```

```
      exit();

 if($comp_part == 'P')   {
   echo "<BR><BR>This will schedule
all partial schedules.</H4>";
 ¦ else {
   echo "<BR><BR>This will delete
the schedule for the student.
<BR>If 'ALL' is selected, all
schedules will be deleted.</H4>";

 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname-'.$_REQ
UEST['modname'].'&func=S&year='.$ye
ar.'&cluster='.$cluster.

l&sch='.$sch.'&grade='.$grade.'&a_s
tu='.$a_stu.'&comp_part='.$comp_par
t.'">';
 Buttons('CONTINUE',");
 echo '</FORM>';
 echo "<BR><BR>Click <A
HREF-'Modules.php?modname=".$_REQUE
ST['modname']."&func=F'>HERE</A> to
schedule again.<BR><BR>";
¦
if($func=='S')

 if($astu == 'ALL')

  $getid="select id from sched_run
where school = '$sch'";
  $iddb=DBQuery($getid);
  $iddata=DBReturn($iddb,$ident);

  $id-Siddata [1] [' ID ' ];

  $getresult="select status from
sched_results where id = '$id'";
  $resultdb=DBQuery($getresult);

$resultdata=DBReturn($resultdb,$res
ultcnt);
  if($resultcnt > 0 and
$resultdata[1]['STATUS'] != 'D') {
   echo "<H4> The previous
scheduling run is still scheduling.
<BR>You must wait before running
again.</H4>";
   echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=P>HERE</A> to
schedule again.<BR><BR>";
   if($s_ulevel == '999') {
    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
```

P.G. Le

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
**CONFIDENTIAL**

*May 29, 2003*

```
  exit();   |
  |
 $delpri="delete sched_stu where
school = '$sch' and (student_id =
'$a_stu' or '$a_stu' = 'ALL')";
 $db=DBQuery($delpri);
 $delresult="delete sched_results
where id = '$id'";
 $db=DBQuery($delresult);
 $delrun="delete sched_run where
school = '$sch'";
 $db=DBQuery($delrun);
 if(($comp_part=='C') or
($comp part=='P' and $a_stu !=
'ALL')) {
  $delcount="select a.class cd,
a.section, count(*) seatcnt
from stu_sche a, stusch b


where a.start_yy = '$year'
and a.start yy=b.start yy
and a.school = '$sch'
and b.school=a.school
and (a.student id = '$a_stu'
or '$astu' = 'ALL')

and b.student_id(+)=a.student_id
and (b.grade='$grade' or '$grade'
is null) group by class_cd,
section";
  $cntdb=DBQuery($delcount);

$crsdata=DBReturnNoWord($cntdb,$cnt
};
//echo "<BR>sql=".$delcount;
  $ckforatt="select a.seq number,
b.class_cd, b.section,b.period,
   b.semester,b.days,b.sub section
from stu_stc_head a, stu_stc_xact
b, stu_sche c
where a.start_yy = '$year'
and a.school = '$sch'
      and a.student_id = '$a_stu'
      and a.seq number =
b.seq_number
      and a.start yy = c.start yy
      and a.school = c.school
      and a.student_id =
c.student id
      and b.class_cd = c.class_cd
      and b.section = c.section
      and c.active cd = 'A'";
  $attdb=DBQuery($ckforatt);

$attdata=DBReturnNoWord($attdb,$att
```

```
ST['modname1']."&func=0&sch=".$sch."
&id=".$id."'>HERE</A> to
override.<BR><BR>";

   exit();
  }
 |
 $delpri="delete from sched_stu
where school='$sch' and
(student_id='$a stu' or
'$a_stu'='ALL') ";
 $db=DBQuery($delpri);
 $delresult="delete from
sched_results where id = '$id'";
 $db=DBQuery($delresult);
 $delrun="delete from sched_run
where school = '$sch'";
 $db=DBQuery($delrun);
 if(($comp_part=='C') or
($comp_part=='P' and $a_stu !=
'ALL')) {
  $delcount="select a.CRS NUM,
a.CRS SEG, count(*) AS seatcnt
from STU SCHEDULE a LEFT OUTER JOIN
STU SCHOOL MEETS b ON
(a.student_id = b.student id)
where a.SYEAR = '$year'
and a.SYEAR=b.SYEAR
and a.school = '$sch'
and b.school=a.school
and (a.student_id  '$a stu' or
'$a stu' = 'ALL')";
   if(!empty($grade)){$delcount.="
and b.grade='$grade' ";}
  $delcount.="group by
a.CRS_NUM,a.CRS_SEG ";
   $cntdb=DBQuery($delcount);

$crsdata=DBReturnNoWord($cntdb,$cnt

  //echo "<BR>sql=".$delcount;
  $ckforatt="select
a.ID, b.CRS_NUM,
b.CRS SEG,b.period,
   b.semester,b.days,b.CRS SLICE
   from stu sched list a, -
stu        b, STU_SCHEDULE c
  where a.SYEAR  '$year'
  and a.school   '$sch'
  and a.student id = '$a stu'
  and a.ID   b.ID
  and a.SYEAR = c.SYEAR
  and a.school = c.school
  and a.student_id = c.student_id
  and b.CRS NUM = c.CRS NUM
  and b.CRS SEG = c.CRS SEG
  and c.active cd = 'A'";
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
cnt);
    if($fromsched=='Y')

     $dt=$dy.'-'.$mn.'-'.$yr;
    ¦
    else $dt=date('d-M-y');
    for($a=1;$a<=$attcnt;$a++)

     $sq=$attdata [ $a ]['SEQNUMBER' ] ;

$cl=strtoupper ($attdata [$a] [ ' CLASS_
CD']);
    $sc=$attdata [$a] [ ' SECTION ' ] ;
    $sb=$attdata [$a] [ ' SUB_SECT ION ' ] ;
    $pd=$attdata [ $a ] [ ' PERIOD ' ] ;

$sm=strtoupper($attdata[$a]['SEMEST
ER']);
    $dy=$attdata[$a]['DAYS'];
    $ckstc="select count(*) cnt from
stu_stc_xact
    where seq_number    '$sq'
        and effective_ date= '$dt'
        and class_cd = '$cl'
        and section = '$sc'
        and sub section = '$sb'
        and period = '$pd'";
    $ckstcdb=DBQuery($ckstc);

$ckstcdata=DBReturn($ckstcdb,$ckstc
nt);
    if($ckstcdata[1]['CNT'] == 0)

    $insstc="insert into
stu_stc xact
SEQ NUMBER, TRANSACTION DATE,

TRANSACTION TYPE, EFFECTIVE DATE,CLA
SS CD, SECTION,

SUB SECTION,PERIOD,SEMESTER,DAYS)
    values
(1$sq1,'$dt','D','$dt1,'$cl','$sc',
1$sb','$pd','$sm','$dy')";
    $insdb=DBQuery($insstc);
 //echo "<BR>ins=".$insstc;

  ¦
// if($a_stu    'ALL')
//  ¦
    for($z=1;$z<=$cnt;$z++)

$cls=strtoupper($crsdata[$z]['CLASS
 CD']);
    $sect=$crsdata[$z]['SECTION'];
    $seats=$crsdata[$z]['SEATCNT1'];
```

```
     $attdb=DBQuery($ckforatt);

$attdata=DBReturnNoWord($attdb,$att
cnt);
    $dt=date('d-M-y');
    for($a=1;$a<=$attcnt;$a++) {
    $sq=$attdata[$a]['ID'];
    $c1=$attdata[$a]['CRS_NUM'];
    $sc=$attdata[$a][1CRS_SEGT];
    $sb=$attdata[$a]['CRS_SLICE'];
    $pd=$attdata[$a]['PERIOD'];
    $sm=$attdata[$a]['SEMESTER'];
    $dy=$attdata[$a]['DAYS'];
    $ckstc="select count(*) AS cnt
from stu_list act
    where ID = '$sq'
    and effective date= '$dt'
    and CRS NUM = '$cl'
    and CRS_SEG = '$sc'
    and CRS SLICE = '$sb'
    and period = '$pd'";
    $ckstcdb=DBQuery($ckstc);

$ckstcdata=DBReturn($ckstcdb,$ckstc
nt);
    if($ckstcdata[1]['CNT'] == 0) {
    $insstc="insert into
stu_list act
(ID,TRANSACTION_DATE,TRANSACTION TY
PE,EFFECTIVE_DATE,CRS_NUM,CRS SEG,
    CRS_SLICE,PERIOD,SEMESTER,DAYS)
    VALUES
(T$sq','$dt','D','$dt','$cl','$sc',
'$sb','$pd','$sm','$dy')";
    $insdb=DBQuery($insstc);

  ¦
    for($z=1;$z<=$cnt;$z++){
    $cls=$crsdata[$z]['CRS NUM'];
    $sect=$crsdata[$z]['CRS_SEG'];
    $seats-$crsdata[$z]['SEATCNT'];
    $updseat="update COURSE SECTION
    set AVAI_SEATS = avai_seats +
'$seats',
    ASSI_SEATS = assi_seats -
'$seats'
    where SYEAR = '$year'
    and school = '$sch'
    and CRS NUM = '$cls'
    and CRS:SEG = '$sect'";
    $upddb=DBQuery($updseat);
    ¦
    $delsched="delete from
STU SCHEDULE where SYEAR = '$year'
    and school = '$sch'
    and (student_id = '$a_stu'
    or '$a stu' = 'ALL')
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
    $updseat="update sect
        set AVAI SEATS = avai seats
+ '$seats',
        ASSI SEATS = assi seats -
'$seats'
        where start_yy = '$year'
        and school = '$sch'
        and class cd = '$cls'
        and section = '$sect'";
    $upddb=DBQuery($updseat);
  //echo "<BR>updseats=".$updseat;

    $delsched="delete sched a where
a.start_yy = '$year'
        and a.school = '$sch'
        and (a.student_id   '$a_stu'
or '$a_stu' = 'ALL')
        and a.student_id = (select
b.student_id
            from stu_sch b
            where b.start_yy =
a.start yy
            and b.school =
a.school
            and b.student_id =
a.student_id
            and (b.grade =
'$grade' or '$grade' is null))";
    $db=DBQuery($delsched);
  //echo "<BR>sql= ".$delsched;
    $delmeet="delete s_meet a where
a.start_yy = '$year'
        and a.school = '$sch'
        and (a.student id = '$a_stu'
or '$a_stu' = 'ALL')
        and a.student_id = (select
b.student_id
            from stu_sch b
            where b.start_yy =
a.startyy
            and b.school =
a.school
            and b.student_id =
a.student_id
            and (b.grade =
'$grade' or '$grade' is null))";
    $db=DBQuery($delmeet);
//    ↓
//    elseif($cnt != '0')
//
//    echo "<H4> The selected
student is already
scheduled.</H4>";
//   echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
STrmodname']."&func-P>HERE</A> to
schedule again.<BR><BR>";
```

```
    and student_id IN (select
student_id
    from STU_SCHOOL MEETS
    where SYEAR = '$year'
    and school = '$sch' ";
    if (!empty($grade)) {
      $delsched.=" and grade =
'$grade' ";

    $delsched.=" )";
    $db=DBQuery($delsched);
    //echo "<BR>sql = ".$delsched;
    $delmeet="delete from
COURSE SPECIAL MEETS where SYEAR =
'$year'
    and school = '$sch'
    and (student_id = '$a stu' or
'$a_stu' = 'ALL')
    and student_id IN (select
student_id
    from STU SCHOOL MEETS
    where SYEAR '$year'
    and school = '$sch' ";
    if (!empty($grade)) {
      $delmeet.="and grade =
'$grade'";

    $delmeet.=" ) ";
    $db=DBQuery($delmeet);
  |
 $sql="SELECT
".db_seq nextval('sps_sched_run seq
')." AS NV ".FROM_DUAL;
 $result=DBQuery($sql);
 $row=db_fetch row($result);
 $nextv=$row['NV'];
 $getcnt="select count(*) AS cnt
   from STU SCHOOLMEETS a
   where a.SYEAR = '$year'
   and a.school = '$sch' ";
 if (!empty($grade)) {
   $getcnt.=" and a.grade =
'$grade' ";

 $getcnt.=" and (a.student_id =
'$a_stu' or '$a stu' = 'ALL') and
a.active in ('A','R')";
 $cntdb=DBQuery($getcnt);
 $cntdata=DBReturn($cntdb, $cnt);
 $no_of_stu=$cntdata[l]['CNT'];
 if($cluster!='Y') { $cluster='N';

 $insertrun="insert into sched_run
( ID, TYPE_OF_SCHED, SCHOOL, SYEAR,
  PARTIALS OR_COMPLETES,
  TIME_LIMIT, TOT_STU,
STX SCHED FLAG,
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
//    Warehouse("footer");
//    exit();
//        |
 $sql="SELECT
".db_seq_nextval('sps sched_run_seg
')." AS NV ".FROM DUAL;
$result=DBQuery($sg1);
$row=db_fetch row($result);
$nextv=$row['NV'];
$getcnt="select count(*) cnt
    from stu_sch a
    where a.start yy = '$year'
    and a.school = '$sch'
    and (a.grade = '$grade' or
'$grade' is null)
    and (a.student id = '$a_stu' or
'$a_stu' = 'ALL'
    and a.active in ('A','R')";
$cntdb=DBQuery($getcnt);
$cntdata=DBReturn($cntdb, $cnt);
$no_of stu=Scntdata[l]['CNT'];
if($cluster!='Y') {   $cluster='N';

$insertrun="insert into sched_run
 ID, TYPE OF SCHED, SCHOOL,
START YY, aRRIALS O  COMPLETES,
    TIME_LIMIT, TOT 'TU,
STX S HED_FLAG, ABORT AT_50
UNLIMITED SEATS, PERCENT_OVERRIDE,
    SCHO6L_DAYS, IGN CLUSTER,
IGN ABILITY, IGN_ALTERNATES,
BALANCE_ BY SEMESTER,
    LINKED_COURSES, SPMN,
SCHED START TIME, STUDENT_ID)
    values
('$nextv','M','$sch','$year','$comp
part','9999','$no_of stu','Y','N',
'N','1','MTWRF','$cluster','N','N',
'N','N','ALL',
    '37581','$a stu')";
$insdb=DBQuery($insertrun);
if($a_stu != 'ALL')

$gettemp="select a.start yy,
a.school, a.student_id, a.grade,
b.last_name, b.first_name
    from stu_sch a, students b
    where a.start yy = '$year'
    and a.school = '$sch'
    and (a.grade = '$grade' or
'$grade' is null)
    and a.student_id = '$a_stu'
    and a.active in ('A','R')
    and a.student_id = b.student id
    order by 2";
$tempdb=DBQuery($gettemp);
```

```
ABORT_AT 50 , UNLIMITED SEATS,
PERCET_O-VERRIDE,
SCHOOLDAYS, IGN CLUSTER,
IGN ABILYTY,
IGN_ALTERNATES,
BALANCE BY_SEMESTER,
LINKED_COURSES, SPMN,
SCHED_START TIME,
STUDENT_ID)
values
('$nextv','M','$sch','$year','$comp
part',

'9999','$no of stu','Y','N','N','1'
,TMTWRFT,
'$cluster','N','N','N','N','ALL',
'37581','$a_stu')";
$insdb=DBQuery($insertrun);
if($a_stu != 'ALL') {
    $gettemp="select a.SYEAR,
a.school, a.student_id,
a.grade, b.last name,
b.first name
    from
    STU SCHOOL MEETS a, students b
    where
    a.SYEAR = '$year'
    and a.school = '$sch' ";
    if (!empty($grade)) {
      $gettemp.=" and a.grade =
'$grade' ";
    }
    $gettemp.=" and a.student_id =
'$a_stu'
    and a.active in ('A','R')
    and a.student_id   b.student_id
    order by 2";
    $tempdb=DBQuery($gettemp);
    $stxdata=DBReturn($tempdb,
$stzcnt);
    if($stzcnt == '0') {
    echo "<H4> You entered a
invalid student.</H4>";
    echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=P>HERE</A> to
schedule again.";

    exit();

    for($x=1;$x<=$stzcnt;$x++) {
      $sd=$stxdata[$x]['SCHOOL'];

$stu=$stxdata[$x][ISTUDENT_IDT];
      if($grade == ") {
        $grade = 'A';
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
  $stxdata=DBReturn($tempdb,
$stzcnt);
  if($stzcnt == '0')

  echo "<H4> You entered a invalid
student.</H4>";
  echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$ REQUE
ST['modname'']."&func=1">HERE</A> to
schedule again.";

  exit();
  |

  for($x=1;$x<=$stzcnt;$x++)

  $sc=$stxdata[$x]['SCHOOL'];
  $stu=$stxdata[Sx]['STUDENT ID'];
  if($grade == ") { $grade = 'A';
|
  $yr=$stxdata[$x]['START_YY'];
  $schedstu="begin
schedulesetup('$sc','$yr','$grade'
, :AV,T*1,1*1,1011,V081,11,11,11,11,
",'','ALL',1$stu);end;";
  $doexec=DBQuery($schedstu);
  |
  |
  else
    |
  if($grade      ") { $grade = 'A';

  $schedstu="begin
schedrun_setup('$sch','$year','$gra
de','A','*','*','01','08',"","",
"","","ALL','ALL');end;";
  $doexec=DBQuer Y($schedstu);
    |
//echo "<BR>".$schedstu;
//echo "<BR>".$gettemp.",    cnt-
'.$stzcnt;
  if($a_stu == 'ALL')    {echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run id=$nextv&viewprog=2\">Assign
Schedules</a>\n"; }
  else { echo "<a
href=\"Modules.php?modname-Guidance
/Scheduling/SkdMassDetail.php&func-
R&run id=$nextv&a stu=$a stu&year=$
year&sch=$sch&viewprog=2\">Assign
Schedule for ".
    $stxdata[1]['FIRST_NAME']."
".$stxdata[l]['LAST NAME']."</a>\n
",  ,
|
if(Sfunc=='0')
```

```
    |
    $yr=$stxdata[$x]['SYEAR'];

  schedrun_setup($sc,$yr,$grade,'A','
*','*',"ALL",$stu);

 | else {
   if($grade == ") {
    $grade   'A';

  schedrunsetup($sch,$year,$grade,'A
','*','*',"ALL","ALL");
  |
 if($a_stu == 'ALL')   {
   echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&viewprog--2\">Assign
Schedules</a>\n";
  | else {
   echo "<a
href=\"Modules.php?modname=Guidance
/Scheduling/SkdMassDetail.php&func=
R&run_id=$nextv&a_stu=$a_stu&year-$
year&sch=$sch&viewprog-2\">Assign
Schedule for ".
    $stxdata[1]['FIRST_NAME']."
".$stxdata[l]['LAST NAME']."</a>\n
"
|
if($func=='0') {
 $upd="update sched results set
status = 'D' where id = '$id'";
 $db=DBQuery($upd);
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$ REQUE
ST['modname']."&func=F">HERE</A> to
schedule again.<BR><BR>";


//SkdMassRun

if ($func=='R') {
 include "./VarExtract.inc";
 ignore user_abort(true);
 echo "<html>\n<head>\n";
 $sql="SELECT * FROM SCHED RESULTS
WHERE ID-1$run_id";
 $result=DBQuery($sql);
 $list=DBReturn($result,$count);
 if($list[l]['STATUS']  != 'D')  |
  if  (($count-=1 &&
$list[1]['STATUS']!='D') II
$viewprog!=l) {
   echo "<meta HTTP-EQUIV=Refresh
```

**Century Consultants, Ltd. V. The Miller Group, et al**
**CONFIDENTIAL**

*May 29, 2003*

```
 $upd="update sched results
   set status = 'D'
   where id = '$id'";
 $db=DBQuery($upd);
 echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUE
ST['modname']."&func=P>HERE</A> to
schedule again.<BR><BR>";
¦

//SkdMassRun

if ($func=='R') f

include "./VarExtract.inc";
ignore user_abort(true);
echo "<html>
<head>";
$sql="SELECT * FROM SCHED RESULTS
WHERE ID='$run_id";
$result=DBQuery($sql);
$list=DBReturn($result,$count);
if($list[l]['STATUS'] != 'D')

     if (($count==l &&
$list[l]['STATUS']!='D') ∥
$viewprog!=1)
    echo "<meta HTTP-EQUIV=Refresh
CONTENT=\"2;
URL=f$Protocoll://{$ SERVER['HTTP H
OST']}{$_SERVERPPHP SELF'l}?modnam
e={$_REQUEST['modnamern&viewprog=1
&astu=$a stu&year=$year&sch=$sch&r
un_id=$run_id&func=R\">\n";

echo "<title>Schedule
Progress</title>
<body>\n";
if ($viewprog!=l) {
     session write close();
     //System Call

putenv("ORACLE HOME=/home/oracle/Or
aHomel");

$command="/usr/local/sched/schedscr
ipt $run_id 1>/dev/null 2
>/dev/null &";
     exec("$command");

     // echo $command."\n";
     echo
"<br><br><br><center><b>Schedule
run has started...... Please wait.
</b></center><br><br><br>";
¦ else {
```

```
CONTENT=\"2;
URL=f$Protocoll://{$_SERVER['HTTP H
OST']}{$_SERVERPHP_SELF'D?modnam
e={$_REQUESTrmodname'D&viewprog=1
&a_stu=$a stu&year=$year&sch=$sch&r
unid=$runid&func=R\">\n";

 echo "<title>Schedule
Progress</title>
<body>\n";
 if ($viewprog!=l) {
     session write close();
     eval($DatabaseCommands);
     exec("$SchedCommand $runid
l>/dev/null 2>/dev/null &");
     echo
"<br><br><br><center><b>Schedule
run has started...... Please wait.
</b></center><br><br><br>";
 ¦ else ¦
     echo "<center>";
     echo "<table width='80%'
border-'11>";
     echo "<th>Run ID</th>";
     echo "<th>Percent</th>";
     echo "<th>Complete</th>";
     echo "<th>Partial</th>";
     echo "<th>No Requests</th>";
     echo "<th>Irresolvable</th>";
     if($list[l]['STATUS'] == 'D') {
      echo "<th> </th>";
     ¦ else {
      echo "<th>Student</th>";

     echo "</tr><tr><td>";
     echo $list[l]['ID'];
     echo "</td>";
     $totstu-Slist[l]['COMPLETE'] +
$listflWPARTIAL'] +
$list[l]['NO_REQUESTS'] +
$list[l]['IRRESOLVABLEW
     if($totstu != '0') {
      $pct = 100 *
($list[l]['COMPLETE'] / $totstu);

$disppct-numberformat($pct,'2','.'
     ');

     echo "<td>";
     echo $disppct;
     echo "</td>";
     echo "<td>";
     echo $list[l]['COMPLETE'];
     echo "</td>";
     echo "<td>";
     echo $list[l]['PARTIAL'];
```

**Century Consultants, Ltd. V. The Miller Group, et al**
**CONFIDENTIAL**                                    *May 29, 2003*

```
        echo "<center>";
        echo "<table width=v80%1
border='11>";
        echo "<th>Run ID</th>";
        echo "<th>Percent</th>";
        echo "<th>Complete</th>";
        echo "<th>Partial</th>";
        echo "<th>No Requests</th>";
        echo "<th>Irresolvable</th>";
        if($list[l]['STATUS'] == 'D')

    echo "<th> </th>";
        ¦ else {
    echo "<th>Student</th>";

        echo "</tr><tr><td>";
        echo $list[l]['ID'];
        echo "</td>";
        $totstu¯$list[l]['COMPLETE'] +
$list[l]['PARTIAL'] +
$list[l]['NO_REQUESTS'] +
$list[l]['IRRESOLVABLE'];
        if($totstu != '0')

        $pct = 100 *
($list[l]['COMPLETE'] / $totstu);

$disppct=number format($pct,'2','.'

        echo "<td>";
        echo $disppct;
        echo "</td>";
        echo "<td>";
        echo $list[l]['COMPLETEM
        echo "</td>";
        echo "<td>";
        echo $list[l]['PARTIAL'];
        echo "</td>";
        echo "<td>";
        echo $list[l]['NO_REQUESTS'];
        echo "</td>";
        echo "<td>";
        echo $list[l][TIRRESOLVABLE'];
        echo "</td>";
        echo "<td>";
        if($list[l]['STATUS'] == 'D')

    echo "Schedule run completed";
        ¦ else {
    echo $list[l]['ˌSTUDENT ID'];

        echo "</td></tr>";
        echo "</table>";
¦
if($list[l]['STATUS'] == 'D') {
        if($a stu != ")   ¦

        echo "</td>";
        echo "<td>";
        echo $list[l]['NO_REQUESTST';
        echo "</td>";
        echo "<td>";
        echo $list[l][1IRRESOLVABLE'];
        echo "</td>";
        echo "<td>";
        if($list[l]['STATUS'] == 'D') {
        echo "Schedule run completed";
        ¦ else {
        echo $list[l]['STUDENT_ID'];
        ¦
        echo "</td></tr>";
        echo "</table>";
    ¦
    if($list[l]['STATUS'] == 'D') {
        if($a stu != ") {
        $getname="SELECT LAST_NAME,
FIRST NAME
        FROM STUDENTS
        WHERE STUDENT_ID = '$a_stu";
        $nmdb=DBQuery($getname);
        $namedata=DBReturn($nmdb,
$cnt);
        $ckforatt="select count(*) AS
cnt from stu sched_list
        where SYEAR    '$year'
        and school = '$sch'";
        $ckdb=DBQuery($ckforatt);
        $ckdata=DBReturn($ckdb,$cnt);
        if($ckdata[1]['CNT'] > 0) {
        $getseq="select ID from
stu sched_list
        where SYEAR    '$year'
        and school = '$sch'
        and student id = '$a_stu'";
        $getdb=DBQuery($getseq);

$seqdata=DBReturn($getdb,$cnt);
        $seq=$segolata[1]['ID'];
        $nextid=$seq;
        if($seq == ") {
        $nextsql="select
".db_seq_nextval("stcpsequ").
        " AS nxtval ".FROM_DUAL;
        $db=DBQuery($nextsql);

$nextseq=DBReturnNoWord($db,$nxtcnt
);
        $nextid=$nextseq[1]['NXTVAL'];
        $ins="insert into
stu sched_list (ID, SYEAR,
        school, student_id)
        values ('$nextid',
'$year','$sch','$a_stul")";
        $insdb=DBQuery($ins);
```

Century Consultants, Ltd. V. **The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
    $getname="SELECT LAST_NAME,
FIRST NAME
        FROM STUDENTS
        WHERE STUDENT ID = '$a_stu'";
    $nmdb=DBQuery($getname);
    $namedata=DBReturn($nmdb, $cnt);
    $ckforatt="select count(*) cnt
from stu_stc_head
        where start_yy = '$year'
            and school = '$sch'";
    $ckdb=DBQuery($ckforatt);
    $ckdata=DBReturn($ckdb,$cnt);
    if($ckdata[1]['CNT'] > 0)
     {
    $getseq="select seq_number from
stu_stc_head
        where start_yy = '$year'
            and school = '$sch'
            and student_id = '$a stu'";
    $getdb=DBQuery($getseq);
    $segdata=DBReturn($getdb,$cnt);
    $seq=$segdata[1]['SEQ NUMBER'];
    $nextid=$seq;
    if($seq == ")
     {
    $nextsql="select
stcpsequ.nextval nxtval from dual";
    $db=DBQuery($nextsql);

$nextseq=DBReturnNoWord($db,$nxtcnt
);
    $nextid=$nextseq[1][1NXTVAL'];
    $ins="insert into stu_stc_head
(seq_number, start yy, school,
student id)
     values ('$nextid',
'$year','$sch','$a_stu')";
    $insdb=DBQuery($ins);
     }
    $getcrs="select a.class_cd,
a.section, b.sub_section, b.period,

deccde(c.semester,",b.semester,c.s
emester) semester,
    decode(c.days,",b.days,c.days)
days
        from stu_sche a, meets b,
stu_meet c
        where a.start_yy = '$year'
            and a.school    '$sch'
            and a.student id = '$a stu'
            and a.start_yy = b.start_yy
            and a.school = b.school
            and a.class_cd = b.class_cd
            and a.section = b.section
            and a.start yy = c.startyy
 (+)
```

```
     1
    $getcrs="select a.CRS NUM,
a.CRS_SEG, b.CRS_SLICE,
    b.period,

".db case(Array("c.semester",","b.
semester",
    "c.semester")))." AS semester,

".db case(Array("c.days",","b.days
","c.days))
    ." AS days
    from STU_SCHEDULE a LEFT OUTER
JOIN COURSE SPECIAL MEETS c ON
    a.SYEAR = c.SYEAR
    and a.school = c.school
    and a.student_id = c.student id
    and a.CRS NUM = c.CRS_NUM
    and a.CRS SEG = c.CRS SEG
    ), COURSE MEETS b,
COURSE SPECIAL MEE S c
    where a.SYEAR = '$year'
    and a.school = '$sch'
    and a.student_id = '$a stu'
    and a.SYEAR = b.SYEAR
    and a.school   b.school
    and a.CRS NUM = b.CRS NUM
    and a.CRS SEG = b.CRS SEG";
    $crsdb=DBQuery($getcrs);

$crsdata-DBReturnNoWord($crsdb,
$crscnt);
    //echo "<BR>getcrs=".$getcrs;
    for($z=1;$z<=$crscnt;$z++) {
    $cls=$crsdata[$z]['CRS_NUM'];
    $sect=$crsdata[$z]['CRSSEG'];

$subsect=$crsdata[$z]['CRS_SLICE'];
    $prd=$crsdata[$z]['PERIOD'];
    $sem=$crsdata[$z]['SEMESTER'];
    $days-$crsdata[$z]['DAYS'];
    $tdate=date('d-M-y');
    $ckins="select count(*) AS cnt
from stu_list_act
    where ID = '$nextid'
        and CRS NUM = '$cls'
        and CRS SEG = '$sect'
        and CRS SLICE = '$subsect'
        and period = '$prd'";
    $ckdb=DBQuery($ckins);
    $ckdata=DBReturn($ckdb,$ckcnt);
    if($ckdata[1]['CNT'] == '0') {
     $inssql="insert into
stu_list_act (ID,
        transaction date,
transaction_type,
        effective date, CRS NUM,
```

P.G. Le i

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                                    *May 29, 2003*

```
      and a.school    c.school (+)
      and a.student_id =
c.student_id (+)
      and a.class cd    c.class cd
(+)
      and a.section    c.section
(+)";
  $crsdb=DBQuery($getcrs);
  $crsdata-DBReturnNoWord($crsdb,
$crscnt);
//echo "<BR>getcrs=".$getcrs;
  for($z=1;$z<=$crsont;$z++)

$cls=strtoupper($crsdata[$z]['CLASS
 CD']);
   $sect=$crsdata[$z]['SECTION'];

$subsect=$crsdata [$ z ] [ ' SUB_SECTION '
 ;
   $prd=$crsdata[$z]['PERIOD'];

$sem=strtoupper($crsdata[$z]['SEMES
TER']);
   $days=$crsdata[$z]['DAYS'];
   $tdate=date('d-M-y');
   $ckins="select count(*) cnt from
stu_stc_xact
   where seq_number = '$nextid'
      and class cd = '$cls'
      and section = '$sect'
      and sub section = '$subsect'
      and period = '$prd'";
   $ckdb=DBQuery($ckins);
   $ckdata=DBReturn($ckdb,$ckcnt);
   if($ckdata[1]['CNT'] == '0')

   $inssql="insert into
stu_stc_xact
 (seq number,transaction_date,
transaction_type,
      effective date, class cd,
section, sub_section,
period, semester, days)
      values
('$nextid','$tdate','A','$tdate','$
cls','$sect','$subsect','$prd','$se
m','$days')";
   $insdb=DBQuery($inssql);

//echo "<BR>sql=".$inssql;

   echo "<center><br /><br />Click
<a
href='Modules.php?modname=Guidance/
Scheduling/Reports/SkdUnschedList.p
```

```
CRS SEG,
            CRS_SLICE,
period, semester, days)
      values
('$nextid','$tdate','A','$tdate',

'$cls','$sect','$subsect',
            '$prd','$sem','$days')";
   $insdb=DBQuery($inssql);


   //echo "<BR>sql=".$inssql;

      echo "<center><br /><br />Click
<a
href='Modules.php?modname=Guidance/
Scheduling/Reports/SkdUnschedList.p
hp&func=detail&last=".urlcode($na
medata[1]['LAST NAME']).

"&first=".urlcode($namedata[1]['F
IRST_NAME']).'&stuid-'.$a_stu.'&yea
r='.$year.'&sch='.$sch.
      "'>HERE</a> to see student
schedule.";
   echo "<BR><BR>Click on a
semester to print the schedule. <A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

      "&sch=".$sch.
"&sem_cde=01&grd-00&sort seq-Ol&stu
 no=".$a stu.
      "&progstep-3"> (Semester 1)
</A>";
   echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

"&sch=".$sch."&sem cde=02&grd=00&so
rt_seq=01&stu no=--".$a_stu.
   "&prog_step=3"> (Semester 2)
</A>";
   echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"


"&sch=".$sch."&sem_cde=03&grd=00&so
rt_seq=01&stu_no=".$a stu.
   "&prog_step-3"> (All Year)
</A><BR></center>";

   echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUES
T['modname']}&func=F">HERE</a> to
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL                                      *May 29, 2003*

```
hp&func=detail&last=" . urlencode ($na
medata [1] ['LASTNAME' ] ) .

 "&first=".urlencode($namedata[1]['F
IRST_NAME'])).'&stuid='.$a_stu.'&yea
r='.$year.'&sch='.$sch.
     "'>HERE</a> to see student
schedule.";
  echo "<BR><BR>Click on a semester
to print the schedule. <A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

   "&sch=".$sch.
  "&sem_cde=01&grd=00&sort_seq=01&stu
no=".$a_stu.
    "&prog_step=3'> (Semester 1)
</A>";
  echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

  "&sch=".$sch."&sem_cde=02&grd=00&so
rt_seq=01&stu_no=".$a_stu.
    "&prog_step=3'> (Semester 2)
</A>";
  echo "<A
HREF='Modules.php?modname=Guidance/
Scheduling/Reports/MidHghSched.php"

  "&sch=".$sch."&sem_cde=03&grd=00&so
rt_seq=Ol&stu_no=".$a_stu.
    "&prog_step=3'> (All Year)
</A><BR></center>";

      echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUES
Tflmodnamefl}&func=F'>HERE</a> to
schedule again.</center><br /><br
 >ll;

echo "</body></html>\n";



if($func=='getdate')

 echo '<TABLE>';
 echo '<FORM METHOD="POST"
ACTION="Modules.php?modname='.$_REQ
UEST['modname'].

 '&func=S&fromsched=Y&sch='.$sch.'&y
ear='.$year.
```

```
schedule again.</center><br /><br
/>11;

 echo "</body></html>\n";

echo '<BR><BR>';

echo "</CENTER>";

function
schedrun setup($currsch,$schst yy,
$wgrade,wshift,$wsex,$wethnic,-$-1_s
pmn,$1 student_id) {
 $sqlloop="select A.student_id,
A.last name, A.first_name,
A.GENDER,
  A.ethnic,B1.grade,
B2.cluster_code, Bl.shift,
  min(coalesce(C.priority_code,5))
AS priority_ext
  from
  students A,
  STU SCHOOL MEETS B1 LEFT OUTER
JOIN stu sched req C
  ON (C.SYEAR=Bl.SYEAR AND
  C.school=Bl.school AND
  C.student id=Bl.student id),
  STU SCHOOE MEETS B2
  where
  B1.SYEAR   '$sch st yy' and
  Bl.school = '$currsch' and
  (Bl.grade = '$wgrade' or
'$wgrade' = 'A') and
  (Bl.shift = '$wshift' or
'$wshift' = 'A') and
  (Bl.student id = '$1 student id'
or '$1_student_id' = 'ALL') and
  Bl.active in ('A','R','H') and
  A.student_id = Bl.student_id and
  B1.SYEAR = B2.SYEAR and
  Bl.studentid = B2.student id and
  Bl.grade = B2.grade and
  Bl.shift = B2.shift and
  Bl.active = B2.active
  group by
  A.student id, A.last name,
A.first_name, A.GENDER, A.ethnic,
  Bl.grade, D. cluster code,
B1.shift";
 $result=DBQuery($sqlloop);
 $wcnt2=0;
 while ($row=db fetch row($result))
```

**Century Consultants, Ltd. V. The Miller Group, et al**
**CONFIDENTIAL**

*May 29, 2003*

```
'&a stu='.$a stu.'&comppart=P'.

 echo "<TR><TD>Effective
Date:</TD><TD>";
 GetMonth(fmn',");
 GetDay('dy',");
 GetYear(vyr',");
 echo "</TD>";
 echo "<TR>";
 echo '</TABLE><BR><BR>';
 Buttons('Submit','Reset Values');
 echo '</FORM>';
}
echo '<BR><BR>';

echo "</CENTER>";
?>
```

```
    $wcnt2++;
    $p_grade=$rowPGRADEM
    $startperiodsql="SELECT
start_period,end_period
    FROM sched_shift
    WHERE SYEAR   '$sch_st_yy' and
    school = '$currsch' and
    shift code = '{$rowPSHIFT'W ";

$startperiodresult=DBQuery($startpe
riodsql);

$startperiodrow=db fetch_row($start
periodresult);

$p_start period=$startperiodrow['ST
ART PERIOD'];

$p_end period=$startperiodroWEND_
PERIOD'];
    if ($wsex=='Y') {
      $p_sex=$row['GENDER'];
    } else {
      $p_sex=1*,;
    }
    if ($wethnic=='Y') {
      $p_ethnic-$row['ETHNIC'];
    } else {
      $p_ethnic='*';
    }
    $holdgrade=99-$row['GRADE'];
    $wkpri=0;
    $reccountlsql="select count(*) *
2 AS REC_COUNT
    from stu sched req
    where SYEAR = '$sch st_yy' and
    school = '$currsch' and
    student id =
'OroWSTUDENT ID']1' and
    exists (select CRS_NUM
    from COURSE SECTION
    where SYEAR = '$sch st yy' and
    school = '$currsch' and
    stu_sched_req.CRS_NUM =
COURSE SECTIONS.CRS NUM
      group by CRS SEG.CRS NUM
    having count(*) = 1   -


$recresult=DBQuery($reccountlsql);

$reccountrow=db_fetch row($recresul
t)

$wkpri+=$reccountrow['REC_COUNT'];
    $reccount2sql="select count(*)
```

**Century Consultants, Ltd. V. The Miller Group, et al**

CONFIDENTIAL

*May 29, 2 003*

```
AS REC COUNT
  from stu sched_req
  where SYEAR = '$sch_st yy' and
  school = '$currsch' and
  student_id =
1$rowPSTUDENT_ID'U and
  exists (select CRS_NUM
  from COURSE_SECTION
  where SYEAR = '$sch st yy' and
  school = '$currsch' and
  stu_sched_req.CRS_NUM =
COURSE SECTIONS.CRS NUM
    group by
COURSE SECTIONS. CRS NUM
  having count(*) = 2


$recresult-DBQuery($reccount2sql);

$reccountrow=db fetch row($recresul
t);

$wkpri+=$reccountrow['REC COUNT'];
  if ($wkpri>0) {
    $p_has_requests='Y';
  } else {
    $reccount3sql="select count(*)
AS REC COUNT
    from stu_sched req
    where SYEAR = '$sch_st_yy' and
    school = '$currsch' and
    student_id =
'{$row[ STUDENT ID']}";

$recresult=DBQuery($reccount3sql);

$reccountrow=db fetch row($recresul
t};
    if
($reccountrow['REC COUNT']=-0) {
      $p has_requests-'N';
    } else {
      $phasrequests='Y';


$p schpri=str pad($wkpri,2,'0',STR
PAD LEFT);
    $insertsql="insert into
schedstu (student id, grade,
reqpri,
    GENDER, ethnic,
    schpri, conflict, hold sex,
hold_grade,
    cluster_code, start_period,
end_period,
    has requests, school, spmn)
```

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

```
values
    '{$row['STUDENT ID']}',
'$p_grade',
    '{$rowrPRIORITY_EXT'W,
'$p_sex', '$p_ethnic',
    '$p_schpri', ",
'f$rowrGENDER'W,
    '{$row['GRADE']}',
'{$row['CLUSTER_CODE']}',
    '$p start period',
'$p_end_period', '$p_has_requests',
    '$currsch', '$1 spmn')";

$insertresult=DBQuery($insertsgl);

|
|
?>
```

**Century Consultants,** Ltd. V. The Miller Group, et al
CONFIDENTIAL

# Appendix "B"

Qualifications of Witness

**Century Consultants, Ltd. V. The Miller Group, et al**

CONFIDENTIAL

*May 29, 2003*

# About Paul G. Lewis

### Expert Witness
### Data Forensics



Mr. Paul G. Lewis is a well-seasoned Data Forensics Expert and has been asked to provide expert findings in well over a hundred cases. Lewis has testified for plaintiffs and defendants alike, and in both civil and criminal cases. He is well versed in Legal Technology and is considered a leader in his field by his peers. Lewis possesses over 18 years of executive management experience in communications, data forensics, computer security, corporate networking, and large-scale system integration. Mr. Lewis is the founder and former CEO of MC$^2$ Corporation, a world leader in information systems and an INC. 500 Company, which was wholly acquired by Volt Information Sciences (NYSE: VOL), a $2.5B technology conglomerate in 1999. He has been featured on CNBC-TV and a number of other broadcasts as an expert in computer security technologies and in numerous articles for *Forbes, INC.,* and *Technology Today*. Mr. Lewis was requested to advise The President and his White House staff on business issues related to technology, security, computer sabotage, and encryption schemes. He served as President and CEO of Mobilentity Technologies, a company formed around patented intellectual property in Voice Over IP (VOIP), RF Signaling, and Broadband Data Delivery. He is a former member of Cisco Systems' Steering Committee and Novell's Advisory Board. Mr. Lewis received his Bachelor of Science Degree in Computer Science in 1988 from Fairleigh Dickenson University and is the recipient of the university's 1997 Pinnacle Award for Outstanding Accomplishments. Mr. Lewis is a member of the HTCIA (High Technology Crime Investigation Association) and has been certified in the area of Data Forensics through the Intense School of IT Certification in Fort Lauderdale, Florida.

Lewis is the founding partner of PG Lewis & Associates, a highly skilled and sought after Data Forensics firm providing litigation support in cases involving computer systems. PG Lewis & Associates has educated many regional law firms in the area of Data Forensics and Digital Discovery. The firm has been involved with hundreds of cases across the United States.

P.G. Lewi s ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

### Compensation

PG Lewis & Associates, LLC has been compensated by the client in accordance with our standard fee schedule. Our fee schedule is as follows:

| Hourly Rates | Standard (M-F, 8:00 to 5:00pm) | Premium (Nights, Weekends, Holidays) | Depositions and Testifying (Billed at full day rate plus travel) |
|---|---|---|---|
| Partner | $285 | $350 | $2,280/Da |
| Associate | $245 | $300 | $1,960/Da |
| Analyst | $185 | $230 | N/A |
| Admin/Travel/Misc | $100 | $125 | $100/Hour |

P.G. Levi

ssociates LLC
DATA FORENSICS

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**Other Cases Serviced by Paul G. Lewis in the past 48 Months**
It is the practice of our firm to provide expert findings and testify in the court when neccessary. While most cases settle out of court, Paul Lewis has been asked to testify as an expert witness in three cases. Two of these cases occurred more than 48 months ago.

*Cases within the past 48 Months*
*Center For Professional Advancement v. Mark Mazzie — May, 2003*
In this case, Lewis testified in behalf of the Plaintiff. The case involved the theft of intellectual property by an employee.