E-FILED
Tuesday, 16 January, 2007  04:40:10 PM
Clerk, U.S. District Court, ILCD

**9**

M - 1

# BOARD OF EDUCATION, SCHOOL DISTRICT NO. 186
## SPRINGFIELD, SANGAMON COUNTY, ILLINOIS

## REGULAR MEETING October 7, 2002

The Board of Education convened in Regular Session on October 7, A. D., 2002, at 5:30 p.m., there being present thereat:

|  |  |
|---|---|
| Present: | Mark H. Ferguson, President |
|  | Karen Holmes Hall, Secretary |
|  |  |
|  | Thomas J. Blasko |
|  | Nina Giavaras |
|  | Jerry Goldblatt |
|  | Rick E. Heironimus |
|  | Judith Ann Johnson |
|  |  |
|  | Diane K. Rutledge |
|  | Superintendent of Schools |
|  |  |
| Absent: | William R. Enlow |

The meeting was called to order by President Ferguson.

**APPROVAL OF EXECUTIVE SESSION**
Dr. Heironimus moved to adjourn to Executive Session to consider the following matters:

   A.   The Appointment, Employment, or Dismissal of Employees
   B.   Contract Negotiations
   C.   Pending Litigation
   D.   Real Estate
   E.   Student Disciplinary Matters

Motion seconded by Mrs. Giavaras and carried by the following vote:

   Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus, Johnson.
   Those voting "no":       None.

**Adjournment to Executive Session**
The meeting adjourned at 5:31 p.m. and reconvened at 6:58 p.m.

Upon reconvening it was noted that six Board members were present.

**APPROVAL OF MINUTES OF EXECUTIVE SESSION AND REGULAR MEETING**
The Minutes of the Executive Session and Regular Meeting of September 17, 2002 were presented for approval.

Mrs. Giavaras moved approval of the Minutes of the Executive Session and Regular Meeting as presented. Motion seconded by Mr. Goldblatt and carried by the following vote:

   Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus, Johnson.
   Those voting "no":       None.

**PRESIDENT'S REPORT**
**Recognition of the IASB Master Status Award Recipient**
President Ferguson proudly announced that on October 1, 2002, Mrs. Giavaras was recognized by the Illinois Association of School Boards (IASB) for receiving the IASB Leadership and Development Award. He said this achievement exemplifies Mrs. Giavaras' efforts towards life-long learning that serves as a model for our students and community. She has maintained her Master Status as a School Board member and her dedication to this role is greatly appreciated by the Board and the staff with whom she works in District 186.

M - 2

Mrs. Giavaras said she has always been very proud to be associated with this District. She reiterated what she has said many times in that one must go out of Springfield to find out how wonderful our District is. She said our District is held as an example of how progressive a school district can be, and it has been her pleasure to work for the District and the Association.

## DISCUSSION ITEMS
No items were presented.

## VISITORS AND DELEGATIONS
Mr. John Davidson, president of SAVEE (Stop Arm Violation Education and Enforcement), said there is a serious problem and the drivers are going faster this year. SAVEE has a six member Board of Directors, and they are attempting to form a coalition including SAVEE, law enforcement, the State's Attorney, judges, news media, and the school system. He asked District 186 to join in the fight by announcing to the public that the District supports the efforts of SAVEE and by writing a letter to Judge Leo Zappa, Chief Judge of Sangamon County. Mr. Davidson indicated that some of the judges are throwing out cases of drivers charged with stop arm violations without a trial, and he would like to ask Judge Zappa to instruct his judges to hear the cases and fine them if found guilty. He said the motto of SAVEE is to respect the school bus and cherish its cargo for the students of today are the leaders of tomorrow.

Mr. Don Tracy, a candidate for the State Senate, addressed the Board on school funding. He presented his plan, which he says would raise over $20 million per year for schools in the 50th District. His proposal would include an increase in the state income tax by one-half of one percent and freeze the school property tax.

Mr. Frank Ross talked again about taxpayer dollars and said that he feels the vast majority of people would rather see those dollars expended on libraries, teachers, and books. He reiterated his view that all public servants (Board members and the Superintendent) should be held accountable to the taxpayers. He read from two reports on the use of Ritalin and formally called upon the Board to have hearings regarding this controversial theory of prescribing Ritalin for attention deficit disorder.

Dr. Heironimus asked what the Board planned to do in response to Mr. Davidson's request for Board support. After some discussion, the Superintendent indicated she would prepare a joint letter from her and the Board members, supporting the efforts of Mr. Davidson and SAVEE.

## PRESENTATIONS TO THE BOARD
### Information System Report
The Superintendent said that one of our goals is to take a look at where we have been in developing the information system for our District. The idea was to have information on the desk of every teacher and available to all parents. She stated that we are one of three percent of the districts in Illinois that have a system available to them to deal with all the data now required from schools. She applauded Sue Ruff and her staff for all they have done, pointing out that their department was one that had to deal with a large number of cuts in their budget.

Mrs. Sue Ruff, Director of Technology, presented some history in the development of the information system which first steps stemmed from the initial Strategic Master Plan which wanted a method by which to hold students more accountable for their academic performance. One of the first steps was for teachers to be able to track students which was then extended to parents. This information had to be gathered and formatted into user friendly interface in real time. She said the decision was made for a custom-designed system since there was no comparable item on the market, which is still true today. The District entered into a three-year contract with the Miller Group to design the student information system. She said we have implemented a system to the stakeholders that allows access to basic demographics of students as well as numerous other reports.

Mrs. Ruff said the Information Systems Task Force was established to manage the creation of the system. This was made up of various staff members who represented the end users of the system. The initial role of the Task Force was to determine the data needed and then to prioritize the jobs. As the system developed, the desire for additional programs was brought to the Task Force. The Task Force met twice a month to make decisions and prioritize ways to continue and to improve the system. By the school year 2000-01, the Task Force had an aggressive list of "to dos". The ultimate goal was to migrate from the character-based system and rely solely on the web-based student information system. In school year 2001-02, Mrs. Ruff said we continued to develop and make the final switch to the new system as well as time to refine and improve some of the early programs. New issues were brought to the Task Force, and a

M - 3

new piece was added to allow users to give feedback. The suggestions received were taken and a priority list was put together to accommodate the users.

Mrs. Ruff said a new challenge arose requiring a change of policy on how information is used and shared. Updated policies needed to be addressed as the information was made accessible to more users. She said the more the stakeholders are asking for needed information, the more the system is being used. There are over 2,200 users on the new student information system, including about 600 parents who log into the system to track their own children. The number continues to grow with parent training done two or three times a month.

Mrs. Ruff continued that with the No Child Left Behind Act, it has become even more important to disaggregate the testing results. She said they have been able to write programs to use the data already gathered to meet the needs of the various queries needed to comply with the required reporting. This is one of the advantages of our current student information system in that we have the ability to make alterations to the existing reports because the data is already gathered into one system. With the partnership with the Miller Group ending, the District built the capacity to continue the development of the system by training the District's programmers to continue with programming and enhancement. The Illinois State Board of Education is at the beginning stages of developing a statewide student information system, which would allow districts to share information about students only when they change school districts.

Mrs. Ruff and Ms. Cindy Huson, Teacher Support for Technology, demonstrated how the program works and shared comments from the end users on how it has helped them.

Ms. Johnson asked why the library system was not being used for checkout purposes. Mrs. Ruff replied that the libraries use a system different from the student information system and it must be converted to Mac format and to match student identification numbers. It is then necessary to go to each school and install the converted program on each library computer. There is not enough technology staff to accomplish this in a quick manner but it was just recently completed at all schools.

Mrs. Sue Dole, Deputy Superintendent, said that 18 elementary schools – principals, staff, and parents – met this afternoon to discuss the various ways the schools are handling the library issue. She said this is an emotional and difficult issue. Many of the schools are dependent upon volunteers – and many schools have an abundance of volunteers while others do not. Mrs. Dole said they are looking into working with these schools to get volunteers for the libraries.

Ms. Mary McDonald, president of the Springfield Education Association, said volunteers must be screened before starting work in the libraries. She said the schools are looking for guidance from the District and the union but want to make sure that the site leadership team is involved in the decision. She emphasized that all voices were heard at this afternoon's meeting. She said the group feels the librarians are very helpful in helping student achieve.

Dr. Rutledge said the libraries will be open and the children will have access, but each school will handle the matter differently. Mrs. Dole said many schools are already in the process of making their libraries accessible for their students and several are getting close to that.

Dr. Rutledge stated that this is a "Band-Aid" approach for this year, and we are not looking to have them take over the libraries. This evening's meeting was to address the schools that have no librarians. An updated report will be given at the next Board meeting.

It was brought up that parents are looking for a policy directive from the School Board regarding the use of parent and community members to fill the gaps left by the budget cuts rather than having each school individually decide.

Ms. Johnson asked Mrs. Ruff how bi-racial children are classified for the system. Mrs. Ruff said that now they classify the child as the parent indicates but the Illinois State Board of Education is adding some bi-racial codes.

In response to a question regarding meeting the goals of the contract with the Miller Group, Mrs. Ruff said the requirements of the contract were fulfilled because our ultimate goal of leaving the character-based system was realized. Not all goals have been met and probably won't be. One of the reasons we are training the District programmers in this system is to make enhancements and changes.

**M - 4**

A new attendance policy is being developed to insure that all schools are doing the same thing. Mrs. Ruff said that attendance data is accurate and the demographic data is as accurate as the secretaries keep it up to date.

Mr. Ferguson stated that at the outset of the partnership with the Miller Group, the Board had specific expectations for reporting back to the Board on the information system. He personally had asked for detailed information from the Miller Group and Dr. Hill had given reports to the Board. He said his expectations are that the responsible administrative staff will report to the Board through the Superintendent on a regular basis as to if things are going as expected and if there are issues relating to the contract and making sure we are getting what we are paying for.

When asked about income from the sale of this program developed by the Miller Group and the District, Mrs. Ruff said the initial contract included that the District would get ten percent of any sales, and the District will be receiving a $14,000 check.

## SUPERINTENDENT'S REPORT
### Architects' Reports
Board members were provided with a copy of the Architects' Reports and a copy has been filed in the Official Minutes.

### Vandalism Report
Board members were provided with a copy of the Vandalism Report and a copy has been filed in the Official Minutes.

### Statewide Title I Directors' Meeting
The Superintendent said there was a statewide Title I Directors' meeting in Springfield recently. Mrs. Carolyn Blackwell is the president of this group, and the Superintendent congratulated her and complimented her on the great workshop.

### Site Visit by Wallace Reader's Digest Grant
The Superintendent reported that the District is being visited by several people involved with the Wallace Reader's Digest Grant as they monitor our progress with the grant. Mrs. Dole and Mrs. Roberta Hendee are representing the District during this visit. She said the exit interview was a positive one with the District being complimented and recognized for a job well done.

### LUDA Conference
The Superintendent said she had recently attended a LUDA Conference with workshops in EFAB and the No Child Left Behind Act. LUDA is looking at all the Districts speaking with one voice in support of school funding.

### Strategic Plan
The Superintendent reported that an initial planning group has been formed to define the future of District 186. The members of the group are Sue Dole and Carol Votsmier from the District, Patti Hodges from IEA, Mary McDonald from SEA, Lisa Fendrich and Sheila Stocks-Smith representing parents, and Kathy Sanders, Deb Hapli, and Marica Cullen representing principals. Community members will be added at a future date.

She said the group supports a model that would establish working relationships, taking time for District self-assessment, identifying goals and action plans. It is important to establish broad goals that are aligned with the mission of the District and to attract a representative group to do the work of planning for our future. The next meeting will deal with defining stakeholder groups, discussing potential facilitators, and continuing the dialogue about utilizing established models and frameworks. The Superintendent said she would like to have a "plan to do the plan" in place during the first semester and actually begin work in the second semester.

## ACTION ITEMS
### Consent Action Items
The Superintendent recommended approval of the following Consent Action Items.

1. Payroll and bills payable, as shown in the *Report of Payroll and Bills Payable.*

2. Tabulation of Bid and Recommendation for Purchase and Payment

   a. Bid #03-13 Synthetic Floor Finish

M - 5

3.  Approval of an Agreement with the Central Illinois Food Bank Regarding Kids Café

4.  Approval of an Agreement Between Illinois State University and Springfield Public School District 186

5.  Approval of an Artist in Residency Consulting Agreement with Ann Hagemann

6.  Approval of a Consultant Agreement with the Judevine Center for Autism

7.  Resolution Authorizing Intergovernmental Agreement with the Springfield Park District

Ms. Johnson moved approval of the following Consent Action Resolutions:

1.  Payroll and bills payable, as shown in the Report of Payroll and Bills Payable.

2.  BE IT RESOLVED to accept the low acceptable bid for the following bid and to approve payment of same upon completion:

    Bid #03-13        Synthetic Floor Finish

3.  WHEREAS, the Central Illinois Food Bank desires to continue a Kids Café feeding program at McClernand School; and

    WHEREAS, McClernand School desires to house a Kids Café in order to meet the needs of their students and those in their community as a means of fulfilling their mission;

    NOW THEREFORE BE IT RESOLVED that the Board of Education approves the contractual agreement with the Central Illinois Food Bank and directs the Superintendent to execute such document.

4.  WHEREAS, Springfield Public Schools is the recipient of a Comprehensive School Reform award from the Illinois State Board of Education for the support of a project entitled, *Literacy for Life;*

    WHEREAS, said project contemplates collaborative efforts by Springfield Public Schools and Illinois State University to be implemented through appropriate contractual arrangement; and

    WHEREAS, Illinois State University is ready, able and willing to undertake its portion of said collaborative efforts;

    NOW THEREFORE BE IT RESOLVED that the Board of Education approves the agreement with Illinois State University and directs the Superintendent to execute such document.

5.  WHEREAS, Wilcox School has received an Artist in Residence Grant from the Illinois Arts Council to provide a residency in theater arts; and

    WHEREAS, Ann Hagemann provides a four-week artist-in-residence workshop in the theater arts; and

    WHEREAS, Wilcox School will fund said residency from grant and PTO funds;

    NOW THEREFORE BE IT RESOLVED that the Board of Education approves the consulting agreement with Ann Hagemann and authorizes the administration to execute the necessary documents on behalf of he Board.

6.  WHEREAS, Springfield Public School District 186 procures consultation services for appropriate programming for students with autism; and

    WHEREAS, the Judevine Center for Autism will assist the district in the development of effective educational programs for individuals with autism, provide staff development, and provide periodic in-district consultation; and

    WHEREAS, consulting fees are totally paid for by special education funding sources;

    NOW THEREFORE BE IT RESOLVED that the Board of Education approves an agreement between the District and the Judevine Center for Autism from September 1, 2002, through August 31, 2003.

7.  WHEREAS, Southeast High School conducts baseball/softball programs as a component of its extracurricular activities; and

M - 6

WHEREAS, the Springfield Park District owns and operates Eisenhower Park, situated immediately south of Southeast High School; and

WHEREAS, the parties desire that Southeast High School shall use Eisenhower Park for conducting baseball and softball games, practices and summer tournaments in exchange for improvements made to the Park by the Southeast High School Spartan Club and other parents/friends of Southeast High School.

NOW THEREFORE BE IT RESOLVED that the President and Secretary are hereby authorized and directed to execute an Intergovernmental Agreement between District 186 and the Springfield Park District whereby the Park District will benefit from improvements constructed and maintained at Eisenhower Park and District 186 will benefit from the use of the Park for Southeast High School's baseball/softball programs.

Motion seconded by Mr. Goldblatt and carried by the following vote:

Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus, Johnson.
Those voting "no":      None.

## ROLL CALL ACTION ITEMS
## Personnel Recommendations
The Superintendent recommended adoption of the Personnel Recommendations, pages P1-18.

Mr. Blasko moved approval of the Personnel Recommendations as recommended. Motion seconded by Mr. Goldblatt and carried by the following vote:

Those voting "aye":     Blasko, Giavaras, Goldblatt, Heironimus, Johnson.
Those voting "no":      None.
Those voting "present":Ferguson

## 2002-2003 Agreement Between Springfield Public Schools District 186 and Springfield Principals' Association
The Superintendent recommends adoption of the following resolution:

WHEREAS, the Board of Education of Springfield Public School District 186 has concluded bargaining of a new salary agreement with the Springfield Principals' Association (SPA); and

WHEREAS, the terms of the agreement have been tentatively approved by bargaining teams of the Board of Education and SPA; and

WHEREAS, modifications to the existing contract have been communicated to the Board of Education;

NOW THEREFORE BE IT RESOLVED that the Board of Education of Springfield Public School District 186 does hereby ratify the terms of that tentative agreement to be in effect for the 2002 – 2003 school year.

Mrs. Giavaras moved approval of the 2002-2003 Agreement Between Springfield Public Schools District 186 and the Springfield Principals' Association as recommended. Motion seconded by Mr. Blasko and carried by the following vote:

Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus, Johnson.
Those voting "no":      None.

## 2002-2003 Agreement Between Springfield Public Schools District 186 and Professional/Technical Support Personnel
The Superintendent recommends adoption of the following resolution:

WHEREAS, the Board of Education of Springfield Public School District 186 has concluded bargaining of a new salary agreement with Professional/Technical and Support Personnel (PTSP); and

WHEREAS, the terms of the agreement have been tentatively approved by bargaining teams of the Board of Education and PTSP; and

*M - 7*

WHEREAS, modifications to the existing contract have been communicated to the Board of Education;

NOW THEREFORE BE IT RESOLVED that the Board of Education of Springfield Public School District 186 does hereby ratify the terms of that agreement to be in effect for the 2002 – 2003 school year.

Mr. Blasko moved approval of the 2002-2003 Agreement Between Springfield Public Schools District 186 and the Professional/Technical Support Personnel as recommended. Motion seconded by Ms. Johnson and carried by the following vote:

Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus, Johnson.
Those voting "no":      None.

**2002-2003 Salaries for SCOPE Office Staff**
The Superintendent recommends approval of salary increases for the 2002 – 2003 school year for SCOPE Salaried Employees as listed below.

|                     | *FY '02 Salary* | *Recommended FY '03 Salary* |
| ------------------- | --------------- | --------------------------- |
| Beth Boucher        | $48,000.00      | $49,138.00                  |
| Ruth Ellington      | $32,736.00      | $33,512.00                  |
| Shiela Fayemi Levy  | $27,000.00      | $27,640.00                  |
| Pat Shafer          | $32,736.00      | $33,512.00                  |

Mr. Goldblatt moved approval of the 2002-2003 Salaries for SCOPE Office staff as recommended. Motion seconded by Mr. Blasko and carried by the following vote:

Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus, Johnson.
Those voting "no":      None.

**Resolution for Reduction in Force of Non-Certificated Personnel**
The Superintendent recommends adoption of the following resolution:

WHEREAS, the discontinuation of educational support provided by the employment of a user support technician calls for the reduction of non-certificated personnel employed by the Board;

NOW THEREFORE BE IT RESOLVED that the Board hereby honorably dismisses the following non-certificated personnel for the reason of discontinuation of educational support service, such honorable dismissal to take effect at noon on October 30, 2002:

*User Support Technician*     Michael Naber

The President and Secretary of the Board are hereby authorized and instructed to so notify such personnel by notice substantially in the form of Exhibit 'A' as attached hereto and made a part of hereof.

M - 8

EXHIBIT 'A'

**Date**

Employee Name
Address

Dear _____

You are hereby notified that the Board, by action taken at its meeting of October 7, 2002, has honorably dismissed you from your present position in this District effective at noon on October 30, 2002. The reason for such honorable dismissal is discontinuation of the educational support service provided by your position necessitates reduction in the number of personnel employed by the Board.

Sincerely,

Board of Education
Springfield Public Schools, District #186
Sangamon County, Illinois

BY:_____ _____
President

BY:_____ _____
Secretary

M - 9

Mrs. Giavaras moved approval of the Resolution for Reduction in Force of Non-Certificated Personnel as recommended. Motion seconded by Mr. Blasko and carried by the following vote:

     Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus.
     Those voting "no":     None.
     Those voting present: Johnson

**Student Disciplinary Matters**
Six student disciplinary cases were reviewed by the administrative review process at the staff level by a panel of staff members, including building level administrators. Following the administrative review, the cases were referred to the Board Panel for consideration. The Board Panel met to hear testimony not only from school people but also from the students involved. The Board of Education then discussed the cases in Executive Session.

The Superintendent recommended expulsion of the students as follows:

- Franklin Middle School student – expulsion from further attendance at Franklin Middle School and from other regular educational programs and extracurricular activities of the District from the end of the student's administrative suspension until the end of the 2002-2003 school term and that during this time the student be provided an alternative educational opportunity for so long as the student refrains from engaging in conduct that constitutes a Level IV act of misconduct under the Student Code of Conduct.

- Washington Middle School student – expulsion from further attendance at Washington Middle School and from other regular educational programs and extracurricular activities of the District from the end of the student's administrative suspension until the end of the 2002-2003 school term and that during this time the student be provided an alternative educational opportunity for so long as the student refrains from engaging in conduct that constitutes a Level IV act of misconduct under the Student Code of Conduct.

- Southeast High School student – expulsion from further attendance at Southeast High School and from other regular educational programs and extracurricular activities of the District from the end of the student's administrative suspension until the end of the 2002-2003 school year and that during this time the student shall not be provided an alternative educational opportunity.

- Springfield High School student – expulsion from further attendance at Springfield High School and from other regular educational programs and extracurricular activities of the District from the end of the student's administrative suspension until the end of the 2003-2004 school year and that during this time the student be provided an alternative educational opportunity for so long as the student refrains from engaging in conduct that constitutes a Level IV act of misconduct under the Student Code of Conduct.

- Southeast High School student – expulsion from further attendance at Southeast High School and from other regular educational programs and extracurricular activities of the District from the end of the student's administrative suspension until the end of the 2002-2003 school year and that during this time the student be provided an alternative educational opportunity for so long as the student refrains from engaging in conduct that constitutes a Level IV act of misconduct under the Student Code of Conduct.

- Southeast High School student – expulsion from further attendance at Southeast High School and from other regular educational programs and extracurricular activities of the District from the end of the student's administrative suspension until the end of the 2002-2003 school year and that during this time the student be provided an alternative educational opportunity for so long as the student refrains from engaging in conduct that constitutes a Level IV act of misconduct under the Student Code of Conduct.

Dr. Heironimus moved approval of the resolutions expelling students as recommended by the Superintendent. Motion seconded by Mr. Blasko and carried by the following vote:

     Those voting "aye":     Blasko, Ferguson, Giavaras, Goldblatt, Heironimus.
     Those voting "no":     None.
     Those voting "present":Johnson

M - 10

**ANNOUNCEMENTS**
Mr. Ferguson announced that the presentations scheduled for the next Board meeting are an overview of the new audit requirements and the Douglas School Improvement Report.

**ADJOURNMENT**
There being no further business to come before the Board, Mr. Ferguson declared the meeting adjourned until Monday, October 21, 2002, at 5:30 p.m. at Douglas School.

The meeting adjourned at 8:29 p.m.


_____
Mark H. Ferguson, President


_____
Karen Holmes Hall, Secretary


Date approved: _____