**E-FILED**
Tuesday, 16 January, 2007  04:40:45 PM
Clerk, U.S. District Court, ILCD

11

# AGREEMENT

Agreement entered into effective the November 19, 2001, by and between Riverton Middle School, a body corporate and politic with principal offices at 1014 East Lincoln, Riverton, Illinois 62561("School") and **THE MILLER GROUP,** with offices at 1028 South Second Street, Springfield, Illinois, 62704 ("Miller"), WITNESSETH:

WHEREAS, School desires to add capabilities to its information system; and

WHEREAS, Miller has the experience and expertise to provide these additional capabilities, and Miller is willing to perform such services in accordance with the terms and conditions hereinafter set forth.

NOW THEREFORE, in consideration of the mutual promises and covenants herein provided, the parties hereto agree as follows:

**1. Term of Agreement.** This Agreement shall commence effective November 19, 2001, and shall remain in effect until such time as the specified capabilities are added to the School information system (the "System"), unless this Agreement shall be earlier terminated pursuant to the provisions of Section 6 hereof.

**2. Scope of Services.** Miller shall provide, beginning on the date following the date of execution of this contract, the following services to support School's faculty and staff for internal uses and to facilitate external access to specified data and information. These services shall include the implementation of InfoSystems[3], an Internet-based student information system that will include:

- **A Riverton Middle School PBIS discipline system** that includes:
  - **A searchable database system**

>   **Base data-entry and report-generating capabilities**
>
>   **A multi-tiered security system** for teachers, administrators and parents
>
>   **Application hosting services** for one year, during the development process. Application hosting services will subsequently be available at an additional charge.

3. **Independent Contractor.** Such services hereunder shall be performed by Miller as an independent contractor, and nothing contained in the Agreement shall be construed or implied to create an employment, agency or partnership relationship. Neither party shall have the authority to agree to or incur expenses on behalf of the other except as may be expressly authorized in writing. Miller shall not, nor shall any programmer, consultant or designer associated with Miller, be deemed to be an employee of the School.

4. **Compensation,** School shall pay Miller a flat rate of $2,500 for the services provided pursuant to the provisions of Section 2 thereof, payable upon invoice. Each bill for these services will identify the services provided and identify the date and time increment for such services. Customizations to the base system will be charged at the rate of $95.00 per hour. After the first year, School shall pay Miller an annual hosting fee of $500.00 and maintenance fee of $250.00. Miller shall provide training at the rate of $75.00 per hour.

5. **Termination of Consulting Services.** School shall review development progress hereunder on a monthly basis, and shall have the right to terminate this Agreement at any time if it is not satisfied with the progress or the pace of the System's implementation. In the event School shall elect to terminate the Agreement, it shall give written notice to The Miller Group of its intention to do so at the address set forth above, and shall identify in

such notice the reason or reasons for the proposed termination of services. Miller shall then have 90 days from the date of such notice to resolve to School's satisfaction any such identified reasons or problems with performance. If Miller is unable to resolve any such reasons or problems to School's satisfaction, then the Agreement shall terminate 90 days from the notice date and Miller shall be paid for all services rendered from the date following the execution of this contract through the date of termination.

6. **Non-Disclosure Agreement.** Miller acknowledges that all personal information in respect to School students and their families and in respect to School employees and agents shall be considered confidential, and agrees that The Miller Group, its agents, employees and affiliates shall not disclose any such confidential information to third parties without the prior written consent of School.

7. **Ownership of Applications and Software Solutions.** Any and all applications and software solutions developed hereunder shall be the property of Miller. For purposes of this section, "Miller" shall include any affiliated or successor enterprise or business. Miller grants to School and School hereby accepts a personal, non-exclusive, non-transferable right and license to use the InfoSystems$^3$ Internet-based student information system. An annual license is required for the continued use of InfoSystems$^3$ and must be renewed each year for as long as InfoSystems3 is utilized by School. This license fee is incorporated into Miller's annual maintenance fee, which will include the addition to the School information system enhancements to the system made by Miller.

8. **Assignment.** This Agreement shall not be assigned by either party without the prior written consent of the other party.

**9. Governing Law.** Any disputes or claims arising under this Agreement shall be governed by the laws of the State of Illinois.

**10. Entire Agreement.** This Agreement represents the entire agreement of the parties and it expressly supercedes all previous written and oral communications between the parties. No amendment, alteration or modification of this Agreement shall be valid unless executed in writing by authorized signatories or both parties.

IN WITNESS WHEROF, the parties hereto have caused this Agreement to be executed in duplicate counterpart original by their duly authorized representative to be effective as of the date and year first above written.

**THE MILLER GROUP,**

By: *[signature: John Miller]*

**RIVERTON MIDDLE SCHOOL**

By: *[signature: Fred Lawley]*

Attest: _____