E-FILED
Tuesday, 16 January, 2007  04:40:58 PM
Clerk, U.S. District Court, ILCD

12

**E.FILED**
Friday, 26 May, 2006 04:37:07 PM
Clerk, U.S. District Court, ILCD

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD.,<br><br>       Plaintiff,<br><br>vs.<br><br>THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186,<br><br>       Defendants. | Civil Action No. 2003-CV-3105 |

### DECLARATION OF JOSEPH E. LAMANTIA IN OPPOSITION
### TO DEFENDANTS' MOTIONS TO DISMISS

JOSEPH E. LAMANTIA, of full age, upon his oath, deposes and says:

1.   I am the Vice President of plaintiff, Century Consultants Ltd. ("Century"), and as such I am familiar with the facts stated in this declaration. I make this declaration in opposition to the motions filed by defendants seeking to dismiss the Amended Complaint under Fed.R.Civ.P. 12(b)(1).

2.   I am familiar with the deposit of materials Century made with the U.S. Copyright Office in November 1995 in connection with its application for registration of its entire student administration software package known as Star_Base.

3.     Century deposited with the Copyright Office: 1) all of the screen displays for the menu program (which *is* the user interface portion of the Star Base package, i.e. it is literally what the user "sees" on the monitor when he uses the programs); and 2) the entire source code for the menu program (with trade secret portions blocked out), which consisted of 76 pages of source code. The menu program references every other sub-program in the Star_Base package, including scheduling, grading, attendance, discipline and test scores (to name a few). It is the "gateway" program into all of the other programs.

4.     If Century had printed out all of the source code and data structures for the entire Star_Base software package as it existed in November 1995, it would have filled tens of thousands of pages and many banker's boxes.

5.     In this lawsuit, Century claims that defendants used the Star_Base database structures and other elements of the programs (such as the scheduler) as the essential building blocks on which a competing package known *as* IS3 was developed, first for the Springfield School District and then for The Miller Group's sale to other school districts.

6.     As I have testified in my deposition in this litigation, the underlying database structures and much of the code for the sub-programs has changed little since Star_Base was registered in 1995.  *See* excerpts of 1/13/05 deposition testimony attached hereto as Exhibit "A". Between 75% and 90% of the actual source code from the Star Base package registered in November 1995 still exists in the later Version 3 (which Century has now registered with the Copyright Office). Moreover, the database structures today are substantially the same as they were in

November 1995 when Century filed its registration application for Star Base. Although a few individual fields have been added to some of the tables, and some tables added, Century's tables (which number between 300-400 in the system) are substantially the same today as they were in 1995 when the original registration was filed.

7.   I have reviewed the expert report prepared for Century by P.G. Lewis & Associates LLC. Attached hereto as Exhibit "B" are relevant excerpts from that report. From pages 17-26, Mr. Lewis reviews the similarities between the scheduler code and schema for IS3 and the scheduler code and schema for Star Base, and concludes that they are substantially similar. The scheduler code and schema for Star_Base is the same today as it was in November 1995 when Century registered its copyrights. With the exception of minor bug fixes, Century has not changed the scheduler since it was registered in 1995.

8.   Century received from an employee of the Springfield Public School District 186 a copy of the scheduler which is identified as "IS3" in the file path marker.  *See* Exhibit "C" hereto. Although the programming language is different, the program is virtually identical to Century's scheduler in logic, conflict codes and calls to Century's database structures.

9.   In his report, Mr. Lewis also reviewed 4 tables from the database structures of IS3 and Star_Base, at pages 29-32 of his report. The Star_Base tables compared to IS3 were all created before November 1995, and were part of the Star_Base package registered in November 1995.

10.    Moreover, Mr. Lewis also reviewed the scheduler schema for both Star_Base and IS3, and concluded that the logic flow was substantially similar. *See* Exhibit "B", at 24-28, 33. The schema and logic flow for the Star_Base scheduler has not changed since the package was registered with the Copyright Office in 1995.

11.    I have reviewed the documents marked as "Miller-8" and "Miller-9" in depositions taken in this action. These are printouts of the Star Base database structures, and contain detailed lists of the tables and field names. The printouts are dated October 1998. With the exception of a few additions of field names and tables, these printouts show the database structures as they existed in the Star_Base system when we submitted the application for registration of Star_Base in 1995 with the U.S. Copyright Office.

12.    Century has now registered Star Base (Version 3) with the Copyright Office. The code, database structures, schema and related program elements of the Version 3 software package were provided to defendants' counsel on cd-rom back in 2003 during pretrial discovery in this lawsuit.

13.    I declare under penalty of perjury that the foregoing is true and correct.

X_____

OSE H E. LAMANTIA

Dated:    May 26, 2006