E-FILED
Tuesday, 16 January, 2007  04:41:16 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

T

A

Page

UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

3        NO- 2003-CV-3105

4  – – – – – – – – – – – – – – – – – – – – – –

5  CENTURY CONSULTANTS, LTD.,

6        Plaintiff,           DEPOSITION OF:

      vs.

7                     JOSEPH E. LA MANTIA

  THE MILLER GROUP, INC., JOHN G.

8  MILLER and the SPRINGFIELD

  PUBLIC SCHOOL DISTRICT NO. 186,

9

        Defendants.

10

  – – – – – – – – – – – – – – – – – – – – – –

11

12

13        TRANSCRIPT OF PROCEEDINGS, taken by

14  and before KIM A. GHILARDI, a Notary Public, Certified

15  Shorthand Reporter of the State of New Jersey and

16  Registered Professional Reporter, taken at the offices

17  of STARK & STARK, P.C., 993 Lenox Drive,

18  Lawrenceville, New Jersey, on Thursday, January 13,

19  2005, commencing at 9:08 a.m.

20

21

22        GUY J. RENZI & ASSOCIATES

          824 West State Street

23        Trenton, New Jersey 08618

     (609) 989-9199 1-800-368-7652  (TOLL FREE)

24        www.renziassociates.com

25

Page 26

1    Q    Where is it located?
2    A    In the Princeton area.
3    Q    Can you be more specific regarding where
4  it is?
5    A  Can I be?
6    Q    Yes.
7    A  No.
8    Q    Is there any other identifying
9  information at all that you can give me regarding the
10  identity of this company? All I have is a first name
11  and that it is in the Princeton area.
12    A    That's all I remember.
13    Q    Do you have documents that would shed
14  light on this for us?
15    A    I'm not sure if we have any. It's a
16  long time ago.
17    Q    Who at Century was in charge of
18  gathering documents that were responsive to District
19  186's discovery requests?
20    A    Mostly that funneled through Joe Sheam.
21    Q    You said mostly. Who else was in charge
22  or who else was responsible for getting these
23  documents?
24    A    Well, I'm sure he delegated other people
25  to gather information for him in order to hand them

Page 27

1  over.
2    Q    Who?
3    A    Our administrative staff and I'm not
4  sure who he would have picked.
5    Q    Did you gather any of the documents
6  responsive to District 186's discovery requests?
7    A    I'm pretty sure I went through all my
8  files, E-mails, notes, anything I may have had
9  pertaining to Springfield and put them all together,
10  yes.
11    Q    Which documents that were produced came
12  from you?
13    A    I have no idea. What are you asking?
14    Q    I'm asking which documents that were
15  produced came from you? Which ones did you gather?
16    A    I just said I went through my files,
17  E-mails, notes from meetings. Any of my personal
18  information, information that was in my personal
19  possession, okay.
20    Q    When you gathered this information, did
21  you do it all at once or did you do it in a more
22  sporadic method?
23    A    I'm pretty sure it was done all at once.
24
25  before you presented them to whoever took them?

Page 28

1    A    I'm sure I did, yes.
2    Q    How tall is the stack?
3    A    Less than an inch.
4    Q    Okay. How many versions of Star_Base
5  are there?
6    A    Three.
7    Q    Okay. And we earlier referred to the
8  first version as Version 1, right?
9    A    Urn-hum. I'm sorry. Yes. Basically,
10  the Version 1 is character mode, Version 2 is client
11  server, Version 3 is Web based.
12    Q    When was Version 2 first sold to a
13  customer?
14    A    I would estimate in the 1995 time frame.
15    Q    Who is the first client who purchased
16  Version 2?
17    A    I couldn't tell you that.
18    Q    When you referred to Version 2 as a
19  client server version, is that also considered a Web
20  enabled version?
21    A    No.
22    Q    Is there a Web enabled version of
23  Star_Base?
24    A    Version 3 is the Web enabled version.
25    Q    A Web based version?

Page 29

1    A    All right. I take that back. Web
2  enabled is not the correct characterization of Version
3  3. It's Web based. We never had a Web enabled
4  version. We went from client server to Web based. I
5  typically don't make that distinction in my mind
6  between the two.
7    Q  Okay. When was Version 3 developed?
8    A    Well, work was going on in the late
9  nineties for that.
10    Q    And I certainly don't want to put words
11  in your mouth. Do you refer to Version 3 as the Web
12  based version of Star_Base?
13    A    Yes.
14    Q    What is your understanding of what the
15  term Web enabled means?
16    A    Well, if we are splitting hairs over Web
17  enabled and Web based, any application that can run
18  over the Web is Web enabled. Web based means you're
19  running it with just a browser on your PC and with no
20  other additional software installed on your PC.
21  That's Web based. Web enabled, typically you can have
22  some helper programs or user interface or whatever
23  installed on your PC in order to be able to run
24
25    Q    Is it correct for me to say that with

Page 30

1  Web enabled, you need a program and with Web based,
2  you just need a browser?
3      A    On your PC, that is correct.
4      Q    Okay. Was there ever a point in time
5  where the Web could be utilized in conjunction
6  software to utilize Star Base? And when I say that, I
7  mean software that is not a browser.
8      A    Which version?
9      Q    Any version.
10     A    Yes.
11     Q    Which version?
12     A    The Version 2 could be run over the
13  Internet, if you will, you know, with the proper
14  communications equipment.
15     Q    Well, explain, then, for me why that
16  wouldn't be Web enabled?
17     A    Well, it is Web enabled but it is in the
18  lowest form. You're still running all of your
19  programs on your PC. I would have a hard time making
20  an argument for that.
21     Q    Is the source code for Version 2 the
22  same as the source code for Version 3 of Star Base?
23     A    There were changes made in going from
24  Version 2 to Version 3.
25     Q    How much of the source code remained the

Page 31

1  same between Version 2 and Version 3?
2      A    I couldn't give you an accurate
3  percentage but it would be a large percentage.
4      Q    Over 50 percent?
5      A    Much more than that, yes.
6      Q    Over 75 percent?
7      A    Yes.
8      Q    Over 90 percent?
9      A    I couldn't say that. Don't know within
10  that range but it's up there.
11     Q    Okay. Are all three versions of
12  Star Base written in the same language?
13     A    Yes.
14     Q    Including all of the modules in
15  Star_Base?
16     A    Yes.
17     Q    And what language is that?
18     A    Well, SQL, and Oracle's particular
19  flavor is called PLSQL.
20     Q    Is that commonly referred to as PLSQL?
21     A    Correct.
22     Q    Is -- strike that. How much of Version
23  2 of Star_Base is copyrighted?
25          And what facts do you know that lead you

Page 32

1  to that belief?
2      A    We went through the process of having it
3  copyrighted.
4      Q    When was Version 2 developed? Was it
5  '95, did you say?
6      A    Around that time frame, yes.
7      Q    Is Version 3 copyrighted?
8      A    Yes.
9      Q    All of it?
10     A    All of it.
11     Q    What facts do you know that support your
12  belief that all of Version 3 is copyrighted?
13     A    Again, we went through the process of
14  updating our copyrights.
15     Q    When was that process started?
16     A    I couldn't tell you.
17     Q    When was Version 3 completed?
18     A    I could make an argument to say that it
19  is not completed today.
20     Q    Can you, to your knowledge, can you get
21  a copyright on an uncompleted work?
22     A    I believe so.
23     Q    Okay. So you have no date of completion
24  for Version 3?
25     A    As a developer, in my mind, it's not

Page 33

1  done until we stop doing work on it. As a product, we
2  could say that it is done the day we release it to the
3  public for general use.
4      Q    What day was it released?
5      A    How many versions of Windows do you have
6  with patches? When you get a patch to Windows, does
7  that mean it's not the same version of Windows any
8  more? It's something that's inherent in the industry.
9      Q    When was Version 3 released to the
10  public?
11     A    Around '99, 2000.
12     Q    Just to confirm, you don't know when
13  Star Base or, I am, sorry Century applied for
14  copyright protection?
15     A    No, I don't recall.
16     Q    Do you know an approximate date?
17     A    No.
18     Q    Could it have been within the last year?
19     A    I don't know.
20     Q    Does--
21     A    I don't think so.
22     Q    Does Century own the copyright to
23  Version 3?
24     A    Yts.
25     Q    Does Century own the copyright to

Page 34

1 Version 2?
2 　A　Yes.
3 　Q　Does Century own the copyright to
4 Version 1?
5 　A　Yes.
6 　Q　Okay. And this is a slightly different
7 question. Does Century own all of the rights to all
8 three versions of Star_Base?
9 　A　Yes.
10 　Q　Now, at some point Century marketed a
11 product to District 186 in Springfield, correct?
12 　A　Yes.
13 　Q　What happened to create a dialogue
14 between Century and District 186?
15 　A　I don't recall the facts of whether we
16 responded to an initial bid. I believe we responded
17 to a bid.
18 　Q　Do you know that or are you guessing?
19 Because I don't want you to guess.
20 　A　I couldn't be 100 percent sure.
21 　Q　Is there anyone who would be 100 percent
22 sure that is employed by Century?
23 　A　I don't know. I'm not sure.
24 　Q　Are the tables in the three versions of
25 Star Base the same?

Page 35

1 　A　For the most part, yes.
2 　Q　Are there just slight differences
3 between the three versions with respect to the tables?
4 　A　Yes.
5 　Q　Give me a couple of examples of
6 differences that we would find between the versions?
7 　A　We continually need to respond to new
8 mandates for reporting and new needs of school
9 districts. So we might, for instance, expand the
10 length of a field. A person's last name initially
11 probably started out as 30 characters and now it's 50
12 characters. That sort of thing. So additions of new
13 fields and enhancements to the size of fields and
14 things like that.
15 　Q　What about the field names, have those
16 stayed substantially consistent in all three versions?
17 　A　If a field exists, you don't ever change
18 the name.
19 　Q　Are fields added?
20 　A　Yes.
21 　Q　So they are added but never changed,
22 right?
          e name is not changed
24 ____Q　The variable, the number of characters
25 may be changed?

Page 36

1 　A　Correct.
2 　　What about the sequence or structure of
3 fields within a table, would that change?
4 　A　Very rarely.
5 　Q　Do you know of any example where a table
6 structure has changed between the three versions?
7 　A　Well, I can't think of any off the top
8 of my head. I'm sure there are some instances where
9 that has happened.
10 　Q　But not many?
11 　A　No.
12 　Q　Who created the tables in Star_Base?
13 　A　Well, the initial design was done by
14 myself and certainly Frank Schittone, who we discussed
15 earlier, and Bob and other people on our staff.
16 　Q　With respect to the tables in the
17 scheduler portion of Star_ Base, who designed those
18 tables?
19 　A　Again, the same people would have been
20 involved.
21 　Q　Do several people participate in the
22 development of each table?
23 　A　It's very rare to let one person do
24 something in a vacuum. It's always done with a team
25 of people to make sure all the bases are covered.

Page 37

1 　Q　How many tables are in Star_Base?
2 　A　Hundreds. 3- or 400, I would guess.
3 　Q　And I apologize if I already asked this
4 but *as* far as the number of tables, has that remained
5 fairly consistent throughout all three versions?
6 　A　No. It has increased over time.
7 　Q　How many versions are -- I am sorry
8 how many tables, approximately, did the first version
9 of Star_Base have?
10 　A　Oh, I'm sure it had several hundred to
11 begin with. Maybe 300 tables to begin with.
12 　Q　And you believe that the latest version
13 of Star_Base has somewhere between 300 and 400?
14 　A　I believe that, yes.
15 　Q　Okay. Did you have or did you consult
16 any source for obtaining field names when you
17 developed Star Base?
18 　A　No.
19 　Q　Did you consult any source for
20 determining data base or table structure?
21 　A　We took our knowledge and our experience
22 of the STARS system and carried that over into the
23 development of Star Base
24 　Q Okay. When you createdlha les for
25 STARS, did you consult any reference or source to get

Page 38

1  field names?
2      A    No.
3      Q    Did you consult any reference or source
4  to develop the structure of the tables?
5      A    No.
6      Q    So is it fair to say that everything in
7  the Star_Base tables from the field names to the
8  structure are original and created by Century?
9      A    Yes.
10     Q    You indicated that you don't know who
11 the initial contact was at Century with District 186,
12 right?
13     A    Yes.
14     Q    Do you know anyone who communicated with
15 District 186 or any representatives of District 186
16 prior to entering into a license agreement with
17 District 186?
18     A    No. I don't recall who our marketing
19 person was at the time.
2      Q    Did you participate in the marketing to
21 District 186 of Star Base?
22     A    I don't believe so.
23     Q    Did you have any contact at all with
24 District 186 or anyone on behalf of District 186 prior
25 to the execution of a license agreement?

Page 39

1      A    I don't believe so.
2      Q    Did you provide District 186 with any
3  advertising of your product?
4      A    No.
5      Q    What was provided, if anything, by
6  Century?
7      A    I really don't know.
8      Q    Who would have knowledge regarding what
9  documents or advertising was given to District 186?
10     A    I don't know.
11     Q    Do you know anyone who would know the
12 answer?
13     A    I'm not sure.
14     Q    Exhibit 57 has Exhibit A attached to it
15 and Part D seeks the identity of each person who acted
16 on behalf of plaintiff with respect to District 186's
17 procurement and/or use of Star_Base together with the
18 nature and extent of each person's involvement. Are
19 you the person who has the most knowledge of the
20 identity of each person who interacted with District
21 186 regarding the procurement of Star Base?
22          MR. SCHRAMA: If I can just ask you to
23 qualify the question. You mean the person with the
   most knowkdg. at aqu,tu y-taamaiaiab.-W-Av yuu.kucan
25 the person with most knowledge in the world?

Page 40

1          MR. SHUPENUS: The nature of a 30B-6
2  notice is to get people from the corporation, not
3  other fact witnesses. So my question is within those
4  parameters.
5          MR. SCHRAMA: I know that. It's just
6  that I don't think he knows the FRCP too well. Do you
7  understand the question?
8          THE WITNESS: Urn-hum.
9      Q    Say yes for the court reporter.
10     A    Yes.
11     Q    Why don't we take a break while you
12 think about that so we are not wasting time.
13     A    Honestly, I don't know who would know
14 that, who would have that information at this point.
15         MR. SHUPENUS: Okay. Let's take a
16 break.
17         (Recess, 10:21 a.m..)
18         (Deposition resumes, 10:36 a.m..)
19     Q    Mr. LaMantia, we discussed the fact that
20 you know of no one who participated in the discussions
21 with District 186 regarding their procurement of
22 Star Base prior to the time the license agreement was
23 signed, right?
24     A    Correct.
25     Q    Okay. And you also testified, I

Page 41

1  believe, that you do not know of anyone who would have
2  that knowledge, correct?
3      A    Correct.
4      Q    What was the nature of your involvement,
5  if any, with District 186?
6      A    Well, in my role at Century, I manage
7  the technical staff but I don't get into direct
8  contact with customers for the most part, so my
9  involvement would be to manage the people who are
10 actually involved with Springfield.
11     Q    Now, you said for the most part.
12 Specifically with respect to District 186, did you
13 have any contact with District 186?
14     A    From time to time I would have
15 conversations with Henry Stuckey.
16     Q    How many times did you have
17 conversations with Henry?
18     A    I really don't recall.
19     Q    More than ten?
20     A    Probably less than ten.
21     Q    Less than five?
22     A    No. I would just say less than ten.
23     Q    Okay. Did you have any communication
   with wiyone elswut.Disuatit2,18,62___;_-_    __
25     A    Not that I can recall.

Page S 0

1 tell me that Version 2 has approximately 75 percent of
2 the source code from Version 1?
3     A     Yes. You did ask it a different way and
4 I wasn't sure of the exact percentage so we sort of
5 settled between 75 and 90. I said not more than -- I
6 don't think more than 90 but certainly more than 75.
7     Q     Now, I thought that you said between 75
8 and 90 percent with respect to Version 2 and Version 3
9 but I may be wrong. What's the -- let's just clear it
10 up. How much of the source code of Version 1 is used
11 in Version 2?
12     A     Okay. I'm going to stay with the same
13 answer. It is the same process was used in going from
14 I to 2 and 2 to 3. So again, it's between 75 and 90
15 percent the code was used.
16     Q     Moving forward, would it follow, then,
17 that between Version 1 and Version 3 the amount of
18 source code that remained the same would be 50 to 80
19 percent?
20     A     No. I'm going to say it's still within
21 75 and 90 percent.
22     Q     From Version 1 to Version 3?
23     A     Yes. Again, we are talking about the
24 user interface changing, not the core of the system.
25     Q     And the core of the system is the source

Page 51

1 code?
2     A     No. The source code is the system
3 except for data base schema and the algorithms and
4 logic that make the system functional moves forward
5 from 1 to 2 to 3. The user interface is well, how do
6 you paint the screen, how do you input information,
7 hit a function key instead of your click on your
8 mouse, instead of hitting a function key, that kind of
9 thing.
10     Q     Now, I know you told me that all of the
11 components of each version of Star Base are
12 copyrighted, based on your understanding?
13     A     Yes.
14          How much of Version 3 does Century
15 consider to be its trade secret, if you know?
16          MR. SCHRAMA: I'm just going to lodge an
17 objection while you're thinking about that to the term
18 trade secret because I believe it calls for a legal
19 conclusion and that will be a continuing objection but
20 if you understand the question, you can answer it.
21     A     In my opinion, 100 percent.
22     Q     Okay. Is your answer the same with
23 respect to what Century considers to be proprietary
• 24 ---itifermatien?—————————————
25     A Yes.

Page 52

1     Q     And is your answer the same with respect
2 to each version of Star Base?
3     A     Yes.
4     Q     Is your answer the same with respect to
5 the predecessor of Star Base, the STARS application?
6     A     Yes.
7     Q     What procedures are in place, if any, at
8 Century to prohibit disclosure of trade secrets or
9 proprietary information? In other words, what do you,
10 you meaning Century, what do you do to protect these
11 trade secrets from disclosure to those who are not
12 customers?
13     A     Well, it's more what we don't do rather
14 than what we do. We don't allow any of the code or
15 information about the code and the design to be given
16 out to anyone without the appropriate protection.
17     Q     What do you mean by an appropriate
18 protection?
19     A     If we are going to give information to
20 someone, we have them sign a nondisclosure agreement
21 or in the case of our customers, they sign a license
22 agreement.
23     Q     So non-customers sign a nondisclosure
24 and customers sign a license agreement, right?
25     A     Right.

Page 53

1     Q     What other things does Century do or not
2 do to protect its trade secrets and/or proprietary
3 information?
4     A     Well, our employees also sign an -- I am
5 not sure what the right term is.
6     Q A non-compete?
7     A     Yes. When they are hired, which
8 prevents them from giving any of our information away.
9     Q     Anything else?
10     A     Not that I can think of, no.
11     Q     Now, I'm assuming that Century will
12 release certain information regarding Star Base
13 without a nondisclosure agreement, such as
14 advertising?
15     A     Correct.
16     Q     Where is the line drawn with respect to
17 when a nondisclosure agreement would be needed versus
18 when it would not be needed?
19     A     Any information that gives technical
20 insight into how the system is designed or how it runs
21 internally.
22     Q     That would include source code and
23 object code, right?
24,       6          ta_base-sehema.- - -
25     Q     Let's just go through this. Source code

aw