**E-FILED**
Tuesday, 16 January, 2007  04:42:13 PM
Clerk, U.S. District Court, ILCD

**C**

```
 1:     <?
 2:     include "./VarExtract.inc"1
 3:     echo '<BR><B11><CENTER><H4>Student Scheduler</H4>';
 4:     echo '<p>';
 5:     if($func=='F' Or $func=="")
 6:     {
 7:         echo '<TABLE>';
 8:         echo '<FORM METHOD="POST" ACTION="MOdules.php7modname='.$_REQUESTrmodname'1.'&func=C">';
 9:         echo "<TD>School Year:</TD>";
10:         $curyr=GetSysYear();
11:         $cknext="select distinct a.start_yy from course a, config b
12:                  where (a.start_yy > b.year and a.startyy < '50')";
13:         $ckdb=DBQuery($cknext);
14:         $ckyrdata=DBReturn($ckdb, $ckcnt);
15:         if($ckyrdata(1)PSTART_YY') != ".)
16:         {
17:             $curyr=$curyr + 1;
18:             $curyr=str_pad($curyr, 2, "0", str_pad_left);
19:         }
20:         echo "<TD>";
21:         GetSchoolYear('year',$curyr,");
22:         echo "</TD>";
23:         echo "<TR>";
24:         PrepareSchool(SessionSchool(),'midhigh');
25:         echo "</TR>";.
26:         echo "<TR>";
27:         PrepareGrade(SessionSchool(Wmidhigh');
28:         echo "</TR>";
29:         echo "<TR>";
30:         echo "<TD>Schedules:</TD>";
31:         echo "<TD>Complete<INPUT TYPE=RADIO NAME=comp_part VALUE=C SIZE=1 CHECKED>";
32:         echo "Partial<INPUT TYPE=RADIO NAME=comp_part VALUE=P SIZE=1>";
33:         echo "</TD></TR>";
34:         echo "<TR>";
35:         echo "<TD>Include Cluster:</TD>";
36:         echo "<TD><INPUT TYPE=RADIO NAME=cluster VALUE=Y SIZE=1 >";
37:         echo "</TD></TR>";
38:         echo '<TR><TD>Student ID:</TD><TD><INPUT TYPE="text" NAME="a_stu" SIZE="12" VALUE=ALL MAXLENGTH=10></TD></TR>';
39:         //echo "<input type=hidden name=a_stu value =ALL>";
40:         echo '</TABLE><BR><BR>';
41:         Buttons('Find','Reset Values');
42:         echo '</FORM>';
43:     }
44:     if($func=='C')
45:     {
46:         if($sch == ")
47:
48:             echo "<H4> You must enter a school to schedule.</H4>";
             echo "<BR><BR>Clidk <A HREF='Modules.php?modname="4_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
49:
50:
51:             exit();
52:
53:         echo "<H4> ";
54:         $dispyear=DispYear($year);
55:         $dispsch=GetSchool($sch);
56:         echo "<BR>".$dispyear"<BR>".$dispsch;
57:         if($grade == ") { echo "<BR> All Grades";
58:         else { echo "<BR>Grade - ".$grade; )
59:         if($a_stu == 'ALL')
60:
61:             $cklock="select sched_lock_date lock_date from sch_base where school = '$sch ;
62:             $ckdb=DBQuery($cklock);
63:             $lockdata=DBReturnNoWord($ckdb,$lkcnt);
64:     //echo "<BR>sql=".$cklock;
```

EXHIBIT

3

:4;c:\IS3\IS3\modules\Guidance\Scheduling\SkdMassDetail.php

```
 65:            if($lockdata[l]['LOCK_DATE'] != '')
 66:
 67:            echo "<H4> The schedule has been locked as of ".$1ockdata[l]PLOCK_DATE'].". You can
       not run the scheduler for all students.</H4>";
 68:            echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=r>HERE</A> to schedule
       again.<BR><BR>";
 69:
 70:            exit();
 71:
 72:        }
 73:        if($comp_part == 'P') { echo "<BR><BR>This will schedule all partial schedules.</H4>";
 74:        else (echo "<BR><BR>This will delete the schedule for the student. <BR>If 'ALL' is
       selected, all schedules will be delete.</H4>"; )
 75:            echo '<FORM METHOD="POST"
       ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=S&year='.$year.'&cluster='.$cluster
 76:                '&sch='.$sch.'&grade='.$grade.'&a_stu='.$a_stu.'&comp_part='.$comp_part.'">';
 77:        Buttons('CONTINUE,'');
 78:        echo '</FORM>';
 79:        echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
       again.<BR><BR>";
 80:    }
 81:    if($func=='S')
 82:    {
 83:        if($a_stu == 'ALL')
 84:
 85:            $getid="select id from sched_run where school = '$sch'";
 86:            $iddb=DBQuery($getid);
 87:            $iddata=DBReturn($iddb,$idcnt);
 88:            $id=SiddataM['ID'];
 89:            $getresult="select status from sched_results where id = '$id'";
 90:            $resultdb=DBQuery($getresult);
 91:            $resultdata=DBReturn($resultdb,$resultcnt);
 92:        if($resultcnt > 0 and $resultdata[1]('STATUS'] != 'D')
 93:
 94:            echo "<H4> The previous scheduling run is still scheduling. <BR>You must wait
       before running again.</H4>";
 95:            echo "<BR><BR>Click <A
       HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
       again.<BR><BR>";
 96:            if($s_ulevel == '999')
 97:
 98:             echo "<BR><BR>Click <A
       HREF='Modules.php?modname="4_REQUESTPmodname')."&func=0&sch="4sch."&id=".$id."'>HERE</A>
       to override.<BR><BR>";
 99:
100:
101:            exit();
102:        }
103:    }
104:    $delpri="delete sched_stu where school = '$sch'
105:                and (student_id = '$a_stu' or '$a_stu' = 'ALL')";
106:    $db=DBQuery($delpri);
107:    $delresult="delete sched_results where id = '$id'';
108:    $db=DBQuery($delresult);
109:    $delrun="delete sched_run where school = '$sch'";
110:    $db=DBQuery($delrun);
111:    if(($comp_part=='C') or ($comp_part=='P' and $a_stu != 'ALL'))
112:
113:        $delcount="select a.class_cd, a.section, Count(*) seatcnt
114:                    from stu_sohe a, Stli_sch b
115:                    where a.start_yy = '$year'
116:                     and a.start_yy=b.start_yy
117:                     and a,school = '$sch'
```

```
118:                        and b.schoo.l=a.school
119:                        and (a.studentid    '$astu.' or :.$astu' = 'ALL')
120:                        and b.student_id(+)=a.atudent_id:
121:                        and (lo:grade='$grade' or '$grade''is.nUll)
122:                      group by class_cd, section";
123:             $cntdb=DBQuery($delcount);
124:             $crsdata=DBReturnNoWord($cntdb,$cnt);
125:    //echo "<BR>sql=".$delcount;
126:             $ckforatt="select a.seq_number, b.class_cd, b.section,b.period,
127:                  b.semester,b.days,b.sub_section
128:                from stu_atc_head a, stu_stc_xact b, stu_sche c
129:                   where a.start_yy    '$year'
130:                     and a.school = '$sch'
131:                     and a.studentid = '$a_stu'
132:                     and a.seq_number = b.seq_number
133:                     and a.start_yy = c.start_yy
134:                     and a.school = c.school
135:                     and a.student_id = c.student_id
136:                     and b.class_cd = c.class_cd
137:                     and b.section = c.section
138:                     and c.adtive_cd = 'A'";
139:            Sattdb=DBQuery($ckforatt);
140:            $attdata=DBReturnNoWord($attdb,$attcnt);
141:           -$dt=date('d-M-y');
142:            for($a=1;$a<=$attcnt;$a++)
143:            {
144:                $sq=$attdata[Sa]['SEQ_NUMBER'];
145:                $cl=strtoupper($attdata($a]['CLASS_CD']);
146:                $sc=$attdata[$a]['SECTION'];
147:                $sb=$attdata[$a]['SUB_SECTION'];
148:                $pd=Sattdata[$a]['PERIOD'];
149:                $sm=strtoupper($attdata[$a]['SEMESTER']);
150:                $dy=$attdata[$a]['DAYS'];
151:                $ckstc="select count(*) cnt from stu_stc_xact
152:                    where Seqnumber = '$sq'
153:                        and effective_date= '$dt'
154:                        and class_cd = '$cl'
155:                        and section = 'SsC.
156:                        and sub_section = '$sb'
157:                        and period = '$pd'";
158:                $ckstcdb=DBQuery($ckstc);
159:                $ckstcdata=DBReturn($ckstcdb,$ckstccnt);
160:                if($ckstcdata[l]['CNT.] == 0)
161:                {
162:                $insstc="insert into stUStcakabt ( SEQ_NUMBER,TRANSACTION_DATE,
163:                    TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD, SECTION,
164                      `suB_OcTioN,tiERTop,sEmEsTgA,pAYs)
165:                    values P$sq',!.$dt','D'Y'$d     $C;;!4';',$pc.',!$sb','$pd','Sem.,'$dY')."';,
166:.             $insdb=DBQuerY($insstcl;
167:.      //echo "<BR>ins=".$insstc;
168:
169:
170:    //    if($a_stu == 'ALL')
171:    //
172:              for($z=1;$z<=$cnt;$z++)
173:
174:                $cls=strtoupper($crsdata[Sz]['CLASS_CD']);
175:                $sect=Scrsdatal$z1['SECTION'];
176:                $seats=$crsdata[$z]['SEATCNT');
177:                $updseat="update sect
178:                    set AVAI_SEATS = avai_seats + '$seats.,
179:                        ASSI_SEATS = assi_seats, .!„$seats'
180:                    where start_yy = '$year'
181:                        and school =
182:                        and claSs_cd:=  '$cls'
183:                        and section =:'$aect17;
184:              $upddb=DBQuery($updseat);
```

```
301:    $list=DBReturn($result,$count);
302:    if(Slist[1]['STATUS'] !=- 'D')
303:    {
304:        if (($count==i && $list[l]PSTATUS']!='D') 11 $viewprog!=l)
305:         echo "<meta HTTP-EQUIV=Refresh CONTENT=\"2;
    URL={$Protocol}://{$_SERVER['HTTP_HOST']}){$_SERVERPPHP_SELF1)?modname=($_REQUEST['modname']
    )&viewprog=l&a_stu=$a_stu&year=$year&sch=$sch&run_id=$run_id&func=R\">\n";
306:    }
307:    echo "<title>Schedule Progress</title>
308:    <body>\n";
309:    if ($viewprog!=l) {
310:        session_write_close();
311:        //System Call
312:        putenv("ORACLE_HOME./home/oracle/OraHomel");
313:     ':$command='Vust7n.ocal/sched/schedscript$run_,id 1>/dev/null
314:        ,exec("$commea044
315:
316:        // echo $command."\n";
317:        echo "<br><br><br><center><b>Schedule run has started ...... Please wait.
    </b></center><br><br><br>";
318:      else (
319:        echo "<center>";
320:        echo "<table width='80%' border='1'>";
321:        echo "<th>Run ID</th>";
322:        echo "<th>Percent</th>";
323:        echo "<th>Complete</th>";
324:        echo "<th>Partial</th>";
325:        echo "<th>No Requests</th>";
326:        echo "<th>IrresolVable</th>";
327:        if($list[l]['STATUS'] == 'D') (
328:         echo "<th> </th>";
329:        } else {
330:         echo "<th>Student</th>";
331:
332:        echo "</tr><tr><td>";
333:        echo $list[l]['ID'];
334:        echo "</td>";
335:        Stotstu=Slist[l]PCOMPLETEH + $list[1]('PARTIAL'] + $list[l]['NO_REQUESTS'] +
    $list[l]['IRRESOLVABLE'];
336:        if($totstu != '0')
337:
338:            $pct = 100 * ($list[1]('COMPLETE'l / $totstu);
339:            $disppct=number_format($pct,'2',.....,');
340:
341:        echo "<td>";
342:        echo $disppct;
343:        echo "</td>";
344:        echo "<td>";
345:        echo $list[11PCOMPLETELIL
346:        echo "</td>";
347:        echo "<td>";
348:        echo $list[l]PPARTIAL'];
349:        echo "</td>";
350:        echo "<td>";
351:        echo $list[l]PNO_REQUESTS');
352:        echo "</td>";
353:        echo "<td>";
354:        echo $list[11PIRRESOLVABLE1;
355:        echo "</td>";
356:        echo "<td>";
357:        if($list(1]['STATUS'] == 'D') {
358:         echo "Schedule run completed";
359:        } else {
360:         echo $list[l]['STUDENT_ID'];
361:.
362:        echo "</td></tr>";
363:        echo "</table>";
```

```
431:                $ckdb=DBQuery($ckins);
432:                $ckdata=DBReturn($ckdb,$ckcnt);
433:                if($ckdata[l]PCNT'l == '0')
4345::
435:                $inssql="insert into stu_stc_xact (seq_number,transaction_date,. transaction_type,
43 6:                     effective_date    lasS_cd, sectioni subsection, period,Semester,dayS)
437:                    values
    ('$nextid','$tdate','A','Stdate',.$cls','$sect','$subsect','$prd','$sem','$days')";
438:                $insdb=DBQuery($inssql);
439:
440:
441:    //echo "<BR>sql=".$inssql;
442:
443:        echo "<center><br /><br />Click <a
    href='Modules.php?modname=Guidance/Scheduling/Reports/SkdUnschedList.php&func=detail&last=".0
    rlencode($namedata[1][.LAST_NAME']).
444:
    "&first=".urlencode($namedata[1]['FIRST_NAME']).'&stuid=',$a_stu.'&year='.$year.'&sch='.$sch.
445:            "'>HERE</a> to see student schedule.";
446:      echo "<BR><BR>Click on a semester to print the schedule. <A
    HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
447:            "&sch=".$sch.    "&sem_cde=01&grd=00&sort_seq=01&stu_no="4a_stu.
448:            "&prog_step=3'> (Semester 1) </A>";
449:      echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
450:            "&sch=".$sch."&sem_cde=02&grd=00&sort_seq=01&stu_no=".$a_stu.
451:            "&prog_step=3'> (Semester 2) </A>";
452:      echo "<A EREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
453:            "&sch=".$sch."&sem_cde=03&grd=00&sort_seq=01&stu_no=".$a_stu.
454:            "&prog_step=3'> (All Year) </A><BR></center>";
455:        }
456:      echo "<center><br><br>Click <a
    href='Modules.php?modname=($_REQUEST['modname'])&func=F'>HERE</a> to schedule again.</center><br
    /><br />";
457:    }
458:    echo "</body></html>\n";
459:
460:
461:
462:
463:
464:
465:    echo '<BR><BR>';
466
467:    echo "</CENTER>";
468:    ?>
```