STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **AGREED MOTION TO AMEND SCHEDULING ORDER** |

  **NOW COMES** plaintiff, Century Consultants, Ltd. ("Century") and for its Agreed Motion to Amend Scheduling Order, Century states as follows:

  1. On November 27, 2006, all parties submitted an agreed upon proposal for the filing and briefing of motions for summary judgment.  Among other things, the proposal provided for a 30-day period for responses to any motion, and a further 30-day period for reply papers.  The parties agreed that because of the complex nature of the case and the extensive discovery conducted, this additional time beyond the normal time frames under the local rules would be necessary to adequately address the motions.

  2. On December 5, 2006, the Court approved this schedule, which contemplated the filing of motions by December 28, 2006 (with responses due 30 days thereafter).

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

3. Thereafter, defendant, The Springfield Public School District 186 (the "School District") requested an extension of the filing deadline, and Century agreed. The School District filed an Agreed Motion to that effect, and the Court granted it, extending the deadline for the filing of motions to January 16, 2007.

4. On January 16, 2007, Century filed its motion for summary judgment. The School District also filed its own motion on January 16, 2007. The other defendants joined in the School District's motion.

5. The current deadline for filing of responses to the motions is February 8, 2007.

6. After reviewing the motion papers, the parties have concluded that they need additional time to adequately respond to the voluminous motion papers filed.

7. Moreover, through the oversight of all counsel, the School District's Agreed Motion filed in late December inadvertently shortened the 30-day time frames initially proposed and approved by the Court for the filing of responses. Under that already approved time frame, the deadline for submitting responses should have been February 16th, not February 8th.

8. The parties seek an extension through February 23, 2007, for the filing of responses, which is just one week after the time frames initially agreed upon and approved by the Court. The parties further seek permission to file any reply papers 30 days after the filing of responses.

9. This motion is timely filed and is Century's first request for an extension of time.

10. All parties consent to the relief sought in this motion.

11. Accordingly, Century respectfully requests an extension through February 23, 2007, of the deadline for the filing of responses to all pending summary judgment motions.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

                                                    CENTURY CONSULTANTS, LTD.


                                        By:____s/Craig S. Hilliard___
                                              One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ   08543-5315


**PROOF OF SERVICE**

     I, the undersigned, hereby certify that on February 5, 2007, I filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL   62703


                                                 _s/Craig S. Hilliard_____
                                                 CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315