**E-FILED**
Wednesday, 14 February, 2007  02:07:00 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

CENTURY CONSULTANTS LTD.,       )
                                )
    Plaintiff,          )
                                )
    v.                  )       05-3105
                                )
THE MILLER GROUP, INC., JOHN    )
G. MILLER, and THE SPRINGFIELD  )
PUBLIC SCHOOL DISTRICT 186,     )
                                )
    Defendants.         )
                                )

## <u>ORDER</u>

RICHARD MILLS, U.S. District Judge

The parties have filed an Agreed Motion to Amend Scheduling Order.  The parties ask permission to file responses through February 23, 2007.  The parties also seek permission to file any reply papers 30 days after the filing of responses.  The parties' requests are reasonable.

<u>Ergo</u>, the parties' Agreed Motion to Amend Scheduling Order (d/e 175) is ALLOWED.  The parties may file responses through February 23, 2007.  Replies are due no later than 30 days after the filing of responses.

IT IS SO ORDERED.

ENTER:  February 12, 2007

FOR THE COURT:                         s/ Richard Mills
                                       United States District Court