E-FILED
Tuesday, 20 February, 2007  02:55:31 PM
Clerk, U.S. District Court, ILCD

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **SECOND AGREED MOTION TO AMEND SCHEDULING ORDER** |

**NOW COMES** plaintiff, Century Consultants, Ltd. ("Century"), and for the Second Agreed Motion to Amend Scheduling Order, Century states as follows:

1.      On November 27, 2006, all parties submitted an agreed upon proposal for the filing and briefing of motions for summary judgment.   Among other things, the proposal provided for a 30-day period for responses to any motion, and a further 30-day period for reply papers.  The parties agreed that because of the complex nature of the case and the extensive discovery conducted, this additional time beyond the normal time frames under the local rules would be necessary to adequately address the motions.

2.      On December 5, 2006, the Court approved this schedule, which contemplated the filing of motions by December 28, 2006 (with responses due 30 days thereafter).

3.      Defendant, The Springfield Public School District 186 (the "School District")

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

requested an extension of the filing deadline, and Century agreed.  The School District filed an

Agreed Motion to that effect, and the Court granted it, extending the deadline for the filing of

motions to January 16, 2007.

4.    On January 16, 2007, Century filed its motion for summary judgment.  The

School District also filed its own motion on January 16, 2007.  The other defendants joined in the

School District's motion.

5.    Based upon the complex issues and voluminous motion papers filed, on February

2, 2007, Century filed its first Agreed Motion for Extension of Time to File Response/Reply.

6.    On February 12, 2007, the Court entered an Order granting the Agreed Motion for

Extension of Time to File Response/Reply Responses and extending the response due date to

February 23, 2007.

7.    After further review of the motion papers, the parties have concluded that they

need additional time to adequately respond to the voluminous motion papers filed.

8.    Accordingly, the parties seek an extension through March 2, 2007, for the filing of

responses.  The parties further seek permission to file any reply papers 30 days after the filing of

responses.

9.    This motion is timely filed and is Century's second Agreed Motion for Extension

of Time to File Response/Reply Responses.

10.    All parties consent to the relief sought in this motion.

11.    Accordingly, Century respectfully requests an extension through March 2, 2007,

of the deadline for the filing of responses to all pending summary judgment motions.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

-2-

CENTURY CONSULTANTS, LTD.


By:\_\_\_\_s/Craig S. Hilliard\_\_\_
One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ   08543-5315


## PROOF OF SERVICE

I, the undersigned, hereby certify that on February 20, 2007, I filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL   62703


  \_s/Craig S. Hilliard_____
  CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

MAILING ADDRESS

PO BOX 5315

PRINCETON, NJ  08543-5315