E-FILED
Friday, 02 March, 2007  09:44:58 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO AMEND SCHEDULING ORDER

**NOW COMES** the Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Agreed Motion to Amend Scheduling Order states as follows:

1. On February 20, 2007, this Honorable Court granted Plaintiff's Second Agreed Motion to Amend Scheduling Order (Document No. 177).

2. The Court granted the parties additional time to file their Responses to all pending Summary Judgment Motions up to and including March 2, 2007.

3. Almon A. Manson, Jr., counsel for District 186, has been unexpectedly required to travel out of state and will return on the evening of March 5, 2007.

4. District 186 is, therefore, unable to file its Response to Plaintiff's Motion for Summary Judgment as to Liability on March 2, 2007.

5. This Motion is timely filed, not intended to cause unnecessary delay and will not prejudice any party hereto.

6. All parties consent to the relief requested herein.

**WHEREFORE,** District 186 respectfully requests an extension of time up to and including March 6, 2007, for the filing of the parties' Responses to all pending Summary Judgment Motions. The parties further request an extension of time to file Reply briefs on or before April 5, 2007.

Respectfully submitted,

**SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendant**

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491

## PROOF OF SERVICE

    I, the undersigned, hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701
dherman@gifwinlaw.com

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315
chilliard@stark-stark.com

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL 62703
ltj@warpnet.net

    /s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com

3/2/2007 9:38 AM\MDB\F:\WORD\District 186\Century\Third Agreed Motion to Amend Scheduling Order.doc