STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-3105 <br><br> **DECLARATION OF ROBERT MAGAN** |

ROBERT MAGAN, of full age, upon his oath, deposes and says:

1. I am employed by plaintiff, Century Consultants Ltd. ("Century"), as the Manager of Programming/Research & Development. In that capacity, I am fully familiar with the student software package owned by Century and licensed to its customers known as Star_Base. I make this Declaration in support of Century's opposition to defendants' motions for summary judgment.

2. I have reviewed the Affidavit of Brent Qualls, an employee of defendant, The Springfield Public School District 186 in Springfield, Illinois (the "School District"), dated June 12, 2003.

3. In paragraph 7 of that Affidavit, Mr. Qualls states that I was made aware, during a visit I made to the School District in November 2000, that the School District had

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

modified database structures in Star_Base and that The Miller Group was writing the front-end program to make the School District's system web-based. This is not accurate. First, the School District's system was already web-based. Second, I was not told that The Miller Group was writing an entire front-end program for the School District. Instead, I was simply informed that the School District had retained an undisclosed programmer to assist it in writing one program on class attendance which would interface with the existing Star_Base system.

4. In paragraph 7, Mr. Qualls also states that the School District demonstrated the "new web-based system" to me during my visit in November 2000. That is not correct.

5. The School District was permitted to make its own modifications to the Star_Base system, and therefore Century would have had no reason to object to such modifications for strictly internal use. However, neither I nor, to my knowledge, anyone else at Century was informed by the School District that it had retained a competitor of Century's to create a new software application, and that it gave that competitor full access to the source code and database structures of Star_Base, for the purpose of creating a new application which could be marketed and sold to other school districts. To the extent Mr. Qualls is suggesting, through the statements made in paragraph 7 of his Affidavit, that Century knew of and/or approved of The Miller Group's work with the School District, any such suggestion would be inaccurate.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

6. I declare under penalty of perjury that the foregoing is true and correct.

_____
ROBERT MAGAN

Dated: March 5, 2007

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315