STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **DECLARATION OF CRAIG S. HILLIARD IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT** |

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1. I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action. I make this declaration in opposition to the motions for summary judgment of defendant, Springfield Public School District 186 (the "School District"), and defendants, The Miller Group, Inc. and John G. Miller (the "Miller Defendants").

2. Attached hereto as Exhibit "1" is the Declaration of Joseph E. LaMantia filed with this Court in May 2003 in connection with Century's application for a Temporary Restraining Order.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

3. Attached hereto as Exhibit "2" is the Declaration of Robert Magan filed with this Court in May 2003 in connection with Century's application for a Temporary Restraining Order.

4. Attached hereto as Exhibit "3" is the "Statement of Losses" and accompanying Affidavit of John G. Miller filed with this Court in May 2003 in connection with the opposition of defendants, The Miller Group, Inc. and John G. Miller (collectively "Miller") to Century's application for injunctive relief.

5. Attached hereto as Exhibit "4" is the agreement dated December 21, 1998 between the School District and Miller which was marked at a deposition in this action as "Miller-5".

6. Attached hereto as Exhibit "5" is a document marked at a deposition in this action as "Miller-6".

7. Attached hereto as Exhibit "6" is a document marked at a deposition in this action as "Miller-11".

8. Attached hereto as Exhibit "7" is the initial report of Century's expert, P.G. Lewis & Associates LLC, which was marked at a deposition in this action as "Miller-16".

9. Attached hereto as Exhibit "8" is a document marked at a deposition in this action as "Miller-19".

10. Attached hereto as Exhibit "9" is a document marked at a deposition in this action as "Stuckey-10".

11. Attached hereto as Exhibit "10" are excerpts from the deposition of Henry Stuckey.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

-2-

12. Attached hereto as Exhibit "11" are excerpts from the deposition of John Miller.

13. Attached hereto as Exhibit "12" are excerpts from the deposition of David Williams.

14. Attached hereto as Exhibit "13" are the Miller Defendants' answers to interrogatories.

15. Attached hereto as Exhibit "14" are the minutes of the October 7, 2002 meeting of the Board of Education of the School District.

16. Attached hereto as Exhibit "15" is a document marked at a deposition in this action as "Miller-2".

17. Attached hereto as Exhibit "16" are excerpts from the deposition of William Choat.

18. Attached hereto as Exhibit "17" is a document marked at a deposition in this action as "Miller-8".

19. Attached hereto as Exhibit "18" is a document marked at a deposition in this action as "Miller-9".

20. Attached hereto as Exhibit "19" are excerpts from the deposition of Agnes Nunn.

21. Attached hereto as Exhibit "20" is a document marked at a deposition in this action as "Nunn-2".

22. Attached hereto as Exhibit "21" are Century's Amended Rule 26 Disclosures.

23. Attached hereto as Exhibit "22" is the rebuttal report of Century's expert, P.G. Lewis & Associates.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

24. Attached hereto as Exhibit "23" are excerpts from the *Daubert* hearing conducted by the Court in January 2006.

25. I declare under penalty of perjury that the foregoing is true and correct.

                                                                       s/Craig S. Hilliard
Dated: March 2, 2007                                    CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315