E-FILED
Tuesday, 06 March, 2007  04:31:39 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

1

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | **DECLARATION OF JOSEPH E. LA MANTIA** |
| THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, | |
| Defendants. | |

JOSEPH E. LA MANTIA, having been duly sworn, according to law, upon his oath deposes and says:

1.     I am the Vice-President of plaintiff Century Consultants Ltd. ("Century") and as such I have personal knowledge of the facts stated herein. I make this Affidavit in support of Century's application for temporary and preliminary injunctive relief. As I describe in more detail below, the focus of this application is on defendants' infringement of Century's computer programs copyrighted and licensed under the trademark "Star-Base", and on the imminent threat of disclosure of Century's trade secrets embodied in those programs.

2.     Century began as a sole proprietorship in 1976. In December 1977, Century was incorporated in New Jersey. Since that time, Century has been engaged in the business of

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

developing and marketing computer programs and associated software, including educational software packages.

3.    Star_Base is the trade name for Century's flagship computer software product that is marketed to elementary and secondary schools (both public and private).  Star_Base functions as an administrative tool to assist in all record keeping and reporting of student information in various areas including, but not limited to, student demographics, attendance, class schedules, grades, discipline and test scores.

4.    Each of these areas of information is referred to as a "module".  Each module may be used by one or all schools within a school district.  For example, the attendance module is normally used to track enrollment throughout an entire district, since that information is key to a district's funding from the State.  The scheduling module, on the other hand, might only be used in a high school or middle school where a complex set of course offerings makes the use of a computer scheduler desirable and often necessary.

5.    A single module is selected by a user (an employee of the licensed school district) from a menu displayed on a screen.  The menu is provided by an associated main computer program.  Each module is comprised of many individual computer sub-programs.  The attendance module, as an example, contains between 20 and 25 unique sub-programs accessed by a main menu program.  One sub-program would provide the capability to perform a specific function on the computer.  In other words, there are functions, i.e. sub-programs, to enable input of and updates to the school calendar, student entries and withdrawals, and student absences.  Other sub-programs report on the information that has been entered.  These reports are designed to print detailed and/or summary information in the format and sequence that is required by school districts.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-2-

6. The sub-programs that comprise Star_Base and are embodied in the copyright registration described below are written in a human-readable language. Many computer languages exist, so it is necessary for programmers to be trained and experienced in the language being used. The human-readable form of a program is referred to as the "source" program, or sometimes as the source code. In order for a computer to execute or run the programs, they must be translated into computer-readable form, usually called object code. This translation is accomplished through the use of another program known as an assembler or compiler.

7. Although each program has a unique function, common elements must exist throughout all programs in the system in order for them all to work together accurately and efficiently. The common elements that all programs contain are the data files. Data files contain the records of information that are managed and processed by the programs. The structure of these records is vital to the functioning of the entire system. Much of the effort in designing a complex system goes into the layout, organization, composition and interrelationship of the records in the data files. Every record is composed of individual data elements, or fields. These fields must be organized and grouped both logically and functionally. Each field must be given a unique name. The size and type of each data element must be established. The resulting "record layout" or "file definition" becomes the basic component of every program in the system.

8. It is certainly possible for any other software developer to create or design independent programs that would achieve the same result as the Star_Base programs. By directly copying Century's tables and database programs for the purpose of making derivative works, however, another software developer would save enormous time and expense. Century spent years, thousands of man-hours and hundreds of thousands of dollars developing and

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-

refining the Star_Base programs. As of today, a majority of Century's revenues is based on the Star_Base programs.

9. The Star_Base code and screen outputs are registered as copyrights with the U.S. Copyright Office. Attached hereto as **Exhibit "A"** is a copy of the registration certificate effective as of November 22, 1995. The screen outputs for all of the Star_Base modules also bear a notice of copyright. When a Star_Base user at the school level accesses the main menu program for any of the modules, a copyright symbol appears on the screen. Attached hereto as **Exhibit "B"** are examples of the main menu screen outputs for some of the modules bearing a notice of copyright.

10. Century licenses individual Star_Base modules (often as a package of many modules) to school districts under a written license agreement. The Springfield School District 186 is one such licensee (A copy of the license agreement for this district is attached to the Declaration of Robert Magan as Exhibit "A"). Although the form of license agreement has been modified slightly over the years, all of the form agreements (including Springfield's) contain confidentiality terms that severely restrict the licensee's right and ability to disclose the modules to unlicensed third parties, to ensure to the greatest extent possible that the trade secret protection for the modules is maintained.

11. The license agreement with Springfield, for example, provides as follows:

> Confidentiality - The [computer] package and any permitted copies contain valuable trade secrets of **CENTURY** and shall at all times remain the property of **CENTURY**; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package, or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-4-

See Magan Declaration, Exhibit "A", at para. 8. As the underscored language above reflects,

Century considers the source and object code for the Star_Base programs to be protected trade

secrets, and was therefore careful in its licensing of the Star_Base software to bind its licensees

to an obligation of confidentiality.

12.     When a school or school district licenses one or more of the Star_Base modules,

all of the object code and most of the source code for the licensed modules are transferred to the

school's computer system. The source code for certain security programs is not delivered. These

programs contain key routines that are designed to protect the system as a whole, but not

individual programs, from being copied to another computer and used by an unlicensed

customer. Nevertheless, the source code and object code transferred to the licensees are

protected from disclosure by the provisions of the license agreement.

13.     I declare under penalty of perjury that the foregoing is true and correct.


_Joseph E. La Mantia_
JOSEPH E. LA MANTIA

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

G:\DOCS\LIT\CSH\century\plead\lamantiadeclar4-11-03.wpd                    -5-

EXHIBIT

A

# FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE



**TXu 760-019**

EFFECTIVE DATE OF REGISTRATION

NOVEMBER 22 1995

Month | Day | Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

STAR BASE

PREVIOUS OR ALTERNATIVE TITLES ▼

NONE

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

*079 291 79.*

## 2

**a**

NAME OF AUTHOR ▼

CENTURY CONSULTANTS LTD (a NJ Corporation)

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer Program  *including screens

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   **This information must be given ONLY if this work has been published.**
1991 ◄Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◄ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Century Consultants Ltd.
300 Main Street
Lakewood, NJ 08701

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 25 1996   11/22/95
ONE DEPOSIT RECEIVED
NOV 22 1995
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE — OFFICE USE ONLY*

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
· See detailed instructions. · Sign the form at line 10.

**DO NOT WRITE HERE**

Page 1 of **2** pages

*Amended by C.O. via authority of phone call with Kenneth Watov on 1/22/97.

EXAMINED BY

CHECKED BY

**FORM TX**

CORRESPONDENCE
[X] Yes

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work. already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    **Name/Address/Apt/City/State/ZIP ▼**

Area Code and Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ Century Consultants Ltd.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kenneth Watov                                                    date ▶ 6/20/96

Handwritten signature (X) ▼
Kenneth Watov

**MAIL CERTIFI-CATE TO**

Name ▼
Kenneth Watov, Esq.
Watov & Kipnes, P.C.
Number/Street/Apartment Number ▼
P. O. Box 247
City/State/ZIP ▼
Princeton Jct  NJ  08550

**Certificate will be mailed in window**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights

**11**

EXHIBIT

B

Operator                                                          —
Password

   School


                    ┌─────────────────────────────┐
                    │       Login Screen          │
                    └─────────────────────────────┘


This information, including the associated software and system, are the
proprietary and confidential information of Century Consultants Ltd.
Use of this system and associated computer program is granted by Century
Consultants Ltd. under the terms of the Star_Base Computer Package License
No: CCL-123 dated 09/10/90.  Any other use is strictly prohibited unless
prior written permission is granted by Century Consultants Ltd.
Copyright Century Consultants, Ltd. 1990

Count: *0                                                         <Replace>
TNVT220 - Novell, Inc.    hpg30              (1)    Rep   08:31      N C

```
25-MAY-94  08:24              S T A R _ B A S E                        94139
```

```
          A D M I N I S T R A T I O N    O P T I O N    M E N U
```

CENTURY CONSULTANTS

```
                    01 - Star_Base Menu
                    02 - DBA Menu

                    E - Exit Menu

        Select Option:
```

Copyright Century Consultants, Ltd. 1990

```
Count: *0                                              <Replace>
TNVT220 - Novell, Inc.    hpg30          (1)    Rep   08:32      N C
```

25-MAY-94   08:25            S T A R _ B A S E                          9413

═══════════════════════════════════════════════════════════════
                D B A   S E L E C T I O N   S C R E E N
───────────────────────────────────────────────────────────────
CENTURY CONSULTANTS
═══════════════════════════════════════════════════════════════

          01 - User Id Table            11 - Free Space Compression
          02 - User Module Table
          03 - Exception Table          E - Exit Menu
          04 - Module Table
          05 - Form Table
          06 - Default Code Table
          07 - Printer Description Table
          08 - Printer Group/Name Table
          09 - Star_Base (Memory) Diagnostic
          10 - Star_Base (Extent) Diagnostic

                      Select Option:


  Copyright Century Consultants, Ltd. 1990

Count: *0                                                    ⟨Replace⟩
TNVT220 - Novell, Inc.    hpg30          (1)    Rep    08:32      N C

```
25-MAY-94  08:24          S T A R _ B A S E      1990 - 1991          94139

                          M O D U L E   S C R E E N

CCL    Century Consultants Ltd.                  CENTURY CONSULTANTS

          01 - Registration              13 - Testing
          02 - Student Information        14 - Tuition Billing
          03 - Medical                   15 - Census
          04 - Attendance
          05 - Class/Period Attendance   19 - School Information
          06 - Discipline                20 - District Wide Tables
          07 - Optimizer
          08 - Scheduling
          09 - Grade Book                41 - User Programs
          10 - Interim Reporting         42 - Star_Base Interfaces
          11 - Grade Reporting           43 - Star_Base Utilities
          12 - Academic History          44 - Oracle Utilities

          E - Exit Menu
                            Select Module:
    Copyright Century Consultants, Ltd. 1990
Enter selection...                           Extended HELP Available..
Count: *0                                            <List><Replace>
TNVT220 - Novell, Inc.    hpg30           (1)    Rep   08:32        N C
```

25-MAY-94  08:39          S T A R _ B A S E          1990 – 1991          94139

R E G I S T R A T I O N

CCL    Century Consultants Ltd.              CENTURY CONSULTANTS

01 - Enroll a New Student

02 - Delete an Existing Student

03 - Change an Existing Student

E - Exit Menu

Select Option:

Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available...
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.    hpg30            (1)    Rep    08:32         N C

```
25-MAY-94  08:39           S T A R _ B A S E      1990 - 1991            9413
```

```
          S T U D E N T   I N F O R M A T I O N    S C R E E N
```

```
CCL    Century Consultants Ltd.              CENTURY CONSULTANTS
```

```
              01 - Student Maintenance

              02 - Student Reports

              03 - Student User Reports

              E - Exit Menu

        Select Option:




   Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available..
Count: *0                                                <List><Replace>
TNVT220 - Novell, Inc.     hpg30           (1)    Rep    08:32        N C
```

```
25-MAY-94  08:40        S T A R _ B A S E       1990 - 1991           94139
```

```
         S T U D E N T   M A I N T E N A N C E
```

| CCL   Century Consultants Ltd. | CENTURY CONSULTANTS |

| SCHL CCL  ID            NAME              ,              GD:    - |

```
01 - Main        12 - Class/Pd   23 - Census    34 - New STC Sc
02 - Address     13 - Discipline                35 - Niles new      ENROLLED IN
03 - Medical     14 - Requests                  36 -
04 - Auxiliary   15 - Schedule                  37 -                SCHL F DIST
05 - User (Dist) 16 - Study Hall                38 -
06 - Cluster     17 - Interim                   39 -
07 - School      18 - Grades                    40 -
08 - User (Schl) 19 - G.P.A.                    41 -
09 - P.C.C.      20 - History                   42 -
10 - Attendance  21 - Testing                   43 -
11 - Tardy       22 - Enumeration               44 -
```

```
        Select Option:
   Copyright Century Consultants, Ltd. 1990
Enter selection...                         Extended HELP available...
Count: *0                                             <List><Replace>
TNVT220 - Novell, Inc.    hpg30           (1)    Rep   08:33        N C
```

```
25-MAY-94  08:40        S T A R _ B A S E      1990 - 1991          94139

                     S T U D E N T   R E P O R T S

CCL   Century Consultants Ltd.            CENTURY CONSULTANTS

        Daily Reports                     Periodic Reports

01 - Student Enrollment   21 - Student Id          31 - District Wide
02 - Inactive Students    22 - Student Id By Choice 32 - Food Services Lunch
03 - Student Birthday     23 - Mailing Labels       33 - Food Services Master
                          24 - Generic Letter       34 - Food Services W.S.
                          25 - Address (Short)      35 - Student Cluster
                          26 - Address (Long)       36 - User Def. Fields(Dist)
                          27 - Address By Choice    37 - User Def. Fields(Schl)
                          28 - Student Summary
                          29 - Student Ethnic Sum.
                          30 - Auxiliary


        Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                        Extended HELP Available...
Count: *0                                          <List><Replace>
TNVT220 - Novell, Inc.   hpg30            (1)   Rep   08:34        N C
```

25-MAY-94  08:41                STAR _ BASE        1990 - 1991                       94139

                    S T U D E N T    U S E R    R E P O R T S

| CCL    Century Consultants Ltd. | CENTURY CONSULTANTS |

```
    01 -                              11 -
    02 -                              12 -
    03 -                              13 -
    04 -                              14 -
    05 -                              15 -
    06 -                              16 -
    07 -                              17 -
    08 -                              18 -
    09 -                              19 -
    10 -                              20 -
```

            Select Option:
     Copyright Century Consultants, Ltd. 1990
Enter selection...                                   Extended HELP Available...
Count: *0                                                      <List><Replace>
TNVT220 - Novell, Inc.    hpg30              (1)    Rep    08:34           N C

```
25-MAY-94  08:41          S T A R _ B A S E      1990 - 1991              94139
```

```
                           M E D I C A L
```

```
CCL   Century Consultants Ltd.            CENTURY CONSULTANTS
```

01 - Medical Maintenance

02 - Medical Reports

03 - Medical User Maintenance

04 - Medical User Reports

E - Exit Menu

Select Option:


Copyright Century Consultants, Ltd. 1990

Enter selection...                          Extended HELP Available..

Count: *0                                              <List><Replace>

TNVT220 - Novell, Inc.     hpg30              (1)    Rep  08:34        N C

25-MAY-94  08:41          S T A R _ B A S E          1990 - 1991                94139

## M E D I C A L   M A I N T E N A N C E

CCL   Century Consultants Ltd.                    CENTURY CONSULTANTS

| Posting/Updating Routines | Assign./Audit Routines | Validation Tables |
|---|---|---|
| 01 - Post By Student Id | | 41 - Sport/Location |
| 02 - Post By Record | | 42 - Examiner Visit |
| | | 43 - Injury Code |
| | | 44 - Visit Reason Code |
| | | 45 - Visit Result Code |

Select Option:
Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available...
Count: *0                                            <List><Replace>
TNVT220 - Novell, Inc.      hpg30              (1)    Rep   08:35            N C

```
25-MAY-94  08:41        S T A R _ B A S E        1990 - 1991        9413
```

## M E D I C A L   R E P O R T S

| CCL | Century Consultants Ltd. | CENTURY CONSULTANTS |

### Daily Reports

```
01 - Birthdate
02 - Medical Visit
03 - Medical Collection

Validation Table Reports
```

### Periodic Reports

```
41 - Sport/Location
42 - Examiner Visit
43 - Injury Code
44 - Visit Reason
45 - Visit Result
```

```
21 - Blood Pressure        32 - Requires Glasses
22 - Disease               33 - Requires Medication
23 - Hearing               34 - Requires Immunization
24 - Injury                35 - Immunization Exempt.
25 - Insurance
26 - Medical Comments
27 - Physical Exam
28 - Scoliosis
29 - Tuberculosis
30 - Vision
31 - Student Summary
```

```
        Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                          Extended HELP Available..
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.    hpg30          (1)    Rep    08:35        N C
```

25-MAY-94   08:41          S T A R _ B A S E       1990 - 1991          94139

M E D I C A L    U S E R    M A I N T E N A N C E

CCL    Century Consultants Ltd.                CENTURY CONSULTANTS

```
01 -                          11 -
02 -                          12 -
03 -                          13 -
04 -                          14 -
05 -                          15 -
06 -                          16 -
07 -                          17 -
08 -                          18 -
09 -                          19 -
10 -                          20 -
```

          Select Option:
   Copyright Century Consultants, Ltd. 1990
Enter selection...                        Extended HELP Available..
Count: *0                                         <List><Replace>
TNVT220 - Novell, Inc.    hpg30              (1)    Rep   08:35       N C

M E D I C A L    U S E R    R E P O R T S

| CCL   Century Consultants Ltd. | CENTURY CONSULTANTS |
|---|---|

```
01 -                           11 -
02 -                           12 -
03 -                           13 -
04 -                           14 -
05 -                           15 -
06 -                           16 -
07 -                           17 -
08 -                           18 -
09 -                           19 -
10 -                           20 -
```

Select Option:
Copyright Century Consultants, Ltd. 1990
Enter selection...                          Extended HELP Available...
Count: *0                                              <List><Replace>
TNVT220 - Novell, Inc.    hpg30              (1)    Rep    08:35         N C

| 25-MAY-94  08:42 | S T A R _ B A S E | 1990 - 1991 | 94139 |

A T T E N D A N C E

CCL   Century Consultants Ltd.                    CENTURY CONSULTANTS

01 - Attendance Maintenance          04 - Attendance Scanner Features

02 - Attendance Reports              05 - Attendance User Maintenance

03 - State Attendance Reports        06 - Attendance User Reports

                                     E - Exit Menu

Select Option:

```
 Copyright Century Consultants, Ltd. 1990
Enter selection...                                    Extended HELP Available..
Count: *0                                                      <List><Replace>
TNVT220 - Novell, Inc.    hpg30              (1)    Rep    08:36        N C
```

```
25-MAY-94  08:42          S T A R _ B A S E      1990 - 1991         94139
```

```
              A T T E N D A N C E   M A I N T E N A N C E
```

| CCL    Century Consultants Ltd. | CENTURY CONSULTANTS |
|---|---|

```
  Posting/Updating Routines  Assign./Audit Routines      Validation Tables
```

```
01 - Post Daily By Id       21 - Daily Attend. Audit  41 - Attendance Code      *
02 - Post Daily By Hmrm.    22 - Create Attend. Recs. 42 - Track Code           *
03 - Post Weekly By Hmrm.   23 - Create P.C.C. Recs.  43 - School Calendar      *
04 - Post Tardy Records                               44 - Reason Code
05 - Post Track Codes
06 - Modify Stu. Status
07 - Late Reporting Stu.
```

```
          Select Option:
    Copyright Century Consultants, Ltd. 1990
Enter selection...                                 Extended HELP Available..
Count: *0                                                   <List><Replace>
TNVT220 - Novell, Inc.    hpg30              (1)    Rep   08:36        N C
```

A T T E N D A N C E    R E P O R T S

CCL   Century Consultants Ltd.                    CENTURY CONSULTANTS

| Daily Reports | Periodic Reports | Validation Table Reports |
|---|---|---|
| 01 - Daily Absence | 21 - 9 Week | 41 - Attendance Code |
| 02 - Excessive Absence | 22 - Enrollment Summary | 42 - School Calendar |
| 03 - Attendance Letter | 23 - Attend. Statistics | 43 - Reason Code |
| 04 - Daily Attend. Sum. | 24 - Individual Detail | |
| | 25 - Home Instruction | |
| | 26 - P.C.C. | |
| | 27 - Program Code Enroll. | |
| | 28 - Special Ed Program | |
| | 29 - Weekly Attend. Form | |

          Select Option:
   Copyright Century Consultants, Ltd. 1990
Enter selection...                                Extended HELP Available...
Count: *0                                                    <List><Replace>
TNVT220 - Novell, Inc.    hpg30              (1)     Rep    08:36          N C

S T A T E    A T T E N D A N C E    R E P O R T S

CCL    Century Consultants Ltd.                CENTURY CONSULTANTS

State Reports
_____

01 - CA Attendance Register
02 - IL State Aid Entitlement
03 - MA Attendance Register
04 - NJ Attendance Register
05 - NJ Enrollment Summary
06 - NJ Ceasing to Attend
07 - NJ Monthly A.D.A Report
08 - NY Attendance Report(SA-129)
09 - NY Holiday Exclusion Summary
10 - PA Attendance Report

          Select Option:
  Copyright Century Consultants, Ltd. 1990
Enter selection...                              Extended HELP Available...
Count: *0                                                  <List><Replace>
TNVT220 - Novell, Inc.    hpg30          (1)     Rep    08:36          N C