**E-FILED**
Tuesday, 06 March, 2007 04:32:12 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

2

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CENTURY CONSULTANTS LTD., Plaintiff, v. THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendants. | CIVIL ACTION NO. **DECLARATION OF ROBERT MAGAN** |

ROBERT MAGAN, of full age, upon his oath, deposes and says:

1. I am employed by plaintiff, Century Consultants Ltd. ("Century"), as the Manager of Programming/Research & Development. In that capacity, I am fully familiar with the student software package owned by Century and licensed to its customers known as Star_Base. I make this affidavit in support of Century's application against defendants for a temporary restraining order and related relief.

2. The Springfield Public School District 186 in Springfield, Illinois (the "School District") has been a customer of Century's for several years under a license agreement. A copy of the license agreement is attached hereto as Exhibit "A".

3. Under the license agreement, Century licensed Star_Base to the School District in exchange for an initial license fee and periodic maintenance fee payments.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

4. The School District employs several people who work in an information technology department and who are generally responsible for the day-to-day administration of Star_Base and other software applications which meet the needs of the schools. It is my understanding that Henry Stukey, David Williams and Brent Quarles are all employed by the School District in this capacity. I have had frequent communications with the School District over the last several years, because I am the employee of Century who is primarily responsible for addressing any questions or issues the School District may have concerning the support of the Star_Base package.

5. About a year ago, I received a call from Mr. Stukey, who advised me that the School District wanted to cease its maintenance contract with Century for Star_Base. Under our license agreement with the School District, if the schools elect to go "off maintenance" (i.e. they elect to stop making periodic payments for support services), the district can still continue to use the software package, but they are no longer entitled to any updates nor are they entitled to receive any support.

6. I thereafter learned that the School District had contracted with another company, The Miller Group, to assist them in the design of a student software package.

7. A few weeks ago, in early February 2003, I received an unsolicited phone call from Don Randle, whom I recognized as a former information technology employee of the School District. Don said to me, "How would you feel if someone was stealing your software?" When I asked what he meant, he explained: 1) that he had left his employment at the School District about 6

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

months earlier; 2) that while still employed, he was aware that the School District had retained The Miller Group to write some front-end programs to interface with the Star_Base database; and 3) that he "knew for sure" that The Miller Group was using Century's database structures, and that he was fairly certain that The Miller Group was also using Century's scheduler program (a component of the Star_Base software). He further told me that Mr. Quarles had been "reassigned" within the School District to assist the The Miller Group in developing this new software (Mr. Quarles is one of the School District employees who I know is authorized to have access to the source code and object code of Century's Star_Base software). Don went on to tell me that if I wanted further information, I should contact Dave Williams at the School District.

8. Following this conversation with Don, I discovered that The Miller Group had posted information on its internet website concerning a product called InfoSystems 3. The InfoSystems 3 product was marketed on the website as an "online student information system", which is precisely the type of system we licensed to the School District. Attached hereto as Exhibit "B" are excerpts from the website describing the new product.

9. I then received an unsolicited phone call from Dave Williams shortly after my conversation with Don. Mr. Williams (a current employee of the School District) told me that The Miller Group "stole" Century's software, that employees of the School District (including Williams) had told The Miller Group that they didn't think that what they were doing was right, and that The Miller Group's response was: "we are here and [Century] is in New Jersey", and "they will never find out".

STARK & STARK
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

Mr. Williams further told me that he and others cautioned The Miller Group that Century's software was copyrighted.

10. Following this last conversation, Dave Williams mailed to me a list of the table definitions from The Miller Group's InfoSystems 3 product. Upon comparing these definitions with Star_Base, I discovered that virtually all of the definitions were identical. Attached hereto as Exhibit "C" is the list I received from Mr. Williams and the corresponding printout of the Star_Base table definitions.

11. Mr. Williams also mailed to me the program listing from a portion of The Miller Group's product – the "student scheduler". Once again, in comparing this to Star_Base, I discovered that the code used in InfoSystems 3 has verbatim references to Century's Star_Base tables. Attached hereto as Exhibit "D" is the InfoSystems 3 program listing with the Star_Base table names highlighted.

12. I declare under penalty of perjury that the foregoing is true and correct.

ROBERT MAGAN

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

EXHIBIT A

# CENTURY CONSULTANTS LTD.

150 AIRPORT ROAD, SUITE 1500
LAKEWOOD, NEW JERSEY 08701
(732) 363-9300

## STAR BASE COMPUTER PACKAGE LICENSE STUDENT MANAGEMENT

DATE: January 30, 2001 LICENSE NO: 202

LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT 186

LOCATION OF USE: SAME

ADDRESS: 530 WEST REYNOLDS STREET

CITY: SPRINGFIELD STATE: IL ZIPCODE: 62701

*CENTURY CONSULTANTS LTD. ("CENTURY"), by its acceptance hereof, grants to the Licensee named above ("LICENSEE"), for its payments of the license fee and upon the terms and conditions hereinafter stated, a non-exclusive and non-transferable license to use the following listed software package (the "PACKAGE"). This license is governed by the terms and definitions contained in the Software Package Pricing and Support Policies marked EXHIBIT 'A', attached hereto, and made a part hereof.*

PACKAGE WILL BE INSTALLED ON THE FOLLOWING EQUIPMENT

DATABASE SERVER: SUN E 450 480 QUAD
ORACLE 8i Power Units: n/a

OPERATING SYSTEM: UNIX/SOLARIS
ORACLE 8I: 140 Concurrent Users - GF

WEB SERVER: AMD Duron
ORACLE WEB Power Units: 600

OPERATING SYSTEM: Windows NT
ORACLE WEB Named Users: n/a

STUDENT POPULATION: 14,000
SOFTWARE DISTRIBUTION MEDIA: CD ROM
SOFTWARE PACKAGE AND LICENSE FEE*: See Attached Exhibit 'B'
NOTE: CITRIX TERMINAL SERVER TECHNOLOGY NOT SUPPORTED BY CENTURY

CONTRACT ACCEPTED BY LICENSEE:

Henry Stuckey, INFORMATION Systems Director DATE: 2/19/2001
(LICENSEE'S AUTHORIZED SIGNATURE AND TITLE)

CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

Joseph M. Hwan President DATE: 2/23/01
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

*SOFTWARE LICENSE FEES ARE EXCLUSIVE OF TRAVEL EXPENSES OF CENTURY CONSULTANTS' EMPLOYEES (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.

## STAR BASE COMPUTER PACKAGE LICENSE STUDENT MANAGEMENT

### TERMS AND CONDITIONS

1. ***PACKAGE DELIVERY AND MAINTENANCE*** - *CENTURY shall furnish the package to the licensee on the media designated herein and shall maintain the version of the package furnished free of charge for the term of ninety (90) days (excluding upgraded existing software - see paragraph 5. PACKAGE SUPPORT) which shall commence on the date the PACKAGE is delivered to the Licensee.*

2. ***PAYMENT- PAYMENT-*** *Twenty percent (20%) of the license fee shall be paid on the execution of this license by the Licensee. Eighty percent (80%) of the license fee will be billed on delivery of package. All invoices must be paid within thirty (30) days after receipt of invoice. At the option of* ***CENTURY****, unpaid balances more than thirty (30) days overdue may accrue interest at the rate of 1.5% per month or, if less, the maximum rate allowed by law.*

3. ***TAXES*** - *The license fee does not include any taxes, however designated and whether levied or based on the package, its use, the license fee, or this agreement. Any taxes, or amounts in lieu thereof or interest thereon paid or payable by* ***CENTURY****, except for personal property taxes and taxes based on net income, shall be borne by Licensee, and paid by Licensee upon presentation of invoice.*

4. ***LICENSE TERM*** - *This license agreement shall remain in effect until such time as it is terminated pursuant to paragraph 9 herein.*

5. ***PACKAGE SUPPORT*** - ***CENTURY*** *will offer Annual Maintenance Service to take effect ninety (90) days from the package delivery date. Existing software upgraded due to enhancements, change in computer processor or level usage will be considered a continuation of use and excluded from the 90-day warranty policy. All other support will be contracted on a time and material basis at* ***CENTURY'S*** *then current system service rate plus expenses.*

6. ***WARRANTY*** - ***CENTURY*** *warrants that the package will be free from any known errors when delivered. Except as provided above,* ***THE PACKAGE IS PROVIDED ON AN 'AS IS' BASIS, AND THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.*** *Licensee shall be solely responsible for the selection, use, efficiency and suitability of the package and* ***CENTURY*** *shall have no liability therefor.* ***CENTURY*** *shall have no liability to Licensee for the infringement of proprietary rights by the package or any portions thereof.*

7. ***ALTERATION OF PROGRAM*** - *In the event the Licensee changes or in any manner alters the package without the express written authority of* ***CENTURY****, all warranties by and obligations of* ***CENTURY*** *hereunder shall terminate and* ***CENTURY*** *may terminate this license pursuant to paragraph 9 hereof. Licensee is responsible for and shall indemnify and hold* ***CENTURY*** *harmless from and against any damages incurred by* ***CENTURY*** *arising out of such unauthorized alteration.*

8. ***CONFIDENTIALITY*** - *(A) The package and any permitted copies contain valuable trade secrets of* ***CENTURY*** *and shall at all times remain the property of* ***CENTURY****; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package*

## *STAR BASE COMPUTER PACKAGE LICENSE STUDENT MANAGEMENT*

### *TERMS AND CONDITIONS*

8. ***CONFIDENTIALITY*** *(CONTINUED)*
*or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing. Licensee shall permit **CENTURY** representatives to inspect any location in which the package is being used at all times for the purpose of determining that Licensee is not in default of this agreement. (B) Licensee may prepare backup or archival copies of the Package for Licensee's use only. Except for such copies, Licensee may not reproduce the package except in accordance with the written permission of **CENTURY**, and upon terms and conditions specified by **CENTURY**. Any such copies shall remain the property of **CENTURY** as provided in paragraph 8. (A) above.*

9. ***TERMINATION*** *- In the event that Licensee should default in the performance of any obligation on its part to be performed or make an assignment for the benefit of creditors, or should any proceeding be instituted by or against Licensee under any provisions of the Federal Bankruptcy Code, or any State Law for liquidation, dissolution or the appointment of a custodian or receiver, **CENTURY** may terminate this license without prejudice to its right to collect any amount then due, its damages and any further relief to which it may be entitled. In the event of termination, Licensee shall thereafter cease to use the Package and any related materials or any copies thereof and shall promptly delete the Package from its library and return to **CENTURY** the Package, any material associated therewith and all copies. In the event of termination, **CENTURY** shall have no obligation to refund any amount paid by Licensee.*

10. ***ASSIGNMENT*** *- This license or any rights thereunder may not be assigned or sublicensed by Licensee without the prior written consent of **CENTURY**. **CENTURY** retains the sole and absolute right to refuse to consent to such assignment or sublicensing for any reason or for no reason.*

11. ***LIMITATION OF LIABILITY*** *- (A) In no event shall **CENTURY** be liable to Licensee for any indirect, special or consequential damages or lost profits arising out of or related to this Computer Package License or the performance or breach hereof, even if **CENTURY** has been advised of the possibility thereof. **CENTURY'S** liability to Licensee hereunder, if any , shall in no event exceed the total of the license fees paid to **CENTURY** hereunder by Licensee. (B) In no event shall Licensor be liable to Licensee for any damages resulting from or related to any failure of the software products, including, but not limited to, loss of data or delay of **CENTURY** in the delivery of the package or in the performance of service under this License Agreement or related agreements. The intent of the web-based version of Star_Base is solely a browser version of Star_Base that is intranet only and solely under the school district's control. Century assumes no responsibility for the confidentiality of the district's data, nor is Century responsible for the confidentiality of the district's data should the district decide to provide access to their system through the world-wide web.*

12. ***NOTICES*** *- Any notice of communication given or required to be given under this agreement shall be in writing and shall be deemed to have been given when mailed by certified mail, return receipt requested, postage prepaid, to the other party at the address contained herein.*

13. ***APPLICABLE LAW*** *- In the event that any one or more of the provisions contained in this agreement shall for any reason be held to be unenforceable in any respect under the laws of any state, or of the United States of America, such unenforceable provisions shall not affect any other provisions of this agreement, but this agreement shall be construed as if such unenforceable provisions had never been contained herein. All questions of enforceability and interpretations which may arise under this agreement shall be determined by the laws of the State of New Jersey.*

# STAR BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

### TERMS AND CONDITIONS

14. **ENTIRE AGREEMENT** - *This agreement and the attachments, if any, hereto constitute the entire agreement of the parties and supersedes all prior agreements, understandings, negotiations and proposals. No other licenses or rights are herein granted other than those specifically granted herein and no other representations, commitments, guarantees or statements shall be binding on either party. This agreement and the attachments hereto shall not be deemed or construed to be modified, amended, rescinded, canceled or waived in whole or in part, except by written agreement duly executed by both parties.*

*END OF COMPUTER PACKAGE LICENSE*

## *SOFTWARE PACKAGE PRICING AND SUPPORT POLICIES*
## *EXHIBIT 'A'*

*THE FOLLOWING PRICING AND SUPPORT POLICIES ARE EFFECTIVE JANUARY 1, 1999 AND SUPERSEDE ALL PREVIOUS PRICING AND SUPPORT POLICIES.*

### *LICENSE FEES:*

*These one-time fees license the Licensee to use the **CENTURY** proprietary software for the term and at the location specified on the **CENTURY** License Agreement. The Licensee does not "own" this software and cannot propagate the programs to any other system. The license fee also entitles the LICENSEE to the first ninety (90) days of software maintenance support at no additional cost.*

### *INSTALLATION:*

*All package installations will be on a contract basis at **CENTURY'S** current system services rate, plus incurred travel expenses, unless otherwise specified by an officer of **CENTURY**. The installation process will not be required if **CENTURY** in its discretion agrees that the Licensee has the adequate staff expertise to provide their own installation. Prior to Star_Base installation, a private telephone line and a modem, connected directly to the host computer, must be operational at the customer's site.*

### *MODIFICATIONS AND ENHANCEMENTS:*

***CENTURY** will discuss any special needs the Licensee has for customized reports and/or program enhancements. **CENTURY** reserves the right to refuse to do any or all system changes. Any modifications and/or enhancements **CENTURY** agrees to perform will be on a contract basis at **CENTURY'S** then current system services rate and must be contracted separately prior to initiation of the work.*

### *SOFTWARE MAINTENANCE (CUSTOMER SUPPORT):*

***CENTURY'S** software maintenance may be extended beyond the warranty period by annual service which entitles the Licensee to the following services:*

1. *Unlimited telephone consultations during normal business hours for any procedural or software problem related to **CENTURY Star_Base** software (one primary and one secondary district staff member).*
2. *Software updates, available on a scheduled basis;*
3. *Remote dial-in capabilities of your computer system which permits **CENTURY** to diagnose software issues.*

*Century will provide assistance for any procedural questions regarding Star_Base and the use of Oracle as it relates to Star_Base. Century will provide Oracle updates for the Oracle application specific products purchased through Century, but not restricted Development Tool products (e.g. Discoverer, Developer, etc)*

*CITRIX TERMINAL SERVER TECHNOLOGY IS NOT SUPPORTED BY CENTURY.*

*The annual maintenance service may require the Licensee to have installed the most current release of the **CENTURY** package to be supported. If the Licensee is not on the current package release, **CENTURY** can convert the customer to the current release. This conversion will be performed on a contract basis on a time and material basis at **CENTURY'S** then current system service rate plus expenses.*
*In order to insure successful Star_Base maintenance service, **CENTURY** requires designated client personnel to participate in Century's prepared and approved Star_Base training. **CENTURY** may suspend maintenance service in the event trained district personnel are not available to insure the daily operation of Star_Base software.*

### *SOFTWARE DISTRIBUTION:*

***CENTURY** will distribute the software on magnetic media currently compatible with **CENTURY'S** in-house computer system. The Licensee is responsible for providing **CENTURY** with compatible magnetic media or assuming all costs incurred in converting the software to the user's magnetic media.*

# *PAYMENT SCHEDULE*

## *EXHIBIT 'B'*

## *LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #186*

## *STAR BASE APPLICATION SOFTWARE*

### *STUDENT MANAGEMENT*

*Student Information*
*Daily Attendance*
*Scheduling*
*Grade Reporting*
*Academic History*
*Class/Period Attendance*
*Testing*

*Grade Book*
*Interim Reporting*
*Discipline*
*Medical*
*Census*
*Special Education*
*Master Class Schedule Optimizer*

### *STANDARD INTERFACES*

*Scanner:*
*Course Requests*
*Grade Reporting*
*Homeroom Attendance*
*Class/Period Attendance*
*Interim Reporting*

*Busing*

*Dialers*

*Bar Coding*

*TOTAL STUDENT MANAGEMENT SOFTWARE LICENSE: N/A*

### *ORACLE APPLICATION SPECIFIC LICENSE*

*Oracle8i Database Server 140 Concurrent Users – GF N/A*

*Oracle 8i Application Server (WEB) 600 Power Units: $18,000.00*
*(Reasonable, Unspecified # of Users) PU only*

*TOTAL ORACLE DATABASE LICENSE:*

*TOTAL LICENSE AGREEMENT $18,000.00*

*PAYMENT TERMS:*
*50% UPON SIGNING OF CONTRACT*
*50% UPON DELIVERY OF SOFTWARE*

*Cost Proposal Dated December 12, 2000 made part of this agreement.*

*PRICES EXCLUDE TRAVEL EXPENSES OF CENTURY EMPLOYEES (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.*
*1/1/2000*

# *STAR_BASE COMPUTER PACKAGE LICENSE*

## ORACLE RIDER

## APPLICATION SPECIFIC LICENSE

**LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #186**
**DATE OF COMPUTER PACKAGE LICENSE: JANUARY 30, 2001**
**COMPUTER PROGRAM LICENSE NUMBER: CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern. For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to restrict its use of the Program to object code form on a single designated system for the Licensee's own internal data processing only;
2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of computer malfunction and single backup for archival copies;
3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;
4. Licensee agrees that it shall not use the Program for any purpose outside the scope of the Computer Package License;
5. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;
6. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;
7. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;
8. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this 23 Day of February, 2001.

**LICENSEE:**

Henry Stuckey, Information Systems Director DATE: 2/19/2001
(AUTHORIZED SIGNATURE AND TITLE)

**CENTURY CONSULTANTS LTD.:**

Joseph W. Ahearn President DATE: 2/23/01
(AUTHORIZED SIGNATURE AND TITLE)

EXHIBIT

B



3:03-cv-03105-RM-BGC # 181-3 Page 15 of 37

## *More of what you need to make data-driven decisions*

IS$^3$ gives you more of what you need to make school improvement decisions that are objective and data-driven. Whether it's standardized test and local assessment data, student demographic and health information, grades, attendance history, athletic eligibility records or scheduling information you need, IS$^3$ provides it all to you, on demand, 24/7/365 - from any Internet-enabled computer. And, in most cases, you can continue to use your existing hardware and software.

Unleash the power of your student information.

Enter site



3:03-cv-03105-RM-BGC # 181-3 Page 16 of 37

About IS[3] | How It Works | System Security | Frequently Asked Questions | Contact Us

IS3
InfoSystems3
Web-based software for schools

Assessment
Attendance
Class Lists
Cumulative Folders
Calendar
Eligibility
Other Features

## Your Student Data, The Internet and InfoSystems3

The Miller Group understands the importance of the Internet and turns the advantages of the Web over to school professionals who want real-time, on-demand student information to make data-driven decisions for school improvement.
InfoSystems3 uses the Internet to integrate existing information - even that from individual, discrete sources - with new data, which is then accessible via any Web-enabled computer.

InfoSystems3 integrates the user interfaces of multiple applications into a single interface that enables you to still input data to, and access data from, these applications. IS3 also enables you to access data in ways that are customized to meet your specific needs. A multi-tiered security system allows for teachers, administrators, parents and students to have different levels of access to the information and helps to ensure the confidentiality of student records.

IS3 also offers:

**Platform independence -** InfoSystems3 runs on Mac, UNIX, NT or Windows platforms.
**Ubiquitous access -** With the proper security clearance you can access student information from any Web-enabled computer with 4.0 or greater versions of Explorer, Netscape or Communicator any time of the day or night.
**Reduced operating and training costs because of user familiarity with the Internet -** Because IS3 is browser-based, users already familiar with the Internet and the skills required to navigate the Web have a built-in comfort level with the system. You simply apply the computer skills you already have to IS3. And, the more comfortable you are with any system, the more you will use it and benefit from it. The Web-based interface also greatly reduces the need for expensive and extensive training. **If you can surf the Internet, you can use IS3!**
**"Point and click" access to data** - With IS3's pop-up menus and single, easy-to-use interface to standardize data and reduce inaccuracies, all of your student information becomes accessible. By standardizing the data input and retrieval processes, nothing is "hidden" because information has been entered with different spellings or abbreviations.



**"Once only" data entry** - With InfoSystems3, data is entered only once, closest to where it is created. It is then immediately available to other system users, for any student information need.

Next





3:03-cv-03105-RM-BGC # 181-3 Page 18 of 37
InfoSystems3
Page 1 of 1

About IS3 | How It Works | System Security | Frequently Asked Questions | Contact Us

IS3
InfoSystems3
Web-based software for schools

- Assessment
- Attendance
- Class Lists
- Cumulative Folders
- Calendar
- Eligibility
- Other Features

The Miller Group
Internet Stuff

## How IS3 Works

InfoSystems3 uses the Internet to integrate existing information - even that from individual, discrete sources - with new data, which is then accessible via any Web-enabled computer. InfoSystems3 integrates the user interfaces of multiple applications into a single interface that enables users to still input data to, and access data from, these applications.

IS3 also enables users to access data in ways that are customized to meet their specific needs. A multi-tiered security system allows for teachers, administrators and parents to have different levels of access to the information and helps to ensure the confidentiality of student records.

Existing Student Info
Existing Financial Info
Application Web Server with InfoSystems3
External Info (Testing, etc.)
School and Classroom Info
Internet Access for Teachers, Administrators and Parents

http://www.infosystems3.com/howitworks.html 04/25/2003



About IS3 | How It Works | System Security | Frequently Asked Questions | Contact Us

IS3
InfoSystems3
Web-based software for schools

- Assessment
- Attendance
- Class Lists
- Cumulative Folders
- Calendar
- Eligibility
- Other Features

The Miller Group Internet Stuff

## System Security

At The Miller Group, we take every precaution to protect and safeguard the confidentiality of your student information. Our reputation depends on it.

We use Apple Macintosh webservers and 4D's Webstar software. Long known for ease of use, Webstar and the Mac operating system also create the industry's most secure system. After being "hacked" repeatedly, the U.S. Army switched from Windows NT to Macintosh/Webstar, noting "the reason for choosing this particular server and software is that, according to the World Wide Web Consortium, it is more secure than its counterparts. The Consortium is a worldwide group of representatives from more than 350 organizations that provide the infrastructure for a global interoperable World Wide Web.

According to the Consortium's published reports on its findings, Macintosh does not have a command shell, and because it does not allow remote logins, it is more secure than other platforms. The report also said the Consortium has found no specific security problems in either the software or the server.

In creating Internet-based software, we are extremely sensitive to security issues. Accordingly, each application that we create begins with several levels of security, checking not only if a person should have access to the school district intranet site, but if that authorized person has the appropriate access level to view that specific application. Without both access to the system, and high enough personal access, a visitor is denied the use of that application.

In addition, with IS3, a parent can only see their children's information, a teacher only sees his/her students, a building administrator (principal) can only see their school's students, and authorized district administrators can see multiple buildings. Each person is coded in their user file to specific buildings, students and tasks.

However, we will note that - despite the system's invulnerability - there is one threat to system security over which we have no technical control - users sharing passwords with others who should not have access. So, we urge districts that implement IS3 to stress the importance of password protection to employees who use the system.



Web-based software for schools

The Miller Group
Internet Stuff

## Frequently Asked Questions

**Does IS3 require special hardware or software?**
No. InfoSystems3 runs on any platform - Mac, Windows and UNIX - and requires that a computer have Internet access. School districts using IS3 are able to use existing hardware and software, thereby avoiding costly equipment upgrades to use the system.

**Do we have to give up our current information system?**
IS3 can either replace or supplement your current system. If you want to continue to store data in your system, we simply create a new interface so that data is easier to enter or retrieve. In short, you can continue to use any parts of your current system that you choose to use.

**If we continue to use our current system, then why do we need IS3?** InfoSystems3 enables you not only to do much more with the data that you have, but to store and use additional data as well. IS3 adds search and sort capabilities you've only dreamed of until now.

**How long does it take to learn to use IS3?**
Since InfoSystems3 is an Internet-based product, you probably already have the computer skills you need to use IS3. If you've ever "pointed and clicked" through any Web site, you're ready to go. We simply spend a few hours with you teaching you how to navigate through the system. IS3's easy-to-use interface saves valuable time and training resources because it builds on skills most users already have.

**Can we share student information with parents?**
Because InfoSystems3 is Web-based, users- with passwords - can access information from any computer that has Internet access. This makes IS3 a great tool for communicating student information to parents. Parents can have access to their students' attendance, test scores, teacher comments and work samples.
What about student work? Can we show student work on the system? InfoSystems3 allows you to create electronic student portfolios, which parents and others with appropriate passwords can then view on their computers.

Next

E

X

H

I

B

I

T

C

S1

Your Profile

```
SQL> desc stu_enroll
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 START_YY                                  NOT NULL VARCHAR2(2)
 SCHOOL                                    NOT NULL VARCHAR2(4)
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 PCC_DATE                                  NOT NULL DATE
 PCC_CODE                                  NOT NULL VARCHAR2(3)
 GRADE                                     NOT NULL VARCHAR2(2)
 PREVIOUS_SCHOOL                                    VARCHAR2(4)
 VOTECH                                             VARCHAR2(2)
 SPECIAL_ED                                         VARCHAR2(3)
 HOMEROOM                                           VARCHAR2(5)
 TUITION                                            VARCHAR2(1)
 HOME_INSTR                                         VARCHAR2(1)
 DISTRICT                                  NOT NULL VARCHAR2(4)
 TRACK_CODE                                         VARCHAR2(4)
 PROGCODE                                           VARCHAR2(2)
 ROLLOVER                                           VARCHAR2(1)

SQL>
```

BOB

GLAD TO HEAR FROM YOU

HOPE THIS INFO WILL HELP

LET ME KNOW IF YOU NEED ANY MORE INFO

THANKS

DAVE

S 2

YOUR STU-BASE

```
SQL> desc students
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 LAST_NAME                                 NOT NULL VARCHAR2(50)
 FIRST_NAME                                NOT NULL VARCHAR2(32)
 MIDDLE_INIT                                        VARCHAR2(1)
 NICKNAME                                           VARCHAR2(20)
 SOC_SEC_NO                                         VARCHAR2(9)
 SEX                                       NOT NULL VARCHAR2(1)
 ETHNIC                                    NOT NULL VARCHAR2(2)
 BIRTH_DATE                                NOT NULL DATE
 CURRENT_SCHOOL                                     VARCHAR2(4)
 PREVIOUS_SCHOOL                                    VARCHAR2(4)
 NEXT_SCHOOL                                        VARCHAR2(4)
 MIDDLE_NAME                                        VARCHAR2(32)
 ADD_COMPLETED                                      VARCHAR2(3)
 GENERIC_ALERT                                      VARCHAR2(1000)
 NOTES                                              VARCHAR2(1000)
 ORIGINAL_ENTRY_DATE                                DATE
 BIRTH_PLACE                                        VARCHAR2(25)
 MARITAL_STATUS                                     VARCHAR2(1)
 STU_RETENTION_FLAG                                 VARCHAR2(1)
 FOOD_SERVICE_CODE                                  VARCHAR2(1)
 GRAD_DATE                                          DATE
 CELL_NO                                            VARCHAR2(10)
 READING_RECOVERY                                   VARCHAR2(1)
 TRUANCY_PROGRAM                                    VARCHAR2(1)
 BRIDGE_PROGRAM                                     VARCHAR2(1)
 EARLY_START                                        VARCHAR2(1)
 EARLY_START_AUDIT                                  VARCHAR2(1)
 PASSED_CONSTITUTION                                VARCHAR2(1)
 PASSED_CONSUMER_ED                                 VARCHAR2(1)
 REA                                                VARCHAR2(1)
 REA1_1                                             VARCHAR2(1)
 REA_ASSIST                                         VARCHAR2(1)
 FOOD_SERVICE_CODE_LSTYR                            VARCHAR2(1)
 ACT                                                VARCHAR2(1)
 PSAT                                               VARCHAR2(1)
 GPA_SCHOOL                                         VARCHAR2(4)
 GPA_YY                                             VARCHAR2(2)

SQL>
```

S 3

```
SQL> desc stu_sch
 Name                                      Null?    Type
 ----------------------------------------- -------- ----------------------------
 START_YY                                  NOT NULL VARCHAR2(2)
 STUDENT_ID                                NOT NULL VARCHAR2(10)
 SCHOOL                                    NOT NULL VARCHAR2(4)
 BUILDING                                           VARCHAR2(4)
 GRADE                                     NOT NULL VARCHAR2(2)
 HOMEROOM                                           VARCHAR2(5)
 ACTIVE                                    NOT NULL VARCHAR2(1)
 CURRICULUM                                         VARCHAR2(3)
 YR_OF_GRAD                                         VARCHAR2(4)
 SHIFT                                     NOT NULL VARCHAR2(1)
 COUNSELOR                                          VARCHAR2(20)
 BUS_ROUTE_AM                                       VARCHAR2(4)
 BUS_ROUTE_PM                                       VARCHAR2(4)
 BUS_STOP_AM                                        VARCHAR2(4)
 BUS_STOP_PM                                        VARCHAR2(4)
 BUS_TIME_AM                                        VARCHAR2(5)
 BUS_TIME_PM                                        VARCHAR2(5)
 BUS_DISTANCE                                       NUMBER(4,2)
 TRANSFER                                           VARCHAR2(1)
 TRANS_AID                                          VARCHAR2(1)
 TUITION                                            VARCHAR2(1)
 SPECIAL_ED                                         VARCHAR2(3)
 TRACK                                              VARCHAR2(4)
 RANK                                               VARCHAR2(1)
 SPORTS_ELIG                                        VARCHAR2(1)
 LOCKER_NUMBER                                      VARCHAR2(5)
 LOCKER_COMBO                                       VARCHAR2(10)
 PROGCODE                                           VARCHAR2(2)
 USER_FLD1                                          VARCHAR2(10)
 USER_FLD2                                          VARCHAR2(10)
 USER_FLD3                                          VARCHAR2(10)
 USER_FLD4                                          VARCHAR2(10)
 USER_FLD5                                          VARCHAR2(10)
 CLUSTER_CODE                                       VARCHAR2(2)
 CONSEC_ABS                                         NUMBER(3)
 CONSEC_TDY                                         NUMBER(3)
 WALKER                                             VARCHAR2(1)
 SCOPE                                              VARCHAR2(1)
 CAR                                                VARCHAR2(1)
 DAY_CARE                                           VARCHAR2(1)
 DAY_CARE_NAME                                      VARCHAR2(25)
 DAY_CARE_ADDR                                      VARCHAR2(40)
 DAY_CARE_ZIP                                       VARCHAR2(10)
 SORT_FIELD                                         VARCHAR2(255)
 HOMEROOM2                                          VARCHAR2(5)
 ROLLOVER                                           VARCHAR2(1)
 CAN_PHOTO                                          VARCHAR2(1)
 GIFTED                                             VARCHAR2(1)
 CENTURY_21                                         VARCHAR2(4)
 IMAGE_TEST                                         VARCHAR2(4)

SQL>
```



SPRINGFIELD IL 627
PM
1 FEB
2003

RECEIVED FEB 19 2003

CENTURY CONSULTANTS
150 AIRPORT ROAD SUITE 1500
LAKEWOOD NEW JERSEY 08701
ATTN: BOB MAGAN

```
CONNECT STARS3/S3

REM   CREATE THE STUDENT PCC_FILE TABLE

CREATE TABLE PCC_FILE
        ( START_YY             VARCHAR2(2)         NOT NULL,
          SCHOOL               VARCHAR2(4)         NOT NULL,
          STUDENT_ID           VARCHAR2(10)        NOT NULL,
          PCC_DATE             DATE            NOT NULL,
          PCC_CODE             VARCHAR2(3)         NOT NULL,
          GRADE                VARCHAR2(2)         NOT NULL,
          PREVIOUS_SCHOOL      VARCHAR2(4),
          VOTECH               VARCHAR2(2),
          SPECIAL_ED           VARCHAR2(3),
          HOMEROOM             VARCHAR2(5),
          TUITION              VARCHAR2(1),
          HOME_INSTR           VARCHAR2(1),
          DISTRICT             VARCHAR2(4)         NOT NULL,
          TRACK_CODE           VARCHAR2(4),
          PROGCODE             VARCHAR2(2),
          PCC_INFO             VARCHAR2(255)                   )
TABLESPACE starbase
STORAGE (INITIAL 15360
         NEXT    15360
         PCTINCREASE 0);

CREATE UNIQUE INDEX PCC_FIL ON
                    PCC_FILE(START_YY,SCHOOL,STUDENT_ID,PCC_DATE)
TABLESPACE starindx
STORAGE    (INITIAL 1M
            NEXT    1M
            PCTINCREASE 0);

CREATE INDEX PCC_FIL2 ON
                    PCC_FILE(START_YY,STUDENT_ID)
TABLESPACE starindx
STORAGE    (INITIAL 1M
            NEXT    1M
            PCTINCREASE 0);

CREATE INDEX PCC_FIL3 ON PCC_FILE(STUDENT_ID)
TABLESPACE starindx
STORAGE    (INITIAL 1M
            NEXT    1M
            PCTINCREASE 0);

CREATE SYNONYM STARS3.PCCFILE FOR STARS3.PCC_FILE;
CREATE SYNONYM OMNIBUS.PCCFILE FOR STARS3.PCC_FILE;

GRANT SELECT ON STARS3.PCC_FILE TO OMNIBUS;

COMMENT ON TABLE STARS3.PCC_FILE IS 'Daily Attendance PCC Record
(Student)';
```

C2

```
CONNECT STARS3/S3

REM   CREATE THE STUDENT BASE TABLE

CREATE TABLE STU_BASE
        (   STUDENT_ID          VARCHAR2(10)       NOT NULL,
            LAST_NAME           VARCHAR2(50)       NOT NULL,
            FIRST_NAME          VARCHAR2(32)       NOT NULL,
            MIDDLE_NAME         VARCHAR2(32),
            MIDDLE_INIT         VARCHAR2(1),
            NICKNAME            VARCHAR2(20),
            SUFFIX              VARCHAR2(4),
            SOC_SEC_NO          VARCHAR2(9),
            SEX                 VARCHAR2(1)        NOT NULL,
            ETHNIC              VARCHAR2(2)        NOT NULL,
            STUDENT_PIN         VARCHAR2(9),
            RELATION_RESIDES    VARCHAR2(10)       NOT NULL,
            RELATION_LEGAL      VARCHAR2(10)       NOT NULL,
            BIRTH_DATE          DATE               NOT NULL,
            CURRENT_SCHOOL      VARCHAR2(4),
            PREVIOUS_SCHOOL     VARCHAR2(4),
            FAMILY_CODE         VARCHAR2(10)       NOT NULL,
            NEXT_SCHOOL         VARCHAR2(4),
            ORIGINAL_ENTRY_DATE DATE,
            NOTES               VARCHAR2(1000),
            GENERIC_ALERT       VARCHAR2(1000),
            RESIDENT_SCHOOL     VARCHAR2(4),
            STATE_STU_ID        VARCHAR2(15)                   )
TABLESPACE starbase
STORAGE (INITIAL 1M
         NEXT    1M
         PCTINCREASE 0);

CREATE UNIQUE INDEX STU_ID ON STU_BASE(STUDENT_ID)
TABLESPACE starindx
STORAGE     (INITIAL 524288
             NEXT    524288
             PCTINCREASE 0);

CREATE INDEX STU_ID2 ON STU_BASE(FAMILY_CODE)
TABLESPACE starindx
STORAGE     (INITIAL 524288
             NEXT    524288
             PCTINCREASE 0);

CREATE INDEX STU_ID3 ON STU_BASE(LAST_NAME, FIRST_NAME, STUDENT_ID)
TABLESPACE starindx
STORAGE     (INITIAL 524288
             NEXT    524288
             PCTINCREASE 0);

CREATE SYNONYM STARS3.SBASE FOR STARS3.STU_BASE;
CREATE SYNONYM OMNIBUS.SBASE FOR STARS3.STU_BASE;

GRANT SELECT ON STARS3.STU_BASE TO OMNIBUS;

COMMENT ON TABLE STARS3.STU_BASE IS 'Main Record (Student)';
```

63

```
CONNECT STARS3/S3

REM  CREATE THE STUDENT_SCHOOL TABLE

CREATE TABLE STU_SCH
        ( START_YY              VARCHAR2(2)          NOT NULL,
          STUDENT_ID            VARCHAR2(10)         NOT NULL,
          SCHOOL                VARCHAR2(4)          NOT NULL,
          BUILDING              VARCHAR2(4),
          GRADE                 VARCHAR2(2)          NOT NULL,
          HOMEROOM              VARCHAR2(5),
          ACTIVE                VARCHAR2(1)          NOT NULL,
          CURRICULUM            VARCHAR2(3),
          YR_OF_GRAD            VARCHAR2(4),
          SHIFT                 VARCHAR2(1)          NOT NULL,
          COUNSELOR             VARCHAR2(20),
          BUS_ROUTE_AM          VARCHAR2(4),
          BUS_ROUTE_PM          VARCHAR2(4),
          BUS_STOP_AM           VARCHAR2(4),
          BUS_STOP_PM           VARCHAR2(4),
          BUS_TIME_AM           VARCHAR2(5),
          BUS_TIME_PM           VARCHAR2(5),
          BUS_DISTANCE          NUMBER(4,2),
          TRANSFER              VARCHAR2(1),
          TRANS_AID             VARCHAR2(1),
          TUITION               VARCHAR2(1),
          SPECIAL_ED            VARCHAR2(3),
          TRACK                 VARCHAR2(4),
          RANK                  VARCHAR2(1),
          SPORTS_ELIG           VARCHAR2(1),
          LOCKER_NUMBER         VARCHAR2(5),
          LOCKER_COMBO          VARCHAR2(1),
          PROGCODE              VARCHAR2(2),
          USER_FLD1             VARCHAR2(10),
          USER_FLD2             VARCHAR2(10),
          USER_FLD3             VARCHAR2(10),
          USER_FLD4             VARCHAR2(10),
          USER_FLD5             VARCHAR2(10),
          CLUSTER_CODE          VARCHAR2(2),
          CONSEC_ABS            NUMBER(3),
          CONSEC_TDY            NUMBER(3),
          SORT_FIELD            VARCHAR2(255),
          GRADE_PROGRESSION_FLAG VARCHAR2(1),
          GRADE_PROGRESSION_DATE DATE,
          PROM_RET_REASON       VARCHAR2(2),
          GRADPROG              VARCHAR2(2),
          MIGRANT               VARCHAR2(1),
          ESOL_I                NUMBER(1),
          ESOL_N                NUMBER(1)            )
TABLESPACE starbase
STORAGE (INITIAL 15360
         NEXT    15360
         PCTINCREASE 0);

CREATE UNIQUE INDEX ST_SCH ON STU_SCH(START_YY,STUDENT_ID,SCHOOL)
TABLESPACE starindx
STORAGE     (INITIAL 10240
             NEXT    10240
             PCTINCREASE 0);
```

E X H I B I T D

```
<?
include "./VarExtract.inc";
echo '<BR><BR><CENTER><H4>Student Scheduler</H4>';
echo '<p>';
if($func=='F' or $func=='')
{
     echo '<TABLE>';
     echo '<FORM METHOD="POST" ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=C">';
     echo "<TD>School Year:</TD>";
     $curyr=GetSysYear();
     $cknext="select distinct a.start_yy from course a, config b
                where (a.start_yy > b.year and a.start_yy < '50')";
     $ckdb=DBQuery($cknext);
     $ckyrdata=DBReturn($ckdb, $ckcnt);
     if($ckyrdata[1]['START_YY'] != '')
     {
          $curyr=$curyr + 1;
          $curyr=str_pad($curyr, 2, "0", str_pad_left);
     }
     echo "<TD>";
     GetSchoolYear('year',$curyr,'');
     echo "</TD>";
     echo "<TR>";
     PrepareSchool(SessionSchool(),'midhigh');
     echo "</TR>";
     echo "<TR>";
     PrepareGrade(SessionSchool(),'midhigh');
     echo "</TR>";
     echo "<TR>";
     echo "<TD>Schedules:</TD>";
     echo "<TD>Complete<INPUT TYPE=RADIO NAME=comp_part VALUE=C SIZE=1 CHECKED>";
     echo "Partial<INPUT TYPE=RADIO NAME=comp_part VALUE=P SIZE=1>";
     echo "</TD></TR>";
     echo "<TR>";
     echo "<TD>Include Cluster:</TD>";
     echo "<TD><INPUT TYPE=RADIO NAME=cluster VALUE=Y SIZE=1 >";
     echo "</TD></TR>";
     echo '<TR><TD>Student ID:</TD><TD><INPUT TYPE="text" NAME="a_stu" SIZE="12" VALUE=ALL MAXLENGTH=10></TD></TR>';
     //echo "<input type=hidden name=a_stu value =ALL>";
     echo '</TABLE><BR><BR>';
     Buttons('Find','Reset Values');
     echo '</FORM>';
}
if($func=='C')
{
     if($sch == '')
     {
          echo "<H4> You must enter a school to schedule.</H4>";
          echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";

          exit();
     }
     echo "<H4> ";
     $dispyear=DispYear($year);
     $dispsch=GetSchool($sch);
     echo "<BR>".$dispyear."<BR>".$dispsch;
     if($grade == '') {  echo "<BR> All Grades";  }
     else {  echo "<BR>Grade - ".$grade;  }
     if($a_stu == 'ALL')
     {
          $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";
          $ckdb=DBQuery($cklock);
          $lockdata=DBReturnNoWord($ckdb,$lkcnt);
//echo "<BR>sql=".$cklock;
```

```
            if($lockdata[1]['LOCK_DATE'] != '')
            {
            echo "<H4> The schedule has been locked as of ".$lockdata[1]['LOCK_DATE']."  You can not run the scheduler for all students.</H4>";
            echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";

            exit();
            }
        }
        if($comp_part == 'P')   {  echo "<BR><BR>This will schedule all partial schedules.</H4>"; }
        else {echo "<BR><BR>This will delete the schedule for the student. <BR>If 'ALL' is selected, all schedules will be delete.</H4>";  }
        echo '<FORM METHOD="POST" ACTION="Modules.php?modname='.$_REQUEST['modname'].'&func=S&year='.$year.'&cluster='.$cluster.
                '&sch='.$sch.'&grade='.$grade.'&a_stu='.$a_stu.'&comp_part='.$comp_part.'">';
        Buttons('CONTINUE','');
        echo '</FORM>';
        echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
    }
    if($func=='S')
    {
        if($a_stu == 'ALL')
        {
            $getid="select id from sched_run where school = '$sch'";
            $iddb=DBQuery($getid);
            $iddata=DBReturn($iddb,$idcnt);
            $id=$iddata[1]['ID'];
                $getresult="select status from sched_results where id = '$id'";
                $resultdb=DBQuery($getresult);
                $resultdata=DBReturn($resultdb,$resultcnt);
            if($resultcnt > 0  and $resultdata[1]['STATUS'] != 'D')
            {
                echo "<H4> The previous scheduling run is still scheduling. <BR>You must wait before running again.</H4>";
                echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.<BR><BR>";
                if($s_ulevel == '999')
                {
                  echo "<BR><BR>Click <A HREF='Modules.php?modname=".$_REQUEST['modname']."&func=O&sch=".$sch."&id=".$id."'>HERE</A> to override.<BR><BR>";
                }

                exit();
            }
        }
        $delpri="delete sched_stu where school = '$sch'
                    and (student_id = '$a_stu' or '$a_stu' = 'ALL')";
        $db=DBQuery($delpri);
        $delresult="delete sched_results where id = '$id'";
        $db=DBQuery($delresult);
        $delrun="delete sched_run where school = '$sch'";
        $db=DBQuery($delrun);
        if(($comp_part=='C') or ($comp_part=='P' and $a_stu != 'ALL'))
        {
            $delcount="select a.class_cd, a.section, count(*) seatcnt
                        from stu_sche a, stu_sch b
                        where a.start_yy = '$year'
                         and a.start_yy=b.start_yy
                         and a.school = '$sch'
```

```
                          and b.school=a.school
                          and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                          and b.student_id(+)=a.student_id
                          and (b.grade='$grade' or '$grade' is null)
                        group by class_cd, section";
            $cntdb=DBQuery($delcount);
            $crsdata=DBReturnNoWord($cntdb,$cnt);
    //echo "<BR>sql=".$delcount;
            $ckforatt="select a.seq_number, b.class_cd, b.section,b.period,
                    b.semester,b.days,b.sub_section
                 from stu_stc_head a, stu_stc_xact b, stu_sche c
                    where a.start_yy = '$year'
                        and a.school = '$sch'
                        and a.student_id = '$a_stu'
                        and a.seq_number = b.seq_number
                        and a.start_yy = c.start_yy
                        and a.school = c.school
                        and a.student_id = c.student_id
                        and b.class_cd = c.class_cd
                        and b.section = c.section
                        and c.active_cd = 'A'";
            $attdb=DBQuery($ckforatt);
            $attdata=DBReturnNoWord($attdb,$attcnt);
            $dt=date('d-M-y');
            for($a=1;$a<=$attcnt;$a++)
            {
                $sq=$attdata[$a]['SEQ_NUMBER'];
                $cl=strtoupper($attdata[$a]['CLASS_CD']);
                $sc=$attdata[$a]['SECTION'];
                $sb=$attdata[$a]['SUB_SECTION'];
                $pd=$attdata[$a]['PERIOD'];
                $sm=strtoupper($attdata[$a]['SEMESTER']);
                $dy=$attdata[$a]['DAYS'];
                $ckstc="select count(*) cnt from stu_stc_xact
                    where seq_number = '$sq'
                        and effective_date= '$dt'
                        and class_cd = '$cl'
                        and section = '$sc'
                        and sub_section = '$sb'
                        and period = '$pd'";
                $ckstcdb=DBQuery($ckstc);
                $ckstcdata=DBReturn($ckstcdb,$ckstccnt);
                if($ckstcdata[1]['CNT'] == 0)
                {
                $insstc="insert into stu_stc_xact ( SEQ_NUMBER,TRANSACTION_DATE,
                    TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD, SECTION,
                    SUB_SECTION,PERIOD,SEMESTER,DAYS)
                values ('$sq','$dt','D','$dt','$cl','$sc','$sb','$pd','$sm','$dy')";
                $insdb=DBQuery($insstc);
        //echo "<BR>ins=".$insstc;
                }
            }
    //      if($a_stu == 'ALL')
    //      {
                for($z=1;$z<=$cnt;$z++)
                {
                    $cls=strtoupper($crsdata[$z]['CLASS_CD']);
                    $sect=$crsdata[$z]['SECTION'];
                    $seats=$crsdata[$z]['SEATCNT'];
                    $updseat="update sect
                              set AVAI_SEATS = avai_seats + '$seats',
                                    ASSI_SEATS = assi_seats - '$seats'
                              where start_yy = '$year'
                                and school = '$sch'
                                and class_cd = '$cls'
                                and section = '$sect'";
                    $upddb=DBQuery($updseat);
```

```
            //echo "<BR>updseats=".$updseat;
                }
                $delsched="delete sched a where a.start_yy = '$year'
                           and a.school = '$sch'
                           and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                           and a.student_id = (select b.student_id
                                               from stu_sch b
                                               where b.start_yy = a.start_yy
                                                  and b.school = a.school
                                                  and b.student_id = a.student_id
                                                  and (b.grade = '$grade' or '$grade' is null))";
                $db=DBQuery($delsched);
        //echo "<BR>sql= ".$delsched;
                $delmeet="delete s_meet a where a.start_yy = '$year'
                           and a.school = '$sch'
                           and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                           and a.student_id = (select b.student_id
                                               from stu_sch b
                                               where b.start_yy = a.start_yy
                                                  and b.school = a.school
                                                  and b.student_id = a.student_id
                                                  and (b.grade = '$grade' or '$grade' is null))";
                $db=DBQuery($delmeet);
//          }
//      elseif($cnt != '0')
//      {
//              echo "<H4> The selected student is already scheduled.</H4>";
//              echo "<BR><BR>Click <A
HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
again.<BR><BR>";
//              Warehouse("footer");
//              exit();
//      }
        }
        $sql="SELECT ".db_seq_nextval('sps_sched_run_seq')." AS NV ".FROM_DUAL;
        $result=DBQuery($sql);
        $row=db_fetch_row($result);
        $nextv=$row['NV'];
        $getcnt="select count(*) cnt
                 from stu_sch a
                 where a.start_yy = '$year'
                 and a.school = '$sch'
                 and (a.grade = '$grade' or '$grade' is null)
                 and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')
                 and a.active in ('A','R')";
        $cntdb=DBQuery($getcnt);
        $cntdata=DBReturn($cntdb, $cnt);
        $no_of_stu=$cntdata[1]['CNT'];
        if($cluster!='Y') {  $cluster='N';  }
        $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, START_YY,
PARTIALS_OR_COMPLETES,
                        TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS,
PERCENT_OVERRIDE,
                        SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES,
BALANCE_BY_SEMESTER,
                        LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID)
                values
('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N','1','MTWRF','$clust
er','N','N','N','N','ALL',
                        '37581','$a_stu')";
        $insdb=DBQuery($insertrun);
        if($a_stu != 'ALL')
        {
      $gettemp="select a.start_yy, a.school, a.student_id, a.grade, b.last_name, b.first_name
                 from stu_sch a, students b
                 where a.start_yy = '$year'
                 and a.school = '$sch'
```

```
                    and (a.grade = '$grade' or '$grade' is null)
                    and a.student_id = '$a_stu'
                    and a.active in ('A','R')
                    and a.student_id = b.student_id
                    order by 2";
        $tempdb=DBQuery($gettemp);
        $stxdata=DBReturn($tempdb, $stzcnt);
        if($stzcnt == '0')
        {
            echo "<H4> You entered a invalid student.</H4>";
            echo "<BR><BR>Click <A
    HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule again.";

            exit();
        }

        for($x=1;$x<=$stzcnt;$x++)
          {
            $sc=$stxdata[$x]['SCHOOL'];
            $stu=$stxdata[$x]['STUDENT_ID'];
            if($grade == '') {  $grade = 'A';  }
            $yr=$stxdata[$x]['START_YY'];
            $schedstu="begin
    schedrun_setup('$sc','$yr','$grade','A','*','*','01','08','','','','','','','ALL','$stu');end
    ;";
            $doexec=DBQuery($schedstu);
          }
        }
        else
           {
            if($grade == '') {  $grade = 'A';  }
            $schedstu="begin
    schedrun_setup('$sch','$year','$grade','A','*','*','01','08','','','','','','','ALL','ALL');e
    nd;";
            $doexec=DBQuery($schedstu);
           }
    //echo "<BR>".$schedstu;
    //echo "<BR>".$gettemp.',   cnt-'.$stzcnt;
        if($a_stu == 'ALL')  {echo "<a
    href=\"Modules.php?modname=Guidance/Scheduling/SkdMassDetail.php&func=R&run_id=$nextv&viewpro
    g=2\">Assign Schedules</a>\n";  }
        else {  echo "<a
    href=\"Modules.php?modname=Guidance/Scheduling/SkdMassDetail.php&func=R&run_id=$nextv&a_stu=$
    a_stu&year=$year&sch=$sch&viewprog=2\">Assign Schedule for ".
                $stxdata[1]['FIRST_NAME']." ".$stxdata[1]['LAST_NAME']."</a>\n";  }
    }
    if($func=='O')
    {
        $upd="update sched_results
                set status = 'D'
                where id = '$id'";
        $db=DBQuery($upd);
        echo "<BR><BR>Click <A
    HREF='Modules.php?modname=".$_REQUEST['modname']."&func=F'>HERE</A> to schedule
    again.<BR><BR>";
    }

    //SkdMassRun

    if ($func=='R') {

    include "./VarExtract.inc";
    ignore_user_abort(true);
    echo "<html>
    <head>";
    $sql="SELECT * FROM SCHED_RESULTS WHERE ID='$run_id'";
    $result=DBQuery($sql);
```

```
$list=DBReturn($result,$count);
if($list[1]['STATUS'] != 'D')
{
      if (($count==1 && $list[1]['STATUS']!='D') || $viewprog!=1)
       echo "<meta HTTP-EQUIV=Refresh CONTENT=\"2;
URL={$Protocol}://{$_SERVER['HTTP_HOST']}{$_SERVER['PHP_SELF']}?modname={$_REQUEST['modname']
}&viewprog=1&a_stu=$a_stu&year=$year&sch=$sch&run_id=$run_id&func=R\">\n";
}
echo "<title>Schedule Progress</title>
<body>\n";
if ($viewprog!=1) {
      session_write_close();
      //System Call
      putenv("ORACLE_HOME=/home/oracle/OraHome1");
      $command="/usr/local/sched/schedscript $run_id 1>/dev/null 2> /dev/null &";
      exec("$command");

      //  echo $command."\n";
      echo "<br><br><br><center><b>Schedule run has started....... Please wait.
</b></center><br><br><br>";
} else {
      echo "<center>";
      echo "<table width='80%' border='1'>";
      echo "<th>Run ID</th>";
      echo "<th>Percent</th>";
      echo "<th>Complete</th>";
      echo "<th>Partial</th>";
      echo "<th>No Requests</th>";
      echo "<th>Irresolvable</th>";
      if($list[1]['STATUS'] == 'D') {
       echo "<th> </th>";
      } else {
       echo "<th>Student</th>";
      }
      echo "</tr><tr><td>";
      echo $list[1]['ID'];
      echo "</td>";
      $totstu=$list[1]['COMPLETE'] + $list[1]['PARTIAL'] + $list[1]['NO_REQUESTS'] +
$list[1]['IRRESOLVABLE'];
      if($totstu != '0')
       {
            $pct = 100 * ($list[1]['COMPLETE'] / $totstu);
            $disppct=number_format($pct,'2','.',',');
       }
      echo "<td>";
      echo $disppct;
      echo "</td>";
      echo "<td>";
      echo $list[1]['COMPLETE'];
      echo "</td>";
      echo "<td>";
      echo $list[1]['PARTIAL'];
      echo "</td>";
      echo "<td>";
      echo $list[1]['NO_REQUESTS'];
      echo "</td>";
      echo "<td>";
      echo $list[1]['IRRESOLVABLE'];
      echo "</td>";
      echo "<td>";
      if($list[1]['STATUS'] == 'D') {
       echo "Schedule run completed";
      } else {
       echo $list[1]['STUDENT_ID'];
      }
      echo "</td></tr>";
      echo "</table>";
```

```
}
if($list[1]['STATUS'] == 'D') {
     if($a_stu != '')  {
      $getname="SELECT LAST_NAME, FIRST_NAME
            FROM STUDENTS
            WHERE STUDENT_ID = '$a_stu'";
      $nmdb=DBQuery($getname);
      $namedata=DBReturn($nmdb, $cnt);
      $ckforatt="select count(*) cnt from stu_stc_head
            where start_yy = '$year'
               and school = '$sch'";
      $ckdb=DBQuery($ckforatt);
      $ckdata=DBReturn($ckdb,$cnt);
      if($ckdata[1]['CNT'] > 0)
      {
        $getseq="select seq_number from stu_stc_head
                where start_yy = '$year'
                   and school = '$sch'
                   and student_id = '$a_stu'";
        $getdb=DBQuery($getseq);
        $seqdata=DBReturn($getdb,$cnt);
        $seq=$seqdata[1]['SEQ_NUMBER'];
        $nextid=$seq;
        if($seq == '')
        {
            $nextsql="select stcpsequ.nextval nxtval from dual";
            $db=DBQuery($nextsql);
            $nextseq=DBReturnNoWord($db,$nxtcnt);
            $nextid=$nextseq[1]['NXTVAL'];
            $ins="insert into stu_stc_head (seq_number, start_yy, school, student_id)
                values ('$nextid', '$year','$sch','$a_stu')";
            $insdb=DBQuery($ins);
        }
        $getcrs="select a.class_cd, a.section, b.sub_section, b.period,
                decode(c.semester,'',b.semester,c.semester) semester,
                decode(c.days,'',b.days,c.days) days
                  from stu_sche a, meets b, stu_meet c
                  where a.start_yy = '$year'
                     and a.school = '$sch'
                     and a.student_id = '$a_stu'
                     and a.start_yy = b.start_yy
                     and a.school = b.school
                     and a.class_cd = b.class_cd
                     and a.section = b.section
                     and a.start_yy = c.start_yy (+)
                     and a.school = c.school (+)
                     and a.student_id = c.student_id (+)
                     and a.class_cd = c.class_cd (+)
                     and a.section = c.section (+)";
        $crsdb=DBQuery($getcrs);
        $crsdata=DBReturnNoWord($crsdb, $crscnt);
//echo "<BR>getcrs=".$getcrs;
        for($z=1;$z<=$crscnt;$z++)
        {
            $cls=strtoupper($crsdata[$z]['CLASS_CD']);
            $sect=$crsdata[$z]['SECTION'];
            $subsect=$crsdata[$z]['SUB_SECTION'];
            $prd=$crsdata[$z]['PERIOD'];
            $sem=strtoupper($crsdata[$z]['SEMESTER']);
            $days=$crsdata[$z]['DAYS'];
            $tdate=date('d-M-y');
            $ckins="select count(*) cnt from stu_stc_xact
                where seq_number = '$nextid'
                   and class_cd = '$cls'
                   and section = '$sect'
                   and sub_section = '$subsect'
                   and period = '$prd'";
```

```
                        $ckdb=DBQuery($ckins);
                        $ckdata=DBReturn($ckdb,$ckcnt);
                        if($ckdata[1]['CNT'] == '0')
                        {
                        $inssql="insert into stu_stc_xact (seq_number,transaction_date, transaction_type,
                                effective_date, class_cd, section, sub_section, period,semester,days)
                                values
('$nextid','$tdate','A','$tdate','$cls','$sect','$subsect','$prd','$sem','$days')";
                        $insdb=DBQuery($inssql);
                        }
                }
//echo "<BR>sql=".$inssql;
        }
        echo "<center><br /><br />Click <a
href='Modules.php?modname=Guidance/Scheduling/Reports/SkdUnschedList.php&func=detail&last=".u
rlencode($namedata[1]['LAST_NAME']).
"&first=".urlencode($namedata[1]['FIRST_NAME']).'&stuid='.$a_stu.'&year='.$year.'&sch='.$sch.
                "'>HERE</a> to see student schedule.";
    echo "<BR><BR>Click on a semester to print the schedule. <A
HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                        "&sch=".$sch.   "&sem_cde=01&grd=00&sort_seq=01&stu_no=".$a_stu.
                        "&prog_step=3'> (Semester 1) </A>";
    echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                        "&sch=".$sch."&sem_cde=02&grd=00&sort_seq=01&stu_no=".$a_stu.
                        "&prog_step=3'> (Semester 2) </A>";
    echo "<A HREF='Modules.php?modname=Guidance/Scheduling/Reports/MidHghSched.php".
                        "&sch=".$sch."&sem_cde=03&grd=00&sort_seq=01&stu_no=".$a_stu.
                        "&prog_step=3'> (All Year) </A><BR></center>";
        }
    echo "<center><br><br>Click <a
href='Modules.php?modname={$_REQUEST['modname']}&func=F'>HERE</a> to schedule again.</center><t
/><br />";
}
echo "</body></html>\n";

}

echo '<BR><BR>';

echo "</CENTER>";
?>
```