EXHIBIT

3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 03-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | Judge Richard Mills |
| MILLER, AND THE SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT 186, ) | |
| ) | |
| Defendants. ) | |

## STATEMENT OF LOSSES SUBMITTED ON BEHALF OF THE MILLER GROUP, INC., AND JOHN G. MILLER

Pursuant to Fed.R.Civ.P. 65(c) and this Court's Order of May 16, 2003, Defendant Miller Group, Inc., and Defendant John G. Miller, by their attorneys, Hinshaw & Culbertson, submit a statement of losses expected to be incurred as a result of the Temporary Restraining Order entered in this cause on May 8, 2003. The losses are set forth in the affidavit of John G. Miller which is attached hereto and by reference made a part hereof.

May 17, 2003.

Respectfully submitted,

THE MILLER GROUP, INC., and
JOHN G. MILLER, Defendants,

By _____
One of Their Attorneys

J. WILLIAM ROBERTS
CHARLES R. SCHMADEKE
HINSHAW AND CULBERTSON
400 South Ninth Street, Suite 200
Springfield, IL 62701-1908
217-528-7375
217-528-0075

EXHIBIT
MILLER 3
10-19-04 JB

60103414v1 829035

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CIVIL NO. 03-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, ) | Judge Richard Mills |
| and THE SPRINGFIELD PUBLIC SCHOOL ) | |
| DISTRICT 186, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF JOHN G. MILLER

NOW COMES the AFFIANT, JOHN G. MILLER, of sound mind and over twenty-one years of age, being first duly sworn on oath, states and affirms that the following is based on his personal knowledge and that if sworn as a witness would competently testify to the following:

1. At all relevant times, I served as the President and CEO of the Miller Group.

2. The Miller Group and I are in the business of developing, marketing, and servicing computer programs and software for schools. Our only product is known as InfoSystems 3.

3. In 1998, The Miller Group entered into a contract with Springfield School District No. 186 for the design, development, and implementation of a system to support the District's faculty and staff for internal uses and to facilitate external access to specified data and information.

4. Approximately four years were spent on the project with the School District, and during that period of time, the District was billed in excess of $1,000,000.

5. The list price for InfoSystems 3 is $50,000 plus $15 per student, although we may discount and have discounted the price depending upon certain factors such as the size of the school district purchasing the product, the economic conditions of the district, and the components of the system purchased by the district.

6. Other than the Springfield School District project, we have entered into contracts for the sale and implementation of InfoSystems 3 to support faculty and staff at six schools, the names, dates, and approximate amounts of the contracts are as follows:

| NAME | START DATE | AMOUNT |
|---|---|---|
| a) Calendonia District 303 | June 2000 | $40,000 |
| b) Oswego District 308 | September 2000 | $120,000 |
| c) Riverton Middle School (not full system) | June 2001 | $3,000 |
| d) Adlai Stevenson High School District 125 | December 2002 | $150,000 (another $100,000 is due upon completion of the contract) |
| e) Marengo School District #165 | April 2003 | $35,000 (all of which is anticipated) |
| f) Kewanee District 229 | April 2003 | $55,000 (all of which is anticipated) |

7. Before the entry of the Temporary Restraining Order on May 8, 2003, I was actively seeking to market the product known as InfoSystems 3 to the following school districts and reasonably anticipated that I could enter contracts with such school districts in the following amounts:

60103420v1 829035

| NAME | AMOUNT |
|---|---|
| a) Arlington Heights District 214 | $231,500 (contract expected August 2003) |
| b) LaGrange District 102 | $72,000 (contract expected June 2003) |
| c) Kildeer District 96 | $103,670 (contract expected 2003) |
| d) Northbrook/Glenview District 30 | $30,000 (contract expected June 2003) |
| e) St. James School in Arlington Heights | $30,000 (contract expected August 2003) |
| f) Urbana/Champaign District 116 | $185,000 (contract expected August 2003) |
| g) Discussions with State of Illinois for statewide project | several million dollars |

8. The Miller Group employs six persons. The names and rates of monthly compensation of said employees are as follows:

   a. Jack Miller         $15,000.00
   b. Bill Choate         $4,500.00
   c. Michael David       $2,600.00
   d. Michael Long        $2,000.00
   e. Andrew Schmadeke    $600.00

   f. Matt Sparks         $500.00
   g. Barb Miller         $2,500.00

9. We have the following monthly expenses and costs (all amounts approximate):

   a. Rent           $850.00
   b. Insurance
      1. Health       $1500.00
      2. building     $125.00
   c. Phones
      1. T-1             $1043.00
      2. SBC Ameritech   $365.00
      3. Ameritech mobile: $130.00
   d. Computers (software, repairs, etc.)  $450.00
   e. Utilities      $325.00 (average)
   f. Travel, gasoline and employee meals (chicken day...)  $385.00
   g. Property Tax   $1500 / $125.00 month
   h. Maintenance and garbage  $165.00

|  |  |  |
|---|---|---|
| i. | FedEx and postage | $68.00 |
| j. | Office supplies | $58.00 |
| k. | Security | $45.00 |
| l. | Business Debt Service | $7000.00 |

10. Adam Claypool, a venture capital broker of DesMoines, Iowa, had offered to market InfoSystems 3 nationally and seek $2,000,000 from the venture capital market. We have been informed that the offer has been withdrawn due to the entry of the Temporary Restraining Order.

11. If the Temporary Restraining Order remains in full force and effect for any extended period or a Preliminary Injunction is entered barring the marketing and distribution of InfoSystems 3 for an indefinite period, the Miller Group will effectively be put out of business.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: May 17, 2003

John G. Miller

Subscribed and sworn to before me, a notary public, on May 17, 2003.

NOTARY PUBLIC

OFFICIAL SEAL
MARTHA L. RYAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-13-2003

60103420v1 829035