E-FILED
Tuesday, 06 March, 2007   04:33:01 PM
Clerk, U.S. District Court, ILCD

EXHIBIT 6

*Rough Draft*

PROPOSAL TO PROVIDE

## INTERNET/INTRANET SOFTWARE DEVELOPMENT SERVICES

# SPRINGFIELD SCHOOL DISTRICT # 186

OCTOBER, 1998

THE MILLER GROUP
Springfield, Illinois
1-800-HR3-6880
http://www.miller-group.net
e-mail: info@miller-group.net

EXHIBIT
MILLER 11
10-19-04 JB

The Miller Group, an experienced internet, database and web connectivity developer based in Springfield, Illinois, proposes to develop software and connectivity systems for the Springfield School District # 186.

**Scope of Project**

The expressed purpose of the project is to develop a internet-based information system to support the faculty and staff of Springfield School District # 186. The current system faces several liabilities including Year 2000 compliance issues, training difficulties, lack of district-wide access to crucial software, fragmented database development, and insufficient applications that actually meet the needs of teachers and staff.

An internet/intranet based system would allow for more flexible, expandable and appropriate application development, use of legacy data and reduced training costs.

Important issues in this project would be:
- Use existing data structures (Starbase)
- Harvest legacy data
- Use existing computer equipment
- Ubiquitous access, without regard to platform
- Low cost to maintain
- Flexible, expandable system
- Low Cost development of new software for:
    Standards/Benchmarks
    Instructional Units
    Assessments
    Discipline
    Other Student Tracking Files, such as eligibility and Bridge
- Data & information available to any internal request, and some data available, with proper security, to outside requests

**Proposal to Develop**

The Miller Group proposes to develop such an enterprise-wide information system using experienced software and internet developers. We estimate that a significant portion of the information system development can be done within 12 months, using one dedicated FTE (90-100%) database programmer (William M Choat, Phd.), one dedicated FTE (80%) internet connectivity programmer (John G. Miller III, Ted Brown), one (10-20%) management consultant (John G. Miller III) and occasional (10-20%) web site design staff (Jennifer Danzinger, Ted Brown). Occasional outside consultants maybe required, but will not be called upon without prior District # 186 approval.

The database programmer will be developing the Standards, Benchmarks, Instructional Units applications, and will develop other database application

software as required.

The internet connectivity programmer will develop the Student Tracking applications, connectivity with the existing Starbase legacy data, and will tie the new applications that have been developed to existing data. The web designers will develop, with the connectivity programmer, the web interface pages.

**Fees**

The Miller Group anticipates that this project will be a long-term association, and proposes to offer reduced hourly rates for Springfield School District # 186.

Our normal rates for database programming are $95.00 to $125.00 per hour. Our rates for web connectivity programming are $75.00 - $100.00 per hour. Our management consultant rate is $125.00 per hour and our web design rate is $50.00 per hour.

Because of school district discounts, it is less expensive for Springfield School District to provide new computer hardware for the Miller Group than it is for The Miller Group to bill the School District a higher rate and buy that same equipment at retail.

The Miller Group proposes, in exchange for necessary computer hardware[1], and ownership of the software solutions produced, we would bill a flat rate of $75.00 per hour for all services.

The Springfield School District would agree to provide all necessary software[2] to develop these applications.

An estimate of total costs for the period of November, 1998 to October, 1999 would be in the range of $150,000.00 to $225,000.00.

**Marketing Agreement**

We feel that an internet/intranet based Standards, Benchmarks and Assessment information system is not only appropriate for Springfield School District # 186, but

---

[1] Required hardware to meet the needs of Mac OS X and database development would include:
- two (2) Apple Macintosh G3 computers to act as Servers, one for database application development and serving, one for web connectivity serving
- four (4) Apple Macintosh G3 computers for desktop development
- two (2) Apple Macintosh G3 Powerbook Computers

[2] Software required might include 4th Dimension, WS4D, Tango, Lasso, WebCatalog, WebStar, Net Cloak. Total cost is estimated to be $5,000.00 to $12,000.00

also for other school districts as well. We are comfortable enough with the viability of this solution that we intend to market this solution to other school districts in Illinois and other states.

In exchange for advocacy of this approach by the Springfield School District, ownership of the applications developed, and the District's developmental assistance, The Miller Group proposes that we pay the Springfield School District a fee of 5-10% of revenues attributable to this solution.

Terms

The Miller Group would request a 12 month or longer contract, and is poised to begin development of this information system and various applications upon receipt. To meet startup costs, a retainer payment of $10,000 would be appreciated.