3:03-cv-03105-RM-BGC # 181-9 Page 1 of 20

E-FILED
Tuesday, 06 March, 2007 04:33:42 PM
Clerk, U.S. District Court, ILCD

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL

*May 29, 2003*

**Comparison of SkdMassDetail between Springfield and IS3 Data Set 2**

We are of the opinion, to a reasonable degree of certainty, that IS3 has copied the Century Star_Base table and field structures in the version of the software installed at the Springfield School District. However, The Miller Group apparently claims that the software installed at the Springfield School District is not the same software that it sells to other school districts.

PGLA decided to compare the SkdMassDetail file from the Springfield School District and the version contained in Data Set 2. Of immediate concern was the fact that the version from Data Set 2 shows a file modification date of May 14, 2003. This indicates that the file was last edited on May 14 – well after the demand was made for The Miller Group to produce the source codes for IS3 in discovery.

PGLA immediately found that the 5-14-03 version of SkdMassDetail was extremely similar to the Springfield version. We realized that the primary difference was that of the table and field names. In our opinion, The Miller Group executed a "search-and-replace" on the file in an attempt to change the naming structures. PGLA compared the source code listed in the previous section to the source code of the "new" IS3 application as it was modified shortly after the court entered a temporary restraining order.

| Springfield Version | 5-14-03 Version | Comments |
|---|---|---|
| $curyr=GetSysYear();<br>$cknext="select distinct a.start_yy from course a, config b<br>where (a.start_yy > b.year and a.start_yy < '50')";<br>$ckdb=DBQuery($cknext); | $curyr=GetSysYear();<br>$cknext="select distinct a.SYEAR from COURSES a, config b<br>where (A.SYEAR > B.SYEAR and A.SYEAR < '50') ";<br>$ckdb=DBQuery($cknext); | The Miller Group performed a "search-and-replace" on the 5-14-03 version of SkdMassDetail. In this example, "start_yy" was replaced with "SYEAR"; and "course" is replaced with "COURSES." Note that Miller Group uses all capital letters on the replacement. |
| $cklock="select sched_lock_date lock_date from sch_base where school = '$sch'";<br> | $cklock="select sched_lock_date AS lock_date from SCHOOLS where school = '$sch'"; | "school" becomes "SCHOOLS." |
| $delpri="delete sched_stu where school = '$sch'<br>and student_id = '$a_stu' or '$a_stu' = 'ALL')";<br>$db=DBQuery($delpri); | $delpri="delete from sched_stu where school='$sch' and (student_id='$a_stu' or '$a_stu'='ALL') ";<br>$db=DBQuery($delpri); | No changes. |
| $delcount="select a.class_cd, a.section, count(*) seatcnt<br>from stu_sche a, stu_sch b<br>where a.start_yy = '$year'<br>and a.start_yy=b.start_yy<br>and a.school = '$sch'<br>and b.school=a.school<br>and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')<br>and b.student_id(+)=a.student_id<br>and (b.grade='$grade' or '$grade' is null)<br>group by class_cd, section";<br>$cntdb=DBQuery($delcount); | $delcount="select a.CRS_NUM, a.CRS_SEG, count(*) AS seatcnt<br>from STU_SCHEDULE a LEFT OUTER JOIN STU_SCHOOL_MEETS b ON<br>(a.student_id = b.student_id)<br>where a.SYEAR = '$year'<br>and a.SYEAR=b.SYEAR<br>and a.school = '$sch'<br>and b.school=a.school<br>and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') "; | "class_cd" becomes "CRS_NUM."<br>"count" becomes "CRS_SEG."<br>"stu_sche" becomes "STU_SCHEDULE."<br>"stu_sch" becomes "STU_SCHOOL_MEETS." |

P.G. Lewis & Associates LLC DATA FORENSICS

** Confidential – Attorneys Eyes Only*
Page 20 of 74

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL *May 29, 2003*

| | | |
|---|---|---|
| om stu_stc_head a, stu_stc_xact b, stu_sche c<br>where a.start_yy = '$year'<br>and a.school = '$sch'<br>and a.student_id = '$a_stu'<br>and a.seq_number = b.seq_number<br>and a.start_yy = c.start_yy<br>and a.school = c.school<br>and a.student_id = c.student_id<br>and b.class_cd = c.class_cd<br>and b.section = c.section<br>and c.active_cd = 'A'";<br>$attdb=DBQuery($ckforatt); | from stu_sched_list a, stu_list_act b, STU_SCHEDULE c<br>where a.SYEAR = '$year'<br>and a.school = '$sch'<br>and a.student_id = '$a_stu'<br>and a.ID = b.ID<br>and a.SYEAR = c.SYEAR<br>and a.school = c.school<br>and a.student_id = c.student_id<br>and b.CRS_NUM = c.CRS_NUM<br>and b.CRS_SEG = c.CRS_SEG<br>and c.active_cd = 'A'";<br>$attdb=DBQuery($ckforatt); | "stu_stc_head" becomes "stu_sched_list."<br>"stu_stc_xact" becomes "stu_list_act."<br>"stu_sche" becomes "STU_SCHEDULE." |
| $ckstc="select count(*) cnt from stu_stc_xact<br>where seq_number = '$sq'<br>and effective_date= '$dt'<br>and class_cd = '$cl'<br>and section = '$sc'<br>and sub_section = '$sb'<br>and period = '$pd'"; | $ckstc="select count(*) AS cnt from stu_list_act<br>where ID = '$sq'<br>and effective_date= '$dt'<br>and CRS_NUM = '$cl'<br>and CRS_SEG = '$sc'<br>and CRS_SLICE = '$sb'<br>and period = '$pd'"; | "stu_stc_xact" becomes "stu_list_act."<br>"seq_number" becomes "ID."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sub_section" becomes "CRS_SLICE."<br>Note that "period" was not changed, and remains in lower case. |
| $insstc="insert into stu_stc_xact (<br>SEQ_NUMBER,TRANSACTION_DATE,<br><br>TRANSACTION_TYPE,EFFECTIVE_DATE,CLASS_CD,SECTION,<br><br>SUB_SECTION,PERIOD,SEMESTER,DAYS) | $insstc="insert into stu_list_act<br>(ID,TRANSACTION_DATE,TRANSACTION_TYPE,EFFECTIVE_DATE,CRS_NUM,CRS_SEG,<br>CRS_SLICE,PERIOD,SEMESTER,DAYS) | "seq_number" becomes "ID."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sub_section" becomes "CRS_SLICE." |
| $updseat="update sect<br>set AVAI_SEATS = avai_seats + '$seats',<br>ASSI_SEATS = assi_seats - '$seats'<br>where start_yy = '$year'<br>and school = '$sch'<br>and class_cd = '$cls'<br>and section = '$sect'";<br>$upddb=DBQuery($updseat);<br>//echo "<BR>updseats=".$updseat;<br>}<br>$delsched="delete sched a where a.start_yy = '$year'<br>and a.school = '$sch'<br>and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')<br>and a.student_id = (select b.student_id<br>from stu_sch b<br>where b.start_yy = a.start_yy<br>and b.school = a.school<br>and b.student_id = a.student_id<br>and (b.grade = '$grade' or '$grade' is null))";<br>$db=DBQuery($delsched);<br>//echo "<BR>sql= ".$delsched;<br>$delmeet="delete s_meet a where a.start_yy = '$year'<br>and a.school = '$sch'<br>and (a.student_id = '$a_stu' or '$a_stu' = 'ALL')<br>and a.student_id = (select b.student_id<br>from stu_sch b<br>where b.start_yy = a.start_yy<br>and b.school = a.school | $updseat="update COURSE_SECTION<br>set AVAI_SEATS = avai_seats + '$seats',<br>ASSI_SEATS = assi_seats - '$seats'<br>where SYEAR = '$year'<br>and school = '$sch'<br>and CRS_NUM = '$cls'<br>and CRS_SEG = '$sect'";<br>$upddb=DBQuery($updseat);<br>}<br>$delsched="delete from STU_SCHEDULE where SYEAR = '$year'<br>and school = '$sch'<br>and (student_id = '$a_stu'<br>or '$a_stu' = 'ALL')<br>and student_id IN (select student_id<br>from STU_SCHOOL_MEETS<br>where SYEAR = '$year'<br>and school = '$sch' ";<br>if (!empty($grade)) {<br>$delsched.=" and grade = '$grade' ";<br>}<br>$delsched.=" )";<br>$db=DBQuery($delsched);<br>//echo "<BR>sql= ".$delsched;<br>$delmeet="delete from COURSE_SPECIAL_MEETS where SYEAR = '$year'<br>and school = '$sch'<br>and (student_id = '$a_stu' or '$a_stu' = 'ALL')<br>and student_id IN (select student_id<br>from STU_SCHOOL_MEETS<br>where SYEAR = '$year'<br>and school = '$sch' "; | "sect" becomes "COURSE_SECTION."<br>"class_cd" becomes "CRS_NUM."<br>"section" becomes "CRS_SEG"<br>"sched" becomes "STU_SCHEDULE."<br>"start_yy" becomes "SYEAR"<br>"s_meet" becomes "COURSE_SPECIAL_MEETS"<br>"stu_sch" becomes "STU_SCHOOL_MEETS" |

| | | |
|---|---|---|
| ) and b.▓▓▓▓ = a.▓▓▓▓ and (b.▓▓▓▓ '$grade' or '$grade' is null))"; | if (!empty($grade)) { $delmeet.="and grade = '$grade'"; | |
| $getcnt="select count(*) cnt from ▓▓ ▓▓ a where a.▓▓▓▓ = '$year' and a.▓▓▓▓ = '$sch' and (▓▓▓▓ = '$grade' or '$grade' is null) and (a.▓▓▓▓ = '$a_stu' or '$a_stu' = 'ALL') and a.▓▓▓▓ in ('A','R')"; | $getcnt="select count(*) AS cnt from STU_SCHOOL_MEETS a where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) { $getcnt.=" and a.grade = '$grade' "; } $getcnt.=" and (a.student_id = '$a_stu' or '$a_stu' = 'ALL') and a.active in ('A','R')"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, START_YY, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part','9999','$no_of_stu','Y','N','N','1','MTWRF','$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | $insertrun="insert into sched_run ( ID, TYPE_OF_SCHED, SCHOOL, SYEAR, PARTIALS_OR_COMPLETES, TIME_LIMIT, TOT_STU, STX_SCHED_FLAG, ABORT_AT_50 , UNLIMITED_SEATS, PERCENT_OVERRIDE, SCHOOL_DAYS, IGN_CLUSTER, IGN_ABILITY, IGN_ALTERNATES, BALANCE_BY_SEMESTER, LINKED_COURSES, SPMN, SCHED_START_TIME, STUDENT_ID) values ('$nextv','M','$sch','$year','$comp_part', '9999','$no_of_stu','Y','N','N','1','MTWRF', '$cluster','N','N','N','N','ALL', '37581','$a_stu')"; | Notice that the variable name SPMN remains in the modified IS3 code. |
| $gettemp="select a.▓▓▓▓, a.▓▓▓▓, ▓▓▓▓, a.▓▓▓▓, b.▓▓▓▓ ▓▓▓▓ from ▓▓▓▓▓▓ a, students b where a.▓▓▓▓ = '$year' and a.▓▓▓▓ = '$sch' and (a.▓▓▓▓ = '$grade' or '$grade' is null) and a.▓▓▓▓ = '$a_stu' and a.▓▓▓▓ in ('A','R') and a.▓▓▓▓ = b.▓▓▓▓ order by 2"; | $gettemp="select a.SYEAR, a.school, a.student_id, a.grade, b.last_name, b.first_name from STU_SCHOOL_MEETS a, students b where a.SYEAR = '$year' and a.school = '$sch' "; if (!empty($grade)) { $gettemp.=" and a.grade = '$grade' "; } $gettemp.=" and a.student_id = '$a_stu' and a.active in ('A','R') and a.student_id = b.student_id order by 2"; | "start_yy" becomes "SYEAR" "stu_sch" becomes "STU_SCHOOL_MEETS" |
| $getname="SELECT LAST_NAME, FIRST_NAME FROM STUDENTS WHERE STUDENT_ID = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) cnt from ▓▓▓▓▓▓ where start ▓▓ = '$year' ▓▓▓▓ and school = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); if($ckdata[1]['CNT'] > 0) { $getseq="select seq_number from ▓▓▓▓▓▓ where ▓▓▓▓ = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | $getname="SELECT LAST_NAME, FIRST_NAME FROM STUDENTS WHERE STUDENT_ID = '$a_stu'"; $nmdb=DBQuery($getname); $namedata=DBReturn($nmdb, $cnt); $ckforatt="select count(*) AS cnt from stu_sched_list where SYEAR = '$year' and school = '$sch'"; $ckdb=DBQuery($ckforatt); $ckdata=DBReturn($ckdb,$cnt); if($ckdata[1]['CNT'] > 0) { $getseq="select ID from stu_sched_list where SYEAR = '$year' and school = '$sch' and student_id = '$a_stu'"; $getdb=DBQuery($getseq); | "start_yy" becomes "SYEAR" "stu_stc_head" becomes "stu_sched_list" |

3:03-cv-03105-RM-BGC # 181-9 Page 4 of 20

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL *May 29, 2003*

**Comparison of SkdMassDetail between Springfield and IS3 Data Set 2 (continued)**

What is significant is that it appears as though The Miller Group haphazardly executed multiple "search-and-replace" commands to globally modify the field names. The Miller Group in many cases actually chose a field name that is "longer" than its previous counterpart. A longer field name requires additional memory and will cause the application to run slightly slower, thereby being less efficient.

Additionally, most of the modified fields appear in uppercase capital letters. It is possible that the user had the caps lock key depressed or simply chose to use capital letters, but in either event, the use of upper case capital letters highlights the recent modifications made to the source code.

In our opinion, the only purpose of these modifications was to hide the fact that many Star_Base tables and field names were used in the IS3 application. By executing a global "search-and-replace" command, it is possible to change every instance of a certain character string across multiple files. This could answer why so many files were modified between the date of May 9, 2003, and May 14, 2003.

P.G. Lewis & Associates LLC DATA FORENSICS

** Confidential – Attorneys Eyes Only*
Page 23 of 74

**Scheduler Database Comparison**
The database tables used by the scheduler for both Star_Base and IS3 were compared. The associated tables were then examined at two levels.

**Scheduler Schema Comparison**

At the higher level, the DB schemas from both solutions are compared. The relationships between the tables are constructed based on the SQL files provided by both vendors. The schema generation SQL file provided by IS3 only includes table creation statements; the relationship creation portion of the SQL file is missing, which is odd since the two sections are technically inseparable. Because of that, the relationships of the tables are "reconstructed" based on common "best practices" of database design and the information presented by the tables. The reconstruction should be precise unless any important tables were not included in the SQL files provided by The Miller Group. PGLA requested the actual IS3 schema from The Miller Group, but it was never provided.

The same approach was then used to determine the Star_Base schema.

The two reconstructed schemas look very similar. The key comparison points are listed in the table following the two Entity-Relation (ER) diagrams.



3:03-cv-03105-RM-BGC # 181-9 Page 6 of 20

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL *May 29, 2003*

Star Base ER diagram used by the scheduler:

Computer Associates ERwin - [STARBASE SCHEDULER SCHEMA.ER1 : <Main Subject Area> / Display1]
Logical
SCH_BASE
SCHOOL
NAME
ADDRESS1
ADDRESS2
ZIPCODE
S_TYPE
PRINCIPAL
PASSWORD
DISTRICT
AREA_CODE
SCHLINKS
START_YY
SCHOOL (FK)
CLASS_CD
SEQ_NUMBER
AHS_CRS
START_YY (FK)
SCHOOL (FK)
CLASS_CD (FK)
SECTION
NAME
SHORT_NAME
SEMESTER
CREDITS
GRADED_CD
SEMESTER
SCHOOL (FK)
SEMESTER
S1_CD
S2_CD
S3_CD
S4_CD
S5_CD
S6_CD
S7_CD
S8_CD
S9_CD
S10_CD
S11_CD
S12_CD
SEM_CODE
STU_SCHE
START_YY (FK)
SCHOOL (FK)
CLASS_CD (FK)
STUDENT_ID (FK)
SECTION
LOCK_FLAG
PRIM_ALT_CD
LETTER_NUMBER
YTD_ABS
YTD_TDY
ACTIVE_CD
ATT_FIXED_CRED
SUPP_SPEECH
OBE_CODE
FUND_PRGCD
STU_REQ
START_YY (FK)
CLASS_CD (FK)
SCHOOL (FK)
STUDENT_ID (FK)
SECTION
REQ_TYPE
TEACHER_ID
NOT_TEACHER_ID
NOT_PERIOD
ABILITY_LEVEL
SEMESTER
PRIMARY_CODE
ALTERNATE_NO
PRIORITY_CODE
SECTION
START_YY (FK)
SCHOOL (FK)
CLASS_CD (FK)
STUDENT_ID (FK)
SECTION
SHORT_NAME
WEIGHT
RANK_CD
HONOR_CD
GRADED_CD
SEX_RES
BEG_SEATS
AVAL_SEATS
ASSI_SEATS
COURSE
START_YY (FK)
SCHOOL (FK)
CLASS_CD (FK)
STUDENT_ID (FK)
NAME
CREDITS
FEES
BOOKS
WK_BOOKS
PRIORITY_CD
REQ_GRAD
TALLY_PRI
TALLY_ALT
GLOBAL_ALT
STU_MEET
START_YY (FK)
SCHOOL (FK)
CLASS_CD (FK)
STUDENT_ID (FK)
SECTION
SUB_SECTION
SEMESTER
DAYS
AHS_STU
STUDENT_ID
LAST_NAME
FIRST_NAME
RELATION_RESIDES
MIDDLE_INIT
MIDDLE_NAME
NICKNAME
SOC_SEC_NO
SEX
Display1

P.G. Lewis & Associates LLC DATA FORENSICS
*** Confidential – Attorneys Eyes Only***
Page 25 of 74



IS3 ER diagram used by the scheduler:



***Description of Schema Similarities***

The schema for IS3 was compared to the schema for Star_Base. The associated findings are listed in the table below.

| Comparison Point | Star_Base | IS3 | Notes |
|---|---|---|---|
| Common key fields | START_YY (varchar(2))<br>SCHOOL (varchar(4))<br>CLASS_CD (varchar(10))<br>STUDENT_ID (varchar(10)) | SYEAR (varchar(4))<br>SCHOOL (varchar(4)<br>CRS_NUM (varchar(10))<br>STUDENT_ID (varchar(10)) | Other than the "START_YY" and "SYEAR" fields, the other three common key fields have very similar names and the identical field length. |
| Parent tables | SCH_BASE<br>CRLINK—AHS_CRS<br>AHS_STU | SCHOOLS<br>COURSES<br>STUDENTS | The fields of "SCH_BASE" and "SYEAR" are almost identical. The same is true for "AHS_STU" and "STUDENTS". The minor difference is that the Star_Base schema uses a mediator table called CRLINKS, which combined with AHS_CRS and the fields are very similar to those in the "COURSES" table in the IS3 schema. |
| School-Semester Relationship | SCH_BASE is the parent table of SEMESTER. The "school" field (varchar(4)) is used as the foreign key. | SCHOOL is the parent table of SEMESTER, the "school" field (varchar(4)) is the foreign key. | The relationships are identical. |
| School-Course Relationship | SCH_BASE is the parent of CRLINKS, which in turn has a one-to-to identified relationship with AHS_CRS. The "school" field is the foreign key. | SCH_BASE is the parent of COURSES. | The one-to-one identified combination of CRLINKS and AHS_CRS has similar fields to the table "COURSES." This separation of the common parent keys from an entity table to form a small link table and use the link table as the parent table for a set of tables is a very common practice in DB design. From a DB designer's point of view, the combination of CRLINKS and AHS_CRS is logically identical to the "COURSES" table. In fact, they represent the same business entity—a course of a school at a certain year. |
| Courses-Student-to Student Schedule Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_SCHE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_SCHE relationship, STUDENT_ID is the foreign key. | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – GRD_STU_SCHE relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one-to-many STUDENT-GRD_STU_SCHE relationship, STUDENT_ID is the foreign key. | The relationships are identical. |
| Courses-Student-to Schedule Request Relationship | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_REQ relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many | COURSES and STUDENTS are the parent tables. For the one-to-many COURSES – STU_SCHEDULE_REQS relationship, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the one- | The relationships are identical. |



| | | | |
|---|---|---|---|
| | AHS_STU-STU_REQ relationship, STUDENT_ID is the foreign key. | to-many STUDENT-STU_SCHEDULE_REQS relationship, STUDENT_ID is the foreign key. | |
| Courses-Student to Course Section | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-SECTION relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-SECTION relationship, STUDENT_ID is the foreign key. | An intermediate table STU_SCHED is used as the child table of both COURSES and STUDENTS. For the COURSES-STU_SCHED table, SYEAR, CRS_NUM and SCHOOL are the foreign keys. For the STUDENTS-STU_SCHED, STUDENT_ID is the foreign key. The intermediate table STU_SCHED is then used as the parent to COURSE_SECTION table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_SECTION being one of them. |
| | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-COURSE relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-COURSE relationship, STUDENT_ID is the foreign key. | | |
| Courses-Student Meetings | CRSLINK and AHS_STU are the parent tables. For the one-to-many CRSLINK-STU_MEET relationship, START_YY, CLASS_CD and SCHOOL are the foreign keys. For the one-to-many AHS_STU-STU_MEET relationship, STUDENT_ID is the foreign key. | The intermediate table STU_SCHED is used to extract the foreign keys. STU_SCHED is then used as the parent to COURSE_MEET table using SYEAR, CRS_NUM, SCHOOL and CRS_SEG as the foreign key. | On surface, IS3 models this relationship a little different from the Star_Base solution. However, all it does differently is using an intermediate table to extract the common foreign keys of both COURSES and STUDENTS tables and use the intermediate table as the parent table of a set of child tables, with COURSE_MEET being one of them. |

**Table By Table Comparison**
PGLA proceeded to identify similarities between the tables of the Star_Base and IS3 applications. The following sections illustrate our findings.

**SCH_BASE and SCHOOLS**
The Star_Base application contains a table labeled "SCH_BASE" and the IS3 application contains a very similar table labeled "schools". The details of each table are listed below. Notice that many fields and their associated length are identical.

| Star_Base SCH_BASE | | | IS3 SCHOOLS | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| NAME | varchar | 40 | name | varchar | 40 |
| ADDRESS1 | varchar | 30 | address1 | varchar | 30 |
| ADDRESS2 | varchar | 30 | address2 | varchar | 30 |
| ZIPCODE | varchar | 6 | zipcode | varchar | 6 |
| PRINCIPAL | varchar | 30 | principal | varchar | 30 |
| PASSWORD | varchar | 3 | password | varchar | 3 |
| DISTRICT | varchar | 4 | district | varchar | 4 |
| AREA_CODE | int | 4 | area_code | numeric | 5 |
| TELEPHONE | int | 4 | telephone | numeric | 5 |
| STX_SCHED_FLAG | varchar | 1 | sched_flag | varchar | 1 |
| STX_DEMO_FLAG | varchar | 1 | demo_flag | varchar | 1 |
| START_PERIOD_1 | varchar | 2 | in_session | varchar | 10 |
| END_PERIOD_1 | varchar | 2 | lock_flag | varchar | 1 |
| START_PERIOD_2 | varchar | 2 | state_schl_code | varchar | 14 |
| END_PERIOD_2 | varchar | 2 | override_slots | varchar | 1 |
| START_PERIOD_3 | varchar | 2 | sched_lock_date | datetime | 8 |
| END_PERIOD_3 | varchar | 2 | calendar_code | varchar | 4 |
| START_PERIOD_4 | varchar | 2 | display_forms | varchar | 1 |
| END_PERIOD_4 | varchar | 2 | school_type | varchar | 4 |
| DAYS | varchar | 10 | | | |
| LOCK_FLAG | varchar | 1 | | | |
| TYPE_GRADE | varchar | 1 | | | |
| TRACK_CODE | varchar | 4 | | | |
| MINUTES_WEEK | int | 4 | | | |
| STATE_SCHL_CODE | varchar | 14 | | | |
| OVERRIDE_SEATS | varchar | 1 | | | |
| SCHOOL_TYPE | varchar | 1 | | | |
| SCHED_CHG_NOTEPAD | varchar | 1 | | | |
| ADD_AUX | varchar | 1 | | | |
| ADD_SCHED | varchar | 1 | | | |
| ADD_REQ | varchar | 1 | | | |
| ADD_MED | varchar | 1 | | | |
| LOCK_DATE | datetime | 8 | | | |
| AUDIT_FLAG | varchar | 1 | | | |
| CONSEC_CLR_DATE | datetime | 8 | | | |
| PCC_LOCK_FLAG | varchar | 1 | | | |
| LOCKER_ROTATION | varchar | 1 | | | |
| S_TYPE | varchar | 4 | | | |

**STU_SCHE and GRD_STU_SCHE**

Notice the almost identical fields. The "CLASS_CD" fields in STU_SCHE maps to "CRS_NUM" in GRD_STU_SCHE table, not the "CLASS_CD" fields. The length of the fields indicates that.

| Star_Base STU_SCHE | | | IS3 GRD_STU_SCHE | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| CLASS_CD | varchar | 6 | class_cd | varchar | 6 |
| [SECTION] | varchar | 3 | [section] | varchar | 3 |
| LOCK_FLAG | varchar | 1 | lock_flag | varchar | 1 |
| PRIM_ALT_CD | varchar | 1 | prim_alt_cd | varchar | 1 |
| LETTER_NUMBER | int | 4 | letter_number | numeric | 5 |
| YTD_ABS | int | 4 | ytd_abs | numeric | 5 |
| YTD_TDY | int | 4 | ytd_tdy | numeric | 5 |
| ACTIVE_CD | varchar | 1 | active_cd | varchar | 1 |
| ATT_FIXED_CRED | int | 4 | att_fixed_cred | decimal | 5 |
| SUPP_SPEECH | varchar | 1 | | | |
| QBE_CODE | varchar | 2 | | | |
| FUND_PRGCD | int | 4 | | | |



**SX_PRI and SCHED_STU**

Notice that the two tables are identical.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| GRADE | varchar | 2 | grade | varchar | 2 |
| SPMN | varchar | 5 | spmn | varchar | 5 |
| REQPRI | varchar | 1 | reqpri | varchar | 1 |
| SEX | varchar | 1 | sex | varchar | 1 |
| ETHNIC | varchar | 2 | ethnic | varchar | 2 |
| SCHPRI | varchar | 2 | schpri | varchar | 2 |
| CONFLICT | varchar | 1 | conflict | varchar | 1 |
| HOLD_SEX | varchar | 1 | hold_sex | varchar | 1 |
| HOLD_GRADE | varchar | 2 | hold_grade | varchar | 2 |
| CLUSTER_CODE | varchar | 2 | cluster_code | varchar | 2 |
| START_PERIOD | varchar | 2 | start_period | varchar | 2 |
| END_PERIOD | varchar | 2 | end_period | varchar | 2 |
| HAS_REQUESTS | varchar | 1 | has_requests | varchar | 1 |

***sched_student_results and stu_head***

Notice almost identical fields are defined to store the student schedule results.

| Star_Base SX_PRI | | | IS3 SCHED_STU | | |
|---|---|---|---|---|---|
| START_YY | varchar | 2 | syear | varchar | 4 |
| SCHOOL | varchar | 4 | school | varchar | 4 |
| STUDENT_ID | varchar | 10 | student_id | varchar | 10 |
| PRIORITY_EXT | varchar | 1 | conflict_status | varchar | 1 |
| CONFLICT_CD | varchar | 1 | sched_code | varchar | 1 |
| CHANGE_DATE | datetime | 8 | change_date | datetime | 8 |
| REPRINT_FLAG | varchar | 1 | | | |
| REPRINT_CODE | varchar | 1 | | | |

**Database Comparison Conclusion**

The comparison of the two databases is confined to the tables used by the student request scheduling logic. The reconstructed DB schema relationship diagrams look substantially similar. At the individual table level, the field names, as well as the length of those fields of several tables are strikingly similar.

## Code comparison

### Flow diagram

Following diagram depicts the logic flow used by scheduler in both IS3 and Star_Base. The two logic flows are substantially similar. Function names used by IS3 are also substantially similar to those in Star_Base.




**SQL statements**

Following is the SQL statements used in *student_to_scheduler* in IS3 and Star_Base. Aside from the fact that they share the same name, they are almost identical. As stated above, the underlying table schema of *sched_stu* and *sx_pri* are identical.

| IS3 | Star_Base |
|---|---|
| *SQL used for Student_to_scheduler in main.c* | *SQL used for student_to_scheduler in schedule.c* |
| SELECT student_id, grade, "<br>reqpri, sex,<br>ethnic, schpri,<br>coalesce(conflict,'M') AS conflict,<br>hold_sex, hold_grade,<br>coalesce(cluster_code,'1') AS<br>house_code,<br>start_period, end_period,<br>has_requests,<br>to_char(to_number(end_period,'99') +<br>1,'99') AS EP<br>FROM sched_stu<br>WHERE school = :wschool1<char[4]><br>and<br>(spmn = :spmn2<char[5]> OR<br>:spmn3<char[5]> = 'ALL') and<br>(student_id<br>=single_student_id4<char[10]> OR "<br>" :single_student_id5<char[10]> =<br>'ALL') and "<br>(conflict is null OR conflict = '') "<br>ORDER BY grade, reqpri desc, sex,<br>ethnic, schpri desc",db); | select nvl(student_id,' ') ,nvl(grade,' ')<br>,nvl(reqpri,' ') ,nvl(sex,' ') ,<br>nvl(ethnic,' ') ,nvl(schpri,' ') ,<br>nvl(conflict,' ') ,nvl(hold_sex,' ') ,<br>nvl(hold_grade,' ') ,<br>nvl(cluster_code,' ')<br><br>nvl(start_period,' ') ,nvl(end_period,' '),<br>nvl(has_requests,' '),<br>nvl(to_number((to_number(end_period)+1)),0)<br><br>from sxpri<br>where (((school=:b0 and<br>(spmn=:b1 or :b1='ALL'))<br>and<br><br>(student_id=:b3 or :b\<br>3='ALL')) and<br><br><br><br>conflict is null )<br>order by grade,reqpri desc ,sex,ethnic,schpri\<br>desc ,student_id |

**Similarities in code and status code used**

The following tables list two subsections of source code in IS3 and Star_Base. Substantial similarity is apparent in both versions of the code. While each is written in a different language (IS3 is rewritten in C++ and Star_Base is written in C), the identical conflict status codes are used. A conflict status code determines how the program handles various responses to a condition.
*Note: C++ is a later evolution of C.*

<table>
<tr><th>IS3</th><th>Star_Base</th></tr>
<tr><td>
main.cc<br><br>
code=curstu.build();<br>
if (code == ALL_REQUESTS ||<br>
(code == PARTIAL_REQUESTS &&<br>
env.partials_or_completes=="P")) {<br>
curstu.insert_sched(env,db);<br>
}<br>
if (code == ALL_REQUESTS) {<br>
total_completes++; conflict='C';<br>
} else if (code ==<br>
PARTIAL_REQUESTS) {<br>
total_partials++; conflict='P';<br>
} else if (code == NO_REQUESTS) {<br>
total_irresolvables++; conflict='I';<br>
}
</td><td>
schedule.c<br><br>
build_bit_box(tot_pds);<br>
schedflag = set_course(); /* Build student schedule, return conflict code */<br>
switch(schedflag)<br>
{ case 1:<br>
wpflag = check_con(); /* get conflict cd (schedprc.c) */<br>
if(wpflag == 'I') break;<br>
post_sched(); /* insert schedule/update seat cnts (posttbl.pc) */<br>
break;<br>
case 2:<br>
wpflag = 'C'; break;<br>
case -3:<br>
wpflag = 'I'; break;<br>
case -2:<br>
wpflag = 'P'; post_sched();<br>
break;<br>
case -1:<br>
wpflag = 'T';<br>
post_sched(); break; default: break; }<br>
next_student:<br>
switch (wpflag)/* Update scheduling stats*/<br>
{case 'C': total_completes++; break;<br>
case 'P': total_partials++; break;<br>
case 'T' : total_timeouts++; break;<br>
case 'I': total_irresolvables++; break;<br>
case 'N' : total_no_requests++;<br>
break;<br>
default : printf("UNKNOWN Status");<br>
break; }
</td></tr>
</table>



**Differences Between The 5/16 and 5/22 Versions of IS3 Scheduler**

The Miller Group surrendered two (2) versions of the IS3 Scheduler system. One version is located on the 5-16-03 set of CD's (Data Set 2), and the other is located on the 5-22-03 CD's (Data Set 4).

PGLA was not given any explanation as to why two versions of the same code were submitted, other than the simple statement that the 5-16-03 code "…was not the correct and most recent version, it is about 6 months old."

The file modification dates were determined to be as follows:

| | Modification Date | |
|---|---|---|
| **Filename** | **Data Set 2 – May 16, 2003** | **Data Set 4 – May 22, 2003** |
| Main.cc | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Makefile.am | 1-16-2003 | 5-15-2003 5:15 PM |
| Makefile.in | 1-16-2003 | 5-15-2003 5:15 PM |
| Malloc.c | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.cc | 1-16-2003 | 5-15-2003 5:15 PM |
| Row.h | 1-16-2003 | 5-15-2003 5:15 PM |
| Schedule.h | 5-7-2003 2:53 PM | 5-15-2003 5:15 PM |
| Student.cc | 5-12-2003 3:09 PM | 5-15-2003 5:15 PM |
| Student.h | 1-16-2003 | 5-15-2003 5:15 PM |

What is significant is the fact that three files from Data Set 2 (main.cc, schedule.h, and student.cc) were all modified in May, 2003. This would indicate that the version sent in Data Set 2 was indeed the most up to date version. The files sent in Data Set 4 all share the same time/date stamp, May 15, 2003 5:15 PM.



**Scheduler Files modified between Data Set 2 and Data Set 4**

While all of the files in Data Set 4 share the modification date of May 15, 2003, it only appears as though nine (9) of the files were actually modified. It is possible that a time/date stamp utility was used to alter the time/date stamp of the files on Data Set 4. Interestingly enough, there is also a folder contained in Data Set 4 which holds two files. Both of those files share the file modification date of 1-16-2003.

The header file *section.h* was renamed as *segment.h* in Data Set 4. Similarly, the file *sub_section.h* is renamed as *crs_slice.h*. The files that appear to have been altered are listed as:

*Main.cc*
*Makefile.am*
*Makefile.in*
*malloc.c*
*row.cc*
*row.h*
*schedule.h*
*student.cc*
*student*.h

In our opinion efforts have been made to further reduce code similarities between the IS3 system and the original Star_Base code by deliberately changing the names of variables, functions and tables.

| Main.cc 5-16-03 | Main.cc 5-22-03 |
|---|---|
| otl_stream student_to_schedule(50,<br>"SELECT student_id, grade, "<br>" reqpri, sex, ethnic, schpri, "<br>" coalesce(conflict,'M') AS conflict, "<br>" hold_sex, hold_grade, "<br>" coalesce(cluster_code,'1') AS cluster_code, "<br>" start_period, end_period, "<br>" has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP "<br>" FROM sched_stu "<br>" WHERE school = :wschool1<char[4]> and "<br>" (spmn = :spmn2<char[5]> OR "<br>" :spmn3<char[5]> = 'ALL') and "<br>" (student_id = :single_student_id4<char[10]> OR " | otl_stream student_to_schedule(50,<br>"SELECT student_id, grade, "<br>" reqpri, sex, ethnic, schpri, "<br>" coalesce(conflict,'M') AS conflict, "<br>" hold_sex, hold_grade, "<br>" coalesce(cluster_code,'1') AS house_code, "<br>" start_period, end_period, "<br>" has_requests, to_char(to_number(end_period,'99') + 1,'99') AS EP "<br>" FROM sched_stu "<br>" WHERE school = :wschool1<char[4]> and "<br>" (spmn = :spmn2<char[5]> OR "<br>" :spmn3<char[5]> = 'ALL') and "<br>" (student_id = :single_student_id4<char[10]> OR " |

| | |
|---|---|
| " :single_student_id5<char[10]> = 'ALL') and " " (conflict is null OR conflict = '') " " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); student_to_schedule << env.school; | " :single_student_id5<char[10]> = 'ALL') and " " (conflict is null OR conflict = '') " " ORDER BY grade, reqpri desc, sex, ethnic, schpri desc",db); student_to_schedule << env.school; DEBUGOUT(env.school); |
| if (curstu.get_requests(env,db)) { DEBUGOUT("Has requests"); [illegible] [illegible] [illegible] int code; code=curstu.build(); | if (curstu.get_requests(env,db)) { DEBUGOUT("Has requests"); [illegible] [illegible] [illegible] int code; code=curstu.build(); |
| if (env.type_of_sched == "M") { string schedstusql("UPDATE sched_stu SET conflict = '"); schedstusql=schedstusql+conflict+"' WHERE SCHOOL = '"+env.school+ "' AND student_id = '"+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement+"'"; otl_stream schedstuupdate(1,schedstusql.c_str(),db); schedstuupdate.rewind(); } //Stu head stuff [illegible] } | if (env.type_of_sched == "M") { string schedstusql("UPDATE sched_stu SET conflict = '"); schedstusql=schedstusql+conflict+"' WHERE SCHOOL = '"+env.school+ "' AND student_id = '"+dynamic_cast < SQLGenericVar<string> * >(studentrow.row()["student_id"])->varelement+"'"; otl_stream schedstuupdate(1,schedstusql.c_str(),db); schedstuupdate.rewind(); } //Stu head stuff [illegible] } |
| [illegible] { DEBUGOUT("In set_stu_head()"); string checkstring("select count(*) as cnt from [illegible] where syear ='"); checkstring=checkstring+env.syear+"' AND school = '"+env.school+"'" "AND student_id = :student_id<char[10]>"; DEBUGOUT("checkstring"); DEBUGOUT(checkstring); otl_stream check(50,checkstring.c_str(),db); | [illegible] { DEBUGOUT("In set_sched_student_results()"); string checkstring("select count(*) as cnt from [illegible] where syear ='"); checkstring=checkstring+env.syear+"' AND school = '"+env.school+"'" "AND student_id = :student_id<char[10]>"; DEBUGOUT("checkstring"); DEBUGOUT(checkstring); |

3:03-cv-03105-RM-BGC # 181-9 Page 20 of 20

**Century Consultants, Ltd. V. The Miller Group, et al**
CONFIDENTIAL *May 29, 2003*

```
  DEBUGOUT(":student_id");
  check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
   string insertsql("INSERT INTO
stu_head (syear, school, student_id, "
                        " priority_ext,
conflict_cd, "
                        " change_date,
reprint_flag, "
                        " reprint_code) "
             " VALUES (");

insertsql=insertsql+env.syear+"','"+env.sch
ool+"', "
       "
:student_id1<char[10]>,'5',:wpflag2<char[1
]>,current_date, "
       " '"+env.stx_sched_flag+"','1')";
   DEBUGOUT("insertsql:");
   DEBUGOUT(insertsql);
   otl_stream ins(1,insertsql.c_str(),db);
   ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
   ins << flag;
  } else {
   string updatesql;
   if (env.stx_sched_flag == "Y") {
    updatesql="UPDATE stu_head SET
change_date = current_date, "
               " reprint_flag = 'Y', "
               " reprint_code = CASE
reprint_code WHEN '2' THEN '3' "
               " WHEN '0' THEN '1' ELSE
```

```
  otl_stream
check(50,checkstring.c_str(),db);
  DEBUGOUT(":student_id");
  check << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
#ifdef OTL_UNIX_ODBC
  string count;
  check >> count;
  if (count=="0") {
#else
  double count;
  check >> count;
  if (count==0) {
#endif
   string insertsql("INSERT INTO
sched_student_results (syear, school,
student_id, "
                        " conflict_status,
change_date) "

            " VALUES (");

insertsql=insertsql+env.syear+"','"+env.sch
ool+"', "
       "
:student_id1<char[10]>,:wpflag2<char[1]>,
current_date)";

   DEBUGOUT("insertsql:");
   DEBUGOUT(insertsql);
   otl_stream ins(1,insertsql.c_str(),db);
   ins << dynamic_cast <
SQLGenericVar<string> *
>(studentrow.row()["student_id"])-
>varelement;
   ins << flag;
  } else {
   string updatesql;
   if (env.stx_sched_flag == "Y") {
    updatesql="UPDATE
sched_student_results SET change_date =
current_date, "
               " conflict_status =
```

P.G. Lewis & Associates LLC DATA FORENSICS

*** Confidential – Attorneys Eyes Only**
Page 39 of 74