E-FILED
Tuesday, 06 March, 2007 04:34:48 PM
Clerk, U.S. District Court, ILCD

EXHIBIT 8

# Proposal for
# Northbrook/Glenview School District #30
Northbrook, Illinois



Submitted by

**The Miller Group**
Internet Stuff

Vendor Representative:

John G. Miller III, President and CEO
The Miller Group
1028 South Second Street
Springfield, Illinois 62704
Phone: 217/789-4430
FAX: 217/789-4370
jgm@miller-group.net



**Proposal for
Northbrook/Glenview School District #30**
Northbrook, Illinois

### Articulated Client Need

Northbrook/Glenview School District #30 (Northbrook/Glenview) serves approximately 1,100 students in kindergarten through eighth grade in Northbrook, Illinois. Northbrook/Glenview's staff includes 90+ teachers, as well as additional support staff, all of whom would be users of the proposed student information system.

Using the current data as a foundation, district staff members would like to build a comprehensive, web-based student information system (SIS) that brings a broader range of secure, easily accessible student information to the desktops of teachers and administrators. A goal of this effort is to eliminate the use of the current SIS after the implementation of the information system.

### Assumptions

In submitting this proposal for review, The Miller Group, Inc. makes the following assumptions:

The district's hardware and network are sufficient to support the use of InfoSystems$^3$ (IS$^3$) by District #30 constituents;
District #30 will provide an adequate hardware/software platform for InfoSystems$^3$;
District #30 will designate a representative to serve as the primary contact person with The Miller Group; and,
Export of current data will be done in accordance with The Miller Group guidelines.

### InfoSystems$^3$ Overview (www.infosystems3.com)

InfoSystems$^3$ is a web-based student information system that integrates existing information — even that from individual, discrete sources — with new data, which is then accessible via any web-enabled computer. InfoSystems$^3$ integrates the user interfaces of multiple applications into a single interface that enables users to input and access data from these applications. IS$^3$ also affords access to data in formats that are customized to meet the specific needs of the user.

A multi-tiered security system allows for various levels of access to the information and ensures the confidentiality of student and business records. Northbrook/Glenview

2

School District #30 will determine who should have access to data and what level of security clearance each user should receive.

InfoSystems[3] was developed in conjunction with teachers and administrators from the Springfield Public School District #186. Springfield approached The Miller Group to help it design a student information system when district staff failed to find an acceptable product already on the market. InfoSystems[3] was then made available to other school districts that wished to turn their data into information. This collaboration between the districts using IS[3] and The Miller Group continues, as new capabilities are developed for IS[3].

### IS[3] offers:

- **Platform independence** — InfoSystems[3] runs on Mac, Windows and UNIX platforms.
- **24/7/365 Availability** — All the data, all the time. No cumbersome nightly uploads, no additional software to buy, nothing extra to maintain.
- **Your choice of Database software** — IS[3] runs best on Oracle or PostgreSQL, but can be adopted to work on MySQL, Informix, Sybase, SQL Server – almost all ODBC compliant database software, including Free Open Source!
- **Scalability, Expandability and Power** – Using inexpensive clusters of computers, IS[3] can scale to meet any number of users, students, schools and districts.
- **Flexibility** — To meet the specific needs of individual school districts, InfoSystems[3] is composed of hundreds of tiny programs, or "applets." This feature means that making changes is as simple as writing or amending these small programs to change the capabilities of the system. These changes can be made for a nominal charge by The Miller Group or can be made by district staff trained to make these modifications. You get the source code!
- **Ubiquitous access** — Users with the proper security clearance can access student information from any web-enabled computer with appropriate versions of Explorer, Netscape or Communicator.
- **Reduced operating and training costs** — Because IS[3] is browser-based, end users already familiar with the Internet and the skills required to navigate the web have a built-in comfort level with the system. They simply apply the Internet computer skills they already have to IS[3]. And, the more comfortable staff members are with any system, the more they will use it and benefit from it. The web-based interface greatly reduces the need for expensive and extensive training.
- **"Point and click" access to data** — With IS[3]'s pop-up menus and single, easy-to-use interface to standardize data and reduce inaccuracies, all data in the system is accessible by end users (i.e., all information about J.F. Kennedy Middle Grade School would be entered and accessed as "Kennedy"). By standardizing the data input and retrieval processes, nothing is "hidden" because information about the school and its students has been entered as "JFK," or some other variation of the school's name.

3



- **"Once only" data entry** — With InfoSystems³, data is entered only once, closest to where it is created (e.g., the teacher's desk). It is then immediately available to other system users, for any student information need.
- **Easy-to-read graphic presentation of data** — The IS³ electronic cumulative folder for each student is a visual representation of the paper folders used by schools for many years and contains information that staff members need every day. And, the InfoSystem³ assessment module illustrates test scores and sub-test scores as colorful graphs and charts, making them easy-to-read and analyze.



- **Ability for districts to use existing software and hardware** — Because IS³ runs on a district's existing platform, integrates with applications already in use and operates on any computer with a minimal web requirement, districts avoid costly hardware and software upgrades.

4

- **Reduced client/server software slowdowns** — As $IS^3$ is a true web-based information system, the difficulties and obstacles presented by the client-server environment are avoided.
- **Easy Query** — Easy to use SQL query language allows complete access to all data.
- **"No Child Left Behind"** (NCLB) — data collection, tracking, analysis, and reporting requirements of the federal law are addressed in $IS^3$.

## The $IS^3$ Solution for Northbrook/Glenview School District #30

As a solution to the need for greater flexibility of, and accessibility to, student data, The Miller Group has created a comprehensive web-based student information system that uses legacy data from the existing SIS application. The hub for this system will be the Northbrook/Glenview School District #30 intranet, and $IS^3$ will provide secure, immediate access to student information by teachers, administrators, parents and other stakeholders identified by the district. The conduit for the flow of information will be a single web-based interface accessible via any Internet-ready computer that meets a minimal web requirement.

## Standard $IS^3$ Features:

**Electronic cumulative folders** – including General Info, assessments, grades, attendance, schedules, special education, discipline summary, school history, health information, photos, demographic information (e.g., addresses, emergency phone numbers, relationships, etc.), maps, and more.



**Attendance** — on-line attendance and reports
**Assessment** — includes current ISAT data and historical data, files for ITBS, COGAT, MAS, DRA, Stanford, Prairie State, Plan, Explore, CAT and others
**Grades** — electronic grade book and/or on-line entry
**Student information editor** — ability to add new students and edit existing student information
**Scheduling** — full scheduling capabilities including block, period, mass editor, single student, etc.
**Guidance and Transcripts** — including grade point average, class rank, graduation requirements, and grade maintenance.
**Eligibility** — for athletics and other co-curricular activities
**Discipline** — based on the successful "PBIS" system
**Progress reports** — on-line entry
**Searchable database of Illinois Academic Standards and Benchmarks**
**Body of Knowledge (BOK) database and curriculum samples**
**Student demographic report-generating capabilities**
**Electronic class lists**
**Mail merge** — data delivered to the desktop
**On-line technology inventory**
**Special Education**
**Equipment Inventory**
**On-line help system**
**Lunch counts**
**Job postings**
**Customizable security system** – down to the individual user
**Calendar for district events and professional activities**
**Parent and Student access**
**On-line student requests for scheduling and registration**
**On-line supply catalog**
**User Preferences and Customizable Menus**

InfoSystems$^3$, a **new generation** Student Information System, provides more of what district and building administrators, teachers, and other support personnel need to make school improvement decisions that are both objective and data-driven. Standardized test and local assessment data, student demographic and health information, grades, attendance history, athletic eligibility records or complex scheduling requirements, are provided by IS$^3$ on demand, 24/7/365 – from any Internet-enabled computer on or off site.

The power and flexibility of IS$^3$ will allow District #30 to stay in front of the requirements of local, state and federal mandates, including No Child Left Behind, by incorporating other database information easily and inexpensively. IS$^3$ can even be modified by the district's own personnel.

6

Best of all, District #30 will have a Student Information System that meets its immediate and future needs, that will not become outdated with new technology, that has been designed and built by teachers and administrators, and that will be responsive to the needs of administrators, teachers and parents. InfoSystems$^3$ should be the last Student Information System District #30 will ever need!

### Costs

The costs to provide the services listed above are as follows:

**Standard IS$^3$ Features** — $25,000

*This is a savings of $40,000 over the regular price.* This savings is available only until June 1, 2003. We will request that you sign a non-disclosure agreement regarding this proposal (attached).

**Installation** — Billed at a rate of $95 per hour, estimated to be approximately $1.000

**Customizations and New Features** — Billed at a rate of $95 per hour

**Training** — $750 per day per trainer, plus expenses – estimated to be 4-8 days. ($3,000 - $6,000 plus expenses)

**Support** – One year of support is included with the purchase price. Annual support for product enhancements/bug fixes/customer support – 15% of purchase price.

**Terms** – Payment with confirmed order.

### Timeline for Any Customization and New Features

This timeline will be developed according to a schedule mutually agreed upon by Northbrook/Glenview School District #30 and The Miller Group.

### Hardware/Software Recommendations

We recommend, as a database server and web server combination, a dual processor P4 or G4 computer with 1-2 Gigabyte RAM, 80 + Gigabyte 7200 RPM IDE (or 10000 RPM SCSI) Hard Drive, 10/100 base T Ethernet, Tape Drive Backup, Mac OS X or Linux operating system (Red Hat 8.0). Cost estimate is less than $3000.00

We also recommend PostgreSQL database Engine – a free Open Source Database. IS$^3$ also runs on Oracle.

8

## References

1. Dr. Robert Hill, The Ball Foundation (bhill@ballfoundation.org)

2. Ms. Sue Ruff, Springfield, IL District 186 (217) 525-3015

3. Mr. Rick Nelson, Adlai Stevenson High School, District 125, (847) 634-4000 ext.1957

4. Mr. Fred Lamkey, Riverton, IL Middle School (217) 629-6002 (Discipline Module only)

5. Mr. Joel Murphy, Oswego, IL District 308 (630) 554-3447

Background of The Miller Group, Inc.

The Miller Group, Inc. is a consulting and professional services firm that that was founded by Mr. Jack Miller. It has been in operation since 1997. Its mission is to assist clients in improving their business operations by exploiting customized, state-of-the-art internet-based technologies. The firm's key competitive advantage is based on the extraordinary levels of customer service and professional expertise that it provides to clients.

The Miller Group (TMG) specializes in development, analysis, and maintenance of dynamic web-based applications that can be integrated with databases of information. By combining customized, easy to use interface designs with innovative application development, the firm assists its clients in making enterprise-wide applications both economically and operationally feasible. TMG can incorporate all industry standard technologies, including Java, XML, JavaScript, and C++, into client systems and can develop and deploy applications across multiple platforms. Dynamic web applications enable clients to avoid the high costs of purchasing new software. Further, by enabling clients to maintain existing legacy data, TMG applications provide clients with the flexibility of ubiquitous access, low maintenance costs, and low training costs.

The Miller Group's web-based applications have been described by clients as "user-friendly" with an intuitive presentation of information. Past initiatives of The Miller Group have included a client-server based human resource software package known as $HR^3$ and a COBRA benefits management package known as $COBRA^3$.

Management Structure

John G. Miller III

Jack Miller is the President, Founder and 100% owner of The Miller Group, Inc. Jack has served as chief architect for the development of $HR^3$, $COBRA^3$, and $InfoSystems^3$. Jack's vision and business management experience have been the driving force of The Miller Group, Inc.

Prior to establishing The Miller Group, Inc., Jack spent his professional career in the insurance industry, including serving as Manager, Pension & Profit Sharing, Estate and Business Analysis for Aetna Life & Casualty and a Principal of: Robinson, Miller & Robinson, Inc; Campbell, Bartholf & Miller, Inc. and Casper Bartholf and Miller, Inc, independent insurance agencies.

Jack has been a member of the Board of Directors of United Community Bancorp, Inc., United Community Bank, Chatham and Pawnee, and as a member of the Board of Directors of the 1st National Bank of Bunker Hill, Peoples State Bank of Gillespie, and the Farmers State Bank of Greenfield. He also served on the Board of Directors of the Springfield Boys and Girls Club.

10

Jack Miller is active in many civic organizations including membership in the United Way of Central Illinois, Big Brother/Big Sister, Youth Service Bureau; Springfield Urban League; and serves as Scoutmaster of Boy Scout Troop 3 and Boy Scout Troop 14. Jack has also served as President of the Sangamon County Historical Society, President, Vice President and Board Member of the Rotary Club of Springfield and as Board Member and Chairman of the Rotary Club of Springfield Foundation.

Miller is a member of the Illini Country Club where his is chair of the Golf Committee and he and his wife serve as long-standing co-chairs for the Junior Golf Committee. Jack Miller is also a member of the Sangamo Club and the Union League Club of Chicago.

Jack is a life-long resident of Springfield, Illinois, is married to Barbara Miller, Re/Max Realtor. They have two daughters, Jennifer Tobin Miller, a law student at the University of Miami, Coral Gables, Florida, and Carolyn Abbey Miller, a senior at the University of Illinois, Urbana-Champaign, Illinois.

### Thomas D. Tolsdorf, CPA

Tom Tolsdorf is the Chief Financial Officer at The Miller Group, Inc. Tom has been connected with Jack Miller individually and The Miller Group as their independent accountant for the last 20 years.

Prior to joining The Miller Group, Tom spent 25 years with McGladrey & Pullen, LLP a national CPA firm. He joined McGladrey & Pullen, LLP in their Des Moines, IA office in February 1977. He accepted a transfer to Springfield, IL in August 1981. In June 1982 he was admitted to partnership. Since that time Tom has worked extensively with private companies in various industries helping them structure their businesses and advise them on financial matters. This also included advising the owners of those businesses with regard to their individual tax matters.

From June 1971 through January 1977, Tom was employed by the Internal Revenue Service as a field agent in the examination division. This employment with the IRS was interrupted for approximately 10 months while Tom was attending helicopter flight training as a member of the Iowa National Guard.

Tom received his Bachelor of Science in Education from the University of South Dakota in January 1971. He taught business education courses for one semester before joining the IRS for a career-enhancing move.

### William M. Choat, PhD

William Choat, PhD is Director of Programming at The Miller Group and is responsible for the continuing development of software products that are designed to meet the information management needs of clients. At The Miller Group, he has been involved in the development of human resources management program $HR^3$ and

11

COBRA[3] (the COBRA benefits notification, billing, and tracking system) and has been the leading programmer for IS[3]. Since 1986, William has developed numerous database management applications including accounting, billing, inventory, contact management, and radiology patient profile tracking systems.

William was Coordinator of the Microcomputer Resource Center for the Illinois Department of Corrections for 9 years before joining the staff at The Miller Group. He also served as President of ICON (International Computer Operations Network, Ltd.).

Dr. Choat has a B.S. degree from William Jewel College, and a Ph.D. in Technology Education and Computer Science from the University of Illinois at Urbana-Champaign. Before beginning his computer career, William studied piano both in the United States and in Europe. He has played solo classical piano recitals in the United States and Europe. In September 1995 he made his New York debut at the Weill Recital Hall at Carnegie Hall.

Mike Holinga

Mike Holinga serves as Sales & Projects Manager for The Miller Group. He is a retired Chief Information Officer for the Springfield, Illinois Public School District. He served in this position for 18 years. Mike has taught chemistry in the K-12 setting and received one of the first state grants (1978-81) to integrate technology into the curriculum. Mr. Holinga has also taught at the college level, has building level administrative experience, district level experience in technology and science and served as a School Board Member in the Tri-City School District, located in Buffalo, Illinois. He was the first President of the Illinois Regional Computer Consortium. His interest in the integration of technology into the curriculum has lead to the development of "The Rule of Thirds" which has been in use in the Springfield Schools for the past 15 years and is now widely utilized in school settings.

Mr. Holinga has been instrumental in the development of the Springfield Public School District's nationally recognized instructional and professional development model, Project Lincoln. This program continues to expand and flourish eight years after its inception and serves as the basis for the district's integration of technology into the classrooms. In the last 10 years, he has helped author numerous successful technology grants and awards for the Springfield School District. The grants include Scientific Literacy Pilot Project Grants, Demonstration Site Grants, an NCSA Technology Grant, Goals 2000 Professional Development grant, state TLCF grants and the Springfield Educator Academy Grants. The Springfield Schools Technology programs have been nationally recognized and the district has hosted thousands of visitors in the last five years. The district's Technology Academy has allowed teams of teachers from all over the State to experience the district's Professional Development Summer Programs. He has published numerous articles and his latest article appeared in the April 99 edition of the ISTE Journal "Learning and Leading with Technology."

Mr. Holinga has consulted with numerous school districts all over the country on the use of technology to catalyze educational reform. His expertise in working with school district administrators to facilitate long-range planning and staff development programs is in great demand. He has presented at the last three NECC Conferences and makes numerous presentations at regional and state conferences. He presently serves as a Technology Plan Peer Reviewer for the State of Illinois. He served as the Co-Chair of the State Science Convention.

He has supervised a staff of fifteen and administered a yearly budget of over 2 million dollars, and he has negotiated several intergovernmental agreements that produce substantial in-kind contributions for the school district's technology budget.

Michael Long

Michael Long joined The Miller Group as Account Executive in March 2003 from the Illinois State Board of Education. Prior to his service at the State Board, Mike taught on the history faculty and was department chairperson at Springfield College in Illinois, a two-year transfer liberal arts institution. In 1985, he became the Academic Dean and Provost and supervised nearly 100 faculty and instructional support staff with a budget of more than $5 million.

At the State Board, he served as the division administrator responsible for the accreditation of teacher training institutions, the design and implementation of a statewide induction and mentoring program for novice teachers, and the development of comprehensive strategies to recruit educational personnel, particularly in high demand fields and underserved school districts. He supervised ten professional and clerical staff and monitored a $5 million budget from the state's General Revenue Fund.

Mike also administered the State Board's program to recruit and support Illinois teachers seeking national certification from the National Board for Professional Teaching Standards. In less than five years, Illinois became the tenth-ranked state in the number of National Board certified teachers, growing from less than 30 to more than 500 over this period.

Michael was also charged with assisting the State Board and school districts in addressing the expectations demanded by the federal No Child Left Behind (NCLB) legislation of 2001. In his work with The Miller Group, he will assist school districts in aligning their needs with the requirements of No Child Left Behind and the capabilities of InfoSystems[3]. Mike also will provide support to districts throughout the student information selection and implementation process.

Mike has undergraduate and graduate degrees in history from Illinois State University, with more than 40 hours of coursework toward a doctorate in higher education administration.

13