E-FILED
Tuesday, 06 March, 2007   04:35:01 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

9



# INFORMATION SYSTEMS TASK FORCE
## OCTOBER 25, 1999

**Present:**   Jack Miller              Karen Thompson
              Carol Votsmier           Sue Rowe
              Tom Kerins               Debbie Hapli
              Donna Lynn               Peggy Gilbert
              Agnes Nunn               Henry Stuckey
              Brent Qualls             Kendra Pamenter
              Judy Luecking            Sue Ruff
              Gary Sullivan            Mike Holinga
              Jim Jackson              Diane Rutledge
              Bob Hill                 Chuck Flamini
              Karen Holmes

Because of the importance and time-sensitive issue of dealing with StarBase or another way in which to access student data, Dr. Hill asked that we pretend it is now 2003 and asked that we list things which were done in 1999 to get to 2003. Items mentioned were:
1. User gets only needed information in usable form/format
2. User gets information on demand – when needed
3. System is user friendly
4. Useless reports (paper) no longer produced
5. Parents have access to information and registration
6. Most data collected automatically
7. Assessment is on line
8. Hardware available to all

At this time, these programs are being used:
- Financial package – SCI
- Student database – StarBase - Oracle
- Transportation – Edulog
- O&M – SchoolHouse FM

Dr. Hill asked if, in 2003, would there be a position of information officer? What is the role of the Information Systems Task Force group? What are they doing? Will there will be a need for someone to manage information and be a bridge between the business and program side, possibly a Cabinet position. What will the information office look like? What skills will it have? Will it be a peopleless office, just using consultants under contract? It will require a person with an overview of ways to keep it all tied together, who works easily with parents and teachers, has an understanding of financial and instructional views, and is a futurist who can look at emerging technologies to see what might be advantageous to the District.

StarBase will supply us with newer versions and it will be different from what it is today. It will not give the instructional side what it needs. We have to take the data structures now and build on the existing system and add features we want. When that is successful

and working to our satisfaction, we can make a decision as to totally removing that database or continue using Oracle with a new program. With the system developed by Jack, we can obtain information quickly. Henry reiterated training is necessary no matter what the system. Perhaps StarBase isn't the problem – it could be the lack of training.

As the schools become more site-based, more of the financial decisions are being driven to the schools through StarBase and the instructional management package. To tie these together, TCP/IP could be used to interface all the programs.

Doing a fault-free analysis, what could go wrong with the transition?
- New front end – keeping integrity of database in place when developing interface to update it.
- The SQL code – StarBase likes to see what you are doing each time and mimic records.
- Paradigm shift. Cannot incrementally build the steps from where we are in this system to where we are going without a paradigm shift.
- Cannot "bury" Comet until its successor is known to work.
- Run payroll systems for a short time, long time or no time?
- Can it be done within the time frame (start of school 2000) within the confines of the existing resources?
- May have to use both interfaces for a period of time so that reports can be run by the schools with a goal of getting to one system as soon as possible.
- High schools, middle schools and special education offices need Comet but this could be obtained through the interface if something is written for them.
- Time demand on Henry's staff in implementing interface.
- Need capacity to run on two systems if necessary, particularly related to reports which are necessary.
- Resource issues relative to what staff may be asked to do in the allotted time frame.
- Hardware and training available.
- Food service and transportation will need access to student base.
- Edulog pulls information it needs and processes it itself.

It is necessary to make all systems speak the same language and programs connected. Teacher ID in StarBase is inconsistent and which has nothing to do with StarBase and must be changed procedurally. Testing on StarBase is not working. Must be rewritten regardless of what system it's on. On-line portion of StarBare will not contain information on the various test scores.

Needs of new system:
- Flexibility,
- Credibility,
- Integrity,
- Affordability,
- Capacity.

10/25/99                                                                                                              2

What is the cost of flexibility? We realize that it can't be done faster without more resources for personnel, consultant time, and hardware and need to include resources for staff training and professional development courses.

Mike, Tom, Henry and Agnes will meet with Jack to discuss his contract, our continuing plans, and what is best for the District. They will revisit Jack's suggestion of having Brent spend some time working with him on the information system.

Dr. Hill said we should have an internal meeting to review our points and consider asking Jack to build an infrastructure for which we could develop the programs. Long term goal is student information system which does everything we want over the internet. We need to determine what will be done in the projected two-year transition period to reach our goal in 2003.

After this lengthy discussion, Dr. Hill said he feels we are closer to concensus than ever been. The issues have been identified, and a plan is laid out by quarters, including the time line for expertise of staff to replace Jack's services.

Dr. Hill then explained the project being implemented to handle the paperwork involved in assigning students to the same or different schools following the boundary changes.