E-FILED
Tuesday, 06 March, 2007 04:35:16 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

10

```
                                                                    1

 1           IN THE UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
 2                  SPRINGFIELD DIVISION

 3

 4
     CENTURY CONSULTANTS, LTD.,        )
 5                                     )
         Plaintiff,                    )
 6                                     )
     vs.                               ) No. 03-CV-3105
 7                                     )
     THE MILLER GROUP, INC., JOHN G.   )
 8   MILLER, and THE SPRINGFIELD       )
     PUBLIC SCHOOL DISTRICT 186,       )
 9                                     )
         Defendants.                   )
10

11

12

13

14

15

16

17                    The Deposition of:

18                       HENRY STUCKEY
                       October 21, 2004
19

20

21
                     JULIE L. BLOOME REPORTING
22                       104 Maple Street
                       Post Office Box 264
23                    Raymond, Illinois 62560
                          217/229-3309
24
```

10

1 you provide any other documents to Mr. Manson?
2     A. No, I have not.
3     Q. Did those minutes that you provided to
4 Mr. Manson have your handwritten notes or other
5 notations on them?
6     A. Some items I had highlighted, but other
7 than that, there was no other notations on them that I
8 recall.
9     Q. Some items you had highlighted?
10    A. That's correct. Just in reviewing 'em,
11 was things I remembered, because we're talking about
12 things three or four years ago.
13    Q. Did you highlight those items after you
14 received the subpoena?
15    A. No, I had back a year and a half ago when
16 this started.
17    Q. When the lawsuit started?
18    A. That's correct. I was called in and -
19 not worked with Mr. Manson - but the attorney before
20 him that passed away.
21    Q. Mr. Trapp?
22    A. That's correct.
23    Q. So you met with Mr. Trapp?
24    A. That's correct.

1 highlighted minutes back at your home?
2     A. Yes, I do.
3     Q. Were there any other markings on the
4 minutes, other than your highlighted markings?
5     A. No.
6     Q. You just indicated that you retired from
7 the school district?
8     A. That's correct.
9     Q. When did you retire?
10    A. March 22, 2004.
11    Q. Was that a voluntary retirement?
12    A. Yes.
13    Q. At the time you retired, what was your
14 position at the school district?
15    A. Information Systems Director.
16    Q. How long had you held that position?
17    A. I'd been with the District since 1970. I
18 come into management in 1977 as Data Processing
19 Manager, and then my title changed over the years to
20 Director of Information Systems, and that particular
21 title I probably had the last five or six years I was
22 within the District. It was Information Systems/Data
23 Processing Director, actually.
24    Q. You started your career at the

11

1     Q. And was it at that time that you brought
2 with you the documents that you still had at your
3 home?
4     A. That's correct.
5     Q. Those minutes?
6     A. Yes, those at the point in time I was
7 working with the district, but since then, I have
8 retired.
9     Q. Okay. Did you bring with you to your
10 meeting with Mr. Trapp any other documents?
11    A. No.
12    Q. Okay.
13         Do you have, Mr. Shupenus, the copies of
14 the minutes which have those highlighted markings on
15 them?
16         MR. SHUPENUS: I immediately took those
17 documents, I gave them to someone on the staff. I
18 didn't see the highlight, and so they didn't photocopy
19 them, and so they'll look the same.
20         MR. HILLIARD: So you don't have the original
21 highlighted minutes?
22         MR. SHUPENUS: No, I gave them right back to
23 Mr. Stuckey.
24         MR. HILLIARD: Do you still have those

1 Springfield Public School District, though, in 1970?
2     A. That's correct.
3     Q. And what was your first position in 1970?
4     A. I was a computer operator.
5     Q. Is that akin to a programmer?
6     A. No, it's just operation of the computer.
7     Q. Okay.
8     A. Which at that time was a main frame
9 computer, which is totally different than what PCs and
10 things are now.
11    Q. Have you ever held a job in which a part
12 or all of your responsibilities were programming?
13    A. No, I have not.
14    Q. So you do not consider yourself a
15 programmer?
16    A. That's correct, I do not. I had some
17 training in college, but I have never had a position
18 as far as a programming position.
19    Q. What type of training did you have in
20 college?
21    A. Some COBAL programming beginning courses
22 I think Fortran, one course in Fortran.
23    Q. Basic?
24    A. Yeah, basic Fortran, and that's about

                                        22

1    A. It --
2    Q. If you know.
3    A. I don't remember the exact definition in
4  the contract. From me reading the contract, because I
5  have read it a few times, I believe it was the
6  licensing of the software.
7    Q. And what did you understand the basic
8  agreement to be in - this is in 1995, or thereabouts?
9    A. Yes.
10   Q. What did you understand the basic
11 agreement to be, if it was a license?
12   A. That we had the right to use the software
13 within our school district and any of the buildings in
14 the district serving the needs of the students.
15   Q. But that the district didn't own the
16 software?
17   A. That's correct.
18   Q. Century still owned the software,
19 correct?
20   A. That's correct.
21   Q. Do you recall where there any
22 restrictions in that license agreement, whether the
23 district could disclose the program to anyone outside
24 the district?

1  guessing, '98/'99 time frame.
2    Q. Okay. Now, after that date, was there
3  any further agreement entered into by the school
4  district and Century?
5    A. Not agreements other than annual
6  maintenance agreements. That made sure we renewe
7  with them.
8    Q. Okay. Did the district ever enter into
9  any further agreement with Century for the licensing
10 of a web based software package?
11   A. Um, they come out and demoed it,
12 demonstrated it, and I'm trying to remember if we
13 actually -- I know that Bob come out and demoed it a
14 he put it on our machines. I believe we did get a
15 license for some user web piece of it, and again, that
16 would probably be in 2000, somewhere around 2000/2(
17 time frame --
18   Q. Okay.
19   A. -- that it could be used on a certain
20 number of computers and so on.
21   MR. HILLIARD: I'll ask you to mark that,
22 please.
23       (Whereupon Stuckey Exhibit 2
24        was marked for identification.)

                                        23

1    A. I believe there is a paragraph in there
2  that the software should not be given to anyone
3  outside the district.
4    Q. That was your understanding of it?
5    A. Yes.
6    Q. From the beginning, from 1995?
7    A. That's correct.
8    Q. Did that understanding ever change?
9    A. Not for me.
10   Q. Okay. Well, do you think it changed for
11 anyone else? In other words, did Century ever change
12 their contract?
13   A. We obtained a new contract, I believe, or
14 addendum to it, I don't remember exactly for sure,
15 because we upgraded from their - what we called
16 character based Star_Base - which was their first
17 version up to the graphical, and at that point in
18 time, I believe there was a new contract that was
19 issued. It's either an addendum to the original, or a
20 new one, but basically, I think the wording was pretty
21 much the same.
22   Q. Do you recall approximately when that new
23 agreement was entered into?
24   A. Probably -- again, I'm just kind of

1    A. And at that time, Century had different
2  representatives. I worked with Bob somebody, I think
3  it was Ann and John, I do not remember last names,
4  that was in the sales area for Century.
5    Q. Okay. I'm showing you what's been marl
6  as Stuckey 2 for identification.
7    A. Yes.
8    Q. Do you recognize Stuckey 2?
9    A. Yes, I do.
10   Q. Can you tell us what it is?
11   A. Yes, it's a license for the leasing of
12 the license for the web based software.
13   Q. For Star_Base?
14   A. That's correct.
15   Q. And is that your signatures on the first
16 page?
17   A. Yes, it is.
18   Q. So, am I correct that you were authorized
19 to enter into this agreement by the school district?
20   A. Yes, I was.
21   Q. And did you sign it on or about February
22 19, 2001?
23   A. That's correct.
24   Q. Did you read it before it was signed?

26

A. As well as I could, plus it was sent to our district attorney to have it reviewed.
Q. Who was that?
A. I think it's Eric Grenzebach, the district attorney.
Q. Okay.
A. But at least it was given to Mike Holinga, who was actually at that point in time, Chief Information Officer for the district, and I was told it was taken to attorneys, and then sent back to me, so I assume it was.
Q. Okay. You didn't make the decision to sign this, correct?
A. No.
Q. You were told that it was acceptable to the district?
A. Yes.
Q. And that you were authorized to sign it?
A. Yes.
Q. Now, I believe you just mentioned that you recall an initial license agreement in 1995?
A. That's correct.
Q. And then I believe you said that you thought there was a second license agreement, and I

different in the earlier license agreements?
A. Without having another one here, it's hard to say. I mean, it looks different just the way it's laid out, but I think it pretty much had the same paragraphs in them.
Q. A few minutes ago I asked you if there were any provisions in the license agreement you recalled from 1995 which govern the use by the district of the software package, and you testified that you recall some language that restricted the district's ability to disclose the software to third parties, correct?
A. That's correct.
Q. Do you see any provision in this agreement consistent with your recollection of what was contained in that original agreement?
MR. SHUPENUS: I'm going to object to the extent it calls for a legal conclusion. Go ahead and answer.
A. I can go ahead and answer it?
Q. Yes, you can. Yes. I'm sorry.
A. Yes, in the confidentiality portion of it.
Q. Where are you?

27

think you said it was somewhere around 1999?
A. I believe for the graphical when we first - because we went three phases with Star_Base: Characters, the graphical, and then the web piece they was working on.
Q. Now, the document you're looking at, Stuckey 2, is that the web license agreement?
A. Let me make sure.
Q. Or the graphical?
A. I believe this is the web. It also has it right on there.
Q. Now, since you signed this agreement, does that lead you to believe that the school district in fact did license -- did receive a license to use the web based Star_Base package?
A. Yes.
Q. Okay. Was it in fact installed?
A. Yes, it was.
Q. Okay. And you believe there were two earlier license agreements?
A. That's correct.
Q. All right. Do you have any reason to think that the terms of the license agreement running from pages two through six of Stuckey 2 were any

A. On page 2.
Q. Paragraph eight?
A. That's correct.
Q. Okay. That paragraph which begins with the heading "Confidentiality?"
A. That's correct.
Q. Do you believe that that provision or a similar provision was in all of the license agreements that were entered into between the district and Century?
A. All the ones I seen it was, yes.
Q. Did you sign any of the other ones?
A. The original ones, I believe the superintendent signed. But I did the amended ones.
Q. You did the graphical one?
A. Yes.
Q. And as we can see here, you signed the web one?
A. Yeah, and I think I did the graphical one, but again, Doctor Hill may have, I don't have copies --
Q. Okay. At the time that Star_Base was first installed in 1995 at the district, you were the Information Systems Director, correct?

30

1   A. That's correct.
2   Q. Did you supervise a staff of people?
3   A. Yes.
4   Q. And at that time, who worked for you?
5   A. Dave Williams, Brent Qualls, and Larry
6   Morey, M-O-R-E-Y. Those was my three systems analysts
7   programmers we had.
8   Q. They all had the same title?
9   A. Two of them did, I believe. I think Dave
10  and Brent did. At that time, yes, I believe all three
11  of them did. Larry just hadn't been there as long.
12  Q. Okay.
13  A. Then I had some operations people also.
14  Q. And who were they?
15  A. Carol Mollick was computer operator and
16  Francis Lange, was both computer operators.
17  Q. They were not programmers?
18  A. That's correct.
19  Q. Mr. Williams was a programmer?
20  A. That's correct.
21  Q. Mr. Qualls was a programmer?
22  A. That's correct.
23  Q. In 1995 when Star_Base was installed, was
24  the -- strike that question. Do you understand the

1   at the district in 1995, did it come with the source
2   code?
3   A. Yes, I believe so.
4   Q. And how was that source code handled t
5   the district?
6   A. It was on our computer that we did use
7   different times to make changes, and we added, in so
8   cases, new programs that we wrote, but if the change
9   need to be made once in awhile, it could be done.
10  Most of the changes, though, with the system, we did
11  have a maintenance contract with Star_Base that they
12  provided updates and major changes to the system
13  Q. Where did the source code physically
14  reside? On the main frame at that time?
15  A. At that point in time, it would have been
16  the main frame.
17  Q. And at some point, did that -- was the
18  source code for Star_Base resident on a server?
19  A. That's correct.
20  Q. When did it start to reside on a server?
21  A. When we switched to the graphical
22  interface.
23  Q. Would that have been in the late 1990s?
24  A. That's correct.

31

1   term source code?
2   A. Yes.
3   Q. What is source code?
4   A. Source code is a code that was developed
5   to -- written to develop the system or the software
6   itself, and it has to be compiled -- object code in
7   order to -- for the system to use it to operate.
8   Q. Source code is in human readable form,
9   correct?
10  A. That's correct.
11  Q. And it is then compiled through a
12  processor into a series of digits or object code,
13  correct?
14  A. That's correct.
15  Q. And it's the object code that actually
16  runs the computer, correct?
17  A. That's correct.
18  Q. And source code can be written in a
19  number of different languages, correct?
20  A. That's correct.
21  Q. I believe you mentioned a few earlier
22  that you had some experience with in school, right?
23  A. Yes.
24  Q. Now, when Star_Base was first installed

1   Q. During the entire period of -- strike
2   that. When you retired in March 2004, was it your
3   understanding that Star_Base was still operational at
4   the district in some form, was still being used?
5   A. Yes.
6   Q. Okay. And was it your understanding that
7   the district still had possession of the source code
8   for Star-Base in March 2004?
9   A. When I left in 2004, I did not know at
10  that point in time, no.
11  Q. You didn't?
12  A. No.
13  Q. Why didn't you know at that point?
14  A. Well, I knew earlier, because it was
15  physically in our building, but then when they
16  contracted with Miller Group, it was on the server,
17  and I know that connections to the server was from
18  their building to our building.
19  Q. Who is "their" building? The Miller
20  Group's building?
21  A. The Miller Group building. I did not
22  have anything to do with the programming of any of
23  this, I would say after '99. So I don't -- I do not
24  know where the source code was residing. As far as I

**34**

1  know, it was still residing on our computer in our
2  building, yes.
3    Q. Okay.
4    A. But I -- after I sent a cancellation for
5  maintenance, and I believe that was in March/April
6  2002 to cancel the maintenance.
7    Q. With Century?
8    A. With Century. As far as I knew, the
9  software should not be used after that point in time,
10 except the only place we had any of the software was
11 on a separate server while we were still running the
12 graphical piece to run food service and transportation
13 because those things had never been developed or
14 redeveloped, and we had wrote some programs to do
15 that. They was still using the Star_Base's old data
16 base.
17   Q. Who's "they?"
18   A. I'm sorry?
19   Q. You said "they" were still using
20 Star_Base's old database?
21   A. The district was.
22   Q. The district was.
23   A. In those areas, and Bob Megan was aware
24 that we were still using that old database to run

1  superintendent in this contract with the Miller Group,
2  and he was pretty much in charge of all that going on
3  and my one systems analyst, Mr. Qualls in, I think it
4  was late '99, physically moved over to Miller Group's
5  office and worked over there.
6    Q. Did Mr. Qualls have access to the
7  Star_Base source code?
8    A. Yes, he did.
9    Q. How do you know that?
10   A. Because he always had used it in our
11 building, and they was, I know looking at things and
12 seeing how things in the system was when they was
13 developing the software at the Miller Group.
14   Q. Do you know if Mr. Qualls continued to
15 have access to the Star_Base source code after he
16 began working over at the Miller Group's offices?
17   A. Yes, he did.
18   Q. And how do you know that?
19   A. Because we talked a number of times and
20 -- in what they was developing, they ran some of the
21 pieces in conjunction with Star_Base and so on.
22   Q. What do you mean by they ran some of the
23 pieces in conjunction with Star_Base?
24   A. Well, they developed front end web pages

**35**

1  those two or three applications that we was running.
2    Q. Uh-huh. Did he voice any objections to
3  that?
4    A. No, not --
5    Q. So between 1995 and 1999, you were aware
6  that the source code resided physically on the
7  district's property for Star_Base?
8    A. That's correct.
9    Q. After 1999, however, you're not entirely
10 sure?
11   A. That's correct.
12   Q. And is it true that you're not entirely
13 sure because you don't know if the source code was
14 transferred to a different server, or...
15   A. That's correct. Because I -- because I
16 was basically at that point in time working on our
17 financial system, because we was not compliant with
18 our -- with FY2000, on our finance system, so we had
19 to go out and find a new finance system in '98/'99,
20 and we was trying to get that up and running before
21 the year 2000 came.
22     Mike Holinga, who was actually in charge
23 of tech - I think his title at that point in time was
24 Technology Director - had worked with the

1  for testing that Star_Base at that point in time did
2  not have in their system. They added, developed
3  tables and so on, they used the student information,
4  name, and address, and so on from Star_Base, and tie
5  the testing information together by pulling that
6  information from there.
7    Q. Okay. Did Mr. Qualls ever tell you that
8  he had used any of the Star_Base source code in order
9  to assist him in developing the new system that he was
10 working on with the Miller Group?
11   A. I can't say he ever personally come and
12 said we're using that. I knew he was because, you
13 know, he had accessed it, and that's the only way they
14 could do some of those things.
15   Q. Why do you say that's the only way he
16 could have done some of those things?
17   A. Well, in order for them to tie together
18 in what there was doing back to work with, you know,
19 Star-Base to pull information from the data base.
20   Q. And in your estimation they needed to
21 have access to the source code in order to tie back?
22   A. That's correct.
23   Q. In 1995 when Star_Base was first
24 installed, what were the -- as you recall, what were

Page 38

1  the different components of the package?
2      A. Of the package? There is demographic
3  information, grade reporting, attendance, and
4  attendance was both period by period and daily. There
5  was two pieces. Let me think what else. There was
6  some testing, but it was not set up for Illinois
7  Standards and Benchmarks.
8      Q. Did you mention schedule?
9      A. And scheduling.
10     Q. Scheduling. Sorry.
11     A. No, I didn't.
12     Q. There was a scheduling component?
13     A. Yeah. I believe we had basically
14 purchased or -- the whole package they had.
15     Q. Is it listed on page 6?
16     A. Yes.
17     Q. Under the heading Student Management?
18     A. That's correct.
19     Q. Those were the different - I don't know
20 if "modules" is the correct term?
21     A. It is.
22     Q. All right.
23     A. Different modules that was included.
24     Q. In your view, how significant to the

1      Q. So without those database structures,
2  none of these modules could run?
3      A. That's correct.
4      Q. And vice versa?
5      A. That's correct.
6      Q. We've mentioned The Miller Group a few
7  times already. I'd like to ask you how you first
8  learned about the Miller Group.
9      A. I think it was back in 1998. The
10 district was looking at -- the state of Illinois was
11 switching over to Standards and Benchmarks for
12 teaching students and testing students achievement,
13 and they, initially, I believe, hired the Miller Group
14 to help them assist in developing some software in
15 order to track testing, and I know that from our
16 Information Systems committee that we had.
17     Q. Is that the Information Systems Task
18 Force?
19     A. That's correct.
20     Q. Why was the task force formed in the
21 first place, if you know?
22     A. Well, it was set up - and I don't know
23 what year it was set up - I think the superintendent
24 and the other administration in the 90s started to

Page 39

1  overall package for the school district's purposes was
2  the scheduling component?
3      A. It was probably the most central piece of
4  the system, besides the database itself with the
5  student information, because it tied together
6  scheduling, grade reporting and attendance.
7      Q. What tied together?
8      A. The scheduling did.
9      Q. The scheduling did?
10     A. That's correct.
11     Q. So, in your view, the scheduling module
12 of the Star_Base package was integral to the entire
13 program?
14     A. That's correct.
15     Q. And the database structures, how were
16 they set up within the package?
17     A. I don't -- not being a programmer, I
18 don't know if I can answer that truthfully.
19     Q. Did you understand that the database
20 structures themselves were coded?
21     A. Yes.
22     Q. Okay. And did they interface with the
23 different student management functions of the program?
24     A. Yes. It was an integrated system.

1  realize that everything was done off of data and that
2  we had pieces of data everywhere, kind of -- first it
3  was on the main frame, what we couldn't do as far as
4  data processing, but once PCs and Macs come into pla
5  and servers, there is pieces here, there and
6  everywhere, so, each little office had their own
7  thing, and district-wide you could never pull any type
8  of information together, so it was set up to try to
9  consolidate and look as from the district level as far
10 as data was concerned and how it should be processed
11 Because otherwise, you was doing things two, three, or
12 four times.
13     Q. And did this Information Systems Task
14 Force hold regular meetings?
15     A. Yes, it did.
16     Q. Were you a part of that group?
17     A. Yes.
18     Q. Did you attend the regular meetings?
19     A. Yes, I did.
20     Q. Did you attend most or all of them?
21     A. Probably most. I will not say all, but,
22 yes, most of them.
23     Q. Why were you part of that group?
24     A. Because I was Director of Data

Page 46

Q. And was that possible with Star_Base as it existed at the time?
A. Not as it existed at the time.
Q. All right. But were -- did you understand that was going to be?
A. We --
Q. -- going to change in terms of what Star_Base could offer?
A. Yes, because I knew they was working on a web piece where they would be able to do that. The only thing that still bothered the district, again, they was developing mainly for PCs, and everything, again, would not run with the Macs.
Q. Got it. Did you express any opinion about whether the district should be working with the Miller Group to develop a new information system?
A. Yes.
Q. And what was that opinion?
A. Well, I think my opinion to them is that they needed to check the contract out to make sure we could do that with the clauses that was in our contract.
Q. In what contract?
A. In our --

Q. Century's license agreement?
A. That's correct.
Q. You had some doubts about that?
A. Yes, I did.
Q. And why did you have those doubts?
A. Because I knew they was working, letting The Miller Group dial in to our District and looking at software, and with Brent being over there doing the same, I thought it might be a problem with that.
Q. How do you know that the district was letting The Miller Group dial in?
A. Because we had a connection, or they had a connection over to our servers.
Q. So you knew that there was a direct connection between the Miller Group's offices, they were able to dial up into District 186's server?
A. That's correct.
Q. On which Star-Base's programs and source code resided?
A. That's correct.
Q. And that dial-up capability existed during a period of time when Mr. Qualls was physically working over at the Miller Group's offices?
A. That's correct. Really, initially, I

believe it was a dial up, but then as time went along, they had a fiber connection to the district, so they didn't dial up. It was - I don't know if it was a T1 line that --
Q. So it was all cable connectivity?
A. Cable connectivity, at least the last year or two.
Q. Okay. Were you aware of whether the Miller Group presented any type of written proposal to develop a new information system for the district?
A. No, I was not. I have never seen anything in writing from Miller, as far as the contract.
Q. Okay. Let me ask you to look at Miller 11.
A. (Witness so doing.)
Q. Have you ever seen Miller 11, Mr. Stuckey?
A. No, I have not.
Q. There is a reference - I understand you haven't seen the document before - but there is a reference in the document, there is a bullet point about half way down the second page of the exhibit which says, quote, use existing data structures,

Page 47

Star_Base. Do you recall any internal discussions within the district on the subject of asking or requiring The Miller Group to use Star-Base's data structures for the development of the new information system?
A. Not that I was involved in.
Q. Okay. You never heard that subject come up?
A. No.
Q. Does --
A. I have brought up the subject that I was concerned with what they was doing. I thought they was doing that, and that was my whole objection to what was going on.
Q. Okay. I'm now showing you a document which was marked as Miller 5. Have you ever seen Miller 5?
A. No, I have not.
Q. Were you aware that The Miller Group had entered into a written contract with the district?
A. Yes, I was.
Q. You just had never seen the actual contract?
A. That's correct.

50

Q. Did you – did anyone ever tell you what any of the terms of that contract were?

A. The only things I ever heard was that once the software was developed, Jack would, if he sold copies of it, the district would be able to recover part of their costs back from that.

Q. You did hear that?

A. Yes, I did.

Q. From whom did you hear that?

A. I believe it was Mike Holinga who was actually the Technology Director, Chief Information Officer at the time.

Q. Was this a one-on-one conversation, or did he make that announcement at a meeting, or in a memo, or...

A. I don't recall. It wasn't in a memo, it might have been in a meeting, because we had numerous meetings throughout year, so...

Q. Did that surprise you when you heard that?

A. Yes.

Q. Why?

A. Well, again, my concern, one, was if they developed new software, that's one thing to develop it

probably six, eight months after they started to work, and they started to expand out in other areas other than just testing.

Q. Okay. And so it was at that time that you first raised these concerns?

A. Uh-huh, yes.

Q. When you first raised them, to whom did you raise them?

A. I believe first, like I said, was to Agnes Nunn, who, at that point in time, was my immediate supervisor, she was the Director of Business Services.

Q. Uh-huh.

A. And then we brought it up at our Information Systems meeting, and I believe we also had a meeting, me and her and Mike Holinga did, initially.

Q. You and Ms. Nunn and Mr. Holinga?

A. Yes.

Q. A separate meeting, apart from the info systems –

A. Yes, I believe so, which I believe at that point in time, I give Mike a copy of the contract.

Q. You gave Mr. Holinga a copy of the

51

for the district and for us to use it, but then develop it and sell it might be a bigger problem.

Q. And why did you think that might be a bigger problem?

A. From what the confidentiality in our contract with Star_Base was.

Q. Did you voice those concerns to anyone?

A. Yes, I did.

Q. To whom did you voice them?

A. I would say first to Agnes Nunn and Mike Holinga, and then it was brought up in our Task Force committee more than once.

Q. By you?

A. Yes. And then one final meeting I had with Doctor Hill, Mike Holinga and Agnes Nunn, we specifically went over to talk about that, because I was still concerned about it.

Q. When do you first recall bringing that concern up?

A. Probably back as early as late '98, 1998, early 1999.

Q. Right about the time the Miller Group was first starting to work on this new system?

A. I believe they was hired in 1998,

Century license agreement?

A. That's correct. In which I was told it would be checked out by the attorney.

Q. Let me ask you about that first conversation you had with Ms. Nunn, first recollection you have of bringing your concerns up about the Miller Group's work. You expressed your concerns to Ms. Nunn, and what, if anything, did she say in response?

A. Well, she said that she agreed, because she looked over the contract also, and agreed that --

Q. Which contract? The Century license agreement?

A. That's correct. That we needed to have legal department or our school district attorneys take a look at it.

Q. All right. So she agreed with you that it should be looked into further?

A. That's correct.

Q. And do you know what happened after that?

A. No.

Q. Whether she took it to anyone else?

A. I don't know if she individually did. Like I said, I know it was brought up at our information meetings. We did meet with Mike and her

Page 54

1  and me at one point in time, and then we also met with
2  the superintendent, and each time after the initial
3  meeting, we had given them a copy, we was told that it
4  was looked at, and it would not be a problem.
5      Q. Okay. Tell me what you recall about this
6  subject coming up at the Information Systems Task
7  Force meetings. Did it come up more than once?
8      A. I believe so, yes.
9      Q. And did -- were you the one bringing it
10 up?
11     A. Generally, yes.
12     Q. Okay. Did anyone at these meetings echo
13 your concerns?
14     A. Agnes probably did, once or twice.
15     Q. Okay. Anyone else?
16     A. I don't know if any of the schools did,
17 because I don't think they realized what was involved
18 in it. I think that's probably the areas, the ones
19 that was initially bringing it up.
20     Q. Was Mr. Holinga a regular attendee of
21 these Information Systems Task Force meetings?
22     A. Yes, he was.
23     Q. And Ms. Nunn was?
24     A. Yes.

1      A. If there was an attorney present, I was
2  not aware of it.
3      Q. Did you ever learn that any attorney had
4  rendered any opinion concerning the appropriateness
5  the actions being taken by the district in connection
6  with the Miller Group?
7      A. No, I did not.
8      Q. And you never saw anything in writing, I
9  take it?
10     A. That's correct.
11     Q. So as you sit here today, you don't know
12 whether the district ever even sought legal advice
13 concerning the appropriateness of its actions in
14 working with the Miller Group on the license agreeme
15 with Century?
16     A. That's correct, other than me being told
17 by Doctor Hill and Mike Holinga that they had. I
18 never seen anything in writing.
19     Q. You were told by Mr. Holinga and Dr. Hil
20 that they had sought advice?
21     A. That they had sought advice and said it
22 wasn't a problem.
23     Q. Okay. You also mentioned that in a
24 meeting with Mr. Holinga and Ms. Nunn you gave Mr.

Page 55

1      Q. And was Mr. Miller himself at these
2  meetings?
3      A. Yes.
4      Q. Do you recall Mr. Miller being present at
5  any of the meetings during which you raised concerns
6  over the impact the work with the Miller Group might
7  have on your license agreement with Century?
8      A. I'm sure he was, because he was at most
9  of the Information Task Force meetings.
10     Q. Okay. Did he ever speak up on that
11 subject?
12     A. No, not that I recall.
13     Q. Did any attorney ever come to any of
14 those Information Systems Task Force meetings?
15     A. No.
16     MR. HILLIARD: Let's take five minutes.
17           (Whereupon at this point in the
18            proceedings, a five minute break
19            was taken.)
20     MR. HILLIARD: Would you read back the last
21 question, please?
22           (Whereupon the requested portion
23            of the record was read by the
24            Court Reporter.)

1  Holinga a copy of the Century license agreement,
2  correct?
3      A. That's correct.
4      Q. And do you know if this was the first
5  time he was ever seeing the license agreement?
6      A. I do not know that for sure, no.
7      Q. Okay. In other words, did he say to you
8  I wasn't aware of this, or...
9      A. No, he did not.
10     Q. Okay. Do you recall when you showed h
11 a copy of the license agreement? Was it fairly early
12 on in the work between the Miller Group and the
13 district?
14     A. Yes, probably late '98, early 1999.
15     Q. What role, if any, did you have in the
16 work that the Miller Group was doing on this new
17 information system for District 186?
18     A. As far as programming and what they was
19 doing, I didn't have any input. I didn't have
20 anything to do with that. I did when they got things
21 developed, if it was sent out to the buildings to test
22 or to use, I was involved in that end of it.
23     Q. Who, if anyone, at the district was
24 supervising the Miller Group's work?

**58**

1  A. Mike Holinga.
2  Q. Okay. You were not?
3  A. That's correct.
4  Q. How do you know it was Mr. Holinga who
5  was supervising the Miller Group's work?
6  A. Because he was the one that met with them
7  at least once or more a week. They held weekly or
8  twice a week meetings with the Miller Group.
9  Q. Were you part of those meetings?
10  A. Once in awhile I would be, not very
11  often, though.
12  Q. Was anyone else within your departments
13  part of those regular meetings between Mr. Holinga and
14  the Miller Group?
15  A. Brent Qualls.
16  Q. He was?
17  A. Yes.
18  Q. And do you know why Mr. Qualls was
19  regularly involved in those meetings and not you?
20  A. Because he was over working in the Miller
21  Group's office.
22  Q. But at that time Mr. Qualls was still
23  reporting to you, correct?
24  A. About half and half, because about the

**59**

1  same time all this was going on, like I said, I was
2  involved in the financial accounting package, because
3  we had to get that up and running by January 1 of
4  2000. We purchased a package from another software
5  company, and I think it was in late '98 or early part
6  of '99, so we had to complete conversion on that to
7  get it up and running. One, I didn't have a lot of
8  time to be involved in it, and two, Brent was working
9  with him on that, and Mike was kind of -- signed the
10  contract with him, and whatever they had, you know,
11  set up.
12  Q. Was anyone else, other than Mr. Qualls,
13  anyone working in your department, other than Mr.
14  Qualls, involved in these regular meetings between Mr.
15  Holinga and the Miller Group?
16  A. No, not regular meetings. Mr. Williams
17  would be involved once in a while. I don't recall him
18  really ever attending any meetings. He did go over
19  there two or three times to have them show him a few
20  things on the language they was using in developing
21  the software, but most of that he took a book and
22  learned it and worked from our office in doing some
23  things.
24  Q. You say took a book and learned it. Took

1  a book and learned what?
2  A. PHP.
3  Q. That's the computing language used?
4  A. Yes, initially, it was Tango, and then
5  they found out that was -- response time was like a
6  minute, minute and a half on the screen, and it had a
7  lot of overhead problems, and they switched to what's
8  called PHP.
9  Q. And Mr. Williams was not conversant in
10  PHP?
11  A. He wasn't originally, but he went over
12  there a few times initially to see how it operated,
13  and they gave him a book on that, and he learned mo
14  of how to do it just from the book.
15  Q. What about Mr. Qualls? Was he conversa
16  in PHP before --
17  A. Not before.
18  Q. -- the Miller Group started its work?
19  A. That's correct.
20  Q. So he had to be trained also?
21  A. That's correct.
22  Q. Do you know who trained him?
23  A. I think Mr. Miller did. He originally
24  was going over to the Miller Group for two or three

1  months for training, and was going to come back to o
2  office, but he ended up in there at least right at two
3  years, I believe.
4  Q. Okay. Now, Mr. Qualls was a school
5  district employee, correct?
6  A. That's correct.
7  Q. And during the period of time that he
8  physically worked over at the Miller Group's offices,
9  do you know whether or not he continued to be paid b
10  the district?
11  A. Yes, he did.
12  Q. Mr. Miller wasn't paying him?
13  A. No.
14  Q. Do you know why it was necessary --
15  strikes that. Do you know why Mr. Qualls was spendin
16  all of this time over at the Miller Group's offices
17  working on this project?
18  A. I think initially to help them understand
19  what was in Star_Base, and then as time went along,
20  they wanted to get more and more done, so he was
21  another hand to help them do that.
22  Q. Didn't the Miller Group have its own
23  programmers?
24  A. Yes, they did.

62

1   Q. So it was your understanding that Mr.
2   Qualls' presence and involvement was necessary because
3   he understood Star-Base?
4       A. That's correct. And when they first
5   began doing the programming, what they was doing on
6   the web based, they was tying it back to the Star_Base
7   database, the testing, so they could pull the
8   information, like name and address and so on, and he
9   understood Star_Base because he had been involved in
10  it since we initially installed it.
11      Q. Do you know what language the code in
12  Star_Base was written in?
13      A. No, I don't remember now. I think
14  initially it was COBAL, if I remember, but I may not
15  be totally correct on that.
16      Q. You're not sure?
17      A. No.
18      Q. Did you ever provide any information to
19  Mr. Miller concerning Star_Base?
20      A. Information at -- most generally at
21  Information Task Force meetings we had because we
22  would go over different parts of Star_Base and explain
23  how things worked in that, so what he was developing
24  he could enhance and those type of things.

1   Q. Do you recall if the log-in screen
2   contained any form of text or notice notifying the
3   user that Century claimed copyright in the program?
4       A. I'm sure it had Star_Base on it, but I do
5   not remember exactly. It's been too long.
6       Q. Sure. I understand.
7       Let me show you what's been marked as
8   Miller 10. I'll ask you if you recognize Miller 10.
9   Do you have that one? Do you recognize Miller 10?
10      A. Yes, I do.
11      Q. And what is Miller 10?
12      A. It's the screen layouts of the different
13  screens in the system.
14      Q. For Star-Base?
15      A. For Star_Base original.
16      Q. Now, does looking at this refresh your
17  recollection at all about whether any of the screen
18  outputs for Star_Base had a copyright notice on them
19      A. Yes.
20      Q. Do you see that copyright notice in this
21  document?
22      A. Yes, I do.
23      Q. And do you recall that being the case
24  when you would look at any of the screen outputs?

63

1       Q. Did you ever provide him with any
2   documentation on Star-Base?
3       A. I did not, no.
4       Q. Do you recall giving him tables or items
5   from a data dictionary for Star_Base?
6       A. I did not, because I didn't even have the
7   data dictionary. Mr. Qualls and Mr. Williams both had
8   access to those, but I did not.
9       Q. Have you ever seen the screen outputs for
10  Star_Base?
11      A. Yes.
12      Q. Do you recall if those screen outputs
13  contained any form of copyright notice on them?
14      A. Now, by "screen outputs," you mean the
15  documentation --
16      Q. The interface, the user interface.
17      A. Uh...
18      Q. Not the manuals, but when you sat down at
19  a Mac or a PC - it was a Mac, actually, right?
20      A. Yes.
21      Q. When you sat down at a Mac and pulled up
22  Star_Base on a log-in screen, the first screen would
23  be a log-in screen, correct?
24      A. That's correct.

1       A. Yes. It would initially come up when you
2   logged in, once you logged in in that screen, and the
3   regular other screens, it did not show it.
4           (Whereupon Stuckey 3 was marked for
5           identification by the Court Reporter.)
6       Q. Mr. Stuckey, I'm showing you what's been
7   marked Stuckey 3 for identification. Do you recognize
8   that document?
9       A. Yes, I've seen it before.
10      Q. Did you write it?
11      A. It looks familiar. I believe I did.
12      Q. Okay. And what is this document?
13      A. It's a list of all the modules and things
14  that we had to do over a period of time.
15      Q. Do you know when, approximately when th
16  document was prepared?
17      A. No, I do not remember.
18      Q. Was it in connection with the district's
19  work on the new information system with the Miller
20  Group?
21      A. I would -- if I recall, it was probably
22  brought up at our Information System Task Force,
23  because once or twice a year, we would provide an
24  update of what jobs or what things needed to be done

78

1  and we don't want to lose them. Is that an accurate
2  statement of the report and opinion you delivered at
3  that meeting?
4       A. Yes.
5       Q. Why did you think the scheduling and
6  attendance portions were good parts of Star_Base?
7       A. Well, we had been using those for a
8  period of time, and it seemed like everybody was
9  satisfied, the users was satisfied the way they was
10 working.
11      Q. Why were you making the statement that
12 you didn't think the district wanted to lose them?
13      A. Well, I would assume we was talking about
14 developing the system that, whatever we did, we wanted
15 to make sure that scheduling and attendance was main
16 parts of it, and they'd have to be compatible with
17 what we currently had. We didn't want to progress
18 backwards.
19      Q. I'm not quite sure I understand that.
20 Did you mean that, in your view, the attendance and
21 scheduling parts of Star_Base should not be supplanted
22 by anything the district was doing with the Miller
23 Group?
24      A. Well, without making sure it could do the

1  heading, which on the first page which says, quote,
2  Demonstration of new features of information system,
3  unquote? What was being demonstrated?
4       A. I don't recall. Let me check through
5  here. Being back in '99, the only thing I can surmise
6  at this point in time would be, there was some major
7  changes made to demographic screens, the way they
8  laid out, the way the Miller Group had laid out
9  information on them, and also their initial attendance
10 portion of the -- the attendance modules they was
11 working on.
12      Q. Do you see on page 2 that there is a
13 reflection of some discussion at this meeting on
14 Star_Base?
15      A. Yes.
16      Q. And once again, it appears that you are
17 delivering some type of a report or statement about
18 the future of Star_Base as it refers to you.
19      A. Yes, I believe what I was addressing
20 there was when we first started using the web version.
21 It, again, was set up for PCs and we was running on
22 Macs, and we had problems with Mac hanging up, just
23 totally freezing the Mac up at different times as they
24 was doing things, and that was causing problems at th

79

1  same functions that both of those modules could do,
2  the same or better functions.
3       Q. All right. So if there was going to be a
4  replacement of Star-Base based on what the Miller
5  Group was developing for the district, in your view,
6  whatever The Miller Group developed should be as good
7  as what you had already with Star_Base?
8       A. That's correct.
9       Q. Okay. And did others share your view?
10      A. Yes, especially in the scheduling portion
11 of it, because myself, as well as deans out in the
12 buildings, was concerned, the scheduler, if you don't
13 have a good scheduler you don't get the students
14 scheduled in the class they need, and that effects
15 like, you know, all the other modules of the database,
16 grading, and attendance and everything.
17      Q. Let me show you what's been marked at an
18 earlier deposition as Miller 13. This appears to be
19 another set of the minutes of the Task Force, this one
20 from September 3, 1999. Do you recognize Miller 13?
21      A. Yes.
22      Q. Were you at this meeting?
23      A. Yes.
24      Q. Do you know what was referred to in the

1  school level. We did not, at that point in time, have
2  a real good -- we did not have our complete district
3  fiber network in place, either we was using DSL, lines
4  rather than the fiber we're using now.
5       Q. Why was the group still -- why was the
6  group discussing the, quote, unquote, future of
7  Star_Base if they had -- if the district had
8  contracted with the Miller Group to develop a new
9  information systems?
10      A. Well...
11      Q. Does that question make sense?
12      A. Yeah.
13      Q. In other words, why are you still talking
14 about the future of Star_Base if you had already made
15 the decision to move to a new system?
16      A. Well, initially, from at least what I was
17 told when Jack was initially contracted for the
18 district, he was going to do the testing and some of
19 these other modules we could not do. Initially --
20      Q. Through Star_Base?
21      A. That's correct.
22      Q. So they were going to be complimentary
23 systems?
24      A. Yes, and --