E-FILED
Tuesday, 06 March, 2007  04:35:48 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

**12**

1

1    IN THE UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF ILLINOIS
2          SPRINGFIELD DIVISION

3

4
CENTURY CONSULTANTS, LTD.,    )
5                             )
     Plaintiff,               )
6                             )
     vs.                      ) No. 03-CV-3105
7                             )
THE MILLER GROUP, INC., JOHN G. )
8    MILLER, and THE SPRINGFIELD    )
PUBLIC SCHOOL DISTRICT 186,   )
9                             )
     Defendants.              )
10

11

12

13

14

15

16

17          The Deposition of:

18          DAVID WILLIAMS
            October 21, 2004
19

20

21
          JULIE L. BLOOME REPORTING
22            104 Maple Street
            Post Office Box 264
23          Raymond, Illinois 62560
            217/229-3309
24

5        A.  You know, we were looking to eventually

6    payroll, the whole accounting package and everything,

7    but...

8        Q.  What about things like bussing,

9    transportation?  Was that something that was part of

10    Star_Base, or something else?

11        A.  They -- that's something you could add to

12    Star_Base, but we ended up getting a different bussing

13    system.  The bussing systems would interface with

14    Star_Base, because I think Century's the one that, I

15    think they give us two or three vendors to look at

16    that, you know, work good with Star_Base.

17        Q.  Okay.  Now, did you know whether or not

18    when the district acquired the rights to use

19    Star_Base, it also acquired some or all of the source

20    code of Star_Base?  Did you learn that?

21        A.  Well, all the source code was on the

22    server.

23        Q.  Which was resident at the district,

24    correct?

22

1    A.  Right.

2    Q.  And you knew that, right?

3    A.  Right.

4      Q.  Did everyone else in the department, as

5  far as your understanding was concerned, did everyone

6  else in the department know that?

7      A.  Well, yeah, because, I mean, you know,

8  they showed us, you know, where, you know, that's how

9  they showed us examples, you know, of programs that

10  were there.

11      Q.  Okay.  What type of a server was it?  NT?

12      A.  No, we were unix, it was unix based.

13      Q.  After Star_Base was installed, did your

14  group evaluate the performance of Star_Base over the

15  course of time?  In other words, were you involved in

16  evaluating the performance of Star_Base?

17      A.  No.

18      Q.  As a product?

19      A.  No.

20      Q.  Were you aware of any evaluation within

21  your group of the performance of Star_Base?  And

22  really, what I'm asking is, and probably making it too

23  complicated a question is:  Was your group happy with

24  Star_Base back then?


23

1      A.  Oh, yes.  I mean, it was fast.  It was

2  efficient, so there was really no, you know, worry

17      MR. HILLIARD:  Okay.

18          Q.  Did you maintain any type of touch with

19      him after he left?

20          A.  Go out for lunch sometimes, but, you

21      know...

22          MR. HILLIARD:  Let's take a two minute break,

23      a brief break.  If you need to --

24


37

1          (Whereupon at this point in the

2          proceedings, a brief break was taken.)

3      MR. HILLIARD:

4          Q.  Mr. Williams, you mentioned earlier that

5      Mr. Qualls spent some time working over at the Miller

6      Group's offices; is that correct?

7          A.  Yes, that's where they put him.

8          Q.  When you say "they," who do you mean?

9          A.  Well, I mean, that's what came down from

10     higher up; that he was moving over there to help

11     Miller.

12         Q.  Who did you learn that from?  Mr. Qualls?

13     Mr. Stuckey?  Someone else?

14         A.  Mr. Stuckey come back, you know, we're

15     moving him over there, to Miller's office.

16        Q. Were you told that he was being moved to

17   do something?

18        A. He was going to code on the new system.

19        Q. Okay. Were you told that he was going to

20   code anything in particular?

21        A. Well, whatever was involved in what they

22   were doing.

23        Q. Do you know what that was?

24        A. Developing a new system.

38

1        Q. Okay. So, was it your understanding that

2   he was going to be involved then in writing code for

3   the new system --

4        A. Yes.

5        Q. -- generally, over at the Miller Group's

6   offices?

7        A. That's what he went over there for.

8        Q. Okay. And did he in fact spend time

9   over at the office, at the Miller Group's offices?

10        A. I think he was over there a couple years.

11        Q. Full-time?

12        A. Yes.

13        Q. So you didn't see him around your office

14   anymore for quite awhile?

15      A.  No, I would get phone calls, when he had,

16   you know, SQL problems, or something, or he had to

17   talk about something.  That's the only time I would

18   see him.

19      Q.  Did he ever tell you anything more

20   specific about what he was doing, other than working

21   on the new system?  In other words, did he say I'm

22   coding the grading program, or I'm coding something

23   else?  Did you at some point learn what exactly it was

24   that he was working on?

39

1      A.  Well, as they would add new things to the

2   system, you know, you would see -- because they --

3   they would just --I'd hate to build a house the way

4   they built this thing.  It would just -- you know, put

5   up a piece at a time and try to keep the -- you had to

6   keep everything within the bounds of -- you got to

7   stay up and running.

8      Q.  Can you be any more specific about the

9   pieces that you referred to?  In other words --

10      A.  Well, you had --

11      Q.  Well, go ahead.  You were about to

12   answer?

13      A.  Okay.  You had attendance, you know, that

14  was the first thing they worked on.  Then they had to

15  work on getting kids enrolled in school, the same

16  functions, and the same way with, you know, the

17  grading.

18      Q.  Registration?

19      A.  Yes.

20      Q.  Report cards?

21      A.  I developed the report cards.

22      Q.  You did the report cards?

23      A.  I printed the report cards.  They

24  developed, you know, to get the things into the, you

40

1  know, into the tables for grading, the grades

2  themselves.

3      Q.  Now, were some or all of these different

4  things you mentioned also functions that Star-Base had

5  performed?

6      A.  Yes.

7      Q.  What about scheduling?  Was that a

8  distinct aspect of the new system that was being

9  developed?

10      A.  Yes, because we had to do the whole

11  thing.  Everything that Star_Base done, we was going

12  to have to do.

3     know, we're developing this web-based system.

4          Q.  Okay.  So you have lunch?

5          A.  No, we didn't have lunch.

6          Q.  All right.

7          A.  See, he was back in New Jersey then.

8          Q.  Uh-huh.  Did you talk on the phone?

9          A.  Yes.

10         Q.  And when you talked on the phone, did he

11    ask you how the system was going?

12         A.  He asked me how we were doing with it,

13    and I said, you know, we're progressing, we're making

14    changes.

15         Q.  Okay.  What else, if anything, do you

16    recall about that conversation?

17         A.  I had told him, because, like I say, we

18    had made -- they renamed some tables, some tables

19    renamed, some were still intact, some of them just had

20    new names with the same information in them.

21         Q.  Who is "they," The Miller Group?

22         A.  Yes.

23         Q.  Okay.  Did Mr. Megan express any surprise

24    to you over the phone about learning that?

51

1          A.  Well, he said -- he told me, you know,

2    several people had called with concerns.

3        Q. Is that exactly what he said?

4        A. Yes.

5        Q. Did he say "several" people?

6        A. Yes, you know, I wasn't...

7        Q. Did he ask you to do anything?

8        A. Yes, he wanted me, you know, to send some

9    listings of some tables, and I said, I'll show you

10    some examples.

11        Q. Did you agree to do that?

12        A. Yes.

13        Q. Did you in fact send him anything?

14        A. Yes.

15        Q. What did you send him?

16        A. I sent him some table layouts.

17        Q. You did?

18        A. Yes.

19        (Whereupon Williams 2 was marked for

20           identification by the Court Reporter.)

21        Q. Mr. Williams, I'm showing you what's been

22    marked as Williams 2 for identification.

23        A. Yeah, this is --

24        Q. Well, let me ask you first. Do you

52

1    recognize this document?

2        A.  Yes.

3        Q.  Can you tell us what it is?

4        A.  It's a description of a table that's in

5    the new system, and it's --

6        Q.  The new system meaning Miller Group

7    system?

8        A.  Well, the one that was developed, yes. .

9    And this is the old name in the Star_Base system, PCC

10    file, it's just been renamed to --

11        Q.  Where are you seeing PCC file?

12        A.  I wrote it up here.

13        Q.  Is that your handwriting?

14        A.  Yes.

15        Q.  Okay.

16        A.  And this is what it is in the new

17    system - STU enroll.  And all the fields are the same.

18        Q.  And that is your handwritten note to Mr.

19    Megan at the bottom?

20        A.  Yes.

21        Q.  Which says -- it's addressed to Bob and

22    it says Dave.  You wrote that, correct?

23        A.  Yeah, I wrote that.

24        Q.  Okay.  The second page, is that your

53

1    handwriting which says:  Your STU base at the top?

2        A.  Yes.

3        Q.  And what is this second page?

4        A.  This is what the -- in the new system,

5    what the student record looks like.  There's been some

6    fields added, but it's close to what their STU base

7    record was.

8        Q.  Century's STU base?

9        A.  Yes.

10        Q.  What is the third page?

11        A.  That is just a listing of the STU school

12    record.

13        Q.  Again, this listing is a listing from the

14    Miller Group's new system?

15        A.  The system that I had access to.

16        Q.  Okay.  Any why were you providing this

17    third page to Mr. Megan?

18        A.  I was just showing him some of the

19    changes.

20        Q.  Okay.  Was it your opinion that this

21    third page was also quite similar to what

22    Star-Base's --

23        A.  Yeah, it's similar.

24        Q.  What is the last page?  Appears to be a

54

1      copy of the envelope.

2           A.  That's just the envelope.

3           Q.  Okay.  Is that your handwriting?

4           A.  Yes.

5           Q.  Okay.  Do you recall handwriting, hand

6      addressing this envelope and mailing this package to

7      Mr. Megan?

8           A.  Yes.

9           Q.  Does looking at the date, the postmark,

10     on the copy of the envelope refresh you at all on when

11     it was sent?

12          A.  Yeah, it was February when I talked to

13     him.

14          Q.  Okay.  Of 2003, correct?

15          A.  Yes.

16          Q.  This document was sent to Mr. Megan after

17     you had your phone call with him, correct?

18          A.  Right.

19          Q.  I just want to make sure I understand the

20     phone call.

21          A.  Okay.

22          Q.  He asked you how things were going with

23     the new system, correct?

24          A.  Correct.

55

1      Q.  And in response to that, you told him

2    that you were aware of certain tables that looked very

3    similar to Century's Star_Base tables, correct?

4      A.  Correct.

5      Q.  Why were you telling him that?

6      A.  Well... Because I was stupid.  He asked

7    me and I told him point blank what I thought.

8      Q.  Why do you say that was stupid?

9      A.  Well, this whole, you know, this whole

10    thing the way it's drawn out, you know...

11      Q.  Are you saying that you think it was

12    stupid because you didn't realize it was going to get

13    to this point?

14      A.  Well, yeah.  If --

15      Q.  All right.

16      A.  -- if I had it all to do over again, I'd

17    turn my back.

18      Q.  But you didn't at the time?

19      A.  No, I just felt that, you know, what we

20    were doing wasn't right.

21      Q.  Why did you think that?

22      A.  Because everything we were doing, okay, I

23    -- let me put it this way.  We had -- here we had the

24    oracle seven database, which is Star_Base, it's up and

56

1    running, we got this new product we're using, I make

2    very similar -- I remote connect from the old data

3    base over to the new one to get information, in the

4    old programs I got to make very few changes to make it

5    work, just some tables names and stuff, which, there's

6    got to be a lot of duplication in it.

7         Q.  That was your belief at the time?

8         A.  Yeah, that's what I felt, because this is

9    -- because normally if you're developing a whole new

10    system, you would think that for two databases to be

11    -- I don't know if you know anything about --

12         Q.  Well, explain it to me as if I don't

13    know.

14         A.  Okay. I've got --

15         Q.  You're telling a lay person here.

16         A.  I got Star_Base sitting here, and I got

17    somebody that tells you, I developed this new system

18    you're going to use.  All right.  If I connect from

19    the old system, because I had food service running,

20    you know, to the new system, and have to make very few

21    changes to my old code over here with the queries, are

22    you going to be that close?  It seems a little

23    strange; that two different products could be --

24      Q.  So similar?

57

1      A.  So similar.

2      Q.  So, am I correct that this situation, it

3  bothered you when you learned of it?

4      A.  Well, yeah.  I mean, every -- we had

5  Monday morning meetings, and time after time, Henry

6  had brought up, you know, I think, you know, we might

7  have issues here of what's going -- they weren't

8  concerned with it.

9      Q.  What were you bringing up?

10      A.  Well, this -- we're duplicating, I felt,

11  a product that exists.

12      Q.  You brought that up at the meeting?

13      A.  No, Henry brought -- Henry bring --  I

14  was, you know, I just had to go to meetings.

15      Q.  Henry brought that up at the Monday

16  morning meetings?

17      A.  Yes, that, you know, these stuff is copy

18  righted.

19      Q.  Henry used the word "copyrighted?"

20      A.  Yeah, he's used it before.

21      Q.  Who was at these Monday morning meetings?

22      A.  Mike Holinga, Karen Thompson, Brent, Jack

23    Miller, Henry, and myself.

24        Q.  How regular were these Monday morning

58

1   meetings?

2        A.  Every Monday morning.

3        Q.  For how long a period of time?

4        A.  I'm not for sure, but I knowed (sic) I

5   went for over a year, because when they moved Brant

6   over to the Miller Group, Henry asked me to start

7   going to, you know, to sit in.

8        Q.  Uh-huh.

9        A.  That's how I got started with it.

10        Q.  Have you ever heard of a group called the

11   Information Systems Task Force?

12        A.  Yes, but that's a different group.

13        Q.  That was my question.

14        A.  Yeah.

15        Q.  That was a different group than these

16   Monday morning meetings?

17        A.  Yeah, right.  The Monday morning meeting

18   was just between programmers and, you know, to see,

19   you know, the Task Force what they want to see.

20        Q.  Mr. Miller - was he frequently at these

21   Monday morning meetings?

21     Q. At the Miller Group?

22     A. Yeah, I think I only met him once.

23     Q. Was he at the Monday morning meetings?

24     A. No. I never...


60

1     Q. Did you ever have any discussions with

2     him about the new system?

3     A. No, I never talked to him.

4     Q. What about Kent Borecky?

5     A. No.

6     Q. You never heard of him?

7     A. No.

8     Q. But Mr. Qualls was regularly at these

9     Monday morning meetings?

10     A. Yes, he was there every Monday morning.

11     Q. You mentioned Mr. Stuckey raising some

12     concerns about - you used the term "copyright." What

13     did he say?

14     A. Yeah, he --

15     Q. If you recall.

16     A. That he just, you know, he just felt, you

17     know, you need to look into this, because this is

18     copyrighted material we're looking at.

19     Q. And what, if anything, was said in

20    response to that statement by anyone else?

21        A. Well --

22        Q. Present at the meeting.

23        A. Well, they just didn't seem concerned.  I

24    mean, I --


61

1        Q. Did Mr. Holinga respond in any way to

2    that statement?

3        A. I don't remember.  I don't remember,

4    because I really didn't pay a lot of, you know, you

5    hear -- because they're off over -- because you can't

6    hear everything.  He had brought up several, you know,

7    that this is copyrighted material.

8        Q. Did you ever send anything else to Mr.

9    Megan, other than the document marked Williams 2?

10        A. Yes.

11        Q. What did you send to him?

12        A. I sent him a program they used to --

13    called a scheduler, because I had told -- well, I had

14    talked to him again and he asked me about the

15    scheduler, and I told him --

16        Q. This is in a phone conversation?

17        A. Yes.  Because I asked him if he received

18    this, and you know...

19       Q. The witness is pointing to Williams 2.

20       A. Yes.

21       Q. You asked Mr. Megan if he had received

22   that?

23       A. Yes.

24       Q. I just want to make sure I understand the

62

1    chronology. You had the initial phone conversation

2    with him?

3        A. Right.

4        Q. And it was during that phone conversation

5    that he asked you to send him the tables?

6        A. Well, yeah, he asked questions.

7        Q. Asked questions. And you agreed to send

8    him some materials?

9        A. Yes.

10       Q. And you sent him Williams 2?

11       A. Yes.

12       Q. After you sent him Williams 2, you had

13   another phone conversation with him?

14       A. Yes.

15       Q. What do you recall about that phone

16   conversation?

17       A. He brought up about the scheduler. He

18    heard that we had it, and I said, "I don't have any

19    firsthand knowledge,  because I'm not over," you know,

20    "I'm here.  I don't have it."  I said, "the only thing

21    I could do is maybe try to find a program that they're

22    actually doing it with."

23         Q.  And what, if anything, did you do?

24         A.  Well, I took and -- it took me a couple

63

1    weeks when I got time, you know, being busy, to find

2    out what program they were doing, to do the

3    scheduling, and I sent him a copy of it.

4         Q.  When you say "they," you mean the Miller

5    Group?

6         A.  Well, the new system.

7         Q.  The new system.

8         A.  Yes.  The new system, whoever -- this was

9    the one that was developed for that.

10        Q.  And did you print out something and send

11   it to Mr. Megan?

12        A.  Yes.

13        Q.  What did you print out?

14        A.  I printed out the program, a copy of it.

15        Q.  And how were you able to get it?

16        A.  Okay.  The way we -- all the programs --

17   you got several servers that are in a group, so we're

18   using CVL, constant version listing, so when you post

19   to what -- everybody's got access to all the programs.

20      Q.  The source code?

21      A.  Yes.

22      Q.  Okay.  When you say "everybody" --

23      A.  Well, everybody that's running CVL

24   within, you know, the programming staff.


64

1      Q.  Okay.

2      A.  And it's set up so if somebody makes a

3   change, it will go -- hit all the servers.

4      Q.  Okay.  Do you know if Mr. Miller had

5   access to that?

6      A.  I'd say, I'd think he would.

7      Q.  And why do you say that?

8      A.  Well, they were developing it over in

9   their department, I mean, at their location, and Brent

10   was over there developing it.  So, you know, they

11   should be using, you know, everybody was using CVL.

12   They had access to our server.

13      Q.  And was it your understanding that the

14   source code for Star_Base resided on that server?

15      A.  Yeah, at the district, we had -- when we

16    went -- it was on -- all -- Star_Base code was always

17    on the servers, okay?  So when we went to the

18    graphical, we got a new server, and that server went

19    out to New Jersey, and Bob loaded everything.  We sent

20    it out there and they got it all ready to go.  They

21    put all the software and everything we needed on that

22    server.

23        Q.  Including the source code?

24        A.  Well, yeah, I would say all the source

65

1    code that you need, because I don't think if they had

2    to make changes, they would want, you know, want the

3    code, wouldn't want to have to download it again.

4        Q.  Okay.  And, then, was it your

5    understanding that the server on which the source code

6    for Star_Base resided was accessible by the Miller

7    Group in connection with their development of the new

8    system?

9        A.  Yeah, you could go, you know, it's just a

10    unix server sitting over there.

11            (Whereupon Williams 3 was marked for

12            identification by the Court Reporter.)

13        Q.  Mr. Williams, I'm showing you what has

14    been marked as Williams 3 for identification.  Do you

15    recognize Williams 3?

16        A.  Yes.

17        Q.  What is it?

18        A.  That's the source code I sent Bob, and

19    when they were generating stuff to do the scheduling.

20        Q.  So this document was a second mailing

21    that you made to Mr. Megan?

22        A.  Yes, this is the last mailing I made.

23        Q.  The first being Williams 2.

24        A.  Right.


66

1        Q.  And then you mailed Williams 3 to Mr.

2    Megan?

3        A.  Yes.

4        Q.  And what does Williams 3 reflect?  This

5    is source code, correct?

6        A.  Well, this is source code for the new

7    system, and it's reflected --

8        Q.  It says IS3 at the top on the path

9    identifier.  Do you see that?

10        A.  Yeah.  Well, this is the new system.

11        Q.  Okay.

12        A.  And it's -- I was showing him what table

13    they were using to do the scheduling, because this --

14    I didn't have access to the code to actually see where

15    it calls the scheduler, so this was just, this is all

16    I could get, you know, as far as I could get with it.

17           Q.  Why was that as far as you could get?

18           A.  I didn't have clearance to go in and look

19    at the other script.  That's why I could only get so

20    --

21           Q.  Of the new system?

22           A.  Right.

23           Q.  Got it.

24           A.  I don't have -- you know, I only had


                              67

1     clearance to go -- so I had clearance to get the

2     programs, plus, you know, this shows the table that

3     they were building to go into the scheduler, and it

4     was the same table name that was in the old Star_Base.

5            Q.  Uh-huh.  What table name are you

6     referring to?

7            A.  I think it was the STU_STC_ --

8            Q.  STU Schedule?

9            A.  The extracts, two sched.  There's a

10    couple of them that's got to be -- it's been a while

11    since I looked, but I know the table names were the

12    same that was in the old Star_Base.

13    Q. And you knew that based on your

14    experience with having worked with Star_Base, or did

15    you sit down and do some type of comparison?

16    A. No, what I done, I took -- I had a data

17    dictionary of the old Star_Base, and I took and looked

18    the table names in here, I looked them up to see if

19    they were in the old Star_Base.

20    Q. Comparing Williams 3 to the old

21    Star_Base?

22    A. Well, yeah, comparing those to the data

23    dictionary.

24    Q. And what did you discover?

68

1    A. They were the same names.

2    Q. Did that lead you to any conclusion?

3    A. Well, I'm -- I was under the -- well,

4    maybe they've got, you know, we're using the scheduler

5    from Star_Base, because it seems funny that you would

6    be -- you'd develop a new system for the district, and

7    it just happened that the table names going into the

8    scheduler is the same as the old system.

9    Q. After you sent Williams 3 to Mr. Megan,

10    did you have any further conversations with him?

11    A. No, I think that's it.

11      A. He's the head of payroll, and he had

12   happened to been up around, you know, when they come

13   and served them with papers.

14      Q. Uh-huh. So you believe you learned about

15   the lawsuit from Mr. Bascio?

16      A. Well, when it finally went down.

17      Q. Right.

18      A. Bob had said they were going to develop,

19   you know, they were trying to develop a lawsuit.

20      Q. Mr. Megan told you that?

21      A. Yes.

22      Q. Okay.

23      A. But I didn't know it actually happened,

24   you know, that...

70

1      Q. Right. But you learned about the actual

2   filing of it, of the lawsuit in court, you believe,

3   from Mr. Bascio?

4      A. I think, because he had mentioned in the

5   -- Agnes had mentioned it. She called me on her cell

6   phone.

7      Q. Ms. Nunn called you?

8      A. Yes.

9      Q. What do you remember about that

10    conversation?

11        A. She just said that, you know, the

12    lawsuit, my name was smeared all over it.

13        Q. She said that?

14        A. Yeah, she said my name was, you know,

15    "you told." You know. A joke. Nothing, you know...

16        Q. Well, I'm asking you what exactly do you

17    recall about the conversation?

18        A. She just called me on her cell phone and

19    said, you know, that the suit had been filed and my

20    name was mentioned.

21        Q. Is that all she said?

22        A. Yeah. I mean, you know, it was a quick

23    thing. She was going to a meeting.

24        Q. Okay. Did she say anything else about

71

1    the fact that your name had come up in the lawsuit

2    papers?

3        A. No. See her --

4        Q. Did you talk with any -- I'm sorry. Go

5    ahead.

6        A. See, she even had -- her and Henry both

7    had concerns about this whole thing because they even

8    talked to Mike before. You know, scheduling --

9          Q. Mike...

10          A. Holinga. And then, you know --

11          Q. How do you know she had concerns?

12          A. Well, she voiced them, and I even voiced

13     them to her. You know, I had told her, you know, and

14     Henry, you know, we talked. I said, you know, "this

15     stuff is copyrighted, and here we are." To me, it

16     felt like we were duplicating something that already

17     existed.

18          Q. After you had this phone conversation

19     with Ms. Nunn, did you discuss the lawsuit with anyone

20     else at the district ever again?

21          A. No, not really. Well, take that back.

22     My boss, which was Sue Ruff at the time, come over,

23     her and the director of personnel come over to see me.

24          Q. Okay. Sometime after --


72

1          A. Yeah.

2          Q. -- the lawsuit was filed?

3          A. Yeah, probably a week or so after that.

4     They were upset.

5          Q. Was it a week or so after the lawsuit?

6          A. Yeah.

7          Q. Tell me what happened.