EXHIBIT

13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 03-CV-3105 |
| THE MILLER GROUP, INC., JOHN G. | ) |
| MILLER, AND THE SPRINGFIELD PUBLIC | ) |
| SCHOOL DISTRICT 186 | ) |
| | ) |
| Defendant. | ) |

### DEFENDANTS THE MILLER GROUP, INC., AND JOHN G. MILLER'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendants, The Miller Group, Inc. and John G. Miller, by and through their attorneys, Hinshaw & Culbertson, answers Plaintiff's First Set of Interrogatories as follows:

1. Identify all persons who assisted in any way in the development of IS3, including but not limited to those persons who wrote any source code for IS3.

**ANSWER:** The following persons, employed by the Miller Group, 1028 South Second Street, Springfield, Illinois, participated in the development of IS3:
  1. John G. Miller, III
  2. William M. Choat
  3. Michael David
  4. Keith Borecki
  5. Andrew Schmadeke

The following persons, either currently or formerly employed by Springfield Public Schools, District 186, 1900 West Monroe Street, Springfield, Illinois, participated in the development:
  1. Brent Qualls
  2. Dave Williams
  3. Tom Kerins
  4. Mike Holinga
  5. Sue Ruff

In addition, numerous teachers, guidance personnel, administrators and secretaries from the Springfield Public School District provided suggestions and requests for IS3.

The following persons employed by the Adlai E. Stevenson High School, District #125 Lake County, 2 Stevenson Drive, Lincolnshire, Illinois, participated in the development of IS3:

1.  Rick Nelson

In addition, numerous teachers, guidance personnel, principals, administrators, and secretaries from the Adlai G. Stevenson High School provided suggestions and requests for IS3.

Finally, Shari Troike Hibbert, Sangamon County Regional Superintendent of Schools Office, Springfield, Illinois, Regional Positive Benefit Intervention System

2.  For each person identified in your answer to interrogatory #1, list and describe the specific tasks performed by that person in the development of IS3.

**ANSWER:** John G. Miller, III – Project Architecture, User Interface, Leadership;
William M. Choat, PhD – IS3 source code writing;
Michael David – IS3 source code writing;
Kent Borecki – 1S3 source code writing;
Andrew Schmadeke – IS3 source code writing;

Brent Qualls – IS3 source code writing;
David Williams – participated in the development of the finance and transportation components, which ultimately were not used in the Miller IS3 system;
Tom Kerins, PhD – provided assessment;
Mike Holinga – project leadership;
Sue Ruff – project leadership;
The other teachers, guidance personnel, principals, administrators, secretaries provided suggestions and information on user interface, component design and required reports.

Rick Nelson – Project leadership, user interface, component design and reports for the Adlai E. Stevenson High School. The other teachers, guidance and personnel, administrators and secretaries provided suggestions and information on user interface, component design and required reports.

Shari Troike Hibbert provided project leadership and information on user interface, component design, and reports for the IS3 discipline component.

3.  Did you make any modifications or changes to the source code of IS3 between May 8, 2003, and May 20, 2003?

**ANSWER:** Yes. Numerous changes were made.

2

60104587v1 829035

4. If your answer to interrogatory #3 is "yes," identify and describe each and every modification and/or change made to the source code of IS3, and describe the reasons for making each change to the source code.

**ANSWER:** IS3 is frequently changed to enhance the system, to configure it to a particular customer's needs, or to fix bugs. Pursuant to Fed.R.Civ.P. 33(d), the Miller Group is providing disk(s) addressing all changes to IS3 made since June 18, 2002. The Concurrent Versioning System (CVS), which may be acquired from www.cvshome.org, permits tracking every change to the IS3 software since that time.

5. Have you made any modifications or changes to the source code of IS3 since May 20, 2003?

**ANSWER:** Yes.

6. If your answer to interrogatory #5 is "yes," identify and describe each and every modification and/or change made to the source code of IS3, and describe the reasons for making each change to the source code.

**ANSWER:** See Answer to Interrogatory Number 4.

7. Have you filed, or attempted to file, any copyright registration with the U.S. Copyright Office in connection with IS3? If so, identify the dates on which any such application was made, and attach to your answers to these Interrogatories copies of any such application.

**ANSWER:** No.

8. Have you made any payments to the School District in connection with the sale or licensing of IS3? If so, identify the dates and amounts of any such payments.

**ANSWER:** No payments have been made to date to the Springfield School District. Approximately $15,000 is owed to the School District in connection with the sale of IS3 to the Oswego, Riverton, and Caledonia schools. Payment has not been made because consideration

3

was being given to offsetting that amount against a contemplated support contract with the Springfield School District.

9. Did anyone employed by the School District provide you with any information or documents concerning Century's Star_Base software?

**ANSWER:** Yes.

10. If your answer to interrogatory #9 is "yes," identify the persons who provided you with any information or documents, list or describe the information or documents provided to you, and identify the dates on which any such information or documents were provided.

**ANSWER:** Henry Stuckey provided a listing of Tables in the fall of 1999.

11. Identify any persons who provided information contained in, or otherwise assisted in, the preparation of the "Statement of Losses" submitted by you to the Court on or about May 17, 2003. For each person identified, list or describe the information provided or assistance given in connection with the preparation of that document.

**ANSWER:** Thomas D. Tolsdorf, CPA, formerly of McGladrey & Pullen, LLP, 15 South Old State Capitol Plaza, Suite 200, Springfield, Illinois, and now retired, provided information regarding the business expenses. His residence is located at 2012 Vista Lake Court, Springfield, Illinois. In addition, although my attorney did not provide any information regarding the statement of losses, he assisted in the preparation of the document.

12. Identify any persons who provided information contained in, or otherwise assisted in, the preparation of the following three documents sent by your counsel on May 30, 2003 to Stark & Stark: a) the "Personal Balance Sheet of Jack and Barb Miller as of April 30, 2003; b) the "Year to Date Income Statement" of the Miller Group; and c) the "Income by Customer Summary." For each person identified, list or describe the information provided or assistance given in connection with the preparation of those documents.

4

**ANSWER:** The documents described in this Interrogatory were prepared by Thomas D. Tolsdorf.

13. Identify any accountants who prepared, or assisted in the preparation of, any tax returns for you between 1998 and 2003.

**ANSWER:** Thomas D. Tolsdorf, CPA.

14. Has IS3 been installed at Caledonia District #303? If so, identify what was installed, the date on which it was installed, and the dates, if any, on which any updates or upgrades were installed.

**ANSWER:** A partial system of IS3, vis., the components of student demographics, elementary attendance, lunch count, MEAP testing, and cumulative folders, was installed at Calendonia District #303 in July 2000. There have been occasional enhancements and bug fixes; the last enhancement was in March 2003. .

15. Has IS3 been installed at Oswego District #308? If so, identify what was installed, the date on which it was installed, and the dates, if any, on which any updates or upgrades were installed.

**ANSWER:** A custom version of IS3, stet. as an overlay of the Oswego District's existing Pentamation system, was installed at Oswego District #308 commencing in 2002 and completed in January 2003.

16. Has IS3 been installed at Riverton Middle School? If so, identify what was installed, the date on which it was installed, and the dates, if any, on which any updates or upgrades were installed.

**ANSWER:** This was done in 2002. Only the student discipline component of IS3 was installed at the Riverton Middle School. Since that time, there have been occasional enhancements and bug fixes.

17. Has IS3 been installed at Adlai Stevenson High School? If so, identify what was installed, the date on which it was installed, and the dates, if any, on which any updates or upgrades were installed.

**ANSWER:** Installation of the entire system of IS3 began in December 2002, but is not yet completed at the Adlai E. Stevenson High School. The Project is approximately 65% complete.

18. Has IS3 been installed at Marengo School District #165? If so, identify what was installed, the date on which it was installed, and the dates, if any, on which any updates or upgrades were installed.

**ANSWER:** The project for the Marengo School District was awarded in April 2003. Installation is approximately 50% complete. The entire IS3 system will be installed upon completion.

19. Has IS3 been installed at Kewanee School District #229? If so, identify what was installed, the date on which it was installed, and the dates, if any, on which any updates or upgrades were installed.

**ANSWER:** The project for the Kewanee School District was awarded in April 2003. Installation is approximately 50% complete. The entire IS3 system will be installed upon completion.

J. WILLIAM ROBERTS, Lead Counsel
CHARLES R. SCHMADEKE
HINSHAW AND CULBERTSON
400 South Ninth Street
Suite 200
Springfield, IL 62701-1908
217-528-7375

6

60104587v1 829035

## CERTIFICATION

I Hereby certify that the foregoing statements made by me in the attached answers are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JOHN G. MILLER

Dated: June 13, 2003

60104587v1 829035