EXHIBIT

15

**The Miller Group**
Income by Customer Summary

| | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|
| Springfield District 186 | 11,500 | 221,623 | 368,419 | 337,369 | 200,644 | 0 |
| Taylorville Community Schools | | 2,500 | 1,500 | 1,500 | | |
| Caledonia Community School | | | 29,679 | 4,458 | 5,666 | |
| Jacksonville School District | | | 1,000 | | | |
| Oswego School District 308 | | | | 57,041 | 16,283 | |
| Grant Middle School | | | | | 650 | |
| Riverton Middle School | | | | | 3,000 | |
| Adlai Stevensen High School | | | | | | 116,383 |
| Other non school related | 25,153 | 121,521 | 54,763 | 77,955 | 35,934 | 24,989 |
| Total revenues | $36,653 | $345,644 | $455,361 | $478,323 | $262,177 | $141,372 |



EXHIBIT
MILLER 2
10-19-04 JB