E-FILED
Tuesday, 06 March, 2007 04:36:26 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

16

1

```
IN THE UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF ILLINOIS
         SPRINGFIELD DIVISION
```

CENTURY CONSULTANTS, LTD.,        )
                                  )
    Plaintiff,                    )
                                  )
vs.                               ) No. 03-CV-3105
                                  )
THE MILLER GROUP, INC., JOHN G.   )
MILLER, and THE SPRINGFIELD       )
PUBLIC SCHOOL DISTRICT 186,       )
                                  )
    Defendants.                   )

The Deposition of:

WILLIAM M. CHOAT
October 20, 2004

JULIE L. BLOOME REPORTING
104 Maple Street
Post Office Box 264
Raymond, Illinois 62560
217/229-3309

## Page 18

```
 1         A.  School District 186, Springfield.
 2         Q.  Okay.  So at the time he contacted you
 3   about joining him now in this new business, The Miller
 4   Group, am I correct that it was your understanding
 5   that the Springfield School District was a ground
 6   floor client for his new business?
 7         A.  That's my understanding.
 8         Q.  Okay.  Did you understand that he started
 9   this business because he was able to secure that
10   client?
11         A.  Well, I think he had already started the
12   new business but could hire me because he had acquired
13   that client.
14         Q.  Okay.
15         A.  My understanding.
16         Q.  Okay.  So you accepted the position,
17   correct?
18         A.  Yes.
19         Q.  And what position did you accept?
20         A.  Unnamed.  Just programmer.
21         Q.  Programmer?
22         A.  (Witness nodding head in the
23   affirmative.)
24         Q.  Okay.  At the time you joined The Miller
```

## Page 19

```
 1   Group, were there any other employees working at the
 2   firm?  Or was it just you and Mr. Miller?
 3         A.  As far as I can recall, just me and
 4   Mr. Miller.
 5         Q.  At the beginning?
 6         A.  Right.
 7         Q.  And from your beginning days at The
 8   Miller Group, what did you start working on?  What do
 9   you recall your first work being?
10         A.  Used a language called Tango, T-a-n-g-o.
11         Q.  For what?
12         A.  For database -- for Internet database
13   application development.
14         Q.  For the Springfield School District?
15         A.  Yes.
16         Q.  Or for some other client?
17         A.  For that client.
18         Q.  For Springfield.
19         A.  Yes.
20         Q.  Okay.  Now, what exactly were you doing?
21   You said Internet database development.  What exactly
22   were you working on for the School District at that
23   point?
24         A.  Well, I didn't know what was being -- any
```

## Page 20

```
 1   deals that had been done, but Jack had found this
 2   program called Tango, which he purchased, and we were
 3   using it to write a front end to the School District's
 4   Oracle database.
 5         Q.  Front end for a Web-based application?
 6         A.  Yes.  The Web base is the front end part.
 7         Q.  Okay.  And it was your understanding that
 8   this was interfacing with the Oracle database?
 9         A.  Correct.
10         Q.  Now, at that time, in the early days of
11   your work at The Miller Group, did The Miller Group
12   have other clients?
13         A.  Not that I know of.
14         Q.  So your work at that -- I'm sorry, I
15   didn't mean to cut you off.  Were you still --
16         A.  No, no.  I'm just thinking.  I don't know
17   of any others.
18         Q.  So is it accurate to say that your work
19   at The Miller Group in the beginning was devoted
20   exclusively to working for the Springfield School
21   District?
22         A.  Yeah.  I was doing work for Jack, and
23   I -- yeah, the only client we had that I knew of was
24   Springfield.
```

## Page 21

```
 1         Q.  Okay.  Mr. Miller ever tell you how he
 2   came to acquire that client?
 3         A.  No.  Not that I recall.
 4         Q.  Did you ever learn how he came to acquire
 5   the Springfield School District --
 6         A.  No, I didn't.
 7         Q.  -- as a client?
 8         A.  I really didn't.
 9         Q.  Okay.  How were you paid in the
10   beginning?  Were you salaried?
11         A.  Yes.
12         Q.  Okay.  At some point, did you do any work
13   for any other client other than the School District?
14         A.  Not until we had -- I'm trying to think
15   of an exception.  Not until we had finished the School
16   District project.
17         Q.  Do you recall approximately when you
18   finished the School District project?
19         A.  I don't recall.
20         Q.  Can you even approximate the year?
21         A.  Um, I really don't remember.
22         Q.  Okay.  And when you say -- you used the
23   phrase, not until we finished the School District
24   project, what did you mean by "project"?
```

**Page 22**

A. The database to the point that they told me to make changes. When they said we're done making changes, and -- we no longer made changes on the School District project. I'm sorry, on the School District database. That's when I figured the project was ended.

Q. So you learned that the project was ended based on Mr. Miller telling you, that's it, we have no further work to do, correct?

A. Well, and what happened was whenever we would make changes we posted it on our machines, we would do our testing, and when we were done we would use a program called CVL, which took our changes and merged them into their computers, and the --

Q. Is that something called a central versioning language?

A. I don't know the words for which it stands.

Q. CVS or CVL?

A. CVL.

Q. Okay.

A. And, when --

Q. That's a commercially available program, correct?

**Page 23**

A. I believe so. That's when I knew we were done with it was when we were no longer sending changes, we took down the CVL that went to the School District servers.

Q. Okay. Now, at that point in time, do I understand you correctly that you then started doing some work for some other customers of The Miller Group other than the School District?

A. Yes.

Q. What customers or clients did you then start to work on projects for?

A. Well, actually, not right away because we had sales people that were going to sell the product.

Q. What do you mean by "product"?

A. IS3. At that point, we went through and began making changes to make it our own product instead of the School District's.

Q. Okay. Was IS3 based in any way on what you had done for the Springfield School District?

A. Well, at that point, IS3 was what we had done for Springfield School District.

Q. Okay.

A. In other words, we did not have two IS3's under development simultaneously.

**Page 24**

Q. Okay. And it's your testimony, then, that you started to do some work on changing what had been installed at the Springfield School District for some purpose?

A. There were things in the structure we did not -- did not like.

Q. Okay. Why were you making these changes?

A. Well, to my knowledge, it was to make a program we could sell that we could maintain.

Q. Is there any reason why you couldn't sell the software or the product that you had developed for the Springfield School District?

A. Not to my knowledge. There was no reason we couldn't have. There was some things we did not like. Some of the structures we wanted to change.

Q. Okay. Can you be more specific in what you wanted to change.

A. Um...

Q. And I assume by "change," you mean change it to put it in a form that Miller Group would then sell to other customers, correct?

A. Correct.

Q. Was the goal, as you understood it, to sell to other school districts? To sell what you had

**Page 25**

developed for the Springfield School District to other school districts?

A. To my knowledge, I guess that was the intent.

Q. Okay. So --

A. I didn't have anything to do with sales. I don't know. I don't know.

Q. Okay. So what do you recall were the -- what changes were made to IS3?

A. I can give you an example. For example, the address structure. We were -- when we were doing Springfield's we were tied to the structure, the database structure, they needed to and wanted to maintain. One of the early changes we did was take address and the table where addresses were stored and we changed the structure, the way people are stored in those, parents.

Q. Uh-huh. Including such things as street names?

A. No, that part stayed the same. The School District structure was the address record and allowed for two people to live at that address, Parent 1, Parent 2. We took that separate, for example, and made it a people database, people table, that are tied

Page 58

how those -- how that data all interacts within the database structure in order to be able to build the front end application?

A. Well, for the final product you certainly would. The initial stages did not involve much of anything. It was a student, change the last name and first name, so...

Q. But for the final product you would.

A. Yeah. You'd have to understand how everything correlated.

Q. And how would you educate yourself on that?

A. (No audible response.)

Q. Or how did you educate yourself about the way in which the data was stored and the way in which it was structured and interrelated to be able to complete your work?

A. Well, I sat and looked at students and addresses; found that student ID had to be the common element, and look at the table structures, and spend a lot of time figuring it out.

Q. Were you aware of a group at the School District structure called the Information Systems Task Force? Have you ever heard that term before?

Page 59

A. I don't recall hearing the term, and I did not know -- I -- I kind of know now who they are.

Q. How is it --

A. I'm still not --

Q. Because you work there.

A. Yeah. And that's only because I've heard that name when Mr. Qualls goes to meetings with them.

Q. Okay.

A. I believe it's the same group. They're called IS3 meetings.

Q. I'm going to show you what's been marked as Miller 8 for identification.

A. Okay.

Q. And Miller 9. Do you recognize those documents?

A. Oh, yeah. Absolutely.

Q. What are they?

A. My writing.

Q. It's your handwriting all over the documents?

A. Yeah.

Q. Okay.

A. I'm trying to figure out what things were. If you look -- yeah, I know I recognize them.

Page 60

Q. What do you recognize them to be?

A. These are the tables, Oracle data tables, that we were given at the very beginning.

Q. Now, is this what you referred to before when you said -- we talked about the database structures?

A. Yeah. Yeah, this is exactly what I was talking about. The columns and -- within each table.

Q. Did you use those documents in any way?

A. Yeah. That's all I had. I used them like crazy. Yeah. It's kind of like seeing an old friend again. I forgot about these.

Q. What did you use them to do?

A. To figure out what was going on in the database. At the time, Mr. Miller's daughter, Carolyn Miller, was a senior or junior in high school, and we knew her student ID because Jack knew her -- his daughter's student ID, so I would go through and find tables for which Carolyn had records. And you can even see where I wrote in what I found. That's what I meant awhile ago when I said I sat back for a long time and had to figure out how everything ties together. Yeah.

Q. Do you believe that looking at these

Page 61

documents assisted you in being able to develop the front end application?

A. That's all I had. Yeah. Oh, this was my -- I carried it home at night.

Q. A few minutes ago we talked about one aspect of the IS3 product, the scheduler application.

A. Uh-huh.

Q. What is the scheduler application? If you can describe it for me.

A. Well, to the best my knowledge, if you can use the word "merely" to describe the scope, but its job, to assign students to classes, that they've requested and whatever.

Q. Okay. In your opinion, was it an important part of the IS3 product?

A. I suspect it probably was, although, again, I don't know -- I believe we made sales without it. I shouldn't say that.

Q. Well, that was my next question. When you -- you sold the product to several other non-Springfield School District clients, correct?

A. Right.

Q. Was it -- was the scheduler part of the IS3 product which was sold to Adlai Stevenson, for

Page 66

```
1   Star_Base class list, 2 and a half hours, and then
2   Star_Base class list, 6.5 hours. Does that refresh
3   your recollection at all about whether you did any
4   work on those items at that time?
5        A. I'm not sure what those items even are.
6        Q. You're not. Okay.
7             Doesn't appear familiar to you at all.
8        A. No.
9        Q. What about the reference to Star_Base IGA
10  P-Link?
11       A. I don't know what that is.
12       Q. And then this reference to Star_Base
13  interface, do you know what that is?
14       A. What year is it? '99?
15       Q. 1999.
16       A. The only thing I can think of, he must
17  have been using -- I don't know what that is.
18       Q. And, then, on the next page there's a
19  reference to five hours spent on Star_Base data. Do
20  you see that?
21       A. Yeah.
22       Q. Do you know what that is?
23       A. No, I don't know. I think above it is
24  assessment data, but I...
```

Page 67

```
1        Q. Okay. Do you need a break at all?
2        A. No.
3        Q. We're not going to be too much longer.
4   Let's take five minutes, actually.
5             (Whereupon at this point in
6              the proceedings a five-minute
7              break was taken.)
8   BY MR. HILLIARD:
9        Q. Back on the record. Dr. Choat, I've put
10  in front of you a document I believe you said you
11  glanced through this morning --
12       A. This morning, uh-huh.
13       Q. -- which is the report of Century
14  Consultants' expert, PG Lewis. And I'd like to ask
15  you first to take a look at pages 7 through 13 of the
16  report. Take a moment to look through that.
17            Do you see, Dr. Choat, that those pages
18  appear to contain a number of different file names,
19  and certain dates and times posted next to them.
20       A. Uh-huh.
21       Q. Do you see that?
22       A. Yes.
23       Q. Do you recognize any of those file names
24  as files from IS3?
```

Page 68

```
1        A. Looks like every file in IS3 is in here.
2        Q. Okay.
3        A. Yeah.
4        Q. And am I correct that these are all
5   source code files?
6        A. Yeah, program. Yes.
7        Q. PHP files, in other words.
8        A. Right.
9        Q. Okay. Am I correct that most computer
10  programs contain three different time stamp dates
11  associated with the files?
12       A. Yes. Well, three. Creation, modified --
13       Q. At least three. Access?
14       A. Well, access -- last time it was accessed
15  or -- I guess. Sure.
16       Q. Well, if a file is open, but no character
17  has changed within the file, would there be an
18  access --
19       A. Oh.
20       Q. -- in most programs, would there be, in
21  your opinion, an access date, meaning the file was
22  opened but not changed?
23       A. Uh-huh. Probably. I don't know. No. I
24  don't know.
```

Page 69

```
1        Q. But you're aware of at least two usual
2   time stamps on a --
3        A. Yeah. Created --
4        Q. -- computer file, created and modified.
5        A. Right.
6        Q. I will tell you that these pages reflect
7   the conclusion of PG Lewis that upon looking at the
8   IS3 source code files that were turned over by The
9   Miller Group to Century, that the time stamp on each
10  of these files listed indicated modification dates on
11  the dates shown here and modification times on the
12  times shown here.
13            And my first question for you is: Do you
14  know whether or not you performed any modifications on
15  any of these files as reflected in these pages?
16       A. Not as groups, like I see these dates and
17  times. No.
18       Q. So you can't --
19       A. I mean, I --
20       Q. You can't tell me whether you actually
21  made any modifications as reflected in these pages, to
22  these files?
23       A. No, I mean -- no, I can't tell you, no.
24       Q. Okay. And I take it that means that you
```

**70**

1  don't have a recollection, as you sit here today, of
2  making modifications to these files between the dates
3  of May 9, 2003, and May 14, 2003.
4      A. I have no rec- -- no.
5      Q. Okay.
6      A. Or, yes, I have no recollection.
7      Q. All right. Can you say whether or not
8  you believe that you did make these modifications?
9      A. No, I didn't. I didn't make these
10 modifications.
11     Q. You did not.
12     A. Right. I don't necessarily -- I don't
13 know if this indicates modifications.
14     Q. Okay.
15     A. I don't know how you could.
16     Q. Well, assuming that the table is accurate
17 in reporting on a modification time stamp on a
18 particular file, for example, the first one, the first
19 PHP file listed has a modification time stamp of May
20 14, 2003, at 2:14 in the morning.
21     A. Yeah.
22     Q. All right. Assuming that's accurate, if
23 you were to go into the source code that was turned
24 over to us, look at it and say, Yes, I agree this file

**71**

1  has a time stamp showing a modification at 2:14 in the
2  morning on May 14, 2003, I'm asking you to assume that
3  that is at least accurate.
4      A. Okay. All right.
5      Q. My first question is: Did you make this
6  modification? If the file was modified, did you make
7  it?
8      A. I promise you I did not make changes
9  between 10:00 p.m. and 8:00 a.m.
10     Q. All right.
11     A. I'd almost have to guess that the clock
12 was wrong on the computer.
13     Q. That would be a guess, though, correct?
14     A. Oh, absolutely. Yeah.
15     Q. Well, did you know of any of the
16 programmers who regularly worked on programs at 2:00,
17 3:00 o'clock in the morning?
18     A. I know programmers that were up at 2:00
19 or 3:00 in the morning, but I seriously doubt they
20 were working on any programs. I don't know.
21     Q. Were you aware of any significant
22 modifications being made during this time frame, May
23 9, 2003, through May 14, 2003, to the IS3 application
24 for client-related reasons? As you sit here today,

**72**

1  are you aware of anything of that sort?
2      A. Not that I recall.
3      Q. Okay. In other words, you were working
4  around the clock on changes --
5      A. Oh, no.
6      Q. -- to the code for a particular client
7  application. Do you have a recollection of working on
8  a particular client project in that time period?
9      A. No. I don't have any recollection of
10 working around the clock on any project, for anything.
11     Q. So is it true, then, that looking at this
12 list, you cannot tell me what, if any, modifications
13 were made, or if there were modification made what the
14 purposes -- what the purpose of those modifications
15 were; is that correct?
16     A. Correct.
17     Q. All right. But you do recognize the file
18 names, correct?
19     A. Oh, absolutely.
20     Q. All right. Can you generally describe
21 for me what these -- what aspects of the IS3 product,
22 these file names cover?
23     A. Tell you any one of them you want to
24 know. I think. I mean, to the best of my knowledge,

**73**

1  yes.
2      Q. Well, are they grouped together
3  concerning particular aspects of the product or do
4  they reference files that go across the board and
5  touch different aspects of the product?
6      A. I don't see any pattern to be able to --
7  I mean, if these are assessment files or...
8      Q. That's really my question. Are some of
9  them assessment files, some of them scheduling files,
10 some of them grading files?
11     A. Here are four assessment files, here
12 are -- one, two, three -- here are some more ITBS
13 assessment files, here are two discipline programs. I
14 can probably tell you where any of these are from.
15 Transcripts, gradebook. I don't see any pattern --
16 here's the cumulative folder.
17     Q. What page are you look at on this one?
18     A. Oh, I -- this one just stuck out. At the
19 very bottom of page 9, cumulative dot PHP.
20     Q. Cumulative dot PHP? Okay.
21     A. But right above it is SQL restriction. I
22 don't even know what -- that's some function that's in
23 the functions directory, as are the two right above
24 that. Those are function files in a separate folder.

74

1  As a matter of fact, throughout here you'll see file
2  names that end with dot FNC dot PHP. Here are a
3  couple up here. Here are some up here.
4      Q. Is there any significance to a file name
5  which begins with SKD?
6      A. Scheduling.
7      Q. Does that indicate that it's a part of
8  the scheduler application?
9      A. Um...
10     Q. So, for example, on page 9 you'll see --
11 I see SKD request detail dot PHP. SKD tally stu list
12 dot PHP. Are those both files that are part of the
13 scheduler application?
14     A. Yeah, yeah. And on the next page -- yes.
15     Q. That answer is "yes"? It's all part of
16 the scheduler application?
17     A. (Witness nodding head in the
18 affirmative.)
19     Q. Okay. Have you heard of a file called
20 SKD mass detail dot PHP?
21     A. I would recognize it as a schedule file
22 if I had seen it, but I don't -- I don't know what any
23 of those programs do there in scheduling.
24     Q. Now that you've had a chance to look more

75

1  closely at all of these pages I've referenced with all
2  these file names, does this indicate to you that the
3  file names listed cover a pretty comprehensive
4  cross-section of the IS3 product?
5      A. Looks like all of the files to me. I'm
6  not sure how many files there are, but... Yes, it's
7  very comprehensive.
8      Q. And as you sit here today, do you know of
9  any reason why all of these files would have been
10 modified during that five-day period, if, in fact,
11 modifications were made?
12     A. If modifications were made, I don't know
13 why they would have been.
14     Q. Okay.
15     A. A lot of times when we write code we
16 document, but that would be comments.
17     Q. Okay.
18     A. That tells people what's going on in the
19 program.
20     Q. Now, can I ask you to look at page 14.
21 This is an additional listing of some text, inc. and
22 CC files. First of all, these are not source code
23 files, correct?
24     A. Yeah. I'm trying to figure out what they

76

1  are.
2      Q. TXT file is a text file.
3      A. I know that, but, I mean, I don't know
4  what role they play.
5      Q. So does that mean it's not a source code
6  file?
7      A. Correct.
8      Q. It's a readable text file.
9      A. Correct.
10     Q. Do you recognize what portability dot TXT
11 is?
12     A. No.
13     Q. Do you recognize any of the other files
14 listed on page 14?
15     A. Well, IS3 tables I have not looked at in
16 that form, but I suspect it contains the list of
17 tables.
18     Q. Similar to what you looked up in Miller
19 8?
20     A. Or 9.
21     Q. Or 9?
22     A. Yeah.
23     Q. That data dictionary.
24     A. Yeah, that's it. Data dictionary. Thank

77

1  you.
2      Q. Okay.
3      A. I suspect it's that, but I don't know.
4      Q. Okay. Now, this chart -- and, again, I'm
5  asking you to assume that the chart at least
6  accurately reports on what the CD turned over to
7  Century reflects.
8      A. Okay.
9      Q. This chart reports on modifications
10 between May 9 and May 14 of 2003, to these text and
11 other files. And my question for you is: Do you know
12 what, if any, modifications were made, and, if so, why
13 the modifications were made?
14     A. I have no idea.
15     Q. All right. Did you, personally, make
16 modifications to these files during that five-day
17 period?
18     A. No.
19     Q. No?
20     A. No.
21     Q. Were you aware that The Miller Group sent
22 Century, in connection with this lawsuit, a second CD
23 after it sent the first CD, the second CD consisting
24 of what The Miller Group represented was a more

Page 78

```
 1   current version of the scheduler application?
 2       A.  (Witness shaking head in the negative.)
 3       Q.  Were you aware of that?
 4       A.  No.
 5       Q.  If you look at page 15 --
 6       A.  Uh-huh.
 7       Q.  -- you will, again, see another listing
 8   of files. And I will tell you that this appeared to
 9   be files within the scheduler application on the
10   second CD that was delivered to us from The Miller
11   Group.
12       A.  Uh-huh.
13       Q.  And, again, asking you to assume that the
14   information recorded in the chart is accurate, it
15   indicates that there were a number of modifications
16   made on May 15, 2003.
17           Do you see that?
18       A.  Yeah. Yes, I do.
19       Q.  Okay. Did you make any of these changes?
20       A.  No. I can't believe that you'd have this
21   many programs sitting with all their changes done and
22   ready to save at 5/15. It looks like that was the
23   date the files were put on CD, to me. I shouldn't
24   volunteer information, but it doesn't make sense. I
```

Page 79

```
 1   don't know -- and I've not changed any of these files
 2       Q.  And now I'd like you to look at, if you
 3   would, pages 17 through 19. These three pages record
 4   some items of source code taken from the IS3 system as
 5   it was installed at the Springfield School District.
 6       A.  Uh-huh.
 7       Q.  Do you see that?
 8       A.  Okay.
 9       Q.  Can I ask you to look, first, at one of
10   the blocks on page 18.
11       A.  Okay.
12       Q.  First of all, did you write any of this
13   code?
14       A.  No.
15       Q.  Do you know who did?
16       A.  No. No, I don't.
17       Q.  Do you recognize the code to be a
18   particular application within IS3?
19       A.  No. I know it's the detail, because I
20   saw it on this page, but... Nothing looks out of the
21   ordinary.
22       Q.  Is it the scheduler?
23       A.  I guess.
24       Q.  Can you tell from looking at it what
```

Page 80

```
 1   language it's written in?
 2       A.  It's PHP. Yes.
 3       Q.  What is -- in the PHP language, what is
 4   the significance of a dollar sign before a variable
 5   name?
 6       A.  That just tells it's a variable.
 7       Q.  That's an identifier for a variable?
 8       A.  Correct.
 9       Q.  Have you ever heard of something called a
10   tar file, t-a-r?
11       A.  That's a zipped file of some kind, I
12   think.
13       Q.  Is that what it is?
14       A.  I believe so.
15       Q.  Okay. And why would a tar file have been
16   used within the scheduler source code, if you know?
17       A.  I don't know. I may be mistaken about
18   what it is.
19       Q.  So you would not be able to explain the
20   file attributes of a tar file.
21       A.  No.
22       Q.  Is -- PHP, is that an interpreted or
23   compiled file?
24       A.  Interpreted.
```

Page 81

```
 1       Q.  Is that sometimes called a script as
 2   well? A scripting program? Interpreted file?
 3       A.  (No audible response.)
 4       Q.  And interpreted program? Excuse me.
 5       A.  Not to my knowledge. I don't know.
 6       Q.  Going back to these three pages, 17, 18
 7   and 19 - I've asked you to look at 18 - you're
 8   familiar with the language that appears here.
 9       A.  Oh, yeah.
10       Q.  PHP, correct?
11       A.  Yes.
12       Q.  You consider yourself to be proficient in
13   it?
14       A.  Yes.
15       Q.  Okay. Can I ask you to look at the
16   variable SPMN. Do you see that?
17       A.  Uh-huh.
18       Q.  Do you have any idea what that means?
19       A.  Well, I don't think it's a variable.
20   It's not a variable, it's a column.
21       Q.  Okay.
22       A.  Or an alias or something.
23       Q.  Okay. Do you recognize it?
24       A.  No.
```