E-FILED
Tuesday, 06 March, 2007  04:36:47 PM
Clerk, U.S. District Court, ILCD

EXHIBIT 17

```
            Column Name                          Null               Type
------------------------------------------------------------------------------------
Table Name: SPEDTRAN Cont.                       Table Synonym Name: SPTRAN
            PROGRAM_CODE                         NOT NULL           VARCHAR2(2)
            PROGRAM_DATE                         NOT NULL           DATE(7)
            MINUTES                                                 NUMBER(5,0)
------------------------------------------------------------------------------------
Table Name: SPED_PGM                             Table Synonym Name: SPGMS
            PROGRAM                              NOT NULL           VARCHAR2(2)
            PROGRAM_DESC                                            VARCHAR2(30)
------------------------------------------------------------------------------------
Table Name: SPSUSRFD1                            Table Synonym Name: SPSUSRFD1S
            STUDENT_ID                           NOT NULL           VARCHAR2(10)
            U01                                                     VARCHAR2(10)
            U02                                                     VARCHAR2(10)
            U03                                                     VARCHAR2(10)
            U04                                                     VARCHAR2(10)
            U05   - CELL   - set to " " after change Primary Address  VARCHAR2(10)
            U06                                                     VARCHAR2(10)
            U07                                                     VARCHAR2(10)
            U08                                                     VARCHAR2(10)
            U09                                                     VARCHAR2(10)
            U10                                                     VARCHAR2(10)
            U11                                                     VARCHAR2(10)
            U12                                                     VARCHAR2(10)
            U13                                                     VARCHAR2(10)
            U14                                                     VARCHAR2(10)
            U15                                                     VARCHAR2(10)
            U16                                                     VARCHAR2(10)
            U17                                                     VARCHAR2(10)
            U18                                                     VARCHAR2(10)
            U19                                                     VARCHAR2(10)
            U20                                                     VARCHAR2(10)
            N01                                                     NUMBER(10,4)
            N02                                                     NUMBER(10,4)
            N03                                                     NUMBER(10,4)
            N04                                                     NUMBER(10,4)
            N05                                                     NUMBER(10,4)
            EDIT_U01                                                CHAR(255)
            EDIT_U02                                                CHAR(255)
            EDIT_U03                                                CHAR(255)
            EDIT_U04                                                CHAR(255)
            EDIT_U05                                                CHAR(255)
            EDIT_U06                                                CHAR(255)
            EDIT_U07                                                CHAR(255)
            EDIT_U08                                                CHAR(255)
            EDIT_U09                                                CHAR(255)
            EDIT_U10                                                CHAR(255)
            EDIT_U11                                                CHAR(255)
            EDIT_U12                                                CHAR(255)
```

EXHIBIT
MILLER 8
10-19-04 JB

| Column Name | Null | Type |
|---|---|---|

---

Table Name: SPSUSRFD1 *Cont.*                    Table Synonym Name: SPSUSRFD1S

| Column Name | Type |
|---|---|
| EDIT_U13 | CHAR(255) |
| EDIT_U14 | CHAR(255) |
| EDIT_U15 | CHAR(255) |
| EDIT_U16 | CHAR(255) |
| EDIT_U17 | CHAR(255) |
| EDIT_U18 | CHAR(255) |
| EDIT_U19 | CHAR(255) |
| EDIT_U20 | CHAR(255) |
| EDIT_N01 | CHAR(255) |
| EDIT_N02 | CHAR(255) |
| EDIT_N03 | CHAR(255) |
| EDIT_N04 | CHAR(255) |
| EDIT_N05 | CHAR(255) |

---

Table Name: SPS_ASSESMENT_TEST                    Table Synonym Name:

(180)

| Column Name | Handwritten value | Type |
|---|---|---|
| SPMN | 33357 | VARCHAR2(5) |
| FORM_NAME | spsastls | VARCHAR2(20) |
| TEST_CDE | WT37 | VARCHAR2(4) |
| SCHOOL | 01 | VARCHAR2(4) |
| ELMHR_MIDHGH_CRS | TURNER HR: 25 | VARCHAR2(50) |
| STUDENT_ID | 28606 | VARCHAR2(10) |
| S1_SCORE | 6 | NUMBER(2,0) |
| S1_STAT | 3 | VARCHAR2(1) |
| S2_SCORE | 4 | NUMBER(2,0) |
| S2_STAT | 3 | VARCHAR2(1) |
| S3_SCORE | 5 | NUMBER(2,0) |
| S3_STAT | 3 | VARCHAR2(1) |
| S4_SCORE | 2 | NUMBER(2,0) |
| S4_STAT | 1 | VARCHAR2(1) |
| S5_SCORE | 8 | NUMBER(2,0) |
| S5_STAT | 3 | VARCHAR2(1) |
| S6_SCORE | 0 | NUMBER(2,0) |
| S6_STAT |  | VARCHAR2(1) |
| S7_SCORE | 0 | NUMBER(2,0) |
| S7_STAT |  | VARCHAR2(1) |
| S8_SCORE | 0 | NUMBER(2,0) |
| S8_STAT |  | VARCHAR2(1) |
| SCORE | 25 | NUMBER(3,0) |

---

Table Name: SPS_ASSESMENT_TEST_SUM                    Table Synonym Name:

∅

| Column Name | Type |
|---|---|
| SPMN | VARCHAR2(5) |
| FORM_NAME | VARCHAR2(20) |
| TEST_CDE | VARCHAR2(4) |
| SCHOOL | VARCHAR2(4) |
| ELMHR_MIDHGH_CRS | VARCHAR2(50) |
| STUDENT_ID | VARCHAR2(10) |
| SEQUENCE | VARCHAR2(2) |

```
              Column Name                          Null          Type
------------------------------------------------------------------------------
Table Name:SPS_ASSESMENT_TEST_SUM Cont.            Table Synonym Name:
        SEX                                                      VARCHAR2(1)
        ETHNIC                                                   VARCHAR2(1)
        STATUS                                                   VARCHAR2(1)
        SCORE                                                    NUMBER(3,0)
------------------------------------------------------------------------------
Table Name:SPS_CELLUP                              Table Synonym Name:
        SCHOOL                                     NOT NULL      VARCHAR2(10)
        ROOM                                       NOT NULL      VARCHAR2(5)
        ROOM_LOCATION                                            VARCHAR2(10)
------------------------------------------------------------------------------
Table Name:SPS_CELLUP2                             Table Synonym Name:
        SCHOOL                                     NOT NULL      VARCHAR2(10)
        ROOM                                       NOT NULL      VARCHAR2(5)
        ROOM_LOCATION                                            VARCHAR2(10)
------------------------------------------------------------------------------
Table Name:SPS_CHAPTERI                            Table Synonym Name:
        SPMN                                                     VARCHAR2(5)
        FORM_NAME                                                VARCHAR2(20)
        CURR_SCHOOL                                              VARCHAR2(4)
        AREA_SCHOOL                                              VARCHAR2(4)
        STUDENT_ID                                               VARCHAR2(10)
        NO_CODE                                                  NUMBER(1,0)
        FREE_CODE                                                NUMBER(1,0)
        REDUCED_CODE                                             NUMBER(1,0)
        VERIFIED_CODE                                            NUMBER(1,0)
------------------------------------------------------------------------------
Table Name:SPS_COURT                               Table Synonym Name:
        SPMN                                                     VARCHAR2(5)
        FORM_NAME                                                VARCHAR2(20)
        SCHOOL                                                   VARCHAR2(4)
        CLASS_CD                                                 VARCHAR2(6)
        SECTION                                                  VARCHAR2(3)
        C_TOT                                                    NUMBER(3,0)
        B_TOT                                                    NUMBER(3,0)
        I_TOT                                                    NUMBER(3,0)
        A_TOT                                                    NUMBER(3,0)
        H_TOT                                                    NUMBER(3,0)
------------------------------------------------------------------------------
Table Name:SPS_DEMIDX                              Table Synonym Name:
        SPMN      - 75295                                        VARCHAR2(5)
        FORM_NAME - spstsdem                                     VARCHAR2(20)
        TST_CODE  - MA 10                                        VARCHAR2(4)
        TST_DATE  - 05/05/97 12:00:00 Am                         DATE(7)
        TST_SCHOOL- 52                                           VARCHAR2(4)
```

Handwritten annotations: "5,877" circled next to SPS_DEMIDX table.

```
                Column Name                          Null            Type
-------------------------------------------------------------------------------------
able Name:SPS_DEMIDX Cont.                    Table Synonym Name:
        STUDENT_ID - 15371                                    VARCHAR2(10)
-------------------------------------------------------------------------------------
Table Name:SPS_EXCEPT                         Table Synonym Name:
        ID - SHERRIE                          NOT NULL        VARCHAR2(10)
 (129)  FLAG - 4                              NOT NULL        VARCHAR2(2)
-------------------------------------------------------------------------------------
Table Name:SPS_FINDER                         Table Synonym Name:
        SCHOOL - 33                                           VARCHAR2(4)
 (176)  STUDENT_ID - 1001383                                  VARCHAR2(10)
-------------------------------------------------------------------------------------
Table Name:SPS_FSIBL                          Table Synonym Name:
        SPMN                                                  VARCHAR2(5)
        FORM_NAME                                             VARCHAR2(20)
  Ø     SCHOOL                                                VARCHAR2(4)
        STUDENT_ID                                            VARCHAR2(10)
        NAME                                                  VARCHAR2(30)
        GRADE                                                 VARCHAR2(2)
        FS_CODE                                               VARCHAR2(1)
        ADDRESS                                               VARCHAR2(50)
        HOUSE_NO                                              NUMBER(5,0)
        STREET                                                VARCHAR2(30)
-------------------------------------------------------------------------------------
Table Name:SPS_GRCKLS                         Table Synonym Name:
        SPMN                                                  VARCHAR2(5)
        FORM_NAME                                             VARCHAR2(20)
  Ø     SCHOOL                                                VARCHAR2(4)
        CLASS_CD                                              VARCHAR2(6)
        SECTION                                               VARCHAR2(3)
        ROOM                                                  VARCHAR2(5)
        PERIOD                                                VARCHAR2(2)
        TEACHER_ID                                            VARCHAR2(10)
        STUDENT_ID                                            VARCHAR2(10)
        GRADE                                                 VARCHAR2(2)
        GRADE_Q1                                              VARCHAR2(3)
        GRADE_Q2                                              VARCHAR2(3)
        GRADE_E1                                              VARCHAR2(3)
        GRADE_S1                                              VARCHAR2(3)
        GRADE_Q3                                              VARCHAR2(3)
        GRADE_Q4                                              VARCHAR2(3)
        GRADE_E2                                              VARCHAR2(3)
        GRADE_S2                                              VARCHAR2(3)
        COMMENT_Q11                                           VARCHAR2(3)
        COMMENT_Q12                                           VARCHAR2(3)
        COMMENT_Q21                                           VARCHAR2(3)
        COMMENT_Q22                                           VARCHAR2(3)
```

```
             Column Name                    Null         Type
-----------------------------------------------------------------------------
Table Name: SPS_GRCKLS Cont.                Table Synonym Name:
    COMMENT_Q31                                  VARCHAR2(3)
    COMMENT_Q32                                  VARCHAR2(3)
    COMMENT_Q41                                  VARCHAR2(3)
    COMMENT_Q42                                  VARCHAR2(3)
    ABS_Q1                                       NUMBER(2,0)
    ABS_Q2                                       NUMBER(2,0)
    ABS_Q3                                       NUMBER(2,0)
    ABS_Q4                                       NUMBER(2,0)
    WGHT_S1                                      VARCHAR2(4)
    WGHT_S2                                      VARCHAR2(4)
-----------------------------------------------------------------------------
Table Name: SPS_LOOP                        Table Synonym Name:
  ∅ SPMN                                         VARCHAR2(5)
    FORM_NAME                                    VARCHAR2(20)
-----------------------------------------------------------------------------
Table Name: SPS_LUNCH                       Table Synonym Name:
    SPMN - 71993                                 VARCHAR2(5)
(1) FORM_NAME - schedlsp                         VARCHAR2(20)
    SCHOOL - 51                                  VARCHAR2(4)
    STUDENT_ID                                   VARCHAR2(10)
    LUNCH_FY                                     VARCHAR2(15)
    LUNCH_S1                                     VARCHAR2(15)
    LUNCH_S2                                     VARCHAR2(15)
    LUNCH_Q1                                     VARCHAR2(15)
    LUNCH_Q2                                     VARCHAR2(15)
    LUNCH_Q3                                     VARCHAR2(15)
    LUNCH_Q4                                     VARCHAR2(15)
-----------------------------------------------------------------------------
Table Name: SPS_MASTER_CELLNO               Table Synonym Name: SPSMSCEL
     CELL_NO - 01011            NOT NULL         VARCHAR2(5)
(257) SCHOOL_K - 01              NOT NULL         VARCHAR2(4)
     SCHOOL_1_4 - 01            NOT NULL         VARCHAR2(4)
     SCHOOL_5_6 - 07            NOT NULL         VARCHAR2(4)
     SCHOOL_7_8 - 44            NOT NULL         VARCHAR2(4)
     SCHOOL_9_12 - 51           NOT NULL         VARCHAR2(4)
-----------------------------------------------------------------------------
Table Name: SPS_OBJ_WORK                    Table Synonym Name: SOBJW
    SPMN - 71380                                 VARCHAR2(5)
(17) FORM_NAME - spstojls                        VARCHAR2(8)
    SCHL - 42                                    VARCHAR2(4)
    TEACHER_NAME - McDONALD MARY Pid.05 Course: HEALTH 704   VARCHAR2(50)
    TEACHER_ID                                   VARCHAR2(10)
    STUDENT_ID - 18337                           VARCHAR2(10)
    OBJ_POINTER - 226                            NUMBER(10,0)
    QUES_CORRECT - 3                             NUMBER(3,0)
```

| Column Name | Null | Type |
|---|---|---|

Table Name: SPS_OBJ_WORK Cont.     Table Synonym Name: SOBJW

| Column Name | Type |
|---|---|
| QUES_TOTAL — 5 | NUMBER(3,0) |
| ABOVE_PROF — | NUMBER(1,0) |
| AT_PROF — | NUMBER(1,0) |
| BELOW_PROF — | NUMBER(1,0) |
| PERC_CORRECT — 60 | NUMBER(5,2) |
| OBJ_FLG — 1 | CHAR(1) |

Table Name: SPS_OUT_SUM     Table Synonym Name:

| Column Name | Type |
|---|---|
| SPMN | VARCHAR2(5) |
| FORM_NAME | VARCHAR2(20) |
| TEST_CDE | VARCHAR2(4) |
| SCHOOL | VARCHAR2(4) |
| ELMHR_MIDHGH_CRS | VARCHAR2(50) |
| STUDENT_ID | VARCHAR2(10) |
| SEQUENCE | VARCHAR2(2) |
| SEX | VARCHAR2(1) |
| ETHNIC | VARCHAR2(1) |
| STATUS | VARCHAR2(1) |
| VOC_FLAG | NUMBER(1,0) |
| MOB_FLAG | NUMBER(1,0) |
| RET_FLAG | NUMBER(1,0) |
| ATT_FLAG | NUMBER(1,0) |
| FOOD_FLAG | NUMBER(1,0) |
| GIFT_FLAG | NUMBER(1,0) |
| SPCED_FLAG | NUMBER(1,0) |
| SCORE | NUMBER(3,0) |

Table Name: SPS_OUT_WORK     Table Synonym Name: SPS_OUTW

| Column Name | Type |
|---|---|
| SPMN | VARCHAR2(5) |
| FORM_NAME | VARCHAR2(8) |
| SCHL | VARCHAR2(4) |
| TEACHER_ID | VARCHAR2(10) |
| STUDENT_ID | VARCHAR2(10) |
| OBJ_POINTER | NUMBER(10,0) |
| QUES_CORRECT | NUMBER(3,0) |
| QUES_TOTAL | NUMBER(3,0) |
| ABOVE_PROF | NUMBER(1,0) |
| AT_PROF | NUMBER(1,0) |
| BELOW_PROF | NUMBER(1,0) |
| PERC_CORRECT | NUMBER(5,2) |
| OBJ_FLG | CHAR(1) |
| TCH_NAME | CHAR(50) |
| VOCATIONAL | NUMBER(1,0) |
| MOBILITY | NUMBER(1,0) |
| RETAIN | NUMBER(1,0) |
| ATTEND | NUMBER(1,0) |
| FOOD_CODE | NUMBER(1,0) |

```
                Column Name                         Null           Type
---------------------------------------------------------------------------------
Table Name:SPS_OUT_WORK  Cont.                      Table Synonym Name:SPS_OUTW
        GIFTED                                                      NUMBER(1,0)
---------------------------------------------------------------------------------
Table Name:SPS_PIC  – 53                            Table Synonym Name:SPS_PICS
        SCHOOL                              NOT NULL                VARCHAR2(4)
 (1,448) STUDENT_ID – 1001086                NOT NULL                VARCHAR2(10)
        LAST_NAME – WARREN                  NOT NULL                VARCHAR2(18)
        FIRST_NAME – AMANDA                 NOT NULL                VARCHAR2(15)
        GRADE – 11                          NOT NULL                VARCHAR2(2)
        STUDENT_PICTURE – Binary field – not                        LONG RAW(0)
                              usable
---------------------------------------------------------------------------------
Table Name:SPS_SPED_CLASS_LIST                      Table Synonym Name:
        START_YY – 97                                               VARCHAR2(2)
        SCHOOL – ALL                                                VARCHAR2(4)
 (677)  TEACHER_NAME – ANN KUEHNEL                                  VARCHAR2(30)
        STUDENT_ID – 30358                                          VARCHAR2(10)
        ENTRY_DATE – 06/02/98 12:00:00 AM                           DATE(7)
---------------------------------------------------------------------------------
Table Name:SPS_THX_OBJ                              Table Synonym Name:SPSOBJ
        SPMN – 33065                        NOT NULL                VARCHAR2(5)
        FORM_NAME – spsds/st                NOT NULL                VARCHAR2(20)
 (18)   SCHOOL – ALL                        NOT NULL                VARCHAR2(4)
        TEST_CD – FR09                      NOT NULL                VARCHAR2(4)
        O_NUMBER – 2                                                NUMBER(3,0)
        O_DESC – VERBS                                              VARCHAR2(60)
        Q_ANS – AADBABAECEAACCAABDECCEADBECCBEA...                  VARCHAR2(65)
        Q_HEAD1 – 000000000...                                      VARCHAR2(65)
        Q_HEAD2 – 0000111111 222 ...                                VARCHAR2(65)
        Q_HEAD3 – 6789012345678901234 ...                           VARCHAR2(65)
---------------------------------------------------------------------------------
Table Name:SPS_THX_OBJ                              Table Synonym Name:SPS_OBJ
        SPMN                                NOT NULL                VARCHAR2(5)
        FORM_NAME       Duplicate ?        NOT NULL                VARCHAR2(20)
        SCHOOL                              NOT NULL                VARCHAR2(4)
        TEST_CD                             NOT NULL                VARCHAR2(4)
        O_NUMBER                                                    NUMBER(3,0)
        O_DESC                                                      VARCHAR2(60)
        Q_ANS                                                       VARCHAR2(65)
        Q_HEAD1                                                     VARCHAR2(65)
        Q_HEAD2                                                     VARCHAR2(65)
        Q_HEAD3                                                     VARCHAR2(65)
---------------------------------------------------------------------------------
Table Name:SPS_THX_WORK                             Table Synonym Name:SPS_THXW
        SPMN                                NOT NULL                VARCHAR2(5)
 Ø      FORM_NAME                           NOT NULL                VARCHAR2(20)
```

| Column Name | Null | Type |
|---|---|---|

Table Name: SPS_THX_WORK Cont.    Table Synonym Name: SPS_THXW

| Column Name | Null | Type |
|---|---|---|
| SCHOOL | NOT NULL | VARCHAR2(4) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SEQUENCE | | VARCHAR2(10) |
| O_NAME | | VARCHAR2(50) |
| O_NUMBER | | NUMBER(3,0) |
| O_Q_CNT | | NUMBER(3,0) |
| R_SCORE | | NUMBER(3,0) |
| R_PERC | | NUMBER(4,1) |
| RESP1A | | VARCHAR2(65) |
| RESP1B | | VARCHAR2(65) |
| RESP2A | | VARCHAR2(35) |
| RESP2B | | VARCHAR2(35) |
| RESP3A | | VARCHAR2(50) |
| RESP3B | | VARCHAR2(50) |
| RESP4A | | VARCHAR2(50) |
| RESP4B | | VARCHAR2(50) |
| RESP5A | | VARCHAR2(50) |
| RESP5B | | VARCHAR2(50) |
| RESP6A | | VARCHAR2(50) |
| RESP6B | | VARCHAR2(50) |
| RESP7A | | VARCHAR2(50) |
| RESP7B | | VARCHAR2(50) |
| SCORE_CAT | | VARCHAR2(1) |

Table Name: SPS_TRUANCY    Table Synonym Name:

| Column Name | Null | Type |
|---|---|---|
| SPMN | | VARCHAR2(5) |
| FORM_NAME | | VARCHAR2(20) |
| SCHOOL | | VARCHAR2(4) |
| STUDENT_ID | | VARCHAR2(10) |
| ADULT_MINOR | | VARCHAR2(1) |
| SEX | | VARCHAR2(1) |
| TYPE_LESTHN_GTRTHN | | VARCHAR2(1) |
| KEY | | VARCHAR2(3) |
| PERIOD_COUNT | | NUMBER(2,0) |
| DAYS_ABS | | NUMBER(4,1) |

Table Name: SPS_TSTDEM    Table Synonym Name:

(611)

| Column Name | Null | Type |
|---|---|---|
| SPMN - 30799 | | VARCHAR2(5) |
| FORM_NAME - spstsdem | | VARCHAR2(20) |
| SCHOOL - 01 | | VARCHAR2(4) |
| CATAGORY - 1 | | VARCHAR2(1) |
| TYPE - a | | VARCHAR2(1) |
| GRADE - 03 | | VARCHAR2(2) |
| STUDENT_CT - 1 | | NUMBER(5,0) |

Table Name: SPS_WORK_ORDER    Table Synonym Name: SPSWKORD

                                    Data Dictionary

                Column Name                          Null            Type
-----------------------------------------------------------------------------------------------
Table Name:SPS_WORK_ORDER                            Table Synonym Name:SPSWKORD
(7)    JOB_NO  -199704223211001                      NOT NULL        VARCHAR2(17)
       SCHOOL  - 01                                  NOT NULL        VARCHAR2(4)
       ISSUE_DATE  -04/22/97 12:00:00 Am             NOT NULL        DATE(7)
       ISSUED_BY - CAROL KITCHEN                                     VARCHAR2(30)
       PRIORITY  -                                                   VARCHAR2(1)
       APPROVED_BY -                                                 VARCHAR2(30)
       APPROVAL_DATE -                                               DATE(7)
       PRINT_STATUS - P                                              VARCHAR2(1)
       COMPLETION_DATE -                                             DATE(7)
       TRADE_1 - CP                                                  VARCHAR2(2)
       TRADE_2 - UT                                                  VARCHAR2(2)
       TRADE_3 -                                                     VARCHAR2(2)
       TRADE_4 -                                                     VARCHAR2(2)
       TRADE_5 -                                                     VARCHAR2(2)
       TRADE_6 -                                                     VARCHAR2(2)
       TRADE_7 -                                                     VARCHAR2(2)
       WORK_DESC - FIX DESK                                          VARCHAR2(240)

-----------------------------------------------------------------------------------------------
Table Name:SPS_WO_EMPLOYEE                           Table Synonym Name:SPSWOEMP
       EMPLOYEE_ID - XXXXX                           NOT NULL        VARCHAR2(10)
(3)    EMPLOYEE_NAME - EMPLOYEE XXX                  NOT NULL        VARCHAR2(30)
       TRADE - BL                                                    VARCHAR2(2)
       PAY_RATE - 3                                                  NUMBER(5,2)

                             No Real data, just test junk
-----------------------------------------------------------------------------------------------
Table Name:SPS_WO_LABOR                              Table Synonym Name:SPSWOLABOR
       JOB_NO                                        NOT NULL        VARCHAR2(17)
       SCHOOL                                        NOT NULL        VARCHAR2(4)
(0)    TRADE                                                         VARCHAR2(2)
       LABOR_DATE                                                    DATE(7)
       EMPLOYEE_ID                                                   VARCHAR2(10)
       HOURS                                                         NUMBER(5,2)
       PAY_RATE                                                      NUMBER(5,2)
       TOTAL_COST                                                    NUMBER(6,2)

-----------------------------------------------------------------------------------------------
Table Name:SPS_WO_MATERIAL_GROUP                     Table Synonym Name:SPSWOMATGRP
(0)    MATERIAL_GROUP                                NOT NULL        VARCHAR2(4)
       MATERIAL_DESC                                                 VARCHAR2(25)

-----------------------------------------------------------------------------------------------
Table Name:SPS_WO_MATERIAL_LIST                      Table Synonym Name:SPSWOMATLS
       JOB_NO                                        NOT NULL        VARCHAR2(17)
       SCHOOL                                        NOT NULL        VARCHAR2(4)
(0)    TRADE                                                         VARCHAR2(2)
       MATERIAL_DATE                                                 DATE(7)
       MATERIAL_GROUP                                                VARCHAR2(4)
       QTY                                                           NUMBER(6,2)

```
                Column Name                         Null           Type
                ---------------                     ----           ----
Table Name:SPS_WO_MATERIAL_LIST  Cont.        Table Synonym Name:SPSWOMATLS
        MATERIAL_DESC                                           VARCHAR2(50)
        UNIT_COST                                               NUMBER(8,4)
        TOTAL_COST                                              NUMBER(9,4)
------------------------------------------------------------------------------
Table Name:SPS_WO_TRADES                      Table Synonym Name:SPSWOTRADES
  (6)   TRADE         BL                      NOT NULL          VARCHAR2(2)
        TRADE_DESC  - BRICK LAYWERS                             VARCHAR2(25)
              Carpenter / electrician / M. Mechanic / Painter / Utility
------------------------------------------------------------------------------
Table Name:STATUS_CD                          Table Synonym Name:STATUS_CDS
  (4)   STATUS_CD  -  P   | U     | W         NOT NULL          VARCHAR2(1)
        STATUS_CD_DESC - PAID|UNPAID|WAIVER  NOT NULL          VARCHAR2(30)
                         O = OUT OF DISTRICT WAIVER
------------------------------------------------------------------------------
Table Name:STAT_TMP                           Table Synonym Name:STAT
        SPMN                                  NOT NULL          VARCHAR2(5)
  Ø     SCHOOL                                NOT NULL          VARCHAR2(4)
        GRADE                                                   VARCHAR2(2)
        SEX                                                     VARCHAR2(1)
        CODE                                                    VARCHAR2(1)
------------------------------------------------------------------------------
Table Name:STA_HBLD                           Table Synonym Name:AHBLD
        SCHOOL                                NOT NULL          VARCHAR2(4)
        PAGE_NUMBER                           NOT NULL          VARCHAR2(4)
  Ø     STUDENT_ID                            NOT NULL          VARCHAR2(10)
        STA_SEQUENCE                          NOT NULL          VARCHAR2(2)
        HOMEROOM                              NOT NULL          VARCHAR2(5)
        TEACHER_ID                                              VARCHAR2(10)
        TEACHER_NAME                                            VARCHAR2(38)
        STA_DATE                                                DATE(7)
------------------------------------------------------------------------------
Table Name:STA_HBLD                           Table Synonym Name:HBLD
        SCHOOL            ↑                   NOT NULL          VARCHAR2(4)
        PAGE_NUMBER  Duplicate ?              NOT NULL          VARCHAR2(4)
        STUDENT_ID                            NOT NULL          VARCHAR2(10)
        STA_SEQUENCE                          NOT NULL          VARCHAR2(2)
        HOMEROOM                              NOT NULL          VARCHAR2(5)
        TEACHER_ID                                              VARCHAR2(10)
        TEACHER_NAME                                            VARCHAR2(38)
        STA_DATE                                                DATE(7)
------------------------------------------------------------------------------
Table Name:STCWORK2                           Table Synonym Name:STCW2
        SCHOOL                                                  VARCHAR2(4)
  Ø     SPMN                                                    VARCHAR2(5)
        FORM_NAME1                                              VARCHAR2(8)
```

------------------------------------------------------------------------------
Table Name: STCWORK2 Con't                     Table Synonym Name: STCW2
        STUDENT_ID                                             VARCHAR2(10)
        ATT_DAY1                                               VARCHAR2(10)
        ATT_DAY2                                               VARCHAR2(10)
        ATT_DAY3                                               VARCHAR2(10)
        ATT_DAY4                                               VARCHAR2(10)
        ATT_DAY5                                               VARCHAR2(10)
        ATT_DAY6                                               VARCHAR2(20)

------------------------------------------------------------------------------
Table Name: STCWORK3                           Table Synonym Name: STCW3
        SPMN                            NOT NULL               VARCHAR2(5)
        FORM_NAME                       NOT NULL               VARCHAR2(20)
        SCHOOL                          NOT NULL               VARCHAR2(4)
        STUDENT_ID                      NOT NULL               VARCHAR2(10)
        CLASS_CD                                               VARCHAR2(6)
        SECTION                                                VARCHAR2(3)
        NAME                                                   VARCHAR2(20)
        PERIOD                                                 VARCHAR2(2)
        COLUMN_TYPE                                            VARCHAR2(1)
        MON1                                                   NUMBER(4,0)
        MON2                                                   NUMBER(4,0)
        MON3                                                   NUMBER(4,0)
        MON4                                                   NUMBER(4,0)
        MON5                                                   NUMBER(4,0)
        MON6                                                   NUMBER(4,0)
        MON7                                                   NUMBER(4,0)
        MON8                                                   NUMBER(4,0)
        MON9                                                   NUMBER(4,0)
        MON10                                                  NUMBER(4,0)
        MON11                                                  NUMBER(4,0)
        MON12                                                  NUMBER(4,0)
        MON13                                                  NUMBER(4,0)
        TOTAL                                                  NUMBER(6,0)

------------------------------------------------------------------------------
Table Name: STC_ADET                           Table Synonym Name: CADET
        SEQ_NUMBER — 21428              NOT NULL               VARCHAR2(10)
(1,219,650)  STC_DATE — 01/25/96 12:00:00 am   NOT NULL        DATE(7)
        CUT_CODE — 1                    NOT NULL               VARCHAR2(1)

------------------------------------------------------------------------------
Table Name: STC_BLD                            Table Synonym Name: STCBLD
        SCHOOL — 52                     NOT NULL               VARCHAR2(4)
(81,035) STC_DATE — 12/25/95 12:00:00 pm   last day sheets were printed   NOT NULL   DATE(7)
        PAGE_NUMBER — 03784             NOT NULL               VARCHAR2(5)
        STUDENT_ID — 100659             NOT NULL               VARCHAR2(10)
        STC_SEQUENCE — 01               NOT NULL               VARCHAR2(2)
        CLASS_CD — 10                   NOT NULL               VARCHAR2(6)
        SECTION — 001                   NOT NULL               VARCHAR2(3)

```
                Column Name                      Null          Type
--------------------------------------------------------------------------------
Table Name: STC_BLD  Cath,                       Table Synonym Name: STCBLD
        TEACHER_ID - GRECO, T                           VARCHAR2(10)
        HOME_SCHOOL - 52                                VARCHAR2(4)
        MON_UPD - B                                     VARCHAR2(1)
        TUE_UPD - B                                     VARCHAR2(1)
        WED_UPD - 1                                     VARCHAR2(1)       1 week Beethoven
        THU_UPD - 1                                     VARCHAR2(1)
        FRI_UPD - 1                                     VARCHAR2(1)
--------------------------------------------------------------------------------
Table Name: STC_DAY                              Table Synonym Name: CDAY
        START_YY                         NOT NULL       VARCHAR2(2)
 Ø      SCHOOL                           NOT NULL       VARCHAR2(4)
        STUDENT_ID                       NOT NULL       VARCHAR2(10)
        STC_DATE                         NOT NULL       DATE(7)
        STC_TIME                         NOT NULL       VARCHAR2(5)
        D_CODE                           NOT NULL       VARCHAR2(1)
        STC_INFO                                        VARCHAR2(255)
--------------------------------------------------------------------------------
Table Name: STC_HEAD  ✓                          Table Synonym Name: CHEAD   get
        START_YY - 98                    NOT NULL       VARCHAR2(2)         sequence
        SCHOOL - 52                      NOT NULL       VARCHAR2(4)         from here
(135,212) STUDENT_ID - 1001043           NOT NULL       VARCHAR2(10)
        CLASS_CD - 118                   NOT NULL       VARCHAR2(6)
        SECTION - 001                    NOT NULL       VARCHAR2(3)               ✗
        SEQ_NUMBER - 159974              NOT NULL       VARCHAR2(10)
        REACTIVE - 08/25/98 12:00:00 Am  NOT NULL       DATE(7)
        YTD_EXC - 1                                     NUMBER(3,0)         Seq # is
        YTD_UNEXC - 4                                   NUMBER(3,0)         key
        YTD_UNLAW - 0                                   NUMBER(3,0)
        YTD_PARTIAL - 0                                 NUMBER(3,0)
        INACTIVE - 11/13/98 12:00:00 Am                 DATE(7)
        LETTER_NUMBER -                                 NUMBER(3,0)
--------------------------------------------------------------------------------
Table Name: STC_MP                               Table Synonym Name: CMP
        SEQ_NUMBER - 21428               NOT NULL       VARCHAR2(10)
(399,321) MP - 02                        NOT NULL       VARCHAR2(2)
        MP_EXC - 3                                      NUMBER(2,0)
        MP_UNEXC - 0                                    NUMBER(2,0)
        MP_UNLAW - 0                                    NUMBER(2,0)
        MP_PARTIAL - 1                                  NUMBER(2,0)
--------------------------------------------------------------------------------
Table Name: STC_UPD                              Table Synonym Name: STCUPD
        SCHOOL                           NOT NULL       VARCHAR2(4)
 Ø      STC_DATE                         NOT NULL       DATE(7)
        PAGE_NUMBER                      NOT NULL       VARCHAR2(5)
        STUDENT_ID                       NOT NULL       VARCHAR2(10)
```

```
                 Column Name                    Null           Type
                 -----------                    ----           ----
Table Name: STC_UPD Cont.                       Table Synonym Name: STCUPD Cont.
          STC_SEQUENCE                         NOT NULL       VARCHAR2(2)
          CLASS_CD                             NOT NULL       VARCHAR2(6)
          SECTION                              NOT NULL       VARCHAR2(3)
          TEACHER_ID                                          VARCHAR2(10)
          NEW_PAGE                                            VARCHAR2(1)
          STC_TYPE                                            VARCHAR2(1)
          STU_NAME                                            VARCHAR2(36)
          GRADE                                               VARCHAR2(2)

Table Name: STC_VPD ✓                           Table Synonym Name: VPD
   (40)   SCHOOL - 52                          NOT NULL       VARCHAR2(4)
          PERIOD - 01                          NOT NULL       VARCHAR2(2)
          START_TIME - 08:20                   NOT NULL       VARCHAR2(5)
          END_TIME - 09:18                     NOT NULL       VARCHAR2(5)

                              Class periods for all schools

Table Name: STC_WORK ✓                          Table Synonym Name: STCW
          SCHOOL - 54                                         VARCHAR2(4)
  8,500   SPMN - 36015                                        VARCHAR2(5)
          FORM_NAME - stcexabs                                VARCHAR2(8)
          CLASS - 10                                          VARCHAR2(6)
          SEC - 001                                           VARCHAR2(3)
          STUDENT_ID - 1005676                                VARCHAR2(10)
          ATT_DAYS -                                          VARCHAR2(31)
          STC_DAYS -                                          VARCHAR2(31)
          ATT_ABS -                                           NUMBER(4,1)
          STC_ABS -                                           NUMBER(2,0)
          EXC_TOT - 0                                         NUMBER(3,0)
          UNX_TOT - 2                                         NUMBER(3,0)
          UNL_TOT - 0                                         NUMBER(3,0)
          PAR_TOT - 0                                         NUMBER(3,0)

Table Name: STDYDTL                             Table Synonym Name: STDTL
          START_YY                             NOT NULL       VARCHAR2(2)
    Ø     SCHOOL                               NOT NULL       VARCHAR2(4)
          SECTION                              NOT NULL       VARCHAR2(3)
          SEMESTER                             NOT NULL       VARCHAR2(2)
          AVAI_SEATS1                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS2                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS3                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS4                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS5                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS6                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS7                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS8                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS9                          NOT NULL       NUMBER(4,0)
          AVAI_SEATS10                         NOT NULL       NUMBER(4,0)
```

```
              Column Name                    Null           Type
-----------------------------------------------------------------------------
Table Name: STDYDTL Cont.                    Table Synonym Name: STDTL
        BEG_SEATS1                                          NUMBER(4,0)
        BEG_SEATS2                                          NUMBER(4,0)
        BEG_SEATS3                                          NUMBER(4,0)
        BEG_SEATS4                                          NUMBER(4,0)
        BEG_SEATS5                                          NUMBER(4,0)
        BEG_SEATS6                                          NUMBER(4,0)
        BEG_SEATS7                                          NUMBER(4,0)
        BEG_SEATS8                                          NUMBER(4,0)
        BEG_SEATS9                                          NUMBER(4,0)
        BEG_SEATS10                                         NUMBER(4,0)
-----------------------------------------------------------------------------
Table Name: STDYHALL                         Table Synonym Name: STDY
        START_YY                             NOT NULL       VARCHAR2(2)
        SCHOOL                               NOT NULL       VARCHAR2(4)
        SECTION                              NOT NULL       VARCHAR2(3)
        PERIOD                               NOT NULL       VARCHAR2(2)
        BEG_SEATS                            NOT NULL       NUMBER(4,0)
        ROOM                                                VARCHAR2(5)
        GRADE                                               VARCHAR2(2)
        TEACHER_ID                                          VARCHAR2(10)
        TOTAL_STUDENTS                                      NUMBER(4,0)
        CLUSTER_CODE                                        VARCHAR2(2)
-----------------------------------------------------------------------------
Table Name: STDYVIEW                         Table Synonym Name: STDYVW
        START_YY                             NOT NULL       VARCHAR2(2)
        SCHOOL                               NOT NULL       VARCHAR2(4)
        SECTION                              NOT NULL       VARCHAR2(3)
        PERIOD                               NOT NULL       VARCHAR2(2)
        SEMESTER                             NOT NULL       VARCHAR2(2)
        AVAI_SEATS1                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS2                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS3                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS4                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS5                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS6                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS7                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS8                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS9                          NOT NULL       NUMBER(4,0)
        AVAI_SEATS10                         NOT NULL       NUMBER(4,0)
        TOTAL_STUDENTS                                      NUMBER(4,0)
        BEG_SEATS                            NOT NULL       NUMBER(4,0)
        ROOM                                                VARCHAR2(5)
        GRADE                                               VARCHAR2(2)
        TEACHER_ID                                          VARCHAR2(10)
-----------------------------------------------------------------------------
Table Name: STDY_WK                          Table Synonym Name: ST_WK
```

| Column Name | Null | Type |
|---|---|---|

Table Name: STDY_WK                              Table Synonym Name: ST_WK

| Column Name | Null | Type |
|---|---|---|
| SPMN | NOT NULL | VARCHAR2(5) |
| FORM_NAME | NOT NULL | VARCHAR2(20) |
| PERIOD |  | VARCHAR2(2) |
| DAY |  | VARCHAR2(1) |
| STUDENT_ID |  | VARCHAR2(10) |
| SEMCODE |  | VARCHAR2(12) |

Table Name: STG2WORK                             Table Synonym Name: STGW2

| Column Name | Null | Type |
|---|---|---|
| SCHOOL |  | VARCHAR2(4) |
| SPMN |  | VARCHAR2(5) |
| FORM_NAME |  | VARCHAR2(8) |
| STUDENT_ID |  | VARCHAR2(10) |
| GPA_NUM |  | VARCHAR2(1) |
| GPA01 |  | NUMBER(8,4) |
| GPA02 |  | NUMBER(8,4) |
| GPA03 |  | NUMBER(8,4) |
| GPA04 |  | NUMBER(8,4) |
| GPA05 |  | NUMBER(8,4) |
| GPA06 |  | NUMBER(8,4) |
| GPA07 |  | NUMBER(8,4) |
| GPA08 |  | NUMBER(8,4) |
| GPA09 |  | NUMBER(8,4) |
| GPA10 |  | NUMBER(8,4) |
| GPA11 |  | NUMBER(8,4) |
| ABS01 |  | NUMBER(4,1) |
| ABS02 |  | NUMBER(4,1) |
| ABS03 |  | NUMBER(4,1) |
| ABS04 |  | NUMBER(4,1) |
| ABS05 |  | NUMBER(4,1) |
| ABS06 |  | NUMBER(4,1) |
| ABS07 |  | NUMBER(4,1) |
| ABS08 |  | NUMBER(4,1) |
| ABS09 |  | NUMBER(4,1) |
| ABS10 |  | NUMBER(4,1) |
| ABS11 |  | NUMBER(4,1) |
| TDY01 |  | NUMBER(3,0) |
| TDY02 |  | NUMBER(3,0) |
| TDY03 |  | NUMBER(3,0) |
| TDY04 |  | NUMBER(3,0) |
| TDY05 |  | NUMBER(3,0) |
| TDY06 |  | NUMBER(3,0) |
| TDY07 |  | NUMBER(3,0) |
| TDY08 |  | NUMBER(3,0) |
| TDY09 |  | NUMBER(3,0) |
| TDY10 |  | NUMBER(3,0) |
| TDY11 |  | NUMBER(3,0) |

```
                Column Name                      Null           Type
-------------------------------------------------------------------------
Table Name:STG3WORK                              Table Synonym Name:STGW3
(37,795)       SCHOOL       - 52                        VARCHAR2(4)
               SPMN         - 51165                     VARCHAR2(5)
               FORM_NAME    - stc15sp                   VARCHAR2(8)
               STUDENT_ID   - 10287                     VARCHAR2(10)
               LINE1        - 10                        VARCHAR2(50)
               LINE2        - 00!                       VARCHAR2(50)
               LINE3        - 199608****...*@           VARCHAR2(50)
               LINE4        - 199609XX..XX              VARCHAR2(50)
               LINE5        - 199610                    VARCHAR2(50)
               LINE6        - 199611                    VARCHAR2(50)
               LINE7        - 199612                    VARCHAR2(50)
               LINE8        - 199701                    VARCHAR2(50)
               LINE9        - 199702                    VARCHAR2(50)
               LINE10-                                  VARCHAR2(50)
               LINE11-                                  VARCHAR2(50)
               LINE12-                                  VARCHAR2(50)
               LINE13-                                  VARCHAR2(50)
               LINE14-                                  VARCHAR2(50)
               LINE15-                                  VARCHAR2(50)
               LINE16- 199708                           VARCHAR2(50)
               LINE17                                   VARCHAR2(50)
               LINE18                                   VARCHAR2(50)
               LINE19                                   VARCHAR2(50)
               LINE20                                   VARCHAR2(50)
               LINE21                                   VARCHAR2(50)
               LINE22                                   VARCHAR2(50)
               LINE23                                   VARCHAR2(50)
               LINE24                                   VARCHAR2(50)
               LINE25                                   VARCHAR2(50)
               LINE26                                   VARCHAR2(50)
               LINE27                                   VARCHAR2(50)
               LINE28                                   VARCHAR2(50)
               LINE29                                   VARCHAR2(50)
               LINE30                                   VARCHAR2(50)
               LINE31                                   VARCHAR2(50)
               LINE32                                   VARCHAR2(50)
               LINE33                                   VARCHAR2(50)
               LINE34                                   VARCHAR2(50)
               LINE35                                   VARCHAR2(50)
               LINE36                                   VARCHAR2(50)
-------------------------------------------------------------------------
Table Name: STG_BLD1                             Table Synonym Name:BLD1
(6,701)        SCHOOL       - 52        NOT NULL        VARCHAR2(4)
               PAGE_NUMBER  - 0001      NOT NULL        VARCHAR2(4)
               CLASS_CD     - 10        NOT NULL        VARCHAR2(6)
               SECTION      - 001       NOT NULL        VARCHAR2(3)
               PAGE_FLAG    - y         NOT NULL        VARCHAR2(1)
```

Handwritten annotation (brace grouping LINE3–LINE16): *These fields show attendance for the given months*

3:03 ev 03t 05 R M 1998 2 #4181 p m   Page 18 of 20   B A S E                                    Page:80
Rev 03-R-1998 2:41 pm                    Page 18A of 20
Data Dictionary

```
                Column Name                       Null         Type
--------------------------------------------------------------------------
Table Name: STG_BLD2                              Table Synonym Name: BLD2
(45,572)        SCHOOL         - 52               NOT NULL     VARCHAR2(4)
                PAGE_NUMBER    - 1048             NOT NULL     VARCHAR2(4)
                SEQ_NUMBER     - 08               NOT NULL     VARCHAR2(2)
                STUDENT_ID     - 27010            NOT NULL     VARCHAR2(10)
                HOME_SCHOOL    - 52               NOT NULL     VARCHAR2(4)
--------------------------------------------------------------------------
Table Name: STG_SCAN                              Table Synonym Name: SCAN
                SCHOOL         - 52               NOT NULL     VARCHAR2(4)
                PAGE_NUMBER    - 0001             NOT NULL     VARCHAR2(4)
(41,603)        SEQ_NUMBER     - 01               NOT NULL     VARCHAR2(2)
                GRD            - F                             VARCHAR2(3)
                ABS_UNX        - 0                             NUMBER(3,0)
                ABS_EXC        -                               NUMBER(3,0)
                COMMENT_1      -                               VARCHAR2(3)
                COMMENT_2      -                               VARCHAR2(3)
                COMMENT_3      -                               VARCHAR2(3)
                EXAM_GRD       - F                             VARCHAR2(3)
                SEM_GRD        -                               VARCHAR2(3)
                FIN_GRD        - F                             VARCHAR2(3)
                UPDATE_FLAG    - Y                             VARCHAR2(1)
                BAD_GRD        -                               VARCHAR2(3)
                BAD_COMMENT_1  -                               VARCHAR2(3)
                BAD_COMMENT_2  -                               VARCHAR2(3)
                BAD_COMMENT_3  -                               VARCHAR2(3)
                BAD_EXAM_GRD   -                               VARCHAR2(3)
                BAD_SEM_GRD    -                               VARCHAR2(3)
                BAD_FIN_GRD    -                               VARCHAR2(3)
--------------------------------------------------------------------------
Table Name: STG_WHL                               Table Synonym Name: WHEEL
                START_YY       - 97               NOT NULL     VARCHAR2(2)
                SCHOOL         - 42               NOT NULL     VARCHAR2(4)
(123)           S_CLASS_CD     - CE72             NOT NULL     VARCHAR2(6)
                S_SECTION      - 001              NOT NULL     VARCHAR2(3)
                G_CLASS_CD     - CE722                         VARCHAR2(6)
                G_SECTION      - 002                           VARCHAR2(3)
--------------------------------------------------------------------------
Table Name: STG_WORK                              Table Synonym Name: STGW
                SCHOOL                                         VARCHAR2(4)
                SPMN                                           VARCHAR2(5)
(0)             FORM_NAME                                      VARCHAR2(8)
                STUDENT_ID                                     VARCHAR2(10)
                COMM_1                                         VARCHAR2(3)
                COMM_1_DESC                                    VARCHAR2(30)
                COMM_2                                         VARCHAR2(3)
                COMM_2_DESC                                    VARCHAR2(30)
                COMM_3                                         VARCHAR2(3)
```

```
        Column Name                         Null            Type
------------------------------------------------------------------------
Table Name:STG_WORK Cont.                          Table Synonym Name:STGW
        COMM_3_DESC                                        VARCHAR2(30)
        COMM_4                                             VARCHAR2(3)
        COMM_4_DESC                                        VARCHAR2(30)
        COMM_5                                             VARCHAR2(3)
        COMM_5_DESC                                        VARCHAR2(30)
        COMM_6                                             VARCHAR2(3)
        COMM_6_DESC                                        VARCHAR2(30)
        COMM_7                                             VARCHAR2(3)
        COMM_7_DESC                                        VARCHAR2(30)
        COMM_8                                             VARCHAR2(3)
        COMM_8_DESC                                        VARCHAR2(30)
        COMM_9                                             VARCHAR2(3)
        COMM_9_DESC                                        VARCHAR2(30)
        COMM_10                                            VARCHAR2(3)
        COMM_10_DESC                                       VARCHAR2(30)
        COMM_11                                            VARCHAR2(3)
        COMM_11_DESC                                       VARCHAR2(30)
        COMM_12                                            VARCHAR2(3)
        COMM_12_DESC                                       VARCHAR2(30)
        COMM_13                                            VARCHAR2(3)
        COMM_13_DESC                                       VARCHAR2(30)
        COMM_14                                            VARCHAR2(3)
        COMM_14_DESC                                       VARCHAR2(30)
        COMM_15                                            VARCHAR2(3)
        COMM_15_DESC                                       VARCHAR2(30)
        COMM_16                                            VARCHAR2(3)
        COMM_16_DESC                                       VARCHAR2(30)
        COMM_17                                            VARCHAR2(3)
        COMM_17_DESC                                       VARCHAR2(30)
        COMM_18                                            VARCHAR2(3)
        COMM_18_DESC                                       VARCHAR2(30)
        COMM_19                                            VARCHAR2(3)
        COMM_19_DESC                                       VARCHAR2(30)
        COMM_20                                            VARCHAR2(3)
        COMM_20_DESC                                       VARCHAR2(30)
        COMM_21                                            VARCHAR2(3)
        COMM_21_DESC                                       VARCHAR2(30)
        COMM_22                                            VARCHAR2(3)
        COMM_22_DESC                                       VARCHAR2(30)
        COMM_23                                            VARCHAR2(3)
        COMM_23_DESC                                       VARCHAR2(30)
        COMM_24                                            VARCHAR2(3)
        COMM_24_DESC                                       VARCHAR2(30)
        COMM_25                                            VARCHAR2(3)
        COMM_25_DESC                                       VARCHAR2(30)
        HONOR_GRADES                                       LONG
------------------------------------------------------------------------
Table Name:STS_WORK                                Table Synonym Name:STSW
```

Data Dictionary

```
                Column Name                     Null        Type
-----------------------------------------------------------------------------
Table Name: STS_WORK ✓                          Table Synonym Name: STSW
    SPMN       — 39899                          NOT NULL    VARCHAR2(5)
 (60)  FORM_NAME  — studylst                    NOT NULL    VARCHAR2(20)
    SCHOOL     — 42                             NOT NULL    VARCHAR2(4)
    START_YY   — 97                             NOT NULL    VARCHAR2(2)
    CLASS_CD   —                                            VARCHAR2(6)
    CF_CLASS_CD — 05                                        VARCHAR2(6)
    STUDENT_ID — 21098                                      VARCHAR2(10)
    SEM_CODE   —                                            VARCHAR2(12)
-----------------------------------------------------------------------------
Table Name: STU2WORK                            Table Synonym Name: STU2WK
    SPMN                                        NOT NULL    VARCHAR2(5)
    FORM_NAME                                   NOT NULL    VARCHAR2(20)
 ∅  SCHOOL                                      NOT NULL    VARCHAR2(4)
    STUDENT_ID                                  NOT NULL    VARCHAR2(10)
    AGE                                                     VARCHAR2(2)
    SPORTS_ELIG                                             VARCHAR2(1)
    SORT_1_FIELD                                            VARCHAR2(20)
    CREDITS                                                 NUMBER(6,3)
    DAYS_ABS                                                NUMBER(4,1)
    DAYS_TDY                                                NUMBER(3,0)
    NUMBER_GRADES                                           NUMBER(3,0)
    POINTS                                                  NUMBER(4,0)
    GPA                                                     NUMBER(8,4)
-----------------------------------------------------------------------------
Table Name: STUDEF1 ✓                           Table Synonym Name: STUDEF1S
 115,062   DEF_SEQU      — 847                  NOT NULL    VARCHAR2(10)
 Records   DEF_PERIOD    — 01  — all same       NOT NULL    VARCHAR2(2)
           COMMEND_CODE  — R3  ((R1,R2,R3, B1,B2,B3,
                                  P1,P2,P3, T1,T2,T3))
                                                NOT NULL    VARCHAR2(2)
-----------------------------------------------------------------------------
Table Name: STUDEF2 ✓                           Table Synonym Name: STUDEF2S
 117,532   DEF_SEQU     — 847                   NOT NULL    VARCHAR2(10)
 Records   DEF_PERIOD   — 01                    NOT NULL    VARCHAR2(2)
           DEFICIE_CODE — P3                    NOT NULL    VARCHAR2(2)
-----------------------------------------------------------------------------
Table Name: STUDY_WORK                          Table Synonym Name: STUDYW
    SPMN                                        NOT NULL    VARCHAR2(5)
    FORM_NAME                                   NOT NULL    VARCHAR2(20)
 ∅  SCHOOL                                      NOT NULL    VARCHAR2(4)
    START_YY                                    NOT NULL    VARCHAR2(2)
    SECTION                                                 VARCHAR2(3)
    ASSIGN_SEATS                                            NUMBER(4,0)
    FILL_COMPLETE                                           VARCHAR2(1)
    TOTAL_MATCHES                                           NUMBER(8,0)
    TOTAL_CONFLICTS                                         NUMBER(8,0)
    TOTAL_COUNT                                             NUMBER(2,0)
```