3:03-cv-03105-RM-BGC 2:18pm #21 Page 1 of 20
Tue Oct 16 RM-BGC 2:41pm Page 1 of 20  B A S E
Data Dictionary
E-FILED
Tuesday, 06 March, 2007  04:37:02 PM
Clerk, U.S. District Court, ILCD
Page: 28

```
Column Name                          Null         Type

-------------------------------------------------------------------
Table Name:STUD_MED                            Table Synonym Name:STMED
        STUDENT_ID                  NOT NULL    VARCHAR2(10)
        GLASS_REQ                   NOT NULL    VARCHAR2(1)
        IMMUNE_STATUS_CODE          NOT NULL    VARCHAR2(1)
        IMMUNE_EXCEMPT                          VARCHAR2(1)
        CLINIC_OR_PMD                           VARCHAR2(1)
        MED_REQ                                 VARCHAR2(1)
        ENTER_FROM                              VARCHAR2(3)
        DOCTORS_AREA_CODE                       NUMBER(3,0)
        DOCTORS_PHONE                           NUMBER(7,0)
        DENTIST_AREA_CODE                       VARCHAR2(3)
        DENTIST_PHONE                           VARCHAR2(7)
        EYE_DR_AREA_CODE                        VARCHAR2(3)
        EYE_DR_PHONE                            VARCHAR2(7)
        ORIG_ENTRY_DATE                         DATE(7)
        IMMUNE_STATUS_DATE                      DATE(7)
        DOCTORS_FIRST                           VARCHAR2(18)
        DOCTORS_LAST                            VARCHAR2(18)
        DENTIST_FIRST                           VARCHAR2(18)
        DENTIST_LAST                            VARCHAR2(18)
        EYE_DR_FIRST                            VARCHAR2(18)
        EYE_DR_LAST                             VARCHAR2(18)
        MED_ALERT                               VARCHAR2(255)
        MED_NOTES                               LONG

-------------------------------------------------------------------
Table Name:STUIEPMT                            Table Synonym Name:STUIEPMTS
        SEQ_NUMBER                  NOT NULL    NUMBER(10,0)
        NOTIF_DATE                  NOT NULL    DATE(7)
        NOTIF_TYPE                  NOT NULL    VARCHAR2(4)
        MEETING_DATE                NOT NULL    DATE(7)
        MEETING_CODE                NOT NULL    VARCHAR2(4)
        MEETING_TIME                            VARCHAR2(5)
        LOCATION_CD                             VARCHAR2(4)
        M_COMMENT                               VARCHAR2(2000)

-------------------------------------------------------------------
Table Name:STUIEPSP                            Table Synonym Name:STUIEPSPS
        STUDENT_ID - 21177          NOT NULL    VARCHAR2(10)
        FUND - A                                VARCHAR2(1)
        GUARDIAN - A                            VARCHAR2(1)
        ELIGIBILITY_1 - D                       VARCHAR2(1)
        ELIGIBILITY_2 -                         VARCHAR2(1)
        RELATED_SERV_1 - B                      VARCHAR2(1)
        RELATED_SERV_2 - O                      VARCHAR2(1)
        RELATED_SERV_3 - L                      VARCHAR2(1)
        RELATED_SERV_4 - Q                      VARCHAR2(1)
        RELATED_SERV_5 - T                      VARCHAR2(1)
        RELATED_SERV_6 - U                      VARCHAR2(1)
        RELATED_SERV_7 - Y                      VARCHAR2(1)
```

(4,663)

```
        Column Name                         Null         Type
------------------------------------------------------------------------
Table Name: STUIEPSP  Conv                  Table Synonym Name: STUIEPSPS
        RELATED_SERV_8 - B                               VARCHAR2(1)
        LRE  - C                                         VARCHAR2(1)
        START_DATE - 08/27/96 12:00:00 PM                DATE(7)
        DROP_DATE                                        DATE(7)
        RE_EVAL_DATE - 10/21/00 12:00:00 PM              DATE(7)
        EXIT_REASON                                      VARCHAR2(1)
        ANTICIP_SERV_1                                   VARCHAR2(1)
        ANTICIP_SERV_2                                   VARCHAR2(1)
        ANTICIP_SERV_3                                   VARCHAR2(1)
        ANTICIP_SERV_4                                   VARCHAR2(1)
        ANTICIP_SERV_5                                   VARCHAR2(1)
        ANTICIP_SERV_6                                   VARCHAR2(1)
        LANGUAGE  - 1                                    VARCHAR2(1)
        BILINGUAL_SEVERITY                               VARCHAR2(1)
        BILINGUAL_LEVEL                                  VARCHAR2(1)
        BILINGUAL_INSTRUCT                               VARCHAR2(1)
        ROOM_AND_BOARD                                   VARCHAR2(1)
        PRIVATE_FACILITY                                 VARCHAR2(3)
        TPG_1                                            VARCHAR2(1)
        TPG_2                                            VARCHAR2(1)
        TPG_3                                            VARCHAR2(1)
        TERM                                             VARCHAR2(1)
        TEACHER                                          VARCHAR2(5)
        RATIO                                            VARCHAR2(1)
        TO_BE_PLACED                                     VARCHAR2(1)
        PAROCHIAL_SCHOOL                                 VARCHAR2(2)
        LAST_UPDATE - 08/27/97 12:00:00 PM               DATE(7)
        OPER_ID                                          VARCHAR2(10)
------------------------------------------------------------------------
Table Name: STUIEPSP                        Table Synonym Name: STUIPESPS
        STUDENT_ID                 NOT NULL             VARCHAR2(10)
        FUND                                             VARCHAR2(1)
        GUARDIAN               Duplicate ?               VARCHAR2(1)
        ELIGIBILITY_1                                    VARCHAR2(1)
        ELIGIBILITY_2                                    VARCHAR2(1)
        RELATED_SERV_1                                   VARCHAR2(1)
        RELATED_SERV_2                                   VARCHAR2(1)
        RELATED_SERV_3                                   VARCHAR2(1)
        RELATED_SERV_4                                   VARCHAR2(1)
        RELATED_SERV_5                                   VARCHAR2(1)
        RELATED_SERV_6                                   VARCHAR2(1)
        RELATED_SERV_7                                   VARCHAR2(1)
        RELATED_SERV_8                                   VARCHAR2(1)
        LRE                                              VARCHAR2(1)
        START_DATE                                       DATE(7)
        DROP_DATE                                        DATE(7)
        RE_EVAL_DATE                                     DATE(7)
        EXIT_REASON                                      VARCHAR2(1)
```

B A S E
Data Dictionary

| Column Name | Null | Type |
|---|---|---|

Table Name: STUIEPSP  *CoN*  Table Synonym Name: STUIPESPS

| Column | Type |
|---|---|
| ANTICIP_SERV_1 | VARCHAR2(1) |
| ANTICIP_SERV_2 | VARCHAR2(1) |
| ANTICIP_SERV_3 | VARCHAR2(1) |
| ANTICIP_SERV_4 | VARCHAR2(1) |
| ANTICIP_SERV_5 | VARCHAR2(1) |
| ANTICIP_SERV_6 | VARCHAR2(1) |
| LANGUAGE | VARCHAR2(1) |
| BILINGUAL_SEVERITY | VARCHAR2(1) |
| BILINGUAL_LEVEL | VARCHAR2(1) |
| BILINGUAL_INSTRUCT | VARCHAR2(1) |
| ROOM_AND_BOARD | VARCHAR2(1) |
| PRIVATE_FACILITY | VARCHAR2(3) |
| TPG_1 | VARCHAR2(1) |
| TPG_2 | VARCHAR2(1) |
| TPG_3 | VARCHAR2(1) |
| TERM | VARCHAR2(1) |
| TEACHER | VARCHAR2(5) |
| RATIO | VARCHAR2(1) |
| TO_BE_PLACED | VARCHAR2(1) |
| PAROCHIAL_SCHOOL | VARCHAR2(2) |
| LAST_UPDATE | DATE(7) |
| OPER_ID | VARCHAR2(10) |

Table Name: STULOGSP  Table Synonym Name: STULOGSPS

(2,847)

| Column | Value | Null | Type |
|---|---|---|---|
| STUDENT_ID | 26176 | NOT NULL | VARCHAR2(10) |
| LOG_NUMBER | 29700001 | NOT NULL | VARCHAR2(8) |
| REFERRAL_DATE | 04/21/97 12:00:01 AM | | DATE(7) |
| LOG_CODE | R | | VARCHAR2(2) |
| LOG_DATE | 08/27/97 12:00:00 A | | DATE(7) |
| PAROCHIAL_SCHOOL | 12 | | VARCHAR2(2) |
| GRADE | 05 | | VARCHAR2(2) |
| PSYCHOLOGIST | 10 | | VARCHAR2(2) |
| PSYCHOLOGIST_DATE | 09/29/97 12:00:00 PM | | DATE(7) |
| SOCIAL_WORKER | 10 | | VARCHAR2(2) |
| SDS_DATE | 10/01/97 12:00:00 A | | DATE(7) |
| MDC_DATE | 10/09/97 12:00:00 PM | | DATE(7) |
| ELIGIBILITY_1 | I | | VARCHAR2(1) |
| ELIGIBILITY_2 | h | | VARCHAR2(1) |
| ELIGIBILITY_3 | | | VARCHAR2(1) |
| PARENT_SIGN_DATE | 10/08/97 12 m | | DATE(7) |
| RE_EVAL_DATE | 10/09/97 12 m | | DATE(7) |
| COPIES_DATE | 10/30/97 12 m | | DATE(7) |
| COMMENTS | REFERRAL FOR BEHAVIOR CONCERNS | | VARCHAR2(255) |

Table Name: STUSRFD1  Table Synonym Name: STUSRFD1S

(~4,581)

| Column | Value | Null | Type |
|---|---|---|---|
| STUDENT_ID | 15075 | NOT NULL | VARCHAR2(10) |
| U01 | 7879900 | | VARCHAR2(10) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: STUSRFD1 Cont. | | Table Synonym Name: STUSRFD1S |
| U02 — 6322 077 | | VARCHAR2(10) |
| U03 | | VARCHAR2(10) |
| U04 | | VARCHAR2(10) |
| U05 — 01211 | | VARCHAR2(10) |
| U06 | | VARCHAR2(10) |
| U07 | | VARCHAR2(10) |
| U08 | | VARCHAR2(10) |
| U09 | | VARCHAR2(10) |
| U10 — 1997 | | VARCHAR2(10) |
| U11 | | VARCHAR2(10) |
| U12 | | VARCHAR2(10) |
| U13 | | VARCHAR2(10) |
| U14 | | VARCHAR2(10) |
| U15 | | VARCHAR2(10) |
| U16 | | VARCHAR2(10) |
| U17 | | VARCHAR2(10) |
| U18 | | VARCHAR2(10) |
| U19 | | VARCHAR2(10) |
| U20 | | VARCHAR2(10) |
| N01 | | NUMBER(10,4) |
| N02 | | NUMBER(10,4) |
| N03 | | NUMBER(10,4) |
| N04 | | NUMBER(10,4) |
| N05 | | NUMBER(10,4) |
| EDIT_U01 — HOME DAYCARE | | VARCHAR2(255) |
| EDIT_U02 — DR. DAVIS | | VARCHAR2(255) |
| EDIT_U03 | | VARCHAR2(255) |
| EDIT_U04 | | VARCHAR2(255) |
| EDIT_U05 | | VARCHAR2(255) |
| EDIT_U06 | | VARCHAR2(255) |
| EDIT_U07 | | VARCHAR2(255) |
| EDIT_U08 | | VARCHAR2(255) |
| EDIT_U09 | | VARCHAR2(255) |
| EDIT_U10 | | VARCHAR2(255) |
| EDIT_U11 | | VARCHAR2(255) |
| EDIT_U12 | | VARCHAR2(255) |
| EDIT_U13 | | VARCHAR2(255) |
| EDIT_U14 | | VARCHAR2(255) |
| EDIT_U15 | | VARCHAR2(255) |
| EDIT_U16 | | VARCHAR2(255) |
| EDIT_U17 | | VARCHAR2(255) |
| EDIT_U18 | | VARCHAR2(255) |
| EDIT_U19 | | VARCHAR2(255) |
| EDIT_U20 | | VARCHAR2(255) |
| EDIT_N01 | | VARCHAR2(255) |
| EDIT_N02 | | VARCHAR2(255) |
| EDIT_N03 | | VARCHAR2(255) |
| EDIT_N04 | | VARCHAR2(255) |
| EDIT_N05 | | VARCHAR2(255) |

```
              Column Name                      Null          Type
-----------------------------------------------------------------------
Table Name:STUSRFD2                            Table Synonym Name:STUSRFD2S
              SCHOOL — 41                      NOT NULL      VARCHAR2(4)
  (601)       STUDENT_ID — 2824z               NOT NULL      VARCHAR2(10)
              U01                                            VARCHAR2(10)
              U02                                            VARCHAR2(10)
              U03                                            VARCHAR2(10)
              U04                                            VARCHAR2(10)
              U05                                            VARCHAR2(10)
              U06                                            VARCHAR2(10)
              U07                                            VARCHAR2(10)
              U08                                            VARCHAR2(10)
              U09                                            VARCHAR2(10)
              U10                                            VARCHAR2(10)
              U11                                            VARCHAR2(10)
              U12                                            VARCHAR2(10)
              U13                                            VARCHAR2(10)
              U14                                            VARCHAR2(10)
              U15                                            VARCHAR2(10)
              U16                                            VARCHAR2(10)
              U17                                            VARCHAR2(10)
              U18                                            VARCHAR2(10)
              U19                                            VARCHAR2(10)
              U20                                            VARCHAR2(10)
              N01                                            NUMBER(10,4)
              N02                                            NUMBER(10,4)
              N03                                            NUMBER(10,4)
              N04                                            NUMBER(10,4)
              N05 — BROTHER JAMES CT                         NUMBER(10,4)
              EDIT_U01 — SCAIFES FLORIST                     VARCHAR2(255)
              EDIT_U02 — Mom's CELLULAR                      VARCHAR2(255)
              EDIT_U03                                       VARCHAR2(255)
              EDIT_U04                                       VARCHAR2(255)
              EDIT_U05                                       VARCHAR2(255)
              EDIT_U06                                       VARCHAR2(255)
              EDIT_U07                                       VARCHAR2(255)
              EDIT_U08                                       VARCHAR2(255)
              EDIT_U09                                       VARCHAR2(255)
              EDIT_U10                                       VARCHAR2(255)
              EDIT_U11                                       VARCHAR2(255)
              EDIT_U12                                       VARCHAR2(255)
              EDIT_U13                                       VARCHAR2(255)
              EDIT_U14                                       VARCHAR2(255)
              EDIT_U15                                       VARCHAR2(255)
              EDIT_U16                                       VARCHAR2(255)
              EDIT_U17                                       VARCHAR2(255)
              EDIT_U18                                       VARCHAR2(255)
              EDIT_U19                                       VARCHAR2(255)
              EDIT_U20                                       VARCHAR2(255)
              EDIT_N01                                       VARCHAR2(255)
              EDIT_N02                                       VARCHAR2(255)
```

```
                Column Name                    Null          Type
```
------------------------------------------------------------------------

able Name: STUSRFD2 ~~Cut~~                    Table Synonym Name: STUSRFD2S
    EDIT_N03                                  VARCHAR2(255)
    EDIT_N04                                  VARCHAR2(255)
    EDIT_N05                                  VARCHAR2(255)

------------------------------------------------------------------------

Table Name: STU_ADET ✓                         Table Synonym Name: SATT      ✗

*662,333 Records*

    START_YY  -96           NOT NULL      VARCHAR2(2)
    SCHOOL    -52           NOT NULL      VARCHAR2(4)
    STUDENT_ID -27010       NOT NULL      VARCHAR2(10)
    SCH_YR_MO - 199608      NOT NULL      VARCHAR2(6)
    ATT_DAYS [*** ... 9999* (1,2,3,4,·,*)]   VARCHAR2(31)

*662,674  1/29/9?*

    MTD_ABS  - 0                          NUMBER(4,1)
    MTD_TDY  - 0                          NUMBER(3,0)
    MTD_POSS - 4                          NUMBER(4,1)

------------------------------------------------------------------------

Table Name: STU_ASSC                           Table Synonym Name: ST_ASSC

*0 Records*

    STUDENT_ID              NOT NULL      VARCHAR2(10)
    A_DATE                  NOT NULL      DATE(7)
    A_TYPE                  NOT NULL      VARCHAR2(1)
    SEQ_NUMBER              NOT NULL      NUMBER(10,0)
    REAS1                                 VARCHAR2(2)
    REAS2                                 VARCHAR2(2)
    REAS3                                 VARCHAR2(2)
    REAS4                                 VARCHAR2(2)
    REAS5                                 VARCHAR2(2)
    REFERRED_BY                           VARCHAR2(50)
    RELATION                              VARCHAR2(10)
    CASE_MANAGER                          VARCHAR2(10)
    STATUS                                VARCHAR2(6)
    A_COMMENT                             VARCHAR2(2000)

------------------------------------------------------------------------

Table Name: STU_ATEM                           Table Synonym Name: ST_ATEM

*0 Records*

    SEQ_NUMBER              NOT NULL      NUMBER(10,0)
    STAFF_ID                              VARCHAR2(10)
    AT_COMMENT                            VARCHAR2(2000)

------------------------------------------------------------------------

Table Name: STU_ATT ✓                          Table Synonym Name: ST_ATT    ✗

*60,048 Records*

    START_YY  - 96  (97 & 98)    NOT NULL  VARCHAR2(2)
    STUDENT_ID - 27010           NOT NULL  VARCHAR2(10)
    SCHOOL    - 52               NOT NULL  VARCHAR2(4)
    ENTER_DATE - 08/27/96 12:00:00 AM  NOT NULL  DATE(7)
    PCC       - E01              NOT NULL  VARCHAR2(3)
    HOME_INSTR -                           VARCHAR2(1)
    LEFT_DATE -                            DATE(7)
    LETTER_NUMBER                          NUMBER(2,0)
    VOTECH    -                            VARCHAR2(2)

*(Attendance summary stored here)*

```
              Column Name                      Null           Type
-------------------------------------------------------------------------------
Table Name: STU_ATT Cont.                      Table Synonym Name: ST_ATT
              YTD_ABSENCE - 2                                 NUMBER(4,1)
              YTD_TARDY - 0                                   NUMBER(3,0)
              YTD_POSSIBLE - 175                              NUMBER(4,1)
-------------------------------------------------------------------------------
Table Name: STU_BASE ✓                         Table Synonym Name: SBASE
   [24,907   STUDENT_ID - 27010                NOT NULL       VARCHAR2(10)
   Records]  LAST_NAME - MILLER                NOT NULL       VARCHAR2(18)
              FIRST_NAME - CAROLYN A           NOT NULL       VARCHAR2(18)
              MIDDLE_INIT -                                   VARCHAR2(1)
              NICKNAME -                                      VARCHAR2(20)
              SOC_SEC_NO -                                    VARCHAR2(9)
              SEX - F                          NOT NULL       VARCHAR2(1)
              ETHNIC - C                       NOT NULL       VARCHAR2(2)
              RELATION_RESIDES - P             NOT NULL       VARCHAR2(10)
              RELATION_LEGAL - P               NOT NULL       VARCHAR2(10)
              BIRTH_DATE - 10/29/81 12:00:00 Am NOT NULL      DATE(7)
              CURRENT_SCHOOL - 52                             VARCHAR2(4)
              PREVIOUS_SCHOOL -                               VARCHAR2(4)
              FAMILY_CODE - Student_ID - 27010  NOT NULL      VARCHAR2(10)
              NEXT_SCHOOL -                                   VARCHAR2(4)
   (NEW) - ADD COMPLETED
-------------------------------------------------------------------------------
Table Name: STU_CLWK ✓                         Table Synonym Name: SCLWK
   [119,883  START_YY - 96                    NOT NULL        VARCHAR2(2)
   Records]  SCHOOL - 52                      NOT NULL        VARCHAR2(4)
              STUDENT_ID - 27010              NOT NULL        VARCHAR2(10)
              CLASS_CD - 12                   NOT NULL        VARCHAR2(6)
              SECTION - 006                   NOT NULL        VARCHAR2(3)
              ACTIVE_CD - A                                   VARCHAR2(1)
              HOME_SCHOOL - 52                NOT NULL        VARCHAR2(4)
-------------------------------------------------------------------------------
Table Name: STU_CL_SUM                         Table Synonym Name: STU_CL_SUMS
              CLASS_CD                        NOT NULL        VARCHAR2(6)
              SECTION                         NOT NULL        VARCHAR2(3)
   Ø          SEQ_NUMBER                      NOT NULL        VARCHAR2(10)
              LETTER_NUMBER                                   NUMBER(3,0)
              YTD_EXCUSED                                     NUMBER(3,0)
              YTD_UNEXCUSED                                   NUMBER(3,0)
              YTD_UNLAWFULL                                   NUMBER(3,0)
              YTD_PARTIAL                                     NUMBER(3,0)
-------------------------------------------------------------------------------
Table Name: STU_DIS ✓                          Table Synonym Name: SDIS
   [561      START_YY - 97                    NOT NULL        VARCHAR2(2)
   Records]  SCHOOL - 41                      NOT NULL        VARCHAR2(4)
              STUDENT_ID - 19420              NOT NULL        VARCHAR2(10)
              INFRA_DATE - 09/12/97 12:00:00 Am NOT NULL      DATE(7)
```

```
         Column Name                        Null              Type
---------------------------------------------------------------------------
Table Name:STU_DIS(ch)                              Table Synonym Name:SDIS
         INFRA_TIME - 08:30                 NOT NULL          VARCHAR2(5)
         INFRACTION - 209                   NOT NULL          VARCHAR2(3)
         INFRA_PTS - 0                      NOT NULL          NUMBER(4,1)
         INFRA_LOCATION - CRM                                 VARCHAR2(3)
         TEACHER_ID - BOMKE,S                                 VARCHAR2(10)
         DISPOSITION - D45                                    VARCHAR2(3)
         DISPO_PTS -                                          NUMBER(4,1)
         D_TEACHER_ID - GILL,J                                VARCHAR2(10)
         READMIT_DATE -                                       DATE(7)
         DIS_SEQ_NUMBER - 2039              NOT NULL          NUMBER(10,0)
         INFRA_NOTEPAD - SAID FUCK THIS WHEN                  VARCHAR2(255)
                         HE GOT INTO TROUBLE
---------------------------------------------------------------------------
Table Name:STU_DRAD                                 Table Synonym Name:STUDRAD
 (219,903) START_YY - 98                    NOT NULL          VARCHAR2(2)
         SCHOOL - 52                        NOT NULL          VARCHAR2(4)
         CHG_DATE - 09/01/98 12:00:00 AM    NOT NULL          DATE(7)
         CHG_TIME - 39518                   NOT NULL          VARCHAR2(5)
         STUDENT_ID - 27010                 NOT NULL          VARCHAR2(10)
         REC_TYPE - DROP                    NOT NULL          VARCHAR2(4)
         CLASS_CD - 122                     NOT NULL          VARCHAR2(6)
         SECTION - 014                      NOT NULL          VARCHAR2(3)
         GRADES_MOVED - N                   NOT NULL          VARCHAR2(1)
         USER_NAME - GREG DIETEL            NOT NULL          VARCHAR2(30)
         CHG_NOTEPAD -                                        VARCHAR2(255)
         STC_DATE - 09/01/98 12:00:00 AM                      DATE(7)
---------------------------------------------------------------------------
Table Name:STU_FEE                                  Table Synonym Name:STU_FEES
         STUDENT_ID - 27010                 NOT NULL          VARCHAR2(10)
 (21,811) PRINT_INVOICE - N                                   VARCHAR2(1)
         STATUS - P                                           VARCHAR2(1)
         TOTAL_INVOICES - 1                                   NUMBER(3,0)
---------------------------------------------------------------------------
Table Name:STU_GRAD                                 Table Synonym Name:GRADES
         START_YY - 98                      NOT NULL          VARCHAR2(2)
         SCHOOL - 52                        NOT NULL          VARCHAR2(4)
 (831,286) STUDENT_ID - 27010                NOT NULL         VARCHAR2(10)
         CLASS_CD - 12                      NOT NULL          VARCHAR2(6)
         SECTION - 006                      NOT NULL          VARCHAR2(3)
         MP - 01                            NOT NULL          VARCHAR2(2)
         GRADE - A-                                           VARCHAR2(3)
         COMMENT_1 - 4                                        VARCHAR2(3)
         COMMENT_2 -                                          VARCHAR2(3)
         COMMENT_3 -                                          VARCHAR2(3)
         CLASS_ABS_EXC - 1                                    NUMBER(3,0)
         CLASS_ABS_UNX - 0                                    NUMBER(3,0)
         CLASS_TDY -                                          NUMBER(3,0)
```

```
           Column Name                       Null        Type
---------------------------------------------------------------------
Table Name: STU_GRAD (Cont.)              Table Synonym Name: GRADES
           CIT_GRADE -                                  VARCHAR2(3)
           EFF_GRADE -                                  VARCHAR2(3)
           BOOK_LEVEL -                                 VARCHAR2(3)
           CREDIT_EARNED - 5                            NUMBER(6,3)
           E_CRED_EXCEPT - N                            VARCHAR2(1)
---------------------------------------------------------------------
Table Name: STU_GRFX ✓                    Table Synonym Name: STU_GRFXS
   (17)    START_YY - 97                  NOT NULL     VARCHAR2(2)
           SCHOOL - 52                    NOT NULL     VARCHAR2(4)
           STUDENT_ID - 1003866           NOT NULL     VARCHAR2(10)
           CLASS_CD - 1202                NOT NULL     VARCHAR2(6)
           SECTION - 006                  NOT NULL     VARCHAR2(3)
           FIX_ATT_CREDIT - .25                        NUMBER(5,3)
           FIX_ATT_REASON - MEDICAL WV                 VARCHAR2(255)
---------------------------------------------------------------------
Table Name: STU_HEAD ✓                    Table Synonym Name: S_HEAD
           START_YY - 98                  NOT NULL     VARCHAR2(2)
  26,615   SCHOOL - 52                    NOT NULL     VARCHAR2(4)
           STUDENT_ID - 27010             NOT NULL     VARCHAR2(10)
           PRIORITY_EXT - 5                            VARCHAR2(1)
           CONFLICT_CD - M                             VARCHAR2(1)
           CHANGE_DATE - 09/14/97 12:00:00 AM          DATE(7)
           REPRINT_FLAG - Y                            VARCHAR2(1)
           REPRINT_CODE - 1                            VARCHAR2(1)
---------------------------------------------------------------------
Table Name: STU_INSR                      Table Synonym Name: STUINSR
    0      STUDENT_ID                     NOT NULL     VARCHAR2(10)
           INS_CODE                       NOT NULL     VARCHAR2(3)
---------------------------------------------------------------------
Table Name: STU_ITHX                      Table Synonym Name: ST_ITHX
           SEQ_NUMBER                     NOT NULL     VARCHAR2(10)
    0      STUDENT_ID                     NOT NULL     VARCHAR2(10)
           TEST_DATE                      NOT NULL     DATE(7)
           TEST_CODE                      NOT NULL     VARCHAR2(4)
           TEST_FORM                                   VARCHAR2(2)
           TEST_LEVEL                                  VARCHAR2(2)
           TEST_TEACHER                                VARCHAR2(10)
           SCORE                                       VARCHAR2(5)
           T_COMMENT                                   VARCHAR2(2000)
---------------------------------------------------------------------
Table Name: STU_LET ✓                     Table Synonym Name: STULET
           START_YY - 96                  NOT NULL     VARCHAR2(2)
   628     SCHOOL - 29                    NOT NULL     VARCHAR2(4)
           PGM_DESC - athltst             NOT NULL     VARCHAR2(8)
```

```
                Column Name                    Null        Type

-----------------------------------------------------------------------------
Table Name:STU_LET Col.                        Table Synonym Name:STULET
        STUDENT_ID  -25377           NOT NULL     VARCHAR2(10)
        LETTER_NUMBER -1                          NUMBER(3,0)
        LETTER_DATE -01/07/97 12:00:00 Am         DATE(7)
        CLASS_CD -                                VARCHAR2(6)
        SECTION -                                 VARCHAR2(3)

-----------------------------------------------------------------------------
Table Name:STU_MEET                            Table Synonym Name:S_MEET
        START_YY - 96                NOT NULL     VARCHAR2(2)
(9,705) SCHOOL  - 52                 NOT NULL     VARCHAR2(4)
        STUDENT_ID - 28210           NOT NULL     VARCHAR2(10)
        CLASS_CD - 210               NOT NULL     VARCHAR2(6)
        SECTION - 001                NOT NULL     VARCHAR2(3)
        SUB_SECTION - 001            NOT NULL     VARCHAR2(3)
        SEMESTER - S1                NOT NULL     VARCHAR2(2)
        DAYS - MTWRF                              VARCHAR2(10)

-----------------------------------------------------------------------------
Table Name:STU_MGPA                            Table Synonym Name:MGPA
        START_YY - 96                NOT NULL     VARCHAR2(2)
        SCHOOL - 41                  NOT NULL     VARCHAR2(4)
(153,700) STUDENT_ID - 1001385       NOT NULL     VARCHAR2(10)
        MP - I1                      NOT NULL     VARCHAR2(2)
        GPA_NUM - 1                  NOT NULL     VARCHAR2(1)
        MP_QPTS -                                 NUMBER(9,4)
        MP_ATTCR -                                NUMBER(6,3)
        MP_GPA -                                  NUMBER(8,4)
        MP_GPA_DATE -                             DATE(7)
        MP_RANK -                                 NUMBER(4,0)
        MP_CLASSIZE -                             NUMBER(4,0)
        MP_ABS_EXC - 2                            NUMBER(4,1)
        MP_ABS_UNX - 0                            NUMBER(4,1)
        MP_ABS_UNL - 0                            NUMBER(4,1)
        MP_POSS - 23                              NUMBER(4,1)
        MP_TDY - 0                                NUMBER(3,0)
        HONOR_ROLL_FLAG -                         VARCHAR2(1)

-----------------------------------------------------------------------------
Table Name:STU_NOT2                            Table Synonym Name:STUNOT2
        CC_SEQ_NUMBER                NOT NULL     NUMBER(10,0)
        SEQ_NUMBER                   NOT NULL     NUMBER(10,0)
        NOTIF_DATE                   NOT NULL     DATE(7)
        NOTIF_TYPE                   NOT NULL     VARCHAR2(4)
        ATT_FLAG                     NOT NULL     VARCHAR2(1)
        CC_NAME                      NOT NULL     VARCHAR2(50)
        CC_TITLE                                  VARCHAR2(50)

-----------------------------------------------------------------------------
Table Name:STU_NOTF                            Table Synonym Name:STUNOTF
```

Handwritten note near STU_MEET: "This should own-side need to"

```
                                               B A S E
                                           Data Dictionary

              Column Name                    Null            Type
---------------------------------------------------------------------------------
Table Name:STU_NOTF                          Table Synonym Name:STUNOTF
      SEQ_NUMBER                 NOT NULL    NUMBER(10,0)
      NOTIF_DATE                 NOT NULL    DATE(7)
      NOTIF_TYPE                 NOT NULL    VARCHAR2(4)
      RESPONSE_DATE                          DATE(7)
      N_COMMENT                              VARCHAR2(2000)
---------------------------------------------------------------------------------
Table Name:STU_PD_SUM                        Table Synonym Name:STU_PD_SUMS
      PERIOD                     NOT NULL    VARCHAR2(2)
      SEQ_NUMBER                 NOT NULL    VARCHAR2(10)
      LETTER_NUMBER                          NUMBER(3,0)
      YTD_EXCUSED                            NUMBER(3,0)
      YTD_UNEXCUSED                          NUMBER(3,0)
      YTD_UNLAWFULL                          NUMBER(3,0)
      YTD_PARTIAL                            NUMBER(3,0)
---------------------------------------------------------------------------------
Table Name:STU_PIC                           Table Synonym Name:STU_PICS
      STUDENT_ID                 NOT NULL    VARCHAR2(10)
      STUDENT_PICTURE  — Binary, not scale  NOT NULL    LONG RAW(0)
---------------------------------------------------------------------------------
Table Name:STU_PLAC                          Table Synonym Name:ST_PLAC
      SEQ_NUMBER                 NOT NULL    VARCHAR2(10)
      STUDENT_ID                 NOT NULL    VARCHAR2(10)
      CLASSIFICATION             NOT NULL    VARCHAR2(4)
      PLACE_DATE                 NOT NULL    DATE(7)
      PLACEMENT                  NOT NULL    VARCHAR2(4)
      PROGRAM                    NOT NULL    VARCHAR2(4)
      MINUTES                                NUMBER(5,0)
      P_COMMENT                              VARCHAR2(2000)
---------------------------------------------------------------------------------
Table Name:STU_REQ                           Table Synonym Name:REQ            Carolyn
      START_YY      — 98         NOT NULL    VARCHAR2(2)                       25 rec
(206,836) SCHOOL    — 52         NOT NULL    VARCHAR2(4)
      STUDENT_ID    — 27010      NOT NULL    VARCHAR2(10)
      CLASS_CD      — 12         NOT NULL    VARCHAR2(6)
      SECTION       —                        VARCHAR2(3)
      REQ_TYPE      —                        VARCHAR2(1)
      TEACHER_ID    —                        VARCHAR2(10)
      NOT_TEACHER_ID —                       VARCHAR2(10)
      NOT_PERIOD    —                        VARCHAR2(2)
      ABILITY_LEVEL —                        VARCHAR2(2)
      SEMESTER      —                        VARCHAR2(2)
      PRIMARY_CODE  — 12         NOT NULL    VARCHAR2(6)
      ALTERNATE_NO  — 0          NOT NULL    NUMBER(1,0)
      PRIORITY_CODE — 5          NOT NULL    NUMBER(1,0)
```

```
Tue Oct. 6, 1998 2:41 pm              S T A R _ B A S E                    Page:94
                                        Data Dictionary

              Column Name                   Null              Type
              -----------                   ----              ----

Table Name:STU_REQ2                                  Table Synonym Name:
              START_YY                    NOT NULL          VARCHAR2(2)
              SCHOOL                      NOT NULL          VARCHAR2(4)
              STUDENT_ID                  NOT NULL          VARCHAR2(10)
              CLASS_CD                    NOT NULL          VARCHAR2(6)
              SECTION                                       VARCHAR2(3)
              REQ_TYPE                                      VARCHAR2(1)
              TEACHER_ID                                    VARCHAR2(10)
              NOT_TEACHER_ID                                VARCHAR2(10)
              NOT_PERIOD                                    VARCHAR2(2)
              ABILITY_LEVEL                                 VARCHAR2(2)
              SEMESTER                                      VARCHAR2(2)
              PRIMARY_CODE                NOT NULL          VARCHAR2(6)
              ALTERNATE_NO                NOT NULL          NUMBER(1,0)
              PRIORITY_CODE               NOT NULL          NUMBER(1,0)

-------------------------------------------------------------------------

Table Name:STU_SCH                                   Table Synonym Name:ST_SCH
              START_YY - 98               NOT NULL          VARCHAR2(2)
              STUDENT_ID - 27010          NOT NULL          VARCHAR2(10)
              SCHOOL - 52                 NOT NULL          VARCHAR2(4)
              BUILDING -                                    VARCHAR2(4)
              GRADE -- 12                 NOT NULL          VARCHAR2(2)
              HOMEROOM - 354                                VARCHAR2(5)
              ACTIVE - A  (R or I) (Student Status) NOT NULL  VARCHAR2(1)
              CURRICULUM -                                  VARCHAR2(3)
              YR_OF_GRAD -                                  VARCHAR2(4)
              SHIFT - 1                   NOT NULL          VARCHAR2(1)
              COUNSELOR - DIETEL                            VARCHAR2(20)
              BUS_ROUTE_AM -                                VARCHAR2(4)
              BUS_ROUTE_PM -                                VARCHAR2(4)
              BUS_STOP_AM -                                 VARCHAR2(4)
              BUS_STOP_PM -                                 VARCHAR2(4)
              BUS_TIME_AM -                                 VARCHAR2(4)
              BUS_TIME_PM -                                 VARCHAR2(4)
              BUS_DISTANCE -                                NUMBER(4,2)
              TRANSFER -                                    VARCHAR2(1)
              TRANS_AID -                                   VARCHAR2(1)
              TUITION -                                     VARCHAR2(1)
              SPECIAL_ED -                                  VARCHAR2(3)
              TRACK - NONE                                  VARCHAR2(4)
              RANK - 4                                      VARCHAR2(1)
              SPORTS_ELIG - Y                               VARCHAR2(1)
              LOCKER_NUMBER -                               VARCHAR2(5)
              LOCKER_COMBO -                                VARCHAR2(1)
              PROGCODE -                                    VARCHAR2(2)
              USER_FLD1 - XFER                              VARCHAR2(10)
              USER_FLD2 -                                   VARCHAR2(10)
              USER_FLD3 -                                   VARCHAR2(10)
              USER_FLD4 -                                   VARCHAR2(10)
```

Annotations: 83,463 — Carolyn 4 recs — one record per student per year

```
              Column Name                         Null           Type
------------------------------------------------------------------------------
Table Name: STU_SCH  cont.                        Table Synonym Name: ST_SCH
         USER_FLD5 -                                              VARCHAR2(10)
         CLUSTER_CODE -                                           VARCHAR2(2)
         CONSEC_ABS - 0                                           NUMBER(3,0)
         CONSEC_TDY - 0                                           NUMBER(3,0)
------------------------------------------------------------------------------
Table Name: STU_SCHE                              Table Synonym Name: SCHED
         START_YY - 98                  NOT NULL                  VARCHAR2(2)
         SCHOOL - 52                    NOT NULL                  VARCHAR2(4)
  166,023  STUDENT_ID - 29012           NOT NULL                  VARCHAR2(10)
         CLASS_CD - 12                  NOT NULL                  VARCHAR2(6)
         SECTION - 006                  NOT NULL                  VARCHAR2(3)
         LOCK_FLAG -                                              VARCHAR2(1)
         PRIM_ALT_CD - P                                          VARCHAR2(1)
         LETTER_NUMBER -                                          NUMBER(2,0)
         YTD_ABS - 0                                              NUMBER(3,0)
         YTD_TDY - 0                                              NUMBER(3,0)
         ACTIVE_CD - A                                            VARCHAR2(1)
         ATT_FIXED_CRED -                                         NUMBER(6,3)
------------------------------------------------------------------------------
Table Name: STU_STC_DET                           Table Synonym Name: STU_STC_DETS
         SEQ_NUMBER                     NOT NULL                  VARCHAR2(10)
         CLASS_CD                       NOT NULL                  VARCHAR2(6)
         SECTION                        NOT NULL                  VARCHAR2(3)
         PERIOD                         NOT NULL                  VARCHAR2(2)
         STC_DATE                       NOT NULL                  DATE(7)
         STC_CODE                       NOT NULL                  VARCHAR2(1)
------------------------------------------------------------------------------
Table Name: STU_STC_HEAD                          Table Synonym Name: STU_STC_HEADS
         SEQ_NUMBER                     NOT NULL                  VARCHAR2(10)
         START_YY                       NOT NULL                  VARCHAR2(2)
         SCHOOL                         NOT NULL                  VARCHAR2(4)
         STUDENT_ID                     NOT NULL                  VARCHAR2(10)
------------------------------------------------------------------------------
Table Name: STU_STC_XACT                          Table Synonym Name: STU_STC_XACTS
         SEQ_NUMBER                     NOT NULL                  VARCHAR2(10)
         TRANSACTION_DATE               NOT NULL                  DATE(7)
         TRANSACTION_TYPE               NOT NULL                  VARCHAR2(1)
         EFFECTIVE_DATE                 NOT NULL                  DATE(7)
         CLASS_CD                       NOT NULL                  VARCHAR2(6)
         SECTION                        NOT NULL                  VARCHAR2(3)
         SUB_SECTION                    NOT NULL                  VARCHAR2(3)
         PERIOD                         NOT NULL                  VARCHAR2(2)
         SEMESTER                       NOT NULL                  VARCHAR2(2)
         DAYS                                                     VARCHAR2(10)
```

Handwritten annotations: "Caroly / 25 Re / 9 Rec"

```
              Column Name                       Null           Type
------------------------------------------------------------------------------
able Name:STU_STDY                              Table Synonym Name:STUSTDY
              START_YY                          NOT NULL       VARCHAR2(2)
              SCHOOL                            NOT NULL       VARCHAR2(4)
              STUDENT_ID                        NOT NULL       VARCHAR2(10)
              SECTION                           NOT NULL       VARCHAR2(3)
              SEMESTER                          NOT NULL       VARCHAR2(2)
              DAYS                              NOT NULL       VARCHAR2(10)
------------------------------------------------------------------------------
Table Name:STU_STHX                             Table Synonym Name:SSTHX
              TD_POINTER - 2880                 NOT NULL       NUMBER(10,0)
(36,030)      SUB_TEST - 51                     NOT NULL       VARCHAR2(2)
              TYPE_SCORE - R                                   VARCHAR2(2)
              TEST_SCORE - 100                                 NUMBER(6,2)
------------------------------------------------------------------------------
Table Name:STU_THX                              Table Synonym Name:STHX
              STUDENT_ID - 27010                NOT NULL       VARCHAR2(10)
              TEST_CODE - SSH8                  NOT NULL       VARCHAR2(4)
              TEST_FORM - 01                    NOT NULL       VARCHAR2(2)
(35,582)      TEST_LEVEL - 11                   NOT NULL       VARCHAR2(2)
              TEST_DATE - 04/20/98 12:00:00 Am  NOT NULL       DATE(7)
              GRADE_LEVEL - 11                  NOT NULL       VARCHAR2(2)
              TEST_GROUP -                                     VARCHAR2(2)
              TEST_CLASS -                                     VARCHAR2(2)
              TEST_SCHOOL - 52                  NOT NULL       VARCHAR2(4)
              TEST_TCH -                                       VARCHAR2(10)
              CLASS_CD - 118                                   VARCHAR2(6)
              SECTION - 001                                    VARCHAR2(3)
              TD_POINTER - 36305                NOT NULL       NUMBER(10,0)
------------------------------------------------------------------------------
Table Name:STU_VIEW                             Table Synonym Name:
              STUDENT_ID - 27010                NOT NULL       VARCHAR2(10)
              LAST_NAME - MILLER                NOT NULL       VARCHAR2(18)
(83,462)      FIRST_NAME - CAROLYN A.           NOT NULL       VARCHAR2(18)
              MIDDLE_INIT -                                    VARCHAR2(1)
              NICKNAME -                                       VARCHAR2(20)
              SOC_SEC_NO -                                     VARCHAR2(9)
              SEX - F                           NOT NULL       VARCHAR2(1)
              ETHNIC - C                        NOT NULL       VARCHAR2(2)
              RELATION_RESIDES - P              NOT NULL       VARCHAR2(10)
              RELATION_LEGAL - P                NOT NULL       VARCHAR2(10)
              BIRTH_DATE - 10/29/81 12:00:00 PM NOT NULL       DATE(7)
              CURRENT_SCHOOL - 52                              VARCHAR2(4)
              PREVIOUS_SCHOOL -                                VARCHAR2(4)
              NEXT_SCHOOL -                                    VARCHAR2(4)
              START_YY - 98                     NOT NULL       VARCHAR2(2)
              SCHOOL - 52                       NOT NULL       VARCHAR2(4)
              BUILDING -                                       VARCHAR2(4)
```

Handwritten annotations in right margin:
- "Carolyn 4 recs" (next to STU_THX)
- "Carolyn 4 Recs" (next to STU_VIEW)

```
                Column Name                    Null              Type
-------------------------------------------------------------------------------
Table Name: STU_VIEW (con't)                   Table Synonym Name:
        GRADE          - 12                    NOT NULL      VARCHAR2(2)
        HOMEROOM       - 354                                 VARCHAR2(5)
        ACTIVE         - A                     NOT NULL      VARCHAR2(1)
        CURRICULUM     -                                     VARCHAR2(3)
        YR_OF_GRAD     -                                     VARCHAR2(4)
        SHIFT          - 1                     NOT NULL      VARCHAR2(1)
        COUNSELOR      - DIETEL                              VARCHAR2(20)
        BUS_ROUTE_AM   -                                     VARCHAR2(4)
        BUS_ROUTE_PM   -                                     VARCHAR2(4)
        BUS_STOP_AM    -                                     VARCHAR2(4)
        BUS_STOP_PM    -                                     VARCHAR2(4)
        BUS_TIME_AM    -                                     VARCHAR2(4)
        BUS_TIME_PM    -                                     VARCHAR2(4)
        BUS_DISTANCE   -                                     NUMBER(4,2)
        TRANSFER       -                                     VARCHAR2(1)
        TRANS_AID      -                                     VARCHAR2(1)
        TUITION        -                                     VARCHAR2(1)
        SPECIAL_ED     -                                     VARCHAR2(3)
        TRACK          - NONE                                VARCHAR2(4)
        RANK           - Y                                   VARCHAR2(1)
        SPORTS_ELIG    - Y                                   VARCHAR2(1)
-------------------------------------------------------------------------------
Table Name: STU_WORK                           Table Synonym Name: SWRK
   Ø    STUDENT_ID                                           VARCHAR2(10)
-------------------------------------------------------------------------------
Table Name: STU_YGPA ✓                         Table Synonym Name: YGPA
        START_YY       - 97                    NOT NULL      VARCHAR2(2)
(46,132)SCHOOL         - 52                    NOT NULL      VARCHAR2(4)
        STUDENT_ID     - 27010                 NOT NULL      VARCHAR2(10)
        GPA_NUM        - 2                     NOT NULL      VARCHAR2(1)
        YTD_QPTS       - 865                                 NUMBER(9,4)
        YTD_ATTCR      - 39                                  NUMBER(6,3)
        YTD_GPA        - 22.1795                             NUMBER(8,4)
        YTD_GPA_DATE   - 06/16/98 12:00:00 AM                DATE(7)
        YTD_GPA_ANSW   - 5152**..*34M00011                   VARCHAR2(40)
        YTD_RANK       - 41                                  NUMBER(4,0)
        YTD_CLASSIZE   - 287                                 NUMBER(4,0)
        YTD_CREDIT_EARNED - 19.5                             NUMBER(6,3)
        YTD_GPA_PTS    -                                     NUMBER(6,3)
-------------------------------------------------------------------------------
Table Name: STXA_ST                            Table Synonym Name: CSTXA_ST
   Ø    STUDENT_ID                             NOT NULL      VARCHAR2(10)
        SCHED                                                VARCHAR2(675)
-------------------------------------------------------------------------------
Table Name: STXBLDMW                           Table Synonym Name: STXBMW
```

Handwritten annotations (right margin, by STU_YGPA):
Carolyn
7 recs
94-1
95-2
96-2
97-2

```
                Column Name                     Null          Type
------------------------------------------------------------------------------
able Name:STX_BLD  cont.                     Table Synonym Name:STXB
        TRACK_CD - ALL                       NOT NULL      VARCHAR2(4)
------------------------------------------------------------------------------
Table Name:STX_DGSE                          Table Synonym Name:SDST
        SPMN                                 NOT NULL      VARCHAR2(5)
        FORM_NAME                            NOT NULL      VARCHAR2(20)
        SCHOOL                               NOT NULL      VARCHAR2(4)
        START_YY                             NOT NULL      VARCHAR2(2)
        CLASS_CD                                           VARCHAR2(6)
        SECTION                                            VARCHAR2(3)
        GRADE                                              VARCHAR2(2)
        ETHNIC                                             VARCHAR2(2)
        MALE_COUNT                                         NUMBER(5,0)
        FEMALE_COUNT                                       NUMBER(5,0)
------------------------------------------------------------------------------
Table Name:STX_DUP                           Table Synonym Name:STXD
        SPMN                                 NOT NULL      VARCHAR2(5)
        FORM_NAME                            NOT NULL      VARCHAR2(20)
        SCHOOL                               NOT NULL      VARCHAR2(4)
        START_YY                             NOT NULL      VARCHAR2(2)
        CLASS_CD                             NOT NULL      VARCHAR2(6)
        SECTION                              NOT NULL      VARCHAR2(3)
        SUB_SECTION                                        VARCHAR2(3)
        SEMESTER                                           VARCHAR2(2)
        PERIOD                                             VARCHAR2(2)
        TEACHER_ID                                         VARCHAR2(10)
        ROOM                                               VARCHAR2(5)
------------------------------------------------------------------------------
Table Name:STX_ST                            Table Synonym Name:CSTX_ST
        STUDENT_ID                           NOT NULL      VARCHAR2(10)
        PAGE_NUMBER                          NOT NULL      VARCHAR2(1)
        REQUEST                                            VARCHAR2(212)
------------------------------------------------------------------------------
Table Name:STX_WORK                          Table Synonym Name:STXW
        SPMN - 48876                         NOT NULL      VARCHAR2(5)
(6,699) FORM_NAME - rqmtxlst                 NOT NULL      VARCHAR2(20)
        SCHOOL - 52                          NOT NULL      VARCHAR2(4)
        START_YY - 98                        NOT NULL      VARCHAR2(2)
        STUDENT_ID -                                       VARCHAR2(10)
        CLASS_CD - 228                                     VARCHAR2(6)
        CF_CLASS_CD - 430                                  VARCHAR2(6)
        REQUESTS - 1                                       NUMBER(5,0)
        GRADE -                                            VARCHAR2(2)
        SEX -                                              VARCHAR2(1)
        ETHNIC -                                           VARCHAR2(2)
```

```
                Column Name                     Null            Type
-------------------------------------------------------------------------------
Table Name: SX_MAST                             Table Synonym Name: SXMAST
        SPMN                                                    VARCHAR2(5)
        SCHOOL                          NOT NULL                VARCHAR2(4)
  Ø     CRSPRI                          NOT NULL                VARCHAR2(1)
        TOT_OPEN                        NOT NULL                NUMBER(3,0)
        PRI_CD                          NOT NULL                VARCHAR2(6)
        CLASS_CD                        NOT NULL                VARCHAR2(6)
        ALT_NO                                                  NUMBER(2,0)
        SEATS_COMP                                              NUMBER(4,0)
        SECTION                                                 VARCHAR2(3)
        SXSEQ                                                   NUMBER(5,0)
        PERIOD                                                  VARCHAR2(2)
        SEMESTER                                                VARCHAR2(2)
        DAYS                                                    VARCHAR2(10)
        NUM_SECTS                                               NUMBER(3,0)
        ABILITY_LEVEL                                           VARCHAR2(2)
        CLUSTER_CODE                                            VARCHAR2(2)
-------------------------------------------------------------------------------
Table Name: SX_PRI                              Table Synonym Name: SXPRI
        SPMN — ALL                                              VARCHAR2(5)
(6,356) SCHOOL — 52                     NOT NULL                VARCHAR2(4)
        STUDENT_ID — 27010              NOT NULL                VARCHAR2(10)
        GRADE — 87                      NOT NULL                VARCHAR2(2)
        REQPRI — 5                                              VARCHAR2(1)
        SEX — F                                                 VARCHAR2(1)
        ETHNIC — C                                              VARCHAR2(2)
        SCHPRI — 05                                             VARCHAR2(2)
        CONFLICT — C                                            VARCHAR2(1)
        HOLD_SEX — F                                            VARCHAR2(1)
        HOLD_GRADE — 12                                         VARCHAR2(2)
        CLUSTER_CODE —                                          VARCHAR2(2)
        START_PERIOD — 01                                       VARCHAR2(2)
        END_PERIOD — 09                                         VARCHAR2(2)
        HAS_REQUESTS — Y                                        VARCHAR2(1)
-------------------------------------------------------------------------------
Table Name: S_OBJ_WORK                          Table Synonym Name:
        SPMN                                                    VARCHAR2(5)
        FORM_NAME                                               VARCHAR2(8)
  Ø     SCHL                                                    VARCHAR2(4)
        TEACHER_ID                                              VARCHAR2(10)
        STUDENT_ID                                              VARCHAR2(10)
        Q_CNT                                                   NUMBER(3,0)
        OBJ_POINTER                                             NUMBER(10,0)
        QUES_CORRECT                                            NUMBER(3,0)
        QUES_TOTAL                                              NUMBER(3,0)
        ABOVE_PROF                                              NUMBER(1,0)
        AT_PROF                                                 NUMBER(1,0)
        BELOW_PROF                                              NUMBER(1,0)
```

```
Tue Oct. 6, 1998 2:41 pm            S T A R _ B A S E                    Page:101
                                    Data Dictionary

              Column Name                    Null              Type
-------------------------------------------------------------------------------
Table Name:S_OBJ_WORK Cont.                  Table Synonym Name:
         PERC_CORRECT                                         NUMBER(5,2)
         OBJ_FLG                                              CHAR(1)
-------------------------------------------------------------------------------
Table Name:TAL_WORK                          Table Synonym Name:TAL
         SCHOOL                                               VARCHAR2(4)
         SPMN                                                 VARCHAR2(5)
         FORM_NAME                                            VARCHAR2(8)
         CLASS_CD                                             VARCHAR2(6)
         GRADE                                                VARCHAR2(2)
         ETHNIC                                               VARCHAR2(2)
         MALE_COUNT                                           NUMBER(4,0)
         FEMALE_COUNT                                         NUMBER(4,0)
         TOTAL_COUNT                                          NUMBER(4,0)
-------------------------------------------------------------------------------
Table Name:TCHTRANS                          Table Synonym Name:TCHTRAN
         START_YY                            NOT NULL         VARCHAR2(2)
         SCHOOL                              NOT NULL         VARCHAR2(4)
         TRANS_DATE                          NOT NULL         DATE(7)
         CLASS_CD                            NOT NULL         VARCHAR2(6)
         SECTION                             NOT NULL         VARCHAR2(3)
-------------------------------------------------------------------------------
Table Name:TEACHERS                          Table Synonym Name:TCH
         START_YY  - 96                      NOT NULL         VARCHAR2(2)
         SCHOOL    - 52                      NOT NULL         VARCHAR2(4)
         TEACHER_ID - SCHICKNE,A             NOT NULL         VARCHAR2(10)
         FIRST_NAME - ANN                    NOT NULL         VARCHAR2(18)
         LAST_NAME  - SCHICKNER              NOT NULL         VARCHAR2(18)
         MIDDLE_INIT -                                        VARCHAR2(1)
         DEPT       - HEC                                     VARCHAR2(3)
         HOMEROOM   - 104                                     VARCHAR2(5)
         PREFIX     -                                         VARCHAR2(4)
         TCH_SSN    -                                         VARCHAR2(9)
         TCH_EMPNUM -                                         VARCHAR2(10)
         HOMEROOM 2                                           VARCHAR2(5)
-------------------------------------------------------------------------------
Table Name:TEACH_PD                          Table Synonym Name:TCH_PD
         START_YY                            NOT NULL         VARCHAR2(2)
         SCHOOL                              NOT NULL         VARCHAR2(4)
         TEACHER_ID                          NOT NULL         VARCHAR2(10)
         SEMESTER                            NOT NULL         VARCHAR2(2)
         PERIOD                              NOT NULL         VARCHAR2(2)
         DUTY_DESC                                            VARCHAR2(30)
-------------------------------------------------------------------------------
Table Name:TEACH_WK                          Table Synonym Name:TCWK
         SPMN                                NOT NULL         VARCHAR2(5)
```

Handwritten annotations: "1,838 Records" next to TEACHERS table; "0 Records" next to TEACH_PD table; "0" marks next to TAL_WORK, TCHTRANS, and TEACH_WK tables.

```
              Column Name                    Null         Type
-------------------------------------------------------------------------------
Table Name: TEACH_WK Cont'                   Table Synonym Name: TCWK
    FORM_NAME                     NOT NULL       VARCHAR2(20)
  Ø Records
    PERIOD                                       VARCHAR2(2)
    DAY                                          VARCHAR2(1)
    TEACH_ID                                     VARCHAR2(10)
    SEM_CODE                                     VARCHAR2(12)
    SEM_CODE2                                    VARCHAR2(12)
    SEM_CODE3                                    VARCHAR2(12)
    SEM_CODE4                                    VARCHAR2(12)
    SEM_CODE5                                    VARCHAR2(12)
    SEM_CODE6                                    VARCHAR2(12)
    SEM_CODE7                                    VARCHAR2(12)
    SEM_CODE8                                    VARCHAR2(12)
    SEM_CODE9                                    VARCHAR2(12)
    SEM_CODE10                                   VARCHAR2(12)
-------------------------------------------------------------------------------
Table Name: TERMLOC                          Table Synonym Name: TERMLOCS
    SCHOOL                        NOT NULL       VARCHAR2(4)
  Ø TERMINAL_LOC                  NOT NULL       VARCHAR2(3)
    LOCATION_DESC                                VARCHAR2(50)
-------------------------------------------------------------------------------
Table Name: TESTBASE ✓                       Table Synonym Name: TBASE
    DISTRICT  — ALL               NOT NULL       VARCHAR2(4)
    SCHOOL    — ALL               NOT NULL       VARCHAR2(4)
  (3) TEACHER_ID — ALL            NOT NULL       VARCHAR2(10)
    CREATE_DATE — 03/14/96 12:00:00 AM  NOT NULL DATE(7)
    TEST_VERSION — 1              NOT NULL       VARCHAR2(3)
    TEST_POINTER — 45             NOT NULL       NUMBER(10,0)
    TEST_NAME — Spelling Test (Week #2)  NOT NULL VARCHAR2(40)
    CLASS_CD —                                   VARCHAR2(6)
    SECTION —                                    VARCHAR2(3)
-------------------------------------------------------------------------------
Table Name: TESTCDTL                         Table Synonym Name: CDDCT
    TD_POINTER                    NOT NULL       NUMBER(10,0)
  Ø FROM_SCORE                                   NUMBER(6,2)
    TO_SCORE                                     NUMBER(6,2)
-------------------------------------------------------------------------------
Table Name: TESTCONV                         Table Synonym Name: CDCT
    TD_CODE                       NOT NULL       VARCHAR2(4)
    TD_FORM                       NOT NULL       VARCHAR2(2)
  Ø TD_LEVEL                      NOT NULL       VARCHAR2(2)
    SUB_TEST                      NOT NULL       VARCHAR2(2)
    FROM_TYPE                     NOT NULL       VARCHAR2(2)
    TO_TYPE                       NOT NULL       VARCHAR2(2)
    FROM_GRADE                                   NUMBER(4,2)
    FROM_AGE                                     NUMBER(4,2)
```

```
                Column Name                  Null           Type
-------------------------------------------------------------------------------
able Name:TESTCONV Cont.                  Table Synonym Name:CDCT
        TD_POINTER                       NOT NULL    NUMBER(10,0)
        SEX                                          VARCHAR2(1)
-------------------------------------------------------------------------------
Table Name:TESTDATA  W01-13-01 Testing Scanner Input Table
                                          Table Synonym Name:TDATA   Carolyn
        TEST_CODE - SSH8                 NOT NULL    VARCHAR2(4)     4 Reco...
(38,851)
        TEST_FORM - 01                   NOT NULL    VARCHAR2(2)
        TEST_LEVEL - 11                  NOT NULL    VARCHAR2(2)
        TEST_DATE - 04/20/98 12:00:00 AM NOT NULL    DATE(7)
        TEST_SCHOOL - 52                 NOT NULL    VARCHAR2(4)
        GRADE_LEVEL                                  VARCHAR2(2)
        TEST_SEQUENCE                                VARCHAR2(10)
        STUDENT_ID - 27010               NOT NULL    VARCHAR2(10)
        TEST_GROUP                                   VARCHAR2(2)
        TEST_CLASS                                   VARCHAR2(2)
        CLASS_CD - 118                               VARCHAR2(6)
        SECTION - 001                                VARCHAR2(3)
        RESPL1 - 1314V111411141411234:3:243...**...  VARCHAR2(100)
        RESPL2 - ***...***                           VARCHAR2(100)
        RESPL3                                       VARCHAR2(100)
        RESPL4                                       VARCHAR2(100)
        RESPL5                                       VARCHAR2(100)
        RESPL6                                       VARCHAR2(100)
        RESPL7                                       VARCHAR2(100)
-------------------------------------------------------------------------------
Table Name:TESTDICT                       Table Synonym Name:TDCT
(72)
        TD_CODE - IGAP                   NOT NULL    VARCHAR2(4)
        TD_FORM - A                      NOT NULL    VARCHAR2(2)
        TD_LEVEL - 1                     NOT NULL    VARCHAR2(2)
        SUB_TEST - S1                    NOT NULL    VARCHAR2(2)
        SUB_TEST_NAME - SUBTEST 1        NOT NULL    VARCHAR2(40)
        TD_ITEMS - 30                    NOT NULL    NUMBER(3,0)
        TD_SEQ - 1                       NOT NULL    NUMBER(3,0)
-------------------------------------------------------------------------------
Table Name:TESTNAME                       Table Synonym Name:NDCT
        TD_CODE - SSH8                   NOT NULL    VARCHAR2(4)
(67)
        TD_NAME - 11TH GRADE SOCIAL STUDIES  NOT NULL VARCHAR2(40)
                                    CRT 98
-------------------------------------------------------------------------------
Table Name:TESTQUES                       Table Synonym Name:TQUES
        DISTRICT - ALL                   NOT NULL    VARCHAR2(4)
(11)    SCHOOL - ALL                     NOT NULL    VARCHAR2(4)
        TEACHER_ID - ALL                 NOT NULL    VARCHAR2(10)
        COMP - 1                         NOT NULL    VARCHAR2(4)
        Q_TYPE - M                       NOT NULL    VARCHAR2(1)
Saving for  QUES_POINTER - 27            NOT NULL    NUMBER(10,0)
University  CLASS_CD -                               VARCHAR2(6)
```