E-FILED

Tuesday, 06 March, 2007  04:37:16 PM

Clerk, U.S. District Court, ILCD

S T A T _ B A S E
Data Dictionary

| Column Name | Null | Type |
|---|---|---|

---

Table Name: TESTQUES *Cont.*         Table Synonym Name: TQUES

| | | |
|---|---|---|
| SECTION | | VARCHAR2(3) |
| Q_ANS —2 | | VARCHAR2(1) |
| LINK_POINTER | | NUMBER(10,0) |
| LINK_ORDER | | VARCHAR2(3) |
| OBJ_POINTER | | NUMBER(10,0) |
| Q_TEXT — *We ride in a* | | VARCHAR2(255) |
| CATEG_CD — *1* | | VARCHAR2(4) |

---

Table Name: TESTSCOR         Table Synonym Name: RDCT

*(54)*

| | | |
|---|---|---|
| TD_CODE — *IGAP* | NOT NULL | VARCHAR2(4) |
| TYPE_SCORE — *R* | NOT NULL | VARCHAR2(2) |

---

Table Name: TESTVIEW         Table Synonym Name: THXVW

*(35,582)*            *Carolyn 4 Recs*

| | | |
|---|---|---|
| STUDENT_ID — *27010* | NOT NULL | VARCHAR2(10) |
| TEST_CODE — *5518* | NOT NULL | VARCHAR2(4) |
| TEST_FORM — *01* | NOT NULL | VARCHAR2(2) |
| TEST_LEVEL — *11* | NOT NULL | VARCHAR2(2) |
| TEST_DATE — *04/20/98 12:00:00 A.M.* | NOT NULL | DATE(7) |
| TEST_SCHOOL — *52* | NOT NULL | VARCHAR2(4) |
| GRADE_LEVEL — *11* | NOT NULL | VARCHAR2(2) |
| TEST_GROUP | | VARCHAR2(2) |
| TEST_CLASS | | VARCHAR2(2) |
| TEST_TCH | | VARCHAR2(10) |
| SUB_TEST — *01* | NOT NULL | VARCHAR2(2) |
| TYPE_SCORE — *R* | | VARCHAR2(2) |
| TEST_SCORE — *56* | | NUMBER(6,2) |
| TD_NAME — *11TH GRADE SOCIAL STUDIES CRT 98* | NOT NULL | VARCHAR2(40) |
| SUB_TEST_NAME — *Complete 60 11TH GR Soc* | NOT NULL | VARCHAR2(40) |
| TD_ITEMS — *60* | NOT NULL | NUMBER(3,0) |
| TD_SEQ — *1* | NOT NULL | NUMBER(3,0) |
| SCORE_DESC — *RAW SCORE* | | VARCHAR2(20) |
| SCORE_ABBREV — *RAW* | | VARCHAR2(3) |

---

Table Name: THXSPCDS         Table Synonym Name: THXSPCDS

*(54)*

| | | |
|---|---|---|
| TD_CODE — *M397* | NOT NULL | VARCHAR2(4) |
| OUTCOME — *2* | NOT NULL | VARCHAR2(2) |
| OUTCOME_NAME — *Ratio & Percentage* | NOT NULL | VARCHAR2(40) |
| MEETS — *60* | | NUMBER(5,2) |
| EXCEEDS — *60.1* | | NUMBER(5,2) |
| SEQUENCE — *01* | | VARCHAR2(2) |

---

Table Name: THXSPSTU         Table Synonym Name: THXSPSTUS

*(13,977)*            *Carolyn 1 Record*

| | | |
|---|---|---|
| STUDENT_ID — *27010* | NOT NULL | VARCHAR2(10) |
| TEST_CODE — *W118* | NOT NULL | VARCHAR2(4) |
| TEST_DATE — *04/20/98 12:00:00 A.M.* | NOT NULL | DATE(7) |

| Column Name | Null | Type |
|---|---|---|

---

Table Name: THXSPSTU *(handwritten: Carol...)*  — Table Synonym Name: THXSPSTUS

| Column Name | Null | Type |
|---|---|---|
| TEST_SCHOOL — 52 | NOT NULL | VARCHAR2(4) |
| CLASS_CD — 20 |  | VARCHAR2(6) |
| SECTION — 002 |  | VARCHAR2(3) |
| S1 — 6 |  | VARCHAR2(1) |
| S2 — 6 |  | VARCHAR2(1) |
| S3 — 6 |  | VARCHAR2(1) |
| S4 — 2 |  | VARCHAR2(1) |
| S5 — 6 |  | VARCHAR2(1) |
| S6 — |  | VARCHAR2(1) |
| S7 — |  | VARCHAR2(1) |
| S8 — |  | VARCHAR2(1) |

---

Table Name: THX_SCAN  — Table Synonym Name: THXSCAN  *(handwritten: Carolyn / 1 Record)*

*(handwritten circled: 17,577)*

| Column Name | Null | Type |
|---|---|---|
| SCHOOL — 52 | NOT NULL | VARCHAR2(4) |
| PAGE_NUMBER — 0028 | NOT NULL | VARCHAR2(4) |
| SEQ_NUMBER — 09 | NOT NULL | VARCHAR2(2) |
| TEST_CODE — W118 | NOT NULL | VARCHAR2(4) |
| STUDENT_ID — 27010 | NOT NULL | VARCHAR2(10) |
| TEST_DATE — 04/20/98 12:00:00 pm | NOT NULL | DATE(7) |
| CLASS_CD — 20 |  | VARCHAR2(6) |
| SECTION — 002 |  | VARCHAR2(3) |

---

Table Name: THX_W2  — Table Synonym Name: THXW2

*(handwritten circled: 1,350)*

| Column Name | Null | Type |
|---|---|---|
| SPMN — 42279 | NOT NULL | VARCHAR2(5) |
| FORM_NAME — thx·ia1st | NOT NULL | VARCHAR2(20) |
| SCHOOL · 4 | NOT NULL | VARCHAR2(4) |
| SEQUENCE — 8455... |  | VARCHAR2(10) |
| GRADE — |  | VARCHAR2(2) |
| TEST_TCH — |  | VARCHAR2(10) |
| QUESTION — 1 |  | NUMBER(3,0) |
| RIGHT — 14 |  | NUMBER(5,0) |
| WRONG — 1 |  | NUMBER(5,0) |
| STUS — 15 |  | NUMBER(7,0) |
| R_PERC — 93.3 |  | NUMBER(4,1) |

---

Table Name: THX_W3  — Table Synonym Name: THXW3

*(handwritten: Ø)*

| Column Name | Null | Type |
|---|---|---|
| SPMN | NOT NULL | VARCHAR2(5) |
| FORM_NAME | NOT NULL | VARCHAR2(20) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| SEQUENCE |  | VARCHAR2(10) |
| QUESTION |  | NUMBER(3,0) |
| R1 |  | NUMBER(5,0) |
| A1 |  | VARCHAR2(1) |
| R2 |  | NUMBER(5,0) |
| A2 |  | VARCHAR2(1) |
| R3 |  | NUMBER(5,0) |

| Column Name | Null | Type |
|---|---|---|

---

**Table Name:THX_W5** *Cont.*  Table Synonym Name:THXW5

| | | |
|---|---|---|
| POST_SUB | | VARCHAR2(2) |
| POST_TYPE | | VARCHAR2(2) |
| POST | | NUMBER(6,2) |
| POST_FLG | | VARCHAR2(1) |
| POST_SCHL | | VARCHAR2(4) |
| POST_GRD | | VARCHAR2(2) |

---

**Table Name:THX_WORK**  Table Synonym Name:THXW

| | | |
|---|---|---|
| SPMN | NOT NULL | VARCHAR2(5) |
| FORM_NAME | NOT NULL | VARCHAR2(20) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SEQUENCE | | VARCHAR2(10) |
| R_SCORE | | NUMBER(3,0) |
| R_PERC | | NUMBER(4,1) |
| RESP1A | | VARCHAR2(50) |
| RESP1B | | VARCHAR2(50) |
| RESP2A | | VARCHAR2(50) |
| RESP2B | | VARCHAR2(50) |
| RESP3A | | VARCHAR2(50) |
| RESP3B | | VARCHAR2(50) |
| RESP4A | | VARCHAR2(50) |
| RESP4B | | VARCHAR2(50) |
| RESP5A | | VARCHAR2(50) |
| RESP5B | | VARCHAR2(50) |
| RESP6A | | VARCHAR2(50) |
| RESP6B | | VARCHAR2(50) |
| RESP7A | | VARCHAR2(50) |
| RESP7B | | VARCHAR2(50) |

---

**Table Name:TQB_WORK**  Table Synonym Name:TQBW

| | | |
|---|---|---|
| SPMN | | VARCHAR2(5) |
| FORM_NAME | | VARCHAR2(8) |
| SCHOOL | | VARCHAR2(4) |
| QUES_POINTER | | NUMBER(10,0) |
| Q_NO | | VARCHAR2(3) |

---

**Table Name:TRACKCD**  Table Synonym Name:TRACKCDS

| | | |
|---|---|---|
| SCHOOL — 5% | NOT NULL | VARCHAR2(4) |
| TRACKCD — NONE | NOT NULL | VARCHAR2(4) |
| TRACKCD_DESC — Track Code Description | | VARCHAR2(30) |
| SATURDAY_SCHOOL | | VARCHAR2(1) |
| SUNDAY_SCHOOL | | VARCHAR2(1) |

*(45)*

---

**Table Name:TRAN_LOG**  Table Synonym Name:TRLOG

| Column Name | Null | Type |
|---|---|---|

---

**Table Name: TRAN_LOG**                              **Table Synonym Name: TRLOG**

*(handwritten: 6,659)*

| Column Name | Null | Type |
|---|---|---|
| TRANS_DATE ~09/16/98 12:00:00 A~ | NOT NULL | DATE(7) |
| TRANS_TIME - 10:30 | NOT NULL | VARCHAR2(5) |
| OPER_ID — JINAH | NOT NULL | VARCHAR2(20) |
| SCHOOL — 52 | NOT NULL | VARCHAR2(4) |
| START_YEAR - 1998 | NOT NULL | VARCHAR2(4) |
| PGM_NAME — stc15sp | NOT NULL | VARCHAR2(20) |

---

**Table Name: UNMTXLST**                               **Table Synonym Name: UNMTXLSTS**

*(handwritten: 42)*

*(handwritten note: these are the only fields filled for any records)*

| Column Name | Null | Type |
|---|---|---|
| SPMN - 51495 | NOT NULL | VARCHAR2(5) |
| FORM_NAME — unmtxlst | NOT NULL | VARCHAR2(20) |
| SCHOOL - 42 | NOT NULL | VARCHAR2(4) |
| STUDENT_ID - 01  8555... | | VARCHAR2(10) |
| PERIOD - 01  (Orange 07) | | VARCHAR2(2) |
| CLASS_CD - | | VARCHAR2(6) |
| SECTION ~ | | VARCHAR2(3) |
| SEMESTER ~ | | VARCHAR2(2) |
| NAME -- | | VARCHAR2(10) |
| ROOM ~ | | VARCHAR2(5) |
| CLASS_CD2 ~ | | VARCHAR2(6) |
| SECTION2 ~ | | VARCHAR2(3) |
| SEMESTER2 ~ | | VARCHAR2(2) |
| NAME2 ~ | | VARCHAR2(10) |
| ROOM2 ~ | | VARCHAR2(5) |
| CLASS_CD3 ~ | | VARCHAR2(6) |
| SECTION3 - | | VARCHAR2(3) |
| SEMESTER3 ~ | | VARCHAR2(2) |
| NAME3 ~ | | VARCHAR2(10) |
| ROOM3 ~ | | VARCHAR2(5) |
| CLASS_CD4 ~ | | VARCHAR2(6) |
| SECTION4 ~ | | VARCHAR2(3) |
| SEMESTER4 ~ | | VARCHAR2(2) |
| NAME4 ~ | | VARCHAR2(10) |
| ROOM4 ~ | | VARCHAR2(5) |
| CLASS_CD5 ~ | | VARCHAR2(6) |
| SECTION5 - | | VARCHAR2(3) |
| SEMESTER5 ~ | | VARCHAR2(2) |
| NAME5 ~ | | VARCHAR2(10) |
| ROOM5 ~ | | VARCHAR2(5) |
| CLASS_CD6 ~ | | VARCHAR2(6) |
| SECTION6 ~ | | VARCHAR2(3) |
| SEMESTER6 ~ | | VARCHAR2(2) |
| NAME6 ~ | | VARCHAR2(10) |
| ROOM6 ~ | | VARCHAR2(5) |
| CLASS_CD7 ~ | | VARCHAR2(6) |
| SECTION7 ~ | | VARCHAR2(3) |
| SEMESTER7 ~ | | VARCHAR2(2) |
| NAME7 ~ | | VARCHAR2(10) |
| ROOM7 ~ | | VARCHAR2(5) |

3:03-cv-03105-RM-BGC  # 181-22  Page 5 of 24
Tue Oct. 6, 1998 2:41 pm     S T A R _ B A S E      Page:109
Data Dictionary

| Column Name | Null | Type |
|---|---|---|

---

able Name:UNMTXLST Cont. | | Table Synonym Name:UNMTXLSTS

| Column Name | Null | Type |
|---|---|---|
| CLASS_CD8 | | VARCHAR2(6) |
| SECTION8 | | VARCHAR2(3) |
| SEMESTER8 | | VARCHAR2(2) |
| NAME8 | | VARCHAR2(10) |
| ROOM8 | | VARCHAR2(5) |
| CLASS_CD9 | | VARCHAR2(6) |
| SECTION9 | | VARCHAR2(3) |
| SEMESTER9 | | VARCHAR2(2) |
| NAME9 | | VARCHAR2(10) |
| ROOM9 | | VARCHAR2(5) |
| CLASS_CD10 | | VARCHAR2(6) |
| SECTION10 | | VARCHAR2(3) |
| SEMESTER10 | | VARCHAR2(2) |
| NAME10 | | VARCHAR2(10) |
| ROOM10 | | VARCHAR2(5) |

---

Table Name:UNSTX_WK | | Table Synonym Name:UNSK

| Column Name | Null | Type |
|---|---|---|
| SPMN | | VARCHAR2(5) |
| FORM_NAME | | VARCHAR2(20) |
| SCHOOL | | VARCHAR2(4) |
| GRP | | NUMBER(3,0) |
| PERIOD | | VARCHAR2(2) |
| CLASS_CD1 | | VARCHAR2(6) |
| SECTION1 | | VARCHAR2(3) |
| SUB_SECTION1 | | VARCHAR2(3) |
| R_T1 | | VARCHAR2(10) |
| SEMESTER1 | | VARCHAR2(2) |
| DAYS1 | | VARCHAR2(10) |
| CLASS_CD2 | | VARCHAR2(6) |
| SECTION2 | | VARCHAR2(3) |
| SUB_SECTION2 | | VARCHAR2(3) |
| R_T2 | | VARCHAR2(10) |
| SEMESTER2 | | VARCHAR2(2) |
| DAYS2 | | VARCHAR2(10) |
| CLASS_CD3 | | VARCHAR2(6) |
| SECTION3 | | VARCHAR2(3) |
| SUB_SECTION3 | | VARCHAR2(3) |
| R_T3 | | VARCHAR2(10) |
| SEMESTER3 | | VARCHAR2(2) |
| DAYS3 | | VARCHAR2(10) |
| CLASS_CD4 | | VARCHAR2(6) |
| SECTION4 | | VARCHAR2(3) |
| SUB_SECTION4 | | VARCHAR2(3) |
| R_T4 | | VARCHAR2(10) |
| SEMESTER4 | | VARCHAR2(2) |
| DAYS4 | | VARCHAR2(10) |
| CLASS_CD5 | | VARCHAR2(6) |
| SECTION5 | | VARCHAR2(3) |

|        Column Name        |  Null  |    Type    |
|---------------------------|--------|------------|

able Name:UNSTX_WK *Cont*                    Table Synonym Name:UNSK

| SUB_SECTION5  | VARCHAR2(3)  |
| R_T5          | VARCHAR2(10) |
| SEMESTER5     | VARCHAR2(2)  |
| DAYS5         | VARCHAR2(10) |
| CLASS_CD6     | VARCHAR2(6)  |
| SECTION6      | VARCHAR2(3)  |
| SUB_SECTION6  | VARCHAR2(3)  |
| R_T6          | VARCHAR2(10) |
| SEMESTER6     | VARCHAR2(2)  |
| DAYS6         | VARCHAR2(10) |

Table Name:UNSTX_WK                          Table Synonym Name:UNWK

*Duplicate ? ?*

| SPMN          | VARCHAR2(5)  |
| FORM_NAME     | VARCHAR2(20) |
| SCHOOL        | VARCHAR2(4)  |
| GRP           | NUMBER(3,0)  |
| PERIOD        | VARCHAR2(2)  |
| CLASS_CD1     | VARCHAR2(6)  |
| SECTION1      | VARCHAR2(3)  |
| SUB_SECTION1  | VARCHAR2(3)  |
| R_T1          | VARCHAR2(10) |
| SEMESTER1     | VARCHAR2(2)  |
| DAYS1         | VARCHAR2(10) |
| CLASS_CD2     | VARCHAR2(6)  |
| SECTION2      | VARCHAR2(3)  |
| SUB_SECTION2  | VARCHAR2(3)  |
| R_T2          | VARCHAR2(10) |
| SEMESTER2     | VARCHAR2(2)  |
| DAYS2         | VARCHAR2(10) |
| CLASS_CD3     | VARCHAR2(6)  |
| SECTION3      | VARCHAR2(3)  |
| SUB_SECTION3  | VARCHAR2(3)  |
| R_T3          | VARCHAR2(10) |
| SEMESTER3     | VARCHAR2(2)  |
| DAYS3         | VARCHAR2(10) |
| CLASS_CD4     | VARCHAR2(6)  |
| SECTION4      | VARCHAR2(3)  |
| SUB_SECTION4  | VARCHAR2(3)  |
| R_T4          | VARCHAR2(10) |
| SEMESTER4     | VARCHAR2(2)  |
| DAYS4         | VARCHAR2(10) |
| CLASS_CD5     | VARCHAR2(6)  |
| SECTION5      | VARCHAR2(3)  |
| SUB_SECTION5  | VARCHAR2(3)  |
| R_T5          | VARCHAR2(10) |
| SEMESTER5     | VARCHAR2(2)  |
| DAYS5         | VARCHAR2(10) |
| CLASS_CD6     | VARCHAR2(6)  |

Tue Oct. 6, 1998 2:41 pm        S T A R   B A S E                    Page:111
                                  Data Dictionary

          Column Name                    Null          Type

---------------------------------------------------------------------------
Table Name:UNSTX_WK    *Duplicates?*          Table Synonym Name:UNWK
          SECTION6                                    VARCHAR2(3)
          SUB_SECTION6                                VARCHAR2(3)
          R_T6                                        VARCHAR2(10)
          SEMESTER6                                   VARCHAR2(2)
          DAYS6                                       VARCHAR2(10)

---------------------------------------------------------------------------
Table Name:UPDS_LOG                           Table Synonym Name:UPLG
          PGM_DESC  *— dup tclst*        NOT NULL      VARCHAR2(20)
 *2,966*  RELEASE_NO  *- 92064*          NOT NULL      VARCHAR2(5)
          CHG_DATE  *— 03/04/92  12:00:00 p~*  NOT NULL   DATE(7)
          MODULE  *— STX*                NOT NULL      VARCHAR2(3)
          PERSON_INIT  *— RJG*           NOT NULL      VARCHAR2(3)
          UPD_BULL  *- Y*                NOT NULL      VARCHAR2(1)
          UPD_DOS  *- N*                 NOT NULL      VARCHAR2(1)
          UPD_386  *- N*                 NOT NULL      VARCHAR2(1)
          UPD_486  *- Y*                 NOT NULL      VARCHAR2(1)
          PGM_CHGS  *- ADDED SCHOOL START YEAR QUESTION*   LONG
          TBL_CHG_FLAG  *— N*            NOT NULL      VARCHAR2(1)
          TBL_CHGS  *-*                                VARCHAR2(2000)
          UPD_DOC  *- N*                               VARCHAR2(1)

---------------------------------------------------------------------------
Table Name:USER_CM                            Table Synonym Name:USER_CMS
          ID                             NOT NULL      VARCHAR2(10)
          FORM_ORDER                     NOT NULL      NUMBER(1,0)
          FORM                           NOT NULL      VARCHAR2(12)

---------------------------------------------------------------------------
Table Name:USER_ID                            Table Synonym Name:USER_IDS  *afield, but used?*
          ID                             NOT NULL      VARCHAR2(10)
          ROLE                           NOT NULL      VARCHAR2(10)
          PASSWORD                       NOT NULL      VARCHAR2(10)
          NAME                           NOT NULL      VARCHAR2(30)
          DBA                            NOT NULL      VARCHAR2(1)
          TCHER_ONLY                     NOT NULL      VARCHAR2(1)
          CHANGE_YRS                     NOT NULL      VARCHAR2(1)
          DEFAULT_SCHOOL                 NOT NULL      VARCHAR2(4)
          LOCATION                                     VARCHAR2(30)
          DEFAULT_YEAR                                 VARCHAR2(4)
          DEFAULT_DESNAME                              VARCHAR2(15)
          DEFAULT_DESFORMAT                            VARCHAR2(15)
          PRNTGRP                                      VARCHAR2(3)
          TEACHER_ID                                   VARCHAR2(10)

---------------------------------------------------------------------------
Table Name:USER_LSD                           Table Synonym Name:USER_LSDS
          LST_SEQ_NUMBER                 NOT NULL      VARCHAR2(10)
          STUDENT_ID                     NOT NULL      VARCHAR2(10)

|              Column Name              | Null      | Type          |
| ------------------------------------- | --------- | ------------- |
| able Name:USER_LSD *Con*              |           | Table Synonym Name:USER_LSDS |
|     STUDENT_ORDER                     | NOT NULL  | NUMBER(5,0)   |

| Table Name:USER_LST                   |           | Table Synonym Name:USER_LSTS |
|     ID                                | NOT NULL  | VARCHAR2(10)  |
|     LST_NAME                          | NOT NULL  | VARCHAR2(10)  |
|     LST_SEQ_NUMBER                    | NOT NULL  | VARCHAR2(10)  |
|     LST_ROLE                          |           | VARCHAR2(10)  |
|     LST_DESC                          |           | VARCHAR2(30)  |

| Table Name:USER_MODULE                |           | Table Synonym Name:U_MOD |
|     ID — LARRY                        | NOT NULL  | VARCHAR2(10)  |
|     MODULE — DA1                      | NOT NULL  | VARCHAR2(3)   |
|     FUNCTION_CD — S                    | NOT NULL  | VARCHAR2(1)   |
|     S_TYPE —                          |           | VARCHAR2(4)   |
|     SCHOOL — 51                       |           | VARCHAR2(4)   |

*972.*

| Table Name:USER_NAME                  |           | Table Synonym Name:U_NAME |
|     ID — SHERRYE                      | NOT NULL  | VARCHAR2(10)  |
|     PASSWORD — SES1                   | NOT NULL  | VARCHAR2(10)  |
|     DBA_AUTH — N  (or Y)              | NOT NULL  | VARCHAR2(1)   |
|     NAME — SHERRY ERICKSON            | NOT NULL  | VARCHAR2(30)  |
|     LOCATION — 51                     |           | VARCHAR2(30)  |
|     DEFAULT_SCHL — 51                 |           | VARCHAR2(4)   |
|     DEFAULT_YEAR — 1998               |           | VARCHAR2(4)   |
|     CHANGE_YEARS — Y                  |           | VARCHAR2(1)   |
|     PRNTGRP — 051                     |           | VARCHAR2(3)   |
|     DEFAULT_DESNAME — lhssched        |           | VARCHAR2(15)  |
|     DEFAULT_DESFORMAT —               |           | VARCHAR2(15)  |
|     TCHER_ONLY — N                    | NOT NULL  | VARCHAR2(1)   |
|     TEACHER_ID —                      |           | VARCHAR2(10)  |

*176 Records*

| Table Name:USER_QRY                   |           | Table Synonym Name:USER_QRYS |
|     ID                                | NOT NULL  | VARCHAR2(10)  |
|     QRY_TYPE                          | NOT NULL  | VARCHAR2(1)   |
|     QRY_NAME                          | NOT NULL  | VARCHAR2(10)  |
|     QRY_DESC                          |           | VARCHAR2(30)  |
|     QRY_ROLE                          |           | VARCHAR2(10)  |
|     DISPLAY_FLD                       |           | VARCHAR2(255) |
|     FROM_FLD                          |           | VARCHAR2(40)  |
|     WHERE_FLD1                        |           | VARCHAR2(255) |
|     WHERE_FLD2                        |           | VARCHAR2(255) |
|     ORDER_FLD                         |           | VARCHAR2(255) |

| Table Name:USR_COL1                   |           | Table Synonym Name:USRCOL1S |

| Column Name | Null | Type |
|---|---|---|

---

**Table Name:USR_COL1** *(1 Record)*    Table Synonym Name:USRCOL1S

| Column Name | Null | Type |
|---|---|---|
| USRCOL1_NAME *- U08* | NOT NULL | VARCHAR2(7) |
| USRCOL1_VAL *-96-97* | NOT NULL | VARCHAR2(10) |
| USRCOL1_DESC *-FIRST YEAR IN READING RECOVERY* | NOT NULL | VARCHAR2(30) |

---

**Table Name:USR_COL2** *(0 Records)*    Table Synonym Name:USRCOL2S

| Column Name | Null | Type |
|---|---|---|
| SCHOOL | NOT NULL | VARCHAR2(4) |
| USRCOL2_NAME | NOT NULL | VARCHAR2(7) |
| USRCOL2_VAL | NOT NULL | VARCHAR2(10) |
| USRCOL2_DESC | NOT NULL | VARCHAR2(30) |

---

**Table Name:VALIDSPT**    Table Synonym Name:VSPT

| Column Name | Null | Type |
|---|---|---|
| SCHOOL | NOT NULL | VARCHAR2(4) |
| SPORT_CD | NOT NULL | VARCHAR2(3) |
| SPORT_DESC | NOT NULL | VARCHAR2(30) |
| C_LAST_NAME | | VARCHAR2(18) |
| C_FIRST_NAME | | VARCHAR2(18) |

---

**Table Name:VALIDUSR** *(6)*    Table Synonym Name:VALIDUSRS

| Column Name | Null | Type |
|---|---|---|
| SCHOOL *- 52* | NOT NULL | VARCHAR2(4) |
| USRFLDNUM *- 1* | NOT NULL | VARCHAR2(1) |
| USRFLDVAL *- m* | NOT NULL | VARCHAR2(10) |
| USRFLDDESC *- MINORITY* | NOT NULL | VARCHAR2(30) |

---

**Table Name:VALID_GD** *(168)*    Table Synonym Name:VG

| Column Name | Null | Type |
|---|---|---|
| SCHOOL *- 52* | NOT NULL | VARCHAR2(4) |
| ALPHA_GRADE *- A -* | | VARCHAR2(3) |
| LOW_NUM *- 0* | | NUMBER(3,0) |
| HIGH_NUM *- 0* | | NUMBER(3,0) |
| QPTS *- 5* | | NUMBER(6,3) |
| CRED_CD *- Y* | | VARCHAR2(1) |
| RANK_CD *- Y* | | VARCHAR2(1) |
| WEIGHT_CD *- Y* | | VARCHAR2(1) |

*interim*

---

**Table Name:VALID_MP** *(226)*    Table Synonym Name:MP

| Column Name | Null | Type |
|---|---|---|
| SCHOOL *- 52* | NOT NULL | VARCHAR2(4) |
| MP *- 01* | NOT NULL | VARCHAR2(2) |
| SEQ_NUM *- 01* | NOT NULL | VARCHAR2(2) |
| MP_DESC *- MARKING PERIOD 1* | | VARCHAR2(30) |
| BEG_DATE *- 08/27/98 12:00:00 AM* | | DATE(7) |
| END_DATE *- 10/30/98 12:00:00 Am* | | DATE(7) |
| CRED_FLD *- N* | | VARCHAR2(1) |

---

**Table Name:VGDLVL**    Table Synonym Name:VGL

| Column Name | Null | Type |
|---|---|---|

**Table Name: VGDLVL** *(handwritten checkmark)* — Table Synonym Name: VGL

*(circled: 244)*

| Column Name | Null | Type |
|---|---|---|
| SCHOOL — 52 | NOT NULL | VARCHAR2(4) |
| VGDLVL — 12 | NOT NULL | VARCHAR2(2) |
| VGDLVL_DESC — TWELFTH GRADE | | VARCHAR2(30) |
| VGDLVL_CRED — | | NUMBER(6,3) |

---

**Table Name: VOTECH** — Table Synonym Name: VTCH

*(circled: 1)*

| Column Name | Null | Type |
|---|---|---|
| VOTECH — H | NOT NULL | VARCHAR2(2) |
| VOTECH_DESC — HALF TIME STUDENTS | | VARCHAR2(30) |
| DAYS_POSS — .5 | | NUMBER(2,1) |

---

**Table Name: WARDTL** — Table Synonym Name: WRDTL

*(circled: 2)*

| Column Name | Null | Type |
|---|---|---|
| WAR_SEQ_NUMBER — 1815  1815 | NOT NULL | NUMBER(10,0) |
| INTER_CODE — I1  I3 | NOT NULL | VARCHAR2(2) |
| INTER_DATE — 09/08/97  09/09/97 12 noon  12 noon | NOT NULL | DATE(7) |

---

**Table Name: WARFARE** — Table Synonym Name: WAR

*(circled: 30)*

| Column Name | Null | Type |
|---|---|---|
| WAR_SEQ_NUMBER — 1813 | NOT NULL | NUMBER(10,0) |
| SCHOOL — 41 | NOT NULL | VARCHAR2(4) |
| CLASS_CD — GEO742 | NOT NULL | VARCHAR2(6) |
| SECTION — 001 | NOT NULL | VARCHAR2(3) |
| M_PERIOD — 01 | NOT NULL | VARCHAR2(2) |
| STUDENT_ID — 24980 | NOT NULL | VARCHAR2(10) |
| ATH_CODE — N | NOT NULL | VARCHAR2(1) |
| WAR_CODE — 4 | NOT NULL | VARCHAR2(1) |
| WAR_ORDER — 001 | NOT NULL | VARCHAR2(3) |
| W_COMMENT1 — 0 | | VARCHAR2(2) |
| W_COMMENT2 — I | | VARCHAR2(2) |
| W_COMMENT3 — | | VARCHAR2(2) |
| W_COMMENT4 — | | VARCHAR2(2) |

---

*(handwritten: UNSATISFACTORY PROGRESS)*

**Table Name: WAR_COM** — Table Synonym Name: WRCMT

*(circled: 4)*

| Column Name | Null | Type |
|---|---|---|
| WAR_CODE — I *(also N, O, U)* | NOT NULL | VARCHAR2(2) |
| WAR_DESC — SHOWS *(NORMAL/OUTSTAN. IMPROVEMENT/PROG)* *(PROG, RESS)* | NOT NULL | VARCHAR2(50) |

---

**Table Name: WK_FAIL** — Table Synonym Name: WKFAIL

*(circled: 0)*

| Column Name | Null | Type |
|---|---|---|
| FORM_NAME | | VARCHAR2(20) |
| SPMN | | VARCHAR2(5) |
| STUDENT_ID | | VARCHAR2(10) |
| NAME | | VARCHAR2(20) |
| CLASS_CD | | VARCHAR2(6) |
| SECTION | | VARCHAR2(3) |
| GR_LEVEL | | VARCHAR2(2) |
| TEACHER_ID | | VARCHAR2(10) |
| TNAME | | VARCHAR2(20) |

| Column Name | Null | Type |
|---|---|---|

---

ble Name WK_FAIL *Cont.*                      Table Synonym Name:WKFAIL
        M_PERIOD                                    VARCHAR2(2)
        INTCOUNT                                    VARCHAR2(4)
        GPA                                         VARCHAR2(3)

---

Table Name WORKSPRT                           Table Synonym Name:WSPRT
        SPMN                     NOT NULL        VARCHAR2(5)
        SCHOOL                   NOT NULL        VARCHAR2(4)
        STUDENT_ID               NOT NULL        VARCHAR2(10)
        RELEATION                                VARCHAR2(10)

---

Table Name:ZIP  ✓                             Table Synonym Name:UZIP
        CODE  — 62701           NOT NULL        VARCHAR2(6)
        CITY_NAME — SPRINGFIELD  NOT NULL        VARCHAR2(30)
        STATE_CODE — IL          NOT NULL        VARCHAR2(2)

| Column Name | Null | Type |
|---|---|---|

---

**Table Name: NMSTAVIEW_MARS** *(cont.)*      Table Synonym Name:

| Column Name | Null | Type |
|---|---|---|
| OUT_ATT_CODE_TDY | | NUMBER |
| OUT_ATT_CODE_POSS | | NUMBER |
| OUT_ATT_CODE_LEGALITY | | VARCHAR2(1) |
| OUT_STU_ATT_STATUS | | VARCHAR2(10) |

---

**Table Name: NMSTCVIEW-CCL**      Table Synonym Name:

| Column Name | Null | Type |
|---|---|---|
| IN_STUDENT_ID | NOT NULL | VARCHAR2(10) |
| IN_CLASS_CD | NOT NULL | VARCHAR2(6) |
| IN_SECTION | NOT NULL | VARCHAR2(3) |
| OUT_TODAYS_DATE | | DATE(8) |
| OUT_CLASS_YTD_EXC | | NUMBER(3,0) |
| OUT_CLASS_YTD_UNEXC | | NUMBER(3,0) |
| OUT_CLASS_YTD_UNLAW | | NUMBER(3,0) |
| OUT_CLASS_YTD_PARTIAL | | NUMBER(3,0) |
| OUT_CLASS_MP_EXC | | NUMBER(2,0) |
| OUT_CLASS_MP_UNEXC | | NUMBER(2,0) |
| OUT_CLASS_MP_UNLAW | | NUMBER(2,0) |
| OUT_CLASS_MP_PARTIAL | | NUMBER(2,0) |
| OUT_CUT_CODE | | VARCHAR2(1) |
| OUT_LEGALITY | | VARCHAR2(1) |

---

**Table Name: NMSTGVIEW_CCL**      Table Synonym Name:

| Column Name | Null | Type |
|---|---|---|
| IN_STUDENT_ID | NOT NULL | VARCHAR2(10) |
| IN_CLASS_CD | NOT NULL | VARCHAR2(6) |
| IN_SECTION | NOT NULL | VARCHAR2(3) |
| OUT_GRADE | | VARCHAR2(3) |
| OUT_COMMENT_1 | | VARCHAR2(3) |
| OUT_COMMENT_2 | | VARCHAR2(3) |
| OUT_COMMENT_3 | | VARCHAR2(3) |
| OUT_CLASS_ABS_EXC | | NUMBER(3,0) |
| OUT_CLASS_ABS_UNEXC | | NUMBER(3,0) |
| OUT_CLASS_TDY | | NUMBER(3,0) |

---

**Table Name: OBJ_DICT**      Table Synonym Name: ODICT

| Column Name | Null | Type |
|---|---|---|
| DISTRICT ~ 186 | NOT NULL | VARCHAR2(4) |
| SCHOOL ~ ALL | NOT NULL | VARCHAR2(4) |
| GRADE ~ 08 | NOT NULL | VARCHAR2(2) |
| CATEGORY ~ 1 | | VARCHAR2(3) |
| SUB_CAT ~ 1 | | VARCHAR2(3) |
| O_NUMBER ~ 11 | NOT NULL | NUMBER(3,0) |
| OBJ_POINTER ~ 103 | NOT NULL | NUMBER(10,0) |
| TEST_CODE ~ RT87 | | VARCHAR2(4) |
| TEST_FORM ~ 1 | | VARCHAR2(2) |
| TEST_LEVEL ~ 1 | | VARCHAR2(2) |
| SUB_TEST ~ 01 | | VARCHAR2(2) |
| WEIGHT ~ 0 | | NUMBER(5,2) |

443

| Column Name | Null | Type |
| --- | --- | --- |

---

Table Name:OBJ_DICT *Cont.*                          Table Synonym Name:ODICT
|  |  |  |
| --- | --- | --- |
| MIN_PROF_PERC ~ 75 |  | NUMBER(5,2) |
| MAX_PROF_PERC ~ 94 |  | NUMBER(5,2) |
| MIN_PROF_SCORE ~ 0 |  | NUMBER(6,2) |
| O_TYPE ~ |  | VARCHAR2(1) |
| O_DESC ~ COMPREHEND |  | VARCHAR2(255) |

---

Table Name:OBJ_IM                                    Table Synonym Name:OIM
| SCHOOL | NOT NULL | VARCHAR2(4) |
| --- | --- | --- |
| CODE | NOT NULL | VARCHAR2(3) |
| OBJ_POINTER | NOT NULL | NUMBER(10,0) |
| GRP |  | VARCHAR2(6) |
| SKILL |  | VARCHAR2(4) |
| I_DESC |  | VARCHAR2(255) |

---

Table Name:OBJ_IM                                    Table Synonym Name:O_IM
| SCHOOL | NOT NULL | VARCHAR2(4) |
| --- | --- | --- |
| CODE | NOT NULL | VARCHAR2(3) |
| OBJ_POINTER | NOT NULL | NUMBER(10,0) |
| GRP |  | VARCHAR2(6) |
| SKILL |  | VARCHAR2(4) |
| I_DESC |  | VARCHAR2(255) |

*Duplicate ?*

---

Table Name:OBJ_QUES                                  Table Synonym Name:OQUES
| OBJ_POINTER ~ 47 | NOT NULL | NUMBER(10,0) |
| --- | --- | --- |
| QNO ~ 004 | NOT NULL | CHAR(3) |

*(2,700)*

---

Table Name:OBJ_WORK                                  Table Synonym Name:OBJW
| SPMN |  | VARCHAR2(5) |
| --- | --- | --- |
| FORM_NAME |  | VARCHAR2(8) |
| SCHL |  | VARCHAR2(4) |
| TEACHER_ID |  | VARCHAR2(10) |
| STUDENT_ID |  | VARCHAR2(10) |
| OBJ_POINTER |  | NUMBER(10,0) |
| QUES_CORRECT |  | NUMBER(3,0) |
| QUES_TOTAL |  | NUMBER(3,0) |
| ABOVE_PROF |  | NUMBER(1,0) |
| AT_PROF |  | NUMBER(1,0) |
| BELOW_PROF |  | NUMBER(1,0) |
| PERC_CORRECT |  | NUMBER(5,2) |
| OBJ_FLG |  | CHAR(1) |
| TCH_NAME |  | CHAR(50) |

---

Table Name:OPTCRS                                    Table Synonym Name:OPTCRSS
| START_YY | NOT NULL | VARCHAR2(2) |
| --- | --- | --- |

| Column Name | Null | Type |
| --- | --- | --- |

---

Table Name:OPTCRS *Cont.*           Table Synonym Name:OPTCRSS

| Column Name | Null | Type |
| --- | --- | --- |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| CLASS_SIZE | NOT NULL | NUMBER(4,0) |
| CONSEC_FLAG | NOT NULL | VARCHAR2(1) |
| NUM_OF_SECS | NOT NULL | VARCHAR2(3) |

---

Table Name:OPTCRSMT           Table Synonym Name:OPTCRSMTS

| Column Name | Null | Type |
| --- | --- | --- |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SUB_SECTION | NOT NULL | VARCHAR2(3) |
| ROOM_GROUP | | VARCHAR2(6) |
| TCH_GROUP | | VARCHAR2(6) |
| DAY01_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY02_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY03_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY04_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY05_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY06_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY07_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY08_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY09_ALLOWED | NOT NULL | VARCHAR2(1) |
| DAY10_ALLOWED | NOT NULL | VARCHAR2(1) |
| NUM_OF_DAYS | NOT NULL | NUMBER(2,0) |
| SEM01_CD | NOT NULL | VARCHAR2(2) |
| SEM02_CD | | VARCHAR2(2) |
| SEM03_CD | | VARCHAR2(2) |
| SEM04_CD | | VARCHAR2(2) |
| SEM05_CD | | VARCHAR2(2) |
| SEM06_CD | | VARCHAR2(2) |

---

Table Name:OPTCRSPD           Table Synonym Name:OPTCRSPDS

| Column Name | Null | Type |
| --- | --- | --- |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| PERIOD | NOT NULL | VARCHAR2(2) |
| PD_ALLOWED | NOT NULL | VARCHAR2(1) |

---

Table Name:OPTGRPEC           Table Synonym Name:OPTGRPECS

| Column Name | Null | Type |
| --- | --- | --- |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| ROOM_TCH | NOT NULL | VARCHAR2(1) |
| GROUP_CODE | NOT NULL | VARCHAR2(6) |
| ROOM_TCH_NUMBER | NOT NULL | VARCHAR2(10) |
| NOT_PERIOD | NOT NULL | VARCHAR2(2) |
| NOT_SEMESTER | NOT NULL | VARCHAR2(2) |

| Column Name | Null | Type |
|---|---|---|

---

Table Name:OPTLINK                          Table Synonym Name:OPTLINKS

| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| ML_FLAG | NOT NULL | VARCHAR2(1) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SEQUENCE | NOT NULL | VARCHAR2(10) |

---

Table Name:OPTMEET                           Table Synonym Name:OPTMEETS

| SCHOOL | NOT NULL | VARCHAR2(4) |
| TITLE | NOT NULL | VARCHAR2(10) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SECTION | NOT NULL | VARCHAR2(3) |
| SUB_SECTION | NOT NULL | VARCHAR2(3) |
| PERIOD | NOT NULL | VARCHAR2(2) |
| SEMESTER | NOT NULL | VARCHAR2(2) |
| DAYS | | VARCHAR2(10) |
| ROOM | | VARCHAR2(5) |
| TEACHER_ID | | VARCHAR2(10) |

---

Table Name:OPTREST                           Table Synonym Name:OPTRESTS

| SCHOOL | NOT NULL | VARCHAR2(4) |
| TITLE | NOT NULL | VARCHAR2(10) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SECTION | NOT NULL | VARCHAR2(3) |
| GRADE | NOT NULL | VARCHAR2(2) |

---

Table Name:OPTRMGRP                          Table Synonym Name:OPTRMGRPS

| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| ROOM_GROUP | NOT NULL | VARCHAR2(6) |
| ROOM | NOT NULL | VARCHAR2(5) |

---

Table Name:OPTSECT                           Table Synonym Name:OPTSECTS

| SCHOOL | NOT NULL | VARCHAR2(4) |
| TITLE | NOT NULL | VARCHAR2(10) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SECTION | NOT NULL | VARCHAR2(3) |
| SHORT_NAME | NOT NULL | VARCHAR2(10) |
| WEIGHT | | NUMBER(5,3) |
| RANK_CD | NOT NULL | VARCHAR2(1) |
| HONOR_CD | NOT NULL | VARCHAR2(1) |
| GRADED_CD | NOT NULL | VARCHAR2(1) |
| SEX_RES | | VARCHAR2(1) |
| BEG_SEATS | | NUMBER(4,0) |
| AVAI_SEATS | | NUMBER(4,0) |
| ASSI_SEATS | | NUMBER(4,0) |

| Column Name | Null | Type |
|---|---|---|

---

Table Name: OPTSECT *Cont.*                    Table Synonym Name:OPTSECTS

| | | |
|---|---|---|
| INACT_SEATS | | NUMBER(4,0) |
| ABILITY_LEVEL | | VARCHAR2(2) |
| CLUSTER_CODE | | VARCHAR2(2) |
| GPA_DIVISOR | | NUMBER(4,2) |

---

Table Name: OPTSTATS                    Table Synonym Name:OSTATS

| | | |
|---|---|---|
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CODE | NOT NULL | VARCHAR2(6) |
| NUM_TIMES_REQUESTED | | NUMBER(5,0) |
| NUM_TIMES_NOT_FILLED | | NUMBER(5,0) |

---

Table Name: OPTTCGRP                    Table Synonym Name:OPTTCGRPS

| | | |
|---|---|---|
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| TCH_GROUP | NOT NULL | VARCHAR2(6) |
| TEACHER_ID | NOT NULL | VARCHAR2(10) |
| DEFAULT_ROOM | | VARCHAR2(5) |
| SECT_ALLOWED | | NUMBER(2,0) |
| CONSEC_PERIODS | | NUMBER(2,0) |

---

Table Name: ORAAUX                    Table Synonym Name:

*33,368*

| | | |
|---|---|---|
| STUDENT_ID - 27010 | NOT NULL | VARCHAR2(10) |
| BIRTH_PLACE - | | VARCHAR2(25) |
| BIRTH_STATE - | | VARCHAR2(2) |
| BIRTH_COUNTRY - | | VARCHAR2(3) |
| BIRTH_CERTNO - | | VARCHAR2(10) |
| CITIZENSHIP_CODE - | | VARCHAR2(3) |
| MARITAL_STATUS - | | VARCHAR2(1) |
| STU_RETENTION_FLAG = N | | VARCHAR2(1) |
| FOOD_SERVICE_CODE - O | | VARCHAR2(1) |
| EARLY_DISMISS_TIME - | | VARCHAR2(5) |
| ESL_CODE - | | VARCHAR2(1) |
| HOME_LANGUAGE - | | VARCHAR2(5) |
| PRIMARY_LANGUAGE - | | VARCHAR2(5) |
| BL_CODE - | | VARCHAR2(1) |
| FOOD_SERVICE_FLAG - | | VARCHAR2(1) |
| SPACE - | | VARCHAR2(1) |

---

Table Name: ORASCH                    Table Synonym Name:

*1,648*

| | | |
|---|---|---|
| START_YY - 95 | NOT NULL | VARCHAR2(2) |
| STUDENT_ID - 27168 | NOT NULL | VARCHAR2(10) |
| SCHOOL - 01 | NOT NULL | VARCHAR2(4) |
| BUILDING - | | VARCHAR2(4) |
| GRADE - 02 | NOT NULL | VARCHAR2(2) |
| HOMEROOM - | | VARCHAR2(5) |

| Column Name | Null | Type |
|---|---|---|

---

Table Name: ORIGENTR *Cont.*                    Table Synonym Name: ORG_ENT
       ORIG_ENTR_DESC                   NOT NULL    VARCHAR2(30)

---

Table Name: PAROCHSP                            Table Synonym Name: PAROCHSPS
(63)   PAROCHIAL_SCHOOL – 58            NOT NULL    VARCHAR2(2)
       NAME  *– Berean Baptist Academy*  NOT NULL    VARCHAR2(40)

---

Table Name: PCCCODE                             Table Synonym Name: PCC
(63)   PCCCODE – E01                    NOT NULL    VARCHAR2(3)
       PCCCODE_DESC *–Entry @ Beginning of year*          VARCHAR2(40)
       PCC_TYPE – E                                 VARCHAR2(1)

---

Table Name: PCC_FILE                            Table Synonym Name: PCCFILE
       START_YY – 98  –                 NOT NULL    VARCHAR2(2)
(73,068) SCHOOL – 52  –                 NOT NULL    VARCHAR2(4)
       STUDENT_ID – 27010 –             NOT NULL    VARCHAR2(10)
       PCC_DATE – 08/27/98 12:00:00AM – NOT NULL    DATE(7)
       PCC_CODE – E01                   NOT NULL    VARCHAR2(3)
       GRADE – 12                       NOT NULL    VARCHAR2(2)
       PREVIOUS_SCHOOL –                            VARCHAR2(4)
       VOTECH –                                     VARCHAR2(2)
       SPECIAL_ED –                                 VARCHAR2(3)
       HOMEROOM – 228                               VARCHAR2(5)
       TUITION –                                    VARCHAR2(1)
       HOME_INSTR –                                 VARCHAR2(1)
       DISTRICT – 186                   NOT NULL    VARCHAR2(4)
       TRACK_CODE – NONE                            VARCHAR2(4)
       PROGCODE –                                   VARCHAR2(2)

---

Table Name: PDS_WORK                            Table Synonym Name: PDSWK
(∅)    SPMN                             NOT NULL    VARCHAR2(5)
       FORM_NAME                        NOT NULL    VARCHAR2(20)
       SCHOOL                           NOT NULL    VARCHAR2(4)
       PERIOD                                       VARCHAR2(2)

---

Table Name: PGMWORK                             Table Synonym Name: PGMWORKS
(∅)    SPMN                             NOT NULL    VARCHAR2(5)
       SCHOOL                           NOT NULL    VARCHAR2(4)
       GD_LEVEL                         NOT NULL    VARCHAR2(2)
       PGM_CODE                                     VARCHAR2(2)
       TOT_BOYS                         NOT NULL    NUMBER(4,0)
       TOT_GIRLS                        NOT NULL    NUMBER(4,0)
       TOT_WHITE                        NOT NULL    NUMBER(4,0)
       TOT_BLACK                        NOT NULL    NUMBER(4,0)
       TOT_INDIAN                       NOT NULL    NUMBER(4,0)

            Column Name                        Null        Type

--------------------------------------------------------------------------------
Table Name: PGMWORK Con't.                     Table Synonym Name: PGMWORKS
        TOT_ASIAN                    NOT NULL      NUMBER(4,0)
        TOT_HISPANIC                 NOT NULL      NUMBER(4,0)
        TOT_OTHER                    NOT NULL      NUMBER(4,0)

--------------------------------------------------------------------------------
Table Name: PGM_INP                            Table Synonym Name: PGM
        PGM_CODE - 120347            NOT NULL      VARCHAR2(10)
        PGM_DESC - ahcomis           NOT NULL      VARCHAR2(20)
959     PGM_FLAG - C                 NOT NULL      VARCHAR2(1)
        PROGRAM_DESCRIPTION - Command Code List      VARCHAR2(25)
        MODULE - AHS                               VARCHAR2(3)
              for all codes: FT9/FT8/STA/AHS/STG/DIS/STR/THY etc.

--------------------------------------------------------------------------------
Table Name: PICAUDIT                           Table Synonym Name: PICAUDITS
        PIC_SCHOOL                   NOT NULL      VARCHAR2(4)
        PIC_DATE                     NOT NULL      DATE(7)
        PIC_TIME                     NOT NULL      VARCHAR2(5)
        PIC_USER_ID                  NOT NULL      VARCHAR2(10)
        STUDENT_ID                   NOT NULL      VARCHAR2(10)
        PIC_TERMINAL_LOC             NOT NULL      VARCHAR2(3)

--------------------------------------------------------------------------------
Table Name: PREREQ                             Table Synonym Name: PREREQS
        SCHOOL                       NOT NULL      VARCHAR2(4)
        CLASS_CD                     NOT NULL      VARCHAR2(6)
        PREREQ                       NOT NULL      VARCHAR2(6)
        PRQ_NUM                      NOT NULL      VARCHAR2(2)
        PRQ_QTY                      NOT NULL      VARCHAR2(2)
        PRQ_TYPE                     NOT NULL      VARCHAR2(1)
        MIN_GRD                                    VARCHAR2(3)

--------------------------------------------------------------------------------
Table Name: PREREQ                             Table Synonym Name: PRQ
        SCHOOL                       NOT NULL      VARCHAR2(4)
        CLASS_CD        Duplicate ?  NOT NULL      VARCHAR2(6)
        PREREQ                       NOT NULL      VARCHAR2(6)
        PRQ_NUM                      NOT NULL      VARCHAR2(2)
        PRQ_QTY                      NOT NULL      VARCHAR2(2)
        PRQ_TYPE                     NOT NULL      VARCHAR2(1)
        MIN_GRD                                    VARCHAR2(3)

--------------------------------------------------------------------------------
Table Name: PREREQGP                           Table Synonym Name: PRQGP
        SCHOOL                       NOT NULL      VARCHAR2(4)
        PREREQ                       NOT NULL      VARCHAR2(6)
        CLASS_CD                     NOT NULL      VARCHAR2(6)

--------------------------------------------------------------------------------
Table Name: PRNTDESC                           Table Synonym Name: PRNTDESCS

Tue Oct. 6, 1998 2:41 pm        S T A R _ B A S E                    Page:58
                                Data Dictionary

| Column Name | Null | Type |
|---|---|---|
| Table Name: PRNTDESC | | Table Synonym Name: PRNTDESCS |
| DESFORMAT – *wide* | NOT NULL | VARCHAR2(15) |
| DESFORMAT_DESC – *Standard Print* | NOT NULL | VARCHAR2(30) |
| | | |
| Table Name: PRNTGRPS | | Table Synonym Name: PRNTGRPSS |
| PRNTGRP – *001* | NOT NULL | VARCHAR2(3) |
| DESNAME – *data–center* | NOT NULL | VARCHAR2(15) |
| DESNAME_DESC – *Hewp Laser Print* | NOT NULL | VARCHAR2(30) |
| DESFORMAT – *pspor 80* | NOT NULL | VARCHAR2(15) |
| | | |
| Table Name: PROGCODE | | Table Synonym Name: PROGCD |
| PROGCODE | NOT NULL | VARCHAR2(2) |
| PROGCODE_DESC | | VARCHAR2(30) |
| | | |
| Table Name: PRO_RATE | | Table Synonym Name: PRO_RATES |
| SCHOOL – *52* | NOT NULL | VARCHAR2(4) |
| FEE_CODE – *01* | NOT NULL | VARCHAR2(5) |
| GRADE – *\*\** | NOT NULL | VARCHAR2(2) |
| START_DATE – *10/01/98 12:00:00 pm* | | DATE(7) |
| END_DATE – *10/31/98 12:00:00 Am* | | DATE(7) |
| PERCENTAGE – *80* | | NUMBER(5,2) |
| | | |
| Table Name: PROVIEW | | Table Synonym Name: PROVW |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| PRO_NUM | NOT NULL | VARCHAR2(2) |
| PRO_QTY | NOT NULL | VARCHAR2(2) |
| PRO_TYPE | NOT NULL | VARCHAR2(1) |
| | | |
| Table Name: PSYCHOSP | | Table Synonym Name: PSYCHOSPS |
| PSYCHOLOGIST_ID – *01* | NOT NULL | VARCHAR2(2) |
| PSYCHOLOGIST_NAME – *Beers, Patricia* | NOT NULL | VARCHAR2(30) |
| | | |
| Table Name: QUESBASE | | Table Synonym Name: QBASE |
| TEST_POINTER – *41* | NOT NULL | NUMBER(10,0) |
| QUES_POINTER – *27* | NOT NULL | NUMBER(10,0) |
| Q_NO – *001* | NOT NULL | VARCHAR2(3) |
| | | |
| Table Name: RECOMMEN | | Table Synonym Name: RECOMMENS |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| RECOMMEND_CODE | NOT NULL | VARCHAR2(1) |
| RECOMMEND_DESC | NOT NULL | VARCHAR2(30) |
| LANGUAGE_CODE | NOT NULL | VARCHAR2(5) |

Handwritten circled numbers in left margin: (12), (73), (0/∅), (280), (0/∅), (17), (16), (0/∅)

| Column Name | Null | Type |
| --- | --- | --- |

---
**Table Name:RELATESP**  *(handwritten: 29)*         Table Synonym Name:RELATESPS

| Column Name | Null | Type |
| --- | --- | --- |
| RELATED_SERVICES *— A* | NOT NULL | VARCHAR2(1) |
| RELATED_SERVICES_DESC *—Adapted P.E.* | NOT NULL | VARCHAR2(30) |

---
**Table Name:RELATION**  *(handwritten: 20)*         Table Synonym Name:REL

| Column Name | Null | Type |
| --- | --- | --- |
| RELATION *— P* | NOT NULL | VARCHAR2(10) |
| REL_DESC *— PARENTS* | NOT NULL | VARCHAR2(30) |

---
**Table Name:ROLE**  *(handwritten: Ø)*         Table Synonym Name:ROLES

| Column Name | Null | Type |
| --- | --- | --- |
| ROLE | NOT NULL | VARCHAR2(10) |
| ROLE_DESC | NOT NULL | VARCHAR2(30) |

---
**Table Name:ROLE_SEC**  *(handwritten: Ø)*         Table Synonym Name:ROLE_SECS

| Column Name | Null | Type |
| --- | --- | --- |
| ROLE | NOT NULL | VARCHAR2(10) |
| TYPE | NOT NULL | VARCHAR2(1) |
| TASK | NOT NULL | VARCHAR2(8) |
| ADD_SEC | NOT NULL | VARCHAR2(1) |
| CHG_SEC | NOT NULL | VARCHAR2(1) |
| DEL_SEC | NOT NULL | VARCHAR2(1) |
| INQ_SEC | NOT NULL | VARCHAR2(1) |
| PRT_SEC | NOT NULL | VARCHAR2(1) |
| S_TYPE | | VARCHAR2(4) |
| SCHOOL | | VARCHAR2(4) |

---
**Table Name:ROLE_XCP**  *(handwritten: Ø)*         Table Synonym Name:ROLE_XCPS

| Column Name | Null | Type |
| --- | --- | --- |
| ROLE | NOT NULL | VARCHAR2(10) |
| PGM_DESC | NOT NULL | VARCHAR2(8) |

---
**Table Name:ROOMS**  *(handwritten: 1,325)*         Table Synonym Name:RM

| Column Name | Null | Type |
| --- | --- | --- |
| SCHOOL *— 52* | NOT NULL | VARCHAR2(4) |
| ROOM *— 38* | NOT NULL | VARCHAR2(5) |
| ROOM_LOCATION *— A* | | VARCHAR2(30) |
| ROOM_SIZE *—* | | NUMBER(4,0) |

---
**Table Name:ROOM_WK**  *(handwritten: Ø)*         Table Synonym Name:RMWK

| Column Name | Null | Type |
| --- | --- | --- |
| SPMN | NOT NULL | VARCHAR2(5) |
| FORM_NAME | NOT NULL | VARCHAR2(20) |
| PERIOD | | VARCHAR2(2) |
| DAY | | VARCHAR2(1) |
| ROOM | | VARCHAR2(5) |
| SEM_CODE | | VARCHAR2(12) |
| SEM_CODE2 | | VARCHAR2(12) |
| SEM_CODE3 | | VARCHAR2(12) |
| SEM_CODE4 | | VARCHAR2(12) |

| Column Name | Null | Type |
|---|---|---|

Table Name: ROOM_WK *cont.*          Table Synonym Name: RMWK
   SEM_CODE5            VARCHAR2(12)
   SEM_CODE6            VARCHAR2(12)
   SEM_CODE7            VARCHAR2(12)
   SEM_CODE8            VARCHAR2(12)
   SEM_CODE9            VARCHAR2(12)
   SEM_CODE10           VARCHAR2(12)

Table Name: SAVEPARM          Table Synonym Name: SAVEPARMS
  SAVE_PGM_DESC – *stempost*    VARCHAR2(20)
  SAVE_TYPE – 52              VARCHAR2(10)
  SAVE_PARM1 – NF452510203    VARCHAR2(255)
  SAVE_PARM2 –               VARCHAR2(255)
  SAVE_PARM3 –               VARCHAR2(255)
  SAVE_ORDER_BY –            VARCHAR2(255)
  SAVE_PARM4 –               VARCHAR2(255)
  SAVE_PARM5 –               VARCHAR2(255)
  SAVE_PARM6 –               VARCHAR2(255)

*(10)*

Table Name: SBROLLOV          Table Synonym Name: SBROLLOVS
  SPMN – 65859     NOT NULL   VARCHAR2(5)
  STUDENT_ID – 15998  NOT NULL  VARCHAR2(10)
  OLD_SCHL – 01    NOT NULL   VARCHAR2(4)
  OLD_GRADE – 04   NOT NULL   VARCHAR2(2)
  OLD_SHIFT – 1    NOT NULL   VARCHAR2(1)
  NEW_SCHL – 07    NOT NULL   VARCHAR2(4)
  NEW_GRADE – 05   NOT NULL   VARCHAR2(2)
  NEW_SHIFT – 1    NOT NULL   VARCHAR2(1)
  MESSAGE_1 – *next school override*   VARCHAR2(20)

*3,663*

Table Name: SCHDVIEW          Table Synonym Name: SCHDVW
  SCHOOL – 52           VARCHAR2(4)
  STUDENTS_SCHOOL – 52  VARCHAR2(4)
  START_YY – 98         VARCHAR2(2)
  STUDENT_ID – 27010    VARCHAR2(10)
  ORDER_PERIOD – 01     VARCHAR2(2)
  CLASS_CD – 408        VARCHAR2(6)
  SECTION – 001         VARCHAR2(3)
  SUB_SECTION – 001     VARCHAR2(3)
  PERIOD – 01           VARCHAR2(2)
  SEMESTER – FY         VARCHAR2(2)
  ROOM – 266            VARCHAR2(5)
  DAYS – mTWRF          VARCHAR2(10)
  SHORT_NAME – FRENCH 436   VARCHAR2(10)
  TCH_NAME – SWANSON, CAROLYN   VARCHAR2(18)
  PRIM_ALT_CD – P       VARCHAR2(1)
  P_A_CODE –            CHAR(1)

S T A R _ B A S E
Data Dictionary

| Column Name | Null | Type |
| --- | --- | --- |

-----------------------------------------------------------------

Table Name: SCHDVIEW *Cont.*                    Table Synonym Name: SCHDVW
   ACTIVE_CD - *A*                VARCHAR2(1)
   LOCK_FLAG -                     VARCHAR2(1)

-----------------------------------------------------------------

Table Name: SCHED_ST                            Table Synonym Name: SCHEDS_ST
   SCHOOL - *52*        NOT NULL   VARCHAR2(4)
   START_YY - *98*      NOT NULL   VARCHAR2(2)
   RUN_DATE - *04/17/98 12:00:00 AM*   DATE(7)
   RUN_TIME - *48025*             VARCHAR2(5)
   STUDENTS_ATT - *1297*          NUMBER(5,0)
   PERCENT_SCHED - *74.56*        NUMBER(6,2)
   AVG_TIME - *.342*             NUMBER(8,3)
   TOTAL_MIN - *7*               NUMBER(4,0)
   TOTAL_SEC - *23*              NUMBER(2,0)
   COMPLETE - *967*              NUMBER(5,0)
   PARTIAL - *324*               NUMBER(5,0)
   NO_REQUESTS - *6*             NUMBER(5,0)
   TIMED_OUT - *O*               NUMBER(5,0)
   IRRESOLVABLE - *324*          NUMBER(5,0)

*622*

-----------------------------------------------------------------

Table Name: SCH_BASE                            Table Synonym Name: SCHOOL
   SCHOOL - *52*        NOT NULL   VARCHAR2(4)
   NAME - *SPRINGFIELD HIGH SCHOOL*   NOT NULL   VARCHAR2(40)
   ADDRESS1 - *101 SOUTH LEWIS STREET*   VARCHAR2(30)
   ADDRESS2 -                     VARCHAR2(30)
   ZIPCODE - *62704*             VARCHAR2(6)
   S_TYPE - *HIGH*               VARCHAR2(4)
   PRINCIPAL - *DR. HARVEY CHILES*   VARCHAR2(30)
   PASSWORD -                     VARCHAR2(3)
   DISTRICT - *186*              VARCHAR2(4)
   AREA_CODE - *217*             NUMBER(3,0)
   TELEPHONE - *5253100*         NUMBER(7,0)
   STX_SCHED_FLAG - *Y*   NOT NULL   VARCHAR2(1)
   STX_DEMO_FLAG - *Y*    NOT NULL   VARCHAR2(1)
   START_PERIOD_1 - *01*         VARCHAR2(2)
   END_PERIOD_1 - *09*           VARCHAR2(2)
   START_PERIOD_2 -              VARCHAR2(2)
   END_PERIOD_2 -               VARCHAR2(2)
   START_PERIOD_3 -             VARCHAR2(2)
   END_PERIOD_3 -               VARCHAR2(2)
   START_PERIOD_4 -             VARCHAR2(2)
   END_PERIOD_4 -               VARCHAR2(2)
   DAYS - *MTWRF*                VARCHAR2(10)
   LOCK_FLAG -                    VARCHAR2(1)
   TYPE_GRADE - *A*              VARCHAR2(1)
   TRACK_CODE - *NONE*           VARCHAR2(4)
   MINUTES_WEEK -                NUMBER(5,0)
   STATE_SCHL_CODE - *0002*      VARCHAR2(14)

*43 Records*

| Column Name | Null | Type |
| --- | --- | --- |

Table Name: SCH_BASE *Cont.*                      Table Synonym Name: SCHOOL

| | | |
| --- | --- | --- |
| OVERRIDE_SEATS ~ N | | VARCHAR2(1) |
| SCHED_CHG_NOTEPAD ~ N | | VARCHAR2(1) |
| ADD_AUX — | | VARCHAR2(1) |
| ADD_SCHED — | | VARCHAR2(1) |
| ADD_REQ — Y | | VARCHAR2(1) |
| SCHOOL_TYPE ~ P | | VARCHAR2(1) |
| ADD_MED — | | VARCHAR2(1) |
| LOCK_DATE — 12/22/98 12:00:00 Am | | DATE(7) |
| CONSEC_CLR_DATE ~ 01/26/99 12:00:00 Pm | | DATE(7) |
| PCC_LOCK_FLAG ~ N | | VARCHAR2(1) |
| AUDIT_FLAG — Y | | VARCHAR2(1) |

Table Name: SCH_CAL                               Table Synonym Name: CAL

*(18,224)*

| | | |
| --- | --- | --- |
| START_YY - 98 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| TRACK_CODE - NONE | NOT NULL | VARCHAR2(4) |
| SCH_DATE - 08/01/98 12:00:00 Am | NOT NULL | DATE(7) |
| CAL_CODE - # | | VARCHAR2(1) |

Table Name: SCH_TYPE                              Table Synonym Name: STYPE

*(5)*

| | | |
| --- | --- | --- |
| S_TYPE - ELEM \| HIGH | NOT NULL | VARCHAR2(4) |
| SCH_DESC - K-4 (EMPER \| 9-12 HIGH SCHOOL | NOT NULL | VARCHAR2(40) |

Table Name: SCORDICT                              Table Synonym Name: SDCT

*(3)*

| | | |
| --- | --- | --- |
| TYPE_SCORE - R | NOT NULL | VARCHAR2(2) |
| SCORE_DESC - RAW SCORE | | VARCHAR2(20) |
| SCORE_ABBREV - RAW | | VARCHAR2(3) |

Table Name: SECTION                               Table Synonym Name: SECT

*(16,230)*

| | | |
| --- | --- | --- |
| START_YY - 98 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| CLASS_CD - 10 | NOT NULL | VARCHAR2(6) |
| SECTION — 001 | NOT NULL | VARCHAR2(3) |
| SHORT_NAME - L17/CMP234 | NOT NULL | VARCHAR2(10) |
| WEIGHT - Y | | NUMBER(5,3) |
| RANK_CD - Y | NOT NULL | VARCHAR2(1) |
| HONOR_CD - Y | NOT NULL | VARCHAR2(1) |
| GRADED_CD - Y | NOT NULL | VARCHAR2(1) |
| SEX_RES - | | VARCHAR2(1) |
| BEG_SEATS - 35 | | NUMBER(4,0) |
| AVAI_SEATS - 0 | | NUMBER(4,0) |
| ASSI_SEATS - 35 | | NUMBER(4,0) |
| INACT_SEATS - 0 | | NUMBER(4,0) |
| ABILITY_LEVEL - | | VARCHAR2(2) |
| CLUSTER_CODE - | | VARCHAR2(2) |

                                          Data Dictionary

| Column Name | Null | Type |
|---|---|---|

---

**Table Name: SECTION** *Cont.*                          Table Synonym Name: SECT
    GPA_DIVISOR —1                                        NUMBER(4,2)
    SCHOOL2 —52                          NOT NULL          VARCHAR2(4)

---

**Table Name: SEMESTER**                                 Table Synonym Name: SEM
    SCHOOL — CCL2                         NOT NULL          VARCHAR2(4)
    SEMESTER —01                          NOT NULL          VARCHAR2(2)
    S1_CD — 4                             NOT NULL          VARCHAR2(1)
    S2_CD — 4                             NOT NULL          VARCHAR2(1)
    S3_CD — 4                             NOT NULL          VARCHAR2(1)
    S4_CD — N                             NOT NULL          VARCHAR2(1)
    S5_CD — N                             NOT NULL          VARCHAR2(1)
    S6_CD — N                             NOT NULL          VARCHAR2(1)
    S7_CD — N                             NOT NULL          VARCHAR2(1)
    S8_CD — N                             NOT NULL          VARCHAR2(1)
    S9_CD — N                             NOT NULL          VARCHAR2(1)
    S10_CD — N                            NOT NULL          VARCHAR2(1)
    S11_CD — N                            NOT NULL          VARCHAR2(1)
    S12_CD — N                            NOT NULL          VARCHAR2(1)
    SEM_CODE — 444NNNNNNNNNN                                VARCHAR2(12)

*(handwritten: 342)*

---

**Table Name: SEM_DATE**                                 Table Synonym Name: SEM_DATES
    SCHOOL                                NOT NULL          VARCHAR2(4)
    SEGMENT                               NOT NULL          VARCHAR2(2)
    BEG_DATE                                                DATE(7)
    END_DATE                                                DATE(7)

---

**Table Name: SOCIALSP**                                 Table Synonym Name: SOCIALSPS
    SOCIAL_WORKER_ID — 01                 NOT NULL          VARCHAR2(2)
    SOCIAL_WORKER_NAME — Bailey, Nancy    NOT NULL          VARCHAR2(30)

*(handwritten: 22)*

---

**Table Name: SPCED**                                    Table Synonym Name: SPC
    SPECIAL_ED — 4                        NOT NULL          VARCHAR2(3)
    SPECIAL_ED_DESC — SPECIAL ED                            VARCHAR2(30)

*(handwritten: 1)*

---

**Table Name: SPEC_CD**                                  Table Synonym Name: SPECIAL
    SPEC_CD_NUM                           NOT NULL          VARCHAR2(1)
    SPEC_CD                               NOT NULL          VARCHAR2(3)
    SPEC_CD_DESC                          NOT NULL          VARCHAR2(40)

---

**Table Name: SPEDTRAN**                                 Table Synonym Name: SPTRAN
    START_YY                              NOT NULL          VARCHAR2(2)
    SCHOOL                                NOT NULL          VARCHAR2(4)
    STUDENT_ID                            NOT NULL          VARCHAR2(10)