**E-FILED**
Tuesday, 06 March, 2007 04:37:34 PM
Clerk, U.S. District Court, ILCD

E

X

H

I

B

I

T

18

| Column Name | Null | Type |
|---|---|---|
| Table Name: ACTIVITY (Not a STARS table) | | Table Synonym Name: ACTIVE |
| Ø Records | | |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| ACTIVITY_CODE | NOT NULL | VARCHAR2(6) |
| ACTIVITY_DESC | | VARCHAR2(30) |
| ACT_SEQ | | VARCHAR2(3) |
| Table Name: ADASP | | Table Synonym Name: ADASPS |
| 911 records | | Don't see the link |
| START_YY 98 | NOT NULL | VARCHAR2(2) |
| SCHOOL 52 | NOT NULL | VARCHAR2(4) |
| SCH_YR_MO 199802 | NOT NULL | VARCHAR2(6) |
| DAYS_ENROLLED 31365 | | NUMBER(7,1) |
| DAYS_PRESENT [illegible] | | NUMBER(7,1) |
| DAYS_ABSENT [illegible] | | NUMBER(7,1) |
| STUDENT_CNT [illegible] | | NUMBER(7,0) |
| SCHOOL_DAYS_POS 23 | | NUMBER(3,1) |
| TRACK NONE | | VARCHAR2(4) |
| Table Name: ADDRESS - S01-02-02 Student Address Record | | Table Synonym Name: ADDR |
| 26,056 records | | 1 Record per student |
| P STUDENT_ID - 27010 unique | NOT NULL | VARCHAR2(10) |
| S RELATION - P unique | NOT NULL | VARCHAR2(10) |
| - LAST_NAME - MILLER | NOT NULL | VARCHAR2(18) |
| - FIRST_NAME - JOHN/BARB | NOT NULL | VARCHAR2(18) |
| MIDDLE_INIT - | | VARCHAR2(1) |
| PREFIX - | | VARCHAR2(4) |
| SUFFIX - | | VARCHAR2(4) |
| HOUSE_NO - 1601 | | NUMBER(5,0) |
| LETTER - | | VARCHAR2(1) |
| DIRECTION - | | VARCHAR2(2) |
| STREET - WIGGINS AVE | | VARCHAR2(30) |
| ZIPCODE - 62704 | | VARCHAR2(6) |
| PLUS4 - | | VARCHAR2(4) |
| APT - | | VARCHAR2(5) |
| AREA_CODE - 217 | | VARCHAR2(3) |
| PHONE - 5464896 | | NUMBER(7,0) |
| UNLISTED - | | VARCHAR2(1) |
| DISTRICT - 186 | | VARCHAR2(4) |
| EMERG_PHONE_AREA - 217 | | NUMBER(3,0) |
| EMERG_PHONE - 2411770 | | NUMBER(7,0) |
| EP_UNLISTED - | | VARCHAR2(1) |
| EP_LOCATION - b.m. → THOMAS/GRANDMOTHER | | VARCHAR2(30) |
| GRID_CODE - | | VARCHAR2(8) |
| MUNICIPALITY - | | VARCHAR2(2) |
| CAN_PICK_UP_STU - | | VARCHAR2(1) |
| GETS_SCHED - Y | | VARCHAR2(1) |
| GETS_GRADES - Y | | VARCHAR2(1) |
| GETS_ATT - Y | | VARCHAR2(1) |
| GETS_DISCI - Y | | VARCHAR2(1) |
| GETS_MAIL - Y | | VARCHAR2(1) |

PRIMARY ———— " (1)
LEGAL ———— " (1)

EXHIBIT
MILLER 9
10-19-04 JR

| Column Name | Null | Type |
|---|---|---|
| able Name:ADDRESS Cont. | | Table Synonym Name:ADDR |
| STREET2 – | | VARCHAR2(30) |
| LANGUAGE_CODE – | | VARCHAR2(5) |
| Table Name:ADDVIEW | | Table Synonym Name:ADDVW |
| START_YY - 98 | NOT NULL | VARCHAR2(2) |
| STUDENT_ID - 27010 | NOT NULL | VARCHAR2(10) |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| BUILDING – | | VARCHAR2(4) |
| GRADE - 12 | NOT NULL | VARCHAR2(2) |
| HOMEROOM - 354 | | VARCHAR2(5) |
| ACTIVE - A | NOT NULL | VARCHAR2(1) |
| CURRICULUM – | | VARCHAR2(3) |
| YR_OF_GRAD – | | VARCHAR2(4) |
| SHIFT - 1 | NOT NULL | VARCHAR2(1) |
| COUNSELOR - DIETEL | | VARCHAR2(20) |
| BUS_ROUTE_AM – | | VARCHAR2(4) |
| BUS_ROUTE_PM – | | VARCHAR2(4) |
| BUS_STOP_AM – | | VARCHAR2(4) |
| BUS_STOP_PM – | | VARCHAR2(4) |
| BUS_TIME_AM – | | VARCHAR2(4) |
| BUS_TIME_PM – | | VARCHAR2(4) |
| BUS_DISTANCE – | | NUMBER(4,2) |
| TRANSFER – | | VARCHAR2(1) |
| TRANS_AID – | | VARCHAR2(1) |
| TUITION – | | VARCHAR2(1) |
| SPECIAL_ED – | | VARCHAR2(3) |
| TRACK - NONE | | VARCHAR2(4) |
| RANK - 4 | | VARCHAR2(1) |
| SPORTS_ELIG - Y | | VARCHAR2(1) |
| LOCKER_NUMBER – | | VARCHAR2(5) |
| LOCKER_COMBO – | | VARCHAR2(1) |
| PROGCODE – | | VARCHAR2(2) |
| CLUSTER_CODE – | | VARCHAR2(2) |
| USER_FLD1 – | | VARCHAR2(10) |
| USER_FLD2 – | | VARCHAR2(10) |
| USER_FLD3 – | | VARCHAR2(10) |
| USER_FLD4 – | | VARCHAR2(10) |
| USER_FLD5 – | | VARCHAR2(10) |
| LAST_NAME - MILLER length = 18 | NOT NULL | VARCHAR2(18) |
| FIRST_NAME - CAROLYN A " = 18 | NOT NULL | VARCHAR2(18) |
| MIDDLE_INIT – | | VARCHAR2(1) |
| NICKNAME – | | VARCHAR2(20) |
| SOC_SEC_NO – | | VARCHAR2(9) |
| SEX - F | NOT NULL | VARCHAR2(1) |
| ETHNIC - C | NOT NULL | VARCHAR2(2) |
| RELATION_RESIDES - P | NOT NULL | VARCHAR2(10) |
| RELATION_LEGAL - P | NOT NULL | VARCHAR2(10) |
| BIRTH_DATE - 12/29/81 12:00:00 AM | NOT NULL | DATE(7) |

87,901 records

One record per student per year in school. Carolyn has 4 records

| Column Name | Null | Type |
|---|---|---|
| able Name:ADDVIEW Cont. | | Table Synonym Name:ADDVW |
| CURRENT_SCHOOL -52 | | VARCHAR2(4) |
| PREVIOUS_SCHOOL - | | VARCHAR2(4) |
| NEXT_SCHOOL - | | VARCHAR2(4) |
| FAMILY_CODE - 27010 | NOT NULL | VARCHAR2(10) |
| RELATION - P | NOT NULL | VARCHAR2(10) |
| RELATION_LAST_NAME - MILLER | NOT NULL | VARCHAR2(18) |
| RELATION_FIRST_NAME - JOHN/BARB | NOT NULL | VARCHAR2(18) |
| RELATION_MIDDLE_INIT - | | VARCHAR2(1) |
| PREFIX - | | VARCHAR2(4) |
| SUFFIX - | | VARCHAR2(4) |
| HOUSE_NO - 1601 | | NUMBER(5,0) |
| LETTER - | | VARCHAR2(1) |
| DIRECTION - | | VARCHAR2(2) |
| STREET - WIGGINS AVE | | VARCHAR2(30) |
| STREET2 - | | VARCHAR2(30) |
| ZIPCODE - 62704 | | VARCHAR2(6) |
| CITY_NAME - SPRINGFIELD | NOT NULL | VARCHAR2(30) |
| STATE_CODE - IL | NOT NULL | VARCHAR2(2) |
| PLUS4 - | | VARCHAR2(4) |
| APT - | | VARCHAR2(5) |
| AREA_CODE - 217 | | VARCHAR2(3) |
| PHONE - 546-4896 | | VARCHAR2(8) |
| UNLISTED - | | VARCHAR2(1) |
| DISTRICT - 186 | | VARCHAR2(4) |
| EMERG_PHONE_AREA - | | NUMBER(3,0) |
| EMERG_PHONE - | | VARCHAR2(8) |
| EP_UNLISTED - | | VARCHAR2(1) |
| EP_LOCATION - | | VARCHAR2(30) |
| GRID_CODE - | | VARCHAR2(8) |
| MUNICIPALITY - | | VARCHAR2(2) |
| CAN_PICK_UP_STU - | | VARCHAR2(1) |
| GETS_SCHED - Y | | VARCHAR2(1) |
| GETS_GRADES - Y | | VARCHAR2(1) |
| GETS_ATT - Y | | VARCHAR2(1) |
| GETS_DISCI - Y | | VARCHAR2(1) |
| GETS_MAIL - Y | | VARCHAR2(1) |

| Column Name | Null | Type |
|---|---|---|
| Table Name:AHSROLLV - (Not a STARS table) | | Table Synonym Name: AHSROLLS ✓ |
| STUDENT_ID - 36096 | NOT NULL | VARCHAR2(10) |
| SPMN - 42982 | NOT NULL | VARCHAR2(5) |
| PROG_NAME - ahsroblv | NOT NULL | VARCHAR2(8) |
| FLAG1 - | | VARCHAR2(1) |
| FLAG2 - U | | VARCHAR2(1) |
| FLAG3 - I | | VARCHAR2(1) |
| FLAG4 - | | VARCHAR2(1) |
| FLAG5 - U | | VARCHAR2(1) |
| FLAG6 - | | VARCHAR2(1) |
| FLAG7 - | | VARCHAR2(1) |

2,728 Records

No records for Carolyn

| Column Name | Null | Type |
|---|---|---|
| **Table Name: AHS_ABS** (Not a STARS table) | | **Table Synonym Name: AHSABS** ✓ |
| START_YY - 97 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 51 | NOT NULL | VARCHAR2(4) |
| STUDENT_ID - 1001056 | NOT NULL | VARCHAR2(10) |
| SEMESTER - 01 | NOT NULL | VARCHAR2(2) |
| GRDLVL - 10 | | VARCHAR2(2) |
| CUM_ERCRD - | | NUMBER(6,3) |
| ABS_EXC - 2.5 | | NUMBER(4,1) |
| ABS_UNX - 0 | | NUMBER(4,1) |
| ABS_UNL - 0 | | NUMBER(4,1) |
| TDY_DAYS - 0 | | NUMBER(3,0) |
| POSS_DAYS - 44 | | NUMBER(4,1) |

1,619 Records

No Records for Crea[...]

| Column Name | Null | Type |
|---|---|---|
| **Table Name: AHS_ADD** (Not a STARS. table) | | **Table Synonym Name: AHSADD** ✓ |
| STUDENT_ID - 10426 | NOT NULL | VARCHAR2(10) |
| RELATION - P | NOT NULL | VARCHAR2(10) |
| LAST_NAME - MILLER | | VARCHAR2(18) |
| FIRST_NAME - TOM-DENISE | | VARCHAR2(18) |
| MIDDLE_INIT - | | VARCHAR2(1) |
| PREFIX - | | VARCHAR2(6) |
| SUFFIX - | | VARCHAR2(4) |
| HOUSE_NO - 2509 | | NUMBER(5,0) |
| LETTER - | | VARCHAR2(4) |
| DIRECTION - | | VARCHAR2(2) |
| STREET - STONEBRIDGE | | VARCHAR2(30) |
| STREET2 - | | VARCHAR2(30) |
| ZIPCODE - 62702 | | VARCHAR2(6) |
| PLUS4 - | | VARCHAR2(4) |
| APT - | | VARCHAR2(5) |
| AREA_CODE - 217 | | VARCHAR2(3) |
| PHONE - 5285456 | | NUMBER(7,0) |
| UNLISTED - N | | VARCHAR2(1) |
| OCCUPATION - | | VARCHAR2(30) |
| GETS_MAIL - Y | NOT NULL | VARCHAR2(1) |

2,305 Records

No Re[...] for Ca[...]

| Column Name | Null | Type |
|---|---|---|
| **Table Name: AHS_AUX** (Not a STARS table) | | **Table Synonym Name: AHSAUX** ✓ |
| STUDENT_ID - | NOT NULL | VARCHAR2(10) |
| BIRTH_PLACE | | VARCHAR2(25) |
| BIRTH_STATE | | VARCHAR2(2) |
| BIRTH_COUNTRY | | VARCHAR2(3) |
| BIRTH_CERTNO | | VARCHAR2(15) |
| CITIZENSHIP_CODE | | VARCHAR2(3) |
| MARITAL_STATUS | | VARCHAR2(1) |
| GRADUATED_FLAG | | VARCHAR2(1) |
| WORK_FLAG | | VARCHAR2(1) |
| WORK_NAME | | VARCHAR2(30) |
| WORK_POSITION | | VARCHAR2(30) |

4,650 Records

Student ID only - NO OTHER DAT[...]

No Record for Caroly[...]

| Column Name | Null | Type |
|---|---|---|
| **Table Name: AHS_CEGD** (Not a STARS: table) [7 Records] | | Table Synonym Name: AHSCEGD ✓ [No Card] |
| START_YY - 97 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 51 | NOT NULL | VARCHAR2(4) |
| CITEFFGD - 1 | NOT NULL | VARCHAR2(3) |
| CITEFFGD_DESC - WEIGHT | NOT NULL | VARCHAR2(30) |
| **Table Name: AHS_COL** (Not a STARS: table) [0 Records] | | Table Synonym Name: AHSCOL |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| COLLEGE_CODE | NOT NULL | VARCHAR2(5) |
| STATUS | NOT NULL | VARCHAR2(1) |
| COL_DATE | | DATE(7) |
| **Table Name: AHS_COMM** (Not a STARS table) [6 Records] | | Table Synonym Name: AHSCOMM ✓ |
| START_YY - 97 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 51 | NOT NULL | VARCHAR2(4) |
| COMMENTS - 1 (thru 6) | NOT NULL | VARCHAR2(3) |
| COMM_DESC - INADEQUATE PREPARATION & other reasons for failure | NOT NULL | VARCHAR2(30) |
| **Table Name: AHS_CRS** (Not a STARS table) [706 Records] | | Table Synonym Name: AHSCRS ✓ |
| START_YY - 97 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 51 | NOT NULL | VARCHAR2(4) |
| CLASS_CD - 10 | NOT NULL | VARCHAR2(6) |
| SECTION - 001 | NOT NULL | VARCHAR2(3) |
| NAME - ENG LIT/COM 234 | | VARCHAR2(20) |
| SHORT_NAME - ENG L/C234 | | VARCHAR2(10) |
| SEMESTER - FY | | VARCHAR2(2) |
| CREDITS - 5 | | NUMBER(5,3) |
| GRADED_CD - Y | | VARCHAR2(1) |
| HONOR_CD - Y | | VARCHAR2(1) |
| RANK_CD - Y | | VARCHAR2(1) |
| TCH_F_NAME - VICTORIA | | VARCHAR2(18) |
| TCH_L_NAME - BROTT | | VARCHAR2(18) |
| TCH_M_INIT - | | VARCHAR2(1) |
| DEPT - ENG | | VARCHAR2(3) |
| REQ_GRAD - N | | VARCHAR2(1) |
| WEIGHT - 4 | | NUMBER(5,3) |
| GPA_DIVISOR - 1 | | NUMBER(4,2) |
| ABILITY_LEVEL - | | VARCHAR2(2) |
| **Table Name: AHS_DIPLOMA** (Not a STARS table) | | Table Synonym Name: AHSDIPLOMA |
| DIPLOMA_TYPE | | VARCHAR2(3) |
| DIPLOMA_DESC | | VARCHAR2(50) |
| **Table Name: AHS_GRDT** (Not a STARS table) | | Table Synonym Name: AHSGRDT |
| START_YY | NOT NULL | VARCHAR2(2) |

                | Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_GRDT (Cont'd) | | Table Synonym Name: |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SEMESTER | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SECTION | NOT NULL | VARCHAR2(3) |
| GRADE | | VARCHAR2(3) |
| FIXED_CREDITS | | NUMBER(5,3) |
| FIXED_CREDIT_DESC | | VARCHAR2(255) |
| EARN_CREDITS | | NUMBER(5,3) |
| RANK_FLAG | | VARCHAR2(1) |
| EFF_GRADE | | VARCHAR2(3) |
| COMMENT_1 | | VARCHAR2(3) |
| COMMENT_2 | | VARCHAR2(3) |
| COMMENT_3 | | VARCHAR2(3) |
| CLASS_ABS_EXC | | NUMBER(3,0) |
| CLASS_ABS_UNX | | NUMBER(3,0) |
| CLASS_TDY | | NUMBER(3,0) |
| CIT_GRADE | | VARCHAR2(3) |
| BOOK_LEVEL | | VARCHAR2(3) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_HEAD (Not a STARS table) | | Table Synonym Name: AHEAD |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| NAME | | VARCHAR2(40) |
| ADDRESS1 | | VARCHAR2(30) |
| ADDRESS2 | | VARCHAR2(30) |
| ZIP | | VARCHAR2(6) |
| AREA_CODE | | NUMBER(3,0) |
| TELEPHONE | | NUMBER(7,0) |
| GUIDANCE_TELE | | NUMBER(7,0) |
| PRINCIPAL | | VARCHAR2(30) |
| STATE_SCHL_CODE | | VARCHAR2(14) |
| STATE_DIST_CODE | | VARCHAR2(4) |
| STATE_CNTY_CODE | | VARCHAR2(4) |
| NATIONAL_TEST_CODE | | VARCHAR2(6) |
| TYPE_GRADE | | VARCHAR2(1) |
| SCHOOL_TYPE | | VARCHAR2(4) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_HONR (Not a STARS table) | | Table Synonym Name: AHSHONR |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| ACTIVITY_CD | | VARCHAR2(6) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_MPT (Not a STARS table) | | Table Synonym Name: AHSMPT |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |

                                 | Column Name | Null | Type |
|---|---|---|
| able Name: AHS_MP (cont.) | | Table Synonym Name: |
| MP | NOT NULL | VARCHAR2(2) |
| SEQ_NUM | NOT NULL | VARCHAR2(2) |
| MP_DESC | | VARCHAR2(30) |
| BEG_DATE | | DATE(7) |
| END_DATE | | DATE(7) |
| CRED_FLD | | VARCHAR2(1) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_SCP (Not a STARS table) | | Table Synonym Name: AHSSCP |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SCHOLARSHIP | NOT NULL | VARCHAR2(30) |
| AMOUNT | | VARCHAR2(15) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_SGPA (Not a STARS table) | | Table Synonym Name: AHSSGPA |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SEMESTER | NOT NULL | VARCHAR2(2) |
| GPA_NUM | NOT NULL | VARCHAR2(1) |
| SEM_QPTS | | NUMBER(9,4) |
| SEM_ATTCR | | NUMBER(6,3) |
| SEM_GPA | | NUMBER(8,4) |
| SEM_GPA_DATE | | DATE(7) |
| SEM_RANK | | NUMBER(4,0) |
| SEM_CLASSIZE | | NUMBER(4,0) |
| RANK_FLAG | | VARCHAR2(1) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_STSCH (Not a STARS table) | | Table Synonym Name: AHSSTSCH |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SCHOOL | | VARCHAR2(4) |
| SCHOOL_NAME | | VARCHAR2(20) |
| ENTRY_DATE | | DATE(7) |
| LEFT_DATE | | DATE(7) |
| SCHOOL_TOWN | | VARCHAR2(15) |
| SCHOOL_STATE | | VARCHAR2(2) |
| SCHOOL_ZIP | | VARCHAR2(6) |
| DESCRIPTION | | VARCHAR2(60) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHS_STU (Not a STARS table) | | Table Synonym Name: AHSSTU |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| LAST_NAME | NOT NULL | VARCHAR2(18) |
| FIRST_NAME | NOT NULL | VARCHAR2(18) |
| RELATION_RESIDES | NOT NULL | VARCHAR2(10) |
| MIDDLE_INIT | | VARCHAR2(1) |
| NICKNAME | | VARCHAR2(20) |
| SOC_SEC_NO | | VARCHAR2(9) |

Table Name: AHS_STU Cont

Table Synonym Name:

| Column Name | Null | Type |
|---|---|---|
| SEX | NOT NULL | VARCHAR2(1) |
| ETHNIC | NOT NULL | VARCHAR2(2) |
| GRADE | NOT NULL | VARCHAR2(2) |
| BIRTH_DATE | NOT NULL | DATE(7) |
| CURRENT_SCHOOL | | VARCHAR2(4) |
| MARRIED_NAME | | VARCHAR2(18) |
| TRANSFER_FLAG | | VARCHAR2(1) |
| ENTRY_DATE | | DATE(7) |
| GRAD_DATE | | DATE(7) |
| USER1 | | VARCHAR2(10) |
| USER2 | | VARCHAR2(10) |
| USER3 | | VARCHAR2(10) |
| USER4 | | VARCHAR2(10) |
| USER5 | | VARCHAR2(10) |
| RANK_FLAG | | VARCHAR2(1) |
| COUNSELOR_NAME | | VARCHAR2(20) |
| SPECIAL_ED | | VARCHAR2(3) |
| ESL_CODE | | VARCHAR2(1) |

Table Name: AHS_VGT (Not a STARS table)

Table Synonym Name: AHSVGT

| Column Name | Null | Type |
|---|---|---|
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| ALPHA_GRADE | NOT NULL | VARCHAR2(3) |
| LOW_NUM | | NUMBER(3,0) |
| HIGH_NUM | | NUMBER(3,0) |
| QPTS | | NUMBER(6,3) |
| CRED_CD | | VARCHAR2(1) |
| RANK_CD | | VARCHAR2(1) |
| WEIGHT_CD | | VARCHAR2(1) |

Table Name: AHS_WORK

Ø Records

Table Synonym Name: AHSW

| Column Name | Null | Type |
|---|---|---|
| SPMN | | VARCHAR2(5) |
| FORM_NAME | | VARCHAR2(8) |
| STUDENT_ID | | VARCHAR2(10) |
| START_YY | | VARCHAR2(2) |
| REC_NUMBER | | NUMBER(4,0) |
| CLASS_CD | | VARCHAR2(6) |
| SECTION | | VARCHAR2(3) |
| MP01 | | VARCHAR2(2) |
| MP02 | | VARCHAR2(2) |
| MP03 | | VARCHAR2(2) |
| MP04 | | VARCHAR2(2) |
| MP05 | | VARCHAR2(2) |

Table Name: AHS_WORK

Table Synonym Name:

| Column Name | Null | Type |
|---|---|---|
| SPMN | | VARCHAR2(5) |

Duplicate ? ?

| Column Name | Null | Type |
|---|---|---|
| able Name: AHS_WORK (Cont.) | | Table Synonym Name: |
| FORM_NAME | | VARCHAR2(8) |
| STUDENT_ID | | VARCHAR2(10) |
| START_YY | | VARCHAR2(2) |
| REC_NUMBER | | NUMBER(4,0) |
| CLASS_CD | | VARCHAR2(6) |
| SECTION | | VARCHAR2(3) |
| MP01 | | VARCHAR2(2) |
| MP02 | | VARCHAR2(2) |
| MP03 | | VARCHAR2(2) |
| MP04 | | VARCHAR2(2) |
| MP05 | | VARCHAR2(2) |
| Table Name: AHS_WORK2 (Not a STARS table) | | Table Synonym Name: AHSW2 |
| SPMN | NOT NULL | VARCHAR2(5) |
| FORM_NAME | NOT NULL | VARCHAR2(8) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| ACTIVITY_CODE | NOT NULL | VARCHAR2(6) |
| ACTIVITY_DESC | | VARCHAR2(30) |
| ACTIVITY_SEQ | | VARCHAR2(3) |
| ACT_YR1 | | VARCHAR2(4) |
| ACT_YR2 | | VARCHAR2(4) |
| ACT_YR3 | | VARCHAR2(4) |
| ACT_YR4 | | VARCHAR2(4) |
| ACT_YR5 | | VARCHAR2(4) |
| ACT_YR6 | | VARCHAR2(4) |
| ACT_YR7 | | VARCHAR2(4) |
| ACT_YR8 | | VARCHAR2(4) |
| ACT_YR9 | | VARCHAR2(4) |
| ACT_YR10 | | VARCHAR2(4) |
| Table Name: AHS_YGPA (Not a STARS table) | | Table Synonym Name: AHSYGPA |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| GPA_NUM | NOT NULL | VARCHAR2(1) |
| YTD_QPTS | | NUMBER(9,4) |
| YTD_ATTCR | | NUMBER(6,3) |
| YTD_GPA | | NUMBER(8,4) |
| YTD_GPA_DATE | | DATE(7) |
| YTD_GPA_ANSW | | VARCHAR2(40) |
| YTD_RANK | | NUMBER(4,0) |
| YTD_CLASSIZE | | NUMBER(4,0) |
| YTD_CREDIT_EARNED | | NUMBER(6,3) |
| YTD_GPA_PTS | | NUMBER(6,3) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: AHT_DICT (Not a STARS table) | | Table Synonym Name: AHTDICT |
| TD_CODE | NOT NULL | VARCHAR2(4) |
| TD_FORM | NOT NULL | VARCHAR2(2) |
| TD_LEVEL | NOT NULL | VARCHAR2(2) |
| SUB_TEST | NOT NULL | VARCHAR2(2) |
| SUB_TEST_NAME | NOT NULL | VARCHAR2(40) |
| TD_SEQ | NOT NULL | NUMBER(3,0) |
| TD_ITEMS | NOT NULL | NUMBER(3,0) |
| Table Name: AHT_NAME (Not a STARS table) | | Table Synonym Name: AHTNAME |
| TD_CODE | NOT NULL | VARCHAR2(4) |
| TD_NAME | NOT NULL | VARCHAR2(40) |
| Table Name: AHT_SCRD (Not a Stars table) | | Table Synonym Name: AHTSCRD |
| TYPE_SCORE | NOT NULL | VARCHAR2(2) |
| SCORE_DESC | | VARCHAR2(20) |
| SCORE_ABBREV | | VARCHAR2(3) |
| Table Name: AHT_STHX (Not a STARS table) | | Table Synonym Name: AHTSTHX |
| TD_POINTER | NOT NULL | NUMBER(10,0) |
| SUB_TEST | NOT NULL | VARCHAR2(2) |
| TYPE_SCORE | | VARCHAR2(2) |
| TEST_SCORE | | NUMBER(6,2) |
| Table Name: AHT_THX (Not a STARS table) | | Table Synonym Name: AHTTHX |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| TEST_CODE | NOT NULL | VARCHAR2(4) |
| TEST_FORM | NOT NULL | VARCHAR2(2) |
| TEST_LEVEL | NOT NULL | VARCHAR2(2) |
| TEST_DATE | NOT NULL | DATE(7) |
| GRADE_LEVEL | NOT NULL | VARCHAR2(2) |
| TEST_SCHOOL | NOT NULL | VARCHAR2(4) |
| TD_POINTER | NOT NULL | NUMBER(10,0) |
| Table Name: AHT_TSCR (Not a STARS table) | | Table Synonym Name: AHTTSCR |
| TD_CODE | NOT NULL | VARCHAR2(4) |
| TYPE_SCORE | NOT NULL | VARCHAR2(2) |
| Table Name: AHT_WORK (Not a STARS table) | | Table Synonym Name: AHTWORK |
| FORM_NAME | NOT NULL | VARCHAR2(8) |
| TEST_CODE | NOT NULL | VARCHAR2(4) |
| TEST_FORM | NOT NULL | VARCHAR2(2) |
| TEST_LEVEL | NOT NULL | VARCHAR2(2) |
| SUB_TEST | NOT NULL | VARCHAR2(2) |

| Column Name | Null | Type |
|---|---|---|
| Table Name:AHT_WORK Cont. | | Table Synonym Name: |
| SCORE_TYPE | NOT NULL | VARCHAR2(2) |
| SPMN | NOT NULL | VARCHAR2(5) |
| TEST_DATE | NOT NULL | VARCHAR2(9) |
| SECTION_NUMBER | | VARCHAR2(2) |

| Column Name | Null | Type |
|---|---|---|
| Table Name:ATCODE - V02-04-01 Attendance Code Table | | Table Synonym Name:ATC |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| ATCODE - 1 | NOT NULL | VARCHAR2(1) |
| ATCODE_DESC - HALF DAY ABSENT | NOT NULL | VARCHAR2(30) |
| DAYS_ABS - .5 | NOT NULL | NUMBER(2,1) |
| DAYS_TDY - 0 | NOT NULL | NUMBER(1,0) |
| DAYS_POS - 0 | NOT NULL | NUMBER(1,0) |
| LEGALITY - E | | VARCHAR2(1) |

266 Records

Daily Abs Codes

| Column Name | Null | Type |
|---|---|---|
| Table Name:ATTDWLSO (Restricted) | | Table Synonym Name: |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| ABDATE | NOT NULL | VARCHAR2(6) |
| ABTYPE | NOT NULL | VARCHAR2(1) |
| ABDAYS | NOT NULL | VARCHAR2(2) |

Ø Records

| Column Name | Null | Type |
|---|---|---|
| Table Name:ATT_WORK - W99-04-01 Daily Att. Work Table | | Table Synonym Name:ATTW |
| SPMN - 36135 | NOT NULL | VARCHAR2(5) |
| FORM_NAME - stuatdet | NOT NULL | VARCHAR2(20) |
| SCHOOL - 24 | NOT NULL | VARCHAR2(4) |
| SCHOOL_YEAR | | VARCHAR2(4) |
| SCHOOL_MM | | VARCHAR2(2) |
| SCHOOL_DD | | VARCHAR2(2) |
| PCC | | VARCHAR2(3) |
| LEFT_PCC | | VARCHAR2(3) |
| ATCODE - * (or 1 or 2 or 3) | | VARCHAR2(1) |
| DAYS_ABS - 0 | | NUMBER(4,1) |
| DAYS_TDY - 0 | | NUMBER(3,0) |
| DAYS_POS - 22 | | NUMBER(4,1) |
| ADA | | NUMBER(4,1) |
| ADE | | NUMBER(4,1) |
| LEGALITY | | VARCHAR2(1) |
| INVALID_ATCODE | | VARCHAR2(1) |
| NO_PCC_RECORDS | | VARCHAR2(1) |
| STUDENT_ID - 1004590 | | VARCHAR2(10) |
| GRADE | | VARCHAR2(2) |
| HOMEROOM | | VARCHAR2(5) |
| SEX | | VARCHAR2(1) |
| ETHNIC | | VARCHAR2(2) |
| BIRTHDATE | | DATE(7) |
| VOTECH | | VARCHAR2(2) |
| TUITION | | VARCHAR2(1) |

3,554 Records

Carolyn

| Column Name | Null | Type |
|---|---|---|
| able Name: ATT_WORK Cont. | | Table Synonym Name: ATTW |
| DISTRICT | | VARCHAR2(4) |
| SPECIAL_ED | | VARCHAR2(3) |
| HOME_INSTR | | VARCHAR2(1) |
| ATT_DAYS - [2 consecutive] | | VARCHAR2(90) |
| PREVIOUS_SCHOOL | | VARCHAR2(4) |
| PCC_DESC | | VARCHAR2(40) |
| AGE | | NUMBER(2,0) |
| ENTRY_STATUS | | VARCHAR2(3) |
| ENTRY_DATE | | DATE(7) |
| LEFT_DATE | | DATE(7) |
| ENTER_TCH | | VARCHAR2(18) |
| SPED_PROG | | VARCHAR2(2) |
| SPED_DATE | | DATE(7) |
| SPED_MIN | | NUMBER(5,0) |
| SPED_PERC - 22 | | NUMBER(5,1) |
| REP_COL | | VARCHAR2(2) |
| REP_CODE | | VARCHAR2(3) |
| PROGCODE | | VARCHAR2(2) |
| SORT_1_FIELD | | VARCHAR2(5) |
| SORT_2_FIELD | | VARCHAR2(5) |
| SORT_3_FIELD | | VARCHAR2(5) |
| SORT_4_FIELD | | VARCHAR2(5) |
| EXC_ABS_FULL - 0 | | NUMBER(4,1) |
| EXC_ABS_HALF - 0 | | NUMBER(4,1) |
| UNEX_ABS_FULL | | NUMBER(4,1) |
| UNEX_ABS_HALF | | NUMBER(4,1) |
| UNL_ABS_FULL | | NUMBER(4,1) |
| UNL_ABS_HALF | | NUMBER(4,1) |
| YTD_POS - 55 | | NUMBER(6,1) |
| YTD_ABS - 0 | | NUMBER(6,1) |
| YTD_EXC_FULL | | NUMBER(4,1) |
| YTD_EXC_HALF | | NUMBER(4,1) |
| YTD_UNEX_FULL | | NUMBER(4,1) |
| YTD_UNEX_HALF | | NUMBER(4,1) |
| YTD_UNL_FULL | | NUMBER(4,1) |
| YTD_UNL_HALF | | NUMBER(4,1) |
| PCC1 | | VARCHAR2(3) |
| DATE1 - 11/02/98 12:00:00 Am | | DATE(7) |
| PCC2 | | VARCHAR2(3) |
| DATE2 | | DATE(7) |
| PCC3 | | VARCHAR2(3) |
| DATE3 | | DATE(7) |
| PCC4 | | VARCHAR2(3) |
| DATE4 | | DATE(7) |
| PCC5 | | VARCHAR2(3) |
| DATE5 | | DATE(7) |
| PCC6 | | VARCHAR2(3) |
| DATE6 | | DATE(7) |
| YTD_TRDY - 0 | | NUMBER(6,0) |

STAR_BASE
Data Dictionary

| Column Name | Null | Type |
|---|---|---|
| able Name:AUX_DATA | | Table Synonym Name:SAUX |
| STUDENT_ID - 27010 | NOT NULL | VARCHAR2(10) |
| BIRTH_PLACE - | | VARCHAR2(25) |
| BIRTH_STATE - | | VARCHAR2(2) |
| BIRTH_COUNTRY - | | VARCHAR2(3) |
| BIRTH_CERTNO - | | VARCHAR2(15) |
| CITIZENSHIP_CODE - | | VARCHAR2(3) |
| MARITAL_STATUS - | | VARCHAR2(1) |
| STU_RETENTION_FLAG - N | | VARCHAR2(1) |
| FOOD_SERVICE_CODE - | | VARCHAR2(1) |
| EARLY_DISMISS_TIME - | | VARCHAR2(5) |
| ESL_CODE - | | VARCHAR2(1) |
| HOME_LANGUAGE - | | VARCHAR2(5) |
| PRIMARY_LANGUAGE - | | VARCHAR2(5) |
| BL_CODE - | | VARCHAR2(1) |
| FOOD_SERVICE_FLAG - | | VARCHAR2(1) |

21,519 Records

| Column Name | Null | Type |
|---|---|---|
| Table Name:BELLCODE | | Table Synonym Name:BELLCODES |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| BELL_CODE | NOT NULL | VARCHAR2(1) |
| BELL_DESC | NOT NULL | VARCHAR2(30) |

Ø Records

| Column Name | Null | Type |
|---|---|---|
| Table Name:BUILDING - V01-20-07 Building Table | | Table Synonym Name:BLD |
| BUILDING | NOT NULL | VARCHAR2(4) |
| NAME | | VARCHAR2(40) |

Records

| Column Name | Null | Type |
|---|---|---|
| Table Name:CAL_ADET | | Table Synonym Name:CATT |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| TRACK | NOT NULL | VARCHAR2(4) |
| SCH_YR_MO | NOT NULL | VARCHAR2(6) |
| CYCLE_DAYS | | VARCHAR2(31) |
| BELL_DAYS | | VARCHAR2(31) |
| MTD_POSS | | NUMBER(4,1) |

Ø Records

| Column Name | Null | Type |
|---|---|---|
| Table Name:CATEGORY | | Table Synonym Name:CATEG |
| SCHOOL - ALL | NOT NULL | VARCHAR2(4) |
| CATEG_CODE - 1 | NOT NULL | VARCHAR2(4) |
| CATEG_DESC - SPELLING | NOT NULL | VARCHAR2(40) |

1 Record

| Column Name | Null | Type |
|---|---|---|
| Table Name:CCL_PARM - W99-02-11 Generic Work Table | | Table Synonym Name:CCLPARM |
| PROG_CODE | NOT NULL | VARCHAR2(20) |
| PARMFILE_NAME | NOT NULL | VARCHAR2(12) |

Ø Records

| Column Name | Null | Type |
|---|---|---|

Table Name: CCL_SECU (RESTRICTED) — Table Synonym Name:

Ø Records

| Column Name | Null | Type |
|---|---|---|
| SEC_FLD1 | NOT NULL | VARCHAR2(75) |
| SEC_FLD2 | NOT NULL | VARCHAR2(75) |
| SEC_FLD3 | NOT NULL | VARCHAR2(75) |
| SEC_FLD4 | NOT NULL | VARCHAR2(75) |
| SEC_FLD5 | NOT NULL | VARCHAR2(75) |

Table Name: CEA2ATTD — W99-04-02 Daily Att. Work Table — Table Synonym Name: CEA2ATTDS

Ø Records

| Column Name | Null | Type |
|---|---|---|
| SPMN | NOT NULL | VARCHAR2(5) |
| COUNTY | NOT NULL | VARCHAR2(2) |
| DISTRICT | NOT NULL | VARCHAR2(4) |
| SCHOOL | NOT NULL | VARCHAR2(3) |
| SOC_SEC_NO | | VARCHAR2(9) |
| LAST_NAME | NOT NULL | VARCHAR2(13) |
| FIRST_NAME | NOT NULL | VARCHAR2(8) |
| MIDDLE_INITIAL | | VARCHAR2(1) |
| SEX_RACE | NOT NULL | VARCHAR2(2) |
| GRADE | NOT NULL | VARCHAR2(2) |
| REGISTER_MONTH | NOT NULL | VARCHAR2(2) |
| REGISTER_DAY | NOT NULL | VARCHAR2(2) |
| REGISTER_YEAR | NOT NULL | VARCHAR2(2) |
| DROPOUT | NOT NULL | VARCHAR2(2) |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| ORG_GRADE | NOT NULL | VARCHAR2(2) |
| ORG_PROGCODE | | VARCHAR2(2) |
| ORG_SEX | NOT NULL | VARCHAR2(1) |
| ORG_ETHNIC | NOT NULL | VARCHAR2(2) |
| ORG_PCC | NOT NULL | VARCHAR2(3) |
| ORG_PCCDATE | NOT NULL | DATE(7) |
| ORG_SCHOOL | NOT NULL | VARCHAR2(4) |

Table Name: CENADDR — S01-15-02 Census Address Record — Table Synonym Name: CENADDRS

Ø Records

| Column Name | Null | Type |
|---|---|---|
| FAMILY_CODE | NOT NULL | VARCHAR2(10) |
| GRID_CODE | NOT NULL | VARCHAR2(8) |
| HOUSE_NO | | NUMBER(5,0) |
| LETTER | | VARCHAR2(1) |
| PLUS4 | | VARCHAR2(4) |
| APT | | VARCHAR2(5) |
| AREA_CODE | | VARCHAR2(3) |
| PHONE | | NUMBER(7,0) |
| UNLISTED | | VARCHAR2(1) |
| DWELLING_TYPE | | VARCHAR2(3) |
| HOUSE_CODE1 | | VARCHAR2(3) |
| HOUSE_CODE2 | | VARCHAR2(3) |
| HOUSE_CODE3 | | VARCHAR2(3) |
| STREET2 | | VARCHAR2(30) |
| SALUTATION | | VARCHAR2(15) |

Data Dictionary

| Column Name | Null | Type |
|---|---|---|

Table Name: CENSBASE - S01-15-01 - Census Main Record — Table Synonym Name: CENSBASES

Ø Records

| Column Name | Null | Type |
|---|---|---|
| FAMILY_CODE | NOT NULL | VARCHAR2(10) |
| ADULT_CHILD_FLAG | NOT NULL | VARCHAR2(1) |
| HEAD_OF_HOUSE_HOLD | NOT NULL | VARCHAR2(1) |
| LAST_NAME | NOT NULL | VARCHAR2(18) |
| FIRST_NAME | NOT NULL | VARCHAR2(18) |
| MIDDLE_INIT | | VARCHAR2(1) |
| BIRTH_DATE | NOT NULL | DATE(7) |
| SEX | NOT NULL | VARCHAR2(1) |
| ETHNIC | NOT NULL | VARCHAR2(2) |
| RELATION_CODE | NOT NULL | VARCHAR2(3) |
| EMPLOYER_NAME | | VARCHAR2(30) |
| JOB_TITLE | | VARCHAR2(40) |
| JOB_CODE | | VARCHAR2(3) |
| SPECIAL_CODE1 | | VARCHAR2(3) |
| SPECIAL_CODE2 | | VARCHAR2(3) |
| SPECIAL_CODE3 | | VARCHAR2(3) |
| CHILD_CODE | | VARCHAR2(3) |
| GRADE | | VARCHAR2(2) |
| SOC_SEC_NO | | VARCHAR2(9) |
| CURRENT_SCHOOL | | VARCHAR2(4) |
| NEXT_SCHOOL | | VARCHAR2(4) |
| STUDENT_ID | | VARCHAR2(10) |

Table Name: CENSREL - V01-15-03 - Relation Code Table — Table Synonym Name: CREL

Ø Records

| Column Name | Null | Type |
|---|---|---|
| RELATION | NOT NULL | VARCHAR2(3) |
| REL_DESC | NOT NULL | VARCHAR2(40) |

Table Name: CHG_ADDR ✓ — Table Synonym Name: CHGADDR

149 Records

| Column Name | Null | Type |
|---|---|---|
| STUDENT_ID - 13676 | NOT NULL | VARCHAR2(10) |
| CHG_DATE - 01/25/99 09:41:52 Am | NOT NULL | DATE(7) |

Table Name: CHILD_CD - V01-15-06 - Child Code Table — Table Synonym Name: CHILD

Ø Records

| Column Name | Null | Type |
|---|---|---|
| CHILD_CD | NOT NULL | VARCHAR2(3) |
| CHILD_DESC | NOT NULL | VARCHAR2(40) |

Table Name: CITEFFGD ✓ - V02-11-04 - Citizenship/Effort Table — Table Synonym Name: CEG

35 Records

| Column Name | Null | Type |
|---|---|---|
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| CITEFFGD - 1 (1-7) | NOT NULL | VARCHAR2(3) |
| CITEFFGD_DESC - WEIGHT | NOT NULL | VARCHAR2(30) |

Table Name: CLASS_WK ✓ - W99-08-04 - Scheduling Work Table — Table Synonym Name: CLWK

752 Records

| Column Name | Null | Type |
|---|---|---|
| START_YY - 96 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| SPMN - 43844 | NOT NULL | VARCHAR2(5) |

| Column Name | Null | Type |
|---|---|---|
| Table Name: CLASS_WK Cont. | | Table Synonym Name: CLWK |
| FORM_NAME – clstxlst | | VARCHAR2(20) |
| CLASS_CD – 1273 | | VARCHAR2(6) |
| NAME – 2-PE MED WAIVO | | VARCHAR2(40) |
| REQUESTS – 0 | | NUMBER(5,0) |
| SCHEDULED – 7 | | NUMBER(5,0) |
| UNSCHEDULED – 0 | | NUMBER(5,0) |
| PER_SCHED – 100 | | NUMBER(5,2) |
| AVAI_SEATS – | | NUMBER(5,0) |
| DEPT – PE | | VARCHAR2(3) |
| Table Name: CLPDVIEW – | | Table Synonym Name: CLPDVW |
| SCHOOL – S2 | NOT NULL | VARCHAR2(4) |
| START_YY – 98 | NOT NULL | VARCHAR2(2) |
| STUDENT_ID – 27010 | NOT NULL | VARCHAR2(10) |
| PERIOD – 05 | NOT NULL | VARCHAR2(2) |
| CLASS_CD – 232 | NOT NULL | VARCHAR2(6) |
| SECTION – 005 | NOT NULL | VARCHAR2(3) |
| STC_DATE – 10/27/98 12:00:00 Am | NOT NULL | DATE(7) |
| CUT_CODE – A | NOT NULL | VARCHAR2(1) |
| CUT_CODE_DESC – Activity | NOT NULL | VARCHAR2(30) |
| LEGALITY – E | NOT NULL | VARCHAR2(1) |
| YTD_EXC – 1 | | NUMBER(3,0) |
| YTD_UNEXC – 0 | | NUMBER(3,0) |
| YTD_UNLAW – 0 | | NUMBER(3,0) |
| YTD_PARTIAL – 0 | | NUMBER(3,0) |
| SHORT_NAME – CALC 437 | NOT NULL | VARCHAR2(10) |
| SEMESTER – FY (or S1 or S2) | NOT NULL | VARCHAR2(2) |
| TCH_NAME – PENCE, NANCY | | VARCHAR2(18) |
| Table Name: CLSTR_RC – S01-08-01 - Student Scheduling Cluster Record | | Table Synonym Name: SCLSTR |
| STUDENT_ID – 2009 | NOT NULL | VARCHAR2(10) |
| CLUSTER_CODE – C1 | | VARCHAR2(2) |
| STU_ACAD_CODE – C8 | | VARCHAR2(10) |
| MUSIC_CODE – C5 | | VARCHAR2(10) |
| SPEC_ED_CLASS – C9 | | VARCHAR2(10) |
| B_S_I_P – C3 | | VARCHAR2(10) |
| LANG_SCORE – | | NUMBER(6,2) |
| MATH_SCORE – | | NUMBER(6,2) |
| READ_SCORE – | | NUMBER(6,2) |
| IQ_NON_VERBAL – | | NUMBER(6,2) |
| IQ_QUANTITATIVE – | | NUMBER(6,2) |
| IQ_VERBAL – | | NUMBER(6,2) |
| EMPLOY_ORIEN – C7 | | VARCHAR2(10) |
| SUPPLEMENTAL_CODE – C10 | | VARCHAR2(10) |
| E_S_L – C2 | | VARCHAR2(10) |
| WORK_HABITS – C6 | | VARCHAR2(10) |
| G_AND_T – C4 | | VARCHAR2(10) |

347,400 for #S2

108 for Carolyn

13 for Carolyn for 98

96 Records

No Carolyn

Data Dictionary

Table Name: CLSTR_VW — S01-08-02 - Student Eligibility Cluster View        Table Synonym Name: SVIEW

83,454 Records

4 Records per student

| Column Name | Null | Type |
|---|---|---|
| START_YY - 95 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| STUDENT_ID - 1515 | NOT NULL | VARCHAR2(10) |
| LAST_NAME - KOZAK | NOT NULL | VARCHAR2(18) |
| FIRST_NAME - STEFAN | NOT NULL | VARCHAR2(18) |
| MIDDLE_INIT - | | VARCHAR2(1) |
| NICKNAME - | | VARCHAR2(20) |
| SOC_SEC_NO - | | VARCHAR2(9) |
| SEX - M | NOT NULL | VARCHAR2(1) |
| ETHNIC - C | NOT NULL | VARCHAR2(2) |
| RELATION_RESIDES - P | NOT NULL | VARCHAR2(10) |
| RELATION_LEGAL - P | NOT NULL | VARCHAR2(10) |
| BIRTH_DATE - 08/06/79 12:00:00 AM | NOT NULL | DATE(7) |
| CURRENT_SCHOOL - 52 | | VARCHAR2(4) |
| PREVIOUS_SCHOOL - | | VARCHAR2(4) |
| NEXT_SCHOOL - | | VARCHAR2(4) |
| BUILDING - | | VARCHAR2(4) |
| GRADE - 11 | NOT NULL | VARCHAR2(2) |
| HOMEROOM - | | VARCHAR2(5) |
| ACTIVE - A | NOT NULL | VARCHAR2(1) |
| CURRICULUM - | | VARCHAR2(3) |
| YR_OF_GRAD - | | VARCHAR2(4) |
| SHIFT - 1 | NOT NULL | VARCHAR2(1) |
| COUNSELOR - | | VARCHAR2(20) |
| BUS_ROUTE_AM - | | VARCHAR2(4) |
| BUS_ROUTE_PM - | | VARCHAR2(4) |
| BUS_STOP_AM - | | VARCHAR2(4) |
| BUS_STOP_PM - | | VARCHAR2(4) |
| BUS_TIME_AM - | | VARCHAR2(4) |
| BUS_TIME_PM - | | VARCHAR2(4) |
| BUS_DISTANCE - | | NUMBER(4,2) |
| TRANSFER - | | VARCHAR2(1) |
| TRANS_AID - | | VARCHAR2(1) |
| TUITION - | | VARCHAR2(1) |
| SPECIAL_ED - | | VARCHAR2(3) |
| TRACK - NONE | | VARCHAR2(4) |
| RANK - Y | | VARCHAR2(1) |
| SPORTS_ELIG - Y | | VARCHAR2(1) |
| LOCKER_NUMBER - | | VARCHAR2(5) |
| CLUSTER_CODE - | | VARCHAR2(2) |
| STU_ACAD_CODE - C8 | | VARCHAR2(10) |
| MUSIC_CODE - C5 | | VARCHAR2(10) |
| SPEC_ED_CLASS - C9 | | VARCHAR2(10) |
| B_S_I_P - C3 | | VARCHAR2(10) |
| LANG_SCORE | | NUMBER(6,2) |
| MATH_SCORE | | NUMBER(6,2) |
| READ_SCORE | | NUMBER(6,2) |
| IQ_NON_VERBAL | | NUMBER(6,2) |
| IQ_QUANTITATIVE | | NUMBER(6,2) |

fields don't show in list. Not in DB

| Column Name | Null | Type |
|---|---|---|
| Table Name:CLSTR_VW Cont. | | Table Synonym Name:SVIEW |
| IQ_VERBAL | | NUMBER(6,2) |
| EMPLOY_ORIEN | | VARCHAR2(10) |
| SUPPLEMENTAL_CODE | | VARCHAR2(10) |
| E_S_L | | VARCHAR2(10) |
| WORK_HABITS | | VARCHAR2(10) |
| G_AND_T | | VARCHAR2(10) |
| Table Name:CLUST_CD | | Table Synonym Name:CLUST_CDS |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLUST_CD | NOT NULL | VARCHAR2(2) |
| CLUST_DESC | NOT NULL | VARCHAR2(30) |
| Table Name:COLLEGE (Not a SIRAS table) | | Table Synonym Name:COLLEGES |
| COLLEGE_CODE | NOT NULL | VARCHAR2(5) |
| COLLEGE_NAME | | VARCHAR2(50) |
| COLLEGE_TYPE | | VARCHAR2(1) |
| Table Name:COMMEND - V02-10-03-Commendations Table | | Table Synonym Name:COMMENDS |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| COMMEND_CODE - B1 | NOT NULL | VARCHAR2(2) |
| COMMEND_DESC - GOOD BACKGROUND IN SUBJECT | NOT NULL | VARCHAR2(30) |
| LANGUAGE_CODE **** | NOT NULL | VARCHAR2(5) |
| Table Name:COMMENTS - V02-11-03-Comment Codes Table | | Table Synonym Name:COMM |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| COMMENTS - 1 | NOT NULL | VARCHAR2(3) |
| COMM_DESC - INADEQUATE PREPARATION | NOT NULL | VARCHAR2(30) |
| LANGUAGE_CODE **** | NOT NULL | VARCHAR2(5) |
| Table Name:COMP | | Table Synonym Name:COMPS |
| SCHOOL - ALL | NOT NULL | VARCHAR2(4) |
| COMP_CODE - 1, 2, & 3 | NOT NULL | VARCHAR2(4) |
| COMP_DESC Low Competency / Normal Competency / Higher Competency | NOT NULL | VARCHAR2(40) |
| Table Name:CONV_STX | | Table Synonym Name:CSTX |
| STUDENT_ID | NOT NULL | VARCHAR2(10) |
| FRONT_SIDE | | VARCHAR2(172) |
| BACK_SIDE | | VARCHAR2(172) |
| Table Name:COUNSEL - V02-19-05-Counselor Table | | Table Synonym Name:CSL |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| COUNSELOR - BETTS | NOT NULL | VARCHAR2(20) |

Handwritten notes: CLSTR_VW: "fields don't show — Not in DB"; CLUST_CD: "0 Records"; COLLEGE: "0 Records"; COMMEND: "81 Records", "Positive Comments about students"; COMMENTS: "58 Records", "Negative Comments about Students"; COMP: "3 Records"; CONV_STX: "0 Records"; COUNSEL: "24 Records".

| Column Name | Null | Type |
|---|---|---|
| Table Name:COUNSEL Cont. | | Table Synonym Name:CSL |
| OPTIONAL_INFO – | | VARCHAR2(30) |
| CLUSTER_CODE – | | VARCHAR2(2) |
| Table Name:COURSE V03-08-01 - Course Table | | Table Synonym Name:COURSES |
| 7,054 Records | | |
| START_YY - 96 | NOT NULL | VARCHAR2(2) |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| CLASS_CD - 2 | NOT NULL | VARCHAR2(6) |
| NAME - ENG LIT/COMP 435 | NOT NULL | VARCHAR2(20) |
| CREDITS - .5 | | NUMBER(5,3) |
| FEES - | | NUMBER(5,2) |
| BOOKS - | | NUMBER(5,2) |
| WK_BOOKS - | | NUMBER(4,2) |
| PRIORITY_CD - 5 | | VARCHAR2(1) |
| REQ_GRAD - N | | VARCHAR2(1) |
| TALLY_PRI - 21 | | NUMBER(5,0) |
| TALLY_ALT - 0 | | NUMBER(5,0) |
| GLOBAL_ALT - | | VARCHAR2(6) |
| DEPT - ENG | | VARCHAR2(3) |
| STC_FLAG - Y or N - attendance flag | | VARCHAR2(1) |
| TRACK_CD - | | VARCHAR2(4) |
| Table Name:CRSLINK | | Table Synonym Name:CRSLINKS |
| 0 Records | | |
| START_YY | NOT NULL | VARCHAR2(2) |
| SCHOOL | NOT NULL | VARCHAR2(4) |
| CLASS_CD | NOT NULL | VARCHAR2(6) |
| SEQ_NUMBER | NOT NULL | NUMBER(10,0) |
| Table Name:CRSREQ | | Table Synonym Name:CRSREQS |
| 3 Records | | |
| SCHOOL - 51 | NOT NULL | VARCHAR2(4) |
| CLASS_CD - 2 | NOT NULL | VARCHAR2(6) |
| CURRICULUM - GEN VOC COL } 3 record values | | VARCHAR2(3) |
| Table Name:CURRIC | | Table Synonym Name:CURRICS |
| 3 Records | | |
| CURRICULUM - GEN — VOC = Vocational | NOT NULL | VARCHAR2(3) |
| CURRICULUM_DESC - GENERAL — COL = COLLEGE PREP | | VARCHAR2(30) |
| Table Name:CUT_REAS V02-05-02 Absence Code Table | | Table Synonym Name:CTR |
| 61 Records | | |
| SCHOOL - 52 | NOT NULL | VARCHAR2(4) |
| CUT_CODE - U | NOT NULL | VARCHAR2(1) |
| CUT_CODE_DESC - Unexcused Absence | NOT NULL | VARCHAR2(30) |
| LEGALITY - U | NOT NULL | VARCHAR2(1) |
| Table Name:DATTEMP | | Table Synonym Name:DATT |