EXHIBIT

19

```
                IN THE UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF ILLINOIS
                        SPRINGFIELD DIVISION


CENTURY CONSULTANTS, LTD.,        )
                                  )
    Plaintiff,                    )
                                  )
vs.                               )  No. 03-CV-3105
                                  )
THE MILLER GROUP, INC., JOHN G.   )
MILLER, and THE SPRINGFIELD       )
PUBLIC SCHOOL DISTRICT 186,       )
                                  )
    Defendants.                   )
```

The Deposition of:

**AGNES NUNN**
January 27, 2005

**JULIE L. BLOOME REPORTING**
104 Maple Street
Post Office Box 264
Raymond, Illinois 62560
217/229-3309

6

just been sworn by the court reporter. Do you
understand that you've taken an oath to tell the
truth?
    A. Yes, I do.
    Q. And you understand that if you knowingly
give any false testimony under oath that could be
considered perjury?
    A. Yes, I do.
    Q. Okay. So you should treat this
proceeding, even though we're in the informal setting
of a conference room, just as seriously as if you were
sitting in a courtroom testifying in front of a judge.
Do you understand that?
    A. Yes.
    Q. Have you ever had your deposition taken
before?
    A. No.
    Q. You are very lucky. As I said, I'll be
asking you some questions and you'll be providing the
answers, and everything that's said in the room,
including any objections raised by District 186's
counsel, Mr. Shupenus, will be recorded by the court
reporter. A transcript will be prepared, you will
have an opportunity to the review that transcript and

7

then sign it at the end as a final certification.
    A. Okay.
    Q. Is that acceptable?
    A. Yes.
    Q. If you don't understand a question that
I've asked, and I often ask confusing questions, just
tell me and I'll be happy to rephrase it. I'm not
here to try to trick you. I'm here to try to get you
to answer certain questions about your recollection of
events and circumstances, so it's important that if
you don't understand a question, ask me to rephrase
it.
    A. Okay.
    Q. Unless I ask you to make an estimation or
approximation, for example, a month or a year,
approximately, when something happened, I don't want
you to guess or speculate. If you don't know the
answer, tell me that. If you don't recall the answer,
tell me that, but if you do, you're expected to answer
the question. Is all that acceptable?
    A. Yes.
    Q. You're employed currently by the
Springfield Public School District 186, correct?
    A. Yes.

8

    Q. Okay. I'll refer to that as District 186
for short, which is, I'm sure, what a lot of people do
around the office.
    A. Okay.
    Q. What is your current position at District
186?
    A. Director of Business Services.
    Q. And how long have you held that position?
    A. This particular position?
    Q. Yes.
    A. Okay.
    Q. Director of Business Services.
    A. Since 1991, I think.
    Q. Is that the only position you have held
at District 186?
    A. No.
    Q. What other positions have you held?
    A. Assistant Director of Business Services.
    Q. And during what period of time were you
the Assistant Director of Business Services?
    A. That was since April 1st of 1981.
    Q. '81?
    A. Uh-huh.
    Q. Are those the only two positions you've

9

held at District 186?
    A. Yes.
    Q. So you started at District 186 as an
employee in 1981?
    A. Correct.
    Q. Can you briefly describe for me your
educational background?
    A. I have a Bachelor of Science degree in
management information systems, my Master's in
education administration with a chief school business
official endorsement.
    Q. And what institution did you get your BS?
    A. Southern Illinois University at
Edwardsville. Both degrees, I should say. Bachelors
and Masters.
    Q. And Masters?
    A. Correct.
    Q. When did you receive your Bachelors?
    A. Oh, gosh. September of 1976.
    Q. And your Masters?
    A. October of '77.
    Q. Have you taken courses in computer
programming?
    A. Not since I've graduated, no.

**Page 14**

Q. And the Director of the Data Processing department at one time reported to you?
A. Correct.
Q. And that -- at least for a period of time, Henry Stuckey was the head of the Data Processing department, correct?
A. Yes.
Q. So Mr. Stuckey for a period of time reported directly to you?
A. Yes.
Q. Is there still a Data Processing department?
A. It's called something else.
Q. Okay.
A. But --
Q. What is it called now?
A. I think Information Technology, I'm not for sure.
Q. Okay. When did that department name change?
A. I would have to guess. Just off the top of my head, I really...
Q. If you can approximate, that's fine, but --

**Page 15**

A. About three to four years ago.
Q. Three to four years ago?
A. Right.
Q. Was there a reorganization of the department, or was it just a name change?
A. Reorganization.
Q. And what was the reorganization?
A. Well, at that time, data processing was taken from under me and given to Mike Holinga.
Q. Okay. So when the data processing department was reorganized, the name changed and the reporting line changed from you to Mr. Holinga?
A. Correct.
Q. And approximately when did that happen?
A. I'm saying three to four years ago. Probably more like four.
Q. So somewhere in or around 2000, the direct report changed from you to Mr. Holinga?
A. I think. I can't be for certain.
Q. Okay. At that time, when Mr. Holinga assumed supervisory responsibilities over this data processing department, changed to whatever name it was, was he a new employee at the school district?
A. No.

**Page 16**

Q. Do you know when Mr. Holinga first started working at District 186?
A. No, I don't.
Q. Do you have any idea of approximately when?
A. He was there before me, so...
Q. Oh, he was?
A. Yes.
Q. Okay.
A. Uh...
Q. So he was there --
A. Seventies...
Q. -- going back to the 1970s?
A. I would say, yes.
Q. At the time that the functions of the data processing department were shifted over to his supervision, was he -- do you know whether or not he was assuming a new position at that point? In other words, had he been doing something else and now he was taking over?
A. It was not a new position.
Q. It was not?
A. No.
Q. Do you know why this change occurred?

**Page 17**

A. The explanation --
Q. And by "change," I mean moving the department from your supervision to Mr. Holinga's?
A. Right, the superintendent, Bob Hill, wanted all the information to be in one spot. He wanted -- because at that time we had business, I guess, data processing or technology, and also the educational side, and he wanted it all under one umbrella.
Q. Prior to 2000 when this change occurred, had you, since 1991, had supervisory responsibility over the data processing department?
A. Yes.
Q. During the period of time that you supervised the data processing department, did you require any type of written reports from Mr. Stuckey?
A. No.
Q. Did you require any type of informal non-written reports from Mr. Stuckey?
A. May I ask a question? When you say "require," are you asking was that a mandate from me, or -- no, I...
Q. What, what I'm asking is, did you meet regularly with Mr. Stuckey?

**Page 46**

1  out of the file to attach to your affidavit, do you
2  believe that was the first time you were ever seeing
3  this particular agreement?
4      A. No, it was not the first time.
5      Q. Okay. When do you recall having seen it
6  before?
7      A. When they would have sent it over for
8  payment, I would have seen it at that time.
9      Q. All right. Did you read it at that time?
10     A. I may have perused it, but...Well, I
11 guess yes, I would have read it.
12     Q. Okay. Let me direct your attention to
13 page 4 of the December 21, 1998 agreement.
14     A. Okay.
15     Q. Do you see it's signed by Doctor Hill for
16 the District, correct?
17     A. Yes.
18     Q. There is a paragraph marked paragraph
19 eight, it's number eight at the top of that page. May
20 I ask you to read that?
21     A. Ownership of application and software
22 solution?
23     Q. Yes.
24     A. "Any and all" --

**Page 47**

1      Q. Well, you don't need to read it aloud.
2  I'm sorry. I just wanted you to read it.
3      A. (So doing.)
4      Q. Have you read paragraph eight?
5      A. Yes, I have.
6      Q. Okay. At or about the time this contract
7  was entered into with the Miller Group, so, in or
8  around December, 1998, were you aware of any
9  discussions between the Miller Group and District 186
10 about who was going to own the application that the
11 Miller Group was working with District 186 to develop?
12     A. No.
13     Q. Were you aware of any discussions about
14 whether District 186 would receive some form of
15 payment if the Miller Group then sold whatever
16 application it was working on with the District to
17 other school districts?
18     A. No.
19     Q. You never -- you don't recall those
20 discussions ever coming up?
21     A. Can I ask a question?
22     Q. Sure.
23     A. You said --
24     Q. Back in that time period.

**Page 48**

1      A. In 1998 was I aware of it?
2      Q. Right.
3      A. No, I was not.
4      Q. Okay. So you weren't aware that this was
5  the subject of negotiation and agreement back in that
6  time frame?
7      A. No.
8      Q. No one brought that to your attention?
9      A. No.
10     Q. Do you recall that even coming up at an
11 Information Systems Task Force meeting?
12     A. No.
13     Q. At some later point in time, though, you
14 became aware of it, correct?
15     A. Yes.
16     Q. When?
17     A. I can't recall.
18     Q. In what context did you become aware of
19 it?
20     A. Probably a conversation that Henry and I
21 were -- may have been discussing.
22     Q. So you believe that you first became
23 aware that there was a contract between District 186
24 and the Miller Group under which District 186 was

**Page 49**

1  going to receive some form of payment from the Miller
2  Group if it sold a software application to other
3  school districts? Your testimony is the first time
4  you became aware of that, it was sometime after this
5  agreement was signed?
6      A. Right.
7      Q. And in the context of a discussion you
8  had with Mr. Stuckey?
9      A. Correct.
10     Q. Okay. Did Mr. Stuckey give you a copy of
11 this contract and point this out to you?
12     A. No.
13     Q. Were you surprised when you learned that?
14     A. No.
15     Q. In this conversation you had with Mr.
16 Stuckey when you learned this information about the
17 agreement between the Miller Group and District 186,
18 did Mr. Stuckey also share with you concerns he had
19 about what the Miller Group was doing?
20     A. Yes.
21     Q. What do you recall Mr. Stuckey telling
22 you?
23     A. He had concerns that some of the software
24 that we were using with Star_Base were being used by

**50**

the Miller Group to write their product.
Q. Do you have any recollection of approximately when this conversation with Mr. Stuckey occurred?
A. No, I don't.
Q. What happened? Did he come in to your office and say, 'I've got something on my mind I want to talk about with you,' or...
A. We were just talking, and he just indicated that there was some concerns. He did not feel comfortable with what was going on, and he addressed those to me.
Q. Okay. Was anyone else present for this conversation?
A. No.
Q. Did he tell you whether or not anyone else shared his concern?
A. Yes.
Q. What did he tell you?
A. Dave Williams, who was also a programmer at that time.
Q. But Mr. Williams wasn't with you when you had that conversation?
A. No.

**51**

Q. Did Mr. Stuckey tell you that anyone else other than he and Mr. Williams had these concerns?
A. No.
Q. Was he any more specific that you can recall? Was he any more specific in telling you what his concerns were other than he had some concerns about what the Miller Group was doing?
A. No, I don't
Q. But he did express to you that his concern related to what the Miller Group was doing in connection with the use of Star_Base?
A. Correct.
Q. Did he tell you whether he knew that Star_Base was in fact being used by the Miller Group?
A. Can you repeat that.
Q. Sure. Did Mr. Stuckey tell you that he knew that there was some component or element of Star_Base that was being used by the Miller Group?
A. That he --
Q. That he knew, right.
A. I would have to say no.
Q. Did you have any knowledge at that time about whether the Miller Group was using any component or element of Star_Base in its work for the District?

**52**

A. No.
Q. Did you ever acquire any knowledge on that?
A. Knowledge, no.
Q. Okay. Belief?
A. Yes.
Q. Okay. What was your belief?
A. Well, it was based on hearsay, I would have to say, that what Henry and Dave had told me, because I considered them the experts --
Q. Okay.
A. -- in what was going on. It was just what they had said.
Q. All right. So, in other words, you took the concerns that Mr. Stuckey was expressing to you seriously?
A. Yes.
Q. Because you were relying on what he was reporting to you as someone with knowledge of what was going on within his group, correct?
A. Exactly.
Q. So once you received this knowledge about Mr. Stuckey's concerns, what, if anything, did you do?
A. Henry and I met with Bob Hill and Mike

**53**

Holinga.
Q. Okay. Was it shortly after your conversation with Mr. Stuckey?
A. I can't say shortly. It may have been within a month.
Q. Okay. It was during a period of time when the Miller Group was actually doing work with the District, correct?
A. Yes.
Q. Did the meeting occur with just the four of you?
A. Yes.
Q. Where did it occur?
A. At Bob's office.
Q. Did you request the meeting?
A. No.
Q. Do you know who did?
A. Bob requested to meet with us.
Q. And do you know if Doctor Hill requested the meeting because you had already shared those concerns with him - Mr. Stuckey's concerns?
A. I don't know what his reasoning was.
Q. Did you give anything to Doctor Hill in writing in advance of the meeting?

Page 54

```
 1      A.  Not that I can recall, no.
 2      Q.  Did you send him an e-mail telling him
 3  about Mr. Stuckey's concerns?
 4      A.  No.
 5      Q.  Do you know why Doctor Hill was the one
 6  who requested the meeting?
 7      A.  I can speculate, but I don't know.
 8      Q.  No, I don't want you to?
 9      A.  No, I can't.  No.
10      Q.  I guess what I'm trying to understand is
11  where the communications link occurred.  Mr. Stuckey
12  talked with you about his concerns?
13      A.  Uh-huh.
14      Q.  And then you had a meeting with Doctor
15  Hill sometime thereafter --
16      A.  Uh-huh.
17      Q.  -- and Mr. Holinga to discuss those
18  concerns.  But, you said Doctor Hill requested the
19  meeting.  Did he request the meeting specifically to
20  discuss those concerns?
21      A.  No, it was not specifically to discuss
22  those concerns.
23      Q.  It was about other things?
24      A.  It was other concerns that he had.
```

Page 55

```
 1      Q.  That who had?
 2      A.  Doctor Hill, Bob Hill had.
 3      Q.  Okay.  So when you got in to this
 4  meeting, is it accurate to say then -- strike that.
 5  When you got in to this meeting, did Mr. Stuckey raise
 6  his concerns with Doctor Hill --
 7      A.  I did.
 8      Q.  And Mr. Holinga?  You did?
 9      A.  Yes.
10      Q.  Okay.  What do you recall saying?
11      A.  Well, I would probably have to relate the
12  whole --
13      Q.  Please do.
14      A.  -- part of the conversation, because...
15  We were talking, he felt that Henry and I were not
16  being cooperative; we were not on board, because we
17  were - as he said, "dragging our feet," and at that
18  time, I explained to him why, because we did not feel
19  comfortable with what was going on based on what Henry
20  had said to me about what he thought was happening at
21  that time with Star_Base being used to write the
22  Miller Group program, so that's when we said to him we
23  didn't like what was going on.
24      Q.  You said Doctor Hill made some statement
```

Page 56

```
 1  at the meeting to suggest that you and Henry weren't
 2  on board with the program?
 3      A.  Correct.
 4      Q.  Did he elaborate on what he meant by
 5  that?
 6      A.  We were dragging our feet, with like
 7  supplying --
 8      Q.  With what?
 9      A.  Well, supplying information, um...
10      Q.  To whom?
11      A.  Like at the IS, information System
12  Groups, we would just basically sit there, not say
13  anything, wouldn't offer our opinion on a lot of
14  things.  He thought we were being antagonistic at
15  times, and so --
16      Q.  These were all Doctor Hill's views as
17  expressed to you?
18      A.  Correct.
19      Q.  Okay.
20      A.  And just said we needed to -- this was a
21  district-wide effort.  We needed to come on board, and
22  I explained to him why it was difficult for us, based
23  on what Henry had thought was being used by Miller
24  Group, you know, and I just said, you know, I don't
```

Page 57

```
 1  feel comfortable in this possible, and that was the
 2  extent of the conversation.
 3      Q.  Okay.  Well, what, if anything, when you
 4  expressed those views to Doctor Hill, what, if
 5  anything, did Doctor Hill say?
 6      A.  He indicated our attorney, which was Rick
 7  Grenzeback, had reviewed everything and thought
 8  everything was fine; that our not feeling comfortable
 9  was unfounded.  He just basically said --
10      Q.  Was he anymore specific than that?
11      A.  No.  He said there is no way we would
12  enter into a contract without our attorneys reviewing
13  it.  They thought everything was fine, and so we're
14  doing it, and I just said, well, that's not what we
15  think, and...
16      Q.  So you disagreed with Doctor Hill?
17      A.  Yes.
18      Q.  Did Doctor Hill indicate whether the
19  attorneys had provided the District anything in
20  writing in terms of --
21      A.  Not to us, he did not.  He just said it
22  had been reviewed.
23      Q.  Had been reviewed sometime before your
24  meeting?
```

```
                                    58                                           60
 1       A. Correct, and not to worry about it.    1   yes.
 2       Q. Do you believe that this meeting with  2       Q. After your meeting with Doctor Hill?
 3   Doctor Hill was the first time that you or Mr. Stuckey  3       A. Yes.
 4   were raising these specific concerns with him?  4       Q. What do you recall about that? I mean,
 5       A. Yes.                                   5   did they continually repeat those concerns to you?
 6       Q. Are you aware of whether those concerns 6       A. Yes.
 7   had been raised by anyone else with Doctor Hill in the 7       Q. Okay. So it kept coming up?
 8   past?                                          8       A. Yes.
 9       A. No.                                     9       Q. And did you take any steps to address
10       Q. Did Mr. Holinga say anything at the    10   them further?
11   meeting, if you recall?                       11       A. No, I did not.
12       A. No. He said something, but I don't    12       Q. And why not?
13   recall what.                                  13       A. Well --
14       Q. Do you know whether he shared Doctor  14       Q. Because you had already been --
15   Hill's views as you just expressed them?      15       A. Right. I mean, Doctor Hill felt he had
16       A. No, I don't.                          16   done whatever was necessary to make sure that the
17       Q. But you disagreed with Doctor Hill?   17   District was protected, and he was the ultimate one
18       A. Yes.                                  18   who would have responsibility, so, there was nothing
19       Q. Did he say anything at the meeting to 19   else for us to do.
20   change your view?                             20       Q. Uh-huh. Have you ever seen anything in
21       A. No.                                   21   the way of a report in writing addressing these
22       Q. Even when he told you that the attorneys 22   concerns in any way?
23   had reviewed it, it still didn't change your view? 23       A. No.
24       A. No.                                   24       Q. Did Doctor Hill request anything in
                                    59                                           61
 1       Q. Why not?                               1   writing?
 2       A. Well, I was trusting what Henry and Dave 2       A. No.
 3   had said. I mean, he wasn't a programmer. They were. 3       Q. Did you ever put down in writing in any
 4   Well, Dave was, so...                          4   fashion your concerns?
 5       Q. Did you ever talk with Dave Williams   5       A. No, I did not.
 6   directly about this subject?                   6       Q. Whether it be in e-mail, a memo to the
 7       A. Yes.                                    7   file, anything along those lines?
 8       Q. Was it before your meeting with Doctor 8       A. No, I did not.
 9   Hill?                                          9       Q. Did the subject of Mr. Stuckey's and Mr.
10       A. I can't recall.                       10   Williams' concerns ever come up at a Board of
11       Q. What do you recall about your         11   Education meeting?
12   conversations with Mr. Williams on this subject? 12       A. Not that I can recall, no.
13       A. Well, he felt that the source code that 13       Q. Do you recall if anyone at a Board of
14   we had for Star Base was being used by the Miller 14   Education meeting ever raised any concerns on their
15   Group, was basically the extent of our conversation. 15   own about what the Miller Group was doing?
16       Q. Did you ever talk with Doctor Hill again 16       A. Yes.
17   about that subject?                          17       Q. What do you recall?
18       A. No.                                   18       A. I think it was -- more so had to do with
19       Q. Did you ever talk with Mr. Holinga again 19   the cost, more so than what they were doing, as far as
20   about the subject?                           20   if you're talking about source code. It was more
21       A. No.                                   21   dealing with cost and possibly why it was taking long,
22       Q. Did that subject of Mr. Stuckey's and Mr. 22   concerns they had heard from teachers, things along
23   Williams' concerns ever come up again with you? 23   that line.
24       A. Yes. I mean, they talked to me about it, 24       Q. Other that what you've already told me
```