EXHIBIT

20

# Springfield Public School District 186

## CONSULTING AGREEMENT

Agreement entered into __November 6, 2000__ [date], by and between **SPRINGFIELD SCHOOL DISTRICT NO. 186** ("District"), and __Century Consultants LTD.__ ("Consultant") whereby the parties hereto agree as follows:

1. **Term of Agreement.** This Agreement shall commence effective __November 15, 2000__ [date] and shall end on __November 17, 2000__ [date] unless earlier terminated as hereinafter provided. The initial term may be extended by written addendum of the parties. All consultants shall be approved in advance by the Superintendent or his designee. Fees that exceed $500 per day or a maximum of $2,000 must have prior approval of the Board of Education.

2. **Consultant Services.** During the initial or any extended term hereof, Consultant shall provide the following services on behalf of District at time and locations approved by District:

   __Three (3) Days - 2 Consultants Onsite (530 W. Reynolds) for Installation of Star-Base Version 3 on Web Server and Database. Provide Programmer Training in the use of Developer Tools - see Attached Document__

3. **Compensation.** District shall compensate Consultant for services hereunder at the rate of $__2,000__ per __Day__ time. Consultant must complete the Contractual Service Statement in order for payment to be made. District shall pay within 30 days of receipt of all completed paperwork unless otherwise agreed to by the parties. If travel and miscellaneous expenses are to be included, please indicate what expenses are agreed to by both parties:

   __See Attached document__

4. **Non-assignability.** This Agreement is for personal services to be performed by Consultant, and shall not be assignable by Consultant without the prior written consent of District.

5. **Entire Agreement.** This Agreement constitutes the entire agreement between the parties and supersedes all prior oral or written proposals, agreements or understandings in connection with services rendered or to be rendered by Consultant to District.

[O V E R]

DEPOSITION EXHIBIT
Nunn 2
1-27-05  JB

6. <u>Governing Law</u>.   This Agreement shall be construed and enforced in accordance with the laws of the State of Illinois.

7. <u>Compliance with Policies and Administrative Rules</u>.   In the performance of consulting services hereunder, Consultant shall conform to the policies and administrative rules of District. Failure to do so shall constitute grounds for immediate termination of this Agreement.

8. <u>Early Termination</u>.   This Agreement may be terminated by either party, with or without cause, by giving the other party at least 60 days advance written notice thereof.

9. <u>Status of Consultant</u>.   In rendering services hereunder, Consultant shall be acting as an independent contractor and not as an employee of District. As an independent contractor, Consultant shall have no authority, express or implied, to commit or obligate District in any manner whatsoever, and nothing contained in this Agreement shall be construed or implied to create a partnership, agency or joint venture relationship between Consultant and District. Consultant shall be liable for the payment of all taxes applicable to any compensation paid to Consultant by District hereunder, and it is expressly understood that District shall not be required to withhold or pay any federal, state or local income, FICA, unemployment or workers' compensation taxes relative to such compensation.

**IN WITNESS WHEREOF**, the parties have executed this Agreement in duplicate on the date and year first above written.

SPRINGFIELD SCHOOL DISTRICT NO. 186

By: _*Mrk Hohys*_
Superintendent [Or His Designee]

Attest: _____

**CONSULTANT**

_Century Consultants_
Name

Soc. Sec. No. _____
        Or
FEIN Number _____

**District No. 186 Contact Person:**

_HENRY STUCKEY_
Name

_530 W. Reynolds Springfield, IL_
Office Address

_525-3031_         _525-3029_
Phone Number        Fax Number

_hstuckey@springfield.k12.il.us_
E-Mail Address

6/98

10/26/2000  11:53    7323639374    CENTURY CONSULTANTS    PAGE 04

**CENTURY CONSULTANTS LTD.**
**150 AIRPORT ROAD, SUITE 1500**
**LAKEWOOD, NEW JERSEY 08701**
**(732) 363-9300**

## SYSTEM SERVICE AGREEMENT
### INSTALLATION

DATE:  October 26, 2000               CUSTOMER #: 202
CONTRACT #:  00-233

CENTURY CONSULTANTS LTD., hereinafter referred to as CENTURY, agrees to furnish and **SPRINGFIELD PUBLIC SCHOOL DISTRICT #186** hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' - SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

CENTURY warrants that the SERVICES will be performed in a skillful and professional manner. CENTURY'S obligation is limited to correcting any error in any developed or modified program or routine as appears within sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing all descriptions and representations relating to the SERVICES. In no event shall CENTURY be liable for special or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of CENTURY; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to maintain the confidentiality of the said program or product, but not less than that employed to protect its own proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit CENTURY representatives to inspect any location in which the program is being used at all reasonable times for the purpose of determining that CUSTOMER is not in default of this agreement.

### CONTRACT ACCEPTED BY CUSTOMER:

_Henry Stuckey_  Information Systems Director  DATE: 10/26/2000
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

### CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_[signature]_                                          DATE: 10/27/00
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

# SYSTEM SERVICE AGREEMENT
## INSTALLATION

### EXHIBIT 'A' - SERVICES

DATE: OCTOBER 26, 2000                           CUSTOMER #: 202

CONTRACT #: 00-233

CUSTOMER: SPRINGFIELD PS #186                    CONTACT: HENRY STUCKEY


CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

THREE (3) DAYS ONSITE INSTALLATION OF STAR_BASE VERSION 3 ON WEB SERVER AND DATABASE NT SERVERS FOR REVIEW AND EVALUATION

PROGRAMMER TRAINING IN THE USE OF DEVELOPER TOOLS


**\*\*CONTRACT NOTES\*\***
SIGNED AGREEMENTS AND PURCHASE ORDER REQUIRED FOR SCHEDULING THIS SERVICE.


TOTAL SERVICE COST: $6000.00 + TRAVEL EXPENSES


\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\*

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

10/26/2000  11:53   7323633374            CENTURY CONSULTANTS                  PAGE  06

# SYSTEM SERVICE AGREEMENT
## INSTALLATION

## EXHIBIT 'B' - RATE SCHEDULE

DATE:       OCTOBER 26, 2000

CONTRACT #:    00-233

CUSTOMER:   SPRINGFIELD PS #186

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

50% UPON SIGNING AGREEMENT

50% UPON COMPLETION OF INSTALLATION

**TOTAL CONTRACT:** $6000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

---

**CENTURY CONSULTANTS
ESTIMATED TRAVEL EXPENSES
For
SPRINGFIELD PUBLIC SCHOOL DISTRICT #186**

---

Revised October 25, 2000

District Contact: Henry Stuckey

Scheduled Service Date(s): November 14-17, 2000
Century Representative: Bob Magan & Denise Poll

All on-site time is exclusive of travel expenses, which are billed separately. It has been our experience with school districts that travel estimates be pre-approved before any arrangements are confirmed.

| | | |
|---|---|---|
| AIRFARE*: | $1,852.00 | $926.00 Each |
| HOTEL: | School District to Provide | |
| MEALS: | $280.00 | $35.00 Per day 4 days 2 people |
| AUTO RENTAL: | $192.00 | $48.00 Per day 4 days |
| FUEL/TOLLS: | As incurred | |
| TRANSPORTATION: (To/From Airport) | | |
| MISCELLANEOUS | | |
| TOTAL ESTIMATE: | $2,324.00 | |

This total does not include taxes.
Copies of expense receipts will accompany all travel invoices.

TO APPROVE ESTIMATED COSTS, PLEASE REVIEW, SIGN, AND FAX BACK IMMEDIATELY. AIRLINE TICKETS (if applicable) ARE ON HOLD, BUT WILL NOT BE TICKETED UNTIL THIS APPROVED FORM HAS BEEN RETURNED SIGNED.

IN ORDER TO EXPEDITE, PLEASE FAX TO:

CENTURY CONSULTANTS
150 AIRPORT ROAD
SUITE 1500
LAKEWOOD, NJ 08701
Phone: (732) 363-9300
Fax: (732) 363-9374

*Airfare prices fluctuate daily, a signed approval is necessary in order for Century to obtain the prices quoted herein.

DISTRICT APPROVAL: _____     DATE: _____
(Authorized Signature)

# RESTRICTED USE AGREEMENT
## FOR THE
## STAR_BASE STUDENT MANAGEMENT SYSTEM
## VERSION 3
### BETWEEN
## CENTURY CONSULTANTS LTD.
### AND
## SPRINGFIELD PUBLIC SCHOOL DISTRICT 186

### OCTOBER 25, 2000

This Agreement allows the installation and usage of Star_Base version 3 on a Windows NT Web Server and a Windows NT Database server at the Springfield Public School District #186.

The Agreement is valid for 90 days from date of this agreement. At the end of the 90-day period, this agreement may be renewed, for an additional 90 days, if so agreed by Century Consultants and Springfield Public School District 186.

This 'restricted use' agreement is for review and evaluation purposes of Star_Base Version 3 only.

The package and any permitted copies contain valuable trade secrets of Century and shall at all times remain the property of Century; and customer, by this agreement, acquires no rights in and to the package except the right to test and evaluate the package at the location indicated herein. Customer shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by Century in writing. Customer shall permit Century representatives to inspect any location in which the package is being used at all times for the purpose of determining that Customer is not in default of this agreement.

**AGREEMENT ACCEPTED BY CUSTOMER:**

_____        DATE:_____

(CUSTOMER'S) AUTHORIZED SIGNATURE AND TITLE)

**AGREEMENT ACCEPTED BY CENTURY CONSULTANTS LTD.**

_____        DATE:_____

(CENTURY'S) AUTHORIZED SIGNATURE AND TITLE)