E-FILED
Tuesday, 06 March, 2007   04:38:39 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

23

IN THE UNITED STATES DISTRICT

FOR THE CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

CENTURY CONSULTANTS, LTD.,

    Plaintiff;

-vs-                NO. 03-3105
                     Daubert Hearing

THE MILLER GROUP, INC., JOHN
G. MILLER and the SPRINGFIELD
PUBLIC SCHOOL DISTRICT NO. 186,

    Defendants.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE RICHARD MILLS
UNITED STATES DISTRICT JUDGE

January 12, 2006

APPEARANCES:

FOR PLAINTIFF:        MR. CRAIG S. HILLIARD
                           Attorney at Law
                           Princeton, New Jersey

FOR DEFENDANT         MR. LANCE JONES
THE MILLER GROUP:     Attorney at Law
                           Springfield, Illinois

FOR DEFENDANT         MR. ROBERT SHUPENUS and
SPRINGFIELD PUBLIC    MR. ALMON MANSON
SCHOOL DISTRICT NO. 186 Attorneys at Law
                           Springfield, Illinois

COURT REPORTER:       Susan Freeman, CSR, RPR
                           Capitol Reporting Service
                           2021 Timberbrook Drive
                           Springfield, IL   62702
                           217-787-6167

```
 1        A.    That logically they're identical.
 2        Q.    What did you do next in your report, compare
 3   code?
 4        A.    Next I did -- I compared code between the IS3
 5   application and the Star_Base application.
 6        Q.    Is that noted on page 34?
 7        A.    It is.
 8        Q.    There's a chart here with sequel code
 9   comparisons?
10        A.    Yes.  Now, the difference here is that we've
11   got two different programming languages, so it's
12   possible to take an application that is written in one
13   language and put it into a translater, you can get
14   them off the Internet, I mean it's very common
15   practice to automatically have the computer rewrite
16   the code into a different language or a different
17   version.
18        Q.    Almost as if we're looking at the English
19   language version on the left-hand side and the French
20   language on the right?
21        A.    Exactly.
22        Q.    They're going to look different but they are
23   in essence the same?
24        A.    Logically they're the same.  And in reading
25   through it even without a degree in computer science I
```

1  think it's easy to point out or pick out that there
2  are a lot of similarities so --
3      Q.   Such as?
4      A.   Well, let -- I mean if we look at just in the
5  first line, we have a select student ID, student ID
6  and then grade and then REQPRI and then sex and then
7  ethnic and then SCHPRI, I mean it's just conditions
8  that are in the same exact order that have the same
9  name in two different applications.  It tells me that
10 they're the same application, just one is in English
11 and one is in French using your analogy.
12     Q.   Okay.  After looking at the sequential
13 statements and comparing them, what did you do next?
14     A.   I wanted to look at logic within the two
15 applications.  I looked at IS3 and I looked at
16 Star_Base.  And if you see the highlighted components
17 here, we have something called total completes ++.
18     Q.   What page are you on?
19     A.   Page 35.
20     Q.   Okay.  What are these two tables side by
21 side, can you explain them?
22     A.   Right, I wanted to pick out to see if the
23 logic was the same.  So this is doing a conflict check
24 and if the result is = total completes ++, the result
25 is a conflict of C.

```
 1        A.   Yes.
 2        Q.   Okay.  And could I please look at your CDs?
 3        A.   Sure.
 4        Q.   This one that says Springfield District 186
 5   on it, you determined when you started your report
 6   that this CD is actually IS3, correct?
 7        A.   When I wrote my report I determined that that
 8   was SIS, which is actually IS3.
 9        Q.   Well, you didn't refer to SIS in your report,
10   did you?
11        A.   Well, I think I called it IS3 installed at
12   the Springfield School District, right.
13        Q.   But you didn't know that it was installed at
14   the school district, Mr. Hilliard told you that,
15   correct?
16        A.   And it was provided to me on CD.
17        Q.   Okay.
18        THE COURT:  Who provided it to you?
19        A.   I believe it came from counsel for The Miller
20   Group, but I should have a cover letter from him for
21   that.
22        MR. HILLIARD:  Your Honor, the CDs were
23   turned over to us by counsel for The Miller Group.
24        THE COURT:  By The Miller Group?
25        MR. HILLIARD:  Yes.
```

```
 1            THE COURT:  That would be Mr. Jones?
 2            MR. HILLIARD:  No, at the time it was not Mr.
 3   Jones, he was not involved in the case.
 4            THE COURT:  Who was it?
 5            MR. HILLIARD:  Mr. Schmadeke at Hinshaw
 6   Culbertson.  Your Honor can see under tab 8 of our
 7   binder there's a letter dated May 15, 2003, on the
 8   date that the CDs were turned over.
 9            THE COURT:  Wait a minute, tab A.
10            MR. HILLIARD:  8.
11            THE COURT:  Oh, 8, thank you.
12            MR. HILLIARD:  Of our binder.
13       A.   I believe it's tab 5.
14            MR. HILLIARD:  Well, I'm referring to the
15   letter that immediately preceded the turnover of the
16   records.  Mr. Herman, my local counsel on this case,
17   wrote to Mr. Schmadeke on May 15, 2003, to get a
18   stipulated protective order signed, and indicated that
19   we wanted the CDs with the IS3 programs turned over to
20   us that day, and that's all outlined in that letter.
21        In fact we received the CDs, Mr. Herman's office
22   received the CDs later that day, and they were then
23   sent by overnight mail to Mr. Lewis with a cover
24   letter to Mr. Lewis from Mr. Herman which is in tab 5.
25   It's the first document in tab 5.  The cover letter
```

1 | from Mr. Herman to Mr. Lewis, May 15, 2003.
2 |         MR. SHUPENUS:  And Your Honor, I'm just
3 | trying to examine what this witness knew.
4 |         MR. HILLIARD:  I'm just trying to answer the
5 | question.
6 |         MR. SHUPENUS:  And I'd like to -- because
7 | there's nothing on this CD that says that it's IS3.
8 | And in fact it's not IS3.  And that's --
9 |         THE COURT:  Well, whether it is or it isn't,
10 | he receives them apparently from counsel for one of
11 | the parties here for your codefendant.
12 |         MR. SHUPENUS:  Right.
13 |         THE COURT:  And says that they are IS3s.
14 |         MR. SHUPENUS:  They did get IS3s, but that's
15 | not what District 186 had, and we've submitted
16 | affidavits with our motions, the prior motions stating
17 | that we've never installed IS3 at the Springfield
18 | School District.
19 |         THE COURT:  Well, okay.  But as far as he is
20 | concerned in his examination and he gets them from one
21 | counsel from your side of the table saying that that's
22 | what these are, and so let's go ahead.  Let's move on.
23 |         MR. SHUPENUS:  Okay.
24 |     Q.  Who prepared the report that we've been
25 | discussing entitled application analysis?

```
 1       A.   I would assume the whole thing is
 2  copyrighted.  If one programer writes it, I think they
 3  have the right to it.  But I'm not an expert in
 4  copyright law.
 5       Q.   Now you stated at the beginning of your
 6  report, I believe it was page 5, that your methodology
 7  would be to do a table by table comparison, is that
 8  correct?
 9       A.   I think I included table by table
10  comparisons.
11       Q.   I'm asking about what you said your approach
12  would be.  I'll point you to page 5, sir, it says
13  approach.
14       A.   Yeah, I have it.
15       Q.   And you put for number four that you would
16  perform a table by table analysis, correct?
17       A.   Correct.
18       Q.   And you didn't do that, did you?
19       A.   Well, I did do that.
20       Q.   Star_Base has at least a hundred tables,
21  right?
22       A.   Star_Base has about a hundred tables I
23  believe.
24       Q.   And you compared four of them?
25       A.   If you find one that's identical then you
```

```
 1  think you've --
 2       Q.   Sir, did you compare four tables?
 3       A.   I compared four tables.
 4       Q.   Okay.  And you don't know --
 5       A.   I documented four tables in the report.
 6       Q.   And you don't know which data set the
 7  opposing tables came from, it could have come from
 8  Springfield's data set, it could have come from Miller
 9  Group's data set, you just don't know, correct?
10       A.   The table structure within -- let me clarify,
11  because I think you're trying to drive a point, so let
12  me clarify this for the record.
13       The table structure between IS31, IS32 and SIS is
14  the same.  So whether I compared it specifically to
15  data set two or data set three or data set four to me
16  was relevant, they're all the same.
17       Q.   Well, you didn't do any analysis in your
18  report to show that they're all three the same, did
19  you?
20       A.   Well, I have it all throughout the report, I
21  have examples where they tie back to the same tables.
22  So now I do an example of where I lay out not only the
23  code and the logic, but I list out the tables and
24  showed that the tables were identical.
25       So in my opinion IS31, IS32 and SIS are the same
```

```
 1  application and they're all built on the foundation of
 2  Star_Base.
 3       Q.   Now, being an expert, you noticed that the
 4  Springfield application only related to proprietary
 5  Oracle databases, correct?
 6       A.   No, for the most part, I don't know if that
 7  would be a hundred percent accurate.
 8       Q.   And the IS3 that Miller sells is much more
 9  broad, isn't it?
10       A.   Well, if we look at the programing language,
11  there are calls that would be specific to Oracle and
12  which means it would only run on Oracle.  Now that
13  code can be converted to a more open standard, which
14  is what I think The Miller Group was attempting to do
15  in making a version of the software that would run on
16  more open standard or be more publicly accepted
17  because it runs on multiple platforms.  So there's a
18  larger market for it.
19       Q.   But that's not what I asked.  I'm asking
20  about the difference between what The Miller Group
21  sells and what District 186 had installed at its -- on
22  its system.  They're different, aren't they?
23       A.   One is a modified adaptation of the other.
24       Q.   Well, first let's -- if you could answer,
25  they're different, right?
```

1   A.   Logically they're the same.
2   Q.   Literally?
3   A.   Well, now we get into -- you know, we can
4 look at character by character and find differences.
5   Q.   Well, sir, my concern is that the allegations
6 made against District 186 are that there's literal
7 copying, yet you're unable to point out any literal
8 copying.  Instead you're talking about logic, and the
9 complaint is talking about literal copying.
10      As you sit here today can you point out any
11 literal copying between Star_Base and IS3 sold by The
12 Miller Group?
13  A.   Sure.
14  Q.   Literally?
15  A.   I mean it's all in the report.  If you're
16 going to say if we take the first paragraph of a novel
17 and change two words in that paragraph, does that mean
18 that it's not the same novel, does that mean it's not
19 the same story?
20  Q.   Sir, I'm talking about literal code
21 comparison.
22  A.   If your question is is every single character
23 the same, the answer is no.  If your question is are
24 they the same application, in my opinion yes.
25  Q.   I'm going to show you what I'm going to mark

1  as Defendant's Exhibit E, and I'll represent to you
2  that this is the first amended complaint in this
3  matter. And I would direct your attention, sir, to
4  the seventh page, and it is paragraph 30, Your Honor.
5      THE COURT: Thank you.
6      Q. And in the last full line of paragraph 30 do
7  you see that the allegation is made that IS3 and
8  Star_Base are identical or substantially similar to
9  the copyrighted programs in their literal code, do you
10 see that?
11     A. Correct.
12     Q. They're not even written in the same
13 programming language, are they?
14     A. Substantially similar to me means something
15 different than you.
16     Q. Sir, the literal code --
17     MR. HILLIARD: Your Honor, can I object to
18 this?
19     THE COURT: No, wait a minute, you don't need
20 to object. Now let's move along. You're talking
21 semantics here, and it says substantially similar. As
22 far as I'm concerned that's within the ballpark for
23 the purpose of a complaint and allegations, so let's
24 move on. We're now ten minutes after 5.
25     What airline are you flying out on, Mr. Lewis,

```
 1   analysis is flawed, correct?
 2        A.   But it is installed there.
 3        Q.   You never physically inspected it, did you?
 4        A.   Well, I received the CD.
 5        Q.   But you did not physically inspect the
 6   computer at Springfield public school, correct?
 7        A.   I have to go on the assumption that when data
 8   is requested --
 9        Q.   Sir, I'm trying to get you on your flight.
10   Did you physically inspect the computer or not?
11        A.   I did not physically inspect the computer.
12        Q.   Okay.  And you did not perform a table by
13   table analysis?
14        A.   I did perform a table by table analysis.
15        Q.   You performed it, you looked at four percent
16   of them, right?
17        A.   I looked at four tables and got to the point
18   of diminishing returns.  The similarities were
19   overwhelming.  One was identical, which is randomly
20   impossible to happen in my field.
21        Q.   Could it be that Star_Base has its components
22   in District 186's data set?
23        A.   Could it be, sure.
24        Q.   And as it says in the first amended
25   complaint, Springfield Public School District had
```