STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., | |
| Plaintiff, | CIVIL ACTION NO. 03-CV-3105 |
| v. | **AGREED MOTION TO AMEND SCHEDULING ORDER** |
| THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, | |
| Defendants. | |

**NOW COMES** plaintiff, Century Consultants, Ltd. ("Century"), and for this Agreed Motion to Amend Scheduling Order, Century states as follows:

1.      On November 27, 2006, all parties submitted an agreed upon proposal for the filing and briefing of motions for summary judgment.  Among other things, the proposal provided for a 30-day period for responses to any motion, and a further 30-day period for reply papers.  The parties agreed that because of the complex nature of the case and the extensive discovery conducted, this additional time beyond the normal time frames under the local rules would be necessary to adequately address the motions.

2.      On December 5, 2006, the Court approved this schedule, which contemplated the filing of motions by December 28, 2006 (with responses due 30 days thereafter).

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

3. Defendant, The Springfield Public School District 186 (the "School District") requested an extension of the filing deadline, and Century agreed. The School District filed an Agreed Motion to that effect, and the Court granted it, extending the deadline for the filing of motions to January 16, 2007.

4. On January 16, 2007, Century filed its motion for summary judgment. The School District also filed its own motion on January 16, 2007. The other defendants joined in the School District's motion.

5. Based upon the complex issues and voluminous motion papers filed, on February 2, 2007, Century filed its first Agreed Motion for Extension of Time to File Response/Reply.

6. On February 12, 2007, the Court entered an Order granting the Agreed Motion for Extension of Time to File Response/Reply Responses and extending the response due date to February 23, 2007. The Court granted a second Agreed Motion in late February, extending the deadline for response to March 2, 2007, and reply papers to April 5, 2007.

7. The parties filed their respective opposition papers on March 2, 2007.

8. Century seeks a one-week extension for the filing of final reply papers. Century's counsel will be away on vacation from March 31st through April 8th, and therefore requests an extension to April 13, 2007 for the filing of reply papers by all parties.

9. This motion is timely filed.

10. All parties consent to the relief sought in this motion.

11. Accordingly, Century respectfully requests an extension through April 13, 2007, of the deadline for the filing of reply papers on all pending summary judgment motions.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

                                                  CENTURY CONSULTANTS, LTD.


                                                  By:____s/Craig S. Hilliard___
                                                         One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ   08543-5315


**PROOF OF SERVICE**

     I, the undersigned, hereby certify that on March 30, 2007, I filed this Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL   62703


                                                            _s/Craig S. Hilliard_____
                                                           CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315