## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and the SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED MOTION TO AMEND SCHEDULING ORDER

**NOW COMES** the Defendant SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Agreed Motion to Amend Scheduling Order states as follows:

1. On March 31, 2007, Plaintiff filed an Agreed Motion requesting an extension of time to April 13, 2007, for the filing of Reply briefs to the Responses to the pending Motions for Summary Judgment.

3. Counsel for District 186 is required to attend to other legal matters which have unexpectedly arisen and, as a result, District 186 will be unable to file its Reply on April 13, 2007.

4. As a consequence of the foregoing, District 186 requests that it and all other parties be granted three (3) additional business days to file their Replies in this matter to and including April 18, 2007.

5. This Motion is timely filed, not intended to cause necessary delay and will not prejudice any party hereto.

6.  All parties consent to the relief requested herein.

**WHEREFORE,** District 186 respectfully requests an extension of time up to and including April 18, 2007, for the filing of all parties' Replies to all pending Responses to the Summary Judgment Motions filed herein.

Respectfully submitted,

**SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, Defendant**


/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491

2

**PROOF OF SERVICE**

    I, the undersigned, hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for Plaintiff:

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701
dherman@gifwinlaw.com

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315
chilliard@stark-stark.com

Lance T. Jones
Law Offices of Lance T. Jones
1100 S. Fifth Street
Springfield, IL 62703
ltj@warpnet.net

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com