**E-FILED**
Wednesday, 18 April, 2007  03:17:26 PM
Clerk, U.S. District Court, ILCD

STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | CIVIL ACTION NO. 03-CV-3105 <br><br> **DECLARATION OF CRAIG S. HILLIARD IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1.    I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action.  I make this declaration in further support of Century's motion for summary judgment.

2.    Attached hereto as Exhibit "1" is a copy of the Affidavit of Agnes Nunn, an employee of defendant, The Springfield Public School District 186, which was filed with the Court on October 8, 2004.  Attached to the Nunn Affidavit as Exhibit "D" is a copy of the original Star_Base software license agreement between Century and the School District dated September 13, 1995.

3.    I declare under penalty of perjury that the foregoing is true and correct.

s/Craig S. Hilliard
CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-2-

EXHIBIT

1

**E-FILED**
Friday, 08 October, 2004  04:14:08 PM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT OF AGNES NUNN

STATE OF ILLINOIS    )
                      )    ss.
COUNTY OF SANGAMON )

    AGNES NUNN, after being duly sworn, hereby deposes and states as follows:

1.    I am over age 18, under no legal disability, and if called to do so, could truthfully testify to the facts and matters contained herein.

2.    At all times relevant to the facts alleged in the First Amended Complaint, I have been an employee of Springfield Public School District 186 ("District 186"), either as Director of Business Services or in another capacity that allowed me to receive the documents referenced herein at the time they were generated.

3.    In the course of my employment with District 186, I am familiar with various contracts entered into between District 186 and other entities, including those referenced herein.

4.    I have reviewed the First Amended Complaint regarding the various documents referred to by Century Consultants Ltd. It is my understanding that the following documents are true and correct copies of those referenced by Century Consultants Ltd.:

    a.    The September 1, 1998 Agreement between District 186 and Miller Group Consulting Services to provide consultation services for website development and web server software implementation, referred to in paragraph 19 of the First Amended Complaint and thereafter, and attached hereto as Exhibit B;

    b.    The December 21, 1998 Agreement between District 186 and Miller Group, Inc. whereby Miller Group Inc. agreed to develop an internet-based information system for District 186, referred to in paragraph 19 of the First Amended Complaint and thereafter, and attached hereto as Exhibit C; and





EXHIBIT
A

c.    The License Agreement entered into between District 186 and Century
      Consultants Ltd. referred to in paragraph 15 of the First Amended Complaint and
      thereafter, and attached hereto as Exhibit D.

FURTHER AFFIANT SAYETH NAUGHT.

_4/3/2004_
     Date

_AGNES NUNN_

Subscribed and sworn before me this 3rd day of June, 2004

Notary Public

```
OFFICIAL SEAL
TANA TOTSCH-KIMSEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-2-2007
```

Springfield Public School District 186

### CONSULTING AGREEMENT

Agreement entered into ___August 17, 1998_____ [date], by and between
**SPRINGFIELD SCHOOL DISTRICT NO. 186** ("District"), and Miller Group Consulting Services
("Consultant") whereby the parties hereto agree as follows:

1. <u>Term of Agreement</u>.    This Agreement shall commence effective September 1, 1998
   [date] and shall end on September 1, 1999 [date] unless earlier terminated as
   hereinafter provided.  The initial term may be extended by written addendum of
   the parties.  All consultants shall be approved in advance by the Superintendent
   or his designee.  Fees that exceed $500 per day or a maximum of $2,000 must have
   prior approval of the Board of Education.

2. <u>Consultant Services</u>..   During the initial or any extended term hereof, Consultant
   shall provide the following services on behalf of District at time and locations
   approved by District:

   Consultation on web site development and web server software implementation.

   _____

   _____

   _____

3. <u>Compensation</u>.    District shall compensate Consultant for services hereunder at
   the rate of $ 50.00 per hour time.  Consultant must complete the Contractual
   Service Statement in order for payment to be made.  District shall pay within 30
   days of receipt of all completed paperwork unless otherwise agreed to by the
   parties.  If travel and miscellaneous expenses are to be included, please
   indicate   what   expenses   are   agreed   to   by   both   parties:

   _____

4. <u>Non-assignability</u>.   This Agreement is for personal services to be performed by
   Consultant, and shall not be assignable by Consultant without the prior written
   consent of District.

5. <u>Entire Agreement</u>.   This Agreement constitutes the entire agreement between the
   parties and supersedes all prior oral or written proposals, agreements or
   understandings in connection with services rendered or to be rendered by
   Consultant to District.

[O V E R]

**EXHIBIT**

B

6. <u>Governing Law</u>.    This Agreement shall be construed and enforced in accordance with the laws of the State of Illinois.

7. <u>Compliance with Policies and Administrative Rules</u>.    In the performance of consulting services hereunder, Consultant shall conform to the policies and administrative rules of District. Failure to do so shall constitute grounds for immediate termination of this Agreement.

8. <u>Early Termination</u>.    This Agreement may be terminated by either party, with or without cause, by giving the other party at least 60 days advance written notice thereof.

9. <u>Status of Consultant</u>.    In rendering services hereunder, Consultant shall be acting as an independent contractor and not as an employee of District. As an independent contractor, Consultant shall have no authority, express or implied, to commit or obligate District in any manner whatsoever, and nothing contained in this Agreement shall be construed or implied to create a partnership, agency or joint venture relationship between Consultant and District. Consultant shall be liable for the payment of all taxes applicable to any compensation paid to Consultant by District hereunder, and it is expressly understood that District shall not be required to withhold or pay any federal, state or local income, FICA, unemployment or workers' compensation taxes relative to such compensation.

IN WITNESS WHEREOF, the parties have executed this Agreement in duplicate on the date and year first above written.

SPRINGFIELD  SCHOOL  DISTRICT  NO.  186

By: _Robert C. Hill_____
    Superintendent [Or His Designee]

Attest: _Nick Holy_____

CONSULTANT

_John Mitchell_____
Name

Soc. Sec. No. _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_
      Or
FEIN Number _____

District. No. 186 Contact Person:

_Mike Holinga_____
Name

_1900 West Monroe_____
Office Address

_525-3015_____    _525-7910_____
Phone Number         Fax Number

_holinga@springfield.k12.il.us_
E-Mail Address

6/98

**The Miller Group**
Contract for Consulting Services

This Agreement is made this 1st day of September, 1998, between Springfield School District (#186) ("Client"), having its principal place of business at Springfield, Illinois and The Miller Group ("Group"), having its principal place of business at 1028 South Second St., Springfield, Illinois 62704

In consideration of Client retaining The Miller Group for consultation on web site development and web server software implementation for Client, it is agreed as follows:

1. Compensation and Term

Client hereby retains The Miller Group and The Miller Group hereby agrees to perform the following services: Consulting services of The Miller Group as required by Client, through August 31, 1999. The Miller Group will, at various times, perform services at Client's headquarters, at other Client facilities, or at The Miller Group facilities, as directed by Client. The Miller Group will perform the services at various times and for various durations as directed by Client.

The following fees shall apply:

$50.00 per hour for 120 hours of consulting annually, payable 1/12 per month.

Reasonable and necessary business and travel expenses actually incurred by The Miller Group shall be reimbursed by Client upon submission of expense reports with back-up documentation, except that no travel expenses shall apply for assignments within a 25 mile radius of downtown Springfield, Illinois. All such expenses in excess of $25 and all travel plans must be approved in advance by Client.

The Miller Group shall provide detailed invoices and shall maintain, and provide, upon request, backup documentation for a period of one year from the date of the respective invoices. Client shall make full payment for services within thirty days of invoice. If The Miller Group brings a legal action to collect any sums due under this Agreement, it shall be entitled to collect, in addition to all damages, its costs of collection, including reasonable attorney's fees.

This Agreement shall commence on the date stated above, and shall remain in effect until all obligations under this Agreement have been properly completed. Either party to this Agreement may terminate this Agreement with or without cause by providing at least seven days written notice to the other party.

2. Warranties by The Miller Group

The Miller Group represents and warrants to Client that it has the experience and

ability to perform the services required by this Agreement; that it will perform said services in a professional, competent and timely manner; that it has the power to enter into and perform this Agreement; and that its performance of this Agreement shall not infringe upon or violate the rights of any third party or violate any federal, state and municipal laws. However, Client will not determine or exercise control as to general procedures or formats necessary to have these services meet Client's satisfaction.

3. Insurance

The Miller Group shall obtain and maintain during the term of this Agreement insurance, including worker's compensation, motor vehicle, and comprehensive general liability.

4. Independent Contractor

The Miller Group acknowledges that the services rendered under this Agreement shall be solely as an independent contractor. The Miller Group shall not enter into any contract or commitment on behalf of Client. The Miller Group further acknowledges that it is not considered an affiliate or subsidiary of Client, and is not entitled to any Client employment rights or benefits. It is expressly understood that this undertaking is not a joint venture.

5. Confidentiality

The Miller Group recognizes and acknowledges that this Agreement creates a confidential relationship between The Miller Group and Client and that information concerning Client's business affairs, customers, vendors, finances, properties, methods of operation, computer programs, and documentation, and other such information, whether written, oral, or otherwise, is confidential in nature. All such information concerning Client is hereinafter collectively referred to as "Confidential Information."

6. Non-Disclosure

The Miller Group agrees that, except as directed by Client, it will not at any time during or after the term of this Agreement disclose any Confidential Information to any person whatsoever and that upon the termination of this Agreement it will turn over to Client all documents, papers, and other matter in its possession or control that relate to Client. The Miller Group further agrees to bind its employees and subcontractors to the terms and conditions of this Agreement.

7. Grant

The Miller Group agrees that its work product produced in the performance of this Agreement shall remain the exclusive property of Client, and that it will not sell,

transfer, publish, disclose or otherwise make the work product available to third parties without Client's prior written consent. Any rights granted to The Miller Group under this Agreement shall not affect Client's exclusive ownership of the work product.

### 8. Office Rules

The Miller Group shall comply with all office rules and regulations, including security requirements, when on Client premises.

### 9. Conflict of Interest

The Miller Group shall not offer or give a gratuity of any type to any Client employee or agent.

### 10. Governing Law

This Agreement shall be construed and enforced in accordance with the laws of the State of Anystate.

### 11. Entire Agreement and Notice

This Agreement contains the entire understanding of the parties and may not be amended without the specific written consent of both parties. Any notice given under this Agreement shall be sufficient if it is in writing and if sent by certified or registered mail.

IN WITNESS WHEREOF,

Client and The Miller Group have duly executed this Agreement as of the day and year first above written.

THE MILLER GROUP

By _____

Name: _JOHN G. MILLER_

Title: _Owner_

Date: _8/15/98_

CLIENT COMPANY, INC.

By: _Robert C. Hill_

Name: _ROBERT C. HILL_

Title: _SUPT. OF SCHOOLS_

Date: _8/24/90_

## AGREEMENT

Agreement entered into effective the 21st day of December, 1998, by and between **SPRINGFIELD SCHOOL DISTRICT NO. 186**, a body corporate and politic with principal offices at 1900 West Monroe, Springfield, Illinois ("District") and **THE MILLER GROUP**, with offices at 1028 S. Second St., Springfield, Illinois ("Miller"), WITNESSETH:

WHEREAS, District desires to develop a flexible and expandable internet-based information system that can be maintained on an economical basis; and

WHEREAS, Miller has the experience and expertise to design and guide the development of such system on a District-wide basis; and

WHEREAS, District desires to retain the consulting services of Miller to design and develop such system, and Miller is willing to perform such services in accordance with the terms and conditions hereinafter set forth.

NOW THEREFORE, in consideration of the mutual promises and covenants herein provided, the parties hereto agree as follows:

1.    **Term of Agreement.**    This Agreement shall commence effective December 21, 1998, and shall remain in effect until such time as design, development and implementation of the aforesaid flexible and expandable internet-based information system (the "System") has been completed, unless this Agreement shall be earlier terminated pursuant to the provisions of Section 7 hereof.

2.    **Scope of Services.**    Miller shall design and guide the development and implementation of the System to support District's faculty and staff for internal uses and to facilitate external access to specified data and information.  Features of the System shall include:  use of

**EXHIBIT**

_C_

(one for data base application development and serving and the other for web connectivity serving), up to four Apple Macintosh G3 computers for desktop development and up to two Apple Macintosh G3 Power Computers. Upon issuance of a Certificate of Completion of the System by District, each such Apple Macintosh computer shall become the sole property of Miller. In the event this Agreement shall terminate prior to System completion, then Miller shall return each such Apple Macintosh computer to District.

District shall further acquire all necessary software to facilitate Miller's development of System applications hereunder, which software shall remain the sole property of District.

6.    **Termination of Consulting Services.**    District shall review development progress hereunder on a monthly basis, and shall have the right to terminate this Agreement at any time if it is not satisfied with development progress or the pace of System development. In the event District shall elect to terminate this Agreement, it shall give written notice to the Miller Group of its intention to do so at the address set forth above, and shall identify in such notice the reason or reasons for the proposed termination of services. Miller shall then have 30 days from the date of such notice to resolve to District's satisfaction any such identified reasons or problems with performance. If Miller is unable to resolve any such reasons or problems to District's satisfaction, then the Agreement shall terminate 30 days from the notice date and Miller shall be paid for all services rendered through the date of termination.

7.    **Non-Disclosure Agreement.**    Miller acknowledges that all personal information in respect to District students and their families and in respect to District employees and agents shall be considered confidential, and agrees that The Miller Group, its agents, employees and affiliates shall not disclose any such confidential information to third parties without the prior written consent of District.

3

8.   **Ownership of Applications and Software Solutions.**   Any and all applications and software solutions developed hereunder shall be the property of Miller, provided, however, that Miller shall pay to District Ten Percent (10%)  (or such other percentage fee as the parties shall negotiate to their mutual satisfaction on a case-by-case basis) of the service revenues generated by Miller for developing similar applications and software solutions and rendering the same or similar services to any third party.  For purposes of this section, "Miller" shall include any affiliated or successor enterprise or business.

9.   **Assignment.**   This Agreement shall not be assigned by either party without the prior written consent of the other party.

10.   **Governing Law.**   Any disputes or claims arising under this Agreement shall be governed by the laws of the State of Illinois.

11.   **Entire Agreement.**   This Agreement represents the entire agreement of the parties and it expressly supersedes all previous written and oral communications between the parties.  No amendment, alteration or modification of this Agreement shall be valid unless executed in writing by authorized signatories of both parties.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed in duplicate counterpart original by their duly authorized representatives to be effective as of the date and year first above written.

THE MILLER GROUP,

By: _____

SPRINGFIELD SCHOOL DISTRICT NO. 186,

By: _____

Attest: _____

December 16, 1999mm:F:\WPWIN40\DIST199-GED\MILLER.OK.AGR

4

**E-FILED**
~~Friday, 08 October, 2004 04:14:47 PM~~
Clerk, U.S. District Court, ILC[

### CENTURY CONSULTANTS LTD.
### 300 MAIN STREET
### LAKEWOOD, NEW JERSEY 08701
### (908) 363-9300

## *STAR BASE COMPUTER PACKAGE LICENSE*

**REVISED 9/25/95**

**DATE:**     September 13, 1995 RMH          **SITE LICENSE NO: CCL-202**

**LICENSEE:** Springfield Public School District #T68  186

**LOCATION OF USE:**     Same

**ADDRESS:**   530 West Reynolds Street

**CITY:** Springfield               **STATE:** Illinois          **ZIP CODE:** 62702

CENTURY CONSULTANTS LTD. ("CENTURY"), by its acceptance hereof, grants to the Licensee named above ("LICENSEE"), for its payments of the license fee and upon the terms and conditions hereinafter stated, a non-exclusive and non-transferable license to use the following listed software package (the "PACKAGE"). This license is governed by the terms and definitions contained in the Software Package Pricing and Support Policies marked EXHIBIT 'A', attached hereto, and made a part hereof.

**PACKAGE WILL BE INSTALLED ON THE FOLLOWING EQUIPMENT: NCR 3455**
**OPERATING SYSTEM: AT&T Unix          ORACLE LEVEL: 140 User**
**STUDENT POPULATION: 15,500**
**SOFTWARE DISTRIBUTION MEDIA: Tape**
**SOFTWARE PACKAGE AND LICENSE FEE\*: See Attached Exhibit 'B'**

**CONTRACT ACCEPTED BY LICENSEE:**

_Robert C. Hill_                                    **DATE:** _10/18/95_
(LICENSEE'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. Dean  President_                          **DATE:** _10/28/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

\*SOFTWARE LICENSE FEES ARE EXCLUSIVE OF TRAVEL EXPENSES OF CENTURY CONSULTANTS' EMPLOYE[
(TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.

**EXHIBIT**
**D**

PAGE 1 OF 6

**Confidential**
**Attorneys' Eyes Only**                                    Century 0196

## *STAR_BASE COMPUTER PACKAGE LICENSE*

### TERMS AND CONDITIONS

1.  **PACKAGE DELIVERY AND MAINTENANCE** - **CENTURY** shall furnish the package to the licensee on the media designated herein and shall maintain the version of the package furnished free of charge for the term of ninety (90) days (excluding upgraded existing software - see paragraph 5. PACKAGE SUPPORT) which shall commence on the later of the date the module is delivered to the Licensee, or the date the Licensee commences training, if training is contracted by Licensee.

2.  **PAYMENT**- Twenty percent (20%) of the license fee shall be paid on the execution of this license by the Licensee. Eighty percent (80%) of the license fee will be billed on delivery of package. All invoices must be paid within thirty (30) days after receipt of invoice. At the option of **CENTURY**, unpaid balances more than thirty (30) days overdue may accrue interest at the rate of 1.5% per month or, if less, the maximum rate allowed by law.

3.  **TAXES** - The license fee does not include any taxes, however designated and whether levied or based on the package, its use, the license fee, or this agreement. Any taxes, or amounts in lieu thereof or interest thereon paid or payable by **CENTURY**, except for personal property taxes and taxes based on net income, shall be borne by Licensee, and paid by Licensee upon presentation of invoice.

4.  **LICENSE TERM** - This license agreement shall remain in effect until such time as it is terminated pursuant to paragraph 9 herein.

5.  **PACKAGE SUPPORT** - **CENTURY** will offer an optional Annual Maintenance Service to take effect ninety (90) days from the package delivery date. Existing software upgraded due to enhancements, change in computer processor or level usage will be considered a continuation of use and excluded from the 90-day warranty policy. All other support will be contracted on a time and material basis at **CENTURY'S** then current system service rate plus expenses.

6.  **WARRANTY** - **CENTURY** warrants that the package will be free from any known errors when delivered. Except as provided above, **THE PACKAGE IS PROVIDED ON AN 'AS IS' BASIS, AND THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.** Licensee shall be solely responsible for the selection, use, efficiency and suitability of the package and **CENTURY** shall have no liability therefor. **CENTURY** shall have no liability to Licensee for the infringement of proprietary rights by the package or any portions thereof.

7.  **ALTERATION OF PROGRAM** - In the event the Licensee changes or in any manner alters the package without the express written authority of **CENTURY**, all warranties by and obligations of **CENTURY** hereunder shall terminate and **CENTURY** may terminate this license pursuant to paragraph 9 hereof. Licensee is responsible for and shall indemnify and hold **CENTURY** harmless from and against any damages incurred by **CENTURY** arising out of such unauthorized alteration.

8.  **CONFIDENTIALITY** - (A) The package and any permitted copies contain valuable trade secrets of **CENTURY** and shall at all times remain the property of **CENTURY**; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package

PAGE 2 OF 6

Confidential
Attorneys' Eyes Only

# STAR_BASE COMPUTER PACKAGE LICENSE

## TERMS AND CONDITIONS

8. **CONFIDENTIALITY** (CONTINUED)

or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by **CENTURY** in writing. Licensee shall permit **CENTURY** representatives to inspect any location in which the package is being used at all times for the purpose of determining that Licensee is not in default of this agreement. (B) Licensee may prepare backup or archival copies of the Package for Licensee's use only. Except for such copies, Licensee may not reproduce the package except in accordance with the written permission of **CENTURY**, and upon terms and conditions specified by **CENTURY**. Any such copies shall remain the property of **CENTURY** as provided in paragraph 8. (A) above.

9. **TERMINATION** - In the event that Licensee should default in the performance of any obligation on its part to be performed or make an assignment for the benefit of creditors, or should any proceeding be instituted by or against Licensee under any provisions of the Federal Bankruptcy Code, or any State Law for liquidation, dissolution or the appointment of a custodian or receiver, **CENTURY** may terminate this license without prejudice to its right to collect any amount then due, its damages and any further relief to which it may be entitled. In the event of termination, Licensee shall thereafter cease to use the Package and any related materials or any copies thereof and shall promptly delete the Package from its library and return to **CENTURY** the Package, any material associated therewith and all copies. In the event of termination, **CENTURY** shall have no obligation to refund any amount paid by Licensee.

10. **ASSIGNMENT** - This license or any rights thereunder may not be assigned or sublicensed by Licensee without the prior written consent of **CENTURY**. **CENTURY** retains the sole and absolute right to refuse to consent to such assignment or sublicensing for any reason or for no reason.

11. **LIMITATION OF LIABILITY** - (A) In no event shall **CENTURY** be liable to Licensee for any indirect, special or consequential damages or lost profits arising out of or related to this Computer Package License or the performance or breach hereof, even if **CENTURY** has been advised of the possibility thereof. **CENTURY'S** liability to Licensee hereunder, if any , shall in no event exceed the total of the license fees paid to **CENTURY** hereunder by Licensee. (B) In no event shall Licensor be liable to Licensee for any damages resulting from or related to any failure of the software products, including, but not limited to, loss of data or delay of **CENTURY** in the delivery of the package or in the performance of service under this License Agreement or related agreements.

12. **NOTICES** - Any notice of communication given or required to be given under this agreement shall be in writing and shall be deemed to have been given when mailed by certified mail, return receipt requested, postage prepaid, to the other party at the address contained herein.

13. **APPLICABLE LAW** - In the event that any one or more of the provisions contained in this agreement shall for any reason be held to be unenforceable in any respect under the laws of any state, or of the United States of America, such unenforceable provisions shall not affect any other provisions of this agreement, but this agreement shall be construed as if such unenforceable provisions had never been contained herein. All questions of enforceability and interpretations which may arise under this agreement shall be determined by the laws of the State of ILLINOIS.

PAGE 3 OF 6

**Confidential**
**Attorneys' Eyes Only**

# STAR_BASE COMPUTER PACKAGE LICENSE

## TERMS AND CONDITIONS

14.    **APPLICABLE LAW** – This agreement and the attachments, if any, hereto constitute the entire agreement of the parties and supersedes all prior agreements, understandings, negotiations and proposals. No other licenses or rights are herein granted other than those specifically granted herein and no other representations, commitments, guarantees or statements shall be binding on either party. This agreement and the attachments hereto shall not be deemed or construed to be modified, amended, rescinded, canceled or waived in whole or in part, except by written agreement duly executed by both parties.

### END OF COMPUTER PACKAGE LICENSE

PAGE 4 OF 6

**Confidential**
**Attorneys' Eyes Only**

Century 0199

# SOFTWARE PACKAGE PRICING AND SUPPORT POLICIES

## EXHIBIT 'A'

THE FOLLOWING PRICING AND SUPPORT POLICIES ARE EFFECTIVE JANUARY 1, 1991 AND SUPERSEDE ALL PREVIOUS PRICING AND SUPPORT POLICIES.

### LICENSE FEES:

These one-time fees license the Licensee to use the **CENTURY** proprietary software for the term and at the location specified on the **CENTURY** License Agreement. The Licensee does not "own" this software and cannot propagate the programs to any other system. The license fee also entitles the LICENSEE to the first ninety (90) days of software maintenance support at no additional cost.

### INSTALLATION:

All package installations will be on a contract basis at **CENTURY'S** current system services rate, plus incurred travel expenses, unless otherwise specified by an officer of **CENTURY**. The installation process will not be required if **CENTURY** in its discretion agrees that the Licensee has the adequate staff expertise to provide their own installation.

### MODIFICATIONS AND ENHANCEMENTS:

**CENTURY** will discuss any special needs the Licensee has for customized reports and/or program enhancements. **CENTURY** reserves the right to refuse to do any or all system changes. Any modifications and/or enhancements **CENTURY** agrees to perform will be on a contract basis at **CENTURY'S** then current system services rate and must be contracted separately prior to initiation of the work.

### SOFTWARE MAINTENANCE (CUSTOMER SUPPORT):

**CENTURY'S** software maintenance may be extended beyond the warranty period by annual service which entitles the Licensee to the following services:

   1.     Software and documentation updates, available on a scheduled basis;
   2.     Unlimited telephone consultations during normal business hours for any procedural or software problem related to **CENTURY** packages.

The annual maintenance service may require the License to have installed the most current release of the **CENTURY** package to be supported. If the Licensee is not on the current package release, **CENTURY** can convert the customer to the current release. This conversion will be performed on a contract basis on a time and material basis at **CENTURY'S** then current system service rate plus expenses.

This annual maintenance service is optional for the License at the current published **CENTURY** software support maintenance rate. All on-site support with or without Annual Maintenance Service is on a contracted basis at **CENTURY'S** then current system services rate plus expenses.

The Licensee may initiate Annual Maintenance Service at any time with the understanding a full year support will be billed to the customer and due to **CENTURY**. Software support calls cannot be handled without Annual Maintenance Service.

### SOFTWARE DISTRIBUTION:

**CENTURY** will distribute the software on magnetic media currently compatible with **CENTURY'S** in-house computer system. The Licensee is responsible for providing **CENTURY** with compatible magnetic media or assuming all costs incurred in converting the software to the user's magnetic media.

PAGE 5 OF 6

Confidential
Attorneys' Eyes Only

Century 0200

# PAYMENT SCHEDULE

## EXHIBIT 'B'

**LICENSEE:  SPRINGFIELD PUBLIC SCHOOL DISTRICT #168**

**STAR_BASE APPLICATION SOFTWARE:**

| STUDENT APPLICATIONS | GRAPHICAL CLIENT/SERVER SERIES |
|---|---|
| DEMOGRAPHICS | TEACHER PROCESSES |
| MEDICAL | PICTURE VERIFICATION |
| DAILY ATTENDANCE | COUNSELOR PROCESSES |
| CLASS/PERIOD ATTENDANCE | CLERICAL PROCESSES |
| DISCIPLINE | |
| MASTER CLASS SCHEDULE OPTIMIZER | |
| SCHEDULING | STANDARD INTERFACES |
| GRADE BOOK | |
| INTERIM REPORTING | SCANNER: |
| GRADE REPORTING | COURSE REQUESTS |
| ACADEMIC HISTORY | GRADE REPORTING |
| TESTING: | HOMEROOM ATTENDANCE |
| HISTORY | CLASS/PERIOD ATTENDANCE |
| OBJECTIVES | INTERIM REPORTING |
| EVALUATION | |
| QUESTION BANK | BUSING |
| IEP/SPECIAL EDUCATION | DIALERS |
| CENSUS | |
| STUDENT FEES | |

| | |
|---|---|
| STAR_BASE APPLICATION SOFTWARE: | $77,550.00 |
| LESS DISCRETIONARY DISCOUNT | $ 3,000.00 |
| TOTAL APPLICATION SOFTWARE: | $74,550.00 |

**DATABASE TOOLS**

| | |
|---|---|
| ORACLE 140 USER RUNTIME | $49,000.00 |
| ORACLE RDBMS 20 USER FULL DEVELOPMENT | 10,000.00 |
| ORACLE TOOLS 20 USER DEPLOYMENT | 5,600.00 |
| ORACLE TOOLS 2 USER FULL DEVELOPMENT | 5,640.00 |
| ORACLE DATA QUERY 16 USER RUNTIME | 8,000.00 |
| SQL*NET 64 USER RUNTIME | 4,800.00 |
| TOTAL DATABASE TOOLS | $83,040.00 |

## TOTAL LICENSE AGREEMENT        $157,590.00

**PAYMENT TERMS:**

| | |
|---|---|
| 20% UPON SIGNING OF CONTRACT | $ 31,508.00 |
| 80% UPON DELIVERY OF SOFTWARE | $126,032.00 |

PRICES EXCLUDE TRAVEL EXPENSES OF CENTURY EMPLOYEES
(TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.

PAGE 6 OF 6

Confidential
Attorneys' Eyes Only

# *STAR_BASE COMPUTER PACKAGE LICENSE*

## ORACLE RIDER
## FULL USE VERSION

**LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #168** *186*
**DATE OF COMPUTER PACKAGE LICENSE: SEPTEMBER 13, 1995**
**COMPUTER PROGRAM LICENSE NUMBER: CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern.

For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to use the Full Use Programs, which are unaltered program versions with all functions intact so as to give the Licensee the ability to create application programs for its own use only on a single designated central processing unit ("CPU") for the Licensee's own internal data processing only;

2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of CPU malfunction and single backup for archival copies;

3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;

4. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;

5. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;

6. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;

7. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;

8. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this _25_ Day of _October_, 199_5_

LICENSEE:

_Robert C. Hill_                                   DATE: _10/10/95_
(AUTHORIZED SIGNATURE AND TITLE)
CENTURY CONSULTANTS LTD.

_Joseph M. Nigan President_                        DATE: _10/28/95_
(AUTHORIZED SIGNATURE AND TITLE)

**Confidential**
**Attorneys' Eyes Only**

# STAR_BASE COMPUTER PACKAGE LICENSE
## ORACLE RIDER
## RUNTIME VERSION

**LICENSEE:    SPRINGFIELD PUBLIC SCHOOL DISTRICT #168 / 86**
**DATE OF COMPUTER PACKAGE LICENSE: SEPTEMBER 13, 1995**
**COMPUTER PROGRAM LICENSE NUMBER:  CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern.

For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to restrict its use of the Program to object code form on a single designated central processing unit ("CPU") for the Licensee's own internal data processing only;
2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of CPU malfunction and single backup for archival copies;
3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;
4. Licensee agrees that it shall not use the Program for any purpose outside the scope of the Computer Package License;
5. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;
6. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;
7. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;
8. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this _28_ Day of _October_, 199_5_

LICENSEE:

_Robert C. Hill_
(AUTHORIZED SIGNATURE AND TITLE)                    DATE: _10/18/95_
CENTURY CONSULTANTS LTD.

_Joseph M. Brian, President_
(AUTHORIZED SIGNATURE AND TITLE)                    DATE: _10/28/95_

**Confidential**
**Attorneys' Eyes Only**                                    Century 0203

## STAR_BASE COMPUTER PACKAGE LICENSE
### ORACLE RIDER
### RUNTIME VERSION

**LICENSEE:    SPRINGFIELD PUBLIC SCHOOL DISTRICT #168 / 86**
**DATE OF COMPUTER PACKAGE LICENSE: SEPTEMBER 13, 1995**
**COMPUTER PROGRAM LICENSE NUMBER: CCL-202**

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern.

For purposes of this Rider, the Term "Program" ·'        · to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee a~

How About white?

1.    Li              bject code form on a single designated
      cen             ternal data processing only;
2.    Lic             Program except for temporary transfer
      in th           rival copies;
3.    Licei           sharing or rental of the Program;
4.    Licen.          y purpose outside the scope of the
      Compi
5.    Licens          verse engineering, disassembly or
      decomp.
6.    Licensee        to the terms and conditions of
      CENTUF          's a third party beneficiary of the
      Computer        ghts and privileges running to
      CENTUR'         and this Rider, shall run in favor of
      ORACLE;
7.    Licensee ag         ... publish the results of any bench mark tests run on the Programs
      without the a      ... consent of CENTURY;
8.    Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9.    Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this 28 Day of October , 1995.

LICENSEE:

_____        DATE:_____
(AUTHORIZED SIGNATURE AND TITLE)
CENTURY CONSULTANTS LTD.

_____        DATE: 10/30/95
(AUTHORIZED SIGNATURE AND TITLE)

**Confidential**
**Attorneys' Eyes Only**

Century 0204

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**    95-173

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 /186
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

CENTURY warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall CENTURY be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
CENTURY; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit CENTURY
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                              DATE: _9/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. Algozi President_                  DATE: _10/20/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0205

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**    September 18, 1995

**CONTRACT #: 95-173**

**CUSTOMER:   Springfield Public SD #168**          **CONTACT: Mr. Henry Stuckey**


**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

**Convert student information from the previously used system. Data to be converted includes:**

| | | |
|---|---|---|
| (1) | Student Demographic Information | $5,000.00 |
| (2) | Teacher Master Information | $1,500.00 |
| (3) | Course Master Information | $1,500.00 |
| (4) | High School Schedule or Request Information (depending on time of conversion) | $3,000.00 |

### CONTRACT NOTES

Data to be converted must be provided on a media format compatible with existing equipment at Century's offices. File layouts and descriptions should also be provided to allow for more accurate data conversion.

The data supplied by the client will be converted "AS IS". Century cannot be responsible for the accuracy of the data format and content.

Subsequent modifications to the original source data made after delivery of the source data to Century will not be reflected in the conversion data delivered. Additional conversions of modified data may be considered part of additional contracts.

The goal of this service is to limit the amount of operator level data maintenance at the client site upon delivery of the data. For certain reasons, outside of Century's control, it is unlikely that operator level maintenance will be completely eliminated.

### TOTAL SERVICE COST:          $11,000.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

Century 0206

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-173

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50% UPON COMPLETION OF EACH CONVERSION
### (To be billed incrementally)

## TOTAL CONTRACT:          $11,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

**Confidential**
**Attorneys' Eyes Only**

Century 0207

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**     95-174

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 *186*
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                              DATE: _10/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD.:**

_Joseph M. Wagner President_                  DATE: _10/23/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

**Confidential**
**Attorneys' Eyes Only**

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**         September 18, 1995

**CONTRACT #: 95-174**

**CUSTOMER:**   Springfield Public SD #168         **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

**Seventy-six (76) days onsite assistance and training.**

**TOTAL SERVICE COST:**         **$38,000.00**

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED
CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED
CONTRACT OR PURCHASE ORDER NUMBER.

**Confidential**
**Attorneys' Eyes Only**                         **Century 0209**

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**       September 18, 1995

**CONTRACT #:**    95-174

**CUSTOMER:**    Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50% UPON COMPLETION OF EACH ONSITE DAY
### (To be billed incrementally)

### TOTAL CONTRACT:    $38,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE.  AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Confidential
Attorneys' Eyes Only

Century 0210

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**      95-175

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 / *FG*
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_____*Robert C. Hill*_____                    DATE:__*10/0/95*__
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_____*Joseph M. Ahearn (President)*_____          DATE: _*10/28/95*_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

**Confidential**
**Attorneys' Eyes Only**

## *SYSTEM SERVICE AGREEMENT*

## <u>EXHIBIT 'A' - SERVICES</u>

**DATE:**         September 18, 1995

**CONTRACT #:** 95-175

**CUSTOMER:**  Springfield Public SD #168                    **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) CUSTOMIZE THE STANDARD STAR_BASE REPORT CARD PRINT PROGRAM TO
PRINT IN THE FORMAT USED BY THE CLIENT.                      $750.00
(2) PRODUCE AN END-OF-YEAR GRADE LABEL IN THE FORMAT USED BY THE CLIENT
TO EMULATE THE LABELS CURRENTLY BEING AFFIXED TO TRANSCRIPT
RECORDS BY THE CLIENT.                                       $750.00
(3) ALLOW FOR THE MAINTENANCE OF COURSE WEIGHTING ON AN INDIVIDUAL
STUDENT LEVEL BY MARKING PERIOD.                             $1500.00
(4) MODIFY THE STANDARD GRADE POINT AVERAGE CALCULATION
PROGRAM TO USE THE FORMULA AND WEIGHTING FACTORS DEFINED BY THE
DISTRICT.                                                    $750.00

### <u>CONTRACT NOTES</u>

A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the modifications.

The programs will be developed in and supported under Oracle Version 7 toolset which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### <u>TOTAL SERVICE COST:</u>        <u>$3,750.00</u>

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED
CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED
CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

Century 0212

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**     September 18, 1995

**CONTRACT #:**  95-175

**CUSTOMER:**  Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF EACH MODIFICATION**
(To be billed incrementally)

## TOTAL CONTRACT:    $3,750.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Confidential
Attorneys' Eyes Only

Century 0213

### CENTURY CONSULTANTS LTD.
### 300 MAIN STREET
### LAKEWOOD, NEW JERSEY 08701
### (908) 363-9300

## *SYSTEM SERVICE AGREEMENT*

**DATE:**         **September 18, 1995**
**CONTRACT #:**   **95-176**

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #168  / 86
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_                                    **DATE:** 10/19/95
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. Sloan, President_                        **DATE:** 10/25/95
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0214

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'A' - SERVICES

**DATE:**          **September 18, 1995**

**CONTRACT #: 95-176**

**CUSTOMER:**  **Springfield Public SD #168**          **CONTACT: Mr. Henry Stuckey**


### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

**(1) Modify the standard grade scan page build, print input and update routines to process the form used by the district.**

#### CONTRACT NOTES

**A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.**

**The original functions of the standard program will be included in the customized programs. Any modification or addition to the functions of the programs may be considered part of a separate contract(s).**

**The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE\*FORMS V3.0 and ORACLE\*REPORTS V1.1.**

### TOTAL SERVICE COST:          $1,500.00

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0215

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**            September 18, 1995

**CONTRACT #:**    95-176

**CUSTOMER:**    Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF MODIFICATION**

**TOTAL CONTRACT:**     $1,500.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

### CENTURY CONSULTANTS LTD.
### 300 MAIN STREET
### LAKEWOOD, NEW JERSEY 08701
### (908) 363-9300

## *SYSTEM SERVICE AGREEMENT*

**DATE:**             September 18, 1995
**CONTRACT #:**    95-177

CENTURY CONSULTANTS LTD., hereinafter referred to as CENTURY, agrees to furnish and
Springfield Public School District #568 *186*
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

CENTURY warrants that the SERVICES will be performed in a skillful and professional manner. CENTURY'S
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall CENTURY be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
CENTURY; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit CENTURY
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_____          DATE: *10/18/95*
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD.:**

_____          DATE: _____
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

**Confidential**
**Attorneys' Eyes Only**

# *SYSTEM SERVICE AGREEMENT*

## <u>EXHIBIT 'A' - SERVICES</u>

**DATE:**        September 18, 1995

**CONTRACT #:** 95-177

**CUSTOMER:**  Springfield Public SD #168                **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) **Modify the Address Maintenance screen to include routines to maintain a beginning and ending effective date. The beginning date will default to the system date.**                **$1500.00**

(2) **Develop a new program to print mailing and return mailing address information on continuous form envelope. Develop a mailing address label print program.**
                **$1500.00**

### <u>CONTRACT NOTES</u>

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs. Any modification or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### <u>TOTAL SERVICE COST</u>:        <u>$3,000.00</u>

**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

Century 0218

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-177

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN
EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50% UPON COMPLETION OF EACH MODIFICATION
#### (To be billed incrementally)

### TOTAL CONTRACT:     $3,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID
BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE
MAXIMUM ALLOWED BY LAW.

Confidential
Attorneys' Eyes Only

Century 0219

E-FILED
Friday, 08 October, 2004  04:15:32 PM
Clerk, U.S. District Court, ILCD

### CENTURY CONSULTANTS LTD.
### 300 MAIN STREET
### LAKEWOOD, NEW JERSEY 08701
### (908) 363-9300

## SYSTEM SERVICE AGREEMENT

**DATE:**          September 18, 1995
**CONTRACT #:**    95-178

CENTURY CONSULTANTS LTD., hereinafter referred to as CENTURY, agrees to furnish and
Springfield Public School District #186 /86
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

CENTURY warrants that the SERVICES will be performed in a skillful and professional manner. CENTURY'S
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall CENTURY be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
CENTURY; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit CENTURY
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

### CONTRACT ACCEPTED BY CUSTOMER:

_Robert C. Hill_                                      DATE: _10/18/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

### CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_Joseph M. Alean  President_                         DATE: _10/28/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

Century 0220

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**         September 18, 1995

**CONTRACT #: 95-178**

**CUSTOMER:   Springfield Public SD #168**                    **CONTACT: Mr. Henry Stuckey**


**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:


(1) **Customize the standard Star_Base schedule print program to print in the format used by the client.**                              **$1500.00**

(2) **Modify the class maintenance routines to disallow the multiple assignment class rooms during concurrent periods.  Allow for the override of this restriction based on operator level security.**                    **$1500.00**


### CONTRACT NOTES

**A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the modifications.**

**The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE\*FORMS V3.0 and ORACLE\*REPORTS V1.1.**


## TOTAL SERVICE COST:          **$3,000.00**


**\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\***

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0221

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-178

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50%  UPON COMPLETION OF EACH MODIFICATION
#### (To be billed incrementally)

### TOTAL CONTRACT:          $3,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Confidential
Attorneys' Eyes Only

Century 0222

### CENTURY CONSULTANTS LTD.
### 300 MAIN STREET
### LAKEWOOD, NEW JERSEY 08701
### (908) 363-9300

## *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**    95-179

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 /86
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_____     DATE: 10/8/95
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_____     DATE: 10/27/95
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'A' - SERVICES

**DATE:**        **September 18, 1995**

**CONTRACT #: 95-179**

**CUSTOMER:   Springfield Public SD #168**                    **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

**Modify the standard Interim/Deficiency scan page build, print, input and update routines to process the form used by the district.**

### CONTRACT NOTES

A sample batch of forms should  be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs.   Any modification or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        **$1,500.00**

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0224

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-179

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

50% UPON SIGNING OF CONTRACT

50% UPON COMPLETION OF MODIFICATION

## TOTAL CONTRACT:     $1,500.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

Century 0225

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## SYSTEM SERVICE AGREEMENT

**DATE:**          **September 18, 1995**
**CONTRACT #:**    **95-180**

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #168 *186*
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' -
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

## CONTRACT ACCEPTED BY CUSTOMER:

_____*Robert C. Hill*_____    **DATE:** *10/18/95*
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

## CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_____*Joseph M. Sliwa President*_____    **DATE:** *11/28/95*
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

**Confidential**
**Attorneys' Eyes Only**

Century 0226

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**         **September 18, 1995**

**CONTRACT #: 95-180**

**CUSTOMER:   Springfield Public SD #168**            **CONTACT: Mr. Henry Stuckey**

**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

**Customize the standard Star_Base Deficiency (Progress Report) print program to print in the format used by the client.**

### CONTRACT NOTES

**A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.**

**The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE\*FORMS V3.0 and ORACLE\*REPORTS V1.1.**

### TOTAL SERVICE COST:        $1,500.00

\*\* TRAVEL EXPENSES BILLED SEPARATELY\*\*

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only                        Century 0227

## *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**    95-180

**CUSTOMER:**      Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

### 50% UPON SIGNING OF CONTRACT

### 50%  UPON COMPLETION OF MODIFICATION

### TOTAL CONTRACT:          $1,500.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

Century 0228

## CENTURY CONSULTANTS LTD.
### 300 MAIN STREET
### LAKEWOOD, NEW JERSEY 08701
### (908) 363-9300

# *SYSTEM SERVICE AGREEMENT*

**DATE:**          September 18, 1995
**CONTRACT #:**    95-181

CENTURY CONSULTANTS LTD., hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #Ð6Œ /86
530 West Reynolds Street
Springfield, Illinois 62702

hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' - SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

CENTURY warrants that the SERVICES will be performed in a skillful and professional manner. CENTURY'S obligation is limited to correcting any error in any developed or modified program or routine as appears within sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing all descriptions and representations relating to the SERVICES. In no event shall CENTURY be liable for special or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of CENTURY; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to maintain the confidentiality of the said program or product, but not less than that employed to protect its own proprietary information unless otherwise agreed by CENTURY in writing. CUSTOMER shall permit CENTURY representatives to inspect any location in which the program is being used at all reasonable times for the purpose of determining that CUSTOMER is not in default of this agreement.

## CONTRACT ACCEPTED BY CUSTOMER:

_____          DATE: 10/18/95
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

## CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:

_____          DATE: 10/28/95
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

**Confidential**
**Attorneys' Eyes Only**

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #:** 95-181

**CUSTOMER:**   Springfield Public SD #168          **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) **Develop routines to input and update Elementary School Test information (50 Questions).**                                        **$1000.00**

(2) **Develop routines to input and update Middle and High School Test information (200 Questions).**                               **$1,000.00**

(3) **Develop routines to input and update Performance Test information.**                                              **$1,000.00**

### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs. Any modification or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        $3,000.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

Confidential
Attorneys' Eyes Only

Century 0230

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**        September 18, 1995

**CONTRACT #:**    95-181

**CUSTOMER:**    Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

50% UPON SIGNING OF CONTRACT

50% UPON COMPLETION OF EACH MODIFICATION
(To be billed incrementally)

## TOTAL CONTRACT:     $3,000.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

**CENTURY CONSULTANTS LTD.**
**300 MAIN STREET**
**LAKEWOOD, NEW JERSEY 08701**
**(908) 363-9300**

## *SYSTEM SERVICE AGREEMENT*

**DATE:** September 18, 1995
**CONTRACT #:** 95-182

**CENTURY CONSULTANTS LTD.**, hereinafter referred to as **CENTURY**, agrees to furnish and
Springfield Public School District #186 *186*
530 West Reynolds Street
Springfield, Illinois 62702
hereinafter referred to as CUSTOMER, agrees to pay for the system services specified on EXHIBIT 'A' –
SERVICES attached hereto and made a part hereof and hereinafter referred to as SERVICES.

**CENTURY** warrants that the SERVICES will be performed in a skillful and professional manner. **CENTURY'S**
obligation is limited to correcting any error in any developed or modified program or routine as appears within
sixty (60) days after such has been completed. The foregoing warranty is exclusive of all other warranties, whether
written, oral or implied, and whether of merchantability, fitness or otherwise.

The CUSTOMER agrees to pay for said services as specified on EXHIBIT 'B' - RATE SCHEDULE attached hereto
and made a part hereof. The amount indicated thereon does not include any sales, use or similar taxes, which shall
be borne by the CUSTOMER.

The CUSTOMER accepts the description of the SERVICES set forth on EXHIBIT 'A' - SERVICES as containing
all descriptions and representations relating to the SERVICES. In no event shall **CENTURY** be liable for special
or consequential damages from any cause whatsoever.

Any program developed or the product of any of the SERVICES shall at all times remain the property of
**CENTURY**; and CUSTOMER, by this agreement, acquires no rights in and to the said program or product except
to use the same. CUSTOMER shall not use the said program or product for the benefit of any other party, whether
or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the said
program or product, or any part or modification thereof to any person, and shall take all reasonable precautions to
maintain the confidentiality of the said program or product, but not less than that employed to protect its own
proprietary information unless otherwise agreed by **CENTURY** in writing. CUSTOMER shall permit **CENTURY**
representatives to inspect any location in which the program is being used at all reasonable times for the purpose of
determining that CUSTOMER is not in default of this agreement.

**CONTRACT ACCEPTED BY CUSTOMER:**

_Robert C. Hill_ **DATE:** _10/8/95_
(CUSTOMER'S AUTHORIZED SIGNATURE AND TITLE)

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD:**

_Joseph M. DeSena President_ **DATE:** _10/28/95_
(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)

PAGE 1 OF 3

Confidential
Attorneys' Eyes Only

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #: 95-182**

**CUSTOMER:** Springfield Public SD #168            **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) Provide routines for the printing, input and update of class/period attendance data using
an optical scanner.                                                    $1500.00

(2) Modify the routines listed above to allow for the inclusion of multiple courses that meet during
the same period for a single teacher.                                  $1500.00

(3) Develop a new program that displays the roster of a class period scan sheet allowing for access
by teacher identification number, course code and section or scan sheet page/control number.
                                                                        $1500.00

(4) Modify the teacher schedule display program to display class/period scan page information.
                                                                        $ 750.00

(5) Modify the class/period scan page display screen to display teacher schedule information.
                                                                        $ 750.00

(6) Modify the class/period attendance input/update routine to cease processing if an operator
defined percentage of absences is exceeded.                            $ 375.00

(7) Develop a class/period mass posting routine that will allow for the posting of specific attendance
code based on teacher, course or scan page/control number.             $1000.00

#### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:        $7,375.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

**Confidential**
**Attorneys' Eyes Only**

Century 0233

# SYSTEM SERVICE AGREEMENT

## EXHIBIT 'A' - SERVICES

**DATE:**        September 18, 1995

**CONTRACT #: 95-182**

**CUSTOMER:**  Springfield Public SD #168         **CONTACT: Mr. Henry Stuckey**

### CENTURY CONSULTANTS AGREES TO PERFORM THE FOLLOWING SERVICES:

(1) Provide routines for the printing, input and update of class/period attendance data using an optical scanner.                     $1500.00

(2) Modify the routines listed above to allow for the inclusion of multiple courses that meet during the same period for a single teacher.          $1500.00

(3) Develop a new program that displays the roster of a class period scan sheet allowing for access by teacher identification number, course code and section or scan sheet page/control number.                                $1500.00

(4) Modify the teacher schedule display program to display class/period scan page information.          $ 750.00

(5) Modify the class/period scan page display screen to display teacher schedule information.          $ 750.00

(6) Modify the class/period attendance input/update routine to cease processing if an operator defined percentage of absences is exceeded.          $ 375.00

(7) Develop a class/period mass posting routine that will allow for the posting of specific attendance code based on teacher, course or scan page/control number.          $1000.00

### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.

### TOTAL SERVICE COST:          $7,375.00

** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only

Century 0233

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'B' - RATE SCHEDULE

**DATE:**          September 18, 1995

**CONTRACT #:**   95-182

**CUSTOMER:**     Springfield Public SD #168

THE CUSTOMER AGREES TO PAY CENTURY CONSULTANTS FOR THE SERVICES PROVIDED IN EXHIBIT 'A' - SERVICES ACCORDING TO THE FOLLOWING RATE SCHEDULE:

**50% UPON SIGNING OF CONTRACT**

**50% UPON COMPLETION OF EACH MODIFICATION**
(To be billed incrementally)

### TOTAL CONTRACT:      $7,375.00

**\*\*TRAVEL EXPENSES ARE BILLED SEPARATELY\*\***

ALL INVOICES MUST BE PAID WITHIN THIRTY (30) DAYS AFTER RECEIPT OF INVOICE. AT THE OPTION OF CENTURY, UNPAID BALANCES MORE THAN THIRTY (30) DAYS OVERDUE MAY ACCRUE INTEREST AT THE RATE OF 1.5% PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

PAGE 3 OF 3

Confidential
Attorneys' Eyes Only

# STAR_BASE COMPUTER PACKAGE LICENSE
## ORACLE RIDER
### APPLICATION SPECIFIC LICENSE

**LICENSEE:** SPRINGFIELD PUBLIC SCHOOL DISTRICT #186
**DATE OF COMPUTER PACKAGE LICENSE:** JANUARY 30, 2001
**COMPUTER PROGRAM LICENSE NUMBER:** CCL-202

In the event the above captioned Computer Package License comprises a sublicense of programs licensed to CENTURY by ORACLE Corporation of Redwood City, California ("ORACLE"), this Rider shall be entered into by CENTURY and Licensee and shall become a part of the above-captioned Computer Package License. In the event of a conflict or inconsistency between the provisions of this Rider and the provisions of the above-captioned Computer Package License, the provisions of this Rider shall govern. For purposes of this Rider, the Term "Program" shall refer to any ORACLE program sublicensed to Licensee by CENTURY.

Licensee and CENTURY agree as follows:

1. Licensee agrees to restrict its use of the Program to object code form on a single designated system for the Licensee's own internal data processing only;
2. Licensee agrees that it shall not transfer or duplicate the Program except for temporary transfer in the event of computer malfunction and single backup for archival copies;
3. Licensee agrees that it shall not enter into assignment, timesharing or rental of the Program;
4. Licensee agrees that it shall not use the Program for any purpose outside the scope of the Computer Package License;
5. Licensee agrees that it shall not cause or permit the reverse engineering, disassembly or decompilation of the Program;
6. Licensee agrees that this Rider is subject in all respects to the terms and conditions of CENTURY'S Agreement with ORACLE, and that ORACLE is a third party beneficiary of the Computer Package License and this Rider, and that all rights and privileges running to CENTURY pursuant to the Computer Package License and this Rider, shall run in favor of ORACLE;
7. Licensee agrees that it shall not publish the results of any bench mark tests run on the Programs without the advance consent of CENTURY;
8. Licensee agrees that CENTURY may have access to its premises at reasonable times and during normal business hours to confirm Licensee's compliance with the terms and provisions of the Computer License and this Rider;
9. Licensee agrees that any unauthorized use of the Program shall constitute cause for immediate termination of the Computer Package License and this Rider.

IN WITNESS WHEREOF, the parties hereto have executed this Rider to Computer Package License effective this _23_ Day of _February_ , 2001.

**LICENSEE:**

_Thomas Stucken, Information Systems_     DATE: _2/19/2001_
(AUTHORIZED SIGNATURE AND TITLE)      Director

**CENTURY CONSULTANTS LTD.:**

_Joseph W. Shvan     President_     DATE: _2/23/01_
(AUTHORIZED SIGNATURE AND TITLE)

12/22/98

**Confidential**
**Attorneys' Eyes Only**

Century 0195

# CENTURY CONSULTANTS LTD.
### 150 AIRPORT ROAD, SUITE 1500
### LAKEWOOD, NEW JERSEY 08701
### (732) 363-9300

## STAR  BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

**DATE:**     **January 30, 2001**                                    **LICENSE NO: 202**

**LICENSEE:**   **SPRINGFIELD PUBLIC SCHOOL DISTRICT 186**

**LOCATION OF USE: SAME**

**ADDRESS:     530 WEST REYNOLDS STREET**

**CITY:  SPRINGFIELD**                        **STATE:  IL**      **ZIPCODE: 62701**

CENTURY CONSULTANTS LTD. ("CENTURY"), by its acceptance hereof, grants to the Licensee named above ("LICENSEE"), for its payments of the license fee and upon the terms and conditions hereinafter stated, a non-exclusive and non-transferable license to use the following listed software package (the "PACKAGE"). This license is governed by the terms and definitions contained in the Software Package Pricing and Support Policies marked EXHIBIT 'A', attached hereto, and made a part hereof.

**PACKAGE WILL BE INSTALLED ON THE FOLLOWING EQUIPMENT**
**DATABASE SERVER:     SUN E 450 480 QUAD          OPERATING SYSTEM: UNIX/SOLARIS**
**ORACLE 8I Power Units:  n/a                      ORACLE 8I: 140 Concurrent Users – GF**

**WEB SERVER:  AMD Duron                            OPERATING SYSTEM: Windows NT**
**ORACLE WEB Power Units:     600                   ORACLE WEB Named Users:  n/a**

**STUDENT POPULATION: 14,000**
**SOFTWARE DISTRIBUTION MEDIA:  CD ROM**
**SOFTWARE PACKAGE AND LICENSE FEE*:  See Attached Exhibit 'B'**
**NOTE:  CITRIX TERMINAL SERVER TECHNOLOGY NOT SUPPORTED BY CENTURY**

**CONTRACT ACCEPTED BY LICENSEE:**

_Thomas Stickley, INFORMATION Systems Director_   DATE: _2/19/2001_
**(LICENSEE'S AUTHORIZED SIGNATURE AND TITLE)**

**CONTRACT ACCEPTED BY CENTURY CONSULTANTS LTD.:**

_Joseph M. Ochean President_                          DATE: _2/23/01_
**(CENTURY'S AUTHORIZED SIGNATURE AND TITLE)**

*SOFTWARE LICENSE FEES ARE EXCLUSIVE OF TRAVEL EXPENSES OF CENTURY CONSULTANTS' EMPLOYEES
(TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.

PAGE 1 OF 6

**Confidential**
**Attorneys' Eyes Only**                          Century 0189

## *STAR BASE COMPUTER PACKAGE LICENSE*
## *STUDENT MANAGEMENT*

### *TERMS AND CONDITIONS*

1.  ***PACKAGE DELIVERY AND MAINTENANCE*** *- CENTURY shall furnish the package to the licensee on the media designated herein and shall maintain the version of the package furnished free of charge for the term of ninety (90) days (excluding upgraded existing software – see paragraph 5. PACKAGE SUPPORT) which shall commence on the date the PACKAGE is delivered to the Licensee.*

2.  ***PAYMENT-*** *PAYMENT- Twenty percent (20%) of the license fee shall be paid on the execution of this license by the Licensee. Eighty percent (80%) of the license fee will be billed on delivery of package. All invoices must be paid within thirty (30) days after receipt of invoice. At the option of CENTURY, unpaid balances more than thirty (30) days overdue may accrue interest at the rate of 1.5% per month or, if less, the maximum rate allowed by law.*

3.  ***TAXES*** *– The license fee does not include any taxes, however designated and whether levied or based on the package, its use, the license fee, or this agreement. Any taxes, or amounts in lieu thereof or interest thereon paid or payable by CENTURY, except for personal property taxes and taxes based on net income, shall be borne by Licensee, and paid by Licensee upon presentation of invoice.*

4.  ***LICENSE TERM*** *– This license agreement shall remain in effect until such time as it is terminated pursuant to paragraph 9 herein.*

5.  ***PACKAGE SUPPORT*** *– CENTURY will offer Annual Maintenance Service to take effect ninety (90) days from the package delivery date. Existing software upgraded due to enhancements, change in computer processor or level usage will be considered a continuation of use and excluded from the 90-day warranty policy. All other support will be contracted on a time and material basis at CENTURY'S then current system service rate plus expenses.*

6.  ***WARRANTY*** *– CENTURY warrants that the package will be free from any known errors when delivered. Except as provided above, THE PACKAGE IS PROVIDED ON AN 'AS IS' BASIS, AND THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Licensee shall be solely responsible for the selection, use, efficiency and suitability of the package and CENTURY shall have no liability therefor. CENTURY shall have no liability to Licensee for the infringement of proprietary rights by the package or any portions thereof.*

7.  ***ALTERATION OF PROGRAM*** *– In the event the Licensee changes or in any manner alters the package without the express written authority of CENTURY, all warranties by and obligations of CENTURY hereunder shall terminate and CENTURY may terminate this license pursuant to paragraph 9 hereof. Licensee is responsible for and shall indemnify and hold CENTURY harmless from and against any damages incurred by CENTURY arising out of such unauthorized alteration.*

8.  ***CONFIDENTIALITY*** *– (A) The package and any permitted copies contain valuable trade secrets of CENTURY and shall at all times remain the property of CENTURY; and Licensee, by this license, acquires no rights in and to the package except the right to use the package at the location indicated herein. Licensee shall not use the package for the benefit of any other party, whether or not for a consideration; shall not sell, rent, loan, disclose, or otherwise communicate or make available the package*

PAGE 2 OF 6

**Confidential**
**Attorneys' Eyes Only**

Century 0190

## STAR BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

### TERMS AND CONDITIONS

8.  **CONFIDENTIALITY** (CONTINUED)
    or any part or modification thereof to any person, and shall maintain the confidentiality of the package, unless otherwise agreed to by CENTURY in writing. Licensee shall permit CENTURY representatives to inspect any location in which the package is being used at all times for the purpose of determining that Licensee is not in default of this agreement. (B) Licensee may prepare backup or archival copies of the Package for Licensee's use only. Except for such copies, Licensee may not reproduce the package except in accordance with the written permission of CENTURY, and upon terms and conditions specified by CENTURY. Any such copies shall remain the property of CENTURY as provided in paragraph 8. (A) above.

9.  **TERMINATION** - In the event that Licensee should default in the performance of any obligation on its part to be performed or make an assignment for the benefit of creditors, or should any proceeding be instituted by or against Licensee under any provisions of the Federal Bankruptcy Code, or any State Law for liquidation, dissolution or the appointment of a custodian or receiver, CENTURY may terminate this license without prejudice to its right to collect any amount then due, its damages and any further relief to which it may be entitled. In the event of termination, Licensee shall thereafter cease to use the Package and any related materials or any copies thereof and shall promptly delete the Package from its library and return to CENTURY the Package, any material associated therewith and all copies. In the event of termination, CENTURY shall have no obligation to refund any amount paid by Licensee.

10. **ASSIGNMENT** - This license or any rights thereunder may not be assigned or sublicensed by Licensee without the prior written consent of CENTURY. CENTURY retains the sole and absolute right to refuse to consent to such assignment or sublicensing for any reason or for no reason.

11. **LIMITATION OF LIABILITY** - (A) In no event shall CENTURY be liable to Licensee for any indirect, special or consequential damages or lost profits arising out of or related to this Computer Package License or the performance or breach hereof, even if CENTURY has been advised of the possibility thereof. CENTURY'S liability to Licensee hereunder, if any , shall in no event exceed the total of the license fees paid to CENTURY hereunder by Licensee. (B) In no event shall Licensor be liable to Licensee for any damages resulting from or related to any failure of the software products, including, but not limited to, loss of data or delay of CENTURY in the delivery of the package or in the performance of service under this License Agreement or related agreements. The intent of the web-based version of Star_Base is solely a browser version of Star_Base that is intranet only and solely under the school district's control. Century assumes no responsibility for the confidentiality of the district's data, nor is Century responsible for the confidentiality of the district's data should the district decide to provide access to their system through the world-wide web.

12. **NOTICES** - Any notice of communication given or required to be given under this agreement shall be in writing and shall be deemed to have been given when mailed by certified mail, return receipt requested, postage prepaid, to the other party at the address contained herein.

13. **APPLICABLE LAW** - In the event that any one or more of the provisions contained in this agreement shall for any reason be held to be unenforceable in any respect under the laws of any state, or of the United States of America, such unenforceable provisions shall not affect any other provisions of this agreement, but this agreement shall be construed as if such unenforceable provisions had never been contained herein. All questions of enforceability and interpretations which may arise under this agreement shall be determined by the laws of the State of New Jersey.

PAGE 3 OF 6

02/12/2003  15:09  7323639374    CENTURY    PAGE  03/08

# STAR  BASE COMPUTER PACKAGE LICENSE
## STUDENT MANAGEMENT

### TERMS AND CONDITIONS

14.    *ENTIRE AGREEMENT* - *This agreement and the attachments, if any, hereto constitute the entire agreement of the parties and supersedes all prior agreements, understandings, negotiations and proposals. No other licenses or rights are herein granted other than those specifically granted herein and no other representations, commitments, guarantees or statements shall be binding on either party. This agreement and the attachments hereto shall not be deemed or construed to be modified, amended, rescinded, canceled or waived in whole or in part, except by written agreement duly executed by both parties.*

### *END OF COMPUTER PACKAGE LICENSE*

PAGE 4 OF 6

**Confidential**
**Attorneys' Eyes Only**

Century 0192

## SOFTWARE PACKAGE PRICING AND SUPPORT POLICIES
### EXHIBIT 'A'

*THE FOLLOWING PRICING AND SUPPORT POLICIES ARE EFFECTIVE JANUARY 1, 1999 AND SUPERSEDE ALL PREVIOUS PRICING AND SUPPORT POLICIES.*

### LICENSE FEES:
*These one-time fees license the Licensee to use the CENTURY proprietary software for the term and at the location specified on the CENTURY License Agreement. The Licensee does not "own" this software and cannot propagate the programs to any other system. The license fee also entitles the LICENSEE to the first ninety (90) days of software maintenance support at no additional cost.*

### INSTALLATION:
*All package installations will be on a contract basis at CENTURY'S current system services rate, plus incurred travel expenses, unless otherwise specified by an officer of CENTURY. The installation process will not be required if CENTURY in its discretion agrees that the Licensee has the adequate staff expertise to provide their own installation. Prior to Star_Base installation, a private telephone line and a modem, connected directly to the host computer, must be operational at the customer's site.*

### MODIFICATIONS AND ENHANCEMENTS:
*CENTURY will discuss any special needs the Licensee has for customized reports and/or program enhancements. CENTURY reserves the right to refuse to do any or all system changes. Any modifications and/or enhancements CENTURY agrees to perform will be on a contract basis at CENTURY'S then current system services rate and must be contracted separately prior to initiation of the work.*

### SOFTWARE MAINTENANCE (CUSTOMER SUPPORT):
*CENTURY'S software maintenance may be extended beyond the warranty period by annual service which entitles the Licensee to the following services:*

1. *Unlimited telephone consultations during normal business hours for any procedural or software problem related to CENTURY Star_Base software (one primary and one secondary district staff member).*
2. *Software updates, available on a scheduled basis;*
3. *Remote dial-in capabilities of your computer system which permits CENTURY to diagnose software issues.*

*Century will provide assistance for any procedural questions regarding Star_Base and the use of Oracle as it relates to Star_Base. Century will provide Oracle updates for the Oracle application specific products purchased through Century, but not restricted Development Tool products (e.g. Discoverer, Developer, etc)*

*CITRIX TERMINAL SERVER TECHNOLOGY IS NOT SUPPORTED BY CENTURY.*

*The annual maintenance service may require the Licensee to have installed the most current release of the CENTURY package to be supported. If the Licensee is not on the current package release, CENTURY can convert the customer to the current release. This conversion will be performed on a contract basis on a time and material basis at CENTURY'S then current system service rate plus expenses.*
*In order to insure successful Star_Base maintenance service, CENTURY requires designated client personnel to participate in Century's prepared and approved Star_Base training. CENTURY may suspend maintenance service in the event trained district personnel are not available to insure the daily operation of Star_Base software.*

### SOFTWARE DISTRIBUTION:
*CENTURY will distribute the software on magnetic media currently compatible with CENTURY'S in-house computer system. The Licensee is responsible for providing CENTURY with compatible magnetic media or assuming all costs incurred in converting the software to the user's magnetic media.*

PAGE 5 OF 6

Confidential
Attorneys' Eyes Only

Century 0193

# *PAYMENT SCHEDULE*

## *EXHIBIT 'B'*

### *LICENSEE: SPRINGFIELD PUBLIC SCHOOL DISTRICT #186*

## *STAR BASE APPLICATION SOFTWARE*

#### *STUDENT MANAGEMENT*

| | |
|---|---|
| *Student Information* | *Grade Book* |
| *Daily Attendance* | *Interim Reporting* |
| *Scheduling* | *Discipline* |
| *Grade Reporting* | *Medical* |
| *Academic History* | *Census* |
| *Class/Period Attendance* | *Special Education* |
| *Testing* | *Master Class Schedule Optimizer* |

#### *STANDARD INTERFACES*

| | |
|---|---|
| *Scanner:* | *Busing* |
| *Course Requests* | |
| *Grade Reporting* | |
| *Homeroom Attendance* | *Dialers* |
| *Class/Period Attendance* | |
| *Interim Reporting* | *Bar Coding* |

*TOTAL STUDENT MANAGEMENT SOFTWARE LICENSE:  N/A*

#### *ORACLE APPLICATION SPECIFIC LICENSE*
*Oracle8i Database Server 140 Concurrent Users – GF    N/A*

*Oracle 8i Application Server (WEB)  600   Power Units:*         *$18,000.00*
*(Reasonable, Unspecified # of Users) PU only*

*TOTAL ORACLE DATABASE LICENSE:*

#### *TOTAL LICENSE AGREEMENT*         *$18,000.00*

*PAYMENT TERMS:*
*50% UPON SIGNING OF CONTRACT*
*50% UPON DELIVERY OF SOFTWARE*

*Cost Proposal Dated   December 12, 2000  made part of this agreement.*

*PRICES EXCLUDE TRAVEL EXPENSES OF CENTURY EMPLOYEES*
*       (TRANSPORTATION/MEALS/LODGING) WHICH WILL BE BILLED SEPARATELY.*
*1/1/2000*

PAGE 6 OF 6

Confidential
Attorneys' Eyes Only

Century 0194

# *SYSTEM SERVICE AGREEMENT*

## EXHIBIT 'A' - SERVICES

**DATE:**       September 18, 1995

**CONTRACT #: 95-177**

**CUSTOMER:**   Springfield Public SD #168          **CONTACT: Mr. Henry Stuckey**


**CENTURY CONSULTANTS** AGREES TO PERFORM THE FOLLOWING SERVICES:

**(1) Modify the Address Maintenance screen to include routines to maintain a beginning and ending effective date. The beginning date will default to the system date.                                  $1500.00**

**(2) Develop a new program to print mailing and return mailing address information on continuous form envelope. Develop a mailing address label print program.                                        $1500.00**


### CONTRACT NOTES

A sample batch of forms should be forwarded to Century by the client to allow for appropriate testing of the modifications.

The original functions of the standard program will be included in the customized programs. Any modification or addition to the functions of the programs may be considered part of a separate contract(s).

The programs will be developed in and supported under Oracle Version 7 tools which consists of ORACLE*FORMS V3.0 and ORACLE*REPORTS V1.1.


### TOTAL SERVICE COST:        $3,000.00


** TRAVEL EXPENSES BILLED SEPARATELY**

CENTURY CONSULTANTS RESERVES THE RIGHT TO CANCEL THIS CONTRACT IF A SIGNED CONTRACT OR PURCHASE ORDER IS NOT RECEIVED WITHIN 30 DAYS OF THE CONTRACT DATE.

SERVICES WILL NOT BEGIN/SOFTWARE WILL NOT BE SHIPPED WITHOUT RECEIPT OF A SIGNED CONTRACT OR PURCHASE ORDER NUMBER.

PAGE 2 OF 3

Confidential
Attorneys' Eyes Only