UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 25, 2007 a copy of Defendants' Joint Supplemental Response to Plaintiff's Request to Produce Documents was placed in an envelope plainly addressed to the following and deposited in the U.S. Mail at Springfield, Illinois with postage fully prepaid:

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701

SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant

By: _____
       One of Its Attorneys

**ALMON A. MANSON, JR.**
Registration No. 1756761
**DANIEL K. WRIGHT**
Registration No. 6284291
BROWN, HAY & STEPHENS, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone (217) 544-8491
Facsimile (217) 544-9609

## PROOF OF SERVICE

The undersigned certifies that a copy of the Certificate of Service was served upon:

Craig S. Hilliard
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543-5315

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
1 W. Old State Capitol Plaza, Suite 600
Springfield, IL 62701

by enclosing the same in envelopes addressed to such persons at their addresses as disclosed by the pleadings of record herein, and by depositing said envelopes in a U.S. Post Office mailbox in Springfield, Illinois, at 5:00 p.m. on this 25th day of July, 2007.