E-FILED
Monday, 03 March, 2008 03:37:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186'S
MOTION FOR LEAVE TO FILE NONDISPOSITIVE MOTION**

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Motion for Leave to File Nondispositive Motion, states as follows:

1. On December 5, 2006, the Court entered an Order which established December 1, 2006 as the deadline for filing nondispositive motions herein. See December 5, 2006 text Order.

2. Following expiration of the above deadline and filing of the parties' Motions for Summary Judgment, District 186 learned that Defendants, John G. Miller and the Miller Group, Inc. (the "Miller Defendants") possessed additional records in respect to their business income and expenses and failed to supplement previous discovery responses prior to the close of discovery herein.

3. District 186 and Century should be afforded the opportunity to thoroughly evaluate the Miller Defendants' financial records and obtain other related information through additional discovery in order to conclusively determine the Miller Defendants' income and expenses associated with the IS3 program.

4.  Additional discovery is essential to proper calculation of Century's potential recovery under the Copyright Act and any "deductible expenses and elements of profit attributable to factors other than the copyrighted work" which amounts will require a corresponding reduction in the measure of damages Century may recover as "profits" obtained by the Miller Defendants from the sale of IS3. See 17 U.S.C. § 504(b).

5.  This Motion is not intended to delay the trial of this matter and the relief requested herein will not prejudice any party.

6.  Accordingly, District 186 respectfully requests leave to file the Motion to Re-Open Discovery and Memorandum in Support thereof attached to this Motion as Exhibits "A" and "B."

WHEREFORE, Defendant, Springfield Public School District 186 respectfully requests that this Honorable Court grant its Motion for Leave to file the attached Motion to Re-Open Discovery and Memorandum in Support thereof together with any further relief the Court deems appropriate.

Respectfully submitted,

SPRINGFIELD PUBLIC SCHOOL
DISTRICT NO. 186, Defendant

By:  /s/Almon A. Manson, Jr.
     One of Its Attorneys

BROWN, HAY & STEPHENS, LLP
Almon A. Manson, Jr.
Registration No. 1756761
Daniel K. Wright
Registration No. 6284291
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

**PROOF OF SERVICE**

I, the undersigned, hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

/s/Almon A. Manson, Jr.