IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186'S
MOTION TO RE-OPEN DISCOVERY**

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Motion to Re-Open Discovery, states as follows:

1. The deadline for completion of fact discovery herein was November 21, 2005. See November 1, 2005 text Order.

2. The Court subsequently extended the deadline to February 28, 2006 for further discovery within the limited scope of Plaintiff's claimed "damages and copyright." See January 13, 2006 text Order.

3. No Final Pre-Trial Conference or Trial dates have been set following the Court's July 13, 2006 Order which cancelled the previously scheduled July 17, 2006 Final Pre-Trial Conference and August 1, 2006 Trial dates.

4. On February 7, 2008, the Honorable Judge Richard Mills granted Century Consultants, Ltd.'s ("Century") Motion for Summary Judgment as to Liability against all Defendants. (Doc. No. 191). The Court's February 7, 2008 Order did not address the claims set

1


EXHIBIT A

forth in Count IV (Misappropriation of Trade Secrets), Count V (Intentional Interference with Contractual Relations) and Count VI (Common Law Unfair Competition) of the First Amended Complaint as Century did not include such claims in its Motion for Summary Judgment as to Liability. (Doc. No. 195).

5. Defendants, John G. Miller and the Miller Group, Inc. (the "Miller Defendants") failed to supplement previous discovery responses and disclose documents relevant to their business income and expenses prior to the close of discovery herein.

6. District 186 and Century should be afforded the opportunity to thoroughly evaluate the Miller Defendants' financial records and obtain other related information through additional discovery in order to conclusively determine the Miller Defendants' income and expenses associated with the IS3 program.

7. Such discovery is essential to proper calculation of Century's potential recovery under the Copyright Act and any "deductible expenses and elements of profit attributable to factors other than the copyrighted work" which amounts will require a corresponding reduction in the measure of damages Century may recover as "profits" obtained by the Miller Defendants from the sale of IS3 pursuant to 17 U.S.C. § 504(b).

8. This Motion is not intended to delay the trial of this matter and the relief requested herein will not prejudice any party.

9. District 186 incorporates the argument and authority set forth in the Memorandum in Support of Motion to Re-Open Discovery attached hereto as Exhibit "A."

WHEREFORE, Defendant, Springfield Public School District 186 respectfully requests that this Honorable Court grant its Motion to Re-Open Discovery together with any further relief the Court deems appropriate.

Respectfully submitted,

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By: /s/Almon A. Manson, Jr.
One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Daniel K. Wright
Registration No. 6284291
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491