IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | No. 2003-CV-3105 |
| ) | |
| v. ) | |
| ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, ) | |
| and the SPRINGFIELD PUBLIC SCHOOL ) | |
| DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, SPRINGFIELD PUBLIC SCHOOL
DISTRICT NO. 186'S STATUS REPORT**

**NOW COMES** Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District 186"), by and through its attorneys, Brown, Hay & Stephens, LLP, and as and for its Status Report pursuant to Magistrate Judge Byron G. Cudmore's Order of February 12, 2008, states as follows:

1.  <u>Additional Proposed Discovery</u>. On March 3, 2008, District 186 filed a motion for leave to file its Motion to Re-Open Discovery herein as to the Defendants, John G. Miller's and the Miller Group, Inc.'s (the "Miller Defendants") "deductible expenses and elements of profit attributable to factors other than the copyrighted work" under Section 504(b) of the Copyright Act. (Doc. No. 192). <u>See</u> 17 U.S.C. § 504(b). District 186's Motion to Re-Open Discovery requests leave to conduct additional discovery in respect to the Miller Defendants' financial records produced prior to the close of discovery as well as certain documents disclosed after expiration of the discovery deadline herein.

Specifically, District 186 seeks leave to retain an expert witness in the field of accounting to analyze such documents and render an opinion as to their effect upon Plaintiff's claimed

damages under the Copyright Act. Additional written discovery and depositions concerning documents relevant to the Miller Defendants' income and expenses may also be necessary. District 186's Memorandum in Support of its Motion to Re-Open Discovery includes the following proposed schedule for completion of additional necessary discovery:

    a.    Sixty days from entry of an order granting District 186's Motion to Re-Open Discovery for identification of any additional expert witnesses;

    b.    Sixty days from expiration of the period set forth in paragraph "a" for completion of any additional written discovery and service of reports of any additional testifying expert witnesses;

    c.    Thirty days from expiration of the period set forth in paragraph "b" for service of reports of any rebuttal witnesses; and

    d.    Sixty days from expiration of the period set forth in paragraph "c" for completion of any additional depositions.

2.    <u>Century's remaining state law claims</u>. As a result of the Court's February 7, 2008 Order which granted summary judgment as to liability in favor of Century on Counts I-III and VII of the First Amended Complaint, the parties are discussing disposition of the remaining state law claims contained in Count IV (Misappropriation of Trade Secrets), Count V (Intentional Interference with Contractual Relations) and Count VI (Common Law Unfair Competition).

3.    <u>Final Pre-Trial Conference and Trial Setting</u>. District 186 proposes a Final Pre-Trial Conference in November, 2008 and a Trial as to damages in January, 2009.

4.    *Motions in Limine*. District 186 proposes that the Final Pre-Trial Conference date be established as the deadline for *motions in limine*.

Respectfully submitted,

**SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By:     /s/Almon A. Manson, Jr.
            One of Its Attorneys

**BROWN, HAY & STEPHENS, LLP**
Almon A. Manson, Jr.
Registration No. 1756761
Daniel K. Wright
Registration No. 6284291
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

      /s/Almon A. Manson, Jr.

3