STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ 08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, <br><br> Defendants. | Civil Action No. 2003-CV-3105 |

**DECLARATION OF CRAIG S. HILLIARD IN SUPPORT OF PLAINTIFF, CENTURY CONSULTANTS LTD.'S RESPONSE TO DEFENDANT, SPRINGFIELD PUBLIC SCHOOL DISTRICT 186'S MOTION FOR LEAVE TO FILE A MOTION TO RE-OPEN DISCOVERY**

CRAIG S. HILLIARD, of full age, upon his oath, deposes and says:

1. I am an attorney at law admitted to practice in this Court and I am counsel to plaintiff, Century Consultants Ltd. ("Century"), in this action. I make this declaration in support of Century's Response To Defendant, Springfield Public School District 186's Motion for Leave to File a Motion To Re-Open Discovery.

2. Attached hereto as Exhibit "A" is a copy of my October 24, 2007, correspondence sent to defendants' counsel on even date.

3.     I declare under penalty of perjury that the foregoing is true and correct.

                                                                              s/Craig S. Hilliard
                                                                              CRAIG S. HILLIARD

Dated: March 20, 2008

EXHIBIT A

**Exhibit "A"**

# STARK & STARK
A PROFESSIONAL CORPORATION

CRAIG S. HILLIARD
DIRECT DIAL NUMBER
609-895-7346
DIRECT FAX NUMBER
609-895-7395
E-MAIL
chilliard@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648-2389

MAILING: PO BOX 5315 PRINCETON, NJ 08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

October 24, 2007

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 2459
Springfield, IL 62705-2459

Re: **Century Consultants, Ltd. v. The Miller Group, et al**
    **Civil Action No. 2003-CV-3105**

Dear Mr. Manson:

On June 25, 2007, you sent me a set of new documents which you indicated were a "supplemental" production. They consisted of a large volume of accounting records of The Miller Group and Mr. Miller, including Quickbooks accounting records for the period 1998-2004. These records were never produced during fact discovery – despite our written requests for them – and discovery closed long before these documents were produced. Moreover, motions for summary judgment were fully briefed and submitted to the Court a number of months ago, and again long before these documents were produced. Accordingly, I reserve the right to object to any attempt by defendants to introduce these documents into evidence or otherwise use them in connection with the pending proceedings.

Please call me if you wish to discuss the matter.

Very truly yours,

STARK & STARK
A Professional Corporation

By: _____
    CRAIG S. HILLIARD

CSH/emp
cc: Lance T. Jones, Esq.
    Martin Schrama, Esq.
    David Herman, Esq.
    Joseph Shearn