UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendant Springfield Public School District No. 186's Request for Production of Documents Directed Toward the Miller Group, Inc. and John G. Miller were served upon Defendant, John G. Miller, via hand delivery in Petersburg, Illinois on April 16, 2008, and upon Lance T. Jones, Craig S. Hilliard and David A. Herman via regular U.S. Mail by enclosing the same in an envelope addressed to such attorneys at their business addresses as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelopes in a United States Postal Service mailbox in Springfield, Illinois at 5:00 p.m. on the 16th day of April, 2008.

SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant

By:   /s/ Almon A. Manson, Jr.
      Registration No. 1756761
      Brown, Hay & Stephens, LLP
      205 S. Fifth Street, Suite 700
      P.O. Box 2459
      Springfield, IL  62705-2459
      (217) 544-8491
      amanson@bhslaw.com

## PROOF OF SERVICE

I, the undersigned, hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

                                                                                         s/Almon A. Manson, Jr.

**BROWN, HAY & STEPHENS, LLP**
ALMON A. MANSON, JR.
Registration No. 1756761
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491