STARK & STARK
A PROFESSIONAL CORPORATION
PO BOX 5315
PRINCETON, NJ  08543-5315
(609)896-9060
ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTURY CONSULTANTS LTD., | |
| Plaintiff, | CIVIL ACTION NO. 03-CV-3105 |
| v. | **OBJECTIONS TO MAGISTRATE JUDGE'S NON-DISPOSITIVE ORDER UNDER FED.R.CIV.P. 72(a)** |
| THE MILLER GROUP, INC., JOHN G. MILLER, and THE SPRINGFIELD PUBLIC SCHOOL DISTRICT 186, | |
| Defendants. | |

**NOW COMES** plaintiff, Century Consultants, Ltd. ("Century"), and files these Objections to the Order of the Magistrate Judge entered on April 2, 2008, reopening discovery. Century states as follows:

1. On April 2, 2008, the Magistrate Judge entered an Order granting the motion of defendant, Springfield Public School District 186, for leave to reopen fact and expert discovery.

2. For the reasons expressed in Century's accompanying Memorandum, the Magistrate Judge's determinations were clearly erroneous and contrary to law.

3. These Objections are timely filed under Fed.R.Civ.P. 72(a) and Fed.R.Civ.P. 6(a)(2) because they are filed within 10 days of the Order of April 2, 2008, excluding intervening Saturdays, Sundays and legal holidays.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

4. Accordingly, Century respectfully requests that the Court grant these Objections and reverse the Magistrate Judge's Order of April 2, 2008.

        CENTURY CONSULTANTS, LTD.


        By:____s/Craig S. Hilliard____
            One of Its Attorneys

Craig S. Hilliard, Esq.
Stark & Stark
P. O. Box 5315
Princeton, NJ   08543-5315

## PROOF OF SERVICE

I, the undersigned, hereby certify that on April 16, 2008, I filed these Objections with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorney of record for Defendants:

Almon A. Manson, Jr., Esq.
Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
P. O. Box 3459
Springfield, IL 62705-2459

Lance T. Jones, Esq.
Law Office of Lance T. Jones
1100 So. Fifth Street
Springfield, IL   62703


        s/Craig S. Hilliard
        CRAIG S. HILLIARD

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315