IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 2003-CV-3105 |
| | ) | |
| v. | ) | |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, | ) | |
| and the SPRINGFIELD PUBLIC SCHOOL | ) | |
| DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO AMEND ORDER REGARDING TRIAL DATE

**NOW COMES,** the Defendant, SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 by Brown, Hay & Stephens, LLP, its attorneys, and in support of the Agreed Motion to Amend Order Regarding Trial Date states as follows:

1. On April 2, 2008 the Honorable Byron G. Cudmore, U.S. Magistrate Judge entered an Order providing, *inter alia*, that a jury trial in the above matter shall be scheduled for September 2, 2008 at 10:00 a.m. before the Honorable Richard Mills United States District Judge.

2. Counsel for the Defendant, Springfield Public School District No. 186 is required to attend to other previously scheduled matters from September 2 through the week of September 22, 2008 and therefore requests that trial be rescheduled to a date subsequent to September 26, 2008.

3. Defendant, Springfield Public School District No. 186 does not request modification of any other dates set forth in U.S. Magistrate Judge Byron G. Cudmore's Order of April 2, 2008.

4.  Counsel for the Plaintiff, Century Consultants, Ltd. and Counsel for The Miller Group, Inc. and John G. Miller agree to the request set forth herein.

WHEREFORE, Defendant Springfield Public School District No. 186 prays this Honorable Court enter an Order Amending U.S. Magistrate Judge Byron G. Cudmore's Order of April 2, 2008 by scheduling a jury trial in the above matter for a date subsequent to September 26, 2008 and for such other and further relief as may be just and proper.

        **SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant**

By:   s/ Almon A. Manson, Jr.
       Registration No. 1756761
       Attorney for Defendant
       Brown, Hay & Stephens, LLP
       205 S. Fifth Street, Suite 700
       P.O. Box 2459
       Springfield, IL  62705-2459
       Telephone: (217) 544-8491
       Facsimile: (217) 544-9609
       amanson@bhslaw.com

## PROOF OF SERVICE

I, the undersigned, hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Office
356 N. Walnut Street
Rochester, Illinois 62563-9306
jones.lance@insightbb.com

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ  08648
chilliard@stark-stark.com

s/Almon A. Manson, Jr.

**BROWN, HAY & STEPHENS, LLP**
ALMON A. MANSON, JR.
Registration No. 1756761
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491