E-FILED
Wednesday, 30 April, 2008  09:42:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. | ) | |
| MILLER, and the SPRINGFIELD PUBLIC | ) | |
| SCHOOL DISTRICT NO. 186, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

**NOW COMES** Daniel K. Wright of the law firm of Brown, Hay & Stephens, LLP, counsel

for Defendant, Springfield School District No. 186, and hereby requests the entry of an order

substituting Daniel K. Wright for Robert M. Shupenus, who is no longer employed with the firm. A

proposed Order granting the requested relief is attached hereto.

**WHEREFORE,** Daniel K. Wright prays this Honorable Court enter an Order substituting

Daniel K. Wright for Robert M. Shupenus as counsel for Defendant, Springfield School District 186.

**BROWN, HAY & STEPHENS, LLP,**

By:  /s/ Daniel K. Wright
DANIEL K. WRIGHT
Registration No. 6284291
dwright@bhslaw.com
ALMON A. MANSON, JR.
Registration No. 1756761
amanson@bhslaw.com
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
(217) 544-8491

## PROOF OF SERVICE

I, the undersigned, hereby certify that on April 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record:

Lance T. Jones
Law Offices of Lance T. Jones
1100 South Fifth Street
Springfield, IL 62703
ltj@warpnet.net

Craig Hilliard
Stark & Stark, P.C.
993 Lenox Drive
Lawrenceville, NJ 08648
chilliard@stark-stark.com

David A. Herman
Giffin, Winning, Cohen & Bodewes, P.C.
One West Old State Capitol Plaza
Myers Building – Suite 600
P.O. Box 2117
Springfield, IL 62705
dherman1@gifwinlaw.com

/s/ Daniel K. Wright

**BROWN, HAY & STEPHENS, LLP**
ALMON A. MANSON, JR.
Registration No. 1756761
DANIEL K. WRIGHT
Registration No. 6284291
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
(217) 544-8491