UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTURY CONSULTANTS, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2003-CV-3105 |
| | ) | |
| THE MILLER GROUP, INC., JOHN G. MILLER, and the SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

THIS CAUSE comes on for hearing on Daniel K. Wright's Motion for Substitution of Counsel. The Court, having been fully advised in the premises, finds that said Motion is ALLOWED and the Clerk is directed to remove Robert M. Shupenus from the CM/ECF system service list and direct all future notices to Daniel K. Wright of the law firm of Brown Hay & Stephens, LLP (dwright@bhslaw.com).


ENTER:_____                               _____
                                                              JUDGE