UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendant Springfield Public School District No. 186's Answers to Plaintiff's Interrogatories and Defendant Springfield Public School District No. 186's Response to Plaintiff's Request for Production of Documents were served on David A. Herman, by hand delivery at 4:00 p.m. on May 16, 2008, to Craig S. Hilliard by overnight mail, and to Lance T. Jones by enclosing the same in an envelope addressed to such attorney at his business address as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in a United States Postal Service mailbox in Springfield, Illinois at 5:00 p.m. on the 16th day of May, 2008.

SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant

By:  /s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com