UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE MILLER GROUP, INC., JOHN G. ) <br> MILLER, and the SPRINGFIELD PUBLIC ) <br> SCHOOL DISTRICT NO. 186, ) <br> ) <br> Defendants. ) | No. 2003-CV-3105 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendant Springfield Public School District No. 186's Supplemental Answers to Plaintiff's April 16, 2008 Interrogatories was served on David A. Herman, Craig S. Hilliard, and Lance T. Jones by enclosing the same in an envelope addressed to such attorney at his business address as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in a United States Postal Service mailbox in Springfield, Illinois at 5:00 p.m. on the 25th day of June, 2008.

**SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant**

By:   /s/ Daniel K. Wright
Registration No. 6284291
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
dwright@bhslaw.com