E-FILED
Thursday, 26 June, 2008 10:07:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., JOHN G. ) | |
| MILLER, and the SPRINGFIELD PUBLIC ) | |
| SCHOOL DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Defendants' Joint Supplemental Response to Plaintiff's April 16, 2008 Request to Produce Documents were served on David A. Herman and Craig S. Hilliard by enclosing the same in an envelope addressed to such attorneys at their business addresses as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in a United States Postal Service mailbox in Springfield, Illinois at 5:00 p.m. on the 25th day of June, 2008.

SPRINGFIELD PUBLIC SCHOOL DISTRICT
NO. 186, Defendant

By:     /s/ Daniel K. Wright
        Almon A. Manson, Jr.
        Registration No. 1756761
        Daniel K. Wright
        Registration No. 6284291
        Brown, Hay & Stephens, LLP
        205 S. Fifth Street, Suite 700
        P.O. Box 2459
        Springfield, IL 62705-2459
        Telephone: (217) 544-8491
        Facsimile: (217) 544-9609
        dwright@bhslaw.com