UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTURY CONSULTANTS, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 2003-CV-3105 |
| ) | |
| THE MILLER GROUP, INC., ) | |
| JOHN G. MILLER, and the ) | |
| SPRINGFIELD PUBLIC SCHOOL ) | |
| DISTRICT NO. 186, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR CONTINUANCE OF TRIAL DATE OR, IN THE ALTERNATIVE, FOR ENLARGEMENT OF TIME

**NOW COMES** Plaintiff, CENTURY CONSULTANTS, LTD., ("Century") and Defendants, THE MILLER GROUP, INC., JOHN G. MILLER ("Miller"), and the SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186 ("District No. 186"), and as and for their Joint Motion for Continuance of Trial Date or, in the alternative, for Enlargement of Time, hereby states as follows:

1. Trial in the above matter is scheduled for October 7, 2008 at 10:00 a.m. before the Honorable Richard Mills, United States District Judge.

2. A mediation is scheduled for September 23, 2008 before the Honorable Byron G. Cudmore, United States Magistrate Judge.

3. A final pre-trial is scheduled before the Honorable Richard Mills, United States District Judge, on September 29, 2008 at 3:00 p.m.

4. Pursuant to CDIL-LR 16.1(E)(8), all trial briefs and Motions in Limine are due on September 23, 2008.

5. The parties will make a diligent effort to resolve and settle all issues at mediation to be conducted by the Honorable Byron G. Cudmore.

6. As a result of no fault of any party, Century's expert's report in respect to damages is not, as of the date hereof, complete. Defendants will depose such expert upon completion of the report.

7. As a consequence of the foregoing, the parties request that the trial date be continued two weeks to October 21, 2008 and the date of the final pre-trial be amended accordingly.

8. In the alternative, the parties request that this Honorable Court enter an Order allowing all parties to submit trial briefs and Motions in Limine on September 29, 2008 at the final pre-trial presently scheduled for that date. In such event, trial would proceed on October 7, 2008 as scheduled.

9. A continuance of the trial date to October 21, 2008, would allow the parties additional time to consider Century's expert's report and engage in further settlement discussions. Continuing the trial date two weeks would enhance the possibility of settlement such that the parties would not be required to utilize the resources of the Court for trial.

10. As a consequence of the foregoing, the parties request that this Honorable Court enter an Order extending the trial date two weeks from October 7, 2008 to October 21, 2008 and the date of the final pre-trial amended accordingly.

11. Alternatively, the parties request this Honorable Court to allow the parties, until September 29, 2008, to submit trial briefs and Motions in Limine.

**WHEREFORE,** all parties hereto pray this Honorable Court enters an Order in accordance with the foregoing and for such other and further relief as may be just and equitable.

| | |
|---|---|
| **CENTURY CONSULTANTS, LTD.,** Plaintiff | **SPRINGFIELD PUBLIC SCHOOL DISTRICT NO. 186, Defendant** |
| By:  /s/ Craig H. Hilliard<br>One of Its Attorneys | By: /s/ Almon A. Manson, Jr.<br>One of Their Attorneys |
| **THE MILLER GROUP, INC., JOHN G. MILLER, Defendants** | Almon A. Manson Jr.<br>Registration No. 1756761<br>Daniel K. Wright<br>Registration No. 6284291 |
| By: /s/ Lance T. Jones<br>One of Its Attorneys | Attorneys for Defendant<br>Brown, Hay & Stephens, LLP |
| Lance T. Jones<br>Law Office<br>356 N. Walnut Street<br>Rochester, Illinois 62563-9306 | 205 S. Fifth Street, Suite 700<br>P.O. Box 2459<br>Springfield, IL 62705-2459<br>Telephone: (217) 544-8491<br>Facsimile: (217) 544-9609<br>amanson@bhslaw.com |
| Craig S. Hilliard<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543-5315 | |

## PROOF OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Almon A. Manson, Jr.
Registration No. 1756761
Attorney for Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: (217) 544-8491
Facsimile: (217) 544-9609
amanson@bhslaw.com